**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN PETROLEUM TANKERS PARENT LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>The UNITED STATES OF AMERICA, the SECRETARY OF TRANSPORTATION, and the ADMINISTRATOR, MARITIME ADMINISTRATION,<br><br>  Defendants. | )<br>)<br>)<br>)   Civil Action No. 1:12-CV-001165-CKK<br>)<br>)   Joint Status Update<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS UPDATE**

Pursuant to the Court's order of August 11, 2012, Plaintiff American Petroleum Tankers Parent LLC ("Plaintiff"), and Defendants the United States of America, the Secretary of Transportation, and the Administrator of the Maritime Administration ("Defendants"), by and through the undersigned counsel, respectfully submit this status report updating the Court as to the Defendants' review of Plaintiff's amended loan guarantee application.

1. On July 17, 2012, Plaintiff filed the Complaint in this case seeking emergency relief in the nature of mandamus and relief under the Administrative Procedure Act related to its pending application to the Department of Transportation for a loan guarantee, pursuant to Title XI of the Merchant Marine Act, 1936. (ECF No. 1). On July 18, Plaintiff filed a Motion for Emergency Relief in the Nature of Mandamus and Related Injunction (ECF. No. 4), seeking an order from this Court requiring Defendants to act on Plaintiff's application by August 31.

2. On July 23, the parties entered a stipulation whereby Defendants agreed to issue a decision approving or denying Plaintiff's pending application on or before August 31, and

Plaintiff withdrew its Motion for Emergency Relief in the Nature of Mandamus and Related Injunction and its Motion for an Expedited Hearing.

3. On August 1, the Maritime Administrator issued a decision denying Plaintiff's application for a loan guarantee. The decision stated that the Maritime Administration had not considered recent correspondence from Plaintiff regarding changes to the pending loan application. The decision also stated, however, that if the Plaintiff wished, the Administrator would still consider the submitted materials as part of an amended application. On August 9, Plaintiff formally asked that the Administrator review the amended application.

4. On August 17, the Maritime Administration sent a letter to Plaintiff seeking additional information and documentation regarding the amended application.

5. On August 24, Plaintiff responded to the August 17 letter and submitted additional materials for the Maritime Administration's review.

6. On September 4, the Maritime Administration sent a second letter to Plaintiff, seeking clarification of several issues in the amended application and the August 24 materials.

7. On September 11, the parties held a phone conference to discuss the September 4 letter.

8. On September 13, Plaintiff responded to the September 4 letter and submitted additional materials for the Maritime Administration's review.

9. On October 2, Plaintiff sent additional correspondence to the Maritime Administration for review.

10. On October 4, the Maritime Administration sent a letter to Plaintiff seeking clarification of issues in Plaintiff's past correspondence.

11. As part of its consideration of the additional materials submitted by Plaintiffs,

Defendants have engaged a third-party expert to conduct an independent financial analysis of the amended application.  *See* 46 U.S.C. § 53708.

12.    Defendants are still reviewing Plaintiff's amended application, including the additional materials submitted by Plaintiff over the last two months.  Defendants anticipate that they will have a decision on Plaintiff's amended application on or before October 29, 2012.

13.    Accordingly, the parties propose that they submit joint status report updating the Court and, if necessary, proposing a schedule for proceeding in this matter by November 12, or within ten business days of the Maritime Administrator issues a decision on Plaintiff's Title XI amended application, whichever comes first.


Dated: October 5, 2012

|  |  |
|---|---|
| /s/ Joseph O. Click<br>Alex Blanton (DC Bar No. 169623)<br>Joseph O. Click (DC Bar No. 417294)<br>Blank Rome LLP<br>600 New Hampshire Ave. NW<br>Washington, D.C.  20037<br>(202) 772-5966<br>click@blankrome.com<br><br>*Counsel for Plaintiff American Petroleum Tankers Parent LLC* | Respectfully submitted,<br><br>STUART F. DELERY<br>Acting Assistant Attorney General<br><br>SANDRA SCHRAIBMAN<br>Assistant Branch Director<br><br>/s/ Karen P. Seifert<br>KAREN P. SEIFERT<br>Trial Attorney (NY Bar)<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W.<br>Washington, D.C. 20001<br>Ph: (202) 305-0891<br>Fax: (202) 616-8470<br>karen.p.seifert@usdoj.gov<br><br>*Counsel for Defendants* |