# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN PETROLEUM TANKERS PARENT LLC, )<br><br>Plaintiff, )<br><br>v. )<br><br>The UNITED STATES OF AMERICA, the SECRETARY OF TRANSPORTATION, and the ADMINISTRATOR, MARITIME ADMINISTRATION, )<br><br>Defendants. ) | Civil Action No. 1:12-CV-001165-CKK<br><br>Defendants' (Unopposed) Motion for Extension of Time |

## DEFENDANTS' (UNOPPOSED) MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants, the United States of America, the Secretary of Transportation, and the Administrator of the Maritime Administration ("Defendants"), by and through the undersigned counsel, respectfully request an extension of time to file Defendants' response to the Supplemental Complaint.

1. On November 20, 2012, the Court entered a scheduling Order for proceedings in this case. Order, Nov. 20, 2012 (ECF No. 13). Pursuant to that Order, Plaintiff filed a Supplemental Complaint on December 10. *See* Supp. Compl. (ECF No. 14). Defendants' response to the Complaint is currently due on January 11, 2013.

2. Defendants respectfully request a one-week extension of time in which to file their response to the Complaint. Undersigned Defendants' counsel had numerous filing deadlines in other matters during the month of December. *See* Joint Status Update ¶ 6, Nov. 19, 2012 (ECF No. 12). Defendants' counsel was then unexpectedly out of the office for two additional days during the week of December 24 due to winter weather travel difficulties.

Pertinent staff at the Defendant agencies are on leave until January 7, and undersigned counsel must coordinate the agencies' response with these individuals.

3. Accordingly, Defendants request a seven-day extension of time in which to respond to the Complaint, such that the response is due on January 18, 2013. This extension is not sought for the purposes of delay and does not impact the deadline for filing the Administrative Record, set in the Court's November 20 Order.[1]

4. Defendants' counsel contacted Plaintiff's counsel regarding this motion and Plaintiff does not oppose this motion. Plaintiff's counsel has stated that Plaintiff intends to file a response within a day.

---

[1] The Administrative Record is currently due on January 18, 2013. However, should Defendants respond to the Complaint by filing a motion to dismiss on jurisdictional grounds, the deadline for filing the Administrative Record is stayed and "the Court shall set a new date for the filing of the Administrative Record after the Defendants' motion to dismiss is resolved." Order, Nov. 20, 2012, at 1 ("The Court finds that it would be a waste of the parties' resources to compile and file the administrative record and begin briefing motions for summary judgment unless and until the Court determines it in fact has jurisdiction to adjudicate the merits of the Plaintiff's (to be amended) complaint.").

Dated: January 2, 2013

    Respectfully submitted,

    STUART F. DELERY
    Principal Deputy Assistant Attorney General

    DIANE KELLEHER
    Assistant Branch Director

    /s/ Karen P. Seifert
    KAREN P. SEIFERT
    Trial Attorney (NY Bar)
    United States Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Avenue, N.W.
    Washington, D.C. 20001
    Ph: (202) 305-0891
    Fax: (202) 616-8470
    karen.p.seifert@usdoj.gov

    *Counsel for Defendants*