UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN PETROLEUM TANKERS PARENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>The UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Civil Action No. 1:12-CV-001165-CKK<br><br>Joint Status Report and Request for Extension of Time to Answer Supplemental Complaint |

## JOINT STATUS REPORT AND REQUEST FOR EXTENSION OF TIME TO ANSWER SUPPLEMENTAL COMPLAINT

Pursuant to the Court's Order of May 6, 2013, Plaintiff American Petroleum Tankers Parent LLC ("Plaintiff") and Defendant the United States of America, the Secretary of Transportation, and the Administrator, Maritime Administration (collectively, "Defendants") hereby submit the following joint status report.

1. On May 6, 2013, the Court issued a Memorandum Opinion and Order granting in part and denying in part Defendants' Motion to Dismiss, dismissing the third cause of action in the Supplemental Complaint but otherwise denying Defendants' motion.

2. The next step in this Administrative Procedure Act ("APA") case is the filing of the Administrative Record ("AR"). Counsel for Plaintiff and Defendant have conferred and Defendant intends to provide a preliminary copy of the AR to Plaintiff by Friday, May 17, 2013.

3. The AR in this matter contains a significant amount of information that has been designated as confidential by Plaintiff and that may also implicate confidentiality interests of third parties with whom Plaintiff has business relationships.  Both parties believe that these issues should be resolved between the parties before the AR is filed with the Court so that the

parties can determine whether portions of the AR may necessitate filing under seal (or, alternatively, whether the parties can stipulate to exclude certain confidential items from the AR to the extent that they are of minimal, if any, relevance to this action).

4. Because Plaintiff is best-positioned to evaluate these confidentiality interests, both parties believe that it would be beneficial for Plaintiff to review the preliminary copy of the AR before the record is filed with the Court.

5. Additionally, the parties believe that a review of the AR by Plaintiff will be helpful in determining the immediate schedule for proceeding in this action. After Plaintiff has reviewed the AR, the parties will confer about how next to proceed, as well as appropriate dates for dispositive motions. As a result, prior to Plaintiff's review of the AR, proposing a summary judgment briefing schedule would be premature. The parties believe that providing Plaintiff with a two-week period to review the AR would provide the parties ample time to address these issues.

6. For these reasons, the parties respectfully request that at this time, the Court permit them to submit a second status report on or before **May 31, 2013** – two weeks after Plaintiff receives the AR – that would contain a more detailed proposal for the schedule in this matter going forward.

7. Additionally, in light of the Court's Order of May 6 denying Defendants' Motion to Dismiss, Defendants' Answer to the Supplemental Complaint is due on May 20, 2013. *See* Fed. R. Civ. P. 12(a)(4)(A). In light of the length of the Supplemental Complaint (40 pages and 115 paragraphs) and other obligations of counsel for Defendants, including the finalization of the AR for presentation to Plaintiff on May 17 as well as a religious holiday on May 15 and May 16,

compliance with the current May 20 deadline is likely impracticable.  Additionally, counsel for Defendants will be abroad on his honeymoon from May 26 through June 10, 2013.

8. Additionally, although the parties have not reached agreement on this point at this time, they are engaged in discussions as to whether, to facilitate the prompt adjudication of this action, they could agree to move the Court to waive Defendants' Answer.

9. For these reasons, the parties jointly request that the deadline for Defendants' Answer be stayed at this time, and that the parties be permitted to propose, in their status report of May 31, 2013, either (a) a new deadline for Defendants' Answer, or (b) that Defendants' Answer be waived.

Dated: May 13, 2013

Respectfully submitted,

*/s/ Joseph O. Click*
Michael Joseph (DC Bar No. 6593)
Alex Blanton (DC Bar No. 169623)
Joseph O. Click (DC Bar No. 417294)
Blank Rome LLP
600 New Hampshire Ave. NW
Washington, D.C. 20037
(202) 772-5966
click@blankrome.com

*Counsel for Plaintiff American Petroleum Tankers Parent LLC*

STUART F. DELERY
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

*/s/ Jesse Z. Grauman*
JESSE Z. GRAUMAN (Va. Bar No. 76782)
U.S. Department of Justice
Civil Division, Federal Programs Branch

Mailing Address:
Post Office Box 883
Washington, D.C.  20044
Courier Address:
20 Massachusetts Ave., N.W., Room 5374
Washington, D.C. 20001
Telephone:    (202) 514-2849
Fax:                (202) 305-8517
Email:             jesse.z.grauman@usdoj.gov

*Counsel for Defendants*