UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN PETROLEUM TANKERS PARENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>The UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Civil Action No. 1:12-CV-001165-CKK<br><br>Joint Status Report and Request for Extension of Time to Answer Supplemental Complaint |

## JOINT STATUS REPORT

Pursuant to the Court's Order of May 14, 2013, Plaintiff American Petroleum Tankers Parent LLC ("Plaintiff") and Defendants the United States of America, the Secretary of Transportation, and the Administrator, Maritime Administration ("Defendants") submit the following joint status report.

1. On May 6, 2013, the Court issued a Memorandum Opinion and Order granting in part and denying in part Defendants' Motion to Dismiss, dismissing the third cause of action in the Supplemental Complaint but otherwise denying Defendants' motion.

2. The next step in this Administrative Procedure Act case is the filing of the Administrative Record ("AR").  The parties disagree as to the contents of and the time for filing the administrative record.  As to the AR's contents, the parties agree that any disputes that the parties are unable to resolve will be presented to the Court by motion or other appropriate device.  As to the time for filing the AR, Plaintiff proposes June 4, 2013 and Defendants propose June 13, 2013.  The parties' respective positions are based on the following.

**Plaintiff's position**:  This action was filed on July 17, 2012, and Plaintiff's Supplemental

Complaint was filed on December 10, 2012. The Court issued its order denying Defendants motion to dismiss on May 6, 2012. Defendants provided Plaintiff with the proposed AR on May 17, 2013. On May 21, 2013, Plaintiff sent Defendants a letter requesting that the AR be augmented and that its substantial redactions be eliminated. On May 23 Plaintiff sent to Defendants copies of those portions of the draft AR that should be redacted as confidential business information. On May 30, 2013, Plaintiff sent to Defendants an additional 143 pages of documents that were in the possession of both Plaintiff and Defendants, but that Defendants had not included in the draft AR. There should be no question these documents are properly included in the AR. At this point, there is no reason for further delay in filing the AR, as it is likely that Plaintiff will have to file a motion to compel production of the full AR and for discovery. Should Defendants determine to voluntarily augment the AR, they can file a supplemental AR.

**Defendants' position**: The Department of Justice attorney assigned to represent defendants in this action, Jesse Z. Grauman, is currently on his honeymoon in Europe for two weeks and will not return to the office until June 11, 2013. Defendants request that they have until June 13, 2013 to file the AR. The additional time will permit Mr. Grauman to review, finalize and file the AR shortly after his return to the office. Defendants provided Plaintiff with a copy of the AR on May 17, to address confidential business information (CBI) issues and in the hope that the parties can resolve any differences in what should and should not be included in the AR. On May 21, Plaintiff provided Defendants with a letter listing six categories of material they contend should be included in the AR. Mr. Grauman and undersigned counsel (who is covering for him in his absence) discussed those issues with counsel for Plaintiff on May 23 and DOJ counsel

2

are in the process of consulting with the Defendant agencies about these issues. On May 30, Plaintiff provided Defendants with a CD containing an additional 143 pages of material that Plaintiff wants included in the AR and Defendants are also reviewing that material. The parties have also been in discussion about those portions of the record containing CBI.  Given the number of outstanding issues, Defendants cannot have the record ready for filing by June 4.

To the extent Plaintiff wants to be heard on any alleged deficiencies with the record, the contemplated summary judgment briefing will provide that opportunity. Indeed, the Federal Rules of Civil Procedure specifically contemplate that arguments about a need for discovery are heard in the context of Rule 56 motions.  See Fed. R. Civ. P. 56(d).  The Court does not need an entirely separate motion practice on the contents of the AR.  Filing the record nine days later than Plaintiff demands will also have no effect on the summary judgment briefing schedule and will thus not delay the resolution of this matter.  However, it may permit the parties to narrow their areas of disagreement as to the contents of the record.

Defendants' requested schedule is reasonable, and is consistent with the professional courtesies extended to counsel.

3. The parties have agreed to the following schedule with respect to further proceedings without prejudice to Plaintiff's right to seek to compel supplementation of the AR and take discovery.

Defendants shall file their answer to the Supplemental Complaint on or before June 24, 2013.

Defendants shall file a motion for summary judgment and supporting papers on or before

July 9, 2013.

Plaintiff shall file its opposition to Defendants' motion for summary judgment and a cross-motion for summary judgment and supporting papers on or before August 8, 2013. Defendants shall file their reply in support of summary judgment and opposition to Plaintiff's cross-motion for summary judgment on or before September 3, 2013. Plaintiff shall file its reply in support of cross-motion for summary judgment on or before September 17, 2013.

Dated: May 31, 2013

| | |
|---|---|
| /s/*Joseph O. Click*<br>Michael Joseph (DC Bar No. 6593)<br>Alex Blanton (DC Bar No. 169623)<br>Joseph O. Click (DC Bar No. 417294)<br>Blank Rome LLP<br>600 New Hampshire Ave. NW<br>Washington, D.C. 20037<br>(202) 772-5966<br>click@blankrome.com<br><br>*Counsel for Plaintiff American Petroleum Tankers Parent LLC* | Respectfully submitted,<br><br>STUART F. DELERY<br>Principal Deputy Assistant Attorney General<br><br>DIANE KELLEHER<br>Assistant Branch Director<br><br>*/s/ Daniel Bensing*<br>DANIEL BENSING (DC Bar No. 334268<br>JESSE Z. GRAUMAN (Va. Bar No. 76782)<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br><br>Mailing Address:<br>Post Office Box 883<br>Washington, D.C.  20044<br><br>Courier Address:<br>20 Massachusetts Ave., N.W., Room 5374<br>Washington, D.C. 20001<br>Telephone:   (202) 514-2849<br>Fax:              (202) 305-8517<br>Email:           jesse.z.grauman@usdoj.gov<br><br>*Counsel for Defendants* |