**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AMERICAN PETROLEUM TANKERS PARENT LLC, | ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 1:12-CV-001165-CKK |
| v. | ) ) | Notice of Filing of Administrative Record |
| The UNITED STATES OF AMERICA, *et al*., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING OF VOLUME 1 OF THE ADMINISTRATIVE RECORD

Defendants hereby give notice that attached hereto is **Volume 1** of the redacted

Administrative Record in this action, which is being filed in 26 separate volumes.

Respectfully Submitted,

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

DIANE KELLEHER
Assistant Branch Director

*s/ Daniel Bensing*
DANIEL BENSING
Senior Counsel
(D.C. Bar No. 334268)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 6114
Washington D.C. 20530
Tel.: (202) 305-0693
Fax:  (202) 616-8460
Email:  Daniel.Bensing@USDOJ.gov

Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2013 I electronically filed the foregoing Notice of Filing of Volume 1 of the Administrative Record with the Clerk of the Court by using the CM/ECF system.


/s/ *Daniel Bensing*
DANIEL BENSING



August 30, 2010

Mr. Daniel Ladd
Office of Marine Financing
United States Maritime Administration
Room W21-318
1200 New Jersey Avenue, SE
Washington, DC  20590

     Re: Title XI Application for American Petroleum Tankers Parent LLC ("*Applicant*")

Dear Mr. Ladd:

   On behalf of American Petroleum Tankers Parent LLC ("*APT Parent*"), I hereby submit three copies of an application for a Title XI guarantee in connection with mortgage-period financing for vessels recently delivered or to be delivered to subsidiaries of the Applicant.  Seven electronic versions of the application in CD format and a check payable to the Maritime Administration ("*MarAd*") in the amount of $5,000 (representing the application fee for the application) are also enclosed.

   Please note that this submission includes the completed application as well as all of the Attachments and Exhibits referenced therein except for the Affidavit of United States Citizenship of American Petroleum Tankers Holding LLC and certain subsidiaries, including the Applicant (Attachment I to the application).   We are currently working with Mr. Murray Bloom, in MarAd's Office of Chief Counsel, regarding the structure of the Affidavit of Citizenship and will submit that Affidavit as soon as it is completed.

   All of the information supplied in Parts II through V of the application as well as all of the information contained in the Attachments and the Exhibits to the application constitutes "trade secrets and commercial or financial information [that is] privileged or confidential" within the meaning of 49 CFR 7.13(c)(4) and the Freedom of Information Act and, accordingly, is submitted with the understanding that it is not subject to disclosure under FOIA.  Disclosure of such information would cause substantial harm to the Applicant, its subsidiaries and/or the shipyard, National Steel & Shipbuilding Company.  The Applicant is submitting this information under your previously-given assurances that it will not be released by the Agency unless a court determines that its release is required by law.  The Applicant further understands that in the event a request is received for such information, the Department will notify the Applicant

100 Pine Street
Suite 2820
San Francisco, CA 94111
(415) 982-7880

Mr. Daniel Ladd
August 30, 2010

Page Two

expeditiously, and will permit the Applicant to submit written objections to release pursuant to 49 CFR 7.17(a), unless the Department determines (as we expect that it will for the reasons discussed above) that the information should not be disclosed as provided in 49 CFR 7.17(c).

Please call me, or any of the persons listed in Part I Item 6(i) of the application, with any questions on the enclosed materials.

Sincerely,

Nancy J. Mattson
Managing Director

cc:     Robert Kurz, American Petroleum Tankers Parent LLC

American Petroleum Tankers Parent LLC

Title XI Ship Financing Guarantee Application

Volume One Table of Contents

<u>Title XI Application</u>

<u>Attachments</u>

I.      Affidavit of United States Citizenship

II.     Table of Vessel Characteristics

III.    Vessel Design Information

IV.     Financial Statements
        A.   Financial Statements of the Applicant for the Three-month Period
             Ending March 31, 2010 and Audited Consolidated Financial Statements
             of the Applicant for the Most Recent 3 Years (2007-2009)

        B.   Pro forma Consolidated Balance Sheet of Applicant Reflecting Title XI
             Obligations at Closing and Pro forma Consolidated Balance Sheets of
             the Applicant for Five Years Subsequent to the Closing (2012-2016)

V.      Actual Cost: *Golden State, Pelican State, Sunshine State, Empire State,* and
        *Evergreen State*

VI.     Market Study

VII.    Declaration Regarding Lobbying

<u>Exhibits</u>

1.      Organization Chart of Applicant

2.      Certified Corporate Documents
        A.   Applicant
        B.   Guarantors
        C.   APT Holding

3.      Table of Officers and Directors of Applicant and Guarantors

4.      Crowley Agreements

5.      Time Charters with BP, Marathon, Chevron and MSC

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**Form Approved**

OMB 2133-0018

> **Public reporting burden of this collection of information is estimated to average 70 hours per response.  Send comments regarding this burden estimate or any other aspect of this information collection to the Maritime Administration, Office of Management and Information Services, 400 Seventh St., S.W., MAR-318, Room 7301, Washington, DC  20590.**

## INSTRUCTIONS FOR
## APPLICATION FOR SHIP FINANCING GUARANTEES

Applications for ship financing guarantees (Guarantees) under Title XI, Merchant Marine Act, 1936, as amended (46 U.S.C. 1271--1280 a; the "Act"), and the regulations prescribed to carry out the provisions of the Act (46 CFR Part 298; the "Regulations"), shall be prepared and submitted in substantially the form annexed.  No Title XI Guarantee may be granted unless a completed application has been received.

Prior to filing an application, a preliminary meeting should be arranged with the Director, Office of Ship Financing, in Washington, DC to discuss the Title XI application and requirements of the Title XI program.

Please answer each question as completely as possible.  The metric measurement system may be used when supplying data.  If any item in the application is inapplicable to the Applicant's particular case or the answer is "None," this should be so stated.  The application must be printed or typewritten and ten (10) complete copies shall be filed with the Secretary, Maritime Administration.  Three of these copies must be duly executed and certified by the applicant.  All required attachments must be included with the application, except that only three (3) copies of Attachment III are required.  The name and address of the Applicant shall be printed or typed on all accompanying papers for identification.  Subsequent amendments and supplements to the application may be in letter form and shall be properly identified.

Applicants must complete Parts I and II.  Other parts are to be completed in accordance with the type of Guarantee applied for, as set forth in Part I, Item 5.

A filing fee of $5,000 must accompany the application. Applications will not be processed until the fee is received.

ALL INFORMATION SUPPLIED IN PART I WILL BE RELEASED FOR PUBLIC INFORMATION PURPOSES. ALL INFORMATION SUPPLIED IN PARTS II THROUGH V WILL BE SUBJECT TO THE FOLLOWING:

> IF THE APPLICATION, INCLUDING THE ATTACHMENTS THERETO, CONTAINS INFORMATION THE APPLICANT CONSIDERS TO BE TRADE SECRETS OR COMMERCIAL OR FINANCIAL INFORMATION AND PRIVILEGED OR CONFIDENTIAL, OR OTHERWISE EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552, THE APPLICANT SHALL ASSERT A CLAIM OF EXEMPTION AT THE TIME OF APPLICATION. THE SAME REQUIREMENT SHALL APPLY TO ANY AMENDMENT TO THE APPLICATION.

Any amendment to the application filed shall be marked "Amendment" and shall contain a statement on the first page thereof, clearly identifying the document as an amendment to an application for Financing Guarantees, stating the name of the applicant and the date of the application.

**Form MA-163 (4-99)**                    Page 1

## PART I -- SUMMARY INFORMATION

1.  Name and address of applicant

    **American Petroleum Tankers Parent LLC**
    **345 Park Avenue, 29th Floor**
    **New York, NY  10154**
    **Attn: Chief Executive Officer**
    **(as used in this application, "_APT Parent_" or the "_Applicant_")**

2.  Name and address of parent company *(if applicable)*

    **American Petroleum Tankers Holding LLC**
    **345 Park Avenue, 29th Floor**
    **New York, NY  10154**
    **Attn: Chief Executive Officer**
    **(as used in this application, "_APT Holding_")**

3.  Congressional district number of applicant

    **New York     14**

4.  Congressional district number of shipyard

    **California    49**

5.  Nature of application *(check as many as applicable)*:
    - ___ a) Construction period financing *(Also complete Part III)*
    - **X** b) Mortgage period financing
    - ___ c) Export Financing
    - **X** d) Refinancing of existing debt *(Also complete Part IV)*
    - ___ e) Reconditioning/Reconstruction *(Also complete Part V)*
    - ___ f) Other (specify)

6.  The Proposal:

    a) Describe briefly the proposed project including a brief description of
       the vessel(s) and the intended use of the vessel(s).

    **The Applicant is a leading provider of marine transportation services for**
    **refined petroleum products in the U.S. domestic coastwise trade.  When**
    **fully delivered, the Applicant's fleet will consist of five new,**
    **49,000 dwt double-hull Jones Act product/chemical tankers (individually,**
    **a "_Vessel_" and, collectively, the "_Vessels_" or the "_Project_") built by**
    **National Steel and Shipbuilding Company ("_NASSCO_").  Three of the Vessels**
    **are currently on time charters with affiliates of BP p.l.c. ("_BP_"),**
    **Marathon  Oil  Corporation  ("_Marathon_"),  and  Chevron  Corporation**
    **("_Chevron_").   The other two Vessels are or will be chartered to the**
    **Military Sealift Command Department of the U.S. Navy ("_MSC_").**

    **Upon delivery of the last Vessel, which is expected in December 2010, the**
    **Applicant's fleet of five Vessels will have a total capacity of**
    **approximately 245,000 deadweight tons (dwt) and an average age of less**
    **than one year, which compares very favorably with the 22-year average age**

for the existing Jones Act tanker fleet.  Currently, the Applicant has the most modern fleet in the Jones Act tanker market, making its Vessels particularly attractive to oil companies with increasingly stringent vetting and inspection standards, and contributing to lower operating costs.  Two of the Applicant's Vessels are the only recently-built product tankers in the Jones Act fleet to have national defense features.  The Applicant's strategy is to time charter the majority of its fleet to high-credit-quality charterers on a medium- to long-term basis.

This application covers mortgage-period financing for all five Vessels in the Applicant's fleet.  The proceeds of the Title XI financing that is the subject of this Application will be used to refinance existing non-Title XI debt that was incurred by APT Parent for the construction of the Vessels.

Each of the delivered Vessels is owned by a separate company (individually, a "*Vessel Owner*" and, collectively, the "*Vessel Owners*") which is a direct or an indirect, wholly-owned subsidiary of the Applicant.  When delivered in December 2010, the *Empire State* will be owned by American Petroleum Tankers LLC ("*APT*"), which is also the owner of the *Empire State*.  The following table sets forth the name of each Vessel Owner and its associated Vessel:

| Vessel Owner | Vessel Name |
|---|---|
| JV Tanker Charterer LLC | *Golden State* |
| PI 2 Pelican State LLC | *Pelican State* |
| APT Sunshine State LLC | *Sunshine State* |
| American Petroleum Tankers LLC | *Empire State* |
| American Petroleum Tankers LLC | *Evergreen State* |

Each Vessel Owner (individually, a "*Guarantor*" and, collectively, the "*Guarantors*") will unconditionally guaranty the obligations of the Applicant under the Administrator's Note and will grant a first preferred ship mortgage on its Vessel to the Administrator (a fleet mortgage in the case of APT) to secure its obligations thereunder.  The mortgages securing the guarantees running to benefit of the Administrator will be cross-collateralized.

All of the five Vessels that are covered by this application have replaced or will replace existing non-double-hull vessels in the current Jones Act fleet that are required to be phased out of the fleet by 2015 by the Oil Pollution Act of 1990 ("*OPA 90*").

b)  Provide the total estimated actual cost (details to be provided in Part II, Section IV D1); the requested level of financing (i.e., 87.5%, 75%); and the estimated guarantee amount.

The total estimated depreciated actual cost, including the Title XI guarantee fee, is approximately $680 million.  The Applicant is applying for a guarantee of indebtedness totaling $470 million, or approximately 69% of the total estimated depreciated actual cost of the Vessels.

c)  Indicate the requested period of the guarantee.

25 years from the delivery date of the last Vessel, which is approximately 23.5 years from the projected funding date of the Title XI debt.

d) Give the name and address of the shipyard.

**National Steel and Shipbuilding Company**
**2798 East Harbor Drive & 28th Street**
**San Diego, CA  92113**

e) Indicate the estimated construction commencement and vessel delivery date(s).

| | Construction Commencement | Actual/Expected Vessel Delivery |
|---|---|---|
| *Golden State* | **Aug 2007** | **Jan 2009** |
| *Pelican State* | **Jan 2008** | **Jun 2009** |
| *Sunshine State* | **Jul 2008** | **Dec 2009** |
| *Empire State* | **Jan 2009** | **Jul 2010** |
| *Evergreen State* | **May 2009** | **Dec 2010 \*** |

   **\* denotes expected delivery date.**

f) Flag of vessel(s) upon delivery.

**U.S. Flag**

g) Has the Applicant or a related company previously applied for Title XI Guarantees?  If so, under what name and what was the outcome?

**No**

h) Will the project involve the guarantee of:
   **X** Bonds
   **X** Notes
   ___ Bank Debt
   ___ Other (specify)

i) Name and phone number of principal contact concerning the Title XI application.

| | |
|---|---|
| **The Applicant and the Guarantors:** | **Robert Kurz** **(215) 776-0173** |
| **Financial Advisor to the Applicant and the Guarantors:** | **Argent Group Ltd.** **Nancy Mattson (415) 982-7883** **Martin Gottlieb (415) 982-7881** |

j) Does the Applicant have a web site on the Internet?  If so please provide the site location.

**The Applicant's web site address is: www.americanpetroleumtankers.com**

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

**Form MA-163 (4-99)**                    Page 6        Confidential Business Information
                                                      Exempt from FOIA Disclosure Pursuant
                                                                to 5 U.S.C. 552(b)(4)

that connection, the voting rights of the Applicant are controlled by APT Holding, and the voting rights of each of the Guarantors are controlled by either APT Intermediate Holding LLC or APT.

C. Citizenship:

If the Applicant intends that the financed vessel(s) will be operated in the domestic trades of the United States, the Applicant shall submit, as Attachment I to this application, an affidavit of U.S. citizenship for the shipowner and any bareboat charterer of the vessel(s) to the extent required by 46 CFR Part 355. A copy of the prescribed form of corporate affidavit is set out as Attachment I. Non-corporate entities may contact MARAD for a copy of the appropriate prescribed form of affidavit.

**The Applicant intends that the Vessels will be operated in the domestic trades of the United States. The Applicant is a direct, wholly-owned subsidiary of APT Holding and the Vessel Owners are indirect, wholly-owned subsidiaries of APT Holding. The Affidavit of U.S. citizenship for APT Holding and its subsidiaries (Attachment I) will be provided at a later date.**

II. THE APPLICANT: Background

A. Business Activities - Please provide a brief description of the Applicant's principal business activities during the past 5 years.

**The business activities of the Applicant and its subsidiaries since their inception have consisted of their involvement in the Project. The Project was initiated in 2006 when a joint venture (the "_Joint Venture_") was formed among an affiliate of U.S. Shipping Partners L.P. ("_USS_"), the Equity Sponsors, and certain other parties. USS committed to provide $70 million of junior equity financing to the Joint Venture, while the Equity Sponsors and other parties committed an aggregate of $105 million of senior equity financing and $325 million of debt financing through a sponsor debt facility (the "_Sponsor Debt Facility_").**

**The Joint Venture contracted with NASSCO for the construction of five 49,000 dwt double-hull product/chemical tankers, with respect to which General Dynamics Corporation agreed to provide a performance guarantee to the Joint Venture with respect to the obligations of NASSCO under the construction contract. NASSCO delivered the first product tanker in January 2009 and delivered three additional product tankers in June 2009, December 2009 and July 2010. NASSCO is expected to deliver the last product tanker in December 2010.**

**In April 2009, USS announced that it was voluntarily seeking relief to reduce and restructure its corporate debts, unrelated to the Joint Venture, under Chapter 11 of the U.S. Bankruptcy Code. In July 2009, in return for cash consideration, USS agreed to transfer its equity ownership interest in the Joint Venture to the Equity Sponsors and terminated its management role in the Joint Venture through a settlement agreement between USS and the Equity Sponsors. The settlement agreement was approved by the U.S. Bankruptcy Court.**

In July 2009, the Joint Venture, then renamed American Petroleum Tankers LLC, engaged affiliates of Crowley Maritime Corporation ("*Crowley*") to provide technical management services, construction supervision services and financial reporting services for the Vessels. In January 2010, Robert Kurz joined APT (and, subsequently, the Applicant) as Chief Executive Officer. Mr. Kurz has over 27 years of experience in the marine transportation industry and previously served as the President and CEO of American Shipping Company, formerly Aker American Shipping. Prior to his tenure at American Shipping Company, Mr. Kurz was the President of Keystone Shipping Co., a subsidiary of Chas. Kurz & Co., Inc. Mr. Kurz holds a Master of Science in Transportation Management and a U.S. Coast Guard Third Mate's License.

As described above, in April/May 2010, a corporate reorganization of APT and its subsidiaries was implemented that involved the formation of APT Holding and the Applicant, and the distribution down of the interests of APT (see the Organization Chart set forth in Exhibit 1).

B. Affiliated Entities – Please list all business entities that directly or indirectly through one or more intermediaries, control, are controlled by or are under common control with the Applicant. Please indicate the nature of the business transacted by each entity and the relationship between these entities. This information may be presented in the form of a chart. Indicate whether any of the affiliated entities have previously applied for or received Title XI assistance.

The Applicant is controlled by APT Holding which, in turn, is controlled by affiliates of Blackstone. Blackstone owns 75% of the equity interests in APT Holding, the parent of the Applicant. As of December 31, 2009, Blackstone, through its different investment businesses, had total assets under management of approximately $98.2 billion. Through December 31, 2009, Blackstone's various private equity funds had invested or committed total equity of approximately $34.4 billion to 145 transactions, representing an aggregate transaction value of approximately $300 billion involving entities across a wide spectrum of service, manufacturing, financial and real estate businesses. Neither the Applicant nor any predecessor or affiliate[1] has previously applied for or received Title XI assistance.

C. Bankruptcy – Please indicate whether the Applicant, any predecessor or affiliated entity has been in bankruptcy or reorganization under any insolvency or reorganization proceeding. If so, please give details.

Other than with respect to USS, which at one time was (but is not now) an affiliate of the Applicant, neither the Applicant nor any predecessor or affiliate[1] has been in bankruptcy or reorganization under any insolvency or reorganization proceeding.

D. Default – Please provide a statement indicating whether the Applicant or any predecessor or affiliated entity is now, or during the past 5 years has been, in default under any agreement or undertaking with others or with the United States of America. Is the Applicant currently delinquent on any Federal debt? If so, please provide explanatory information.

**Form MA-163 (4-99)**          Page 8          Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

APT v. USA                                                                                           11

Other than with respect to USS, which at one time was (but is not now) an affiliate of the Applicant, neither the Applicant nor any predecessor or affiliate[1] is or has been, during the past 5 years, in default under any agreement or undertaking with others or with the United States of America except for immaterial defaults or defaults that have been waived or cured.  Neither the Applicant nor any Guarantor is currently delinquent on any Federal debt.

E. Banking References - Please provide the following information:

   1. Principal bank(s) or lending institution(s) - name and address

       Bank of New York Mellon         DVB Bank SE
       101 Barclay St. Floor 4W        c/o DVB Transport (US) LLC
       New York, NY  10286            609 Fifth Avenue
                                    New York, NY  10017-1021

   2. Nature of relationship

       **Bank of New York Mellon:  The Applicant and its subsidiaries maintain various accounts at Bank of New York Mellon (e.g., concentration, deposit and escrow accounts).**

       **DVB Bank:  In July 2009, DVB Bank acted as arranger and lender for a $250 million secured term loan facility to the Applicant due August 2016.  The facility was fully repaid in May 2010.**

   3. Individual references, name(s), telephone and fax number of banking officer(s).

       Bank of New York Mellon         DVB Bank SE
       Esther Antoine                Jurek Bochner
       Relationship Manager           Shipping Division
       Phone:   (212) 815-5331       Phone:   (212) 858-2609
       Fax:     (212) 815-8091       Fax:     (212) 588-0424

F. Financial Information - The Applicant shall submit as Attachment IV the following financial statements, footnoted to explain the basis used for arriving at the figures:

   1. The most recent financial statement of the Applicant, its parent and other significant participants, as applicable (year end or intermediate), and the three most recent audited statements with details of all existing debt.  If the Applicant is a new entity and is to be funded from or guaranteed by external source(s), it shall provide the above mentioned statements for such source(s);

       **Attachment IV-A contains the financial statements of the Applicant for the three-month period ended March 31, 2010 and the audited consolidated financial statements of the Applicant for the most recent three years.  For purposes of the audited financial statements for the years ended December 31, 2009 and December 31, 2008, the Applicant was known as American Petroleum Tankers LLC and for the year ended December 31, 2007, the Applicant was known as USS Products Investor LLC.  The financial results of the Guarantors, which are indirect, wholly-owned subsidiaries of the Applicant, are included in the consolidated financial statements of the Applicant.**

Form MA-163 (4-99)            Page 9      Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

APT v. USA                                                  12

2. A pro forma balance sheet of the Applicant and guarantor (if applicable) as of the estimated date of execution of the guarantees reflecting the assumption of the Title XI obligations, including the current liability; and

**Attachment IV-B contains a pro forma consolidated balance sheet of the Applicant reflecting the Title XI obligations (assuming funding of the Title XI obligations at the end of 2011).**

3. Pro forma balance sheets for five years subsequent to the Closing.

**Attachment IV-B also contains pro forma consolidated balance sheets of the Applicant for the five years subsequent to the Closing.**

Eligible Export Vessels: the Applicant's financial statements shall be in accordance with U.S. generally-accepted accounting principles (GAAP) if formed in the U.S. or reconciled to U.S. GAAP if formed in a foreign country unless a justification is provided explaining the inability to reconcile.

**N/A**

III. THE APPLICANT:  Management/Operations

A. Past Business Activities - A brief description of the principal business activities during the past 5 years of each officer, director, partner or member listed above in item I B.1.  If these persons (have) act(ed) as executive officers in other entities, please indicate the names of these entities and whether such entities have defaulted on any U.S. debt.

**Exhibit 3 contains a brief description of the principal business activities during the past 5 years for each officer and director of the Applicant and Guarantors listed in item I B.1.  None of the entities shown on Exhibit 3 in which such officers or directors have acted as executive officers or directors have defaulted on any U.S. debt.**

B. Business Relationships - The name and address of each organization engaged in business activities which have a direct financial relationship to those carried on or to be carried on by the Applicant with which any person listed above has any present business connection, the name of each such person and, briefly, the nature of such connection.

**Not Applicable**

C. Please provide a copy of any management agreement(s) between the Applicant and any related or unrelated organization(s) which will affect the management of the Title XI project.

**Exhibit 4 contains copies of the various agreements between the Applicant, APT Holding, certain of the Vessel Owners and affiliates of Crowley.  Upon delivery of the *Evergreen State*, the applicable Vessel Owner will enter into a Ship Management Agreement with an affiliate of Crowley that is similar in form and substance to the Ship Management Agreements set forth in Exhibit 4.**

**Form MA-163 (4-99)**          Page 10        Confidential Business Information
                                        Exempt from FOIA Disclosure Pursuant
                                                to 5 U.S.C. 552(b)(4)

APT v. USA                                                                    13

CONFIDENTIAL BUSINESS INFORMATION

**Form MA-163 (4-99)**                    Page 11          Confidential Business Information
                                                         Exempt from FOIA Disclosure Pursuant
                                                                to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

**Form MA-163 (4-99)**                         Page 12        Confidential Business Information
                                                                    Exempt from FOIA Disclosure Pursuant
                                                                              to 5 U.S.C. 552(b)(4)

APT v. USA                                                                                          15

The first Vessel, the *Golden State*, is chartered to BP for a term of 7 years with 3 one-year renewal options.  BP has traditionally used 3 vessels on the west coast and the *Golden State*, along with 2 OSG new builds, currently provide that service.  The Applicant believes that BP finds it attractive to have two suppliers of tonnage for this operation.

The second Vessel, the *Pelican State*, is chartered to Marathon for a term of 3 years with 2 two-year renewal options.  This Vessel is used to move products into Florida from Marathon's Garyville, Louisiana refinery which completed an 180,000-barrel expansion in the first half of 2010.  At the end of 2011 and in 2012, three of Crowley's new 330,000-barrel ATBs are expected to become part of this distribution system and, with the *Pelican State*, will replace older tonnage to service this trade going forward.

The third Vessel, the *Sunshine State*, was originally chartered to Chevron for a term of 9 months.  Six months into its nine-month charter term, Chevron extended the charter for an additional approximately 12 months, bringing the total charter term with Chevron to 1.5 years.  Chevron has 3 six-month renewal options.  Chevron has traditionally used two vessels to service Tampa, Florida from Pascagoula, Mississippi.  In response to Chevron's commitment to modernizing its fleet profile, the *Sunshine State* has become their core vessel in this trade.

The fourth Vessel, the *Empire State*, is currently on an interim  charter (approximately 74 days) to MSC which will be immediately followed by an approximately five-year charter to MSC (one year firm with four approximately one-year renewal options).  The last Vessel, the *Evergreen State*, is contracted to MSC for approximately five years on the same basis.  While MSC awarded the charters based on a five-year analysis, MSC is only permitted to commit to annual contracts due to budgetary restrictions.  As a result of including certain national defense features on the two MSC-chartered Vessels, which are the only new-build Jones Act product/chemical tankers with such features, as well as strong economic benefits for continued renewals, the Applicant believes that MSC is likely to exercise its renewal options.

Assuming MSC exercises all of its renewal options, the Applicant will have over $400 million of contracted revenue from 2010 through 2015, providing a base of stable and predictable revenues and cash flows.

The Applicant believes that there are strong incentives for the charterers to exercise their renewal options and to extend the charters beyond their current renewal terms.  The Vessels are integral to the distribution systems that they currently service and the Applicant has received very positive feedback from its customers about the performance of the Vessels.  In addition, the Applicant believes that there will be no alternatives more attractive than continuing the charters with the Applicant at the time the charters expire.  The older vessels in the domestic fleet will be phased out by 2015 due to OPA 90 and stringent vetting requirements, the new vessels that have been built in recent years are almost fully committed, and, due to the high cost and few shipyards capable of building product tankers, there have been no new orders placed.  Industry experts project that Jones Act product tanker shipping capacity will decline by 27% from 2010 to 2012.

CONFIDENTIAL BUSINESS INFORMATION

**Form MA-163 (4-99)**

Page 14

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

APT v. USA

17

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

**Form MA-163 (4-99)**                    Page 17        Confidential Business Information
                                                      Exempt from FOIA Disclosure Pursuant
                                                      to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

**Form MA-163 (4-99)**                    Page 18        Confidential Business Information
                                                         Exempt from FOIA Disclosure Pursuant
                                                                    to 5 U.S.C. 552(b)(4)

APT v. USA                                                                                21

CONFIDENTIAL BUSINESS INFORMATION

**Form MA-163 (4-99)**                     Page 19       Confidential Business Information
                                                        Exempt from FOIA Disclosure Pursuant
                                                                   to 5 U.S.C. 552(b)(4)

3. Expenses:

    a) Provide a detailed breakdown of estimated vessel daily operating expenses, including wages, insurance, maintenance and repair, fuel, etc.  Also provide a detailed projection of anticipated costs associated with long term maintenance of the vessel(s) such as drydocking and major mid-life overhauls, with a time frame for these events over the period of the Guarantee.

    **Exhibit 6 contains revenue and expense projections.**

    **Exhibit 6 includes historic and budgeted daily operating expenses for the Vessels, broken down into categories such as crew costs, insurance premiums, repairs, and stores.  It also includes a projection of anticipated drydock costs.**

    b) Provide, if applicable, a detailed breakdown of those expenses associated with the vessel(s) voyage, such as port fees, agency fees and canal fees that are assessed as a result of the voyage.

    **Since the Vessels are on time charter, expenses associated with vessel voyages, such as port fees, agency fees and canal fees, are paid by the charterer and are not reflected in either the revenues or expenses shown in Exhibit 6.**

    c) Provide a detailed breakdown of annual capital costs and administrative expenses, segregated as to:
    1) Interest on debt;
    2) Principal amortization; and
    3) Salaries and other administrative expenses (indicate basis of allocation).

    **Exhibit 7 contains a breakdown of annual capital costs and Exhibit 6 contains assumed salaries and other administrative expenses.**

4. Forecast of Operations - Utilizing the revenues and expenses provided above, provide a forecast of operations for the Title XI project on a cash basis for the Applicant's first full year of operations and the next four years.  Please indicate what current revenues and utilization levels are for similar vessels.  The Applicant should provide adequate backup detail to support its assumptions.

    **Exhibit 6 contains revenue and expense projections.**

C. Design - Complete Attachment II and Attachment III of this application.  In addition, please provide the name of the proposed supervising architect and state his/her experience and qualifications.

    **Attachment II contains the Table of Vessel Characteristics.**

Attachment III is a CD containing the Vessel Design Information. Questions on the Vessel Design Information should be directed to the Shipyard.  Contact personnel at the Shipyard are:

Jason Hancock                        Dave Baker
Deputy Program Manager               Program Manager
General Dynamics NASSCO              General Dynamics NASSCO
2798 E. Harbor Drive & 28th St.     2798 E. Harbor Drive & 28th St.
San Diego, CA  92113                 San Diego, CA  92113
Phone:   (619) 544-8888 x2041        Phone:  (619) 544-3673
Mobile:  (619) 929-5476              Mobile: (619) 778-9479
jhancock@nassco.com                  dbaker@nassco.com

Construction supervision is performed on behalf of the Vessel Owners by:

Herbert Engineering Corp
2417 Mariner Square Loop, Suite 125
Alameda, CA  94501
Phone:   (510) 814-9700
Fax:     (510) 814-9763

The individuals comprising the construction supervision team are:

Francis B. Washburn
Jaesog Park
Del Sanchez
John Zambel

Exhibit 8 contains the qualifications of the individuals comprising the construction supervision team.

If the vessel(s) has already been delivered, copies of the classification and certificates should be submitted with the application.

Exhibit 9 contains the class certificates and the COI's for the *Golden State*, the *Pelican State,* and the *Sunshine State and the* interim class certificate and the COI for the *Empire State.*

The class certificate and the COI for the *Evergreen State* will be forwarded to MARAD upon receipt following delivery of that Vessel.

D. Cost of the Project - The following information shall be submitted with respect to the cost of the project.

1. Actual Cost of Construction – A detailed statement of the estimated actual cost of construction, reconstruction or reconditioning of the vessel(s) including those items which would normally be capitalized as vessel construction costs and other items requested to be included in Actual Cost:

Attachment V contains information on the Actual Cost of the Vessels.

Please provide a justification for the inclusion in Actual Cost of any foreign equipment or services.

**Exhibit 10 contains a request for a waiver to include in Actual Cost the foreign materials and design services that were purchased from DSEC Co., Ltd. along with the justification therefor.**

If any category above is inapplicable, enter zero beside that category.  Net Interest during Construction is total estimated construction period interest on non-equity funds less estimated earnings from the escrow fund, if such fund is to be established.

If the project involves refinancing, Attachment V should be completed at the time of filing the application.

2. Contracts – If any of the above costs have been incurred by written contracts such as the shipyard contract, management or operating agreement, signed copies should be forwarded with the application.  If any contracts are anticipated to be signed, provide a draft(s), and indicate the expected date(s) of execution.  The Applicant will be required to have the contracting shipyard submit backup cost details and technical data.

   **Exhibit 11 contains a copy of the Amended and restated construction contract between USS Product Carriers LLC ("_Product Carriers_"), a wholly-owned subsidiary of USS, and NASSCO, effective March 14, 2006, which contract was assigned to APT pursuant to the Assignment and Assumption Agreement (the "_Assignment_") between Product Carriers and APT on August 7, 2006.  A copy of such Assignment and all amendments to the construction contract through the date hereof are also contained in Exhibit 11.**

3. Other Costs – Provide a detailed statement showing the cost of any shore facilities, cargo containers, etc., and items not listed in IV D1 above proposed to be purchased in conjunction with the project.  In addition, please include a detailed statement showing any other costs associated with the project not previously included, such as legal and accounting fees, printing costs, vessel insurance, underwriting fees, incentive payments, etc.  A statement as to how these other costs are to be paid should be provided.

   **No other equipment or facilities are contemplated to be purchased as part of the Project.  All other costs, if any, such as legal and accounting fees, underwriting fees, etc. will be paid from cash balances, additional borrowings or internally-generated funds of the Applicant or the Vessel Owners.**

E. Financing:

1. Describe, in detail, how and when funds are to be provided to cover 1) the vessel(s) equity (the difference between the capitalizable cost and the Guarantee amount); 2) the required working capital; and 3) initial operating expenses.  If any other person or entity is providing funding to the Applicant to assist in the financing of the project, please provide complete details about this funding.

**Form MA-163 (4-99)**                    Page 22          Confidential Business Information
                                                           Exempt from FOIA Disclosure Pursuant
                                                                to 5 U.S.C. 552(b)(4)

**The Applicant is requesting permanent financing to refinance existing debt that was incurred to construct the Vessels. Funds to cover vessel equity for all of the Vessels will have been advanced by the Applicant prior to the funding of the Title XI debt. Any required working capital and the initial operating expenses will be funded out of cash balances, additional borrowings or internally-generated funds of the Applicant or the Vessel Owners.**

2.  Please provide a detailed statement with respect to the types and value of assets (in addition to the vessel(s) being financed), including any corporate guarantees, being offered by the Applicant to collateralize the Secretary's issuance of the Guarantee.

    **The obligations of the Applicant under the Administrator's Note will be guaranteed by each of the Vessel Owners.**

3.  What type of debt amortization is proposed?  If other than level principal, please provide a justification.

    **Level principal payments over 25 years from the delivery date of the last Vessel (approximately 23.5 years from funding of the Title XI debt) is proposed.**

F.  Eligible Export Vessel(s):    **Not Applicable**

1.  Provide a detailed assessment with respect to the following:
    a)  Political Risk
    b)  Expropriation Risk
    c)  Currency Inconvertibility Risk

Appropriate insurance or corporate guarantee may be required by the Secretary with respect to each of the aforementioned risks.

2.  Admiralty law:

a)  What is the country of registry and under what flag will the vessel(s) operate?
b)  If the vessel(s) is to be operated on a regular service, please identify the ports of call.
c)  Do the countries named in a) and b) above have admiralty jurisdiction and would the vessel(s) be subject to such jurisdiction?

3.  Where are the principal business locations for the applicant and the operator, if any.  Information may be required to be provided with respect to whether those countries' laws which govern secured transactions and bankruptcy laws are equivalent to U.S. laws.

G.  Environmental Impact - Are any international, Federal, State, Tribal, or local approvals, permits or certificates required pursuant to any law, rule, regulation or ordinance related to the environment?  If so, provide copies of all such approvals, permits or certificates, or applications for same, that encompass the project.  Please identify any environmental study or assessment that has been performed.

**Exhibit 12 contains a copy of the ABS certificate for the *Pelican State* attesting that the Vessel was audited and found to be in compliance with ABS standards for Safety, Quality and Environmental**

Management.  ABS requires that only one vessel of each class be certified for Environmental Management, and the *Pelican State* is the Vessel in the Applicant's fleet that underwent such audit.  The other three Vessels that have delivered are classed for Safety and Quality and the *Evergreen State* will be so classed when it is delivered.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

## PART III -- CONSTRUCTION PERIOD FINANCING

**Not Applicable**

If the application involves construction period financing (e.g., issuance of the guarantee to aid in the pre-delivery construction of the vessel(s)), the following information is to be supplied:

1. Has the shipyard(s) obtained a performance bond or insurance?  If so, this performance bond or insurance documentation should be submitted.

2. If the shipyard has not obtained a performance bond or insurance, identify any consideration that is to be given in lieu thereof (i.e., a guarantee by the shipyard's parent).  If a guarantee of the shipyard's performance is to be executed or the shipyard is believed to have sufficient financial resources and operational capacity, the most recent audited financial statements of the appropriate party should be submitted.

3. Provide a detailed draw-down schedule for the escrow fund with dates and amounts.

**Form MA-163 (4-99)**          Page 25          Confidential Business Information
                                          Exempt from FOIA Disclosure Pursuant
                                                     to 5 U.S.C. 552(b)(4)

APT v. USA                                                                      28

### PART IV -- REFINANCING

Title XI Guarantees may be issued for the purpose of refinancing existing indebtedness relating to the vessel(s) so long as the debt was incurred for one of the purposes eligible for Title XI financing and was placed within one year of vessel delivery.  The amount of the refinanced debt will be limited to the lesser of (1) 75 percent or 87.5 percent, as applicable, of the depreciated actual cost of the vessel(s), or (2) the existing indebtedness relating to the vessel(s).  If the project involves refinancing, in whole or part, the following additional information is to be submitted.

1.  Amount of existing debt;

    **The existing debt that will be refinanced by the Title XI debt is comprised of $285 million 10¼% First Priority Senior Secured Notes due 2015 (the "*Secured Notes*") and a portion (approximately $156 million) of the debt then outstanding under the Sponsor Debt Facility.**

    **The amount of debt outstanding under the Secured Notes as of the date hereof is $285,000,000.**

    **The amount of debt outstanding under the Sponsor Debt Facility as of May 31, 2010 was $338,052,088.**

2.  Date debt incurred and original amount of debt;

    **The debt under the Secured Notes was incurred on May 17, 2010 in the original amount of $285,000,000.**

    **The Sponsor Debt Facility was entered into as of August 7, 2006.  The maximum amount of debt that can be drawn under the Sponsor Debt Facility is $325 million.  Interest on the Sponsor Debt Facility is payable in-kind (rather than in cash) and is capitalized and added to principal upon payment.  The outstanding principal balance of the Sponsor Debt Facility includes all capitalized interest and therefore the current principal balance exceeds $325 million.**

3.  Repayment schedule as to principal and interest;

    **Exhibit 13-A contains a Schedule showing the principal and interest due on the Secured Notes**

    **The Sponsor Debt Facility currently bears interest at 12% which is paid in-kind (rather than in cash).  There are no scheduled principal repayments.**

4.  Amount repaid to date;

    **No repayments to date have been made on the Secured Notes nor on the Sponsor Debt Facility.**

5.  Executed copy of the loan agreement;

    **Exhibit 13-A contains a copy of the Indenture for the Secured Notes and Exhibit 13-B contains a copy of the Sponsor Debt Facility, including all amendments thereof to the date hereof.**

6.  Information on the vessel's depreciated actual cost, including information on when the vessel was built, and its original cost of construction.

**Exhibit 7 contains a calculation of each Vessel's depreciated actual cost.**

## PART V -- RECONSTRUCTION OR RECONDITIONING

**Not Applicable**

If the project involves reconstruction or reconditioning of an existing vessel(s), in whole or part, the following additional information is to be submitted.  Financing available under this part must involve substantial modification such as enlarging the vessel(s), converting to a different mode of cargo transport, etc.  Repair, reconditioning or reconstruction which is required to meet the current regulatory body or classification society requirement is not allowed.

1.  State the nature of the reconstruction or reconditioning and describe how it will increase the economic life and/or economic utility of the vessel(s).

2.  Estimated economic life of the vessel(s) before and after the reconstruction or reconditioning.

3.  Date and place the vessel(s) was originally built, including name of the shipyard.

4. Original cost of construction (or acquisition cost if Applicant is not the original owner).

5.  Repair items, if any, should be shown as a separate item of cost and stated separately in the contract or specifications.

6.  Amounts of any existing mortgages or security interests in the vessel(s) (also specify the holder(s) of such interests) and proposed method by which any such encumbrances will be released at the time of the execution of the Guarantees.

**Form MA-163 (4-99)**                    Page 28           Confidential Business Information
                                                          Exempt from FOIA Disclosure Pursuant
                                                                    to 5 U.S.C. 552(b)(4)

APT v. USA                                                                                   31

**ATTACHMENTS**

Please complete the following Attachment forms as requested and file them with the application. There is no form for Attachment IV, Financial Information, which shall be furnished by the Applicant.

**Attachment I** - Affidavit of Citizenship

**To Be Provided at a later date.**

**Attachment II** - Table of vessel characteristics

**Attached.**

**Attachment III** - Preliminary vessel design information (to be attached to the three executed copies of the application)

**Attached. Applicant requests that any questions on Attachment III be directed to Jason Hancock or Dave Baker at the shipyard. Contact information is set forth in Part II, Section IV C. of the application.**

**Attachment IV** - Financial Information. For a complete description of requirements, see Part II F.

**Attached.**

**Attachment V** - Request for Actual Cost Approval and Reimbursement.

**Attached.**

**Attachment VI** - Market Study Guidelines for Title XI Projects

**Attached.**

**Attachment VII** - A completed Lobbying Form must accompany the application and this form must be updated as events occur.

**Attached.**

NOTE:

1) For all requested information that is not being supplied at the time of application filing, indicate when these materials are to be supplied and the reason for not supplying them with the application.

2) For Applicants with an existing Title XI contract(s), certain information requested in this application may already be on file with MARAD and need not be re-submitted if the information is current. For any such information, please advise and also note when the information was submitted.

3) MARAD reserves the right to request additional information on any aspect of the project.

**Form MA-163 (4-99)**              Page 29          Confidential Business Information
                                                    Exempt from FOIA Disclosure Pursuant
                                                    to 5 U.S.C. 552(b)(4)

Dated   *August  30*            ,2010

**American Petroleum Tankers Parent LLC**
*(Name of Applicant)*

By _____
      Robert K. Kurz, Chief Executive Officer

Attest:

      Member      Name:   David I. Foley
                  Title:  Authorized Signatory of American Petroleum
                          Tankers Holding LLC

I, **Robert K. Kurz**, do certify that I am the Chief Executive Officer of
**American Petroleum Tankers Parent LLC**, the Applicant on whose behalf I have
executed the foregoing application; this application is made for the purpose
of inducing the United States of America to grant guarantees pursuant to the
provisions of Title XI of the Merchant Marine Act, 1936, as amended.  I have
carefully examined the application and all documents submitted in connection
therewith and, to the best of my knowledge, information and belief, the
statements and representations contained in said application and related
documents are full, complete, accurate and true.



                  Robert K. Kurz

**NOTE:** The U.S. Criminal Code makes it a criminal offense for any person to
knowingly make a false statement or representation or to conceal or cover up a
material fact from any department or agency of the United States as to any
matter within its jurisdiction (18 U.S.C. 1001).

Attachment I:      Affidavit of United States Citizenship

                   *(to come)*

Title XI Application of
American Petroleum Tankers Parent LLC
345 Park Avenue, 29th Floor
New York, NY  10154
August 30, 2010

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
To 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

# QUARTERLY REPORT (Unaudited)

## For the quarterly period ended March 31, 2010

## American Petroleum Tankers Parent LLC
(Exact name of Reporting Entity as specified in its charter)

| | |
|---|---|
| Delaware | 80-0583752 |
| (State or other jurisdiction or incorporation or organization) | (I.R.S Employer Identification No.) |

| | |
|---|---|
| 345 Park Avenue, 29th Floor, New York, New York c/o The Blackstone Group L.P. | 10154 |
| (Address of principal executive offices) | (Zip Code) |

Reporting Entity's telephone number, including area code: **(215) 776-0173**

QUARTERLY REPORT PURSUANT TO THE INDENTURE, DATED AS OF MAY 17, 2010, AMONG AMERICAN PETROLEUM TANKERS PARENT LLC AND AP TANKERS CO., AS ISSUERS AND THE GUARANTORS PARTY THERETO AND THE BANK OF NEW YORK MELLON TRUST COMPANY, AS TRUSTEE (THE "INDENTURE").  NONE OF THE FOREGOING AS OF THE DATE HEREOF IS SUBJECT TO THE REPORTING REQUIREMENTS OF SECTION 13 OR 15(D) OF THE SECURITIES EXCHANGE ACT OF 1934, AS AMENDED.

As of May 17, 2010, 100% of the Reporting Entity's membership interests were outstanding.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Parent LLC**

**QUARTERLY REPORT (Unaudited)**

**For the quarterly period ended March 31, 2010**

**INDEX**

| | | | Page |
|---|---|---|---|
| | Explanatory Statement | | i |
| | Forward Looking Statement | | i |
| **PART I** | **FINANCIAL INFORMATION** | | |
| ITEM 1. | Financial Statements | | 1 |
| | -- Unaudited Condensed Consolidated Balance Sheets as of March 31, 2010 and December 31, 2009 | | 1 |
| | -- Unaudited Condensed Consolidated Statements of Operations for the three months ended March 31, 2010 and 2009 | | 2 |
| | -- Unaudited Condensed Consolidated Statements of Changes in Members' Equity for the three months ended March 31, 2010 | | 3 |
| | -- Unaudited Condensed Consolidated Statements of Cash Flows for the three months ended March 31, 2010 and 2009 | | 4 |
| | -- Notes to Unaudited Condensed Consolidated Financial Statements for the three months ended March 31, 2010 and 2009 | | 5 |
| ITEM 2. | Managements Discussion and Analysis of Financial Conditions and Results of Operations | | 10 |
| ITEM 3. | Quantitative and Qualitative Disclosure About Market Risk | | 17 |
| ITEM 4. | Controls and Procedures | | 17 |
| **PART II** | **OTHER INFORMATION** | | |
| ITEM 1. | Legal Proceedings | | 18 |
| ITEM 1A. | Risk Factors | | 18 |
| ITEM 2. | Changes in Securities and Use of Proceeds | | 18 |
| ITEM 3. | Defaults Upon Senior Securities | | 18 |
| ITEM 4. | Submission of Matters to a Vote of Security Holders | | 18 |
| ITEM 5. | Other Information | | 18 |
| ITEM 6. | Exhibits and Reports on Form 8-K | | 18 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Explanatory Statement

On May 14, 2010, American Petroleum Tankers LLC (the "Company") consummated a restructuring of its corporate organization, resulting in: (i) the formation of American Petroleum Tankers Holding LLC ("Holding"), a new parent holding company; (ii) the formation of American Petroleum Tankers Parent LLC ("APT Parent"), a new wholly-owned subsidiary of Holding; and (iii) the contribution down of the interests of: (a) our former parent holding company, the Company, and (b) APT Intermediate Holdco LLC ("Intermediate Holdco"), such that the Company and Intermediate Holdco became wholly-owned subsidiaries of APT Parent. The financials provided in this quarterly report are provided by the Company and its subsidiaries on a consolidated basis. These financial statements are substantially the same as the financial statements for Holding. For future periods, we will prepare financial statements for Holding and its subsidiaries on a consolidated basis.


Forward-Looking Statements

This quarterly report contains various "forward-looking statements" (as that term is defined by the federal securities laws) about our financial condition, results of operations and business. You can find many of these statements by looking for words such as "may," "will," "expect," "anticipate," "believe," "estimate," "project," "continue," "potential," "plan," "forecast," "outlook," and similar words used in this quarterly report.

These forward-looking statements are subject to numerous assumptions, risks and uncertainties. Because the statements are subject to risks and uncertainties, actual results may differ materially from those expressed or implied by the forward-looking statements. We caution readers not to place undue reliance on the statements, which speak only as the date of the quarterly report.

We disclose important risk factors that could cause our actual results to differ materially from our expectations under "Management's Discussion and Analysis of Financial Condition and Results of Operations" provided in this quarterly report and under "Risk Factors" provided in the confidential offering circular, dated May 6, 2010 (the "Offering Circular"), and elsewhere therein. Risks and uncertainties that could cause actual results to vary materially from those anticipated in the forward-looking statements included in this quarterly report include general economic conditions in the markets in which we operate, industry-related factors and risks specific to us. These cautionary statements qualify all forward-looking statements attributed to us or persons acting on our behalf. When we indicate that an event, condition or circumstance could or would have an adverse effect on us, we mean to include effects upon our business, financial and other conditions, results of operations, prospects and ability to service our debt. Additional risks and uncertainties not currently known to us or that we currently deem to be immaterial also may materially adversely affect our business, financial and other conditions, results of operations, prospects and ability to service our debt.

The cautionary statements set forth above should be considered in connection with any subsequent written or oral forward-looking statements that we or persons acting on our behalf may issue. We do not undertake any obligation to release publicly any revisions to any forward-looking statement to reflect events or circumstances after the date of this quarterly report or to reflect the occurrence of unanticipated events.

i

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

PART I – FINANCIAL INFORMATION

*Item 1. Financial Statements*

## American Petroleum Tankers LLC
### Unaudited Condensed Consolidated Balance Sheets
### as of March 31, 2010 and December 31, 2009
### (in thousands)

|  | March 31, 2010 | December 31, 2009 |
|---|---|---|
| **Assets** | | |
| Cash and cash equivalents | $ 8,303 | $ 7,893 |
| Accounts receivables, net | 4,132 | 4,517 |
| Prepaid expenses and other current assets | 519 | 406 |
| Restricted cash | 1,200 | 800 |
| Total Current Assets | 14,154 | 13,616 |
| Restricted cash, net of current portion | 2,000 | 2,000 |
| Deferred financing costs, net | 9,065 | 9,720 |
| Other assets | 3,196 | 3,986 |
| Vessels and construction in progress, net | 655,323 | 624,080 |
| Total Assets | $ 683,738 | $ 653,402 |
| | | |
| **Liabilities and Members' Equity** | | |
| Accrued expenses and other liabilities | $ 122,246 | $ 90,709 |
| Payable due USS Entities | 259 | 759 |
| Unearned revenue | 4,744 | 3,291 |
| Current portion of long-term debt | 12,384 | 12,384 |
| Total Current Liabilities | 139,633 | 107,143 |
| Long-term debt, net of current portion | 415,068 | 414,200 |
| Total Liabilities | 554,701 | 521,343 |
| Commitments and Contingencies (Notes 4 and 7) | | |
| **Members' Equity** | 129,037 | 132,059 |
| Total Liabilities and Members' Equity | $ 683,738 | $ 653,402 |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

1

**American Petroleum Tankers LLC**
**Unaudited Condensed Consolidated Statements of Operations**
**For the Three Months Ended March 31, 2010 and 2009**
**(in thousands)**

|  | 2010 | 2009 |
|---|---|---|
| **Revenues** | $     12,569 | $     4,097 |
| | | |
| **Expenses:** | | |
| Operating expenses | 5,126 | 1,807 |
| General and administrative expenses | 337 | 281 |
| Depreciation | 3,804 | 1,525 |
| Management fees [1] | 559 | 1,376 |
| Total Expenses | 9,826 | 4,989 |
| **Operating income (loss)** | 2,743 | (892) |
| | | |
| **Other (expense) income:** | | |
| Interest income | - | 7 |
| Interest expense [1] | (4,648) | (534) |
| Derivative (losses) gains, net | (1,117) | 189 |
| **Net loss** | $     (3,022) | $     (1,230) |

[1] Expenses include amounts to related parties, as discussed in Note 6.

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

2

APT v. USA

**American Petroleum Tankers LLC**
**Unaudited Condensed Consolidated Statements of Changes in Members' Equity**
**For the Three Months Ended March 31, 2010**
**(in thousands)**

|  | Member Interests | | Total Members' Equity |
|---|---|---|---|
|  | Class A | Class B |  |
| **Balance at December 31, 2009** | $     93,854 | $     38,205 | $     132,059 |
| Net loss | - | (3,022) | (3,022) |
| **Balance at March 31, 2010** | $     93,854 | $     35,183 | $     129,037 |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

3

**American Petroleum Tankers LLC**
**Unaudited Condensed Consolidated Statements of Cash Flows**
**For the Three Months Ended March 31, 2010 and 2009**
**(in thousands)**

|  | 2010 | 2009 |
|---|---|---|
| **OPERATING ACTIVITIES:** | | |
| Net loss | $ (3,022) | $ (1,230) |
| Adjustments to reconcile net loss to net cash | | |
| provided by operating activities: | | |
| Depreciation | 3,804 | 1,525 |
| Amortization of deferred financing costs | 961 | - |
| Derivative losses (gains), net | 1,117 | (189) |
| Interest paid-in-kind | 3,964 | - |
| Changes in current assets and liabilities: | | |
| Accounts receivable, net | 385 | - |
| Prepaid expenses and other current assets | (113) | 44 |
| Accrued expenses and other liabilities | (3,816) | (289) |
| Payable due USS Entities | (500) | 1,404 |
| Unearned revenue | 1,453 | - |
| Other | (327) | (351) |
| Net cash provided by operating activities | 3,906 | 914 |
| **INVESTING ACTIVITIES:** | | |
| Vessel and construction in progress additions | - | (67,120) |
| Deposits of restricted cash | (400) | - |
| Net cash used in investing activities | (400) | (67,120) |
| **FINANCING ACTIVITIES:** | | |
| Proceeds from revolver borrowings | - | 68,383 |
| Payment on long-debt | (3,096) | - |
| Net cash (used in) provided by financing activities | (3,096) | 68,383 |
| Net increase in cash and cash equivalents | 410 | 2,177 |
| Cash and cash equivalents at beginning of period | 7,893 | 16 |
| Cash and cash equivalents at end of period | $ 8,303 | $ 2,193 |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

4

**American Petroleum Tankers LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three Months Ended March 31, 2010 and 2009**
**(dollars in thousands)**

*Note 1 – Basis of Presentation*

The accompanying unaudited condensed consolidated financial statements for the Company have been prepared in accordance with the instructions to Form 10-Q, and accordingly, certain financial information and footnote disclosures normally included in financial statements prepared in accordance with generally accepted accounting principles in the United States have been omitted. These financial statements should be read in conjunction with the Company's audited consolidated financial statements for the year ended December 31, 2009.

These financial statements include, in the opinion of management, all adjustments necessary for the fair presentation of the financial information included herein, which are of a normal recurring nature.

**Use of Estimates**

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affects the amounts reported in the financial statements and accompanying notes. Actual results could differ from those estimates.

*Note 2 – New Accounting Pronouncements*

In January 2010, the Financial Accounting Standards Board ("FASB") issued ASU No. 2010-06, *Improving Disclosures about Fair Value Measurements.* This update provides amendments to FASB ASC 820, *Fair Value Measurements and Disclosure,* for improving disclosures about fair value measurements on the basis of input received from users of financial statements. This update is effective for interim and annual reporting periods beginning after December 15, 2009. The adoption of this standard had no material impact on the Company's balance sheet, statements of operations, statement of changes in members' equity, and statement of cash flows.

In February 2010, the FASB issued ASU No. 2010-09, *Amendments to Certain Recognition and Disclosure Requirements.* This update provides amendments to FASB ASC 855, *Subsequent Events,* for removing the requirement for an SEC filer to disclose a date in issued and revised financial statements. This update is effective upon issuance of the final update. The adoption of this standard had no material impact on the Company's balance sheet, statement of operations, statement of changes in members' equity, and statement of cash flows.

*Note 3 – Restricted Cash*

In accordance with the terms of the Senior Secured Loan Facility (the "DVB Facility"), the Company is required to maintain certain deposit accounts for each vessel. At March 31, 2010 and December 31, 2009, the cash balance in the Drydock Reserve Accounts was $1,200 and $800, respectively, which are classified as current assets in the accompanying Unaudited Condensed Consolidated Balance Sheets.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three Months Ended March 31, 2010 and 2009**
**(dollars in thousands)**

In April 2010, the Company made the quarterly deposits of $400 into these accounts. At March 31, 2010 and December 31, 2009, the cash balance in the Liquidity Accounts was $2,000, which is classified as a long-term asset in the accompanying Unaudited Condensed Consolidated Balance Sheets.

### Note 4 – Construction Contract

The Company has entered into a contract with National Steel and Shipbuilding Company ("NASSCO") for the construction of five 49,000 dwt double-hulled tankers. The first three vessels were delivered in January, June and December 2009, respectively. The remaining two tankers are expected to be delivered in July and December 2010.

The Company estimates that it owes NASSCO $120,206 based on the percent of completion of the vessels under construction at March 31, 2010. The Company has accrued these costs within Accrued Expenses and Other Liabilities in the accompanying Unaudited Condensed Consolidated Balance Sheet. Future commitments under this contract are further discussed in Note 7.

### Note 5 – Vessels and Construction in Progress, Net

Vessels and Construction in Progress, Net consists of the following:

|  | March 31, 2010 | December 31, 2009 |
|---|---|---|
| Vessels | $ 457,261 | $ 457,477 |
| Construction in progress | 210,264 | 175,001 |
|  | 667,525 | 632,478 |
| Less accumulated depreciation | (12,202) | (8,398) |
| Total vessels and construction in progress, net | $ 655,323 | $ 624,080 |

Capitalized interest is recorded as part of the asset to which it relates and is amortized over the estimated useful life of the asset. Interest expense of $1,448 and $2,541 was capitalized during the three months ended March 31, 2010 and 2009, respectively.

Vessels and construction in progress include accrued amounts of $120,388 and $87,366 at March 31, 2010 and December 31, 2009, respectively. The accrued amounts are included in Accrued Expenses and Other Liabilities and Payable Due USS Entities in the accompanying Unaudited Condensed Consolidated Balance Sheets.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three Months Ended March 31, 2010 and 2009**
**(dollars in thousands)**

*Note 6 --Related Party Transactions*

**USS Entities**

Until July 28, 2009, USS Product Manager LLC ("Product Manager"), a wholly-owned subsidiary of U.S. Shipping Partners L.P. (the "Partnership") and an affiliate of USS Product Carriers LLC, a former Class B Member of the Company, managed the construction of, and until September 28, 2009 the operation of the tankers for the Company. The obligations under the management agreement were being performed by employees of U.S. Shipping General Partner LLC, the Partnership's general partner. For the three months ended March 31, 2009, the Partnership earned total fees of $1,376 from the Company, consisting of $376 for oversight fees, $750 for delivery fees subsequent to the delivery of the *Golden State* vessel in January 2009, and $250 for management fees. These fees are recorded within Management Fees expense in the accompanying Unaudited Condensed Consolidated Statements of Operations.

During 2009, the Product Manager earned $500 for cost savings realized on the construction of one vessel completed in 2009. This cost savings was accrued within Due to USS Entities at December 31, 2009 and capitalized as a cost to the vessel. The cost savings was paid by the Company in the first quarter of 2010. The aggregate payable recorded within Due to USS Entities in the accompanying Unaudited Condensed Consolidated Balance Sheets was $259 and $759 at March 31, 2010 and December 31, 2009, respectively.

**Blackstone/Cerberus Entities**

The Company pays an annual administration fee of $300 for the Revolving Notes Facility (the "Sponsor Facility") to an affiliate of certain of the Class A Members. This fee is recognized as a component of Interest Expense, in the accompanying unaudited condensed consolidated financial statements. During the three months ended March 31, 2009, the Company paid interest of $2,830 on the Sponsor Facility directly to certain of the Blackstone/Cerberus Entities. During the three months ended March 31, 2010, the Company recorded $3,964 for interest-in-kind payments that were capitalized in the Sponsor Facility balance, including an accrual of $654 at March 31, 2010. Accrued interest due on the Sponsor Facility borrowings was $608 as of December 31, 2009.

*Note 7 – Commitments and Contingencies*

As discussed in Note 4, the Company has a contract with NASSCO for the construction of five product tankers. The Company currently expects the cost to construct these five tankers to aggregate approximately $676,424, excluding future contract adjustments for price escalations or cost savings and capitalized interest. Payments of $506,772 have been made under these construction contracts as of March 31, 2010. The Company estimates that it will make payments of approximately $162,100 and $7,552 under this construction contract in 2010 and 2011, respectively.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

7

**American Petroleum Tankers LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three Months Ended March 31, 2010 and 2009**
**(dollars in thousands)**

*Note 8 – Additional Cash Flow Information*

At March 31, 2010, the accrual for vessel construction costs increased $33,022.  At March 31, 2009, the accrual for vessel construction costs decreased $6,130.

A reconciliation of interest expense for the three months ended March 31, 2010 and 2009 is as follows:

|  | **2010** | **2009** |
|---|---|---|
| Cash paid for interest | $ 1,091 | $ 2,285 |
| Paid-in-kind interest | 3,964 | - |
| Amortization of deferred financing costs | 961 | 628 |
| Administrative fee | 76 | 74 |
| Change in interest accrual | 3 | 88 |
| Gross interest expense | 6,095 | 3,075 |
| Less capitalized interest | (1,448) | (2,541) |
| Net interest expense | $ 4,647 | $    534 |

*Note 9 – Financial Information by Segments and Geographic Area*

The Company's business is to charter its tankers primarily in the U.S. domestic Jones Act trades to customers in the petroleum industry to and from destination points in the coastwise United States.  Each of the Company's vessels represents an operating segment.  These segments are aggregated into one reportable segment because they possess similar economic characteristics and all vessels are the same design and carry petroleum products in the U.S. coastwise trade.

*Note 10 – Subsequent Events*

**Corporate Restructure**

On May 14, 2010, the Company consummated a restructuring of its corporate organization, resulting in: (i) the formation of Holding, a new parent holding company; (ii) the formation of APT Parent, a new wholly-owned subsidiary of Holding; and (iii) the contribution down of the interests of: (a) our former parent holding company, the Company, and (b) Intermediate Holdco, such that the Company and Intermediate Holdco became wholly-owned subsidiaries of APT Parent.  The restructuring was initiated to ensure potential liability resulting from the operation of two future vessels, *Evergreen State* and *Empire State*, would be limited to the Company, the party to the charter for those vessels with the Military Sealift Command department of the U.S. Navy ("MSC").  As a result of this restructuring Intermediate Holdco and AP Tankers Co. are entities at the same corporate level as the Company, each a directly, wholly-owned subsidiary of APT Parent.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three Months Ended March 31, 2010 and 2009**
**(dollars in thousands)**

**Amended Sponsor Facility**

The Company entered into (i) Amendment No. 4 to the Sponsor Facility on April 23, 2010, in connection with the corporate restructuring and to permit the incurrence of indebtedness under the Notes, and (ii) Amendment No. 5 to the Sponsor Facility Agreement on May 5, 2010 to convert the revolving credit loans to a term loan, extend the maturity to May 2016, increase the paid-in-kind interest rate to 12%, and to permit quarterly and annual financial reporting to be made on the same timetable as the financial reporting required pursuant to the Indenture. As a result, the outstanding balance of the Sponsor Facility has been recorded as long-term debt at March 31, 2010. The Sponsor Facility is secured by substantially all of the assets of APT Parent and its subsidiaries on a second priority basis.

**First Priority Senior Secured Notes Offering**

On May 17, 2010, APT Parent and AP Tankers Co., issued $285,000, $10\frac{1}{4}\%$ First Priority Senior Secured Notes due 2015 ("Notes") at a price of 97.203% (the "Offering"). The Notes mature on May 1, 2015 and interest is due May 1 and November 1 of each year, commencing on November 1, 2010. The Notes will be guaranteed, on a joint and several basis, by APT Holding, the Company, Intermediate Holdco and its subsidiaries. The Notes and the guarantees will be secured by first priority liens on substantially all of the assets of APT Parent and its subsidiaries subject to certain exceptions and permitted liens. APT Parent received proceeds of approximately $277,000 and used the proceeds as follows:

| | | |
|---|---|---|
| Escrowed cash for the construction of vessels | $ | 169,900 |
| Refinance Senior Secured Loan Facility | | 96,600 |
| Estimated fees and expenses | | 10,200 |
| Cash | | 300 |
| | $ | 277,000 |

**DVB Facility**

On May 17, 2010, the proceeds from the Offering were used to pay off all outstanding amounts under the DVB Facility and a $2.8 million breakage fee.

The Company evaluated events and transactions that occurred during the period from March 31, 2010, the date of the balance sheet, through June 1, 2010, the date of issuance of the unaudited condensed consolidated financial statements. Other than the corporate restructure, amended Sponsor Facility, the First Priority Senior Secured Notes Offering and payoff of the DVB Facility as described above, the Company identified no additional subsequent events.

*****

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

### Item 2.  Management's Discussion and Analysis of Financial Condition and Results of Operations

The following discussion and analysis of our consolidated financial condition, results of operations and cash flows should be read in conjunction with the unaudited condensed consolidated financial statements, and the notes thereto, and other data contained elsewhere in this Quarterly Report. The following discussion and analysis should also be read in conjunction with our audited consolidated financial statements, and notes thereto, and "Management's Discussion and Analysis of Financial Condition and Results of Operations" included in the Offering Circular. References in Item 2. herein to "American Petroleum Tankers", "APT", "we", "our" and "us" refer to Holding and its subsidiaries unless otherwise stated or indicated by context.

### Company Overview

We are a U.S. based, leading provider of Jones Act marine transportation services for refined petroleum products in the U.S. domestic "coastwise" trade. Our fleet consists of five new, double-hulled product tankers. Two of these vessels are on long term charters with BP West Coast Products LLC ("BP") and an affiliate of Marathon Oil Corporation ("Marathon"), one of our vessels is on short term charter with an affiliate of Chevron Corporation ("Chevron"), and two of our vessels, which are currently under construction and expected to be delivered in July 2010 and December 2010, are chartered to MSC. Upon delivery of our new build vessels, our fleet of five vessels will have a total capacity of approximately 245,000 dwt and an average age of less than one year. This compares very favorably with the 22 year average age for the existing Jones Act tanker fleet. Currently, we have the most modern fleet in the Jones Act tanker market, making our vessels particularly attractive to oil companies with increasingly stringent vetting and inspection standards and contributing to lower operating costs. Our strategy is to time charter the majority of our fleet on a medium to long term basis to high credit quality charterers.

Our customers are BP, Chevron and Marathon, with each parent entity currently rated strong investment grade by Moody's and S&P, as well as MSC, a department of the U.S. Navy, which is supported by the U.S. Government, currently AAA/Aaa rated. Our three vessels in operation are fixed on time charters for seven years, nine months and three years, respectively. Our two new build vessels are contracted to MSC for one year with four approximately one-year renewal options. While MSC awarded us the contract based on a five-year analysis, MSC is only permitted to commit to annual contracts, due to budgetary restrictions.

Operationally, we retain all strategic and commercial management of our vessels, while the technical management of the vessels is outsourced to certain affiliates of Crowley Maritime Corporation, Inc. (collectively, "Crowley"). Crowley's technical management services include crewing, maintenance and repair, purchasing, insurance and claims administration, and security as well as accounting and reporting services. In addition to providing technical management services for all our vessel operations, Crowley also provides construction oversight on the final two new build vessels. Founded in 1892, Crowley is one of the oldest and most successful maritime transportation companies in the U.S., employing approximately 4,400 employees across 80 office locations. At December 31, 2009, Crowley owns and operates approximately 240 vessels including RO/RO (roll on roll off) vessels, LO/LO (lift on lift off) vessels, tankers, tugs and barges. Crowley also manages approximately 30 third party vessels. Crowley has been recognized for its expertise, having received numerous awards, including Chamber of Shipping of America 2008 Jones F. Devlin Award for Safety, 2009 Environmental Achievement Award, "Best of the Best" Ocean Carrier and Third-Party Logistics Provider, and Toyota Logistics Service Awards for Outstanding Customer Service and Quality for six consecutive years (2002 through 2007). We benefit from Crowley's operational expertise, purchasing

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

power and strong relationships with vendors, suppliers and major labor organizations which are key to providing skilled and experienced crews.

On May 14, 2010, the Company completed a restructuring of its corporate organization which resulted in (i) the formation of Holding, a new parent holding company that is a Delaware limited liability company, (ii) the formation of APT Parent, a wholly-owned subsidiary of Holding that is also a Delaware limited liability company, and (iii) the distribution down of the interests of our former parent holding company, the Company, such that the Company became a wholly-owned subsidiary of APT Parent. The restructuring was initiated to ensure potential liability resulting from the operation of *Evergreen State* and *Empire State* would be limited to the Company, the party to the charter for those vessels with MSC. As a result of this restructuring Intermediate HoldCo and AP Tankers Co. are entities at the same corporate level as the Company, each a directly, wholly-owned subsidiary of APT Parent. These newly created entities have no assets or operations. The financial statements provided herein are provided by the Company and its subsidiaries on a consolidated basis for the quarters ended March 31, 2010 and 2009. These financial statements are substantially the same as the financial statements for Holding. For future periods, we will prepare financial statements for Holding and its subsidiaries on a consolidated basis.

## Definitions

It is important to understand the meaning of the following terms in order to understand our discussion of our results of operations:

- *Deadweight tons or dwt.* dwt is the abbreviation for deadweight tons, representing principally the cargo carrying capacity of a vessel.

- *Revenue.* Revenue includes revenue from time charters. Revenue is impacted by changes in charter and utilization rates. For charters which have a duration in excess of one year and include escalation provisions we recognize revenue on a straight line basis over the life of the contract.

- *Vessel operating expenses.* The most significant direct vessel operating expenses are manning costs, vessel maintenance and repairs, and insurance. We pay the vessel operating expenses.

- *Depreciation and amortization.* We incur fixed charges related to the depreciation of the historical cost of our fleet. The aggregate number of drydockings undertaken in a given period and the nature of the work performed determine the level of drydocking expenditures. Depreciation and amortization is determined as follows:

  - Vessels are recorded at cost, including capitalized interest and transaction fees where appropriate, and depreciated to scrap value using the straight-line method; and

  - Both domestic and international regulatory bodies require that petroleum carrying vessels be drydocked for major repair and maintenance at least every five years (this requirement increases to twice in a five year period after the first fifteen years of operation). In addition, vessels may have to be drydocked in the event of accidents or other unforeseen damage.

- *General and administrative expenses.* General and administrative expenses consist of employment costs for shore side staff and cost of facilities as well as legal, audit and other administrative costs.

- *Drydocking days.* Drydocking days are days designated for the cleaning, inspection and survey of vessels, and resulting maintenance work, as required by the U.S. Coast Guard and the American Bureau of Shipping (ABS). Drydocking days may also include unscheduled work in the event of an accident or other unforeseen damage.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

11

- *Time charter equivalent.* Time charter equivalent is equal to the voyage revenue earned by a vessel during a defined period, divided by the total number of actual days worked by that vessel during the period involved, net of fuel and port expenses.

## Critical Accounting Policies

We prepare our financial statements in conformity with accounting principles generally accepted in the United States of America. The preparation of the unaudited condensed consolidated financial statements, upon which this discussion and analysis is based, requires management to make estimates and judgments which impact those consolidated financial statements. The most critical of these estimates and accounting policies relate to long-lived asset depreciation, revenue recognition, and valuation of derivative instruments. Different assumptions in the application of these policies could result in material changes in the Company's consolidated financial condition, results of operations, or cash flows. For a more complete discussion of these and other accounting policies, see the Notes to 2009 audited Consolidated Financial Statements.

### *Vessels and Construction in Progress*

Vessels are stated at cost. Construction costs of new vessels are capitalized and included in construction-in-progress until completed. Normal repair and maintenance expenditures are expensed as incurred. Depreciation is computed using the straight-line method over the vessels' estimated useful lives of 30 years based on the vessels' cost less their estimated salvage value. Interest is capitalized in conjunction with our construction of vessels.

We assess recoverability of the carrying value of a long-lived asset when indicators of impairment are present by estimating the future undiscounted net cash flows expected to result from the asset, including eventual disposition. If the future net cash flows are less than the carrying value of the asset, an impairment loss is recorded equal to the difference between the asset's carrying value and its fair value.

We have significant assets under construction. These assets under construction are subject to the same impairment requirements as other long-lived assets. There have been no vessel impairments recorded.

### *Revenue Recognition*

Revenues from long-term time charters of vessels with annual escalation clauses are recognized on a straight-line basis. We also assess renewal options on time charters for bargain renewal options, and account for any bargain renewal options as a constructive extension of the lease term.

### *Derivative Instruments*

Our use of derivative instruments, principally an interest rate cap, is limited to non-trading purposes and is designed to manage exposure to interest rate risks. The fair value of our interest rate cap represents the amount that would be paid to us by the counterparty to terminate the cap at the reporting date and is estimated based on a discounted cash flow model using a quoted interest rate. Changes in the fair market value of the interest rate cap could result in significant fluctuations in earnings.

## Results of Operations

The following table presents the operating results of the Company for the quarters ended March 31, 2010 and 2009.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

12

|  | For the Quarter Ended March 31, | |
| --- | --- | --- |
|  | 2010 | 2009 |
|  | (dollars in thousands) | |
| **Consolidated Statements of Operations Data:** | | |
| Revenues | $12,569 | $ 4,097 |
| **Expenses:** | | |
| Operating expenses | 5,126 | 1,807 |
| General and administrative expenses | 337 | 281 |
| Depreciation | 3,804 | 1,525 |
| Management fees | 559 | 1,376 |
| Total expenses | 9,826 | 4,989 |
| **Operating loss** | 2,743 | (892) |
| **Other (expenses) income:** | | |
| Interest income | - | 7 |
| Interest expense | (4,648) | (534) |
| Derivative (losses) gains, net | (1,117) | 189 |
| **Net Loss** | $ (3,022) | $ (1,230) |

### Quarter Ended March 31, 2010 versus Quarter Ended March 31, 2009

#### Revenues

Prior to 2009, there were no ships in operation. During 2009, the Company received delivery of three new vessels, *Golden State*, *Pelican State* and *Sunshine State*, in January 2009, June 2009 and December 2009, respectively. In the first quarter of 2009, the *Golden State* generated revenues in the aggregate of $4.1 million through a charter with BP. In the first quarter of 2009, we had an average utilization rate of 95.3% based on 73 operating days and 77 ownership days. In the first quarter of 2010, the *Golden State, Pelican State and Sunshine State* generated revenues in the aggregate of $12.6 million through charters with BP, Marathon and Chevron. Overall utilization was 96.0% based on 259 operating days and 270 ownership days.

#### Vessel Operating Expenses

Vessel operating expenses increased in 2010 primarily due to the deliveries of the *Pelican State* and *Sunshine State* in June and December in 2009, respectively. In the first quarter of 2010, operating expenses were $5.1 million compared to $1.8 million for the same period in 2009.

#### General and Administrative Expenses

General and administrative expenses increased slightly as a result of the addition of our new Chief Executive Officer, Rob Kurz, which was partially offset by a decrease in attorney fees.

#### Depreciation

Depreciation expense increased in 2010 primarily due to the deliveries of the *Pelican State* and *Sunshine State* in the second and fourth quarters of 2009. Once a vessel is delivered and commences operation, the depreciation associated with that particular vessel is recorded as an expense.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

*Management Fees*

Management fees decreased primarily as a result of the replacement of US Shipping with Crowley as our vessel manager and the payment of a $750,000 delivery fee to US Shipping for the delivery of the *Golden State* during the first quarter of 2009.

*Interest Expense*

Interest expense increased primarily due to the 2009 vessel deliveries. Prior to delivery, interest was capitalized and recorded as part of the asset to which it relates and is amortized over the estimated useful life of the asset. Upon delivery of the vessels, interest is expensed. Additionally, the weighted-average outstanding balance of our Sponsor Facility increased during 2010 compared to 2009 due to additional borrowings to fund vessel construction and to pay interest in kind. Furthermore, we entered into the DVB Facility in August 2009 which increased our interest expense.

*Derivative (Losses) Gains, Net*

Derivative (losses) gains, net decreased to losses of $1.1 million during the first quarter of 2010 compared with gains of $0.2 million during the first quarter of 2009 due to a decrease in the fair value of our interest rate cap.

*Net Loss*

As a result of the foregoing factors, net loss was $3.0 million for the first quarter of 2010, compared to net loss of $1.2 million for the first quarter of 2009.

**Liquidity and Capital Resources**

Working capital at March 31, 2010 was $(125.5) million compared with $(93.5) million at December 31, 2009. We operate in a capital intensive industry. Our primary liquidity requirements relate to our operating expenses, including payments under our management and administrative services agreements and payments of interest and principal under our credit facility. Our long-term liquidity needs primarily relate to capital expenditures for the construction of vessels.

Our time charter contracts are structured such that we are paid in advance of providing the service, typically at the start of each month. As a result, we receive cash prior to recognizing revenue or expense, thus minimizing working capital requirements.

We believe that cash flows from operations and borrowings from the Sponsor Facility and the First Priority Senior Secured Notes Offering completed on May 17, 2010 will be sufficient to meet our existing liquidity needs for the next 12 months. We were in compliance with all of the financial covenants contained in our debt agreements as of March 31, 2010.

*Cash Flows*

|  | Quarter Ended March 31, | |
|---|---|---|
|  | **2010** | **2009** |
|  | (dollars in thousands) | |
| Net cash flow provided by operating activities | $ 3,906 | $ 914 |
| Net cash flow used in investing activities | (400) | (67,120) |
| Net cash flow (used in) provided by financing activities | (3,096) | 68,383 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

14

*Operating cash flows*—Net cash flow provided by operating activities was $3.9 million and $0.9 million for the quarters ended March 31, 2010 and 2009, respectively.

Net cash flow from operating activities will depend upon the timing and amount of drydocking expenditures, repairs and maintenance activity, vessel additions and dispositions, changes in interest rates and fluctuations in working capital balances.

*Investing cash flows*—Net cash used in investing activities was $0.4 million and $67.1 million for the quarters ended March 31, 2010 and 2009, respectively. Investing activities for the quarter ended March 31, 2010 were related to dry dock reserve deposits required under the DVB Facility. No construction progress payments were made during the quarter. Investing activities for the quarter ended March 31, 2009 were primarily composed of construction progress payments to NASSCO.

*Financing cash flows*—Net cash (used in) provided by financing activities was ($3.1) million and $68.4 million for the quarters ended March 31, 2010 and 2009, respectively. During the quarter ended March 31, 2010, repayments of debt totaling $3.1 million represent regularly scheduled installments under the DVB Facility. Financing activities during the quarter ended March 31, 2009 were related to borrowings under the Sponsor Facility to finance construction progress payments.

### Long Term Debt

Long-term debt consists of the following at March 31, 2010 and December 31, 2009:

| | 2010 | 2009 |
|---|---|---|
| | (dollars in thousands) | |
| Senior Secured Loan Facility—collateralized by vessels with a net book value of $312,672 at March 31, 2010 and $315,341 at December 31, 2009 | $ 93,808 | $ 96,904 |
| Sponsor Facility | 333,644 | 329,680 |
| | 427,452 | 426,584 |
| Less current portion | (12,384) | (12,384) |
| | $415,068 | $414,200 |

In 2006, we entered into the Sponsor Facility with Blackstone Corporate Debt Administration L.L.C., as administrative agent and The Bank of New York Mellon, as security agent pursuant to which the Class A Members or their affiliates agreed to make available $325 million of revolving credit loans, excluding paid-in-kind interest capitalized as additions to the outstanding balance. Of this amount, $3.8 million was available as of March 31, 2010. Borrowings bear interest at either the base rate of interest, as defined, plus 3.5% or the adjusted LIBOR rate of interest, as defined, plus 4.5%. The interest rate at December 31, 2009 was 4.74%. The interest rate at March 31, 2010 was 4.73%. The Sponsor Facility resets monthly. We incur a commitment fee on the unused portion of the Sponsor Facility of 1.0% per year. In addition, the security agent is due a fee of 0.005% of borrowings outstanding and the administrative agent is due a fee of $0.3 million per year. We made draws of approximately $144.5 million, $135.5 million and $24.9 million during 2009, 2008 and 2007, respectively. On August 17, 2009 and October 30, 2009, we amended our Sponsor Facility to allow the monthly interest payments due and payable, beginning July 2009, to be treated as paid-in-kind in lieu of monthly cash payments. The paid-in-kind interest payments of approximately $8.4 million in 2009 are capitalized as additions to the outstanding principal balance of the Sponsor Facility in accordance with the amended Sponsor Facility. Due to these amendments, we are allowed to exceed our total

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

15

commitment under the Sponsor Facility. Concurrent with the Offering, we have amended the Sponsor Facility to effect an interest rate conversion from LIBOR + 4.5% to 12% payable in kind, the extension of the maturity of the Sponsor Facility to 2016 and a subordination of our first lien security interest on *Sunshine State*, *Evergreen State*, and *Empire State* to a second lien, resulting in a second lien security interest on all five of our vessels. The Sponsor Facility is subject to an intercreditor agreement with the holders of the notes. See Note 10 "Subsequent Events" in the unaudited consolidated financial statements for more information.

In August 2009, we entered into the DVB Facility with DVB Bank America N.V., with interest based on LIBOR plus 3.75%, for the partial financing of its five vessels. We borrowed $100.0 million under the DVB Facility. The DVB Facility is to be repaid in quarterly installments ranging from approximately $2.6 million to $3.1 million, with the final installment and a balloon payment of approximately $23.9 million due in August 2016, plus interest. The DVB Facility resets quarterly. The proceeds from the Offering were used to pay off all outstanding amounts under the DVB Facility and a $2.8 million breakage fee.  See Note 10 "Subsequent Events" in the unaudited condensed consolidated financial statements for more information.

*Capital Expenditures.* During the first quarter of 2010, we did not make any expenditures for construction of our vessels, fixed assets and related investment costs. We estimate that we will spend up to an aggregate of $162.1 million in fiscal 2010 for construction installments and related account payables to NASSCO for the construction of our new build vessels, fixed assets and related investment costs. We anticipate that funds generated through the Offering completed on May 17, 2010, operations and through borrowings under the Sponsor Facility will be sufficient to fund these currently planned expenditures through the end of fiscal 2010.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

### *Item 3.  Quantitative and Qualitative Disclosures about Market Risks*

Our primary market risk is the potential impact of changes in interest rates on our variable rate borrowings.  Under the DVB Facility, as of March 31, 2010, we had $93.8 million of borrowings outstanding, which bore interest at a floating rate based on LIBOR, which will subject us to increases or decreases in interest expense resulting from movements in that rate.  Additionally, we had $333.6 million of borrowings outstanding under the Sponsor Facility, which bore interest at a floating rate based on LIBOR, and which further subject us to increases or decreases in interest expense resulting from movements in that rate.  Based on our total outstanding floating rate debt as of March 31, 2010, the impact of a 1% change in interest rates would result in a change in interest expense, and a corresponding impact on income before income taxes, of approximately $4.3 million annually.  Concurrent with the Offering, we repaid the DVB Facility in full and amended the Sponsor Facility such that interest is now paid-in-kind based on a fixed rate of 12.0%.  Please see Note 10 "Subsequent Events" in the unaudited consolidated financial statements for more details.

As of March 31, 2010, we had one outstanding interest rate cap with a notional amount of $100.0 million.  This interest rate cap of the three-month U.S. Dollar LIBOR of 6.0% is intended to reduce the potential negative impacts to the Company's cash flows that could result in movements in interest rates between the date a chartering contract is entered into and the anticipated sale date of such combined vessel and chartering contract.  The Company recognizes all derivatives as either assets or liabilities in the balance sheet and measures those instruments at fair value.  Changes in the fair value of those instruments are reported in earnings, as the Company did not designate the interest rate cap as a hedge.  We are exposed to credit related losses in the event of non-performance by counterparties to these instruments; however, the counterparties are major financial institutions and we consider such risk of loss to be minimal.  We do not hold or issue derivative financial instruments for trading purposes.

### *Item 4. Controls and Procedures.*

As of the date hereof, no certifications or attestations concerning the unaudited condensed consolidated financial statements or disclosure controls and procedures or internal controls that would otherwise be required pursuant to the Sarbanes-Oxley Act of 2002 are required under the Company's reporting requirements.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

17

PART II - OTHER INFORMATION

### Item 1. *Legal Proceedings*

There have been no material developments in legal proceedings involving us since those reported in the Offering Circular.

### Item 1A. *Risk Factors*

There have been no material changes to any of the risk factors disclosed in the Offering Circular.

### Item 2. *Changes in Securities and Use of Proceeds*

We consummated a restructuring of the Company and its affiliates on May 14, 2010 prior to the issuance of $10^1/4\%$ First Priority Senior Secured Notes due 2015 pursuant to the Offering Circular. This restructuring resulted in (i) the formation of Holding, a new parent holding company that is a Delaware limited liability company, (ii) the formation of APT Parent, a new wholly-owned subsidiary of Holding that is also a Delaware limited liability company, and (iii) the contribution down of the interests of our former parent holding company, the Company and Intermediate Holdco, such that the Company and Intermediate Holdco became wholly-owned subsidiaries of APT Parent. The restructuring was initiated to ensure potential liability resulting from the operation of two future vessels, *Evergreen State* and *Empire State*, would be limited to the Company, the party to the charter for those vessels with MSC. As a result of this restructuring Intermediate Holdco and AP Tankers Co. are entities at the same corporate level as the Company, each a directly, wholly-owned subsidiary of APT Parent.

### Item 3. *Defaults Upon Senior Securities*

None.

### Item 4. *Submission of Matters to a Vote of Security Holders*

None.

### Item 5. *Other Information*

None.

### Item 6. *Exhibits*

| Exhibit No. | Description |
| --- | --- |
| 3.1* | Certificate of Formation of American Petroleum Tankers Parent LLC |
| 3.2* | Limited Liability Company Agreement of American Petroleum Tanker Parent LLC |
| 3.3* | Articles of Incorporation of AP Tankers Co. |
| 3.4* | Bylaws of AP Tankers Co. |
| 3.5* | Certificate of Formation of American Petroleum Tankers Holding LLC |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

18

| | |
|---|---|
| 3.6* | Limited Liability Company Agreement of American Petroleum Tankers Holding LLC |
| 3.7* | Certificate of Formation of American Petroleum Tankers LLC |
| 3.8* | Limited Liability Company Agreement of American Petroleum Tankers LLC |
| 3.9* | Certificate of Formation of APT Intermediate Holdco LLC |
| 3.10* | Limited Liability Company Agreement of APT Intermediate Holdco LLC |
| 3.11* | Certificate of Formation of JV Tanker Charterer LLC |
| 3.12* | Limited Liability Company Agreement of JV Tanker Charterer LLC |
| 3.13* | Certificate of Formation of PI 2 Pelican State LLC |
| 3.14* | Limited Liability Company Agreement of PI 2 Pelican State LLC |
| 3.15* | Certificate of Formation of APT Sunshine State LLC |
| 3.16* | Limited Liability Company Agreement of APT Sunshine State LLC |
| 4.1* | Indenture dated May 17, 2010 by and among American Petroleum Tankers Parent LLC, AP Tankers Co., the Guarantors and the Bank of New York Mellon Trust Company, N.A., as Trustee |
| 4.2* | Form of $10^{1}/4\%$ First Priority Senior Secured Notes due 2015 (included in Exhibit 4.1) |
| 4.3* | Form of Guarantee (included in exhibit 4.1) |
| 4.4* | Registration Rights Agreement, dated May 17, 2010, by and among American Petroleum Tankers Parent LLC, AP Tankers Co., the Guarantors and the Initial Purchasers |
| 10.1* | Employment Agreement, dated December 30, 2009 as amended between American Petroleum Tankers LLC, American Petroleum Tankers Parent LLC and Robert K. Kurz |
| 10.2* | Revolving Notes Facility Agreement, dated as of August 7, 2006 as amended by and among American Petroleum Tankers LLC (f/k/a USS Products Investor LLC), the Obligors, the Lenders, Blackstone Corporate Debt Administration L.L.C., as the Administrative Agent for the Lenders, JPMorgan Chase Bank, N.A., as the Security Agent and Lehman Brothers Inc., as Sole Lead Arranger and Sole Bookrunner |

\* Available upon request

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

19

SIGNATURES

The Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

American Petroleum Tankers Parent LLC
(Registrant)

Date: 6 / 1 / 10

By: _____

Robert K. Kurz
Chief Executive Officer
(Principal Executive Officer)

*APT Quarterly Report*

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

1

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

2

Member of
Deloitte Touche Tohmatsu

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

3

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

4

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

5

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

6

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

7

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

8

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

9

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

10

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

11

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

12

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

13

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

14

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

15

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

16

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

17

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

18

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

19

78

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

20

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

21

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

1

11/19/2009

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

3

11/19/2009

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

4

11/19/2009

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

5

11/19/2009

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

6

11/19/2009

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

7

11/19/2009

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

## CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

11                                    11/19/2009

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

12                                                11/19/2009

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

13

11/19/2009

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

14

11/19/2009

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

2

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

3

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

4

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

5

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

6

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

7

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

8

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

9

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

10

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

11

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
Report Summary
March 2010
Page 4

## D. FUTURE FLEET BALANCES AND TIME CHARTER RATES.

Future fleet balances are depicted in the schedules below with tonnage deficits assumed to be covered by additional newbuildings having capacities of 330,000 barrels each. Among the trade demand scenarios employed in our forecast we believe the low case assessment is the most appropriate one to use in predicting tonnage requirements and the need for additional newbuildings. This is because trade growth postulated in the low case is only sufficient to regain (by 2018-2020) what was lost in reduced coastwise petroleum traffic during 2009 and 2010. Consequently this estimate is considered conservative and still identifies the need to add 15 newbuildings to the fleet during this decade. While higher trade demand may result it is difficult at this time to predict such a development due to oil company reluctance to enter into time charter contracts at rates that would support vessel construction.

FORECAST TONNAGE BALANCES IN THE COASTWISE TRADE WITH PRODUCT SHIPS AND OCEANGOING BARGES HAVING CAPACITIES BETWEEN 16,000-55,000 DWT ASSUMING NO NEWBUILDINGS BEYOND THOSE NOW UNDER CONTRACT. UNITS IN MILLION DWT

LOW CASE TRADE ASSESSMENT

|  | FLEET CAPACITY | SHIPPING DEMAND | TONNAGE BALANCE | CUMULATIVE NEED FOR ADDITIONAL SHIPS IN NUMBER OF VESSELS |
|---|---|---|---|---|
| 10 | 3.12 | 2.66 | .46 | -- |
| 11 | 2.58 | 2.70 | (.12) | 2.6 |
| 12 | 2.51 | 2.80 | (.29) | 6.3 |
| 14 | 2.41 | 2.90 | (.49) | 10.7 |
| 16 | 2.37 | 3.00 | (.63) | 13.7 |
| 18 | 2.28 | 3.05 | (.77) | 16.7 |
| 20 | 2.28 | 3.10 | (.82) | 17.8 |

BASE CASE TRADE ASSESSMENT

|  | FLEET CAPACITY | SHIPPING DEMAND | TONNAGE BALANCE | CUMULATIVE NEED FOR ADDITIONAL SHIPS IN NUMBER OF VESSELS |
|---|---|---|---|---|
| 10 | 3.12 | 2.66 | .46 | -- |
| 11 | 2.58 | 2.70 | (.12) | 2.6 |
| 12 | 2.51 | 2.85 | (.34) | 7.4 |
| 14 | 2.41 | 3.00 | (.59) | 12.8 |
| 16 | 2.37 | 3.10 | (.73) | 15.8 |
| 18 | 2.28 | 3.20 | (.92) | 20.0 |
| 20 | 2.28 | 3.30 | (1.02) | 22.2 |

HIGH CASE TRADE ASSESSMENT

|  | FLEET CAPACITY | SHIPPING DEMAND | TONNAGE BALANCE | CUMULATIVE NEED FOR ADDITIONAL SHIPS IN NUMBER OF VESSELS |
|---|---|---|---|---|
| 10 | 3.12 | 2.66 | .46 | -- |
| 11 | 2.58 | 2.70 | (.12) | 2.6 |
| 12 | 2.51 | 2.95 | (.44) | 9.6 |
| 14 | 2.41 | 3.10 | (.69) | 15.0 |
| 16 | 2.37 | 3.20 | (.83) | 18.0 |
| 18 | 2.28 | 3.30 | (1.02) | 22.2 |
| 20 | 2.28 | 3.40 | (1.12) | 24.3 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
Report Summary
March 2010
Page 5

FORECAST TONNAGE BALANCES IN THE COASTWISE TRADE FOR PRODUCT SHIPS AND
OCEANGOING BARGES HAVING CAPACITIES BETWEEN 16,000-55,000 DWT WITH THREE
ADDITIONAL SHIPS INCLUDED BEYOND THOSE NOW UNDER CONTRACT. UNITS IN MILLION DWT.

LOW CASE TRADE ASSESSMENT

|  | FLEET CAPACITY | SHIPPING DEMAND | TONNAGE BALANCE | CUMULATIVE NEED FOR ADDITIONAL SHIPS IN NUMBER OF VESSELS |
|---|---|---|---|---|
| 10 | 3.12 | 2.66 | .46 | -- |
| 11 | 2.72 | 2.70 | (.02) | -- |
| 12 | 2.65 | 2.80 | (.15) | 3.3 |
| 14 | 2.55 | 2.90 | (.35) | 7.6 |
| 16 | 2.51 | 3.00 | (.49) | 10.7 |
| 18 | 2.42 | 3.05 | (.63) | 13.7 |
| 20 | 2.42 | 3.10 | (.68) | 14.8 |

BASE CASE TRADE ASSESSMENT

|  | FLEET CAPACITY | SHIPPING DEMAND | TONNAGE BALANCE | CUMULATIVE NEED FOR ADDITIONAL SHIPS IN NUMBER OF VESSELS |
|---|---|---|---|---|
| 10 | 3.12 | 2.66 | .46 | -- |
| 11 | 2.72 | 2.70 | .02 | -- |
| 12 | 2.65 | 2.85 | (.20) | 4.3 |
| 14 | 2.55 | 3.00 | (.45) | 9.8 |
| 16 | 2.51 | 3.10 | (.59) | 12.8 |
| 18 | 2.42 | 3.20 | (.78) | 17.0 |
| 20 | 2.42 | 3.30 | (.88) | 19.1 |

HIGH CASE TRADE ASSESSMENT

|  | FLEET CAPACITY | SHIPPING DEMAND | TONNAGE BALANCE | CUMULATIVE NEED FOR ADDITIONAL SHIPS IN NUMBER OF VESSELS |
|---|---|---|---|---|
| 10 | 3.12 | 2.66 | .46 | -- |
| 11 | 2.72 | 2.70 | .02 | -- |
| 12 | 2.65 | 2.95 | (.30) | 6.5 |
| 14 | 2.55 | 3.10 | (.55) | 12.0 |
| 16 | 2.51 | 3.20 | (.69) | 15.0 |
| 18 | 2.42 | 3.30 | (.88) | 19.1 |
| 20 | 2.42 | 3.40 | (.98) | 23.3 |

Due to overtonnaging being short lived and the prospect of capacity shortfalls becoming more
evident, we believe the capital cost associated with adding newbuildings to the fleet will exert
positive pressure on time charter rates after 2012. Moreover, fleet consolidation into the hands of
several companies will facilitate an upward bias in setting future contract rates. However, the
small number of new vessels operating without time charters and those relet into the spot market
will act as a depressant on period fixtures put under contract during the next two years.
Thereafter, we believe compensatory period fixtures on newbuildings entering the fleet will
increase daily hire revenues rates to $58,000 per day by 2013. Once fleet capacity matches

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
Report Summary
March 2010
Page 6

shipping requirements and equilibrium is achieved, growth in time charter revenues will track operating cost escalators contained in the contracts. Our rate forecast is presented below.

FORECAST AVERAGE TIME CHARTER RATES REALIZED BY NEWBUILDINGS EMPLOYED
IN THE COASTWISE PETROLEUM PRODUCT FLEET, UNITS IN THOUSAND DOLLARS PER DAY

| | PRODUCT TANKER (330,000 B) | ATBS (330,000 B) | (180,000 B) |
|---|---|---|---|
| 2008 | $45.7 | -- | $29.0 |
| 2009 | 47.4 | -- | 30.0 |
| 2010 | 51.8 | -- | 31.5 |
| 2011 | 52.5 | $53.0 | 32.3 |
| 2012 | 55.0 | 54.0 | 32.5 |
| 2013 | 58.0 | 55.6 | 33.0 |
| 2014 | 59.0 | 57.0 | 33.5 |
| 2015 | 61.1 | 58.0 | 34.2 |
| 2016 | 62.4 | 58.9 | 35.0 |
| 2017 | 63.6 | 59.5 | 36.0 |
| 2018 | 64.8 | 60.5 | 37.0 |
| 2019 | 66.0 | 61.0 | 38.0 |
| 2020 | 67.0 | 62.0 | 39.0 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

TABLE OF CONTENTS

PAGE

CHAPTER I

**REFINED PRODUCTS SUPPLIED TO AND WITHIN THE
EAST COAST DURING THE 2002-2009 INTERVAL** .............. 1

A.    MARKET DEVELOPMENTS ............................................. 2

B.    PETROLEUM BALANCE IN EAST COAST SUBDISTRICTS .................. 9

    1.    FLORIDA ...................................................... 9

    2.    SOUTH ATLANTIC REGION ..................................... 11

    3.    MIDDLE ATLANTIC REGION ................................... 12

    4.    NEW ENGLAND .............................................. 14

C.    DOMESTIC CHEMICAL AND SPECIALTY SHIPMENTS ................... 16

    1.    GULF COAST TO THE SOUTH ATLANTIC REGION ................. 17

    2.    GULF COAST TO THE NORTHEAST ............................. 18

CHAPTER II

**GULF COAST REFINING SYSTEM AND PETROLEUM
PRODUCTS SUPPLIED TO THE EAST COAST, MIDDLE
WEST, ROCKY MOUNTAIN REGION AND WEST COAST** ......... 20

A.    PAD III REFINERY SYSTEM AND GULF COAST SUPPLY BALANCE ........ 20

B.    THE MIDDLE WEST REFINING SYSTEM AND THE  PETROLEUM PRODUCT
BALANCE ...................................................... 24

CHAPTER III

**WEST COAST (PAD V) PETROLEUM BALANCE 2002-2009** ......... 29

A.    SUPPLY DEVELOPMENTS ........................................ 30

-i-

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

TABLE OF CONTENTS

PAGE

B.    OCEANGOING PETROLEUM PRODUCT MOVEMENTS IN THE WEST
      COAST TRADE AND SHIPMENTS FROM THE GULF COAST  . . . . . . . . . . . . . . 33

CHAPTER IV

FUTURE U.S. PETROLEUM DEMAND, OUTPUT FROM THE
DOMESTIC REFINING SYSTEM AND PRODUCT IMPORTS  . . . . . . . 36

A.    FUTURE PETROLEUM PRODUCT DEMAND  . . . . . . . . . . . . . . . . . . . . . . . . . . 39

B.    ESTIMATED INTERDISTRICT SHIPMENTS OF CLEAN PRODUCTS  . . . . . . . . 41

CHAPTER V

ESTIMATED DEMAND FOR JONES ACT VESSELS ABOVE
16,000 DWT CAPACITY IN THE OCEANGOING PETROLEUM
PRODUCT AND CHEMICAL-SPECIALTIES TRADES  . . . . . . . . . . 44

A.    CURRENT FLEET DEPLOYMENT  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44

B.    COASTWISE TRADE FORECAST  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46

      1.    GULF COAST TO EAST COAST  . . . . . . . . . . . . . . . . . . . . . . . . . . . 50

      2.    INTRA WEST COAST  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52

      3.    GULF TO WEST COAST  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53

      4.    CRUDE OIL LIGHTERING IN DELAWARE BAY  . . . . . . . . . . . . . . . . . . 53

      5.    MILITARY SEALIFT COMMAND AND DEPARTMENT OF DEFENSE
            CONTRACTS  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53

      6.    SHUTTLE TANKERS GULF OF MEXICO CRUDE OIL SERVICE  . . . . . . . 54

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

-ii-

TABLE OF CONTENTS

CHAPTER VI

FORECAST CAPACITY OF THE DOMESTIC PETROLEUM-
CHEMICAL-SPECIALTY TANKER AND LARGE OCEANGOING
BARGE FLEET . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55

A.      JONES ACT FLEET CAPACITY FORECAST . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60

B.      VESSEL REPLACEMENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62

CHAPTER VII

FUTURE JONES ACT FLEET EMPLOYMENT AND
VESSEL CHARTER HIRE REVENUES . . . . . . . . . . . . . . . . 72

A.      TRENDS IN FLEET EMPLOYMENT AND CHARTER RATES . . . . . . . . . . . . . . . 72

B.      GULF COAST REFINERY NETBACKS REALIZED FROM CLEAN CARGOS
SOLD IN FLORIDA AND LIMITATIONS IMPOSED JONES ACT
TRANSPORTATION RATES BY THE LANDED PRICE OF PRODUCT
IMPORTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79

        1.      CLEAN PRODUCT PRICES IN TEXAS AND FLORIDA . . . . . . . . . . . . . . 79

        2.      JONES ACT MARINE TRANSPORTATION CHARGES . . . . . . . . . . . . . . 80

        3.      THE LANDED COST OF FOREIGN CLEAN PRODUCTS AND THEIR
                IMPACT ON DOMESTIC SUPPLIES DELIVERED TO FLORIDA . . . . . . . . 81

        4.      REFINERY PROFITABILITY IN WESTERN EUROPE AND THE
                GULF COAST . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84

C.      FORECAST FLEET EMPLOYMENT AND FUTURE TIME CHARTER
RATES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 85

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

-iii-

LIST OF TABLES

CHAPTER I

TABLE 1    SUMMARY DETAILS OF EAST COAST PETROLEUM SUPPLY AND
           DEMAND 2002-2009
           . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

TABLE 2    EAST COAST CLEAN PRODUCT IMPORTS 2002-2009
           . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

TABLE 3    EUROPEAN REFINERY PRODUCTION 2002-2009
           . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

TABLE 4    EUROPEAN GASOLINE BALANCE 2002-2009
           . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

TABLE 5    EUROPEAN HIGHWAY FUEL USE 1990-2009
           . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

TABLE 6    OECD EUROPE GAS OIL/DIESEL SUPPLY BALANCE 2002-2008
           . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

TABLE 7    OECD EUROPE JET FUEL SUPPLY BALANCE 2002-2008
           . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

TABLE 8    REFINED PRODUCTS PROVIDED TO THE EAST COAST 2002-2009 BY
           SOURCE OF SUPPLY
           . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

TABLE 9    PETROLEUM DEMAND IN FLORIDA AND ITS SOURCES OF SUPPLY
           2002-2009
           . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

TABLE 10   ESTIMATED CLEAN PRODUCT SUPPLY AND DEMAND
           REQUIREMENTS IN GEORGIA-SOUTH CAROLINA-NORTH
           CAROLINA-VIRGINIA -WEST VIRGINIA 2004-2009
           . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

TABLE 11   TOTAL MIDDLE ATLANTIC CLEAN PRODUCT SUPPLY 2002-2009
           . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

## LIST OF TABLES

PAGE

TABLE 12   PETROLEUM PRODUCT IMPORTS TO NY-NJ-PA-DE DURING 2009
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

TABLE 13   NEW ENGLAND PETROLEUM DEMAND AND SOURCES OF SUPPLY
2002-2009
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

TABLE 14   CLEAN PETROLEUM PRODUCT IMPORTS TO NEW ENGLAND BY
COMPANY DURING 2009
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

TABLE 15   GULF COAST OCEANGOING SHIPMENTS OF CHEMICALS
AND SPECIALTY PRODUCTS SENT TO DOMESTIC
MARKETS 2000-2009
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

TABLE 16   GULF COAST TO THE SOUTH ATLANTIC REGION (PAD IC)
OCEANGOING SHIPMENTS OF CHEMICALS AND
SPECIALTY PRODUCTS 2000-2009
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

TABLE 17   GULF COAST TO NORTHEAST OCEANGOING SHIPMENTS
OF CHEMICALS AND SPECIALTY PRODUCTS 2000-2009
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

## CHAPTER II

TABLE 18   SUMMARY GULF COAST REFINERY PRODUCTION, PETROLEUM
CONSUMPTION AND CLEAN PRODUCT SHIPMENTS TO OTHER
PARTS OF THE COUNTRY 2002-2009
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

TABLE 19   CHANGES IN TEXAS-LOUISIANA-MISSISSIPPI CRUDE OIL
REFINERY CAPACITY 2000-2010
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

TABLE 20   MIDDLE WEST PETROLEUM PRODUCT BALANCE 2002-
2009
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

-v-

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

## LIST OF TABLES

PAGE

TABLE 21   CHANGES IN MIDDLE WEST REFINERY CRUDE OIL
DISTILLATION CAPACITY 2000-2010
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

### CHAPTER III

TABLE 22   SUMMARY PAD V REFINERY PRODUCTION, RECEIPTS
FROM OTHER DISTRICTS, IMPORTS AND PRODUCT
EXPORTS 2002-2009
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

TABLE 23   CHANGES IN WEST COAST CRUDE OIL REFINERY
CAPACITY 2000-2010
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

TABLE 24   STATE PETROLEUM CONSUMPTION IN PAD V 2000-2009
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

TABLE 25   TANKERS AND OCEANGOING BARGES EMPLOYED IN
PRODUCTS SERVICE ON THE WEST COAST WITH
CAPACITIES ABOVE 16,000 DWT FIRST QUARTER 2010
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

TABLE 26   PETROLEUM PRODUCTS TRANSPORTED IN THE PRIMARY WEST
COAST OCEANGOING TRADES 2002-2009
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

### CHAPTER IV

TABLE 27   U.S. ENERGY INFORMATION ADMINISTRATION REFERENCE CASE
ESTIMATE OF FUTURE DOMESTIC LIQUID FUEL USE 2008-2030
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

TABLE 28   U.S. OIL REFINERY CRUDE OIL DISTILLATION CAPACITY
BY PAD REGION 2000-2009
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

TABLE 29   FORECAST REGIONAL PETROLEUM PRODUCT DEMAND
2007-2025
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40

-vi-

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

LIST OF TABLES

PAGE

TABLE 30   FORECAST DOMESTIC CLEAN PRODUCT SUPPLY
BALANCES 2007-2020
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43


CHAPTER V

TABLE 31   ESTIMATED COASTWISE DEPLOYMENT OF JONES ACT
PETROLEUM PRODUCT AND CHEMICAL-SPECIALTY
VESSELS WITH CAPACITIES ABOVE 16,000 DWT DURING
THE FIRST QUARTER OF 2010
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45


TABLE 32   ESTIMATED DEMAND FOR PRODUCT TANKERS,
SPECIALTY VESSELS AND OCEANGOING BARGES IN THE
JONES ACT TRADES WITH CAPACITIES ABOVE 16,000
DWT 2009-2020
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49


CHAPTER VI

TABLE 33   TANKERS RECENTLY COMPLETED AND THOSE UNDER
CONTRACT
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57

TABLE 34   ATBs RECENTLY COMPLETED AND THOSE UNDER
CONSTRUCTION
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57

TABLE 35   DOUBLE/SINGLE HULL VESSELS LIKELY TO BE SCRAPPED IN THE
NEAR TERM
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60

TABLE 36   FORECAST JONES ACT PRODUCT TANKER AND
OCEANGOING BARGE FLEET CAPACITY WITH VESSELS
BETWEEN 16,000-55,000 DWT 2010-2020
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

LIST OF TABLES

PAGE

TABLE 37   FORECAST JONES ACT PRODUCT TANKER AND
           OCEANGOING BARGE FLEETS WITH VESSELS BETWEEN
           16,000-55,000 DWT BY SHIPPING COMPANY 2010-2020
           . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62

TABLE 38   FORECAST CAPACITY OF JONES ACT PRODUCT-
           CHEMICAL-SPECIALTY TANKERS BY OPERATING
           COMPANY 2010-2020
           . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63

TABLE 39   FORECAST CAPACITY OF OCEANGOING BARGES BY
           OPERATING COMPANY 2010-2020
           . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68

TABLE 40   JONES ACT TANKERS AND LARGE ITBs-ATBs-TBUs
           ENGAGED IN DOMESTIC PRODUCTS AND SPECIALTY
           SERVICE 2010-2020
           . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 69

CHAPTER VII

TABLE 41   NUMBER OF VESSELS  WITH CAPACITIES BETWEEN
           16,000 AND 55,000 DWT EMPLOYED IN JONES ACT
           SERVICE BY TYPE OF CONTRACT 1999-2010
           . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73

TABLE 42   COASTWISE OCEANGOING PRODUCT TANKER-BARGE
           FLEET CAPACITY 1990-2010
           . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 74

TABLE 43   AVERAGE TIME CHARTER REVENUES EARNED BY
           TANKERS AND ITBs EMPLOYED IN THE JONES ACT
           TRADE 1980-2010
           . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75

TABLE 44   ESTIMATED TIME CHARTER RATES REALIZED BY
           NEWBUILDINGS 2006-2011
           . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 78

-viii-


Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

## LIST OF TABLES

PAGE

TABLE 45     CONTRACT DETAILS WITH VESSELS EMPLOYED UNDER
TIME CHARTERS
............................................................... 79

TABLE 46     PRICE DIFFERENCE BETWEEN TEXAS AND FLORIDA
GASOLINE-DISTILLATES-JET FUEL 1994-2009
............................................................... 80

TABLE 47     ESTIMATED PER BARREL TRANSPORTATION CHARGES
FROM GULF COAST REFINING CENTERS TO TAMPA AND
PORT EVERGLADES 2000-2009
............................................................... 81

TABLE 48     NYH VERSUS WESTERN EUROPE GASOLINE SUPPLY
ECONOMICS 2000-2010
............................................................... 82

TABLE 49     DIFFERENCE IN FOB SPOT PRICES FOR CLEAN
PRODUCTS NYH-HOUSTON-FL-NWE 2000-2010
............................................................... 83

TABLE 50     ESTIMATED CASH OPERATING INCOME OF REFINERIES IN
WESTERN EUROPE AND THE GULF COAST 2000-2010
............................................................... 84

TABLE 51     FORECAST TONNAGE BALANCES IN THE COASTWISE TRADE FOR
PRODUCT SHIPS AND OCEANGOING BARGES WITHOUT ADDITIONAL
NEWBUILDINGS 2010-2020
............................................................... 87

TABLE 52     FORECAST TONNAGE BALANCES IN THE COASTWISE TRADE FOR
PRODUCT SHIPS AND OCEANGOING BARGES (WITH 3 ADDITIONAL
TANKER NEWBUILDINGS) 2010-2020
............................................................... 88

TABLE 53     FORECAST TIME CHARTER RATES FOR NEW PRODUCT TANKERS
AND LARGE ATBS 2009-2020
............................................................... 89


Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

-ix-

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 1

## CHAPTER I

## REFINED PRODUCTS SUPPLIED TO AND WITHIN THE EAST COAST DURING THE 2002-2009 INTERVAL

Coastwise petroleum product and chemical-specialty shipments sent from the Gulf Coast to the East Coast employ 51 percent of the Jones Act tanker and oceangoing barge fleet with vessels having capacities above 16,000 DWT. Due to its significance in coastwise shipping, developments in this trade are important to our analysis.

Chapter One describes changes that occurred in the East Coast petroleum market during the 2002-2009 interval. Emphasis is placed on the downstream sector and consideration is given to supply changes in PAD I subdistricts including Florida, the South Atlantic region, the Middle Atlantic States and New England. Each subdistrict receives its petroleum from a different combination of refineries and logistics systems that require varying amounts of trade qualified tonnage. Our analysis is presented in three parts. Section A examines the East Coast petroleum market in terms of aggregate demand, sources of supply and products consumed. Section B addresses petroleum balances within the subregions. Section C identifies coastwise chemical-specialties shipments sent from the Gulf to East Coast. This exercise:

- Addresses petroleum supply developments that influenced waterborne product movements sent from the Gulf to the East Coast.

- Measures these flows.

- Identifies chemical and specialty cargos shipped from the Gulf Coast to domestic markets.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. §§552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 2

## A. MARKET DEVELOPMENTS

The East Coast accounts for one-third of domestic petroleum use and its supply particulars are summarized in Table 1. The overarching development affecting most sources of East Coast supply after 2007 was the sharp decline in petroleum consumption. Deliveries from Middle Atlantic refineries and imports were most adversely affected with Jones Act shipments to Florida being less negatively impacted. In contrast, pipeline deliveries from the Gulf to East Coast remained constant with additional shipments to New York Harbor offsetting declines in the South Atlantic States.

TABLE 1

SUMMARY DETAILS OF EAST COAST PETROLEUM PRODUCT SUPPLY AND DEMAND,
UNITS IN MILLION BPD

### SOURCE OF SUPPLY

|                 | 02   | 04   | 05   | 06   | 07   | 08   | 09   |
|-----------------|------|------|------|------|------|------|------|
| PAD I REFINERY  | 1.75 | 1.85 | 1.85 | 1.86 | 1.90 | 1.85 | 1.43 |
| PIPELINES       | 1.86 | 2.10 | 2.00 | 2.04 | 2.17 | 1.93 | 2.08 |
| IMPORTS         | 1.36 | 1.61 | 1.74 | 1.85 | 1.66 | 1.46 | 1.49 |
| U.S. WATER      | .72  | .71  | .68  | .65  | .64  | .59  | .60  |
|                 | 5.69 | 6.27 | 6.27 | 6.40 | 6.37 | 5.83 | 5.60 |

### DEMAND BY TYPE OF PRODUCT

|             | 02   | 04   | 05   | 06   | 07   | 08   | 09   |
|-------------|------|------|------|------|------|------|------|
| GASOLINE    | 3.27 | 3.25 | 3.23 | 3.34 | 3.36 | 3.22 | 3.23 |
| DISTILLATES | 1.26 | 1.47 | 1.44 | 1.43 | 1.44 | 1.31 | 1.18 |
| JET FUEL    | .53  | .62  | .63  | .67  | .69  | .62  | .57  |
| RESIDUAL    | .22  | .45  | .52  | .41  | .37  | .33  | .23  |
| OTHER       | .41  | .48  | .45  | .55  | .51  | .42  | .39  |
|             | 5.69 | 6.27 | 6.27 | 6.40 | 6.37 | 5.90 | 5.60 |

### DEMAND BY SUBREGION

|                 | 02   | 04   | 05   | 06   | 07   | 08   | 09   |
|-----------------|------|------|------|------|------|------|------|
| NEW ENGLAND     | .80  | .82  | .83  | .84  | .87  | .74  | .72  |
| MIDDLE ATLANTIC | 2.55 | 2.68 | 2.60 | 2.70 | 2.62 | 2.55 | 2.45 |
| SOUTH ATLANTIC  | 1.56 | 1.82 | 1.84 | 1.88 | 1.92 | 1.80 | 1.63 |
| FLORIDA         | .78  | .94  | 1.00 | .98  | .96  | .84  | .80  |
|                 | 5.69 | 6.27 | 6.27 | 6.40 | 6.37 | 5.90 | 5.60 |

SOURCES: ENERGY INFORMATION ADMINISTRATION PETROLEUM SUPPLY ANNUAL REPORTS
ENERGY INFORMATION ADMINISTRATION STATE ENERGY DATA REPORTS
ENERGY INFORMATION ADMINISTRATION PETROLEUM MARKETING REPORTS

Clean petroleum product imports delivered to the East Coast during the last eight years are quantified in Table 2. Trends evident in this schedule are twofold. First, is increased supply coming from Europe in the form gasoline. Second, is the decline in Latin American imports where refineries were not upgraded to manufacture EPA compliant gasoline and diesel fuel.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. §552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 3

TABLE 2

EAST COAST CLEAN PRODUCT IMPORTS, UNITS IN THOUSAND BPD

BY PRODUCT AND DESTINATION

| GASOLINE[1] | 02 | 04 | 05 | 06 | 07 | 08 | 09 |
|---|---|---|---|---|---|---|---|
| NEW ENGLAND | 246 | 258 | 260 | 289 | 290 | 263 | 265 |
| MIDDLE ATLANTIC | 359 | 356 | 381 | 429 | 460 | 410 | 366 |
| SOUTH ATLANTIC | 169 | 190 | 255 | 260 | 220 | 265 | 174 |
| | 774 | 804 | 896 | 978 | 970 | 938 | 805 |
| **DISTILLATES** | | | | | | | |
| NEW ENGLAND | 136 | 164 | 142 | 159 | 130 | 86 | 99 |
| MIDDLE ATLANTIC | 42 | 82 | 80 | 89 | 60 | 32 | 55 |
| SOUTH ATLANTIC | 57 | 48 | 53 | 50 | 50 | 59 | 41 |
| | 235 | 294 | 275 | 298 | 240 | 177 | 195 |
| **JET FUEL** | | | | | | | |
| NEW ENGLAND | 13 | 24 | 25 | 34 | 30 | 25 | 23 |
| MIDDLE ATLANTIC | 11 | 19 | 18 | 26 | 30 | 20 | 16 |
| SOUTH ATLANTIC | 24 | 10 | 17 | 26 | 37 | 30 | 9 |
| | 48 | 53 | 60 | 86 | 97 | 75 | 48 |
| **TOTAL** | | | | | | | |
| NEW ENGLAND | 395 | 446 | 427 | 482 | 450 | 374 | 387 |
| MIDDLE ATLANTIC | 412 | 457 | 479 | 544 | 550 | 462 | 437 |
| SOUTH ATLANTIC | 250 | 248 | 325 | 336 | 304 | 354 | 224 |
| | 1,057 | 1,151 | 1,231 | 1,362 | 1,304 | 1,190 | 1,050 |

BY PRODUCT AND SOURCE OF SUPPLY

| GASOLINE[1] | 02 | 04 | 05 | 06 | 07 | 08 | 09 |
|---|---|---|---|---|---|---|---|
| EUROPE | 273 | 343 | 510 | 612 | 566 | 538 | 431 |
| CANADA | 178 | 146 | 148 | 142 | 149 | 147 | 140 |
| VIRGIN ISLANDS | 112 | 130 | 110 | 121 | 134 | 128 | 113 |
| LATIN AMERICA | 148 | 87 | 98 | 61 | 68 | 54 | 41 |
| OTHERS | 63 | 98 | 30 | 42 | 54 | 71 | 80 |
| | 774 | 804 | 896 | 978 | 971 | 938 | 805 |
| **DISTILLATES** | | | | | | | |
| CANADA | 63 | 90 | 118 | 93 | 100 | 92 | 100 |
| VIRGIN ISLANDS | 76 | 100 | 100 | 94 | 85 | 68 | 67 |
| LATIN AMERICA | 64 | 84 | 52 | 67 | 16 | 5 | 14 |
| EUROPE | 32 | 20 | 5 | 44 | 31 | 12 | 14 |
| | 235 | 294 | 275 | 298 | 232 | 177 | 195 |
| **JET FUEL** | | | | | | | |
| VIRGIN ISLANDS | 20 | 26 | 35 | 41 | 45 | 38 | 24 |
| LATIN AMERICA | 27 | 15 | 14 | 37 | 35 | 25 | 11 |
| CANADA | -- | 10 | 8 | 6 | 12 | 8 | 7 |
| OTHERS | 1 | 2 | 3 | 2 | 5 | 4 | 6 |
| | 48 | 53 | 60 | 86 | 97 | 75 | 48 |
| **TOTAL** | | | | | | | |
| EUROPE | 305 | 363 | 515 | 656 | 597 | 550 | 445 |
| CANADA | 241 | 246 | 274 | 241 | 261 | 247 | 247 |
| VIRGIN ISLANDS | 208 | 256 | 245 | 256 | 264 | 234 | 204 |
| LATIN AMERICA | 239 | 186 | 164 | 165 | 119 | 84 | 68 |
| OTHERS | 64 | 100 | 33 | 44 | 90 | 75 | 86 |
| | 1,057 | 1,151 | 1,231 | 1,362 | 1,300 | 1,190 | 1,050 |

SOURCE: ENERGY INFORMATION ADMINISTRATION, PETROLEUM SUPPLY REPORTS

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 4

European gasoline was the principal source of additional foreign supply delivered to the East Coast

with shipments increasing from 273,000 BPD in 2002 to 431,000 BPD during 2009.  Due to the

influx of foreign gasoline supplied to the East Coast questions are raised about the sustainability of

European exports.  Several factors are driving Europe's gasoline supply and barrels available for

export.

Refinery output in OECD Europe during this decade is quantified in Table 3.  This schedule shows

overall system production declined with distillate oil output rising and gasoline production and heavy

fuel oil (HFO) output being somewhat reduced.  The change in system production was accomplished

by the addition of refinery destructive processing capacity (e.g. FCC units and cokers) that lowered

HFO output and increased distillate oil production.  However, gasoline output remained above 3

million BPD since there is no economical way to process this fuel into distillate oil.  Distillates are

in short supply in Europe and 700,000 BPD is imported.

TABLE 3

| OECD EUROPE REFINERY OUTPUT, UNITS IN MILLION BARRELS PER DAY | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 |
| DISTILLATES | 5.2 | 5.3 | 5.3 | 5.5 | 5.5 | 5.5 | 5.6 | 5.4 |
| GASOLINE | 3.5 | 3.6 | 3.6 | 3.6 | 3.6 | 3.5 | 3.4 | 3.1 |
| HFO | 2.1 | 2.2 | 2.2 | 2.2 | 2.2 | 2.1 | 1.9 | 1.7 |
| NAPHTHA | 1.0 | 1.1 | 1.1 | 1.1 | 1.0 | .9 | .9 | .8 |
| JET FUEL | .9 | .8 | .9 | .9 | .8 | .9 | .9 | .8 |
| LPG & ETHANE | .6 | .7 | .7 | .7 | .6 | .6 | .6 | .5 |
| OTHER | 1.2 | 1.0 | 1.0 | .9 | .9 | .9 | .9 | .8 |
| | 14.5 | 14.7 | 14.8 | 14.9 | 14.9 | 14.4 | 14.2 | 13.1 |

SOURCE:  INTERNATIONAL ENERGY AGENCY ANNUAL OIL INFORMATION REPORTS.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 5

Principal factors governing European gasoline supply are constant plant production, declining

indigenous use and a growing surplus which is exported.  Parameters of the European gasoline

balance are quantified in Table 4.

**TABLE 4**

EUROPEAN GASOLINE BALANCE, UNITS IN MILLION BARRELS PER DAY

| SUPPLY | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 |
|---|---|---|---|---|---|---|---|---|
| REFINERY | 3.57 | 3.61 | 3.63 | 3.56 | 3.54 | 3.45 | 3.34 | 3.10 |
| IMPORTS | .13 | .09 | .08 | .07 | .07 | .09 | .10 | .10 |
| | 3.70 | 3.70 | 3.71 | 3.63 | 3.61 | 3.54 | 3.44 | 3.20 |
| DEMAND | (2.95) | (2.84) | (2.80) | (2.70) | (2.59) | (2.50) | (2.38) | (2.30) |
| SURPLUS | .75 | .86 | .91 | .93 | 1.02 | 1.04 | 1.06 | .90 |
| | | | | | | | | |
| EXPORTED TO: | | | | | | | | |
| U.S. | .31 | .31 | .34 | .51 | .61 | .57 | .54 | .44 |
| OTHERS | .44 | .55 | .57 | .42 | .41 | .47 | .52 | .46 |
| | .75 | .86 | .91 | .93 | 1.02 | 1.04 | 1.06 | .90 |

SOURCES: INTERNATIONAL ENERGY AGENCY, OIL INFORMATION AND ENERGY INFORMATION ADMINISTRATION

Growing use of diesel fuel in European highway use suggests the region's gasoline surplus will

remain sizeable into the foreseeable future.  Dieselization began in Europe twenty years ago and it

is supported by government policies that impose high excise taxes on gasoline.  During the 1990-

2009 interval highway diesel use grew from 2.2 to 4.4 million BPD while European gasoline

consumption fell from 3.1 to 2.3 million BPD.  The conjunctive effect of a moderate reduction in

gasoline production and a sharp decline in local use caused Europe's gasoline surplus and exports

to grow from 750,000 BPD in 2002 to 900,000 BPD last year.  Even with the impending shut down

of some European refining capacity, substantial surpluses of gasoline and exports are certain to

continue.  A tabulation of European highway fuel use by product is presented in Table 5.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 6

TABLE 5

| EUROPEAN HIGHWAY FUEL USE IN MILLION BPD | | |
|---|---|---|
| | GASOLINE | DIESEL | TOTAL |
| 1990 | 3.07 | 2.17 | 5.24 |
| 1995 | 3.15 | 2.50 | 5.65 |
| 1996 | 3.17 | 2.62 | 5.79 |
| 1997 | 3.18 | 2.66 | 5.84 |
| 1998 | 3.17 | 2.78 | 5.95 |
| 1999 | 3.15 | 2.93 | 6.08 |
| 2000 | 3.04 | 3.04 | 6.08 |
| 2001 | 3.00 | 3.15 | 6.15 |
| 2002 | 2.95 | 3.25 | 6.20 |
| 2003 | 2.84 | 3.42 | 6.26 |
| 2004 | 2.80 | 3.53 | 6.33 |
| 2005 | 2.70 | 3.73 | 6.43 |
| 2006 | 2.59 | 3.94 | 6.53 |
| 2007 | 2.50 | 4.12 | 6.62 |
| 2008 | 2.38 | 4.30 | 6.68 |
| 2009 | 2.30 | 4.40 | 6.70 |

SOURCE: OECD ENERGY STATISTICS.

The shortfall in OECD's Europe's middle distillate supply is evident in Tables 6 and 7. Our analysis

shows indigenous distillate use exceeded local production and imports increased sharply to cover

this deficit. In the immediate future additional distillates output from refinery expansions east of

Suez will cover a growing share of Europe's distillate-jet fuel deficit. Due to this impending

eventuality, we believe opportunities to sell more U.S. distillates in Europe will be limited by

additional Middle East/Asian cargos exported to this nearby market.


Furthermore, lowering sulfur levels in marine tanker fuel (under IMO regulations) will force

European refineries convert their HFO production into distillate oil by 2020. A large amount of

European HFO is sold as marine fuel and lowering its sulfur content (as required by impending

regulations) is not feasible. We expect that additional hydrocracking and coking capacity will be

added to the European refining system. This development will lower HFO output, increase distillate

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552b(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 7

production and reduce the need to import heating oil and diesel fuel.

TABLE 6

OECD EUROPE GAS OIL/DIESEL SUPPLY BALANCE, UNITS IN MILLION BPD

| REQUIREMENTS | 02 | 03 | 04 | 05 | 06 | 07 | 08 |
|---|---|---|---|---|---|---|---|
| DEMAND | 5.38 | 5.56 | 5.68 | 5.80 | 5.93 | 5.84 | 6.02 |
| EXPORTS[*] | .23 | .29 | .32 | .36 | .41 | .33 | .35 |
| | 5.61 | 5.85 | 6.00 | 6.16 | 6.34 | 6.17 | 6.37 |
| | | | | | | | |
| LOCAL | | | | | | | |
| REFINERIES | (5.20) | (5.32) | (5.34) | (5.48) | (5.48) | (5.48) | (5.62) |
| DEFICIT | .41 | .53 | .66 | .68 | .86 | .69 | .75 |
| | | | | | | | |
| IMPORTS | | | | | | | |
| FSU | .38 | .49 | .58 | .59 | .64 | .54 | .47 |
| ASIA | .02 | .03 | .02 | .04 | .06 | .05 | .06 |
| US | -- | -- | .03 | .03 | .06 | .04 | .14 |
| OTHERS | .01 | .01 | .03 | .02 | .10 | .05 | .11 |
| | .41 | .53 | .66 | .68 | .86 | .68 | .78 |

SOURCE: INTERNATIONAL ENERGY AGENCY, ANNUAL OIL INFORMATION REPORTS.

[*] TO NON OECD EUROPE.

TABLE 7

OECD EUROPE KEROSINE JET FUEL SUPPLY BALANCE, UNITS IN MILLION BPD

| REQUIREMENTS | 02 | 03 | 04 | 05 | 06 | 07 | 08 |
|---|---|---|---|---|---|---|---|
| DEMAND | 1.00 | 1.02 | 1.09 | 1.14 | 1.17 | 1.18 | 1.18 |
| LOCAL REFINERIES | (.83) | (.84) | (.86) | (.85) | (.87) | (.86) | (.86) |
| DEFICIT | .17 | .18 | .23 | .29 | .30 | .32 | .32 |
| | | | | | | | |
| IMPORTS | | | | | | | |
| MIDDLE EAST | .10 | .11 | .17 | .18 | .19 | .20 | .16 |
| ASIA | -- | -- | .01 | .03 | .04 | .05 | .09 |
| AFRICA | .03 | .03 | .02 | .02 | .02 | .02 | .02 |
| FSU | .02 | .02 | .01 | .04 | .03 | .03 | .02 |
| L. AMERICA | .02 | .02 | .02 | .02 | .02 | .02 | .03 |
| | .17 | .18 | .23 | .29 | .30 | .32 | .32 |

SOURCE: INTERNATIONAL ENERGY AGENCY, ANNUAL OIL INFORMATION REPORTS.

With clean product imports addressed, East Coast supply trends are quantified in Table 8. The most

significant developments in this schedule are reduced production in the Middle Atlantic refinery

system (due to plant shut downs) and rising Gulf Coast pipeline deliveries to the Northeast which

offset some of this decline.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 8

TABLE 8

REFINED PRODUCTS SUPPLIED TO THE EAST COAST 2002-2009 BY SOURCE OF SUPPLY,
UNITS IN MILLION BARRELS PER DAY

PAD I REFINERY OPERATIONS

| MIDDLE ATLANTIC REFINERY INPUTS | 2002 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|
| CRUDE OIL | 1.54 | 1.60 | 1.60 | 1.50 | 1.49 | 1.43 | 1.24 |
| OXYGENATES | .07 | .03 | .03 | .10 | .12 | .18 | .26 |
| UNFINISHED OIL | .09 | .11 | .11 | .15 | .17 | .19 | .13 |
| | 1.70 | 1.74 | 1.74 | 1.75 | 1.78 | 1.80 | 1.63 |
| | | | | | | | |
| REFINERY CAPACITY | 1.72 | 1.72 | 1.72 | 1.71 | 1.71 | 1.72 | 1.32 |
| | | | | | | | |
| REFINERY OUTPUT | | | | | | | |
| GASOLINE | .93 | .89 | .89 | .89 | .90 | .92 | .62 |
| DISTILLATES | .46 | .49 | .49 | .49 | .49 | .48 | .36 |
| JET FUEL | .09 | .10 | .10 | .10 | .08 | .09 | .07 |
| HFO | .06 | .11 | .11 | .12 | .12 | .11 | .11 |
| OTHER | .21 | .26 | .26 | .27 | .31 | .25 | .18 |
| | 1.75 | 1.85 | 1.85 | 1.86 | 1.90 | 1.85 | 1.34 |

PIPELINE SHIPMENTS TO THE SOUTH ATLANTIC AND MIDDLE ATLANTIC REGIONS

| SOUTH ATLANTIC | 2002 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|
| GASOLINE | .90 | .97 | .95 | 1.00 | 1.03 | .90 | .90 |
| DISTILLATES | .23 | .32 | .35 | .34 | .40 | .31 | .29 |
| JET FUEL | .12 | .22 | .23 | .24 | .26 | .23 | .18 |
| | 1.25 | 1.51 | 1.53 | 1.58 | 1.69 | 1.44 | 1.37 |
| | | | | | | | |
| MIDDLE ATLANTIC | | | | | | | |
| GASOLINE | .24 | .19 | .12 | .10 | .10 | .13 | .22 |
| DISTILLATES | .20 | .24 | .20 | .20 | .22 | .24 | .34 |
| JET FUEL | .16 | .16 | .15 | .16 | .16 | .13 | .15 |
| | .60 | .59 | .47 | .46 | .48 | .50 | .71 |
| | | | | | | | |
| TOTAL | | | | | | | |
| GASOLINE | 1.14 | 1.16 | 1.07 | 1.10 | 1.13 | 1.03 | 1.11 |
| DISTILLATES | .43 | .56 | .55 | .54 | .62 | .55 | .61 |
| JET FUEL | .29 | .38 | .38 | .40 | .42 | .36 | .33 |
| | 1.86 | 2.10 | 2.00 | 2.04 | 2.17 | 1.93 | 2.08 |

PETROLEUM PRODUCT IMPORTS

| | 2002 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|
| GASOLINE | .77 | .80 | .90 | 1.00 | .97 | .93 | .81 |
| DISTILLATES | .24 | .29 | .28 | .30 | .23 | .18 | .20 |
| HFO | .16 | .29 | .37 | .24 | .21 | .20 | .20 |
| JET FUEL | .05 | .05 | .06 | .09 | .10 | .07 | .05 |
| OTHER | .14 | .18 | .13 | .22 | .15 | .08 | .10 |
| | 1.36 | 1.61 | 1.74 | 1.85 | 1.66 | 1.46 | 1.49 |

DOMESTIC WATERBORNE VESSELS FROM PAD III AND PAD II

| | 2002 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|
| GASOLINE | .43 | .40 | .37 | .35 | .36 | .33 | .37 |
| DISTILLATES | .13 | .13 | .12 | .10 | .10 | .10 | .10 |
| JET FUEL | .10 | .09 | .09 | .09 | .09 | .09 | .08 |
| RESIDUAL OIL | -- | .05 | .04 | .05 | .04 | .02 | .01 |
| OTHER | .06 | .04 | .06 | .06 | .05 | .05 | .04 |
| | .72 | .71 | .68 | .65 | .64 | .59 | .60 |

SOURCE: ENERGY INFORMATION ADMINISTRATION PETROLEUM SUPPLY REPORTS

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. §552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 9

B.     PETROLEUM BALANCE IN EAST COAST SUBDISTRICTS.

The East Coast petroleum balance is addressed by subdistricts and their individual sources of supply. Our analysis considers regional demand, imports, interdistrict pipeline receipts and output from local refineries. There are three separate waterborne petroleum product movements in the Gulf-East Coast trade and they result from the absence of pipeline connections to these markets. First, there are major waterborne movements from refineries sited along the Texas-Louisiana-Mississippi Gulf Coast to Florida. Second, there are short distance large volume barge shipments going from the Middle Atlantic region to New England. Third, there are smaller volume tanker-barge movements sent from the Gulf Coast to Georgia, South Carolina and North Carolina.

1.  Florida.  Measuring Florida's product balance is a straightforward exercise because this State is not served directly by interstate petroleum pipelines and has no refineries. Petroleum products are principally delivered to Florida by water. Product demand less imports equals supplies transported from the Gulf Coast. Most of the Gulf Coast barrels are transported by tankship/ATBs to Florida. However, some gasoline is supplied to the Panhandle on brown water barges traveling from Chevron's Pascagoula refinery on the Gulf Intercoastal waterway. In addition, some gasoline is also supplied to Tallahassee by truck from Colonial Pipeline's terminal in Bainbridge, Georgia. These volumes are identified as other domestic shipments in Table 9.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 10

TABLE 9

PETROLEUM DEMAND IN FLORIDA AND WATERBORNE SOURCES OF SUPPLY,
UNITS IN MILLIONS OF BARRELS PER DAY

**TOTAL DEMAND**

|  | 2002 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|
| GASOLINE | .51 | .55 | .56 | .57 | .56 | .51 | .50 |
| DISTILLATES | .12 | .15 | .17 | .15 | .13 | .12 | .12 |
| JET FUEL | .10 | .10 | .11 | .12 | .13 | .11 | .08 |
| RESIDUAL | .03 | .10 | .11 | .10 | .08 | .05 | .05 |
| OTHER | .02 | .03 | .05 | .04 | .05 | .05 | .04 |
|  | .78 | .94 | 1.00 | .98 | .96 | .84 | .79 |

**CROSS GULF SHIPMENTS**

|  | 2002 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|
| GASOLINE | .41 | .40 | .35 | .32 | .36 | .33 | .37 |
| DISTILLATES | .10 | .13 | .12 | .10 | .10 | .10 | .10 |
| JET FUEL | .08 | .09 | .09 | .08 | .09 | .09 | .08 |
| RESIDUAL | -- | .05 | .06 | .06 | .04 | .02 | .01 |
| OTHER | .01 | .01 | .05 | .04 | .05 | .05 | .04 |
|  | .60 | .70 | .67 | .61 | .64 | .59 | .60 |

**OTHER DOMESTIC**

|  | 2002 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|
| GASOLINE | -- | -- | -- | -- | -- | .05 | .05 |

**IMPORTS**

|  | 2002 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|
| GASOLINE | .10 | .15 | .21 | .25 | .20 | .13 | .09 |
| DISTILLATES | .02 | .03 | .05 | .05 | .03 | .02 | .02 |
| JET FUEL | .02 | .01 | .02 | .04 | .04 | .02 | -- |
| RESIDUAL | .03 | .05 | .05 | .04 | .04 | .03 | .04 |
| OTHER | .01 | .02 | -- | -- | -- | -- | -- |
|  | .18 | .26 | .33 | .38 | .31 | .20 | .15 |

SOURCES:   ENERGY INFORMATION ADMINISTRATION PETROLEUM MARKETING REPORTS
AMERICAN PETROLEUM INSTITUTE OIL IMPORT REPORTS
ENERGY INFORMATION ADMINISTRATION PETROLEUM SUPPLY ANNUAL REPORTS

As is shown in the preceding schedule, imports absorbed most of the reduced requirement for

petroleum products in Florida with foreign deliveries falling from 380,000 BPD in 2006 to

150,000 BPD during 2009.  Companies who supplied foreign clean products to Florida in 2009

are identified in the schedule below.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 11

COMPANIES WHO IMPORTED CLEAN PRODUCTS TO FLORIDA DURING 2009, UNITS IN KBPD

|  | GASOLINE | DISTILLATES | JET FUEL | TOTAL |
|---|---|---|---|---|
| HESS | 33 | 8 | -- | 41 |
| M. STANLEY | 27 | 1 | 1 | 29 |
| COLONIAL | 10 | 7 | -- | 17 |
| BP | 7 | 3 | -- | 10 |
| VITOL | 6 | 1 | -- | 7 |
| VALERO | 4 | -- | 1 | 5 |
| CHEVRON | 3 | -- | -- | 3 |
| SHELL | -- | -- | 3 | 3 |
|  | 90 | 20 | 5 | 115 |

2.     South Atlantic Region.  Clean products supplied to Georgia, South Carolina, North

Carolina and Virginia are principally delivered by pipelines that originate in Texas-Louisiana-

Mississippi.  Colonial Pipeline is the largest supplier to the region and it connects refineries in

Houston-Port Arthur-Beaumont-Lake Charles-Mississippi River with markets up to New York

Harbor.  Plantation Pipeline is the secondary supplier and it connects Mississippi River refineries

and Chevron's Pascagoula plant with markets up to Washington, D.C.  Smaller volumes of clean

petroleum products are delivered by water from foreign and domestic sources.  Waterborne

shipments are directed to Savannah, Charleston and Wilmington that are not economically

supplied by interstate product pipelines that travel across the west-central part of the South

Atlantic States. Clean products supplied to this region by source of supply are identified in Table

10.

TABLE 10

ESTIMATED CLEAN PRODUCT SUPPLY AND DEMAND REQUIREMENTS IN GEORGIA-SOUTH CAROLINA-
NORTH CAROLINA-VIRGINIA-WEST VIRGINIA, UNITS IN MILLION BARRELS PER DAY

| DEMAND | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|
| GASOLINE | 1.02 | 1.04 | 1.05 | 1.06 | .98 | .95 |
| DISTILLATES | .44 | .44 | .47 | .45 | .40 | .34 |
| JET FUEL | .20 | .21 | .20 | .22 | .20 | .20 |
|  | 1.66 | 1.69 | 1.72 | 1.73 | 1.58 | 1.49 |
| SOURCES OF SUPPLY |  |  |  |  |  |  |
| PIPELINES | 1.48 | 1.51 | 1.55 | 1.60 | 1.44 | 1.37 |
| IMPORTS | .09 | .10 | .10 | .08 | .09 | .10 |
| U.S.-OCEAN | .05 | .04 | .03 | .02 | .02 | -- |
| U.S.-INLAND | .04 | .04 | .04 | .03 | .03 | .02 |
|  | 1.66 | 1.71 | 1.72 | 1.73 | 1.58 | 1.49 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 12

3.  Middle Atlantic Region.  Refineries-pipelines-terminals sited in New York Harbor and the

Delaware Valley are the nexus of the Northeastern supply system that includes the following:

- 1.32 million BPD of refining capacity in Pennsylvania and New Jersey.

- The Colonial Pipeline whose terminus is in New York Harbor.

- New York Harbor with extensive marine terminals-storage tank capacity ( in Northern
  New Jersey) that is the distribution point for petroleum products sent to New England,
  Long Island, up the Hudson River and to upstate Pennsylvania/New York.

- Secondary pipeline systems (e.g. Harbor and Sunoco) that connect: (a) Delaware Valley
  refineries with New York Harbor; and (b) refineries in Philadelphia-Northern New Jersey
  (e.g. Buckeye-Sunoco) with central-western Pennsylvania and upstate New York.

Total petroleum product supply in the Middle Atlantic region (DE-PA-NJ-NY) during 2002-2009

and its distribution to local markets and to New England is quantified in Table 11.  Our analysis,

identifies gasoline output from local refineries and treats foreign gasoline blending components

as product imports.  Total supply less local use equals the regional surplus which is principally

shipped by barge from New York Harbor to New England.


Due to falling petroleum demand and weak processing margins, Middle Atlantic refineries cut

crude runs and two plants were closed in the fourth quarter of 2009.  The shut down of Sunoco's

Eagle Point plant (145,000 BPD capacity) and Valero's Delaware City refinery (185,000 BPD

capacity) lowered Middle Atlantic system capacity by twenty-one percent.


We believe the downsizing of Middle Atlantic refinery capacity is not complete (due to a

collapse in processing margins) and other marginal plants are likely to close.  Other candidates

for shut down are Western's Yorktown plant (65,000 BPD capacity) and Valero's Paulsboro

refinery (160,000 BPD capacity).

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 13

TABLE 11

DELAWARE-PENNSYLVANIA-NEW JERSEY-NEW YORK CLEAN PRODUCTS SUPPLY BALANCE
UNITS IN MILLION BPD

| | 02 | 04 | 05 | 06 | 07 | 08 | 09 |
|---|---|---|---|---|---|---|---|
| **SOURCE OF SUPPLY** | | | | | | | |
| **LOCAL REFINERIES** | | | | | | | |
| GASOLINE | .75 | .77 | .79 | .73 | .71 | .66 | .62 |
| DISTILLATES | .44 | .45 | .46 | .45 | .45 | .43 | .36 |
| JET FUEL | .09 | .11 | .10 | .08 | .08 | .09 | .07 |
| | 1.28 | 1.33 | 1.35 | 1.26 | 1.24 | 1.18 | 1.05 |
| | | | | | | | |
| **IMPORTS** | | | | | | | |
| GASOLINE | .36 | .36 | .38 | .43 | .46 | .41 | .36 |
| DISTILLATES | .04 | .08 | .08 | .09 | .06 | .03 | .05 |
| JET FUEL | .01 | .02 | .02 | .03 | .03 | .02 | .01 |
| | .41 | .46 | .48 | .55 | .55 | .46 | .42 |
| | | | | | | | |
| **COLONIAL PIPELINE** | | | | | | | |
| GASOLINE | .06 | .05 | .03 | .03 | .04 | .06 | .09 |
| DISTILLATES | .13 | .12 | .09 | .10 | .12 | .14 | .21 |
| JET FUEL-KERO | .12 | .12 | .12 | .13 | .12 | .11 | .13 |
| | .31 | .29 | .24 | .26 | .28 | .31 | .43 |
| | | | | | | | |
| **TOTAL SUPPLY** | | | | | | | |
| GASOLINE | 1.17 | 1.18 | 1.20 | 1.19 | 1.21 | 1.13 | 1.07 |
| DISTILLATES | .61 | .65 | .63 | .64 | .63 | .60 | .62 |
| JET FUEL | .22 | .25 | .24 | .24 | .23 | .22 | .21 |
| | 2.08 | 2.08 | 2.07 | 2.07 | 2.07 | 1.95 | 1.90 |

| | 02 | 04 | 05 | 06 | 07 | 08 | 09 |
|---|---|---|---|---|---|---|---|
| **LOCAL DEMAND** | | | | | | | |
| GASOLINE | (.98) | (1.08) | (1.05) | (1.04) | (1.05) | (.99) | (.97) |
| DISTILLATES | (.51) | (.50) | (.49) | (.52) | (.50) | (.42) | (.40) |
| JET FUEL | (.19) | (.19) | (.20) | (.19) | (.18) | (.17) | (.17) |
| | (1.68) | (1.77) | (1.74) | (1.75) | (1.73) | (1.58) | (1.54) |

| | 02 | 04 | 05 | 06 | 07 | 08 | 09 |
|---|---|---|---|---|---|---|---|
| **EXPORTS** | | | | | | | |
| GASOLINE | (.02) | (.01) | (.01) | (.02) | (.02) | (.02) | -- |
| DISTILLATES | (.01) | (.02) | (.01) | (.04) | (.03) | (.07) | -- |
| JET FUEL | -- | -- | (.01) | (.01) | (.01) | (.01) | -- |
| | .29 | (.04) | (.03) | (.07) | (.06) | (.12) | (.01) |

| | 02 | 04 | 05 | 06 | 07 | 08 | 09 |
|---|---|---|---|---|---|---|---|
| **NET SURPLUS** | | | | | | | |
| GASOLINE | .17 | .09 | .14 | .13 | .14 | .12 | .10 |
| DISTILLATES | .09 | .13 | .13 | .08 | .10 | .11 | .22 |
| JET FUEL | .03 | .05 | .03 | .04 | .04 | .04 | .04 |
| | .29 | .27 | .30 | .25 | .28 | .27 | .36 |

SOURCE: ENERGY INFORMATION ADMINISTRATION, PETROLEUM SUPPLY AND MARKETING REPORTS.
AMERICAN PETROLEUM INSTITUTE WEEKLY STATISTICS AND OIL IMPORT REPORTS.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552b(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 14

Companies who imported petroleum products to NY-NJ-PA-DE during 2009 are identified in

Table 12.

TABLE 12

PETROLEUM PRODUCT IMPORTS TO NY-NJ-PA-DE DURING 2009, UNITS IN KBPD

| | GASOLINE | DIST | JET | HFO | TOTAL |
|---|---|---|---|---|---|
| BP | 80 | 2 | 3 | 27 | 112 |
| GW | 81 | -- | -- | -- | 81 |
| HESS | 31 | 17 | 7 | 8 | 63 |
| CP | 18 | -- | -- | 25 | 43 |
| GLENCORE | 29 | -- | 1 | 2 | 32 |
| SHELL | 26 | -- | -- | -- | 27 |
| MSC | 11 | 10 | 5 | -- | 26 |
| VALERO | 10 | 6 | 3 | -- | 19 |
| CHEVRON | 9 | 2 | -- | 6 | 17 |
| TRAFIGURA | 8 | 1 | -- | 7 | 16 |
| GETTY | 10 | -- | -- | -- | 10 |
| CITGO | 2 | 8 | -- | -- | 10 |
| OTHER | 30 | 1 | -- | 20 | 51 |
| | 345 | 47 | 19 | 96 | 507 |

SOURCE: AMERICAN PETROLEUM INSTITUTE OIL IMPORT REPORTS.

4.      New England.  In 2009, direct product imports accounted for 60 percent of New

England's petroleum supply with shipments from the Middle Atlantic region delivering 40

percent.  A tabulation of petroleum deliveries to New England by source and type of product

during the 2002-2009 interval is presented in Table 13.  Cargos from New York Harbor are

principally sent to New Haven and Providence while direct imports are mostly supplied to

Maine, Massachusetts and Rhode Island.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)



American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 15

TABLE 13

NEW ENGLAND PETROLEUM DEMAND AND SOURCES OF SUPPLY,
UNITS IN MILLION BARRELS PER DAY

**PETROLEUM DEMAND**

|  | 02 | 04 | 05 | 06 | 07 | 08 | 09 |
|---|---|---|---|---|---|---|---|
| GASOLINE | .41 | .43 | .41 | .42 | .42 | .39 | .40 |
| DISTILLATES | .23 | .24 | .23 | .25 | .25 | .21 | .20 |
| HFO | .06 | .07 | .07 | .04 | .04 | .03 | .03 |
| JET FUEL | .03 | .04 | .05 | .05 | .04 | .04 | .03 |
| OTHER | .06 | .02 | .08 | .05 | .05 | .05 | .05 |
|  | .79 | .80 | .84 | .81 | .80 | .72 | .71 |

**FROM THE MIDDLE ATLANTIC REGION**

|  | 02 | 04 | 05 | 06 | 07 | 08 | 09 |
|---|---|---|---|---|---|---|---|
| GASOLINE | .16 | .17 | .15 | .13 | .12 | .13 | .13 |
| DISTILLATES | .09 | .08 | .09 | .09 | .12 | .12 | .11 |
| HFO | .05 | .05 | .04 | .03 | .03 | .02 | .02 |
| JET FUEL | .02 | .02 | .02 | .02 | .01 | .01 | .01 |
| OTHER | .05 | .01 | .04 | .03 | .03 | .01 | .02 |
|  | .37 | .33 | .34 | .30 | .31 | .29 | .29 |

**IMPORTS**

|  | 02 | 04 | 05 | 06 | 07 | 08 | 09 |
|---|---|---|---|---|---|---|---|
| GASOLINE | .25 | .26 | .26 | .29 | .30 | .26 | .27 |
| DISTILLATES | .14 | .16 | .14 | .16 | .13 | .09 | .10 |
| HFO | .01 | .02 | .03 | .01 | .01 | .01 | .01 |
| JET FUEL | .01 | .02 | .03 | .03 | .03 | .03 | .02 |
| OTHER | .01 | .01 | .04 | .02 | .02 | .04 | .02 |
|  | .42 | .47 | .50 | .51 | .49 | .43 | .42 |

SOURCE:   ENERGY INFORMATION ADMINISTRATION STATE ENERGY DATA REPORTS
          AMERICAN PETROLEUM INSTITUTE OIL IMPORT REPORTS
          ENERGY INFORMATION ADMINISTRATION PETROLEUM SUPPLY AND MARKETING REPORTS

Companies who supplied foreign products directly to New England during 2009 are identified in

Table 14.  The principal importers are Irving, Exxon Mobil, Citgo, Morgan Stanley and Vitol

who collectively accounted for 92 percent of foreign supply delivered to Portland-Boston-

Providence-New Haven last year.


All of Irving's supplies come from their 250,000 BPD refinery in New Brunswick, Canada.  In

contrast, Exxon Mobil imports gasoline from Europe and distillates from Canada.  Citgo's

supplies are produced entirely at their Hovensa refinery (500,000 BPD capacity) in the U.S.

Virgin Islands.  Morgan Stanley imports gasoline from Europe and Vitol mostly imports gasoline

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 16

and distillates from the Come by Chance refinery.

TABLE 14

CLEAN PRODUCT IMPORTS DELIVERED TO NEW ENGLAND BY COMPANY DURING 2009, UNITS IN KBPD

| | GASOLINE | DISTILLATES | JET FUEL | TOTAL |
|---|---|---|---|---|
| IRVING | 80 | 50 | 5 | 135 |
| EXXON MOBIL | 89 | 5 | -- | 94 |
| CITGO | 41 | 21 | 15 | 77 |
| MORGAN STANLEY | 24 | 4 | -- | 28 |
| VITOL | 20 | 3 | -- | 23 |
| ULTRAMAR | 1 | 6 | -- | 7 |
| TRAFIGURA | -- | 6 | -- | 6 |
| HESS | 3 | 1 | 1 | 5 |
| GLENCORE | 1 | 1 | 2 | 4 |
| SHELL | 2 | 1 | -- | 3 |
| STATOIL | 2 | -- | -- | 2 |
| COP | 2 | -- | -- | 2 |
| GLOBAL | -- | 1 | -- | 1 |
| | 265 | 99 | 23 | 387 |

| | 08 | 09 | CHANGE |
|---|---|---|---|
| IRVING | 140 | 135 | (5) |
| EXXON MOBIL | 22 | 94 | 72 |
| CITGO | 86 | 77 | (9) |
| MORGAN STANLEY | 44 | 28 | (16) |
| VITOL | 39 | 23 | (16) |
| ULTRAMAR | 8 | 7 | (1) |
| TRAFIGURA | 2 | 6 | 4 |
| HESS | 1 | 5 | 4 |
| GLENCORE | 1 | 4 | 3 |
| SHELL | -- | 3 | 3 |
| STATOIL | 8 | 2 | (6) |
| COP | 2 | 2 | -- |
| GLOBAL | 2 | 1 | (1) |
| OTHERS | 13 | -- | (13) |
| | 368 | 387 | 19 |

SOURCE:   ENERGY INFORMATION ADMINISTRATION, IMPORT DATA BY
          COMPANY/PRODUCT/ORIGINATION (DESTINATION) FROM FORM-814

## C.   DOMESTIC CHEMICAL AND SPECIALTY SHIPMENTS.

Ten vessels with 239,000 DWT capacity are employed in the chemical-specialties trade. Cargos

originate on the Gulf Coast and they are transported to the South Atlantic region and the

Northeast. In addition, some back-haul cargos are transported from the Northeast to the Gulf

Coast. Chemical-specialties shipments for the Gulf Coast to the West Coast have declined to an

insignificant volume and traffic between Puerto Rico and the Gulf Coast is greatly reduced due to

the shutdown of Shell's Yabucoa refinery.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Total shipments in the chemical-specialty trade during 2000-2009 are estimated in Table 15.
Chemical-specialty shipments in the coastwise trade experienced a decline over the past nine
years. Reductions were caused by: (1) the elimination of MTBE from gasoline; and (2) the high
cost of U.S. feedstocks and energy which placed domestic chemicals at a competitive
disadvantage with imports that replaced many coastwise cargos.

TABLE 15

GULF COAST OCEANGOING SHIPMENTS OF CHEMICALS AND SPECIALTY PRODUCTS
TO DOMESTIC MARKETS, UNITS IN MILLION SHORT TONS

| DESTINATION | 00 | 04 | 05 | 06 | 07 | 08 | 09 |
|---|---|---|---|---|---|---|---|
| NORTHEAST | 5.5 | 3.9 | 3.4 | 2.4 | 1.0 | 1.0 | 1.1 |
| SOUTH ATLANTIC | 3.7 | 3.1 | 2.4 | 2.2 | 1.6 | 2.0 | 2.0 |
| WEST COAST | 2.6 | .9 | 1.1 | .9 | 1.0 | -- | -- |
| PUERTO RICO | .1 | .3 | .3 | .4 | .3 | .3 | .1 |
| | 11.9 | 8.2 | 7.2 | 5.9 | 3.9 | 3.3 | 3.2 |

SOURCE: WATERBORNE COMMERCE STATISTICS CENTER, ARMY CORPS OF ENGINEERS

1.     Gulf Coast to the South Atlantic Region. Oceangoing chemical-specialty shipments sent
from PAD III to the South Atlantic region are the largest segment in the Jones Act trade with
cargos delivered to Savannah, Charleston and Wilmington. Paraxylene, caustic soda, lube oils,
ethyl alcohol and aviation gasoline account for most of the chemicals and specialties transported
by oceangoing vessels from the Gulf Coast to the South Atlantic region. During the 2000-2009
interval there was a decline in coastwise chemical-specialty shipments sent to the South Atlantic
region due to the reduction in deliveries of paraxylene-caustic soda-lube oils - see Table 16
below.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 18

TABLE 16

**GULF COAST TO THE SOUTH ATLANTIC REGION (PAD IC) OCEANGOING SHIPMENTS OF CHEMICALS AND SPECIALTY PRODUCTS, UNITS IN THOUSAND SHORT TONS**

| GROUP ONE | 00 | 04 | 05 | 06 | 07 | 08 | 09 |
|---|---|---|---|---|---|---|---|
| PARAXYLENE | 1,598 | 1,524 | 1,057 | 1,023 | 804 | 742 | 650 |
| CAUSTIC SODA | 987 | 803 | 689 | 614 | 570 | 451 | 400 |
| LUBE OILS | 659 | 496 | 394 | 385 | 211 | 331 | 389 |
| AVGAS | 73 | 88 | 97 | 100 | 49 | 95 | 110 |
| STYRENE | 101 | 87 | 26 | 15 | -- | -- | -- |
| CYCLOHEXANE | 17 | 63 | 76 | 18 | 1 | 28 | 20 |
| GASOLINE B.C. | 120 | 20 | 15 | -- | -- | -- | -- |
| ETHYLENE GLYCOL | 64 | 4 | 5 | -- | -- | 5 | -- |
| METHANOL | 36 | -- | -- | -- | -- | -- | -- |
| CUMENE | -- | -- | -- | -- | -- | -- | -- |
| ETHYL ALCOHOL | 5 | -- | -- | -- | 5 | 360 | 400 |
| BENZENE | -- | 1 | -- | -- | -- | -- | -- |
| | 3,660 | 3,086 | 2,359 | 2,155 | 1,640 | 2,012 | 1,969 |
| | | | | | | | |
| GROUP TWO | | | | | | | |
| ACRYLIC ALCOHOLS | 20 | 17 | -- | -- | -- | -- | -- |
| PETROLEUM WAX | 9 | 9 | -- | -- | -- | -- | -- |
| OTHER | 13 | 8 | 20 | 5 | -- | -- | -- |
| | 42 | 34 | 20 | 5 | -- | -- | -- |
| | | | | | | | |
| TOTAL | 3,702 | 3,120 | 2,389 | 2,160 | 1,640 | 2,012 | 1,969 |

SOURCE: WATERBORNE COMMERCE STATISTICS CENTER, ARMY CORPS OF ENGINEERS.

2.      Gulf Coast to the Northeast. Chemical shipments sent from Texas and Louisiana to the

Northeast are the second major segment of the coastwise specialties trade. Shipments to the

Northeast are more tonnage intensive because they involve a greater number of small and

dissimilar parcel cargos which entail numerous multi-port loadings/discharges. These shipments

employ more sophisticated chemical carriers that transport many different commodities in small

volumes. Chemicals-specialties transported to the Northeast during the 2000-2009 interval are

identified in Table 17 below.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 19

TABLE 17

GULF COAST TO NORTHEAST OCEANGOING SHIPMENTS OF CHEMICALS AND SPECIALTY PRODUCTS,
UNITS IN THOUSAND SHORT TONS

| GROUP ONE | 00 | 04 | 05 | 06 | 07 | 08 | 09 |
|---|---|---|---|---|---|---|---|
| MTBE | 2,280 | 840 | 865 | 271 | -- | -- | -- |
| GASOLINE B.C. | 1,343 | 621 | 720 | 618 | -- | -- | -- |
| LUBE OILS | 666 | 805 | 698 | 528 | 613 | 716 | 750 |
| ETHYL ALCOHOL | 120 | 593 | 366 | 21 | 41 | 43 | 50 |
| STYRENE | 246 | 240 | 124 | 130 | 100 | 100 | 100 |
| CAUSTIC SODA | 323 | 473 | 328 | 207 | 131 | 134 | 120 |
| ETHYLENE GLYCOL | 164 | 55 | 66 | 50 | 28 | 34 | 30 |
| AVGAS | 41 | 33 | 30 | 35 | 50 | 31 | 29 |
| BUTANONE | 13 | 3 | 62 | 40 | 5 | 5 | 5 |
| BTX | 17 | 2 | 11 | -- | -- | 1 | 1 |
| CYCLOHEXANE | -- | 1 | -- | -- | -- | 3 | 4 |
| BUTANOLS | 19 | 8 | 5 | 1 | 6 | -- | -- |
| ACETONE | 5 | -- | -- | -- | 10 | -- | -- |
| OTHERS | 4 | -- | -- | -- | -- | -- | -- |
| | 5,241 | 3,674 | 3,275 | 2,330 | 989 | 1,069 | 1,102 |

| GROUP TWO COMMODITIES | | | | | | | |
|---|---|---|---|---|---|---|---|
| ACRYLIC ALCOHOLS | 25 | 62 | 57 | 32 | 40 | 47 | 45 |
| PETROLEUM WAXES | 73 | 36 | 64 | 27 | -- | -- | -- |
| CYCLIC HYDROCARBONS | 34 | 10 | 5 | 2 | -- | 2 | 2 |
| ACIDS | 36 | 8 | 4 | 4 | -- | -- | -- |
| OTHER | 80 | 63 | 40 | 36 | 19 | 18 | 15 |
| | 248 | 179 | 170 | 101 | 59 | 67 | 62 |
| TOTAL | 5,489 | 3,853 | 3,445 | 2,431 | 948 | 1,036 | 1,064 |
| LESS MTBE | (2,280) | (2,180) | (840) | (865) | (--) | (--) | (--) |
| | 3,209 | 3,093 | 3,013 | 2,580 | 948 | 1,036 | 1,064 |

SOURCE: WATERBORNE COMMERCE STATISTICS CENTER, ARMY CORPS OF ENGINEERS.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 20

CHAPTER II

## GULF COAST REFINING SYSTEM AND PETROLEUM PRODUCTS SUPPLIED TO THE EAST COAST, MIDDLE WEST, ROCKY MOUNTAIN REGION AND WEST COAST

Chapter Two addresses PAD III refinery output and supplies sent from the Gulf Coast to other parts of the country.  The PAD III refinery system has consistently produced barrels in excess of local requirements and it is the major supplier of products sent to East Coast and Middle West that have petroleum supply deficits which are mostly covered by barrels sent from the Gulf Coast.  Due to major plant expansions underway in PAD III, the slow rate of increase expected in future U.S. petroleum demand and the displacement of Gulf Coast products in the Middle West market, refineries in Texas-Louisiana-Mississippi are certain to remain principal suppliers to the East Coast.

A.    PAD III REFINERY SYSTEM AND GULF COAST SUPPLY BALANCE.

PAD III refinery production and barrels sent from this region to other parts of the country during 2002-2009 are identified in Table 18.  This schedule shows that: (1) PAD III crude oil distillation capacity expanded by 640,000 BPD over the past eight years; and (2) the Gulf Coast refinery system manufactured petroleum products far in excess of local requirements.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 21

TABLE 18

SUMMARY GULF COAST REFINERY PRODUCTION, PETROLEUM CONSUMPTION AND CLEAN PRODUCT
SHIPMENTS TO OTHER PARTS OF THE COUNTRY, UNITS IN MILLION BARRELS PER DAY

| REFINERY PRODUCTION | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRODUCTION | 2002 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
| GASOLINE | 3.59 | 3.60 | 3.51 | 3.71 | 3.73 | 3.35 | 3.51 |
| DISTILLATES | 1.66 | 1.84 | 1.83 | 1.93 | 2.01 | 2.34 | 2.10 |
| JET FUEL | .77 | .78 | .76 | .75 | .73 | .65 | .69 |
| RESIDUAL OIL | .28 | .30 | .29 | .29 | .32 | .29 | .31 |
| OTHER | 1.87 | 1.99 | 1.81 | 1.88 | 1.87 | 1.55 | 1.73 |
| | 8.17 | 8.51 | 8.20 | 8.56 | 8.66 | 8.18 | 8.34 |
| PLANT CAPACITY | | | | | | | |
| OPERATING | 7.72 | 8.07 | 7.78 | 8.08 | 8.08 | 8.34 | 8.26 |
| IDLE | .08 | .04 | .30 | .25 | .26 | .08 | .18 |
| | 7.80 | 8.11 | 8.08 | 8.33 | 8.34 | 8.42 | 8.44 |
| CLEAN PRODUCTS | | | | | | | |
| PRODUCTION | 6.02 | 6.22 | 6.10 | 6.39 | 6.47 | 6.34 | 6.32 |

| INDIGENOUS PETROLEUM CONSUMPTION | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2002 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
| GASOLINE | 1.28 | 1.34 | 1.36 | 1.37 | 1.40 | 1.36 | 1.41 |
| DISTILLATES | .66 | .67 | .70 | .71 | .74 | .76 | .71 |
| JET FUEL | .43 | .32 | .30 | .28 | .20 | .18 | .13 |
| RESIDUAL OIL | .12 | .15 | .15 | .07 | .17 | .14 | .11 |
| OTHER | 2.40 | 2.54 | 2.61 | 2.60 | 2.87 | 2.46 | 2.49 |
| | 4.89 | 5.02 | 5.07 | 5.03 | 5.38 | 4.90 | 4.85 |
| CLEAN PRODUCTS | | | | | | | |
| CONSUMPTION | 2.37 | 2.33 | 2.31 | 2.36 | 2.35 | 2.30 | 2.25 |

| GULF COAST CLEAN PRODUCTS PRODUCTION AND SUPPLIES SHIPPED TO OTHER REGIONS | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2002 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
| LOCAL PRODUCTION | 6.02 | 6.22 | 6.10 | 6.39 | 6.47 | 6.34 | 6.35 |
| IMPORTS & INTERDISTRICT | | | | | | | |
| RECEIPTS | .22 | .29 | .24 | .18 | .20 | .22 | .18 |
| EXPORTS | (.18) | (.17) | (.15) | (.29) | (.30) | (.55) | (.65) |
| | 6.03 | 6.34 | 6.19 | 6.28 | 6.37 | 6.01 | 5.88 |
| LOCAL USE | (2.41) | (2.33) | (2.31) | (2.36) | (2.35) | (2.30) | (2.25) |
| SURPLUS | 3.66 | 4.01 | 3.88 | 3.92 | 4.02 | 3.71 | 3.63 |
| DISTRIBUTION TO: | | | | | | | |
| EAST COAST | 2.40 | 2.70 | 2.60 | 2.58 | 2.64 | 2.48 | 2.47 |
| MIDDLE WEST | -- | 1.20 | 1.15 | 1.16 | 1.18 | 1.00 | .90 |
| ROCKY MOUNTAINS | .01 | .02 | .04 | .03 | .03 | .03 | .03 |
| WEST COAST | .10 | .09 | .09 | .11 | .14 | .17 | .15 |
| | 3.66 | 4.01 | 3.88 | 3.88 | 3.99 | 3.68 | 3.55 |

SOURCES: ENERGY INFORMATION ADMINISTRATION PETROLEUM SUPPLY AND MARKETING REPORTS

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 22

Our estimate of gasoline production in the PAD III refinery system is different from that reported by the Energy Information Administration. EIA records finished gasoline output and excludes plant production of gasoline blending components (conventional blendstock for oxygenate blending-CBOB and reformulated blendstock for oxygenate blending-RBOB) that are shipped outside the District (by pipeline and vessel) to other PADs. When PAD III produced RBOB and CBOB are delivered to PADs I-II-V they are mixed with ethanol and are treated as plant production in these Districts which overstates local refinery output. We corrected this distortion by identifying PAD III RBOB and CBOB shipments sent to other Districts and: (1) subtracting these volumes from local gasoline plant production; and (2) adding these barrels back to PAD III gasoline production.

Most of the future growth in U.S. refining capacity will occur on the Gulf Coast due to the region's locational advantage, sophisticated plants and extensive products pipeline infrastructure that connects PAD III with the Middle West and East Coast. Announced plant expansions support our prediction that Gulf Coast crude oil processing capacity will grow and additional output will exceed expected petroleum product demand requirements in PAD III, thereby increasing shipments to the East Coast market which has a longstanding supply deficit. Refinery expansions underway in PAD III are listed below.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. §552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 23

REFINERY EXPANSIONS UNDERWAY IN PAD III

| COMPANY | PLANT LOCATION | EXPECTED COMPLETION | ADDITION TO CRUDE OIL DISTILLATION CAPACITY BPD |
|---|---|---|---|
| MOTIVA | PORT ARTHUR, TX | 2012 | 325,000 |
| MARATHON | GARYVILLE, LA | 2010* | 185,000 |
| VALERO | PORT ARTHUR, TX | 2011 | 120,000 |
| COP | BORGER, TX | 2015 | 60,000 |
| TOTAL | PORT ARTHUR, TX | 2011 | 50,000 |
| VALERO | ST. CHARLES, LA | 2012 | 50,000 |
| PLACID | PORT ALLEN, LA | 2010 | 25,000 |
| | | | 815,000 |

SOURCES:   OIL AND GAS JOURNAL, PETROLEUM INTELLIGENCE WEEKLY, OIL DAILY AND PETROLEUM
COMPANY FINANCIAL REPORTS.

*  COMPLETED FEBRUARY 2010.

A tabulation of changes made in PAD III refinery capacity by individual plants during 2000-2009

is presented in Table 19. In the last eleven years system crude distillation capacity increased by 1.2

million BPD with fifty-five percent of the growth being in Texas and forty-five percent in Louisiana.

TABLE 19

CHANGES IN GULF COAST REFINERY CAPACITY, UNITS IN MILLION KBPD

| LOUISIANA | 2000 | 2010 | CHANGE |
|---|---|---|---|
| XOM-BATON ROUGE | 489 | 505 | 16 |
| CITGO-L. CHARLES | 321 | 440 | 119 |
| MARATHON-GARYVILLE | 232 | 436 | 204 |
| VALERO-NORCO | 155 | 310 | 155 |
| COP-ALLIANCE | 250 | 247 | (3) |
| COP-W. LAKE | 245 | 239 | (5) |
| MOTIVA-CONVENT | 225 | 227 | 2 |
| MOTIVA-NORCO | 220 | 220 | -- |
| XOM-CHALMETTE | 182 | 193 | 11 |
| MURPHY-MERAUX | 95 | 125 | 30 |
| ALON-K. SPRINGS | 78 | 83 | 5 |
| PLACID-P. ALLEN | 48 | 55 | 7 |
| OTHERS | 164 | 140 | (24) |
| | 2,704 | 3,220 | 516 |
| | | | |
| MISSISSIPPI | | | |
| CHEVRON | 295 | 330 | 35 |
| ERGON | 24 | 23 | (1) |
| | 319 | 353 | 34 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 6520(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 24

TABLE 19 (Cont.)

CHANGES IN GULF COAST REFINERY CAPACITY, UNITS IN MILLION KBPD

| TEXAS | 2000 | 2010 | CHANGE |
|---|---|---|---|
| XOM-BAYTOWN | 465 | 576 | 111 |
| BP-TX CITY | 433 | 451 | 18 |
| XOM-BEAUMONT | 335 | 345 | 10 |
| SHELL-D. PARK | 274 | 330 | 56 |
| F. HILLS-C. CHRISTI | 297 | 289 | (8) |
| VALERO-P. ARTHUR | 203 | 287 | 84 |
| MOTIVA-P. ARTHUR | 235 | 285 | 50 |
| LYONDELL-HOUSTON | 269 | 269 | -- |
| COP-SWEENEY | 205 | 247 | 42 |
| TOTAL-P. ARTHUR | 175 | 232 | 57 |
| VALERO-TEXAS CITY | 152 | 225 | 73 |
| VALERO-C. CHRISTI | 215 | 205 | (10) |
| VALERO-SUNRAY | 146 | 167 | 21 |
| CITGO-C. CHRISTI | 157 | 157 | -- |
| WRB-BORGER | 125 | 146 | 21 |
| WESTERN-EL PASO | 90 | 125 | 35 |
| PASADENA-HSTN | 100 | 117 | 17 |
| VALERO-T. RIVERS | 90 | 96 | 6 |
| VALERO-HSTN | 73 | 90 | 17 |
| OTHERS | 217 | 294 | 77 |
| | 4,256 | 4,933 | 677 |
| | | | |
| TOTAL GULF COAST | 7,279 | 8,506 | 1,227 |

Another development affecting the volume of surplus Gulf Coast product is the displacement of

PAD III barrels from the Middle West market. Over the past four years, 240,000 BPD was backed-

out as demand declined and Middle West refinery capacity expanded. This trend is expected to

continue as more processing capacity is added to the PAD II refinery system as a by product of

revamps made to use more Canadian crude oil.

B.      MIDDLE WEST REFINING SYSTEM AND THE PETROLEUM PRODUCT BALANCE.

During the past decade total clean products demand in PAD II experienced a modest decline, local

refinery output increased and gasoline-distillate-jet fuel deliveries to the Middle West from the Gulf

Coast declined from approximately 1.25 million BPD to 900,000 BPD in 2009. These historical

supply and demand developments are quantified in Table 20.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 25

**TABLE 20**

**MIDDLE WEST PETROLEUM PRODUCT BALANCE, UNITS IN MILLION BPD**

**PAD II PETROLEUM PRODUCT DEMAND**

|  | 2002 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|
| GASOLINE | 2.53 | 2.61 | 2.62 | 2.63 | 2.62 | 2.54 | 2.52 |
| DISTILLATES | 1.10 | 1.21 | 1.25 | 1.26 | 1.25 | 1.22 | 1.08 |
| JET FUEL | .32 | .34 | .36 | .33 | .31 | .28 | .25 |
| RESIDUAL OIL | .05 | .05 | .05 | .06 | .05 | .04 | .03 |
|  | 4.00 | 4.21 | 4.28 | 4.28 | 4.23 | 4.08 | 3.88 |

**PAD II SHIPMENTS TO OTHER DISTRICTS**

|  | 2002 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|
| GASOLINE | .08 | .08 | .07 | .08 | .08 | .08 | .08 |
| DISTILLATES | .04 | .04 | .03 | .04 | .06 | .08 | .07 |
| JET FUEL | .04 | .03 | .01 | .01 | .02 | .02 | .02 |
| RESIDUAL OIL | .01 | .01 | -- | .01 | .01 | .01 | .02 |
|  | .17 | .16 | .11 | .14 | .17 | .19 | .19 |

**PAD II TOTAL REQUIREMENTS**

|  | 2002 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|
| GASOLINE | 2.61 | 2.69 | 2.69 | 2.71 | 2.70 | 2.62 | 2.60 |
| DISTILLATES | 1.14 | 1.25 | 1.28 | 1.30 | 1.31 | 1.30 | 1.15 |
| JET FUEL | .36 | .37 | .37 | .34 | .33 | .30 | .27 |
| RESIDUAL | .06 | .06 | .05 | .07 | .06 | .05 | .05 |
|  | 4.17 | 4.37 | 4.39 | 4.42 | 4.40 | 4.27 | 4.07 |

**PAD III DELIVERIES TO PAD II**

|  | 2002 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|
| GASOLINE | .72 | .74 | .72 | .69 | .68 | .61 | .60 |
| DISTILLATES | .29 | .36 | .35 | .32 | .36 | .28 | .24 |
| JET FUEL | .15 | .15 | .15 | .13 | .14 | .10 | .06 |
| RESIDUAL | -- | -- | -- | -- | -- | -- | -- |
|  | 1.16 | 1.25 | 1.22 | 1.114 | 1.18 | .99 | .90 |

**PAD II REFINERY PRODUCTION**

|  | 2002 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|
| GASOLINE | 1.89 | 1.95 | 1.97 | 2.02 | 2.02 | 2.01 | 2.00 |
| DISTILLATES | .85 | .89 | .93 | .98 | .95 | 1.02 | .91 |
| JET FUEL | .21 | .22 | .22 | .21 | .19 | .20 | .21 |
| RESIDUAL | .06 | .06 | .05 | .07 | .06 | .05 | .05 |
|  | 3.01 | 3.12 | 3.17 | 3.28 | 3.22 | 3.28 | 3.17 |

SOURCE: ENERGY INFORMATION ADMINISTRATION, PETROLEUM SUPPLY ANNUAL REPORTS.

We believe that Middle West supply trends underway after 2005 will continue into the future and underlying developments that support this prediction are threefold.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

First, future petroleum demand growth will be minimal due to the recent enactment of stringent federal fuel efficiency standards that govern miles per gallon realized by new cars and trucks. Moreover, economic activity is forecast to be below historic levels and high oil prices will depress petroleum consumption as users preferentially shift more of their fuel requirements to cheaper natural gas.

Second, major plant modifications are being made to PAD II refineries by BP, COP and Marathon that will increase clean products output by approximately 350,000 BPD which is equivalent to nine percent of the Middle West's consumption of gasoline-distillates-jet fuel. In addition, increased output of ethanol and biodiesel is likely to further augment future PAD II products supply.

Third, the conjunctive effect of rising PAD II refinery output and flat products demand will result in the additional displacement of Gulf Coast barrels from the Middle West market. These backed out Gulf Coast barrels will then augment surplus clean products in PAD III that must find markets elsewhere.

Refineries in PAD II being modified to process large amounts of Canadian heavy oil and plants whose crude distillation capacity is being expanded are listed below. Major revamps (that cost several billion dollars) include coking units that greatly increase clean products yield and eliminate the output of asphalt and HFO.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 27

PLANT MODIFICATIONS AND EXPANSIONS UNDERWAY IN PAD II

| PLANT | OWNER | COMPLETION | MODIFICATION | BPD ADDITIONAL CLEAN PRODUCTS |
|-------|-------|-----------|--------------|-------------------------------|
| WOOD RIVER, IL | COP/ENCANADA | 2011 | CANADIAN H. OIL & COKERS | 80,000 |
| TULSA, OK | SINCLAIR | 2011 | PLANT EXPANSION | 40,000 |
| TULSA, OK | WINNWOOD | 2011 | PLANT EXPANSION | 13,000 |
| WHITING, IL | BP | 2012 | CANADIAN H. OIL & COKERS | 100,000 |
| DETROIT, MI | MARATHON | 2012 | CANADIAN H. OIL & COKERS | 30,000 |
| TOLEDO, OH | BP/HUSKY | 2015 | CANADIAN H. OIL & COKERS | 80,000 |
| | | | | 343,000 |

A tabulation of refineries located in the Middle West and capacity changes that occurred during 2000-2010 are presented in Table 21. Plant expansions made during the last decade (159,000 BPD) are equal to half of those (343,000 BPD) that will occur over the next six years.

TABLE 21

CHANGES IN MIDDLE WEST REFINERY CRUDE OIL DISTILLATION CAPACITY,
UNITS IN MILLION KBPD

ILLINOIS

| | 2000 | 2010 | CHANGE |
|---|------|------|--------|
| COP | 286 | 306 | 20 |
| XOM | 235 | 238 | 3 |
| MAR | 192 | 204 | 12 |
| PDV | 158 | 159 | 1 |
| OTHERS | 68 | -- | (68) |
| | 939 | 907 | (32) |

OHIO

| | 2000 | 2010 | CHANGE |
|---|------|------|--------|
| SUNOCO | 140 | 170 | 30 |
| HUSKY | 165 | 162 | (3) |
| BP | 152 | 152 | -- |
| MAR | 73 | 78 | 5 |
| | 530 | 562 | 32 |

OKLAHOMA

| | 2000 | 2010 | CHANGE |
|---|------|------|--------|
| COP | 174 | 187 | 13 |
| VALERO | 85 | 92 | 7 |
| HOLLY | 85 | 85 | -- |
| SINCLAIR | 50 | 75 | 25 |
| WYNN. RFG | 45 | 53 | 8 |
| | 439 | 492 | 53 |

MINNESOTA

| | 2000 | 2010 | CHANGE |
|---|------|------|--------|
| FLINT HILL | 290 | 323 | 33 |
| MAR | 70 | 74 | 4 |
| | 360 | 397 | 37 |

KANSAS

| | 2000 | 2010 | CHANGE |
|---|------|------|--------|
| FRONTIER | 105 | 135 | 30 |
| COFFEYVILLE | 95 | 114 | 19 |
| NCRA | 79 | 83 | 4 |
| | 279 | 332 | 53 |

KENTUCKY

| | 2000 | 2010 | CHANGE |
|---|------|------|--------|
| MAR | 222 | 226 | 4 |
| SOMERSET | 6 | 6 | -- |
| | 228 | 232 | 4 |

TENNESSEE

| | 2000 | 2010 | CHANGE |
|---|------|------|--------|
| VALERO | 175 | 180 | 5 |

MICHIGAN

| | 2000 | 2010 | CHANGE |
|---|------|------|--------|
| MAR | 74 | 102 | 28 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 28

TABLE 21 (Cont.)

CHANGES IN MIDDLE WEST REFINERY CRUDE OIL DISTILLATION CAPACITY,
UNITS IN MILLION KBPD

| INDIANA | 2000 | 2010 | CHANGE | NORTH DAKOTA | 2000 | 2010 | CHANGE |
|---|---|---|---|---|---|---|---|
| BP | 410 | 385 | (25) | TESORO | 58 | 58 | -- |
| COUNTRYMARK | 24 | 27 | 3 | | | | |
| | 434 | 412 | (22) | | | | |

| WISCONSIN | 2000 | 2010 | CHANGE | TOTAL | 2000 | 2010 | CHANGE |
|---|---|---|---|---|---|---|---|
| MURPHY | 33 | 33 | -- | PAD II | 3,549 | 3,708 | 159 |

SOURCES:   ENERGY INFORMATION ADMINISTRATION, PETROLEUM SUPPLY ANNUAL REPORTS, THE OIL
AND GAS JOURNAL AND PETROLEUM COMPANY FINANCIAL REPORTS.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552b(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 29

## CHAPTER III

### WEST COAST (PAD V) PETROLEUM BALANCE 2002-2009.

Approximately 22 percent of the Jones Act product tanker/ATB fleet (19 vessels) with unit capacities above 16,000 DWT is employed on the West Coast. These vessels are principally engaged in product service and several transport Alaska crude oil for Tesoro and Exxon Mobil. Pursuant to this trade, Chapter Three addresses the West Coast petroleum balance in terms of: (A) supply/demand; (B) intra regional marine movements; and (C) shipments pipelined to PAD V from the Gulf Coast. The West Coast (California, Arizona, Nevada, Oregon, Washington, Alaska and Hawaii) is reasonably self-sufficient in refining capacity. Particulars of the PAD V petroleum supply balance are quantified in Table 22. Due to high product prices and a recession, West Coast petroleum consumption fell by 5 percent over the 2008/2009 interval. The sharpest declines were experienced in distillate oil and jet fuel consumption which fell by approximately 14 percent over the last two years.

Jones Act product movements on the West Coast include:

- Gasoline-distillates-jet fuel sent from refineries in Puget Sound and San Francisco to Los Angeles.

- Waterborne product movements from PAD V refineries to markets not served by pipelines (e.g. San Francisco to Portland).

- Intra-regional shipments of intermediate products sent to more sophisticated refineries where they are upgraded into gasoline.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 30

TABLE 22

SUMMARY PAD V REFINERY PRODUCTION, RECEIPTS FROM OTHER DISTRICTS, IMPORTS AND PRODUCT EXPORTS 2002-2009, UNITS IN MILLION BARRELS PER DAY

| REFINERY OUTPUT | 2002 | 2004 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|
| GASOLINE | 1.46 | 1.49 | 1.50 | 1.46 | 1.47 | 1.47 |
| DISTILLATES | .50 | .51 | .54 | .54 | .57 | .49 |
| JET FUEL | .42 | .43 | .41 | .40 | .46 | .40 |
| RESIDUAL | .16 | .16 | .16 | .16 | .15 | .13 |
| OTHER | .40 | .39 | .44 | .53 | .40 | .35 |
| | 2.94 | 2.98 | 3.05 | 3.09 | 3.05 | 2.84 |
| | | | | | | |
| PLANT CAPACITY | 3.16 | 3.16 | 3.17 | 3.19 | 3.20 | 3.22 |
| | | | | | | |
| RECEIPTS FROM PAD III & IV | | | | | | |
| GASOLINE | .12 | .15 | .12 | .14 | .15 | .14 |
| DISTILLATES | .02 | .02 | .02 | .03 | .04 | .03 |
| JET FUEL | .01 | .01 | .02 | .01 | .01 | .01 |
| | .15 | .18 | .16 | .18 | .20 | .18 |
| | | | | | | |
| IMPORTS | | | | | | |
| GASOLINE | .03 | .06 | .07 | .10 | .02 | .05 |
| DISTILLATES | -- | .02 | .04 | .03 | -- | .01 |
| JET FUEL | .06 | .07 | .10 | .12 | .03 | .03 |
| RESIDUAL | .02 | .03 | .05 | .03 | .03 | .04 |
| OTHER | .12 | .06 | .05 | .09 | .10 | .07 |
| | .23 | .24 | .31 | .37 | .18 | .20 |
| | | | | | | |
| EXPORTS | | | | | | |
| GASOLINE | (.01) | (.01) | (.01) | -- | (.03) | (.03) |
| DISTILLATES | (.03) | (.04) | (.03) | (.04) | (.10) | (.07) |
| RESIDUAL | (.04) | (.04) | (.04) | (.04) | (.03) | (.03) |
| OTHER | (.14) | (.12) | (.14) | (.12) | (.11) | (.14) |
| | (.22) | (.21) | (.22) | (.20) | (.27) | (.27) |
| | | | | | | |
| NET SUPPLY | | | | | | |
| GASOLINE | 1.60 | 1.69 | 1.63 | 1.70 | 1.61 | 1.63 |
| DISTILLATES | .49 | .51 | .57 | .56 | .51 | .46 |
| JET FUEL | .49 | .51 | .49 | .53 | .50 | .44 |
| RESIDUAL | .14 | .15 | .17 | .15 | .15 | .14 |
| OTHER | .38 | .33 | .34 | .50 | .30 | .28 |
| | 3.10 | 3.19 | 3.20 | 3.44 | 3.07 | 2.95 |

SOURCES:        ENERGY INFORMATION ADMINISTRATION PETROLEUM SUPPLY ANNUAL REPORTS

A.    SUPPLY DEVELOPMENTS.

West Coast refinery capacity experienced moderate growth over the last ten years and was rated at

3.1 million BPD by December 2009.  Investments were made in destructive processing capacity that

increased clean products production from 81 percent of refinery output in 2002 to 83 percent by

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 31

2009. Changes in West Coast refinery capacity by plant during 2000-2010 are identified in Table

23.

TABLE 23

CHANGES IN WEST COAST CRUDE OIL REFINERY CAPACITY, UNITS IN THOUSAND BPD

| CALIFORNIA | 2000 | 2010 | CHANGE |
|---|---|---|---|
| CHEVRON-EL SEGUNDO | 260 | 280 | 20 |
| CHEVRON-RICHMOND | 225 | 245 | 20 |
| BP-CARSON | 255 | 265 | 10 |
| SHELL-MARTINEZ | 155 | 160 | 5 |
| TESORO-WILMINGTON | 90 | 100 | 10 |
| COP-CARSON | 125 | 140 | 15 |
| COP-RODEO | 114 | 120 | 6 |
| TESORO-AVON | 156 | 166 | 10 |
| VALERO-BENICIA | 130 | 145 | 15 |
| VALERO-WILMINGTON | 72 | 80 | 8 |
| XOM-TORRANCE | 130 | 150 | 20 |
| OTHERS | 193 | 143 | (50) |
| | 1,905 | 1,994 | 89 |
| **WASHINGTON** | | | |
| BP-CHERRY POINT | 203 | 225 | 22 |
| SHELL | 142 | 145 | 3 |
| TESORO | 108 | 120 | 12 |
| COP | 89 | 100 | 11 |
| U.S. OIL | 40 | 40 | -- |
| | 582 | 630 | 48 |
| **ALASKA** | | | |
| FLINT HILLS | 197 | 215 | 18 |
| TESORO | 72 | 72 | -- |
| PETROSTAR | 52 | 19 | (33) |
| BP | 29 | 13 | (16) |
| | 350 | 319 | (31) |
| **HAWAII** | | | |
| TESORO | 94 | 94 | -- |
| CHEVRON | 54 | 54 | -- |
| | 148 | 148 | -- |
| TOTAL | 2,985 | 3,090 | 106 |

SOURCE:  ENERGY INFORMATION ADMINISTRATION, PETROLEUM SUPPLY ANNUAL REPORTS & THE OIL AND
        GAS JOURNAL

California accounts for 60 percent of petroleum consumption in PAD V and a long-standing supply

deficit exists in Los Angeles-San Diego which is principally covered by coastwise product deliveries

made from Puget Sound and San Francisco.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 32

Refineries in San Francisco and Los Angeles also supply gasoline-distillates-jet fuel by pipeline

(approximately 150,000 BPD) to Arizona and Nevada.  The remainder of clean products supply in

Arizona and Nevada (180,000 BPD) is delivered by pipeline from Texas.  Recently, Magellan

Midstream Partners acquired Longhorn Pipeline in a bankruptcy sale.  Longhorn is the principal

supplier of gasoline (about 75,000 BPD) to El Paso from Houston.  Magellan plans to increase the

delivery capacity of Longhorn to meet the additional shipping needs of Motiva when their Port

Arthur refinery expansion becomes operational in 2012.  Clean products consumption by states in

PAD V during 2000-2009 is quantified in Table 24.

TABLE 24

STATE PETROLEUM CONSUMPTION IN PAD V, UNITS IN MILLION BARRELS PER DAY

| GASOLINE | 2000 | 2002 | 2003 | 2004 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|---|
| CA-AZ-NV | 1.12 | 1.20 | 1.22 | 1.22 | 1.28 | 1.28 | 1.19 | 1.21 |
| WA-OR | .27 | .29 | .29 | .30 | .29 | .29 | .27 | .28 |
| AK-HI | .04 | .04 | .04 | .05 | .05 | .05 | .05 | .05 |
|  | 1.43 | 1.53 | 1.55 | 1.57 | 1.62 | 1.62 | 1.51 | 1.54 |
| | | | | | | | | |
| JET FUEL | | | | | | | | |
| CA-AZ-NV | .32 | .33 | .33 | .33 | .29 | .30 | .28 | .27 |
| WA-OR | .07 | .07 | .07 | .07 | .06 | .07 | .06 | .05 |
| AK-HI | .06 | .08 | .08 | .10 | .11 | .12 | .10 | .09 |
|  | .45 | .48 | .48 | .50 | .46 | .49 | .44 | .41 |
| | | | | | | | | |
| DISTILLATES | | | | | | | | |
| CA-AZ-NV | .31 | .30 | .33 | .32 | .35 | .36 | .34 | .31 |
| WA-OR | .13 | .12 | .13 | .12 | .13 | .14 | .13 | .12 |
| AK-HI | .04 | .04 | .04 | .04 | .03 | .04 | .04 | .03 |
|  | .48 | .46 | .50 | .48 | .51 | .54 | .51 | .46 |
| | | | | | | | | |
| TOTAL | | | | | | | | |
| CA-AZ-NV | 1.75 | 1.83 | 1.88 | 1.87 | 1.92 | 1.96 | 1.81 | 1.79 |
| WA-OR | .47 | .48 | .49 | .49 | .48 | .51 | .46 | .45 |
| AK-HI | .14 | .16 | .16 | .19 | .19 | .21 | .19 | .17 |
|  | 2.36 | 2.47 | 2.53 | 2.55 | 2.59 | 2.68 | 2.46 | 2.41 |

SOURCES:  ENERGY INFORMATION ADMINISTRATION STATE ENERGY DATA REPORTS
ENERGY INFORMATION ADMINISTRATION PETROLEUM MARKETING REPORTS

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 33

B. OCEANGOING PETROLEUM PRODUCT MOVEMENTS IN THE WEST COAST TRADE
AND SHIPMENTS FROM THE GULF COAST.

Presently (March 2009) twelve tankers and seven ATBs are employed in intra West Coast service

and they are identified in Table 25. Due to the overall reduction in petroleum products shipments,

this fleet is currently overtonnaged which explains why Tesoro put the Overseas Nikiski in

temporary Gulf Coast spot service after taking delivery from Aker Philadelphia Shipyard during the

second quarter of 2009. The Nikiski had been scheduled for addition to Tesoro's West Coast fleet.

Moreover, the 680-2 was released from its time charter by Shell and is now operating in Alaska spot

service.

TABLE 25

TANKERS AND LARGE OCEANGOING BARGES EMPLOYED IN WEST COAST PRODUCTS SERVICE
(FIRST QUARTER 2010) WITH CAPACITIES ABOVE 16,000 DWT

| VESSEL | TYPE | KDWT | USED BY | OWNER-OPERATOR |
|---|---|---|---|---|
| G. STATE | SHIP | 46 | BP | CROWLEY |
| L. BEACH | SHIP | 46 | BP | OSG |
| L. ANGELES | SHIP | 46 | BP | OSG |
| BOSTON | SHIP | 46 | TESORO | OSG |
| O. VOYAGER | SHIP | 46 | CHEVRON | CHEVRON |
| C. VOYAGER* | SHIP | 46 | CHEVRON | CHEVRON |
| M. VOYAGER | SHIP | 46 | CHEVRON | CHEVRON |
| S.B. ARCTIC | SHIP | 46 | TESORO | SEABULK |
| S.B. PRIDE | SHIP | 46 | TESORO | SEABULK |
| A. PROGRESS | SHIP | 46 | EXXON | EXXON |
| C. VOYAGER | SHIP | 39 | CHEVRON | CHEVRON |
| W. VOYAGER | SHIP | 39 | CHEVRON | CHEVRON |
| 650-2 | ATB | 27 | SPOT | CROWLEY |
| 650-6 | ATB | 27 | BP | CROWLEY |
| 550-1 | ATB | 20 | SPOT | CROWLEY |
| 550-2 | ATB | 20 | COP | CROWLEY |
| 550-3 | ATB | 20 | BP | CROWLEY |
| 550-4 | ATB | 20 | SHELL | CROWLEY |
| PRODUCER | ATB | 20 | SHELL | USS |
| | | 692 | | |

* OPERATING IN GULF/WEST COAST SERVICE.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Depressed business conditions impacting the West Coast trade caused several other newbuildings to be temporarily placed in cross Gulf service. Conoco Phillips employs the ATB Corpus Christi in the Gulf spot trade and Tesoro deployed the Dublin Sea to the Gulf after it was delivered by Manitowoc Shipyard in October 2009. The two remaining OSG newbuilds (Martinez and Anacortes) chartered by Tesoro will replace the Seabulk Arctic and Seabulk Pride in late 2010. These Seabulk ships will then go into service with Chevron Shipping and replace the remaining two 1970s built gas turbine tankers in Chevron's fleet.

Chevron has 5 ships in their West Coast fleet. One tanker carries products from their Richmond (San Francisco) refinery to Portland. A second ship transports products from their Richmond refinery to Long Beach. The third tanker moves cargos from Richmond and El Segundo to Hawaii and carries vacuum gas oil back from their Barbers Point refinery (in Oahu) to California for upgrading into gasoline at Chevron's San Francisco plant. Chevron's fourth ship carries blend stocks from their Pascagoula (Mississippi) refinery to the West Coast and lube oils from their Richmond refinery back to the Gulf Coast.

Tesoro operates 3 tankers in the West Coast trade. Two ships transport crude oil from Valdez and Cook Inlet to company refineries in Nikiski (Alaska) and Anacortes (Washington). The other ship moves petroleum products from the company's Anacortes and San Francisco refineries to Los Angeles.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 35

British Petroleum employs 3 ships and 2ATBs on the West Coast.  These vessels transport clean

products from the company's Cherry Point refinery in Washington State to Long Beach, California.


Shell operates 2 ATBs on the West Coast.  Clean products are transported from Shell's Puget Sound

(Anacortes) and San Francisco (Martinez) refineries to Long Beach, California.  Products shipped

in the coastwise trade during 2002-2009 are quantified in Table 26.

**TABLE 26**

PETROLEUM PRODUCTS TRANSPORTED IN THE PRINCIPAL WEST COAST OCEANGOING TRADES,
UNITS IN THOUSAND BARRELS PER DAY

| FROM PUGET SOUND TO: | | | | | | | |
|---|---|---|---|---|---|---|---|
| 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 |
| AK & HI | 21 | 3 | 4 | 4 | 1 | 3 | 2 | 2 |
| PORTLAND | 59 | 45 | 40 | 40 | 38 | 41 | 40 | 30 |
| LONG BEACH | 68 | 62 | 69 | 66 | 86 | 100 | 75 | 65 |
| | 148 | 110 | 113 | 110 | 125 | 144 | 117 | 97 |

| FROM SAN FRANCISCO TO: | | | | | | | |
|---|---|---|---|---|---|---|---|
| 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 |
| WA-AK-HI | 12 | 10 | 12 | 10 | 11 | 20 | 15 | 10 |
| PORTLAND | 42 | 36 | 35 | 28 | 35 | 38 | 40 | 30 |
| LONG BEACH | 47 | 63 | 56 | 61 | 88 | 100 | 80 | 70 |
| | 101 | 109 | 103 | 99 | 134 | 158 | 135 | 110 |

| TOTAL SHIPMENTS FROM: | | | | | | | |
|---|---|---|---|---|---|---|---|
| 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 |
| PUGET SOUND | 148 | 110 | 113 | 110 | 125 | 144 | 117 | 97 |
| SAN FRANCISCO | 101 | 109 | 103 | 99 | 134 | 158 | 135 | 110 |
| | 249 | 219 | 216 | 209 | 259 | 302 | 252 | 207 |

SOURCE: WATERBORNE COMMERCE STATISTICS CENTER

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 36

## CHAPTER IV

### FUTURE U.S. PETROLEUM DEMAND, OUTPUT FROM THE DOMESTIC REFINING SYSTEM AND PRODUCT IMPORTS

Chapter Four estimates future U.S. petroleum use, output from domestic refineries, interdistrict shipments and the requirement for clean product imports. The purpose of this analysis is to determine whether the volume of domestic clean products available for shipment in the coastwise trade is likely to undergo a material change over the next ten years. Since the mid-1990s, there was a moderate ongoing reduction in coastwise product shipments caused by growing gasoline imports to the East Coast and widespread use of exchanges among oil companies which took barrels off the water. Due to atypical developments now underway in U.S. oil markets it is unlikely that these historical trends will continue. Expectations are that future growth in domestic petroleum demand will be much slower than in the past and expanding PAD III refinery capacity and system output will displace product imports in South Atlantic/Northeast markets and result in increased tonnage requirements in the coastwise trade. Underpinnings of this assessment are fourfold.

First, is the recent enactment of federal automotive fuel efficiency requirements that will increase miles per gallon standards and this will stabilize (if not reduce) future U.S. gasoline consumption as highway miles continue to grow.

Second, ethanol use as a motor fuel is predicted to be more widespread due to federal mandates that encourage greater use of renewable fuels.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 37

Third, because of the worldwide depletion of low cost crude oil reserves petroleum prices are forecast to remain high over the next twenty years.

Fourth, major Gulf Coast refinery expansions are underway and increased output from these additions must be principally marketed outside PAD III where constraints on pipeline capacity will force additional barrels into the coastwise trade.

The U.S. Energy Information Administration's 2010 reference case estimate of future domestic petroleum demand is indicative of new predictions. In prior years, it was expected overall U.S. petroleum demand would grow at the rate of approximately one percent a year with the consumption of some products increasing more rapidly than others. EIA's 2010 forecast is presented in Table 27 with the long term demand for transportation fuels forecast to increase by half of one percent annually over the next 23 years. However, much of this increase is predicted to be in ethanol based (E85) gasoline. In contrast to their 2009 estimate, EIA is now expressing a more positive outlook in future requirements for conventional gasoline-distillates-jet fuel with none of these products expected to experience a decline in the foreseeable future.

**TABLE 27**

**U.S. ENERGY INFORMATION ADMINISTRATION REFERENCE CASE (2010) ESTIMATE OF FUTURE DOMESTIC LIQUID FUEL USE 2008-2030, UNITS IN MILLION BARRELS PER DAY**

| | | | BY FUEL | | | ANNUAL GROWTH % |
|---|---|---|---|---|---|---|
| PRODUCT | 08 | 15 | 20 | 25 | 30 | 08-30 |
| GASOLINE | 9.0 | 9.1 | 9.0 | 9.1 | 9.1 | NONE |
| E85[1] | -- | .2 | .6 | 1.2 | 1.9 | 23.0 |
| DISTILLATES | 3.9 | 4.0 | 4.1 | 4.3 | 4.5 | 0.6 |
| JET FUEL | 1.5 | 1.6 | 1.7 | 1.8 | 1.9 | 1.1 |
| HFO | .6 | .6 | .6 | .6 | .6 | NONE |
| OTHER | 4.4 | 4.4 | 4.2 | 3.5 | 2.8 | (1.0) |
| | 19.4 | 19.9 | 20.2 | 20.5 | 20.8 | 0.3 |

SOURCE: EIA ANNUAL ENERGY OUTLOOK 2009.

[1] 85 PERCENT ETHANOL AND 15 PERCENT GASOLINE BLEND.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 38

A counterpoint to EIA's forecast reduction in the rate of increase in future domestic petroleum use

is the expansion in U.S. oil refining capacity which is underway.  During 2000-2009, U.S. crude oil

distillation capacity grew from 16.5 to 17.3 million BPD with most of this increase occurring in PAD

III.  These changes are quantified in Table 28.

TABLE 28

U.S. OIL REFINERY CRUDE DISTILLATION CAPACITY BY PAD REGION,
UNITS IN MILLION BARRELS PER DAY

| PAD' REGION | 00 | 02 | 04 | 06 | 08 | 09 | CHANGE 00-09 | ANNUAL GROWTH RATE % |
|---|---|---|---|---|---|---|---|---|
| I | 1.69 | 1.72 | 1.74 | 1.72 | 1.72 | 1.37 | (.32) | NA |
| II | 3.62 | 3.59 | 3.53 | 3.65 | 3.66 | 3.67 | .05 | 0.1 |
| III | 7.55 | 7.78 | 7.90 | 8.33 | 8.42 | 8.42 | .87 | 1.1 |
| IV | .54 | .58 | .58 | .59 | .60 | .60 | .06 | 1.1 |
| V | 3.10 | 3.13 | 3.16 | 3.18 | 3.20 | 3.20 | .10 | 0.3 |
|  | 16.50 | 16.80 | 16.91 | 17.47 | 17.60 | 17.26 | .76 | 0.5 |

SOURCES:   ENERGY INFORMATION ADMINISTRATION PETROLEUM SUPPLY ANNUAL REPORTS AND OIL AND
GAS JOURNAL.

'   PAD I-EAST COAST
PAD II-MIDDLE WEST
PAD III-GULF COAST
PAD IV-ROCKY MOUNTAINS
PAD V-WEST COAST

EIA's resolution to growth in domestic refining capacity and a slowdown in U.S. petroleum demand

is threefold.  First, is a reduction in petroleum product imports.  Second, is a material decline in the

rate of U.S. refinery operations.  Third, is continued expansion in domestic refining capacity.  EIA

estimates are summarized below.  While we believe a decline in U.S. petroleum product imports is

likely to occur (due to increased domestic refinery output), EIA's prediction of developments in the

domestic refining sector appears to be unrealistic.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 39

EIA REFERENCE CASE DOMESTIC DOWNSTREAM SCENARIO

|  | REFINERY DISTILLATION CAPACITY MILLION BPD | REFINERY CAPACITY UTILIZATION RATE % | PETROLEUM PRODUCT IMPORTS MILLION BPD |
|---|---|---|---|
| 07 | 17.4 | 89 | 2.1 |
| 10 | 18.0 | 79 | 1.6 |
| 15 | 18.2 | 78 | 1.7 |
| 20 | 18.2 | 77 | 1.4 |
| 25 | 18.5 | 76 | 1.3 |
| 30 | 18.6 | 78 | 1.4 |

SOURCE: EIA ANNUAL ENERGY OUTLOOK 2010.

Our assessment of future developments in the domestic downstream sector assumes: plant shut downs in the Middle Atlantic States; minimal growth in indigenous petroleum demand; and greater displacement of product imports in the East Coast market. These changes will result in more domestic products being shipped: (a) by water from the Gulf Coast to Florida and the East Coast; and (b) by pipeline from the Gulf Coast.

A.    FUTURE PETROLEUM PRODUCT DEMAND.

At the national level we predict total U.S. petroleum consumption will grow at the rate of 0.3 percent annually over the next twelve years. Our forecast keeps gasoline use constant at 9.1 million BPD, because it is unclear how successful E85 (85 percent ethanol and 15 percent conventional gasoline) blends will become in meeting future motor fuel requirements. Moreover, it is possible that the use of E85 will not be as widespread as forecast and the requirement for conventional gasoline could be greater than what is presented in our estimate.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 40

As noted, petroleum product demand growth is predicted to be in distillates and jet fuel with their use forecast to increase at approximately one percent a year. For planning purposes, we consider intermediate term estimates more useful than longer term forecasts whose predictions are usually undermined by unforeseen economic developments and changes in government regulation. Our regional petroleum demand estimates are presented in Table 29. Estimated regional product use is the baseline from which future supply balances for PADs I-II-III are calculated in the following analyses.

**TABLE 29**

**FORECAST REGIONAL PETROLEUM PRODUCT DEMAND, UNITS IN MILLION BPD**

| EAST COAST-PAD I | 07 | 10 | 15 | 20 | 25 |
|---|---|---|---|---|---|
| GASOLINE | 3.3 | 3.3 | 3.3 | 3.3 | 3.3 |
| DISTILLATES | 1.5 | 1.5 | 1.6 | 1.6 | 1.6 |
| JET FUEL | .6 | .6 | .6 | .6 | .6 |
| HFO | .5 | .4 | .5 | .5 | .5 |
| OTHER | .5 | .3 | .3 | .3 | .3 |
| | 6.4 | 6.2 | 6.3 | 6.3 | 6.3 |
| | | | | | |
| MIDDLE WEST-PAD II | | | | | |
| GASOLINE | 2.6 | 2.6 | 2.6 | 2.6 | 2.6 |
| DISTILLATES | 1.2 | 1.1 | 1.2 | 1.2 | 1.3 |
| JET FUEL | .3 | .3 | .3 | .3 | .3 |
| OTHER | .8 | .7 | .6 | .5 | .5 |
| | 4.9 | 4.7 | 4.7 | 4.6 | 4.7 |
| | | | | | |
| GULF COAST-PAD III | | | | | |
| GASOLINE | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| DISTILLATES | .8 | .8 | .9 | 1.0 | 1.1 |
| JET FUEL | .2 | .2 | .2 | .2 | .2 |
| HFO | .1 | .1 | .1 | .1 | .1 |
| OTHER | 3.3 | 2.6 | 3.1 | 2.9 | 3.0 |
| | 5.9 | 5.2 | 5.8 | 5.7 | 5.9 |
| | | | | | |
| ROCKY MOUNTAINS-PAD IV | | | | | |
| GASOLINE | .3 | .3 | .3 | .3 | .3 |
| DISTILLATES | .2 | .2 | .2 | .2 | .2 |
| JET FUEL | .1 | .1 | .1 | .1 | .1 |
| OTHER | .1 | .1 | .1 | .1 | .1 |
| | .7 | .7 | .7 | .7 | .7 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 41

TABLE 29 (Cont.)

FORECAST REGIONAL PETROLEUM PRODUCT DEMAND, UNITS IN MILLION BPD

| WEST COAST-PAD V | 07 | 10 | 15 | 20 | 25 |
|---|---|---|---|---|---|
| GASOLINE | 1.6 | 1.6 | 1.6 | 1.6 | 1.6 |
| DISTILLATES | .5 | .5 | .6 | .6 | .7 |
| JET FUEL | .5 | .5 | .5 | .5 | .6 |
| HFO | .1 | .1 | .1 | .1 | .1 |
| OTHER | .3 | .3 | .2 | .2 | .2 |
| | 3.0 | 3.0 | 3.0 | 3.0 | 3.2 |
| TOTAL | | | | | |
| GASOLINE | 9.3 | 9.3 | 9.3 | 9.3 | 9.3 |
| DISTILLATES | 4.2 | 4.1 | 4.5 | 4.6 | 4.9 |
| JET FUEL | 1.7 | 1.7 | 1.7 | 1.7 | 1.8 |
| HFO | .7 | .6 | .7 | .7 | .7 |
| OTHER | 5.0 | 4.1 | 4.3 | 4.0 | 4.1 |
| | 20.9 | 19.8 | 20.5 | 20.2 | 20.8 |

B.   ESTIMATED INTERDISTRICT SHIPMENTS OF CLEAN PRODUCTS.

Interdistrict shipments of clean products are predicted employing subset analysis of future refinery output, pipeline movements, coastwise shipments and imports. Within interior markets (Middle West-South Atlantic States-Rocky Mountains) supply shortfalls will be covered by pipeline shipments sent from refineries in PAD III. Gulf Coast barrels available for coastwise shipments are those that remain after local product requirements are covered and pipeline deliveries are made to other parts of the country. The remaining Gulf Coast surplus is then allocated to oceangoing deliveries made to markets that generate the best netbacks to PAD III refineries. Remaining supply deficits on the East Coast and West Coast are assumed to be covered by product imports. Our estimate of the domestic clean product supply balance during the 2010-2020 interval is presented in Table 30.

The principal assumption in our forecast is that additional production from Gulf Coast refinery expansions will create surplus supplies in PAD III that will be principally shipped to the East Coast. Moreover, this PAD III surplus will be augmented by the displacement of Gulf Coast barrels from the Middle West market as output from the PAD II refinery system expands due to increases in

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

indigenous plant capacity.  Additional Gulf Coast barrels delivered to PAD I markets are expected to be influenced by the following factors.

First, most of the additional Gulf Coast supply will be pipelined to markets outside PAD III.  However, increased pipeline deliveries to the East Coast will be limited by several factors.  Within the South Atlantic region, spare pipeline capacity presently exists due to depressed petroleum demand and throughputs being greatly reduced (200,000 BPD) on the Plantation system.  However, material growth in pipeline shipments to the South Atlantic States will depend on Colonial Pipeline making a major system expansion between Baton Rouge and Atlanta.

Furthermore, Gulf Coast pipeline shipments to the Northeast are somewhat restricted by capacity constraints that govern operations in the South Atlantic portion of the Colonial Pipeline and limit shipments sent above North Carolina.  However, these restrictions can be overcome (in the short term) by the conjunctive use of the Colonial-Plantation systems to meet South Atlantic needs.

Second, we also expect some of the increased Gulf Coast clean products output will be sold in Florida and the South Atlantic Coast region where these cargos will displace imports.  Thus far, imports absorbed a disproportionate share of demand reductions in Florida and cross-Gulf shipments have remained intact, albeit at somewhat lower shipment volumes.  Gulf Coast refineries accept lower netbacks on Florida sales because: (a) they must achieve maximum production volumes that are needed to pay for system expansions; and (b) their systems are more profitable than offshore plants that supply the coastal region of PAD IC which allows them to absorb reduced realizations.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 43

<u>Third</u>, the net effect of these developments is that additional Gulf Coast barrels will be transported in the coastwise trade to East Coast markets not served by pipelines due to capacity constraints on these systems.

TABLE 30

FORECAST DOMESTIC CLEAN PRODUCT SUPPLY BALANCES,
UNITS IN MILLION BARRELS PER DAY

| | 07 | 10 | 12 | 14 | 16 | 18 | 20 |
|---|---|---|---|---|---|---|---|
| **NORTHEAST** | | | | | | | |
| L. REFINERY | 1.4 | 1.1 | .9 | .9 | .9 | .9 | .9 |
| G. COAST PL | .5 | .7 | .8 | .8 | .8 | .8 | .8 |
| IMPORTS | 1.0 | 1.1 | 1.0 | 1.1 | 1.1 | 1.1 | 1.1 |
| G. COAST WATER | -- | -- | .2 | .2 | .2 | .2 | .2 |
| | 2.9 | 2.9 | 2.9 | 3.0 | 3.0 | 3.0 | 3.0 |
| | | | | | | | |
| **S. ATLANTIC** | | | | | | | |
| G. COAST PL | 1.4 | 1.4 | 1.4 | 1.5 | 1.5 | 1.6 | 1.6 |
| IMPORTS | .2 | .1 | -- | -- | -- | -- | -- |
| G. COAST WATER | -- | .1 | .2 | .2 | .2 | .2 | .2 |
| | 1.6 | 1.6 | 1.6 | 1.6 | 1.7 | 1.8 | 1.8 |
| | | | | | | | |
| **FLORIDA** | | | | | | | |
| G. COAST WATER | .6 | .6 | .8 | .8 | .8 | .8 | .8 |
| IMPORTS | .3 | .2 | -- | -- | -- | -- | -- |
| | .9 | .8 | .8 | .8 | .8 | .8 | .8 |
| | | | | | | | |
| **M. WEST** | | | | | | | |
| L. REFINERY | 3.4 | 3.5 | 3.6 | 3.8 | 3.8 | 3.9 | 3.9 |
| G. COAST PL | .7 | .5 | .5 | .4 | .4 | .3 | .3 |
| | 4.1 | 4.0 | 4.1 | 4.2 | 4.2 | 4.2 | 4.2 |
| | | | | | | | |
| **GULF COAST** | | | | | | | |
| L. REFINERY | 6.2 | 6.8 | 7.2 | 7.2 | 7.3 | 7.3 | 7.3 |
| L. USE | (2.5) | (2.5) | (2.5) | (2.5) | (2.6) | (2.6) | (2.7) |
| EXPORTS | (.3) | (.8) | (.7) | (.7) | (.7) | (.7) | (.6) |
| SURPLUS | 3.4 | 3.5 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 |
| | | | | | | | |
| **ROCKY MOUNTAINS** | | | | | | | |
| L. REFINERY | .6 | .6 | .6 | .6 | .6 | .6 | .6 |
| L. USE | (.6) | (.6) | (.6) | (.6) | (.6) | (.6) | (.6) |
| SURPLUS | -- | -- | -- | -- | -- | -- | -- |
| | | | | | | | |
| **WEST COAST** | | | | | | | |
| L. REFINERY | 2.4 | 2.4 | 2.4 | 2.4 | 2.4 | 2.4 | 2.4 |
| G. COAST PL | .1 | .1 | .1 | .1 | .1 | .1 | .1 |
| IMPORTS | .1 | .1 | .1 | .1 | .2 | .2 | .2 |
| | 2.6 | 2.6 | 2.6 | 2.6 | 2.7 | 2.7 | 2.7 |
| | | | | | | | |
| **TOTAL GULF COAST WATER** | | | | | | | |
| S. ATLANTIC | -- | .1 | .2 | .2 | .2 | .2 | .2 |
| FLORIDA | .6 | .6 | .8 | .8 | .8 | .8 | .8 |
| NORTHEAST | -- | -- | .2 | .2 | .2 | .2 | .2 |
| | .6 | .7 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.O. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 44

## CHAPTER V

### ESTIMATED DEMAND FOR JONES ACT VESSELS ABOVE 16,000 DWT CAPACITY IN THE OCEANGOING PETROLEUM PRODUCT AND CHEMICAL-SPECIALTY TRADES

In this chapter, we address current and future cargo shipments in the coastwise products-chemicals trade and the requirement for domestic tonnage. All OPA-90 qualified shipping is considered with vessels having capacities between 16,000 and 57,000 DWT. Equipment excluded from our forecast are: (a) vessels employed in product movements sent from the Middle Atlantic region to New York State and New England where the voyages are short and smaller equipment is used;(b) intra regional shipments between Louisiana-Mississippi-Texas; and (c) equipment used in asphalt service. Vessels engaged in chemical-specialty transportation are included because this equipment is able to carry petroleum products.

### A.    CURRENT FLEET DEPLOYMENT.

The employment of the Jones Act petroleum and specialties fleet during the first quarter of 2010 is quantified in Table 31. Presently, 41 percent of fleet capacity is engaged in cross-Gulf products service, 18 percent is deployed in the intra West Coast trade, 11 percent is in crude oil transportation, 8 percent in chemicals-specialties, 4 percent in Military Sealift Command employment, 3 percent in Gulf-West Coast traffic, 1 percent in the grain trade and 14 percent is in lay-up. A time line of coastwise vessel deployments over the past three years is given below. With domestic trade requirements being depressed and somewhat below 3 million DWT, more trade qualified single hull vessels are being displaced by newbuildings and put into lay-up before going to the breakers.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 45

DEPLOYMENT OF VESSELS BETWEEN 16-57 KDWT EMPLOYED IN THE COASTWISE PETROLEUM-
SPECIALTY TRADES IN MILLION DWT

| TRADE | 2008 | 2009 Q₃ | 2009 DEC | 2010 MAR |
|---|---|---|---|---|
| CROSS GULF PRODUCTS | 1.539 | 1.405 | 1.461 | 1.306 |
| INTRA WEST COAST | .608 | .638 | .554 | .554 |
| CRUDE OIL | .132 | .218 | .301 | .346 |
| CHEMICALS/SPECIALTIES | .386 | .237 | .239 | .239 |
| MSC | .124 | .124 | .124 | .124 |
| GC/WC | .093 | .093 | .092 | .092 |
| GRAIN | .194 | .100 | .088 | .048 |
| LAY-UP | -- | .397 | .553 | .439 |
| | 3.076 | 3.212 | 3.412 | 3.148 |

TABLE 31

ESTIMATED COASTWISE DEPLOYMENT OF PETROLEUM PRODUCT AND CHEMICAL/SPECIALTY
VESSELS WITH CAPACITIES ABOVE 16,000 DWT  FIRST QUARTER 2010

IN MILLION DWT

| TRADE | TANKER | ITB | BARGE | TOTAL |
|---|---|---|---|---|
| PETROLEUM PRODUCTS | | | | |
| GULF TO FL-S. ATLANTIC | .704 | -- | .602 | 1.306 |
| INTRA WEST COAST | .400 | -- | .154 | .554 |
| GULF TO WEST COAST | .092 | -- | -- | .092 |
| MSC | .124 | -- | -- | .124 |
| | 1.320 | -- | .756 | 2.076 |
| | | | | |
| CHEMICALS-SPECIALTIES | | | | |
| GULF TO E. COAST | .083 | -- | .156 | .239 |
| | | | | |
| CRUDE OIL | | | | |
| ALASKA | .139 | -- | -- | .139 |
| DE BAY LIGHTERING | .039 | -- | .121 | .160 |
| GOM SHUTTLE | .047 | -- | -- | .047 |
| | .225 | -- | .121 | .346 |
| | | | | |
| GRAIN TRADE | -- | .048 | -- | .048 |
| | | | | |
| LAY-UP | .275 | .048 | .116 | .439 |
| TOTAL | 1.903 | .096 | 1.149 | 3.148 |

NUMBER OF VESSELS

| TRADE | TANKER | ITB | BARGE | TOTAL |
|---|---|---|---|---|
| PETROLEUM PRODUCTS | | | | |
| GULF TO FL-S. ATLANTIC | 16 | -- | 24 | 40 |
| INTRA WEST COAST | 12 | -- | 7 | 19 |
| GULF TO WEST COAST | 2 | -- | -- | 2 |
| MSC | 4 | -- | -- | 4 |
| | 34 | -- | 31 | 65 |
| | | | | |
| CHEMICALS-SPECIALTIES | 2 | -- | 8 | 10 |
| | | | | |
| CRUDE OIL | | | | |
| ALASKA | 3 | -- | -- | 3 |
| DE BAY LIGHTERS | 1 | -- | 3 | 4 |
| GOM SHUTTLE | 1 | -- | -- | 1 |
| | 5 | -- | 3 | 8 |
| | | | | |
| GRAIN TRADE | -- | 1 | -- | 1 |
| | | | | |
| LAY-UP | 6 | 1 | 5 | 12 |
| TOTAL | 47 | 2 | 47 | 96 |

Confidential Business Information
Exempt From FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

B.    COASTWISE TRADE FORECAST.

Future tonnage requirements are predicted using the following assumptions.

- Additions to Gulf Coast refinery capacity.  Over the 2010-2020 interval, we predict PAD III refining system capacity will expand by 815,000 BPD. Gulf Coast clean product shipments to the Middle West will decline due to slow demand growth in PAD II and increased output from indigenous refineries. Together, these two developments are predicted to increase the volume products sent from Gulf Coast refineries to the East Coast.

- Additional Gulf Coast barrels sent to the Northeast will be transported by pipeline and ship while those going to Florida and the South Atlantic region will be transported on Jones Act vessels. Increased Gulf Coast supplies will: (1) displace imports;(2) result in additional rationalization of Middle Atlantic refinery capacity; and (3) increase product cargos transported in the coastwise trade.

- Colonial Pipeline abandoned its plans to increase main trunkline capacity between Louisiana and Atlanta, Georgia. Due to additional Gulf Coast barrels now being shipped on Colonial to NYH the northern portion of their system is operating close to capacity.  However, spare pipeline capacity exists in the South Atlantic region because shipments on Plantation Pipe Line are appreciably below its design capacity. Presumably, Plantation's spare capacity could be used by Colonial to facilitate increased long haul deliveries to NYH.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

- Longhorn Pipeline's continued operation was ensured after it was acquired by Magellan Midstream Partners in a bankruptcy sale. Magellan was motivated by the low purchase price and the system's ability to transport additional Gulf Coast barrels to El Paso. From El Paso supplies are transported west to Arizona on Kinder Morgan's East Line. The upshot of this development is that we expect increased pipeline shipments from Gulf Coast refineries to Arizona will occur and minimize the need for waterborne shipments sent from PAD III to California.

- Intra West Coast products traffic. Due to the sizeable clean products deficit in Southern California and processing imbalances in Puget Sound and San Francisco we predict intra West Coast petroleum products traffic will increase gradually into the foreseeable future. However, the recent decline in PAD V petroleum demand reduced Jones Act shipping requirements on the West Coast and several vessels were temporarily repositioned to the Gulf Coast spot trade.

- Military Sealift Command. MSC contracted to replace their T-5 tankers with two newbuildings that will be employed in Jones Act service. This contract was won by Blackstone's newbuildings that will enter service in 2010. MSC recently issued a market survey for one ice class product tanker that will deliver cargos to U.S. bases at Thule, Greenland and McMurdo Sound Antarctica. This ship is needed to replace capacity lost when the T-5 tankers are retired in 2010. It is unclear whether this requirement will be covered with a reflagged foreign built ship or a domestic newbuilding.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

- Chemical cargos. Future growth in coastwise chemical-specialties shipments will be minimal and could decline. Our assessment is based on the long term reduction in domestic chemical/specialty shipments that occurred after 2000.

- Crude oil shuttle tankers Gulf of Mexico. Two 43,000 DWT tankers (OS Cascade and OS Chinook) were chartered by Petrobras with deliveries scheduled for 2010. These vessels were purchased by OSG from Aker Philadelphia Shipyard for $115 million each. Petrobras time chartered the Cascade for five years and the Chinook for four years. Petrobras has options to time charter these ships beyond the initial employment term. We predict that over the next decade (2011-2020) a total of 3-5 ships could be employed in Gulf of Mexico crude oil shuttle service.

Future tonnage requirements in the coastwise trade are addressed in several scenarios. The first is our base case estimate which assumes growth in the cross-Gulf trade, intra West Coast shipments and the number of tankers employed in Gulf of Mexico crude oil shuttle service. The second is a low case assessment which predicts a much more moderate rate of growth in cross-Gulf shipments, fewer tankers employed in Gulf of Mexico shuttle service and termination of Jones Act tanker employment in the P.L. 480 grain business after 2010. The third is a high case forecast which assumes substantial growth in the cross-Gulf trade, an increase in shipments to the Northeast, more ships being employed in Gulf of Mexico shuttle service and continued Jones Act tanker employment opportunities in the P.L. 480 grain trade. Our trade demand estimates are presented in Table 32.

Confidential Business Information
Exempt From FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 49

TABLE 32

ESTIMATED SHIPPING DEMAND FOR PRODUCT TANKERS, SPECIALTY VESSELS
AND OCEANGOING BARGES IN THE JONES ACT TRADES WITH
CAPACITIES ABOVE 16,000 DWT. UNITS IN MILLION DWT

**BASE CASE ASSESSMENT**

| TRADE | 2009 | 2012 | 2014 | 2016 | 2018 | 2020 |
|---|---|---|---|---|---|---|
| GULF TO FLORIDA | 1.41 | 1.58 | 1.68 | 1.70 | 1.74 | 1.76 |
| GULF TO E. COAST | .24 | .34 | .42 | .42 | .42 | .42 |
|  | 1.65 | 1.92 | 2.10 | 2.12 | 2.16 | 2.18 |
| INTRA WEST COAST | .64 | .55 | .60 | .70 | .70 | .75 |
| GULF TO WEST COAST | .09 | .05 | .05 | .05 | .05 | .05 |
| MSC | .14 | .10 | .10 | .10 | .10 | .10 |
| LIGHTERING | .13 | .09 | .09 | .09 | .09 | .09 |
| GOM SHUTTLE | -- | .09 | .09 | .09 | .09 | .09 |
| ALASKA | .10 | .14 | .06 | -- | -- | -- |
|  | 1.10 | 1.02 | .99 | 1.03 | 1.03 | 1.08 |
| P.L. 480 | .08 | -- | -- | -- | -- | -- |
| TOTAL | 2.83 | 2.94 | 3.09 | 3.15 | 3.19 | 3.26 |

**LOW CASE ASSESSMENT**

| TRADE | 2009 | 2012 | 2014 | 2016 | 2018 | 2020 |
|---|---|---|---|---|---|---|
| GULF TO FLORIDA | 1.41 | 1.58 | 1.68 | 1.72 | 1.75 | 1.75 |
| GULF TO E. COAST | .24 | .30 | .35 | .35 | .35 | .35 |
|  | 1.65 | 1.88 | 2.03 | 2.07 | 2.10 | 2.10 |
| INTRA WEST COAST | .64 | .55 | .60 | .60 | .60 | .70 |
| GULF TO WEST COAST | .09 | .05 | .05 | .05 | .05 | .05 |
| MSC | .14 | .10 | .10 | .10 | .10 | .10 |
| LIGHTERING | .13 | .09 | .09 | .09 | .09 | .09 |
| GOM SHUTTLE | -- | .09 | .09 | .09 | .09 | .09 |
| ALASKA | .10 | .14 | .06 | -- | -- | -- |
|  | 1.10 | 1.02 | .93 | .93 | .93 | 1.03 |
| P.L. 480 | .08 | -- | -- | -- | -- | -- |
| TOTAL | 2.83 | 2.90 | 2.96 | 3.00 | 3.03 | 3.13 |

**HIGH CASE ASSESSMENT**

| TRADE | 2009 | 2012 | 2014 | 2016 | 2018 | 2020 |
|---|---|---|---|---|---|---|
| GULF TO FLORIDA | 1.41 | 1.60 | 1.70 | 1.80 | 1.85 | 1.87 |
| GULF TO E. COAST | .24 | .34 | .42 | .42 | .42 | .42 |
|  | 1.65 | 1.94 | 2.12 | 2.22 | 2.27 | 2.29 |
| INTRA WEST COAST | .64 | .64 | .70 | .70 | .70 | .75 |
| GULF TO WEST COAST | .09 | .05 | .05 | .05 | .05 | .05 |
| MSC | .14 | .10 | .10 | .10 | .10 | .10 |
| LIGHTERING | .13 | .09 | .09 | .09 | .09 | .09 |
| GOM SHUTTLE | -- | .09 | .09 | .09 | .09 | .09 |
| ALASKA | .10 | .06 | -- | -- | -- | -- |
|  | 1.10 | 1.03 | 1.03 | 1.03 | 1.03 | 1.08 |
| P.L. 480 | .08 | -- | -- | -- | -- | -- |
|  | 2.83 | 2.97 | 3.15 | 3.23 | 3.30 | 3.37 |

Confidential Business Information
Exempt From FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 50

Each forecast assumes dissimilar rates of trade growth. Principal variables are: (1) the extent to which cross Gulf product movements rise in response to expanding PAD III refinery capacity and plant output; (2) the pace of economic recovery, growth in petroleum use and the resultant increase in coastwise shipments; and (3) how many tankers will be employed in Gulf of Mexico crude oil lightering service. Details of our trade estimates are addressed below.

1.  Gulf Coast to East Coast.

This is the largest segment of the coastwise trade and it employs approximately 50 percent of fleet capacity. There are two dissimilar parts to the Gulf to East Coast trade. First, is petroleum products transportation. Second, are chemical-specialty shipments to the South Atlantic region and the Northeast.

Florida.  PAD III product shipments sent to Tampa and Port Everglades hold a competitive advantage over foreign supplies due to shorter voyages, lower unit transportation charges and most foreign cargos being subject to federal import tariffs. Employing these factors and assuming moderate petroleum demand growth and increased PAD III refinery capacity-production, domestic clean product cargos sent to Florida are forecast to grow throughout the interval with Jones Act shipping requirements predicted to rise from 1.3 million DWT to 1.7 million DWT over the 2010-2020 interval. Our estimate assumes expanded clean product output in the PAD III refinery system and associated growth in cross-Gulf shipments will displace most of the foreign barrels sold in Florida. Moreover, we note that during the recent decline in Florida's oil use imports absorbed most

Confidential Business Information
Exempt From FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 51

of the reduction in barrels delivered to Tampa-Port Everglades-Jacksonville.

South Atlantic and Northeast. Quantifying the future volume of clean products sent to the South

Atlantic and Northeast markets is problematic. Domestic petroleum product shipments going above

Cape Hatteras are minimal and those delivered to Savannah-Charleston-Wilmington have been under

pressure from imports. However, structural changes now underway in Gulf/East Coast petroleum

supply and logistics suggest that the upcoast clean products trade may soon experience a moderate

revival. As previously noted, products pipeline capacity to the Northeast is operating close to

capacity, Gulf Coast refinery systems are being expanded and additional output must find markets

outside PAD III. Moreover, refinery capacity in the Middle Atlantic region is being reduced and the

attendant clean products deficit is growing. With incremental Gulf Coast gasoline supplies the

Northeast constitutes the most profitable market and this alternative is decidedly superior to exports.

Coastwise chemical and specialties traffic from the Gulf to East Coast has been in decline throughout

the past decade due to the reduction in shipments of paraxylene, caustic soda, lube oils, MTBE and

gasoline blending components. Most of this decline occurred between 2000-2006 and since then,

shipments stabilized at three million short tons per year. Another decline in coastwise chemical

traffic occurred in 2009 due to Exxon Mobil's decision to: (1) terminate specialty shipments on the

SeaRiver Charleston; and (2) convert this tanker for proprietary petroleum products service; and (3)

cover their East Coast requirements with imports and rail deliveries. Based on these developments,

we do not expect coastwise chemical/specialties shipments will experience a material increase in the

Confidential Business Information
Exempt From FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 52

foreseeable future.

For purposes of this forecast we expect the volume of chemicals/specialties moving in the coastwise trade will remain unchanged and tonnage requirements are estimated to be 240,000 DWT over the 2012-2020 interval.

2.   Intra West Coast.

Presently 19 vessels (12 ships and 7 ATBs) with capacities above 16,000 DWT are employed in West Coast products service. This fleet has 692,000 DWT capacity and most recently additional newbuilds were deployed outside the West Coast trade until shipping requirements return to normal levels. Three tankers employed on the West Coast (138,000 DWT) transport some Alaska crude oil.

Over the longer term, we expect additional upgrades will be made to refineries in Puget Sound and San Francisco that will increase clean product output. This development combined with a large clean products deficit in Los Angeles-San Diego is predicted to result in increased waterborne shipments in the West Coast trade. Based on these considerations, we estimate that tonnage employed in intra PAD V products service will grow from 554,000 DWT in 2009 to 850,000 DWT by 2020.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

3.    Gulf to West Coast.

Presently, the California Voyager (Chevron) is used in ratable movements between the company's

Pascagoula refinery and the West Coast. In addition, several other product tankers are episodically

employed in Gulf to West Coast service. We expect future Gulf Coast to California shipments will

continue to require the use of two ships during the forecast interval. Expanded Texas to Arizona

products pipeline capacity will (through displacement) increase clean products supply in California

and this will limit the need for supplemental cargos shipped from Texas to Los Angeles.


4.    Crude Oil Lightering in Delaware Bay.

OSG America maintains a three vessel lightering operation at Big Stone Anchorage in Delaware Bay

that employs one tanker (Diligence-39,000 DWT) and two barges (M 400-54,000 DWT and OSG

192-22,000 DWT) with a combined capacity of 115,000 DWT. OSG America has two replacement

vessels (ATBs 350 and 351) under construction with a total capacity of 90,000 DWT. The ATB 350

is being delivered this month (March 2010) and the ATB 351 is scheduled for delivery in November

2010. The new ATBs will lighter cargos from SUEZMAX tankers that deliver crude oil to Sunoco's

refineries in the Delaware Valley. Due to lower crude oil runs at Sunoco's plants their lightering

requirements were reduced from three to two replacement vessels.


5.    Military Sealift Command and Department of Defense.

MSC's T-5 tanker replacement program involves two newbuildings under construction for

Blackstone who won this procurement in 2007. These ships will enter MSC service in 2010.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 54

Another possible newbuilding requirement is for an ice strengthened tanker to meet U.S. resupply needs in Greenland and Antarctica. However, the high construction cost of such a vessel in the United States may result in the Military Sealift Command deciding to use a foreign built-U.S. flag ship to cover this requirement when the T-5s are retired in 2010.

6.   Shuttle Tankers Gulf of Mexico Crude Oil Service.

We estimate that over the 2010-2020 interval up to five product sized tankers will be employed in Gulf of Mexico crude oil shuttle service. This includes two ships presently on charter to Petrobras (O.S. Cascade and O.S. Chinook) that will enter service during 2010. We believe another three ships could be used as shuttle vessels with projects sited in Kethley Canyon.

Of the three deep water areas being developed, Kethley Canyon offers the best prospects for additional shuttle tanker employment. We believe oil from discoveries in Alaminos Canyon will be pipelined to shore due to existing pipeline infrastructure in this area and the discoveries having been made by major integrated companies (e.g. Shell and Chevron) who are field operators. These companies have demonstrated a preference to use deep water pipelines in the Gulf of Mexico whenever possible. Furthermore, Enbridge is constructing a trunkline to Walker Ridge which will limit the use of shuttle tankers in this area to the Chinook and Cascade fields operated by Petrobras. Arguably the most favorable area for future shuttle tanker employment is Kethley Canyon where major oil discoveries were recently announced. The absence of nearby pipeline connections to shore suggest shuttle tankers may have some applications in these finds. However, field development in Kethley Canyon is at least five years away and attendant oil transportation decisions have yet to be made.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

## CHAPTER VI

## FORECAST CAPACITY OF THE DOMESTIC PETROLEUM-CHEMICAL-SPECIALTY TANKER AND LARGE OCEANGOING BARGE FLEET

Future capacity of the Jones Act petroleum product-chemical-specialties fleet (vessels with capacities between 16,000-55,000 DWT) is predicted below. Newbuildings/reconstructions underway and those completed in 2006-2010 total 37 vessels with a combined capacity of 1.46 million DWT. Within this total 25 are completed and 12 are under construction. We eliminated seven option ships from our tabulation due to depressed business conditions presently influencing operations in the coastwise trade. In addition, three tankers under construction at Alabama Shipyard were deleted to account for the uncertain outcome of the Heavylift newbuilding project. However, the first Heavylift newbuilding may be completed for Shell. In addition, Aker Philadelphia is attempting to secure interim federal funding to build two product ships on speculation that are needed to keep their yard in operation after the OSG tanker program is completed in 2011.

Among newbuildings tankers account for 56 percent of the tonnage and ATBs 44 percent. Supporting particulars are summarized below with 25 vessels completed and 12 under construction. Twenty-nine newbuildings are secured by time charter contracts and 4 are without period employment.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C, 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 56

### SUMMARY OF JONES ACT* TANKSHIP AND ATB NEWBUILDINGS

| SHIPS | 2006-2010 COMPLETED | REMAINING | TOTAL |
|---|---|---|---|
| NUMBER | 12 | 5 | 17 |
| KDWT | 616 | 200 | 816 |
| | | | |
| **ATBs** | | | |
| NUMBER | 13 | 7 | 20 |
| KDWT | 368 | 271 | 629 |
| | | | |
| **TOTAL** | | | |
| NUMBER | 25 | 12 | 37 |
| KDWT | 890 | 471 | 1,455 |

*   END OF MARCH 2010.

### OIL COMPANIES WITH TIME CHARTERS ON NEWBUILDS WITH CAPACITIES ABOVE 16,000 DWT, NUMBER OF VESSELS

| | SHIPS | ATBs | TOTAL |
|---|---|---|---|
| BP | 4 | 3 | 7 |
| MARATHON | 1 | 6 | 7 |
| TESORO | 4 | 1 | 5 |
| SHELL | 2 | 1 | 3 |
| MSC | 2 | -- | 2 |
| PETROBRAS | 2 | -- | 2 |
| CHEVRON | 1 | 1 | 2 |
| SUNOCO | -- | 2 | 2 |
| COP | -- | 1 | 1 |
| DOW | -- | 1 | 1 |
| COAs | -- | 1 | 1 |
| NO CHARTER | 1 | 3 | 4 |
| | 17 | 20 | 37 |

Supporting information for the preceding summary is given in Tables 33 and 34 that identify yards building these vessels, companies who operate them, delivery dates and shippers who have them under time charter.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 57

## TABLE 33

### TANKERS RECENTLY COMPLETED AND THOSE UNDER CONSTRUCTION

#### AKER PHILADELPHIA

| VESSEL | OPERATOR | KDWT | DELIVERY | TIME CHARTER |
|---|---|---|---|---|
| HOUSTON | OSG | 46.7 | 2007* | SHELL |
| LONG BEACH | OSG | 46.7 | 2007* | BP |
| LOS ANGELES | OSG | 46.7 | 2007* | BP |
| NEW YORK | OSG | 46.7 | 2008* | SHELL |
| TEXAS CITY | OSG | 46.7 | 2008* | BP |
| BOSTON | OSG | 46.7 | 2009* | TESORO |
| NIKISKI | OSG | 46.7 | 2009* | TESORO |
| CASCADE | OSG | 46.7 | 2009* | PETROBRAS |
| MARTINEZ | OSG | 46.7 | 4.10 | TESORO |
| ANACORTES | OSG | 46.7 | 8.10 | TESORO |
| CHINOOK | OSG | 46.7 | 10.10 | PETROBRAS |
| TAMPA | OSG | 46.7 | 3.11 | NONE |

#### NASSCO

| VESSEL | OPERATOR | KDWT | DELIVERY | TIME CHARTER |
|---|---|---|---|---|
| G. STATE | CROWLEY | 49.0 | 2009* | BP |
| P. STATE | CROWLEY | 49.0 | 2009* | MARATHON |
| S. STATE | CROWLEY | 49.0 | 2009* | CHEVRON |
| EV. STATE | CROWLEY | 49.0 | 7.10 | MSC |
| EMP. STATE | CROWLEY | 49.0 | 11.10 | MSC |

* DELIVERED.

## TABLE 34

### ATBs RECENTLY COMPLETED AND THOSE UNDER CONSTRUCTION

#### BAY SHIP

| VESSEL | OPERATOR | KDWT | DELIVERY | TIME CHARTER |
|---|---|---|---|---|
| G. TRANSPORTER | USS | 19.9 | 2007* | DOW |
| P.C. PRODUCER | USS | 19.9 | 2008* | SHELL |
| P.C. TRADER | USS | 19.9 | 2008* | COAs |
| P.C. SUPPLIER | USS | 19.9 | 2009* | COP |
| DUBLIN SEA | K-SEA | 27.0 | 2009* | TESORO |

#### HALTER

| VESSEL | OPERATOR | KDWT | DELIVERY | TIME CHARTER |
|---|---|---|---|---|
| 650-1 | CROWLEY | 27.0 | 2006** | NONE |
| 650-2 | CROWLEY | 27.0 | 2006* | SPOT |
| 650-3 | CROWLEY | 27.0 | 2007* | BP |
| 650-4 | CROWLEY | 27.0 | 2007* | BP |
| 650-5 | CROWLEY | 27.0 | 2008* | MARATHON |
| 650-6 | CROWLEY | 27.0 | 2008* | BP |
| 650-7 | CROWLEY | 27.0 | 2009* | MARATHON |
| 650-8 | CROWLEY | 27.0 | 3.10* | MARATHON |
| 650-9 | CROWLEY | 27.0 | 10.10 | CHEVRON |
| 650-10 | CROWLEY | 27.0 | 3.11 | NONE |
| 750-1 | CROWLEY | 45.0 | 9.11 | MARATHON |
| 750-2 | CROWLEY | 45.0 | 9.12 | MARATHON |
| 750-3 | CROWLEY | 45.0 | 9.13 | MARATHON |

#### BENDER/HALTER

| VESSEL | OPERATOR | KDWT | DELIVERY | TIME CHARTER |
|---|---|---|---|---|
| OSG-350 | OSG | 45.0 | 3.10* | SUNOCO |
| OSG-351 | OSG | 45.0 | 10.10 | SUNOCO |

* DELIVERED.

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 58

Shipyard prices for vessels listed in Tables 33 and 34 are discussed below.  Aker Philadelphia

Shipyard (APS) prices are for ten tankers sold to American Shipping (AS) who bareboats them to

OSG.  Prices on this series range from $104 million per vessel on the first six ships and $110 million

per vessel on the remaining four tankers.  Recently American Shipping sold two ships (Cascade and

Chinook) directly to OSG for $115 million each.  With the Nassco tanker program likely to end at

five ships the average vessel price on this series is $135 million.


Nassco is attempting to market ships 6-7-8-9 in their existing newbuilding product tanker program

at a reported sales price of $115 million each and Aker indicated their price on the two ships built

on speculation would be $105 million each.  However, these prices are not representative of what

tankers built under the new common structural rules would cost.  We understand that tankers built

to the new common structural rules in U.S. shipyard would be priced at approximately $135 million

each.  Based on reported/estimated shipyard prices and the number of vessels involved in recent

contracts (those identified in Tables 33 and 34), the total investment associated with these

newbuildings is estimated to be $3.3 billion.

### ESTIMATED SHIPYARD PRICES FOR NEWBUILDINGS

| PROJECT | VESSEL TYPE | CAPACITY BARRELS | NUMBER | UNIT PRICE MILLIONS |
|---|---|---|---|---|
| APS-AAS | TANKER | 46.7 | 10 | $104-110 |
| AAS-OSG | TANKER | 46.7 | 2 | 110 |
| NASSCO-BLACKSTONE | TANKER | 49.0 | 5 | 125 |
| HALTER-CROWLEY | ATB | 45.0 | 3 | 126 |
| HALTER-CROWLEY | ATB | 27.0 | 10 | 52 |
| HALTER-OSG | ATB | 45.0 | 2 | 120 |
| BAY-USS | ATB | 19.9 | 3 | 70 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 59

Assumptions used in our fleet forecast are:

- Federal statutes-regulations governing the domestic oil and marine industries will remain unchanged. The U.S. build provision in the Jones Act is expected to continue due to major capital investments already made (and being made) in the coastwise fleet. Moreover, the domestic petroleum industry will continue to operate in a free market environment and the federal government will not enact protectionist measures (e.g. higher import tariffs) that would increase coastwise shipments and the demand for Jones Act product tankers.

- Due to stringent vetting standards now being imposed on equipment by shippers, we expect that: (1) remaining trade qualified single hull vessels in the coastwise trade will be scrapped before their statutory retirement dates; and (2) older double hull vessels will share a similar fate due to their inability to find ratable employment.

Our analysis shows that fifteen double hull vessels (526,000 DWT) and ten single hull vessels (472,000 DWT) are included in this group. This equipment is presently in lay-up, operating in spot service or scheduled for retirement when replacement tonnage is delivered. Vessels confronted with retirement in the near-term are identified in Table 35. Of the 25 tankships/barges likely to be withdrawn from service, 8 will be replaced with new tonnage and the remaining 17 scrapped or put in the Federal Ready Reserve Fleet.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 60

TABLE 35

DOUBLE/SINGLE HULL VESSELS LIKELY TO BE SCRAPPED IN THE NEAR-TERM

DOUBLE HULL

| VESSEL | KDWT | YB | CURRENT STATUS | DISPOSITION |
|---|---|---|---|---|
| M-400 | 54 | 79 | COA | REPLACED IN 2010 |
| C. VOYAGER | 39 | 76 | CHEVRON | REPLACED IN 2011 |
| W. VOYAGER | 39 | 76 | CHEVRON | REPLACED IN 2011 |
| DILIGENCE | 39 | 77 | COA | REPLACED IN 2010 |
| ANASAZI | 39 | 58/96 | SPOT | TITLE XI DEFAULT* |
| DOWNING | 39 | 57/96 | LAY-UP | TITLE XI DEFAULT* |
| N. RIVER | 39 | 60/97 | SPOT | TITLE XI DEFAULT* |
| MONSEIGNEUR | 38 | 59/97 | SPOT | TITLE XI DEFAULT* |
| HOUSTON | 30 | 85 | TC | SCRAP 2012 |
| GIANELLA | 30 | 86 | MSC | RESERVE FLEET 2010 |
| BUCK | 30 | 85 | MSC | RESERVE FLEET 2010 |
| MATHIESEN | 30 | 86 | MSC | RESERVE FLEET 2010 |
| COBB | 30 | 85 | MSC | RESERVE FLEET 2010 |
| B. 214 | 26 | 75/04 | LAY-UP | SCRAP 2012 |
| B. 209 | 24 | 80/05 | LAY-UP | SCRAP 2012 |
| | 526 | | | |

SINGLE HULL

| VESSEL | KDWT | OPA | CURRENT STATUS | DISPOSITION |
|---|---|---|---|---|
| BAYTOWN | 57 | 8.12 | LAY-UP | SCRAP 2012 |
| D. TRADER | 50 | 4.12 | TC | SCRAP 2012 |
| G. BAY | 50 | 1.12 | LAY-UP | SCRAP 2012 |
| P. SOUND | 50 | 5.13 | LAY-UP | SCRAP 2012 |
| MOBILE | 48 | 6.14 | LAY-UP | SCRAP 2011 |
| PHILADELPHIA | 48 | 6.14 | GRAIN | SCRAP 2011 |
| NEW ORLEANS | 43 | 6.13 | LAY-UP | SCRAP 2011 |
| OS PHILADELPHIA | 43 | 6.12 | LAY-UP | SCRAP 2011 |
| B. RIDGE | 42 | 6.11 | TC | REPLACED IN 2011 |
| C. RANGE | 40 | 6.11 | TC | REPLACED IN 2011 |
| | 471 | | | |

A.    JONES ACT FLEET FORECAST.

Future fleet capacity is estimated on the basis of newbuilding programs underway and early retirement of single hull vessels and older double hull vessels now in operation. Our forecast is presented in Table 36. Due to the recent decline in coastwise shipping requirements and the large number of vessels in lay-up, we expect a rapid retirement of older tonnage in fleet will occur in the near term. Furthermore, the addition of 12 newbuilds to the fleet over the next two years will accelerate this process. Due to these developments we predict that coastwise fleet capacity will decline from 3.2 million DWT in 2010 to 2.5 million DWT by 2013. The rapid retirement of 1980s

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 61

built vessels and older double hull tankers during the next two years was made to account for: (1)

pending demolition sales; and (2) poor operating economics confronting older USS and Heavy Lift

ships when they trade in the spot market.  Furthermore, both companies are beset with serious

financial problems that make their longer term operation problematic.

TABLE 36

FORECAST JONES ACT PRODUCT TANKER AND OCEANGOING BARGE FLEET CAPACITY
WITH VESSELS BETWEEN 16,000-55,000 DWT

| TANKERS* | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NUMBER | 48 | 33 | 29 | 28 | 27 | 26 | 26 | 26 | 26 | 26 | 26 |
| MILLION DWT | 2.0 | 1.5 | 1.3 | 1.3 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 |
| **BARGES**** | | | | | | | | | | | |
| NUMBER | 43 | 43 | 45 | 44 | 44 | 44 | 44 | 44 | 43 | 41 | 41 |
| MILLION DWT | 1.1 | 1.1 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.1 | 1.1 | 1.1 | 1.0 |
| **TOTAL** | | | | | | | | | | | |
| NUMBER | 91 | 77 | 74 | 72 | 71 | 70 | 70 | 70 | 69 | 67 | 67 |
| MILLION DWT | 3.1 | 2.6 | 2.5 | 2.5 | 2.4 | 2.4 | 2.4 | 2.4 | 2.3 | 2.3 | 2.3 |

\*     INCLUDES ITBs
\*\*    INCLUDES TBUs AND ATBs

Based on newbuildings completed, those underway, trade qualified vessels in service and anticipated

vessel retirements, future fleet capacity by shipping companies is predicted in Table 37.  Industry

consolidation is continuing with two companies (Crowley and OSG) expected to account for more than

half of the Jones Act product tanker/barge capacity during the 2010-2020 interval.  Crowley recently

took over operation of the five Nassco tanker newbuilds.  Of the 16 companies operating large vessels

in the coastwise trade, the longer term presence of six (Heavy Lift, Hornbeck, K-Sea, Keystone,

Oceanships and USS) is considered problematic.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 62

TABLE 37

FORECAST JONES ACT PRODUCT TANKER-BARGE FLEET CAPACITY BY SHIPPING COMPANY

IN NUMBER OF VESSELS

| | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HEAVYLIFT | 4 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| ALLIED | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| BOUCHARD | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| CHEVRON | 5 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| CROWLEY | 20 | 22 | 21 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 |
| HORNBECK | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| KEYSTONE | 1 | 1 | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| K-SEA | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| MARTIN | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| MORAN | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| OCEAN SHIP | 4 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| OSG AMERICA | 26 | 22 | 22 | 20 | 20 | 20 | 20 | 20 | 19 | 17 | 17 |
| PENN MAR. | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| SEARIVER | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| SEABULK | 5 | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 3 | 3 | 3 |
| USS | 9 | 7 | 6 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| | 91 | 77 | 74 | 72 | 71 | 70 | 70 | 70 | 69 | 67 | 67 |

IN MILLION DWT

| | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HEAVYLIFT | .15 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| ALLIED | .08 | .08 | .08 | .08 | .08 | .08 | .08 | .08 | .08 | .08 | .08 |
| BOUCHARD | .14 | .14 | .14 | .14 | .14 | .14 | .14 | .14 | .14 | .14 | .14 |
| CHEVRON | .22 | .18 | .18 | .18 | .18 | .18 | .18 | .18 | .18 | .18 | .18 |
| CROWLEY | .60 | .68 | .69 | .73 | .73 | .73 | .73 | .73 | .73 | .73 | .73 |
| HORNBECK | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 |
| KEYSTONE | .05 | .05 | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| K-SEA | .08 | .08 | .08 | .08 | .08 | .08 | .08 | .08 | .08 | .08 | .08 |
| MARTIN | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 |
| OCEAN SHIP | .12 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| OSG AMERICA | 1.01 | .86 | .86 | .81 | .81 | .81 | .81 | .81 | .72 | .72 | .72 |
| PENN MAR. | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 |
| SEARIVER | .09 | .09 | .09 | .09 | .04 | .04 | .04 | .04 | .04 | .04 | .04 |
| SEABULK | .22 | .17 | .17 | .17 | .17 | .13 | .13 | .13 | .13 | .13 | .13 |
| USS | .28 | .19 | .16 | .12 | .12 | .12 | .12 | .12 | .12 | .12 | .12 |
| | 3.12 | 2.58 | 2.51 | 2.46 | 2.41 | 2.37 | 2.37 | 2.37 | 2.28 | 2.28 | 2.28 |

## B.   VESSEL REPLACEMENTS.

Nine companies operate tankers in the coastwise products trade - see Table 38.  Seven are independent operators and two are affiliates of major oil companies.  Keystone, Oceanships and Heavylift will exit the product tanker business in the near-term.  Heavylift defaulted on their Title XI bonds (February 2010) and will be forced into bankruptcy.  Having failed to built replacement tonnage Keystone and Oceanships do not have trade qualified vessels needed to operate after 2011.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 63

TABLE 38

FORECAST CAPACITY OF JONES ACT PRODUCT-CHEMICAL-SPECIALTY TANKER FLEETS BY COMPANY,
VESSELS WITH CAPACITIES ABOVE 16,000 DWT

NUMBER OF VESSELS

|            | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|------------|----|----|----|----|----|----|----|----|----|----|----|
| HEAVYLIFT  | 4  | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| CHEVRON    | 5  | 4  | 4  | 4  | 4  | 4  | 4  | 4  | 4  | 4  | 4  |
| CROWLEY    | 7  | 7  | 5  | 5  | 5  | 5  | 5  | 5  | 5  | 5  | 5  |
| KEYSTONE   | 1  | 1  | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| OCEAN SHIP | 4  | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| OSG        | 15 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 |
| SEARIVER   | 2  | 2  | 2  | 2  | 1  | 1  | 1  | 1  | 1  | 1  | 1  |
| SEABULK    | 5  | 4  | 4  | 4  | 4  | 3  | 3  | 3  | 3  | 3  | 3  |
| USS        | 6  | 3  | 2  | 1  | 1  | 1  | 1  | 1  | 1  | 1  | 1  |
|            | 48 | 33 | 29 | 28 | 26 | 26 | 26 | 26 | 26 | 26 | 26 |

MILLION DWT

|            | 10   | 11   | 12   | 13   | 14   | 15   | 16   | 17   | 18   | 19   | 20   |
|------------|------|------|------|------|------|------|------|------|------|------|------|
| HEAVYLIFT  | .15  | --   | --   | --   | --   | --   | --   | --   | --   | --   | --   |
| CHEVRON    | .22  | .18  | .18  | .18  | .18  | .18  | .18  | .18  | .18  | .18  | .18  |
| CROWLEY    | .30  | .33  | .25  | .25  | .25  | .25  | .25  | .25  | .25  | .25  | .25  |
| KEYSTONE   | .05  | .05  | --   | --   | --   | --   | --   | --   | --   | --   | --   |
| OCEAN SHIP | .12  | --   | --   | --   | --   | --   | --   | --   | --   | --   | --   |
| OSG        | .64  | .55  | .55  | .55  | .55  | .55  | .55  | .55  | .55  | .55  | .55  |
| SEARIVER   | .09  | .09  | .09  | .09  | .04  | .04  | .04  | .04  | .04  | .04  | .04  |
| SEABULK    | .22  | .17  | .17  | .17  | .17  | .13  | .13  | .13  | .13  | .13  | .13  |
| USS        | .20  | .11  | .08  | .04  | .04  | .04  | .04  | .04  | .04  | .04  | .04  |
|            | 1.99 | 1.48 | 1.32 | 1.28 | 1.23 | 1.19 | 1.19 | 1.19 | 1.19 | 1.19 | 1.19 |

Moreover, United States Shipping emerged from bankruptcy late last year and is a private company owned by the senior debt holders. Under the best of circumstances USS is a marginal operator with excessive debt whose continued presence in the coastwise trade is problematic.

Two oil companies(Chevron and Exxon Mobil) have coastwise products fleet. However, only Chevron is expected to remain in this business. Exxon Mobil (SeaRiver) has taken no action to replace their dwindling product fleet which includes one single hull tanker and one double hull ship. In contrast, Chevron increased the size of their coastwise fleet from three to five tankers with replacements being modern double hull vessels. Taking these developments into consideration, it is likely that during this decade the (2010-2020) number of shipping companies engaged in the Jones

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552b(4)

Act product tanker trade will decline from nine to four operators who are OSG, Crowley, Seabulk and Chevron.

OSG is the largest Jones Act product tanker-oceangoing barge fleet operator with 24 vessels having a capacity of approximately 1,000,000 DWT. This fleet includes 10 newbuilds and 14 older vessels whose prospects for longer term employment are minimal.  Presently, OSG's fleet includes the following equipment.

| | |
|---|---|
| Aker tanker bareboats | 8 |
| Aker tanker owned | 1 |
| New ATB owned | 1 |
| Single hull ships laid-up | 4 |
| Old double hull ship | 1 |
| Old ATB rebuilds including: | |
|     Time charters | 1 |
|     COA employment | 2 |
|     Spot market | 4 |
|     Lay-up | 2 |
| | 24 |

Over the next two years, we expect that up to nine of their older vessels will be retired as three additional Aker ships and one more ATB newbuild enter the OSG Jones Act fleet.  After downsizing, the OSG fleet is expected to include 20 vessels (12 tankers and 8 ATBs) with a capacity of 810,000 DWT. Details of OSG's newbuilding program are listed below and their fleet particulars are presented in vessel tables at the end of this chapter.  Due to the inability of American Shipping to arrange financing and bareboat contracts on the Cascade and Chinook, OSG acquired these ships directly from Aker Philadelphia Shipyard for $115 million each.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.s.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 65

| VESSEL | OPERATOR | DELIVERY | TIME CHARTER | YARD |
|---|---|---|---|---|
| HOUSTON* | OSG | 2007 | SHELL | AKER |
| LONG BEACH* | OSG | 2007 | BP | AKER |
| LOS ANGELES* | OSG | 2007 | BP | AKER |
| NEW YORK* | OSG | 2008 | SHELL | AKER |
| TEXAS CITY* | OSG | 2008 | BP | AKER |
| BOSTON* | OSG | 2009 | TESORO | AKER |
| NIKISKI* | OSG | 2009 | TESORO | AKER |
| CASCADE* | OSG | 2009 | PETROBRAS | AKER |
| MARTINEZ* | OSG | 2010 | TESORO | AKER |
| ANACORTES* | OSG | 7.10 | TESORO | AKER |
| CHINOOK* | OSG | 10.10 | PETROBRAS | AKER |
| TAMPA* | OSG | 3.11 | NONE | AKER |
| ATB 350** | OSG | 3.10 | SUNOCO | HALTER |
| ATB 351** | OSG | 12.10 | SUNOCO | HALTER |

* SHIP
** ATB

Crowley Petroleum is the second largest operator in the Jones Act trade with 19 vessels having 599,000 DWT capacity.  There are two single hull ships in their fleet (tankers Blue Ridge and Coast Range) and Crowley's newbuildings will exceed retirements.  Therefore, company fleet size will increase to 22 vessels with 727,000 DWT capacity by 2013.  Crowley has been proactive in building ATBs and they became the operator of Blackstone's five product tankers after USS was removed from the joint venture due to having entered bankruptcy in 2009.

| VESSEL | OPERATOR | DELIVERY | TIME CHARTER | YARD |
|---|---|---|---|---|
| G. STATE* | CROWLEY | 2009 | BP | NASSCO |
| P. STATE* | CROWLEY | 2009 | MARATHON | NASSCO |
| S. STATE* | CROWLEY | 2009 | CHEVRON | NASSCO |
| EV. STATE* | CROWLEY | 7.10 | MSC | NASSCO |
| EMP. STATE* | CROWLEY | 11.10 | MSC | NASSCO |
| 650-1** | CROWLEY | 2006 | SPOT | HALTER |
| 650-2** | CROWLEY | 2006 | SPOT | HALTER |
| 650-3** | CROWLEY | 2007 | BP | HALTER |
| 650-4** | CROWLEY | 2008 | BP | HALTER |
| 650-5** | CROWLEY | 2008 | BP | HALTER |
| 650-6** | CROWLEY | 2008 | BP | HALTER |
| 650-7** | CROWLEY | 2009 | MARATHON | HALTER |
| 650-8** | CROWLEY | 2010 | MARATHON | HALTER |
| 650-9** | CROWLEY | 9.10 | CHEVRON | HALTER |
| 650-10** | CROWLEY | 3.11 | NONE | HALTER |
| 750-1** | CROWLEY | 9.11 | MARATHON | HALTER |
| 750-2** | CROWLEY | 9.12 | MARATHON | HALTER |
| 750-3** | CROWLEY | 9.13 | MARATHON | HALTER |

* SHIP
** ATB

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 66

Chevron's Jones Act fleet presently includes seven ships of which two are company owned

(Colorado and Washington) vessels, three are bareboats (California-Mississippi-Oregon) and two

(Sunshine State and O.S. Nikiski) are retained under short term contracts. In September 2010,

Chevron will receive the Seabulk Pride under a long term bareboat contract which will result in the

Colorado and Mississippi (built in 1976) being retired in 2011. Arguably Chevron's longer term

need is for five tankers that will include the 4 ships operating in the company fleet and one ship

retained under a time charter. In addition, Chevron has time chartered Crowley's 650-9 that is

scheduled for delivery in September 2010. A list of Chevron's fleet during 2010 is presented below.

By time chartering the Sunshine State and O.S. Nikiski for Gulf Coast service, Chevron eliminated

their use of ATBs that had been used to transport products from the company's Pascagoula refinery

to Tampa and Port Everglades.

CHEVRON'S JONES ACT FLEET WITH VESSELS HAVING CAPACITIES ABOVE 16,000 DWT

| VESSEL | YB | KDWT | TYPE | EMPLOYMENT | STATUS |
|---|---|---|---|---|---|
| COLORADO | 79 | 39 | PROPRIETARY | ACTIVE | OUT 2011 |
| WASHINGTON | 79 | 39 | PROPRIETARY | ACTIVE | OUT 2011 |
| CALIFORNIA* | 99 | 46 | PROPRIETARY | ACTIVE | 19 YEAR BB |
| MISSISSIPPI* | 98 | 46 | PROPRIETARY | ACTIVE | 19 YEAR BB |
| OREGON* | 98 | 46 | PROPRIETARY | ACTIVE | 19 YEAR BB |
| PRIDE* | 98 | 46 | PROPRIETARY | IN 2011 | 19 YEAR BB |
| S. STATE | 09 | 46 | TIME CHARTER | ACTIVE | TO 2011 |
| O.S. NIKISKI | 09 | 46 | COA | ACTIVE | 2010 |
| 650-9 | 10 | 27 | TIME CHARTER | WAITING DELIVERY | TO 2014 |

* BAREBOATS FROM SEABULK.

Seabulk is considered a longer term participant in coastwise shipping due to: (a) the adequate

capitalization of Seacor who is the parent company; and (b) their ongoing interest in acquiring

additional vessels (e.g. USS and the Heavylift newbuilds) whenever possible, albeit at heavily

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

discounted prices. As presently constituted, Seabulk's Jones Act tanker fleet will decline from 4 to 3 ships after 2014 when the Seabulk America is retired. Thereafter, Seabulk's three double hull tankers are expected to remain in operation until 2020.

Heavylift's four ship steam turbine fleet is expected to cease operation in 2010. The U.S. Maritime Administration was forced to pay the Title XI bondholders owning Heavylift debt ($96 million) in February 2010 due to the company's inability to make principal and interest payments. Having gone into default and with the Maritime Administration now owning their ships, it is difficult to see how Heavylift can continue in operation. Moreover, Heavylift's newbuilding program (three ships) for Shell at Alabama went into default due to substantial cost overruns on the first tanker and the failure to make substantive progress on its completion. Having guaranteed the project, Shell was forced to pay the Royal Bank of Scotland $300 million to compensate for monies advanced to Heavylift/Alabama in the course of this endeavor which is also in bankruptcy.

A summary of companies who operate oceangoing barges with capacities above 16,000 Dwt is presented in Table 39. Due to it being a modern double hull fleet, we do not expect major barge retirements will occur over the 2010-2020 interval. However, some reconstructed vessels may experience difficulty in satisfying oil company vetting requirements as new equipment enters the fleet.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.s.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 68

TABLE 39

**FORECAST CAPACITY OF THE JONES ACT PRODUCT-CHEMICAL-SPECIALTY OCEANGOING BARGE FLEETS BY COMPANY**

| NUMBER OF VESSELS | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| ALLIED | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| BOUCHARD | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| CROWLEY | 13 | 14 | 16 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 |
| HORNBECK | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| K-SEA | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| MARTIN | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| OSG | 11 | 10 | 10 | 8 | 8 | 8 | 8 | 8 | 7 | 5 | 5 |
| PENN M | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| USS | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| | 43 | 43 | 45 | 44 | 44 | 44 | 44 | 44 | 43 | 41 | 41 |

| MILLION DWT | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| ALLIED | .08 | .08 | .08 | .08 | .08 | .08 | .08 | .08 | .08 | .08 | .08 |
| BOUCHARD | .14 | .14 | .14 | .14 | .14 | .14 | .14 | .14 | .14 | .14 | .14 |
| CROWLEY | .32 | .35 | .44 | .48 | .48 | .48 | .48 | .48 | .48 | .48 | .48 |
| HORNBECK | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 |
| K-SEA | .08 | .08 | .08 | .08 | .08 | .08 | .08 | .08 | .08 | .08 | .08 |
| MARTIN | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 |
| OSG | .37 | .31 | .31 | .26 | .26 | .26 | .26 | .26 | .17 | .17 | .17 |
| PENN M. | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 |
| USS | .08 | .08 | .08 | .08 | .08 | .08 | .08 | .08 | .08 | .08 | .08 |
| | 1.13 | 1.10 | 1.19 | 1.18 | 1.18 | 1.18 | 1.18 | 1.18 | 1.09 | 1.09 | 1.09 |

We also expect industry consolidation will occur in the large oceangoing ATB/TBU fleet due to several companies experiencing serious financial difficulties (e.g. K-Sea and USS) and others (Hornbeck) being too small to maintain critical mass in their operation. Our forecast of Jones Act product fleets by company and vessels covering the 2010-2020 interval is presented in Table 40.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. b52(b)(4)

TABLE J

## JONES ACT TANKERS AND LARGE ITBs-ATBs-TBUs ENGAGED IN DOMESTIC PRODUCTS AND SPECIALTY SERVICE

| | VESSEL | KDWT | SERVICE | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 18 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **AHL** | | | | | | | | | | | |
| 1. | DOWNING | 39 | LAY-UP | 38 | -- | -- | -- | -- | -- | -- | -- | -- |
| 2. | NEW RIVER | 39 | SPOT | 38 | -- | -- | -- | -- | -- | -- | -- | -- |
| 3. | MONSEIGNEUR | 39 | SPOT | 38 | -- | -- | -- | -- | -- | -- | -- | -- |
| 4. | ANASZI | 39 | SPOT | 38 | -- | -- | -- | -- | -- | -- | -- | -- |
| | **ALLIED** | | | | | | | | | | | |
| 5. | ATC 25` | 25 | CHEM | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| 6. | ATC 21` | 20 | CHEMICALS | 18 | 18 | 18 | 21 | 18 | 18 | 18 | 18 | 18 |
| 7. | TMI 17` | 18 | CHEMICALS | 16 | 16 | 16 | 21 | 16 | 16 | 16 | 16 | 16 |
| | **BOUCHARD** | | | | | | | | | | | |
| 8. | 275` | 26 | SEMPRA-DIRTY | 26 | 26 | 26 | 26 | 26 | 26 | 26 | 26 | 26 |
| 9. | 255` | 26 | XOM-DIRTY | 26 | 26 | 26 | 26 | 26 | 26 | 26 | 26 | 26 |
| 10. | 240` | 20 | SPOT-CLEAN | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| 11. | 265` | 26 | GLENCORE | 26 | 26 | 26 | 26 | 26 | 26 | 26 | 26 | 26 |
| 12. | 245` | 39 | VALERO | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 |
| | **CHEVRON** | | | | | | | | | | | |
| 13. | CO VOYAGER | 39 | CP-WC | 39 | -- | -- | -- | -- | -- | -- | -- | -- |
| 14. | WA VOYAGER | 39 | DP-WC | 39 | -- | -- | -- | -- | -- | -- | -- | -- |
| 15. | M. VOYAGER | 46 | CP-WC | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| 16. | C. VOYAGER | 46 | GC-WC | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| 17. | O. VOYAGER | 46 | CP-WC | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| 18. | PRIDE | 46 | B. BOAT | -- | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| | **CROWLEY** | | | | | | | | | | | |
| 19. | G. STATE | 49 | TC-BP | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 |
| 20. | P. STATE | 49 | TC-MARATHON | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 |
| 21. | S. STATE | 49 | TC-CHEVRON | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 |
| 22. | EV. STATE | 49 | MSC | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 |
| 23. | EMP. STATE | 49 | MSC | 25 | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 |
| 24. | C. RANGE | 40 | TC-MARATHON-GC | 40 | 40 | -- | -- | -- | -- | -- | -- | -- |
| 25. | BLUE RIDGE | 40 | TC-MARATHON-GC | 40 | 40 | -- | -- | -- | -- | -- | -- | -- |
| 26. | 750-1` | 44 | TC-MARATHON | -- | -- | 44 | 44 | 44 | 44 | 44 | 44 | 44 |
| 27. | 750-2` | 44 | TC-MARATHON | -- | -- | 44 | 44 | 44 | 44 | 44 | 44 | 44 |
| 28. | 750-3` | 44 | TC-MARATHON | -- | -- | -- | 44 | 44 | 44 | 44 | 44 | 44 |
| 29. | 650-1` | 27 | SPOT-GC | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| 30. | 650-2` | 27 | SPOT-WC | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| 31. | 650-3` | 27 | TC-BP-CH | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| 32. | 650-4` | 27 | TC-BP-CH | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| 33. | 650-5` | 27 | TC-BP | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| 34. | 650-6` | 27 | TC-BP-WC | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| 35. | 650-7` | 27 | TC-MARATHON | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| 36. | 650-8` | 27 | TC-MARATHON | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| 37. | 650-9` | 27 | TC-CHEVRON | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| 38. | 650-10` | 27 | NEWBUILD | -- | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| 39. | 550-1` | 20 | SHELL-W. COAST | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| 40. | 550-2` | 20 | TC-COP-W. COAST | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| 41. | 550-3` | 20 | TC-BP-W. COAST | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| 42. | 550-4` | 20 | TC-SHELL-W. COAST | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |

` BARGE

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 5520(a)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 69

TABLE 40 (Cont.)

JONES ACT TANKERS AND LARGE ITBs-ATBs-TBUs ENGAGED IN DOMESTIC PRODUCTS AND SPECIALTY SERVICE

| VESSEL | KDWT | SERVICE | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 18 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **HORNBECK** | | | | | | | | | | | |
| 43. H. 13502* | 19 | SPOT-GC | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 |
| **KEYSTONE** | | | | | | | | | | | |
| 44. K. TRADER | 50 | TC-MURPHY | 50 | 50 | -- | -- | -- | -- | -- | -- | -- |
| **K-SEA** | | | | | | | | | | | |
| 45. D. SEA* | 27 | TC-TESORO-C | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| 46. DBL-155* | 19 | TC-RIO-D | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 |
| 47. DBL-151* | 20 | TC-RIO-D | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| 48. DBL-134* | 17 | SPOT-D | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 |
| **MARTIN GAS** | | | | | | | | | | | |
| 49. POSEIDON* | 18 | SPOT | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 |
| **OCEAN SHIPHOLDINGS** | | | | | | | | | | | |
| 50. GIANELLA | 30 | MSC | 29 | -- | -- | -- | -- | -- | -- | -- | -- |
| 51. BUCK | 30 | MSC | 29 | -- | -- | -- | -- | -- | -- | -- | -- |
| 52. MATHIESEN | 30 | MSC | 29 | -- | -- | -- | -- | -- | -- | -- | -- |
| 53. COBB | 30 | MSC | 29 | -- | -- | -- | -- | -- | -- | -- | -- |
| **OSG AMERICA** | | | | | | | | | | | |
| 54. OS N. ORLEANS | 42 | LAY UP | 42 | -- | -- | -- | -- | -- | -- | -- | -- |
| 55. OS PHILA | 42 | LAY UP | 42 | -- | -- | -- | -- | -- | -- | -- | -- |
| 56. OS G. BAY | 50 | LAY UP | 50 | -- | -- | -- | -- | -- | -- | -- | -- |
| 57. OS P. SOUND | 50 | LAY UP | 50 | -- | -- | -- | -- | -- | -- | -- | -- |
| 58. HOUSTON | 46 | TC-SHELL | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| 59. LONG BEACH | 46 | TC-BP | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| 60. LOS ANGELES | 46 | TC-BP | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| 61. NEW YORK | 46 | TC-SHELL | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| 62. TEXAS CITY | 46 | TC-BP | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| 63. BOSTON | 46 | TC-TESORO | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| 64. NIKISKI | 46 | TC-TESORO | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| 65. CASCADE | 46 | P. BRAS | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| 66. NARTINEZ | 46 | TESORO | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| 67. ANACORTES | 46 | TESORO | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| 68. CHINOOK | 46 | P. BRAS | -- | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| 69. TAMPA | 46 | NEWBUILD-NC | -- | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| 70. DILIGENCE | 38 | LIGHTER | 38 | -- | -- | -- | -- | -- | -- | -- | -- |
| 71. M. 400* | 54 | LIGHTER | 54 | -- | -- | -- | -- | -- | -- | -- | -- |
| 72. 252* | 30 | GC-SPOT | 30 | 30 | 30 | 30 | 30 | 30 | 30 | -- | -- |
| 73. 254* | 30 | VALERO | 30 | 30 | 30 | 30 | 30 | 30 | 30 | -- | -- |
| 74. 244* | 30 | GC-SPOT | 30 | 30 | 30 | 30 | 30 | 30 | -- | -- | -- |
| 75. 243* | 30 | GC-SPOT | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 |
| 76. 242* | 30 | GC-SPOT | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 |
| 77. 214* | 26 | LAY UP | 26 | 26 | 26 | 26 | 26 | 26 | 26 | 26 | -- |
| 78. 209* | 24 | LAY UP | 24 | 24 | 24 | 24 | 24 | -- | -- | -- | -- |
| 79. 350* | 45 | SUNOCO | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 |
| 80. 351* | 45 | SUNOCO | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 |
| 81. 192* | 22 | SUNOCO | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 |

* BARGE

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.s.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2016
Page 70

TABLE 46 (cont.)

JONES ACT TANKERS AND LARGE ITBs-ATBs-TBUs ENGAGED IN DOMESTIC PRODUCTS AND SPECIALTY SERVICE

| VESSEL | KDWT | SERVICE | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 18 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **PENN MARITIME** | | | | | | | | | | | |
| 83.  K. WEST | 20 | SHELL | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| | | | | | | | | | | | |
| **SEARIVER** | | | | | | | | | | | |
| 84.  A. PROGRESS | 46 | OIL ALASKA | 44 | 44 | 44 | 44 | 44 | 44 | 44 | 44 | 44 |
| 85.  WILMINGTON | 48 | PRODUCTS | 46 | 46 | 46 | 46 | -- | -- | -- | -- | -- |
| | | | | | | | | | | | |
| **SEABULK** | | | | | | | | | | | |
| 86.  AMERICA | 46 | SPOT | 46 | 46 | 46 | 46 | 46 | -- | -- | -- | -- |
| 87.  CHALLENGE | 50 | CITGO | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 |
| 88.  TRADER | 50 | CITGO | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 |
| 89.  ARCTIC | 46 | TC-TESORO | 44 | 44 | 44 | 44 | 44 | 44 | 44 | 44 | 44 |
| 90.  PRIDE | 46 | TC-TESORO | 44 | -- | -- | -- | -- | -- | -- | -- | -- |
| | | | | | | | | | | | |
| **U.S. SHIPPING** | | | | | | | | | | | |
| 92.  ITB MOBILE | 47 | LAY UP | 45 | -- | -- | -- | -- | -- | -- | -- | -- |
| 93.  ITB PHILA | 47 | LAY UP | 45 | -- | -- | -- | -- | -- | -- | -- | -- |
| 94.  CHEM PIONEER | 35 | CHEMICALS | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 |
| 95.  CHARLESTON | 48 | CHEMICALS | 46 | 46 | 46 | -- | -- | -- | -- | -- | -- |
| 96.  HOUSTON | 30 | M. STANLEY | 30 | 30 | -- | -- | -- | -- | -- | -- | -- |
| 97.  TRANSPORTER* | 20 | DOW-CHEM | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| 98.  PRODUCER* | 20 | SHELL | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| 99.  TRADER* | 20 | SPOT | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| 100.  SUPPLIER* | 20 | COP | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |

* BARGES

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 71

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 72

## CHAPTER VII

### FUTURE JONES ACT FLEET EMPLOYMENT AND ESTIMATED VESSEL REVENUES

This chapter addresses future employment prospects for vessels engaged in the coastwise petroleum product-chemical-specialty trade, reviews time charter rates earned during 1980-2010 and forecasts vessel revenues likely to be earned over the next ten years.

### A.  TRENDS IN FLEET EMPLOYMENT AND CHARTER RATES.

After the enactment of OPA in 1990, expectations were that statutory vessel retirements would tighten the tonnage balance, raise the level of fleet utilization and in concert these developments would increase charter revenues-ship income needed to pay for newbuilds.  Market developments during the 1990s failed to meet these expectations for several reasons.  First, the collapse in shipping demand (e.g. Military Sealift Command and Virgin Islands to U.S. Mainland) released trade qualified vessels that subsequently entered coastwise service.  Second, CDS tankers became twenty years old and federal subsidies needed to keep them operating in foreign service were terminated.  CDS product ships then became Jones Act eligible and they entered the coastwise trade.  Third, ten double hull tankers were built in anticipation of shipping demand expected to result from statutory vessel retirements.  The conjunctive effect of these developments was to increase the number of vessels seeking employment in coastwise service at a time when the demand for domestic shipping was in decline.  Due to overtonnaging downward pressure persisted on product tanker charter rates throughout the 1990s.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 73

After September 2000, period rates realized by modern U.S. tonnage experienced significant improvement when major oil companies began to cover most of their coastwise transportation requirements with vessels employed under time charter contracts. Due to declining fleet capacity and more tonnage employed under period fixtures, tanker revenues doubled during the 2000-2008 interval.

Fundamentals of the coastwise products trade experienced a material change in 2009. This was caused by the drop in domestic petroleum consumption, which reduced shipping demand and the expansion in fleet capacity as newbuildings entered service. Due to these developments, the fleet became overtonnaged, charter rates were reduced and many older vessels entered lay-up. Sectorial use of vessels in the Jones Act product tanker/barge fleet by type of employment during 1999-2010 is identified in Table 41.

TABLE 41

NUMBER OF VESSELS WITH CAPACITIES BETWEEN 16,000 AND 55,000 DWT EMPLOYED
IN JONES ACT SERVICE BY TYPE OF CONTRACT

| | 1999 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 Q. |
|---|---|---|---|---|---|---|---|---|
| TIME CHARTERS AND COAs | 29 | 64 | 62 | 60 | 65 | 61 | 53 | 49 |
| SPOT MARKET | 36 | 6 | 6 | 5 | 5 | 13 | 15 | 16 |
| CHEMICALS-SPECIALTIES | 12 | 12 | 13 | 12 | 11 | 13 | 9 | 10 |
| PROPRIETARY | 8 | 5 | 5 | 5 | 7 | 8 | 6 | 7 |
| LAY-UP | 5 | -- | -- | -- | -- | -- | 14 | 10 |
| | 90 | 87 | 86 | 82 | 88 | 95 | 97 | 97 |

Changes in coastwise fleet capacity after 1990 are quantified in Table 42. During the past twenty years, tonnage additions offset 70 percent of capacity lost due to vessel retirements and total fleet size declined from 4.1 million DWT to 3.1 million DWT. However, after 2006 total fleet capacity grew from 2.7 to 3.1 million DWT because newbuilding additions (860,000 DWT) were twice the capacity lost (440,000 DWT) from vessel retirements. We expect this trend will be reversed in the near term when newbuilding programs end and additional vessels are retired.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 74

TABLE 42

COASTWISE OCEANGOING PRODUCT TANKER-BARGE FLEET INCLUDING VESSELS
WITH CAPACITIES ABOVE 16,000 DWT

UNITS IN MILLION DWT

| | ADDITIONS | RETIREMENTS | FLEET CAPACITY |
|---|---|---|---|
| 1990 | .05 | (.25) | 4.08 |
| 1991 | -- | (.25) | 3.83 |
| 1992 | -- | (.20) | 3.63 |
| 1993 | .07 | (.28) | 3.42 |
| 1994 | .04 | (.24) | 3.22 |
| 1995 | .20 | (.33) | 3.09 |
| 1996 | .20 | (.25) | 3.04 |
| 1997 | .20 | (.14) | 3.10 |
| 1998 | .21 | (.10) | 3.21 |
| 1999 | .30 | (.14) | 3.37 |
| 2000 | .11 | (.10) | 3.36 |
| 2001 | .10 | (.14) | 3.32 |
| 2002 | .12 | (.32) | 3.12 |
| 2003 | .03 | (.29) | 2.86 |
| 2004 | .04 | (.04) | 2.86 |
| 2005 | -- | (.10) | 2.76 |
| 2006 | .07 | (.13) | 2.71 |
| 2007 | .22 | (.06) | 2.87 |
| 2008 | .24 | (.15) | 2.96 |
| 2009 | .40 | (.23) | 3.13 |
| 2010 (E) | .30 | (.40) | 3.03 |
| | 2.90 | (4.14) | |

Due to weakened fundamentals in the domestic trade revenues realized by older ships still employed in coastwise service have been sharply reduced. Therefore, the long term record of time charters (table 43) earned by these vessels is now a point of historical interest having limited value in predicting future trends in tankship hire revenues.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 75

TABLE 43

AVERAGE TIME CHARTER REVENUES EARNED BY TANKERS AND ITBS EMPLOYED IN THE JONES ACT TRADE,
UNITS IN THOUSAND DOLLARS PER DAY

| | SEABULK | | OSG | U.S. SHIPPING | AHL | CROWLEY |
|---|---|---|---|---|---|---|
| | CHALLENGE & TRADER (2) | DOUBLE EAGLES (4) | PHILA (1) | ITBS | REBUILDS (4) | B. RIDGE & C. TRADER (2) |
| 1980 | NA | NA | NA | NA | NA | NA |
| 1982 | $34 | NA | NA | NA | NA | NA |
| 1984 | 25 | NA | NA | NA | NA | NA |
| 1986 | 28 | NA | NA | NA | NA | NA |
| 1988 | 23 | NA | NA | NA | NA | NA |
| 1990 | 32 | NA | $36 | NA | NA | NA |
| 1992 | 40 | NA | 32 | NA | NA | NA |
| 1994 | 36 | NA | 24 | NA | NA | NA |
| 1996 | 25 | NA | 24 | NA | NA | NA |
| 1998 | 23 | $25 | NA | $21 | $22 | $21 |
| 2000 | 23 | 27 | 28 | 23 | 24 | 23 |
| 2001 | 32 | 34 | 32 | 26 | 27 | 23 |
| 2002 | 34-36 | 35 | 35 | 30 | 28-30 | 30-34 |
| 2003 | 36 | 35 | 35 | 36 | 30-31 | 34 |
| 2004 | 36 | 36 | 35 | 37 | 31 | 35 |
| 2005 | 37 | 37 | 36 | 39 | 32 | 36 |
| 2006 | 42 | 40 | 37 | 40 | 33 | 37 |
| 2007 | NA | 44 | 39 | 41 | 34 | 38 |
| 2008 | 36 | 45 | 34 | 35 | 34 | 38 |
| 2009 | 32 | 48 | 32 | NA | 22 | 37 |
| 2010 | 30 | 42 | NA | NA | 19 | 37 |

| | DELAWARE TRADER (1) | SPOT MARKET |
|---|---|---|
| 1980 | NA | $29 |
| 1982 | NA | 14 |
| 1984 | NA | 13 |
| 1986 | NA | 18 |
| 1988 | NA | 16 |
| 1990 | NA | 23 |
| 1992 | NA | 16 |
| 1994 | NA | 21 |
| 1996 | NA | 20 |
| 1998 | NA | 19 |
| 2000 | NA | 22 |
| 2001 | NA | 28 |
| 2002 | NA | 25 |
| 2003 | NA | 25 |
| 2004 | $33 | 28 |
| 2005 | 34 | 32 |
| 2006 | 35 | 42 |
| 2007 | 36 | 48 |
| 2008 | 36 | 28 |
| 2009 | 34 | 27 |
| 2010 | 34 | 25 |

As is shown in the preceding schedule, time charter revenues earned by product tankers experienced considerable variation during the 1980-2009 interval. These changes were caused by dissimilar business conditions under which Jones Act vessels operated over the last 30 years that are addressed below.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Between 1980-1988, the demand for domestic tonnage declined sharply after federal oil price and export controls were terminated in 1981. When in effect, government regulations subsidized major waterborne product movements (i.e. 300,000 BPD) from the Gulf Coast to the Northeast. However, long haul coastwise shipments became uneconomic after controls ended and the resultant trade decline caused the domestic product tanker fleet to become overtonnaged. In response to these developments, time charter rates fell sharply (from $32,000 to $22,000 per day on modern ships) and the spot market declined (from $29,000 to $14,000 per day with smaller-stream ships) to a level where vessel operating costs were barely covered.

Time charter revenues earned by modern product tankers increased temporarily during the early 1990s. This was due to accelerated shipping needs of the Military Sealift Command that occurred during the first war with Iraq. In response to this event, time charter revenues realized by modern diesel ships rose to $30,000-$36,000 per day and continued at this level until MSC contracts expired in 1991-1992.

Throughout the 1990s tankship charter revenues were subject to downward pressure caused by the enactment of OPA-90 and the redeployment of vessels previously used in the subsidized-preference trades to coastwise service. Financial liability provisions in OPA-90 caused oil companies to take domestic cargos off the water whenever possible using exchanges and by importing more foreign barrels. At the same time, shipping employment in the non-core preference-subsidized trades was eliminated when government funding for maritime assistance programs ended. Lacking employment opportunities elsewhere, vessels displaced from U.S. flag foreign service entered the coastwise fleet

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 77

where they overtonnaged the products trade. Due to overtonnaging, time charter revenues earned by modern ships in domestic products service remained in the $22,000-$24,000 per day interval throughout the 1993-1999 period.

Business fundamentals in the coastwise trade improved after September 2000 when oil companies changed their domestic marine transportation policies and employed more vessels under time charters. This shift was due to: a perceived long term decline in fleet capacity; safety premiums placed on the use of modern ships; the absence of newbuilding programs underway; and future transportation expense being more effectively controlled with time charters in a tight shipping market. Responding to these developments, time charter revenues earned by modern vessels employed in coastwise product service increased from the $23,000/$27,000 per day level in 2000 to $35,000/$46,000 per day level by 2008.

Newbuilding additions to the fleet and reductions in coastwise product shipments during 2009-2010 lowered the need for older vessels that entered lay-up or were forced to accept less desirable/marginal employment. The only sector of the domestic fleet able to sustain strong time charter rates were new vessels that are primarily employed under long term fixtures negotiated before 2009. However most recently, some newbuildings have: (a) come off term charters (650-1 and 650-2); (b) been relet into the spot market (OS Nikiski) by oil companies; and (c) entered service (Sunshine State) without long term contracts. Each of these vessels encountered a difficult market in which hire revenues are sharply reduced. A tabulation of estimated contract rates realized by newbuilds is presented in Table 44 and their supporting particulars are given in Table 45.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant t
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 78

**TABLE 44**

ESTIMATED TIME CHARTER RATES REALIZED BY NEWBUILDINGS,
ESTIMATED TIME CHARTER RATES REALIZED BY NEWBUILDINGS, IN THOUSAND OF DOLLARS PER DAY

| CROWLEY | 06 | 07 | 08 | 09 | 10 | 11 |
|---|---|---|---|---|---|---|
| GOLDEN STATE | -- | -- | -- | $53.0 | $53.8 | $54.6 |
| PELICAN STATE | -- | -- | -- | 51.0 | 51.0 | 51.0 |
| SUNSHINE STATE | -- | -- | -- | 42.0 | 42.0 | OPEN |
| EMPIRE STATE | -- | -- | -- | -- | 63.0 | 60.0 |
| EVERGREEN STATE | -- | -- | -- | -- | 63.0 | 60.0 |
| 650-1 | 23.5 | 23.5 | 23.5 | 23.5 | SPOT | SERVICE |
| 650-2 | -- | 28.0 | 29.0 | 30.0 | SPOT | SERVICE |
| 650-3 | -- | 30.0 | 31.0 | 32.0 | 33.0 | 34.0 |
| 650-4 | -- | -- | 30.0 | 31.0 | 32.0 | 33.0 |
| 650-5 | -- | -- | 31.0 | 31.0 | 31.0 | 32.8 |
| 650-6 | -- | -- | 29.3 | 29.3 | 29.3 | 29.3 |
| 650-7 | -- | -- | -- | 32.8 | 32.8 | 32.8 |
| | | | | | | |
| OSG AMERICA | | | | | | |
| HOUSTON | -- | 42.5 | 43.3 | 44.1 | 44.9 | 45.7 |
| LONG BEACH | -- | 44.0 | 44.9 | 45.8 | 46.7 | 47.6 |
| LOS ANGELES | -- | 44.0 | 44.9 | 45.8 | 46.7 | 47.6 |
| NEW YORK | -- | -- | 42.5 | 43.4 | 44.1 | 44.9 |
| TEXAS CITY | -- | -- | 53.0 | 53.9 | 54.8 | 55.7 |
| BOSTON | -- | -- | -- | 49.5 | 50.3 | 51.1 |
| NIKISKI | -- | -- | -- | 49.5 | 50.3 | 51.1 |
| CASCADE' | -- | -- | -- | 65.0 | 66.6 | 68.2 |
| MARTINEZ | -- | -- | -- | -- | 53.2 | 54.1 |
| CHINOOK' | -- | -- | -- | -- | 70.2 | 71.8 |
| TAMPA | -- | -- | -- | -- | OPEN | |
| ANACORTES | -- | -- | -- | -- | -- | 53.2 |
| | | | | | | |
| U.S. SHIPPING | | | | | | |
| P. CHEM PRODUCER | -- | -- | 32.5 | 33.0 | 33.5 | 34.0 |
| P. CHEM SUPPLIER | -- | -- | -- | 32.5 | 33.0 | 33.5 |
| P. CHEM TRADER | -- | -- | -- | -- | SPOT | |

' TIME CHARTER RATE INCLUDES CAPITAL EXPENDITURES MADE FOR CRUDE OIL LIGHTERING EQUIPMENT.

Crowley's 650-1 and 650-2 are now employed in the spot trade where their TCE realizations are approximately $24,000 per day. This contrasts with $30,000 per day earned when they were employed under time charters with Shell and Conoco Phillips during 2009. Moreover, when the O.S. Nikiski is relet into the single voyage Gulf Coast spot market by Tesoro, its TCE realizations are approximately $30,000 per day versus its long term contract rate of $50,300 per day. In addition, the Sunshine State (Nassco newbuild) is presently employed under a short term time charter by Chevron at a reported rate of $42,000 per day. The availability of other modern ships in the relet market and the longer term availability of the Seabulk Arctic when she is released from the Tesoro charter later this year constitutes formidable competition which makes material enhancements in

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. §552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 79

time charter rates difficult at present.

**TABLE 45**

**CONTRACT DETAILS WITH VESSELS EMPLOYED UNDER TIME CHARTERS**

| CROWLEY | TYPE | KDWT | YB | CHARTER | TERM |
|---|---|---|---|---|---|
| GOLDEN STATE | SHIP | 49 | 2009 | BP | UP TO 10 YEARS |
| PELICAN STATE | SHIP | 49 | 2009 | MARATHON | 3 YEARS |
| SUNSHINE STATE | SHIP | 49 | 2009 | CHEVRON | 9 MONTHS |
| 650-3 | ATB | 27 | 2007 | BP | 7 YEARS |
| 650-4 | ATB | 27 | 2008 | BP | 7 YEARS |
| 650-5 | ATB | 27 | 2008 | MARATHON | 3 YEARS |
| 650-6 | ATB | 27 | 2008 | BP | 3 YEARS |
| 650-7 | ATB | 27 | 2009 | MARATHON | 3 YEARS |
| | | | | | |
| OSG AMERICA | | | | | |
| HOUSTON | SHIP | 46 | 2007 | SHELL | 3 YEARS |
| LONG BEACH | SHIP | 46 | 2007 | BP | 7 YEARS |
| LOS ANGELES | SHIP | 46 | 2007 | BP | 7 YEARS |
| NEW YORK | SHIP | 46 | 2007 | SHELL | 3 YEARS |
| TEXAS CITY | SHIP | 46 | 2008 | BP | 4 YEARS |
| BOSTON | SHIP | 46 | 2009 | TESORO | 4 YEARS |
| NIKISKI | SHIP | 46 | 2009 | TESORO | 4 YEARS |
| CASCADE | SHIP | 46 | 2009 | PETROBRAS | 5 YEARS |
| MARTINEZ | SHIP | 46 | 2010 | TESORO | 4 YEARS |
| CHINOOK | SHIP | 46 | 2010 | PETROBRAS | 4 YEARS |
| ANACORTES | SHIP | 46 | 2011 | TESORO | 4 YEARS |
| | | | | | |
| U.S. SHIPPING | | | | | |
| P.C. PRODUCER | ATB | 20 | 2008 | SHELL | 3 YEARS |
| P.C. SUPPLIER | ATB | 20 | 2009 | COP | 3 YEARS |

B.    GULF COAST REFINERY NETBACKS REALIZED FROM CLEAN CARGOS SOLD IN FLORIDA AND LIMITATIONS IMPOSED ON JONES ACT TRANSPORTATION RATES BY THE LANDED PRICE OF PRODUCT IMPORTS.

Refinery netbacks from Texas-Louisiana-Mississippi gasoline cargos sold in Florida versus

realizations earned from inland sales influence what is paid for Jones Act transportation in the cross-

Gulf trade. Factors entering this equation are: (1) differences between the price of clean products

sold in Texas and Florida; (2) U.S. marine transportation charges; (3) the landed cost of foreign

supply; and (4) Gulf Coast refining margins.

1.    Clean Product Prices in Texas and Florida. The price difference between clean products sold

in Florida and Texas supports marine transportation expense incurred in moving Gulf Coast cargos

to Tampa-Port Everglades-Jacksonville. Locational differences in clean product prices sold in these

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)
(during the 1994-2009 interval) are quantified in Table 46.

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 80

TABLE 46

PRICE DIFFERENCE BETWEEN TEXAS AND FLORIDA, REFINER BULK SALES FOR RESALE,
UNITS IN DOLLARS PER BARREL

| | REGULAR CONVENTIONAL GASOLINE | DISTILLATE OIL | JET FUEL KEROSENE | AVERAGE CLEAN CARGO |
|---|---|---|---|---|
| 1994 | $1.72 | $1.26 | $1.18 | 1.55 |
| 1996 | 1.81 | 1.30 | 2.10 | 1.75 |
| 1998 | 1.18 | 0.96 | 2.23 | 1.50 |
| 2000 | 1.64 | 1.75 | 1.64 | 1.65 |
| 2001 | 1.05 | 1.43 | 1.38 | 1.18 |
| 2002 | 1.21 | 1.30 | 1.75 | 1.31 |
| 2003 | 1.10 | 1.25 | 1.68 | 1.21 |
| 2004 | 2.01 | 2.21 | 1.09 | 1.92 |
| 2005 | 2.29 | 1.85 | 1.80 | 2.10 |
| 2006 | 0.78 | 1.39 | 2.20 | 1.11 |
| 2007 | 2.41 | 1.93 | 2.91 | 2.41 |
| 2008 | 2.57 | 2.81 | 3.07 | 2.68 |
| 2009 | 2.38 | 3.24 | 2.48 | 2.52 |

SOURCE: ENERGY INFORMATION ADMINISTRATION, PETROLEUM MARKETING MONTHLIES.

Over the past ten years, rising domestic marine transportation expense reduced refinery netbacks associated with cross-Gulf sales to Florida. During the 1990s, the average locational product price difference (with clean products) was $1.60 per barrel, cross-Gulf marine transportation expense averaged $0.85 per barrel and plant netbacks realized from Florida sales produced a $0.75 per barrel gain. After 2005, average cross-Gulf marine transportation expense increased to $1.70 per barrel, the locational clean product price difference rose to $2.16 per barrel and Gulf Coast plant netbacks from Florida sales produced a $0.46 per barrel gain.

2. Jones Act Marine Transportation Charges. Estimated cross-Gulf marine transportation charges incurred during the 2000-2009 interval are presented in Table 47. Our estimate includes port charges, dock fees, Harbor Maintenance Taxes and direct maritime transportation expense.

Confidential Business Information
Exempt From FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 81

**TABLE 47**

ESTIMATED PER BARREL TRANSPORTATION CHARGES FROM GULF COAST
REFINING CENTERS TO TAMPA AND PORT EVERGLADES 2000-2008

| | 00 | 04 | 05 | 06 | 07 | 08 | 09 |
|---|---|---|---|---|---|---|---|
| CORPUS CHRISTI | $0.98 | $1.34 | $1.65 | $1.75 | $1.85 | $2.00 | $1.95 |
| HOUSTON | 0.93 | 1.27 | 1.60 | 1.70 | 1.80 | 1.95 | 1.90 |
| TEXAS CITY | 0.91 | 1.24 | 1.60 | 1.70 | 1.80 | 1.95 | 1.90 |
| BEAUMONT & PORT ARTHUR | 0.90 | 1.22 | 1.55 | 1.65 | 1.71 | 1.85 | 1.80 |
| LAKE CHARLES | 0.88 | 1.19 | 1.50 | 1.60 | 1.65 | 1.80 | 1.75 |
| MISSISSIPPI RIVER | 0.82 | 1.11 | 1.35 | 1.45 | 1.51 | 1.70 | 1.65 |
| PASCAGOULA | 0.76 | 1.02 | 1.13 | 1.18 | 1.23 | 1.45 | 1.40 |

3.    The Landed Cost of Foreign Clean Products and their Impact on Domestic Barrels Delivered

to Florida. Economic factors that govern the interplay between foreign and domestic clean cargos

delivered to the East Coast are threefold. First and most important is the FOB product price at the

refinery center that supplies the cargo. In a perfect economic environment FOB product prices at

refinery export centers throughout the world would be similar. However, regional disparities

between indigenous plant production and local demand create imbalances that distort FOB export

prices which impact the competitiveness of these supplies in import markets. Second, is the expense

of foreign shipping. Third, is the difference between refinery profitability in Western Europe and

the U.S. Gulf Coast. Historically Gulf Coast refinery operations have been more profitable than

those in Europe. Higher profits allow PAD III downstream operations to subsidize clean product

sales in Florida which are needed to maintain high throughput levels at Gulf Coast plants that are

unable to profitably market their incremental barrels elsewhere. The economics of shipping

European gasoline to the East Coast is demonstrated by subtracting cross Atlantic marine

transportation charges from the difference in regional product prices.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 82

Supporting calculations are presented in Table 48 with a negative number in the last column

identifying how much delivered European gasoline is priced below the NYH market and a positive

number shows how much European gasoline is priced above the NYH market.  During 2009, the

average delivered cost of a European gasoline cargo conventional regular was $0.42 per barrel above

the prevailing spot price in the NYH market.  Furthermore, delivered European gasoline cargos in

NYH were $0.73 per barrel above prevailing spot market price during the first quarter of 2010.  We

attribute this narrowing of the Atlantic Basin arbitrage window for gasoline to several structural

changes in product supply.  First, is the growing Gulf Coast gasoline surplus which is depressing

product prices throughout the eastern U.S.  Second, are increased pipeline shipments of Gulf coast

gasoline to NYH that are now setting prices in this market instead of imports.  Due to these

developments Gulf Coast barrels have become more competitive in East Coast markets than they

were when lower cost European supplies set gasoline prices in NYH.

**TABLE 48**

NEW YORK HARBOR VERSUS WESTERN EUROPE, GASOLINE IN DOLLARS PER BARREL

|  | PRICE DIFFERENCE | MARINE CHARGE | (COST ADVANTAGE) OR DISADVANTAGE TO IMPORTS |
|---|---|---|---|
| 2000 | $(1.30) | $1.95 | $0.65 |
| 2001 | (2.05) | 2.43 | 0.38 |
| 2002 | (2.18) | 1.70 | (0.48) |
| 2003 | (2.84) | 2.36 | (0.48) |
| 2004 | (2.56) | 2.87 | 0.31 |
| 2005 | (3.11) | 2.84 | (0.27) |
| 2006 | (4.16) | 3.03 | (1.13) |
| 2007 | (5.47) | 2.59 | (2.88) |
| 2008 | (2.81) | 3.62 | 0.81 |
| 2009 | (1.68) | 2.10 | 0.42 |
| 2010 | (1.57) | 2.30 | 0.73 |

Locational differences in gasoline-distillate-jet fuel prices are quantified in Table 49.  Significant

points are price differences between Houston, Florida and New York Harbor.  Due to pressure from

imports, the difference in product prices between New York Harbor and Texas does not support the

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 83

additional transportation expense incurred in moving gasoline ($1.75/B) from the Gulf Coast to the

Northeast by pipeline.  Market fundamentals with Gulf Coast distillates and jet fuel sold in the

Middle Atlantic region are better than with gasoline due to Europe having a distillates deficit.

Consequently, foreign distillates are not a factor in NYH petroleum supply.  The difference in

distillate oil prices between NYH and Houston is close to supporting expenses incurred in pipelining

this product from the Gulf Coast to Linden.  Pursuant to the current cross Gulf petroleum traffic the

price difference between clean products sold in Texas and Florida ($2.52 per barrel) covers the

marine transportation expense ($1.40 to $2.00 per barrel) incurred in delivering cargos to Tampa and

Port Everglades which generates positive netbacks to products supplied by refineries in Texas,

Louisiana and Mississippi.

TABLE 49

DIFFERENCE IN FOB SPOT PRICES FOR CLEAN PRODUCTS, IN DOLLARS PER BARREL

| | NWE VERSUS NYH | NYH VERSUS HSTN | FL VERSUS TX | HSTN VERSUS NWE |
|---|---|---|---|---|
| | REGULAR CONVENTIONAL GASOLINE | | | |
| 2000 | $(1.30) | $0.76 | $1.64 | $0.55 |
| 2001 | (2.05) | 0.04 | 1.05 | 2.02 |
| 2002 | (2.18) | 0.08 | 1.21 | 2.10 |
| 2003 | (2.84) | 0.54 | 1.10 | 2.39 |
| 2004 | (2.56) | 0.46 | 2.01 | 2.10 |
| 2005 | (3.11) | (1.31) | 2.29 | 4.42 |
| 2006 | (4.16) | (0.41) | 0.78 | 4.62 |
| 2007 | (5.47) | 0.41 | 2.41 | 5.06 |
| 2008 | (2.81) | (1.68) | 2.57 | 3.70 |
| 2009 | (1.68) | 1.26 | 2.38 | 0.42 |
| 2010 | (1.57) | 0.42 | NA | (2.52) |

| | NWE VERSUS NYH | NYH VERSUS HSTN | FL VERSUS TX | HSTN VERSUS NWE |
|---|---|---|---|---|
| | HEATING OIL | | | |
| 2000 | $(2.43) | $2.90 | $1.75 | $(0.46) |
| 2001 | (0.71) | 0.96 | 1.43 | (0.25) |
| 2002 | (0.67) | 0.97 | 1.30 | (0.29) |
| 2003 | (1.60) | 1.85 | 1.25 | 0.25 |
| 2004 | 0.08 | 1.47 | 2.21 | (1.60) |
| 2005 | (0.33) | 0.40 | 1.85 | 0.29 |
| 2006 | 1.97 | 0.13 | 1.39 | (1.84) |
| 2007 | 0.05 | 0.88 | 1.93 | (0.92) |
| 2008 | 3.53 | 1.85 | 2.81 | (1.30) |
| 2009 | 0.42 | 1.21 | 3.24 | (1.64) |
| 2010 | 2.10 | 1.22 | NA | 0.88 |

Confidential Business Information
Exempt From FOIA Disclosure Pursuant
to 5 U.S.C. 552b(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 84

TABLE 49 (Cont.)

DIFFERENCE IN FOB SPOT PRICES FOR CLEAN PRODUCTS, IN DOLLARS PER BARREL

| | JET FUEL | | | |
|---|---|---|---|---|
| | NWE VERSUS NYH | NYH VERSUS HSTN | FL VERSUS TX | HSTN VERSUS NWE |
| 2000 | $(1.13) | $2.60 | $1.64 | $(1.47) |
| 2001 | (0.25) | 0.76 | 1.38 | (0.50) |
| 2002 | (0.50) | 0.97 | 1.75 | (0.46) |
| 2003 | 0.42 | 1.76 | 1.68 | (2.18) |
| 2004 | 0.25 | 1.89 | 1.09 | (2.14) |
| 2005 | (0.75) | -- | 1.47 | 0.76 |
| 2006 | (0.42) | 1.22 | 2.20 | 0.84 |
| 2007 | 2.77 | 3.36 | 2.91 | (0.59) |
| 2008 | (0.50) | 3.02 | 3.07 | (2.44) |
| 2009 | (0.34) | 1.51 | 2.48 | (1.18) |
| 2010 | (1.85) | 1.68 | NA | 0.17 |

4.    Refinery Profitability.  Gulf Coast refinery operations are more profitable than those in

Western Europe that are principal suppliers of foreign gasoline delivered to the East Coast.  Higher

downstream profits in Gulf Coast plants support clean product shipments to Florida which encounter

limited pushback from gasoline imports.  Gulf Coast refineries are more profitable because: (a) they

process lower gravity cheaper crude oils; (b) produce greater relative volumes of higher valued clean

products; and (c) do not export significant supplies at distressed prices.  A comparison between

refinery profitability in Western Europe and the Gulf Coast is presented in Table 50.

TABLE 50

ESTIMATED CASH OPERATING INCOME OF REFINERIES IN WESTERN EUROPE AND
THE GULF COAST, DOLLARS PER BARREL

| | GULF COAST | N.W. EUROPE | GULF COAST PREMIUM |
|---|---|---|---|
| 2001 | $4.52 | $1.96 | $2.29 |
| 2002 | 2.02 | 0.72 | 1.30 |
| 2003 | 3.21 | 2.89 | 0.32 |
| 2004 | 6.16 | 5.08 | 1.08 |
| 2005 | 12.53 | 5.51 | 7.02 |
| 2006 | 12.49 | 5.88 | 6.61 |
| 2007 | 12.60 | 5.75 | 6.85 |
| 2008 | 9.09 | 6.35 | 2.74 |
| 2009 | 3.03 | 1.66 | 1.37 |
| 2010 | 3.42 | 1.57 | 1.85 |

SOURCE: MUSE, STANCIL & CO.

Confidential Business Information
Exempt From FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

C.    FORECAST FLEET EMPLOYMENT AND FUTURE TIME CHARTER RATES.

The trend in future fleet employment is predicted by contrasting expected shipping demand with

forecast fleet capacity. These estimates were developed earlier in this report and our findings are

summarized in Tables 51 and 52 which depict moderately dissimilar scenarios. The driving factor

in this exercise is the rapid elimination of substandard vessels (660,000 DWT) which reduces fleet

capacity to 2.46 million DWT by 2013. The reciprocal element in our analysis is coastwise shipping

demand that is conservatively estimated to be 2.6 million DWT in today's depressed market.

Going forward we predict coastwise shipping requirements will grow due to: expanded refinery

output on the Gulf Coast; pipeline capacity constraints that limit additional overland products

movements to the East Coast; and the need to put more barrels on the water to supply Florida, the

South Atlantic Coastal region and New York Harbor. Additive to this development, we predict there

will be increased tonnage requirements in the West Coast products trade and some growth in Gulf

of Mexico crude oil shuttle tanker employment.

Our first scenario (Table 51) assumes no additional tankers and ATBs are built except for those now

under contract. We believe this is the most realistic assessment of current circumstances in which

the fleet is overtonnaged and none of the shippers are willing to enter into compensatory time charter

contracts necessary to get vessels financed and built. The second scenario (Table 52) assumes three

additional product tankers are built in the near term. This includes two tankers constructed on

speculation by Aker Philadelphia Shipyard and one tanker salvaged from the aborted Shell-Heavylift

program.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Future fleet balances are depicted in the schedules below with tonnage deficits assumed to be

covered by additional newbuildings having capacities of 330,000 barrels each. The delivery

capability of these vessels when supplying Gulf Coast cargos to Florida, the South Atlantic region

and New York Harbor is as follows:

|                   | BPD    |
|-------------------|--------|
| New York Harbor   | 20,000 |
| South Atlantic    | 27,000 |
| Port Everglades   | 31,000 |
| Tampa             | 38,000 |

Among the trade demand scenarios employed in our forecast we believe the low case assessment is

the most appropriate one to use in predicting tonnage requirements and the need for additional

newbuildings. This is because trade growth postulated in the low case is only sufficient to regain

(by 2018-2020) what was lost in reduced coastwise petroleum traffic during 2009 and 2010.

Consequently this estimate is considered conservative and still identifies the need to add 15

newbuildings to the fleet during this decade. While higher trade demand may result it is difficult at

this time to predict such a development due to oil company reluctance to enter into time charter

contracts at rates that would support vessel construction.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 87

TABLE 51

**FORECAST TONNAGE BALANCES IN THE COASTWISE TRADE WITH PRODUCT SHIPS AND OCEANGOING BARGES HAVING CAPACITIES BETWEEN 16,000-55,000 DWT ASSUMING NO NEWBUILDINGS BEYOND THOSE NOW UNDER CONTRACT, UNITS IN MILLION DWT**

**LOW CASE TRADE ASSESSMENT**

|    | FLEET CAPACITY | SHIPPING DEMAND | TONNAGE BALANCE | CUMULATIVE NEED FOR ADDITIONAL SHIPS IN NUMBER OF VESSELS |
|----|------|------|------|------|
| 10 | 3.12 | 2.66 | .46 | -- |
| 11 | 2.58 | 2.70 | (.12) | 2.6 |
| 12 | 2.51 | 2.80 | (.29) | 6.3 |
| 14 | 2.41 | 2.90 | (.49) | 10.7 |
| 16 | 2.37 | 3.00 | (.63) | 13.7 |
| 18 | 2.28 | 3.05 | (.77) | 16.7 |
| 20 | 2.28 | 3.10 | (.82) | 17.8 |

**BASE CASE TRADE ASSESSMENT**

|    | FLEET CAPACITY | SHIPPING DEMAND | TONNAGE BALANCE | CUMULATIVE NEED FOR ADDITIONAL SHIPS IN NUMBER OF VESSELS |
|----|------|------|------|------|
| 10 | 3.12 | 2.66 | .46 | -- |
| 11 | 2.58 | 2.70 | (.12) | 2.6 |
| 12 | 2.51 | 2.85 | (.34) | 7.4 |
| 14 | 2.41 | 3.00 | (.59) | 12.8 |
| 16 | 2.37 | 3.10 | (.73) | 15.8 |
| 18 | 2.28 | 3.20 | (.92) | 20.0 |
| 20 | 2.28 | 3.30 | (1.02) | 22.2 |

**HIGH CASE TRADE ASSESSMENT**

|    | FLEET CAPACITY | SHIPPING DEMAND | TONNAGE BALANCE | CUMULATIVE NEED FOR ADDITIONAL SHIPS IN NUMBER OF VESSELS |
|----|------|------|------|------|
| 10 | 3.12 | 2.66 | .46 | -- |
| 11 | 2.58 | 2.70 | (.12) | 2.6 |
| 12 | 2.51 | 2.95 | (.44) | 9.6 |
| 14 | 2.41 | 3.10 | (.69) | 15.0 |
| 16 | 2.37 | 3.20 | (.83) | 18.0 |
| 18 | 2.28 | 3.30 | (1.02) | 22.2 |
| 20 | 2.28 | 3.40 | (1.12) | 24.3 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers LLC
Coastwise Product Tanker Study
March 2010
Page 88

TABLE 52

FORECAST TONNAGE BALANCES IN THE COASTWISE TRADE FOR PRODUCT SHIPS AND
OCEANGOING BARGES HAVING CAPACITIES BETWEEN 16,000-55,000 DWT WITH THREE
ADDITIONAL SHIPS INCLUDED BEYOND THOSE NOW UNDER CONTRACT, UNITS IN MILLION DWT
LOW CASE TRADE ASSESSMENT

| | FLEET CAPACITY | SHIPPING DEMAND | TONNAGE BALANCE | CUMULATIVE NEED FOR ADDITIONAL SHIPS IN NUMBER OF VESSELS |
|---|---|---|---|---|
| 10 | 3.12 | 2.66 | .46 | -- |
| 11 | 2.72 | 2.70 | (.02) | -- |
| 12 | 2.65 | 2.80 | (.15) | 3.3 |
| 14 | 2.55 | 2.90 | (.35) | 7.6 |
| 16 | 2.51 | 3.00 | (.49) | 10.7 |
| 18 | 2.42 | 3.05 | (.63) | 13.7 |
| 20 | 2.42 | 3.10 | (.68) | 14.8 |

BASE CASE TRADE ASSESSMENT

| | FLEET CAPACITY | SHIPPING DEMAND | TONNAGE BALANCE | CUMULATIVE NEED FOR ADDITIONAL SHIPS IN NUMBER OF VESSELS |
|---|---|---|---|---|
| 10 | 3.12 | 2.66 | .46 | -- |
| 11 | 2.72 | 2.70 | .02 | -- |
| 12 | 2.65 | 2.85 | (.20) | 4.3 |
| 14 | 2.55 | 3.00 | (.45) | 9.8 |
| 16 | 2.51 | 3.10 | (.59) | 12.8 |
| 18 | 2.42 | 3.20 | (.78) | 17.0 |
| 20 | 2.42 | 3.30 | (.88) | 19.1 |

HIGH CASE TRADE ASSESSMENT

| | FLEET CAPACITY | SHIPPING DEMAND | TONNAGE BALANCE | CUMULATIVE NEED FOR ADDITIONAL SHIPS IN NUMBER OF VESSELS |
|---|---|---|---|---|
| 10 | 3.12 | 2.66 | .46 | -- |
| 11 | 2.72 | 2.70 | .02 | -- |
| 12 | 2.65 | 2.95 | (.30) | 6.5 |
| 14 | 2.55 | 3.10 | (.55) | 12.0 |
| 16 | 2.51 | 3.20 | (.69) | 15.0 |
| 18 | 2.42 | 3.30 | (.88) | 19.1 |
| 20 | 2.42 | 3.40 | (.98) | 23.3 |

Due to overtonnaging being short lived and the prospect of capacity shortfalls becoming more

evident, we believe the capital cost associated with adding newbuildings to the fleet will exert

positive pressure on time charter rates after 2012. Moreover, fleet consolidation into the hands of

several companies will facilitate an upward bias in setting future contract rates.  However, the small

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

number of new vessels operating without time charters and those relet into the spot market will act

as a depressant on period fixtures put under contract during the next two years.  Thereafter, we

believe compensatory period fixtures on newbuildings entering the fleet will increase daily hire

revenues rates to $58,000 per day by 2013.  Once fleet capacity matches shipping requirements and

equilibrium is achieved, growth in time charter revenues will track operating cost escalators

contained in the contracts.  Our rate forecast is presented in Table 53.

TABLE 53

FORECAST AVERAGE TIME CHARTER RATES REALIZED BY NEWBUILDINGS EMPLOYED
IN THE COASTWISE PETROLEUM PRODUCT FLEET, UNITS IN THOUSAND DOLLARS PER DAY

| | PRODUCT TANKER (330,000 B) | ATBS (330,000 B) | ATBS (180,000 B) |
|---|---|---|---|
| 2008 | $45.7 | -- | $29.0 |
| 2009 | 47.4 | -- | 30.0 |
| 2010 | 51.8 | -- | 31.5 |
| 2011 | 52.5 | $53.0 | 32.3 |
| 2012 | 55.0 | 54.0 | 32.5 |
| 2013 | 58.0 | 55.6 | 33.0 |
| 2014 | 59.0 | 57.0 | 33.5 |
| 2015 | 61.1 | 58.0 | 34.2 |
| 2016 | 62.4 | 58.9 | 35.0 |
| 2017 | 63.6 | 59.5 | 36.0 |
| 2018 | 64.8 | 60.5 | 37.0 |
| 2019 | 66.0 | 61.0 | 38.0 |
| 2020 | 67.0 | 62.0 | 39.0 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Attachment VII

### DECLARATION REGARDING LOBBYING

I, **Robert K. Kurz,** do hereby declare under penalty of perjury, in accordance with the provisions of 28 United States Code 1746, that the following statements are true and correct to the best of my knowledge:

1. I am the Chief Executive Officer of **American Product Tankers Parent LLC,** an applicant (the "Applicant") for a loan guarantee pursuant to Title XI of the Merchant Marine Act, 1936, and this Declaration is hereby submitted in compliance with the provisions of 31 U.S.C. 1352, as amended by the Lobbying Disclosure Act of 1995, Pub. L. 104-65, December 19, 1995 (the "Lobbying Act").

2. The submission of the information set forth herein has been duly authorized and approved in the manner required by the Applicant's Articles of Incorporation and its Bylaws.

3. There immediately follows a list of any lobbyists who have an obligation to register under the Lobbying Act and who have made lobbying contacts on behalf of the Applicant in connection with the requested loan guarantee:

   **None.**

4. The Applicant will file a further declaration in the form of this Declaration at the end of each calendar quarter in which there occurs any event that materially affects the accuracy of the information contained in this Declaration.

5. The terms "lobbyist" and "lobbying contacts" used herein have the meanings given to them by the Lobbying Act.

DATED: August 23, 2010

Name:        Robert K. Kurz
Title:    Chief Executive Officer

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)



### *Delaware*    PAGE 1

#### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "AMERICAN PETROLEUM TANKERS PARENT LLC" AS RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF FORMATION, FILED THE FOURTEENTH DAY OF APRIL, A.D. 2010, AT 4:13 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED LIABILITY COMPANY, "AMERICAN PETROLEUM TANKERS PARENT LLC".

4809906   8100H

100487061

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 7983127

DATE: 05-10-10

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 05:10 PM 04/14/2010*
*FILED 04:13 PM 04/14/2010*
*SRV 100384161 - 4809906 FILE*

## CERTIFICATE OF FORMATION

### OF

### AMERICAN PETROLEUM TANKERS PARENT LLC

The undersigned, desiring to form a limited liability company pursuant to the Delaware Limited Liability Company Act, 6 Delaware Code, Chapter 18, does hereby certify as follows:

**FIRST:** The name of the limited liability company is American Petroleum Tankers Parent LLC.

**SECOND:** The address of its registered office in the State of Delaware is 2711 Centerville Road, Suite 400, Wilmington, Delaware, 19808. The name of its registered agent at such address is Corporation Service Company.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation of American Petroleum Tankers Parent LLC this 14th day of April, 2010.

By: _____
Name: Alon Harnoy
Title: Authorized Person

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11130915.3

1

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11130915.3

2

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11130915.3

3

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11130915.3

4

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-111309153

5

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-111309153                                    6

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11130915.3
Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-111309153

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

# Delaware

PAGE 1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "JV TANKER CHARTERER LLC", FILED IN THIS OFFICE ON THE SIXTEENTH DAY OF OCTOBER, A.D. 2006, AT 12:37 O'CLOCK P.M.

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

4235716   8100

060946088

AUTHENTICATION: 5122409

DATE: 10-17-06

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

# CERTIFICATE OF FORMATION

## OF

## JV TANKER CHARTERER LLC

\* \* \* \* \* \* \*

**FIRST:**     The name of the limited liability company is JV Tanker Charterer LLC.

**SECOND:**     The address of its registered office in the State of Delaware is 2711 Centerville Road, Suite 400, Wilmington, DE.  The name of its registered agent at such address is Corporation Service Company.

   **IN WITNESS WHEREOF**, the undersigned has executed this Certificate of Formation of JV Tanker Charterer LLC this 16th day of October, 2006.


   /s/ Celia Montgomery
   Celia Montgomery, Authorized Person

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 12:43 PM 10/16/2006*
*FILED 12:37 PM 10/16/2006*
*SRV 060946088 - 4235716 FILE*

45835610.1

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-10947101.2

2

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-10947101.2

3

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-10947101.2

**4**

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-10947101.2

5

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-10947101.2

6

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-10947101.2

7

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-10947101.2

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

**2**

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11166611.2

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)



**PAGE   1**

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "PI 2 PELICAN STATE LLC" AS RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF FORMATION, FILED THE FOURTH DAY OF FEBRUARY, A.D. 2009, AT 1:17 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED LIABILITY COMPANY, "PI 2 PELICAN STATE LLC".

4652212   8100H

090323834

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 7222340

DATE: 04-01-09

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:23 PM 02/04/2009
FILED 01:17 PM 02/04/2009
SRV 090101506 - 4652212 FILE

### CERTIFICATE OF FORMATION

#### OF

#### PI 2 PELICAN STATE LLC

This Certificate of Formation of PI 2 PELICAN STATE LLC, dated February 4, 2009, is being duly executed and filed by Jon Fantell, as an authorized person to form a limited liability company under the Delaware Limited Liability Company Act (6 Del. C. §18-101 et seq.).

The undersigned, being duly authorized to execute and file this Certificate of Formation, hereby certifies that:

1.   The name of the company is PI 2 Pelican State LLC; and

2.   The address of the registered office and the name and the address of the registered agent of the company required to be maintained by Section 18-104 of the Delaware Limited Company Act are Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware, 19808.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation as of the day and year first written above.

_____
Name:    Jon Fantell
Authorized Person

NY: 614854-1

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-10947409.1
NY: 614561-2

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-10947409.1

2

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-10947409.1

3

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-10947409.1

4

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-10947409.1

5

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-10947409.1

6

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-10947409.1

7

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-10947409.1

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

2

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11168093.2

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

# *Delaware*

PAGE 1

## *The First State*

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "APT SUNSHINE STATE LLC", FILED IN THIS OFFICE ON THE TWELFTH DAY OF NOVEMBER, A.D. 2009, AT 1:42 O'CLOCK P.M.

4733089   8100

091012104

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 7637569

DATE: 11-12-09

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

State of Delaware
Secretary of State
Division of Corporations
Delivered 02:10 PM 11/12/2009
FILED 01:42 PM 11/12/2009
SRV 091012104 - 4733089 FILE

# CERTIFICATE OF FORMATION

## OF

## APT SUNSHINE STATE LLC

The undersigned, desiring to form a limited liability company pursuant to the Delaware Limited Liability Company Act, 6 Delaware Code, Chapter 18 (the "Act"), does hereby certify as follows:

**FIRST:** The name of the limited liability company is APT Sunshine State LLC.

**SECOND:** The address of its registered office in the State of Delaware is 2711 Centerville Road, Suite 400, Wilmington, Delaware, 19808. The name of its registered agent at such address is Corporation Service Company.

**IN WITNESS WHEREOF,** the undersigned has executed this Certificate of Formation of APT Sunshine State LLC this 12th day of November, 2009.

By: _____

Name:   Alon Harpby

Title:   Authorized Person

DOC ID-11013599.2

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11011357.4

**2**

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11011857.4

3

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11011357.4

4

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11011357.4

5

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11011357.4

**6**

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11011357.4

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11011357.4

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11168097.2

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)



*Delaware*   PAGE 1

*The First State*

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT
COPY OF THE CERTIFICATE OF AMENDMENT OF "USS PRODUCTS INVESTOR
LLC", CHANGING ITS NAME FROM "USS PRODUCTS INVESTOR LLC" TO
"AMERICAN PETROLEUM TANKERS LLC", FILED IN THIS OFFICE ON THE
TWENTY-EIGHTH DAY OF JULY, A.D. 2009, AT 7:58 O'CLOCK A.M.

4196168   8100

090731403

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 7441841

DATE: 07-28-09

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

State of Delaware
Secretary of State
Division of Corporations
Delivered 08:04 AM 07/28/2009
FILED 07:58 AM 07/28/2009
SRV 090731403 - 4196168 FILE

## CERTIFICATE OF AMENDMENT

### OF

## CERTIFICATE OF FORMATION

### OF

## USS PRODUCTS INVESTOR LLC

(Pursuant to Sec 18-202 of the Delaware Limited Liability Company Act)

**FIRST:** The name of the limited liability company is USS PRODUCTS INVESTOR LLC.

**SECOND:** The Certificate of Formation is hereby amended to change Article First of the Certificate of Formation.

**THIRD:** To accomplish the foregoing, the name of the limited liability company should be set forth and amended as follows:

"FIRST: The name of the limited liability company is AMERICAN PETROLEUM TANKERS LLC."

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Amendment of Certificate of Formation on the 28th day of July, 2009.

USS PRODUCTS INVESTOR LLC

By: Blackstone Capital Partners V USS, L.P., its Managing Member

By: Blackstone Management Associates V USS L.L.C., its General Partner

By: BMA V USS L.L.C., its Sole Member

By: _____
David I. Foley
Senior Managing Director

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

State of Delaware
Secretary of State
Division of Corporations
Delivered 06:23 PM 07/26/2006
FILED 06:21 PM 07/26/2006
SRV 060705646 - 4196168 FILE

## CERTIFICATE OF FORMATION

### OF

### USS PRODUCTS INVESTOR LLC

* * * * * * *

**FIRST:** The name of the limited liability company is USS PRODUCTS INVESTOR LLC.

**SECOND:** The address of its registered office in the State of Delaware is 2711 Centerville Road, Suite 400, Wilmington, DE. The name of its registered agent at such address is Corporation Service Company.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation of USS Products Investor LLC this 26th day of July, 2006.

/s/ Paul Gridley
Paul Gridley, Authorized Person

498957166 1                    -1-

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11095527.4

1

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11095527.4

3

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11095527.4

5

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

.

DOC ID-11095527.4                    6

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11095527.4

7

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11095527.4

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

# Delaware

PAGE  1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT
COPY OF THE CERTIFICATE OF FORMATION OF "AMERICAN PETROLEUM
TANKERS HOLDING LLC", FILED IN THIS OFFICE ON THE SEVENTH DAY OF
APRIL, A.D. 2010, AT 6:08 O'CLOCK P.M.

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION:  7918610

DATE:  04-08-10

4803711   8100

100361002

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

State of Delaware
Secretary of State
Division of Corporations
Delivered 06:14 PM 04/07/2010
FILED 06:08 PM 04/07/2010
SRV 100361002 - 4803711 FILE

## CERTIFICATE OF FORMATION

### OF

### AMERICAN PETROLEUM TANKERS HOLDING LLC

The undersigned, desiring to form a limited liability company pursuant to the Delaware Limited Liability Company Act, 6 Delaware Code, Chapter 18, does hereby certify as follows:

**FIRST:** The name of the limited liability company is American Petroleum Tankers Holding LLC.

**SECOND:** The address of its registered office in the State of Delaware is 2711 Centerville Road, Suite 400, Wilmington, Delaware, 19808. The name of its registered agent at such address is Corporation Service Company.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation of American Petroleum Tankers Holding LLC this 7th day of April, 2010.

By: _____

Name: Alon Harnoy
Title: Authorized Person

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

i

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

ii

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

iii

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

1

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

2

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10          3

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

4

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10                    5

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10                    6

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

7

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10                    8

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

9

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

10

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10                              11

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

12

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10                          13

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

15

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10                              16

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10                    17

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

18

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

19

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

20

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10                    **21**

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10                    22

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

24

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

25

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10                    26

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

27

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10                                    28

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10                    29                              •

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

30

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

31

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10                    **32**

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

33

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10                    34

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10                          35

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10                          **36**

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

37

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10                     **38**

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

39

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10                    **40**

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

41

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

A-1

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10                                        A-2

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

A-3

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

A-4

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10                    A-5

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10                                    A-6

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

A-7

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

A-8

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

A-9

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

A-10

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

A-11

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10                          A-12

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

A-13

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

A-14

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

A-15

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

A-16

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10                    A-17

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11096087.10

A-18

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

A-19

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11128698.3

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11128698.3

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11128698.3

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. ( )(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11128698.3

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11128698.3

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11128698.3

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. ( b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11128698.3

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

1

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11128098.3                                2

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11128698.3

3

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11128698.3

4

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11128698.3

5

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11128698.3

7

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11128698.3

8

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11128698.3                    9

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11128698.3

1

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

.

.

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11128698.3                         3

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

.

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11128698.3                        4

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11128698.3

5

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11128698.3

6

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11128698.3

7

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11128698.3                              **8**

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11128698.3

1

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11128698.3

2

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11128698.3                                           3

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-11128698.3

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Parent LLC**
**345 Park Avenue, 29th Floor**
**New York, New York  10154**

**Officers and Directors of Applicant**

| Name | Position | Address | Citizenship | Business Activities for Last 5 Years | Interest Owned |
|------|----------|---------|-------------|--------------------------------------|----------------|
| **Officers:** | | | | | |
| Robert K. Kurz | Chief Executive Officer | 345 Park Avenue New York, NY  10154 | USA | Employed by the Applicant since January 2010. President and CEO of American Shipping Company 2007-2009.  Partner in the Leland Group 2006-2007. President of Keystone Shipping Company 1999-2006. | 0% |
| **Directors:** | | | | | |
| David I. Foley | Director | 345 Park Avenue New York, NY  10154 | USA | Employed by The Blackstone Group L.P. continuously for last 5 years.  Currently serves as a Director of Republic Services,Inc., Crestwood Midstream Partners, Kosmos Energy, OSUM Oil Sands Corp., PBF Investments, Meerwind Transmission Developers Inc. and Sithe Global Power. | Less than 1% |
| Sean T. Klimczak | Director | 345 Park Avenue New York, NY  10154 | USA | Employed by The Blackstone Group L.P. continuously for last 5 years.  Currently serves on the Board of Directors of Universal Orlando, The Weather Channel, Sithe Global Power, Forest Systems, Meerwind Transmission Developers Inc. and The Blackstone Charitable Foundation. | Less than 1% |

Confidential Business Information
Exempt from FOIA Disclosure
Pursuant to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

19115334 v4

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

19115334 v4

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

**19115334 v4**

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

19115334 v4

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

19115334 v4

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

**2.**

19115334 v4

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

19115334 v4

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

19115334 v4

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

**19115334 v4**

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

19115334 v4

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

19115334 v4

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

19115334 v4

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

19115334 v4

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

19115334 v4

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

19115334 v4

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

19115334 v4

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

19115334 v4

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

19115334 v4

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)