# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN PETROLEUM TANKERS PARENT LLC, | ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 1:12-CV-001165-CKK |
| v. | ) ) | Notice of Filing of Administrative Record |
| The UNITED STATES OF AMERICA, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING OF VOLUME 3 OF THE ADMINISTRATIVE RECORD

Defendants hereby give notice that attached hereto is **Volume 3** of the redacted

Administrative Record in this action, which is being filed in 26 separate volumes.

Respectfully Submitted,

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

DIANE KELLEHER
Assistant Branch Director

*s/ Daniel Bensing*
DANIEL BENSING
Senior Counsel
(D.C. Bar No. 334268)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 6114
Washington D.C. 20530
Tel.: (202) 305-0693
Fax:  (202) 616-8460
Email:  Daniel.Bensing@USDOJ.gov

Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2013 I electronically filed the foregoing Notice of Filing of Volume 3 of the Administrative Record with the Clerk of the Court by using the CM/ECF system.


/s/ *Daniel Bensing*
DANIEL BENSING

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

(
I
t

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

,

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

APT v. USA                                                                                                        1376

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

Con
Exc
to 5

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

C
E
t

.

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

.

CONFIDENTIAL BUSINESS INFORMATION

Confidential Busir
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

NY1:#3428692
Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

1

19082721 v7

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

2

19082721 v7

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information                    3                    19082721 v7
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

4                    19082721 v7

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

5

19082721 v7

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

19082721 v7

CONFIDENTIAL BUSINESS INFORMATION

NYI 1026680v7

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

2

NY1 1026680v7

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

3

NY1 1026680v7

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

4

NY1 1026680v7

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

5

NY1 1026680v7

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

6

NY1 1026680v7

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

7

NY1 1026680v7

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

8

NY1 1026680v7

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

9

NY1 1026680v7

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

10

NY1 1026680v7

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

11

NY1 1026680v7

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

12

NY1 1026680v7

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

1434

CONFIDENTIAL BUSINESS INFORMATION

13

NY1 1026680v7

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

14

NY1 1026680v7

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

15

NY1 1026680v7

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

16

NY1 1026680v7

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

17

NY1 1026680v7

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

18

NY1 1026680v7

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

19

NY1 1026680v7

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Schedule I-1

NY1 1026680v7

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

19082720 v6

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

2

19082720 v6

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

3

19082720 v6

.

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

4

19082720 v6

CONFIDENTIAL BUSINESS INFORMATION

.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

5

19082720 v6

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

19082720 v6

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

19082720 v6

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

19082720 v6

CONFIDENTIAL BUSINESS INFORMATION

19082720 v6

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

I-1

NYI 1027750v5

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

I-2

NY1 1027750v5

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

I-3

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

NY1 1027750v5

CONFIDENTIAL BUSINESS INFORMATION

I-4

NY1 1027750v5

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

NY1 1027750v5

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

NY1 1027750v5

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

NY1 1027750v5

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

I-1

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

NY1 1023827v22

1459

CONFIDENTIAL BUSINESS INFORMATION

II-1

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

NY1 1023827v22

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

II-2

NY1 1023827v22

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

II-3

NY1 1023827v22

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

II-4

NY1 1023827v22

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

II-5

NYI 1023827v22

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

2

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

3

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

**4**

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

5

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

6

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-10926256.4

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

DOC ID-10926256.4

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

2

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

3

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

4

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

5

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

2

.

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

3

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant         4
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

2

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

**3**

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

**4**

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

5

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

6

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

7

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

8

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

2

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

**3**

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

4

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

5

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

6

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

7

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

8

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

9

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

10

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

## Vandeventer, Margaret (MARAD)

| | |
|---|---|
| ﹥m: | Rob Kurz <rob.kurz@americanpetroleumtankers.com> |
| ﹥nt: | Monday, April 05, 2010 8:59 AM |
| To: | Matsuda, David (MARAD) |
| Subject: | Get Together |

Dave:

Good morning. My name is Rob Kurz and I am Chief Executive Officer of American Petroleum Tankers LLC, which is the company that owns the five product tankers that are being/have been built out at NASSCO. I would very much appreciate the opportunity to meet with you sometime in the near future to introduce myself and tell you about our company and our plans for the future. To this end, could you please give me some open dates and times that would be convenient for you in second half April?

Thanks and best regards,

Rob

Robert K. Kurz
Chief Executive Officer
American Petroleum Tankers LLC
345 Park Avenue
New York, NY 10154
⁻ mail: Rob.Kurz@AmericanPetroleumTankers.com
: 215-776-0173
(Fax): 215-646-4391

1

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

2

CONFIDENTIAL BUSINESS INFORMATION

3

4

CONFIDENTIAL BUSINESS INFORMATION

5

CONFIDENTIAL BUSINESS INFORMATION

6

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

8

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

10

11

CONFIDENTIAL BUSINESS INFORMATION

12

CONFIDENTIAL BUSINESS INFORMATION

14

CONFIDENTIAL BUSINESS INFORMATION

15

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

| | |
|---|---|
| **From:** | Cindy Koehn [cjkoehn@argentgroupltd.com] |
| **Sent:** | Wednesday, September 01, 2010 5:39 PM |
| **To:** | Ladd, Daniel (MARAD) |
| **Cc:** | Nancy Mattson |
| **Subject:** | RE: APT - technical CDs |

The CD for the technical info (Attachment III), is actually IN the binder.  There's a CD envelope mounted on a 8 X 11 cardstock, punched and inserted in the binder behind the "Attachment III" tab.

**From:** Daniel.Ladd@dot.gov [mailto:Daniel.Ladd@dot.gov]
**Sent:** Wednesday, September 01, 2010 2:15 PM
**To:** Cindy Koehn
**Subject:** APT - technical CDs

Hi Cindy!

We received the package with the APT applications yesterday.  Upon opening it, we discovered that the CDs with the technical information were not present.  Could you try to track them down and send us three copies of the technical information?

Thanks!

-Dan

1

**From:** Ladd, Daniel (MARAD)
**Sent:** Thursday, October 07, 2010 7:20 PM
**To:** Nancy Mattson; 'Rob Kurz'; 'megottlieb@argentgroupltd.com'
**Subject:** APT
**Attachments:** APT001.PDF

Rob, Nancy & Marty-

Attached please find a scan of the deficiency letter for the American petroleum Tankers
application.  The original will be sent to Rob via US mail.

Thank You!

Dan Ladd

1

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

| | |
|---|---|
| **From:** | Nancy J. Mattson [njmattson@argentgroupltd.com] |
| **Sent:** | Monday, October 18, 2010 5:30 PM |
| **To:** | Ladd, Daniel (MARAD) |
| **Cc:** | rob.kurz@americanpetroleumtankers.com; Phil Doherty; Martin E. Gottlieb |
| **Subject:** | American Petroleum Tankers Title XI Application: Deficiency Letter Response |
| **Attachments:** | DefLtr Response 2010-10-18 Final.pdf; 2010 Q2 American Petroleum Tankers Quarterly Report.pdf; Applicant's Officers & Directors_Rev1.pdf; MSC reconfigures tanker fleet Adds first of two new ships, retires two.mht; MSC Reconfigures Tanker Fleet.mht |

Dan –

On behalf of American Petroleum Tankers Parent LLC, I am submitting the attached responses to the Deficiency Letter dated October 7, 2010.

Please note that this email and any attachments hereto constitute "trade secrets and commercial or financial information [that is] privileged or confidential" within the meaning of 49 CFR 7.13(c)(4) and the Freedom of Information Act and accordingly is submitted with the understanding that it is not subject to disclosure under FOIA. Disclosure of such information would cause substantial harm to American Petroleum Tankers Parent LLC (the "Applicant"). The Applicant is submitting this information under your previously-given assurances that it will not be released by the Maritime Administration or the Department of Transportation unless a court determines that its release is required by law. The Applicant further understands that in the event a request is received for such information, the Maritime Administration or the Department of Transportation will notify the Applicant expeditiously and will permit the Applicant to submit written objections to release pursuant to 49 CFR 7.17(a), unless the Maritime Administration or the Department of Transportation determines (as we expect that it will for the reasons discussed above) that the information should not be disclosed as provided in 49 CFR 7.17(c).

Please call me with any questions on the above information.

Regards - Nancy

```
Nancy J. Mattson
Managing Director
Argent Group Ltd.

100 Pine Street, Suite 2820
San Francisco, CA  94111
Phone:   (415) 982-7883
Fax:     (415) 982-7885
Mobile:  (415) 793-9993
e-mail:  njmattson@argentgroupltd.com

CONFIDENTIALITY NOTICE

The information contained in this transmission is intended only for the person or entity
to which it is addressed and may contain confidential and/or privileged material. If you
are not the intended recipient of this information, do not review, retransmit, disclose,
disseminate, use, or take any action in reliance upon this information. If you received
this transmission in error, please contact the sender and destroy all printed copies and
delete the material from all computers.
```

1

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

# QUARTERLY REPORT (Unaudited)

## For the quarterly period ended June 30, 2010

### American Petroleum Tankers Parent LLC
(Exact name of Reporting Entity as specified in its charter)

Delaware
(State or other jurisdiction
or incorporation or organization)

90-0583752
(I.R.S Employer Identification No.)

345 Park Avenue, 29th Floor, New York, New York
c/o The Blackstone Group L.P.
(Address of principal executive offices)

10154
(Zip Code)

Reporting Entity's telephone number, including area code: **(215) 776-0173**

QUARTERLY REPORT PURSUANT TO THE INDENTURE, DATED AS OF MAY 17, 2010, AMONG AMERICAN PETROLEUM TANKERS PARENT LLC AND AP TANKERS CO., AS ISSUERS AND THE GUARANTORS PARTY THERETO AND THE BANK OF NEW YORK MELLON TRUST COMPANY, AS TRUSTEE (THE "INDENTURE").  NONE OF THE FOREGOING AS OF THE DATE HEREOF IS SUBJECT TO THE REPORTING REQUIREMENTS OF SECTION 13 OR 15(D) OF THE SECURITIES EXCHANGE ACT OF 1934, AS AMENDED.

As of August 1, 2010, 100% of the Reporting Entity's membership interests were outstanding.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Parent LLC**

**QUARTERLY REPORT (Unaudited)**

**For the quarterly period ended June 30, 2010**

**INDEX**

| | | Page |
|---|---|---|
| | Explanatory Statement | i |
| | Forward Looking Statement | i |
| **PART I** | **FINANCIAL INFORMATION** | |
| ITEM 1. | Financial Statements | 1 |
| | -- Unaudited Condensed Consolidated Balance Sheets as of June 30, 2010 and December 31, 2009 | 1 |
| | -- Unaudited Condensed Consolidated Statements of Operations for the three and six months ended June 30, 2010 and 2009 | 2 |
| | -- Unaudited Condensed Consolidated Statements of Changes in Members' Equity for the six months ended June 30, 2010 | 3 |
| | -- Unaudited Condensed Consolidated Statements of Cash Flows for the six months ended June 30, 2010 and 2009 | 4 |
| | -- Notes to Unaudited Condensed Consolidated Financial Statements for the three and six months ended June 30, 2010 and 2009 | 5 |
| ITEM 2. | Managements Discussion and Analysis of Financial Conditions and Results of Operations | 20 |
| ITEM 3. | Quantitative and Qualitative Disclosure About Market Risk | 28 |
| ITEM 4. | Controls and Procedures | 28 |
| **PART II** | **OTHER INFORMATION** | |
| ITEM 1. | Legal Proceedings | 30 |
| ITEM 1A. | Risk Factors | 30 |
| ITEM 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 30 |
| ITEM 3. | Defaults Upon Senior Securities | 30 |
| ITEM 4. | Reserved | 30 |
| ITEM 5. | Other Information | 30 |
| ITEM 6. | Exhibits | 30 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Explanatory Statement

On May 14, 2010, American Petroleum Tankers LLC ("APT") consummated a restructuring of its corporate organization, resulting in: (i) the formation of American Petroleum Tankers Holding LLC (the "Company"), a new parent holding company; (ii) the formation of American Petroleum Tankers Parent LLC ("APT Parent"), a new wholly-owned subsidiary of the Company; and (iii) the contribution down of the interests of: (a) our former parent holding company, APT, and (b) APT Intermediate Holdco LLC ("Intermediate Holdco"), such that APT and Intermediate Holdco became wholly-owned subsidiaries of APT Parent. The financials provided in this quarterly report are provided by the Company and its subsidiaries on a consolidated basis. This quarterly report and reports for future periods will include financial statements for the Company and its subsidiaries on a consolidated basis.

Forward-Looking Statements

This quarterly report contains various "forward-looking statements" (as that term is defined by the federal securities laws) about our financial condition, results of operations and business. You can find many of these statements by looking for words such as "may," "will," "expect," "anticipate," "believe," "estimate," "project," "continue," "potential," "plan," "forecast," "outlook," and similar words used in this quarterly report.

These forward-looking statements are subject to numerous assumptions, risks and uncertainties. Because the statements are subject to risks and uncertainties, actual results may differ materially from those expressed or implied by the forward-looking statements. We caution readers not to place undue reliance on the statements, which speak only as the date of the quarterly report.

We disclose important risk factors that could cause our actual results to differ materially from our expectations under "Management's Discussion and Analysis of Financial Condition and Results of Operations" provided in this quarterly report and under "Risk Factors" provided in the confidential offering circular, dated May 6, 2010 (the "Offering Circular"), and elsewhere therein. Risks and uncertainties that could cause actual results to vary materially from those anticipated in the forward-looking statements included in this quarterly report include general economic conditions in the markets in which we operate, industry-related factors and risks specific to us. These cautionary statements qualify all forward-looking statements attributed to us or persons acting on our behalf. When we indicate that an event, condition or circumstance could or would have an adverse effect on us, we mean to include effects upon our business, financial and other conditions, results of operations, prospects and ability to service our debt. Additional risks and uncertainties not currently known to us or that we currently deem to be immaterial also may materially adversely affect our business, financial and other conditions, results of operations, prospects and ability to service our debt.

The cautionary statements set forth above should be considered in connection with any subsequent written or oral forward-looking statements that we or persons acting on our behalf may issue. We do not undertake any obligation to release publicly any revisions to any forward-looking statement to reflect events or circumstances after the date of this quarterly report or to reflect the occurrence of unanticipated events.

i

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**PART I – FINANCIAL INFORMATION**

*Item 1. Financial Statements*

**American Petroleum Tankers Holding LLC**
**Unaudited Condensed Consolidated Balance Sheets**
**as of June 30, 2010 and December 31, 2009**
**(in thousands)**

| | June 30, 2010 | | December 31, 2009 | |
|---|---|---|---|---|
| **Assets** | | | | |
| Cash and cash equivalents | $ | 21,344 | $ | 7,893 |
| Accounts receivable, net | | 3,793 | | 4,517 |
| Prepaid expenses and other current assets | | 533 | | 406 |
| Restricted cash | | 169,907 | | 800 |
| Total Current Assets | | 195,577 | | 13,616 |
| Restricted cash, net of current portion | | - | | 2,000 |
| Deferred financing costs | | 13,273 | | 9,720 |
| Other assets | | 3,028 | | 3,986 |
| Vessels and construction in progress, net | | 682,770 | | 624,080 |
| Total Assets | $ | 894,648 | $ | 653,402 |
| | | | | |
| **Liabilities and Members' Equity** | | | | |
| Accrued expenses and other liabilities | $ | 157,431 | $ | 90,709 |
| Payable due USS Entities | | 220 | | 759 |
| Unearned revenue | | 4,425 | | 3,291 |
| Current portion of long-term debt | | - | | 12,384 |
| Total Current Liabilities | | 162,076 | | 107,143 |
| Long-term debt, net of current portion | | 618,624 | | 414,200 |
| Total Liabilities | | 780,700 | | 521,343 |
| Commitments and Contingencies (Note 11) | | | | |
| **Members' Equity** | | 113,948 | | 132,059 |
| Total Liabilities and Members' Equity | $ | 894,648 | $ | 653,402 |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

1

**American Petroleum Tankers Holding LLC**
**Unaudited Condensed Consolidated Statements of Operations**
**For the Three and Six Months Ended June 30, 2010 and 2009**
**(in thousands)**

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
|  | 2010 | 2009 | 2010 | 2009 |
| **Revenues** | $  13,360 | $  4,809 | $  25,929 | $  8,906 |
| **Expenses:** | | | | |
| Operating expenses | 5,151 | 2,927 | 10,277 | 4,734 |
| General and administrative expenses | 536 | 36 | 873 | 317 |
| Depreciation | 3,752 | 1,525 | 7,556 | 3,050 |
| Management fees [1] | 518 | 615 | 1,077 | 1,991 |
| Total Expenses | 9,957 | 5,103 | 19,783 | 10,092 |
| **Operating income (loss)** | 3,403 | (294) | 6,146 | (1,186) |
| **Other (expense) income:** | | | | |
| Interest income | 7 | 6 | 7 | 13 |
| Interest expense [1] | (10,352) | (851) | (15,000) | (1,385) |
| Debt extinguishment expense | (7,640) | - | (7,640) | - |
| Derivative (losses) gains | (507) | 1,312 | (1,624) | 1,501 |
| **Net income (loss)** | $  (15,089) | $  173 | $  (18,111) | $  (1,057) |

[1] Expenses include amounts to related parties, as discussed in Note 8.

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**
**Unaudited Condensed Consolidated Statements of Changes in Members' Equity**
**For the Six Months Ended June 30, 2010**
**(in thousands)**

|  | Member Interests | | | | Total Members' Equity |
|  | Class A | | Class B | | |
|---|---|---|---|---|---|
| **Balance at December 31, 2009** | $ | 93,854 | $ | 38,205 | $ 132,059 |
| Net loss | | - | | (18,111) | (18,111) |
| **Balance at June 30, 2010** | $ | 93,854 | $ | 20,094 | $ 113,948 |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

3

**American Petroleum Tankers Holding LLC**
**Unaudited Condensed Consolidated Statements of Cash Flows**
**For the Six Months Ended June 30, 2010 and 2009**
**(in thousands)**

|  | 2010 | 2009 |
|---|---|---|
| **OPERATING ACTIVITIES:** | | |
| Net loss | $ (18,111) | $ (1,057) |
| Adjustments to reconcile net loss to net cash | | |
| provided by operating activities: | | |
| Depreciation | 7,556 | 3,050 |
| Amortization of deferred financing costs | 1,701 | - |
| Amortization of discount on notes issued | 192 | - |
| Debt prepayment penalty fees | 2,814 | - |
| Write-off of deferred financing costs | 4,826 | - |
| Derivative losses (gains) | 1,624 | (1,501) |
| Interest paid-in-kind | 11,723 | 581 |
| Changes in current assets and liabilities: | | |
| Accounts receivable, net | 724 | (38) |
| Prepaid expenses and other current assets | (127) | (418) |
| Accrued expenses and other liabilities | 3,391 | (41) |
| Payable due USS Entities | (39) | 1,802 |
| Unearned revenue | 1,134 | - |
| Other | (666) | (747) |
| Net cash provided by operating activities | 16,742 | 1,631 |
| **INVESTING ACTIVITIES:** | | |
| Vessel and construction in progress additions | (5,042) | (128,103) |
| Deposits of restricted cash | (170,707) | - |
| Withdrawals of restricted cash | 3,600 | - |
| Net cash used in investing activities | (172,149) | (128,103) |
| **FINANCING ACTIVITIES:** | | |
| Proceeds from issuance of debt | 277,029 | - |
| Proceeds from revolver borrowings | - | 129,980 |
| Payment on long-term debt | (96,904) | - |
| Debt prepayment penalty fees | (2,814) | - |
| Payment of debt issuance costs | (8,453) | - |
| Net cash provided by financing activities | 168,858 | 129,980 |
| Net increase in cash and cash equivalents | 13,451 | 3,508 |
| Cash and cash equivalents at beginning of period | 7,893 | 16 |
| Cash and cash equivalents at end of period | $ 21,344 | $ 3,524 |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

4

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Six Months Ended June 30, 2010 and 2009**
**(dollars in thousands)**

*Note 1 - Organization*

On May 14, 2010, American Petroleum Tankers LLC ("APT") consummated a restructuring of its corporate organization, resulting in: (i) the formation of American Petroleum Tankers Holding LLC ("APT Holding", the "Company", "we", "our", or "us") as the new parent holding company; (ii) the formation of American Petroleum Tankers Parent LLC ("APT Parent"), as a new wholly-owned subsidiary of APT Holding, and AP Tankers Co., as a new wholly-owned subsidiary of APT Parent; and (iii) the contribution down of the interests of: (a) the former parent holding company, APT, and (b) APT Intermediate Holdco LLC ("Intermediate Holdco"), such that APT and Intermediate Holdco became wholly-owned subsidiaries of APT Parent. The restructuring was initiated to ensure potential future liability resulting from the future operation of two vessels, the *Empire State* and *Evergreen State*, would be limited to APT, the party to the charter for those vessels with the Military Sealift Command department of the U.S. Navy ("MSC"). As a result of this restructuring, APT, Intermediate Holdco and AP Tankers Co. are entities at the same corporate level, each a directly, wholly-owned subsidiary of APT Parent.

These unaudited condensed consolidated financial statements present the consolidated financial position, results of operations, changes in members' equity and cash flows for APT Holding and its subsidiaries.

*Note 2 - Basis of Presentation*

The accompanying unaudited condensed consolidated financial statements for the Company have been prepared in accordance with the instructions to Form 10-Q, and accordingly, certain financial information and footnote disclosures normally included in financial statements prepared in accordance with generally accepted accounting principles in the United States have been omitted. These financial statements should be read in conjunction with the Company's audited consolidated financial statements for the year ended December 31, 2009.

These financial statements include, in the opinion of management, all adjustments necessary for the fair presentation of the financial information included herein, which are of a normal recurring nature.

**Use of Estimates**

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affects the amounts reported in the financial statements and accompanying notes. Actual results could differ from those estimates.

*Note 3 - New Accounting Pronouncements*

In January 2010, the Financial Accounting Standards Board ("FASB") issued ASU No. 2010-06, *Improving Disclosures about Fair Value Measurements.* This update provides amendments to FASB ASC 820, *Fair Value Measurements and Disclosure,* for improving disclosures about fair value measurements on the basis of input received from users of financial statements. This update is effective

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

5

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Six Months Ended June 30, 2010 and 2009 - Continued**
**(dollars in thousands)**

for interim and annual reporting periods beginning after December 15, 2009. The adoption of this standard had no material impact on the Company's balance sheet, statement of operations, statement of changes in members' equity, and statement of cash flows.

In February 2010, the FASB issued ASU No. 2010-09, *Amendments to Certain Recognition and Disclosure Requirements*. This update provides amendments to FASB ASC 855, *Subsequent Events*, for removing the requirement for an SEC filer to disclose a date in issued and revised financial statements. This update is effective upon issuance of the final update. The adoption of this standard had no material impact on the Company's balance sheet, statement of operations, statement of changes in members' equity, and statement of cash flows.

### Note 4 - Restricted Cash

In connection with the issuance of $285,000 of 10¼% First Priority Senior Secured Notes on May 17, 2010, as discussed in Note 7, $169,900 of the net proceeds was placed in an escrow account to fund the remaining construction costs of the Company's vessels.

In connection with the prepayment of the Senior Secured Loan Facility (the "DVB Facility") on May 17, 2010, as discussed in Note 7, the Company is no longer required to maintain Drydock Reserve and Liquidity Accounts, and accordingly has classified these cash balances as cash and cash equivalents at June 30, 2010.

### Note 5 - Construction Contract

The Company has entered into a contract with National Steel and Shipbuilding Company ("NASSCO") for the construction of five 49,000 dwt double-hulled tankers. The first three vessels were delivered in January, June and December 2009, respectively. One tanker was delivered in July 2010 and the remaining tanker is expected to be delivered in December 2010.

The Company estimates that it owes NASSCO $148,440 based on the percentage of completion of the vessels under construction at June 30, 2010. The Company has accrued these costs within Accrued Expenses and Other Liabilities in the accompanying Unaudited Condensed Consolidated Balance Sheet. Future commitments under this contract are further discussed in Note 11.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

6

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Six Months Ended June 30, 2010 and 2009 - Continued**
**(dollars in thousands)**

*Note 6 - Vessels and Construction in Progress, Net*

Vessels and Construction in Progress, Net consists of the following:

|  | June 30, 2010 | December 31, 2009 |
|---|---|---|
| Vessels | $ 458,052 | $ 457,477 |
| Construction in progress | 240,672 | 175,001 |
|  | 698,724 | 632,478 |
| Less accumulated depreciation | (15,954) | (8,398) |
| Total vessels and construction in progress, net | $ 682,770 | $ 624,080 |

Capitalized interest is recorded as part of the asset to which it relates and is amortized over the estimated useful life of the asset.  Interest expense of $2,343 and $3,309 was capitalized during the three months ended June 30, 2010 and 2009, respectively.  Interest expense of $3,791 and $5,850 was capitalized during the six months ended June 30, 2010 and 2009, respectively.

Vessels and construction in progress include accrued amounts of $148,570 and $87,366 at June 30, 2010 and December 31, 2009, respectively.  The accrued amounts are included in Accrued Expenses and Other Liabilities and Payable Due USS Entities in the accompanying Unaudited Condensed Consolidated Balance Sheets.

*Note 7 - Long-Term Debt*

Long-term debt consists of the following:

|  | June 30, 2010 | December 31, 2009 |
|---|---|---|
| Senior Secured Loan Facility | $ - | $ 96,904 |
| 10 1/4% First Priority Senior Secured Notes, net of $7,779 unamortized original issuance discount | 277,221 | - |
| Revolving Notes Facility | 341,403 | 329,680 |
|  | 618,624 | 426,584 |
| Less current portion | - | (12,384) |
|  | $ 618,624 | $ 414,200 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Six Months Ended June 30, 2010 and 2009 - Continued**
**(dollars in thousands)**

**First Priority Senior Secured Notes**

On May 17, 2010, APT Parent and AP Tankers Co. issued $285,000, 10¼% First Priority Senior Secured Notes (the "Notes") due 2015 at a price of 97.203%. Interest on the Notes is payable on May 1 and November 1 of each year, beginning November 1, 2010. On May 17, 2010, net proceeds of $271,329, (net of underwriters' discounts and commissions) were received from the Notes. The issuance discount, $7,971 at the time of issue, is being amortized over the five year term of the Notes using the effective interest method. As of June 30, 2010, the unamortized original issue discount was $7,779. The net proceeds were used to place $169,900 cash in escrow for the construction of vessels, prepay $97,574 related to the DVB Facility (including principal, interest, and prepayment penalty), and the remainder was used to pay related transaction fees and expenses.

In connection with issuing the Notes, $10,080 of costs were capitalized as debt issuance costs within Deferred Financing Costs in the accompanying Unaudited Condensed Consolidated Balance Sheets and is being amortized over the five year term of the Notes using the effective interest method. Included in these costs is an accrual of $1,627 for estimated costs associated with the issuance and registration of the Notes, as discussed below. As of June 30, 2010, the unamortized issuance costs associated with the Notes was $9,837.

In connection with the issuance of the Notes, APT Parent and AP Tankers Co. entered into a registration rights agreement ("Registration Rights Agreement") which requires the use of reasonable efforts to register notes having substantially identical terms as the Notes with the Securities and Exchange Commission under the Securities Act of 1933, as amended, prior to May 12, 2011. In the event that a registration default ("Registration Default") occurs (as defined in the Registration Rights Agreement), then additional interest on the Notes in an amount equal to 0.25% per annum during the first 90-day period immediately following the occurrence of the first Registration Default will be required. The additional interest will increase by 0.25% per annum for each subsequent 90-day period until all Registration Defaults have been cured, up to a maximum amount of 1.0% per annum.

Prior to May 1, 2012, the Notes may be redeemed in part or in full at a redemption price equal to 100% of the principal amount, plus a make-whole premium calculated in accordance with the indenture governing the Notes and accrued and unpaid interest. In addition, prior to May 1, 2012, a portion of the Notes may be redeemed at: (a) 110.25% plus accrued and unpaid interest with the net proceeds of certain equity offerings, provided that at least 65% of the Notes remain outstanding, and/or (b) 103% plus accrued and unpaid interest provided that not more than 10% of the original aggregate principal amount of the Notes issued is redeemed during any twelve month period. On or after May 1, 2012, the Notes may be redeemed in part or in full at the following percentages of the outstanding principal amount prepaid plus accrued and unpaid interest: 105.125% prior to May 1, 2013; 102.563% prior to May 1, 2014; and 100% on or after May 1, 2014.

The indenture governing the Notes contains customary covenants and restrictions on the activities of APT Parent and AP Tankers Co. and APT Parent's restricted subsidiaries, including, but not limited to, limitations on the incurrence of debt, certain restricted payments, dividends and other payments affecting restricted subsidiaries, asset sales, transactions with affiliates, liens, and sale and leaseback

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

8

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Six Months Ended June 30, 2010 and 2009 - Continued**
**(dollars in thousands)**

transactions.  The indentures also contain provisions requiring us to offer to repurchase the Notes upon a change of control.

**Debt Extinguishment Expense**

In connection with the prepayment of the DVB Facility on May 17, 2010, the Company recognized a loss on extinguishment of debt totaling $7,640.  This amount consisted of a $2,814 prepayment penalty and the write-off of $4,826 of unamortized debt financing costs.  The $4,826 write-off of unamortized debt financing costs represents a non-cash adjustment to reconcile net loss to net cash provided by operating activities within the Unaudited Condensed Consolidated Statements of Cash Flows.

**Revolving Notes Facility**

APT entered into (i) Amendment No. 4 to the Revolving Notes Facility (the "Sponsor Facility") Agreement on April 23, 2010, in connection with the corporate restructuring to permit the incurrence of indebtedness under the Notes and to include APT Parent as an obligor under the Sponsor Facility, and (ii) Amendment No. 5 to the Sponsor Facility Agreement on May 5, 2010 to convert the revolving credit loans to a term loan, extend the maturity to May 2016, increase the paid-in-kind interest rate to 12%, and to permit quarterly and annual financial reporting to be made on the same timetable as the financial reporting required pursuant to the indenture governing the Notes.  As a result, the outstanding balance of the Sponsor Facility has been recorded as long-term debt at June 30, 2010.  The Company estimates total paid-in-kind interest of $332,699 to be capitalized under the amended Sponsor Facility for the period May 5, 2010 through May 5, 2016.  The Sponsor Facility is secured by substantially all of the assets of APT Parent and its subsidiaries on a second priority basis.

The maturities of long-term debt subsequent to June 30, 2010, excluding accreted interest on the Sponsor Facility subsequent to June 30, 2010, are as follows:

|      |     |         |
|------|-----|---------|
| 2015 | $   | 277,221 |
| 2016 |     | 341,403 |
|      | $   | 618,624 |

A reconciliation of Interest Expense and Debt Extinguishment Expense for the three and six month periods ended June 30, 2010 and 2009 is as follows:

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

9

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Six Months Ended June 30, 2010 and 2009 - Continued**
**(dollars in thousands)**

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
|  | 2010 | 2009 | 2010 | 2009 |
| Cash paid for interest | $ 952 | $ 3,422 | $ 2,044 | $ 5,707 |
| Paid-in-kind interest | 7,759 | 581 | 11,723 | 581 |
| Amortization of deferred financing costs | 740 | 628 | 1,701 | 1,256 |
| Amortization of discount on notes issued | 192 | - | 192 | - |
| Amortization of administrative fee | 76 | 75 | 152 | 149 |
| Change in interest accrual | 2,976 | (546) | 2,979 | (458) |
| Gross interest expense | 12,695 | 4,160 | 18,791 | 7,235 |
| Less capitalized interest | (2,343) | (3,309) | (3,791) | (5,850) |
| *Net Interest Expense* | $ 10,352 | $ 851 | $ 15,000 | $ 1,385 |
|  |  |  |  |  |
| Cash paid for debt prepayment fee | $ 2,814 | $ - | $ 2,814 | $ - |
| Writeoff of deferred financing costs | 4,826 | - | 4,826 | - |
| *Debt Extinguishment Expense* | $ 7,640 | $ - | $ 7,640 | $ - |

*Note 8 - Related Party Transactions*

**USS Entities**

Until July 28, 2009, USS Product Manager LLC ("Product Manager"), a wholly-owned subsidiary of U.S. Shipping Partners L.P. (the "Partnership") and an affiliate of USS Product Carriers LLC, a former Class B Member of APT, managed the construction of, and until September 28, 2009 the operation of the tankers for APT. The obligations under the management agreement were being performed by employees of U.S. Shipping General Partner LLC, the Partnership's general partner. The Partnership earned the following fees, which are recorded by APT within Management Fees expense in the accompanying Unaudited Condensed Consolidated Statements of Operations for the three and six months ended June 30, 2009:

|  | Three Months Ended June 30, 2009 | | Six Months Ended June 30, 2009 | |
|---|---|---|---|---|
| Oversight fees | $ | 410 | $ | 786 |
| Delivery fee for January 2009 delivery of the *Golden State* |  | - |  | 750 |
| Management fees |  | 205 |  | 455 |
|  | $ | 615 | $ | 1,991 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)