# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN PETROLEUM TANKERS PARENT LLC, ) ) ) Plaintiff, ) ) v. ) ) The UNITED STATES OF ) AMERICA, *et al*., ) ) Defendants. ) | Civil Action No. 1:12-CV-001165-CKK<br><br>Notice of Filing of Administrative Record |

## NOTICE OF FILING OF VOLUME 4 OF THE ADMINISTRATIVE RECORD

Defendants hereby give notice that attached hereto is **Volume 4** of the redacted Administrative Record in this action, which is being filed in 26 separate volumes.

        Respectfully Submitted,

        STUART F. DELERY
        Acting Assistant Attorney General

        RONALD C. MACHEN, JR.
        United States Attorney

        DIANE KELLEHER
        Assistant Branch Director

        *s/ Daniel Bensing*
        DANIEL BENSING
        Senior Counsel
        (D.C. Bar No. 334268)
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave., N.W. Room 6114
        Washington D.C. 20530
        Tel.: (202) 305-0693
        Fax: (202) 616-8460
        Email: Daniel.Bensing@USDOJ.gov

        Attorneys for Defendants

CERTIFICATE OF SERVICE

      I hereby certify that on June 10, 2013 I electronically filed the foregoing Notice of Filing of Volume 4 of the Administrative Record with the Clerk of the Court by using the CM/ECF system.

                      /s/ *Daniel Bensing*
                      DANIEL BENSING

American Petroleum Tankers Holding LLC
Notes to Unaudited Condensed Consolidated Financial Statements
For the Three and Six Months Ended June 30, 2010 and 2009 - Continued
(dollars in thousands)

During 2009, the Product Manager earned $500 for cost savings realized on the construction of one vessel completed in 2009. This cost savings was accrued within Due to USS Entities at December 31, 2009 and capitalized as a cost to the vessel. The cost savings was paid by the Company in the first quarter of 2010. The aggregate payable recorded within Due to USS Entities in the accompanying Unaudited Condensed Consolidated Balance Sheets was $220 and $759 at June 30, 2010 and December 31, 2009, respectively.

**Blackstone/Cerberus Entities**

The Company pays an annual administration fee of $300 for the Sponsor Facility to an affiliate of certain of the Class A Members. This fee is recognized as a component of Interest Expense, in the accompanying unaudited condensed consolidated financial statements. During the three and six months ended June 30, 2009, the Company paid interest of $3,418 and $5,702, respectively, on the Sponsor Facility directly to certain of the Blackstone/Cerberus Entities. During the three and six months ended June 30, 2010, the Company recorded $7,759 and $11,723, respectively, for interest-in-kind payments that were capitalized in the Sponsor Facility balance, including an accrual of $6,256 at June 30, 2010. Accrued interest due on the Sponsor Facility borrowings was $608 as of December 31, 2009.

*Note 9 - Derivative Instruments*

In 2007, the Company purchased a nine-year interest rate cap effective April 1, 2007, with a notional amount of $100,000, for $1,924, including transaction fees. This interest rate cap of the three-month U.S. Dollar LIBOR of 6.0% is intended to reduce the potential negative impacts to the Company's cash flows that could result in movements in interest rates between the date a chartering contract is entered into and the anticipated sale date of such combined vessel and chartering contract.

The Company recognizes all derivatives as either assets or liabilities in the balance sheet and measures those instruments at fair value. Changes in the fair value of those instruments are reported in earnings, as the Company did not designate the interest rate cap as a hedge. The fair market value of the interest rate cap at June 30, 2010 and December 31, 2009 was $902 and $2,526, respectively, and is recorded as a long-term asset in Other Assets in the accompanying Unaudited Condensed Consolidated Balance Sheets. The change in the fair value of the derivative financial instrument was recorded to Derivative (Losses) Gains as losses of $507 and $1,624 during the three and six months ended June 30, 2010, respectively, and gains of $1,312 and $1,501 during the three and six months ended June 30, 2009, respectively.

*Note 10 – Fair Value of Financial Instruments*

The estimated fair values of the Company's financial instruments at June 30, 2010 and December 31, 2009 are as follows:

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Six Months Ended June 30, 2010 and 2009 - Continued**
**(dollars in thousands)**

|  | June 30, 2010 | December 31, 2009 |
|---|---|---|
| Cash and cash equivalents | $ 21,344 | $ 7,893 |
| Derivative financial instruments | 902 | 2,526 |
| Long-term debt | 631,015 | 412,143 |

The methods and assumptions used to estimate the fair value of each class of financial instruments are set forth below:

- Cash and cash equivalents - the carrying amounts approximate fair value because of the relatively short time between the origination of the instrument and its expected realization.

- Derivative financial instruments - the fair value of the interest rate cap is developed from market-based inputs under the income approach using cash flows discounted at relevant market interest rates.

- Long-term debt - Since the Company's debt is not quoted, the fair value of long-term debt is estimated based on each obligation's characteristics, using the borrowing rates currently available for the same or similar issues or on the current rates offered to the Company for debt of the same remaining maturities, and discounted back to the present value. The Company regularly monitors its credit risk in evaluating its fair value of long-term debt. Significant factors evaluated include changes in margin on its various loans and its ability to make future debt payments.

The following valuation hierarchy prioritizes the inputs for valuation used to measure fair value into three broad levels as follows:

Level 1: Quoted market prices in active markets for identical assets or liabilities.
Level 2: Observable market based inputs or unobservable inputs that are corroborated by market data.
Level 3: Unobservable inputs that are not corroborated by market data.

The Company utilizes the best available information in measuring fair value. The Company has determined that its interest rate cap is valued using Level 2 inputs.

*Note 11 – Commitments and Contingencies*

As discussed in Note 5, the Company has a contract with NASSCO for the construction of five product tankers. The Company currently expects the cost to construct these five tankers to aggregate approximately $674,323, excluding future contract adjustments for price escalations or cost savings and capitalized interest. Payments of $506,772 have been made under these construction contracts as of June 30, 2010. As discussed in Note 14 – Subsequent Events, a scheduled payment of $80,900 was paid to NASSCO in July 2010. The Company estimates that it will make payments of approximately

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Six Months Ended June 30, 2010 and 2009 - Continued**
**(dollars in thousands)**

$81,200 and $5,451 under this construction contract in December 2010 and February 2011, respectively.

*Note 12 – Financial Information by Segments and Geographic Area*

The Company's business is to charter its tankers primarily in the U.S. domestic Jones Act trades to customers in the petroleum industry to and from destination points in the coastwise United States. Each of the Company's vessels represents an operating segment. These segments are aggregated into one reportable segment because they possess similar economic characteristics and all vessels are the same design and carry petroleum products in the U.S. coastwise trade.

*Note 13 – Guarantor Subsidiaries*

APT Parent, a wholly-owned subsidiary of APT Holding (the "Parent"), and AP Tankers Co., a wholly-owned subsidiary of APT Parent, (collectively, the "Subsidiary Issuers"), issued the Notes in May 2010. The Notes are fully and unconditionally guaranteed, jointly and severally, on a senior subordinated basis by APT Holding and all of APT Parent's wholly-owned subsidiaries: APT, Intermediate Holdco, and Intermediate Holdco's wholly-owned subsidiaries, JV Tanker Charterer LLC, PI 2 Pelican State LLC, and APT Sunshine State LLC (collectively the "Guarantor Subsidiaries").

The guarantees by the Parent and the Guarantor Subsidiaries are senior secured obligations: equal in right of payment with any of their existing and future senior indebtedness but senior with any of their existing and future unsecured indebtedness to the extent of the value of the collateral securing the Notes; senior to any of their existing and future subordinated indebtedness; junior with any of their existing and future indebtedness with respect to any credit agreement, certain maritime liens or that are secured by assets other than the collateral securing the Notes; and junior to any existing and future obligations of any non-guarantor subsidiaries. The Notes are secured by a first priority lien on substantially all of the assets of APT Parent and its subsidiaries subject to certain exceptions and permitted liens.

The Parent is a holding company whose only asset is its ownership interests in its subsidiaries. The Company conducts virtually all of its business operations through APT Parent and its subsidiaries. Accordingly, the Company's only material sources of cash are dividends and distributions with respect to its ownership interests in APT and the subsidiaries of Intermediate Holdco that are derived from the earnings and cash flow generated by APT and the subsidiaries of Intermediate Holdco. Through June 30, 2010, no dividends have been paid.

The following tables set forth, on an unaudited condensed consolidating basis, the balance sheets, statements of operations and statements of cash flows for the Parent, Subsidiary Issuers and Guarantor Subsidiaries for all financial statement periods presented in the Company's unaudited condensed consolidated financial statements. The Subsidiary Issuers allocate interest expense to the Guarantor Subsidiaries for capitalization towards the cost of the vessels under construction. The Subsidiary Issuers do not allocate integration expenses, corporate overhead or any other expenses for shared

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers Holding LLC
Notes to Unaudited Condensed Consolidated Financial Statements
For the Three and Six Months Ended June 30, 2010 and 2009 - Continued
(dollars in thousands)

services to the Guarantor Subsidiaries. Intercompany cash advances and loans made primarily for the purpose of short-term operating needs are included in cash flows from operating activities.

|  | Unaudited Condensed Consolidating Balance Sheet as of June 30, 2010 | | | | |
|---|---|---|---|---|---|
|  | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
| **Assets** | | | | | |
| Cash and cash equivalents | $         - | $         - | $   21,344 | $         - | $   21,344 |
| Accounts receivables, net | - | - | 3,793 | - | 3,793 |
| Prepaid expenses and other current assets | - | - | 533 | - | 533 |
| Restricted cash | - | 169,907 | - | - | 169,907 |
| Total Current Assets | - | 169,907 | 25,670 | - | 195,577 |
| Receivables due from affiliates, net | - | 99,308 | - | (99,308) | - |
| Deferred financing costs | - | 9,837 | 3,436 | - | 13,273 |
| Investment in affiliates | 113,948 | 117,241 | - | (231,189) | - |
| Other assets | - | - | 3,028 | - | 3,028 |
| Vessels and construction in progress, net | - | - | 682,770 | - | 682,770 |
| Total Assets | $ 113,948 | $ 396,293 | $ 714,904 | $ (330,497) | $ 894,648 |
| **Liabilities and Members' Equity** | | | | | |
| Accrued expenses and other liabilities | $         - | $   5,124 | $ 152,307 | $         - | $ 157,431 |
| Payable due USS Entities | - | - | 220 | - | 220 |
| Unearned revenue | - | - | 4,425 | - | 4,425 |
| Total Current Liabilities | - | 5,124 | 156,952 | - | 162,076 |
| Payables due to affiliates, net | - | - | 99,308 | (99,308) | - |
| Long-term debt | - | 277,221 | 341,403 | - | 618,624 |
| Total Liabilities | - | 282,345 | 597,663 | (99,308) | 780,700 |
| **Members' Equity** | 113,948 | 113,948 | 117,241 | (231,189) | 113,948 |
| Total Liabilities and Members' Equity | $ 113,948 | $ 396,293 | $ 714,904 | $ (330,497) | $ 894,648 |

American Petroleum Tankers Holding LLC
Notes to Unaudited Condensed Consolidated Financial Statements
For the Three and Six Months Ended June 30, 2010 and 2009 - Continued
(dollars in thousands)

Unaudited Condensed Consolidating Balance Sheet
as of December 31, 2009

| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Cash and cash equivalents | $ - | $ - | $ 7,893 | $ - | $ 7,893 |
| Accounts receivables, net | - | - | 4,517 | - | 4,517 |
| Prepaid expenses and other current assets | - | - | 406 | - | 406 |
| Restricted cash | - | - | 800 | - | 800 |
| Total Current Assets | - | - | 13,616 | - | 13,616 |
| Restricted cash, net of current portion | - | - | 2,000 | - | 2,000 |
| Deferred financing costs | - | - | 9,720 | - | 9,720 |
| Other assets | - | - | 3,986 | - | 3,986 |
| Vessels and construction in progress, net | - | - | 624,080 | - | 624,080 |
| Total Assets | $ - | $ - | $ 653,402 | $ - | $ 653,402 |
| **Liabilities and Members' Equity** | | | | | |
| Accrued expenses and other liabilities | $ - | $ - | $ 90,709 | $ - | $ 90,709 |
| Payable due USS Entities | - | - | 759 | - | 759 |
| Unearned revenue | - | - | 3,291 | - | 3,291 |
| Current portion of long-term debt | - | - | 12,384 | - | 12,384 |
| Total Current Liabilities | - | - | 107,143 | - | 107,143 |
| Long-term debt, net of current portion | - | - | 414,200 | - | 414,200 |
| Total Liabilities | - | - | 521,343 | - | 521,343 |
| **Members' Equity** | - | - | 132,059 | - | 132,059 |
| Total Liabilities and Members' Equity | $ - | $ - | $ 653,402 | $ - | $ 653,402 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

APT V. USA                                                                                                                                        1593

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Six Months Ended June 30, 2010 and 2009 - Continued**
**(dollars in thousands)**

Unaudited Condensed Consolidating Statements of Operations
For the Three Months Ended June 30, 2010

|  | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---:|---:|---:|---:|---:|
| **Revenues** | $ - | $ - | $ 13,360 | $ - | $ 13,360 |
| **Expenses:** | | | | | |
| Operating expenses | - | - | 5,151 | - | 5,151 |
| General and administrative expenses | - | 73 | 463 | - | 536 |
| Depreciation | - | - | 3,752 | - | 3,752 |
| Management fees | - | - | 518 | - | 518 |
| Total Expenses | - | 73 | 9,884 | - | 9,957 |
| **Operating (loss) income** | - | (73) | 3,476 | - | 3,403 |
| **Other (expense) income:** | | | | | |
| Interest income | - | 7 | - | - | 7 |
| Interest expense | - | (3,227) | (7,125) | - | (10,352) |
| Equity losses of subsidiaries | (15,089) | (11,796) | - | 26,885 | - |
| Debt extinguishment expense | - | - | (7,640) | - | (7,640) |
| Derivative losses | - | - | (507) | - | (507) |
| **Net loss** | $ (15,089) | $ (15,089) | $ (11,796) | $ 26,885 | $ (15,089) |

For the Three Months Ended June 30, 2009

|  | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---:|---:|---:|---:|---:|
| **Revenues** | $ - | $ - | $ 4,809 | $ - | $ 4,809 |
| **Expenses:** | | | | | |
| Operating expenses | - | - | 2,927 | - | 2,927 |
| General and administrative expenses | - | - | 36 | - | 36 |
| Depreciation | - | - | 1,525 | - | 1,525 |
| Management fees | - | - | 615 | - | 615 |
| Total Expenses | - | - | 5,103 | - | 5,103 |
| **Operating loss** | - | - | (294) | - | (294) |
| **Other (expense) income:** | | | | | |
| Interest income | - | - | 6 | - | 6 |
| Interest expense | - | - | (851) | - | (851) |
| Derivative gains | - | - | 1,312 | - | 1,312 |
| **Net income** | $ - | $ - | $ 173 | $ - | $ 173 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

16

American Petroleum Tankers Holding LLC
Notes to Unaudited Condensed Consolidated Financial Statements
For the Three and Six Months Ended June 30, 2010 and 2009 - Continued
(dollars in thousands)

Unaudited Condensed Consolidating Statements of Operations
For the Six Months Ended June 30, 2010

|  | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| **Revenues** | $ - | $ - | $ 25,929 | $ - | $ 25,929 |
| **Expenses:** |  |  |  |  | - |
| Operating expenses | - | - | 10,277 | - | 10,277 |
| General and administrative expenses | - | 73 | 800 | - | 873 |
| Depreciation | - | - | 7,556 | - | 7,556 |
| Management fees | - | - | 1,077 | - | 1,077 |
| Total Expenses | - | 73 | 19,710 | - | 19,783 |
| **Operating (loss) income** | - | (73) | 6,219 | - | 6,146 |
| Other (expense) income: |  |  |  |  |  |
| Interest income | - | 7 | - | - | 7 |
| Interest expense | - | (3,227) | (11,773) | - | (15,000) |
| Equity losses of subsidiaries | (18,111) | (14,818) | - | 32,929 | - |
| Debt extinguishment expense | - | - | (7,640) | - | (7,640) |
| Derivative losses | - | - | (1,624) | - | (1,624) |
| **Net loss** | $ (18,111) | $ (18,111) | $ (14,818) | $ 32,929 | $ (18,111) |

For the Six Months Ended June 30, 2009

|  | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| **Revenues** | $ - | $ - | $ 8,906 | $ - | $ 8,906 |
| **Expenses:** |  |  |  |  |  |
| Operating expenses | - | - | 4,734 | - | 4,734 |
| General and administrative expenses | - | - | 317 | - | 317 |
| Depreciation | - | - | 3,050 | - | 3,050 |
| Management fees | - | - | 1,991 | - | 1,991 |
| Total Expenses | - | - | 10,092 | - | 10,092 |
| **Operating loss** | - | - | (1,186) | - | (1,186) |
| Other (expense) income: |  |  |  |  |  |
| Interest income | - | - | 13 | - | 13 |
| Interest expense | - | - | (1,385) | - | (1,385) |
| Derivative gains | - | - | 1,501 | - | 1,501 |
| **Net loss** | $ - | $ - | $ (1,057) | $ - | $ (1,057) |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

17

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Six Months Ended June 30, 2010 and 2009 - Continued**
**(dollars in thousands)**

Unaudited Condensed Consolidating Statement of Cash Flows
For the Six Months Ended June 30, 2010

| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| **OPERATING ACTIVITIES:** | | | | | |
| Net loss | $ (18,111) | $ (18,111) | $ (14,818) | $ 32,929 | $ (18,111) |
| Adjustments to reconcile net loss to net cash (used in) provided by operating activities: | | | | | |
| Depreciation | - | - | 7,556 | - | 7,556 |
| Amortization of deferred financing costs | - | 243 | 1,458 | - | 1,701 |
| Amortization of discount on notes issued | - | 192 | - | - | 192 |
| Equity losses of subsidiaries | 18,111 | 14,818 | - | (32,929) | - |
| Debt prepayment penalty fees | - | - | 2,814 | - | 2,814 |
| Write-off of deferred financing costs | - | - | 4,826 | - | 4,826 |
| Derivative losses | - | - | 1,624 | - | 1,624 |
| Interest paid-in-kind | - | - | 11,723 | - | 11,723 |
| Changes in current assets and liabilities: | | | | | |
| Accounts receivable, net | - | - | 724 | - | 724 |
| Prepaid expenses and other current assets | - | - | (127) | - | (127) |
| Accrued expenses and other liabilities | - | 3,497 | (106) | - | 3,391 |
| Payable due USS Entities | - | - | (39) | - | (39) |
| Unearned revenue | - | - | 1,134 | - | 1,134 |
| Other | - | (1,827) | 1,161 | - | (666) |
| Net cash (used in) provided by operating activities | - | (1,188) | 17,930 | - | 16,742 |
| **INVESTING ACTIVITIES:** | | | | | |
| Vessel and construction in progress additions | - | - | (5,042) | - | (5,042) |
| Deposits of restricted cash | - | (169,907) | (800) | - | (170,707) |
| Withdrawals of restricted cash | - | - | 3,600 | - | 3,600 |
| Net cash used in investing activities | - | (169,907) | (2,242) | - | (172,149) |
| **FINANCING ACTIVITIES:** | | | | | |
| Proceeds from issuance of debt | - | 277,029 | - | - | 277,029 |
| (Payments to) receipts from affiliates for debt prepayment | - | (97,481) | 97,481 | - | - |
| Payment on long-term debt | - | - | (96,904) | - | (96,904) |
| Debt prepayment penalty fees | - | - | (2,814) | - | (2,814) |
| Payment of debt issuance costs | - | (8,453) | - | - | (8,453) |
| Net cash (used in) provided by financing activities | - | 171,095 | (2,237) | - | 168,858 |
| Net increase in cash and cash equivalents | - | - | 13,451 | - | 13,451 |
| Cash and cash equivalents at beginning of period | - | - | 7,893 | - | 7,893 |
| Cash and cash equivalents at end of period | $ - | $ - | $ 21,344 | $ - | $ 21,344 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

18

American Petroleum Tankers Holding LLC
Notes to Unaudited Condensed Consolidated Financial Statements
For the Three and Six Months Ended June 30, 2010 and 2009 - Continued
(dollars in thousands)

|  | Unaudited Condensed Consolidating Statement of Cash Flows For the Six Months Ended June 30, 2009 | | | | |
|---|---|---|---|---|---|
|  | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
| **OPERATING ACTIVITIES:** | | | | | |
| Net loss | $ - | $ - | $ (1,057) | $ - | $ (1,057) |
| Adjustments to reconcile net loss to net cash provided by operating activities: | | | | | |
| Depreciation | - | - | 3,050 | - | 3,050 |
| Derivative gains | - | - | (1,501) | - | (1,501) |
| Interest paid-in-kind | - | - | 581 | - | 581 |
| Changes in current assets and liabilities: | | | | | |
| Accounts receivable, net | - | - | (38) | - | (38) |
| Prepaid expenses and other current assets | - | - | (418) | - | (418) |
| Accrued expenses and other liabilities | - | - | (41) | - | (41) |
| Payable due USS Entities | - | - | 1,802 | - | 1,802 |
| Other | - | - | (747) | - | (747) |
| Net cash provided by operating activities | - | - | 1,631 | - | 1,631 |
| **INVESTING ACTIVITIES:** | | | | | - |
| Vessel and construction in progress additions | - | - | (128,103) | - | (128,103) |
| Net cash used in investing activities | - | - | (128,103) | - | (128,103) |
| **FINANCING ACTIVITIES:** | | | | | |
| Payment on long-term debt | - | - | 129,980 | - | 129,980 |
| Net cash provided by financing activities | - | - | 129,980 | - | 129,980 |
| Net increase in cash and cash equivalents | - | - | 3,508 | - | 3,508 |
| Cash and cash equivalents at beginning of period | - | - | 16 | - | 16 |
| Cash and cash equivalents at end of period | $ - | $ - | $ 3,524 | $ - | $ 3,524 |

*Note 14 – Subsequent Events*

The Company evaluated events and transactions that occurred during the period from June 30, 2010, the date of the balance sheet, through August 19, 2010, the date of issuance of the unaudited condensed consolidated financial statements. The *Empire State* was delivered on July 13, 2010 and consequently, a scheduled payment of $80,900 was paid to NASSCO using the escrow proceeds from the Notes. The Company identified no additional subsequent events.

*****

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

*Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations*

The following discussion and analysis of our consolidated financial condition, results of operations and cash flows should be read in conjunction with the unaudited condensed consolidated financial statements, and the notes thereto, and other data contained elsewhere in this Quarterly Report. The following discussion and analysis should also be read in conjunction with our audited consolidated financial statements, and notes thereto, and "Management's Discussion and Analysis of Financial Condition and Results of Operations" included in the Offering Circular. References in Item 2. herein to "APT Holding", "we", "our" and "us" refer to the Company and its subsidiaries unless otherwise stated or indicated by context.

**Company Overview**

We are a U.S. based, leading provider of Jones Act marine transportation services for refined petroleum products in the U.S. domestic "coastwise" trade. Our fleet consists of five new, double-hulled product tankers. Two of these vessels are on long term charters with BP West Coast Products LLC ("BP") and an affiliate of Marathon Oil Corporation ("Marathon"), and one of our vessels is on short term charter with an affiliate of Chevron Corporation ("Chevron"). One of our vessels, *Empire State*, delivered on July 13, 2010, is on an interim charter with the Military Sealift Command department of the US Navy ("MSC") prior to the start of a one year charter (with four approximately one year options) in October 2010, also with MSC, and one of our vessels, which is currently under construction and is expected to be delivered in December 2010, is also chartered to MSC. Upon delivery of our final new build vessel, our fleet of five vessels will have a total capacity of approximately 245,000 dwt and an average age of less than one year. This compares very favorably with the 22 year average age for the existing Jones Act tanker fleet. Currently, we have the most modern fleet in the Jones Act tanker market, making our vessels particularly attractive to oil companies with increasingly stringent vetting and inspection standards and contributing to lower operating costs. Our strategy is to time charter the majority of our fleet on a medium to long term basis to high credit quality charterers.

Our customers are BP, Chevron and Marathon, with each parent entity currently rated investment grade by Moody's and S&P, as well as MSC, a department of the U.S. Navy, which is supported by the U.S. Government, currently AAA/Aaa rated. Three of our four vessels in operation are fixed on time charters for seven years, up to three years under an evergreen type arrangement and three years, respectively. Our fourth vessel in operation, *Empire State*, is currently on an interim charter with MSC and our final new build vessel is also contracted to MSC for one year with four approximately one-year renewal options. While MSC awarded us the contract based on a five-year analysis, MSC is only permitted to commit to annual contracts, due to budgetary restrictions.

Operationally, we retain all strategic and commercial management of our vessels, while the technical management of the vessels is outsourced to certain affiliates of Crowley Maritime Corporation, Inc. (collectively, "Crowley"). Crowley's technical management services include crewing, maintenance and repair, purchasing, insurance and claims administration, and security as well as accounting and reporting services. In addition to providing technical management services for all our vessel operations, Crowley also provides construction oversight on the final new build vessels. Founded in 1892, Crowley is one of the oldest and most successful maritime transportation companies in the U.S., employing approximately 4,400 employees across 80 office locations. At December 31, 2009, Crowley owns and operates approximately 240 vessels including RO/RO (roll on roll off) vessels, LO/LO (lift on lift off) vessels, tankers, tugs and barges. Crowley also manages approximately

30 third party vessels. Crowley has been recognized for its expertise, having received numerous awards, including Chamber of Shipping of America 2008 Jones F. Devlin Award for Safety, 2009 Environmental Achievement Award, "Best of the Best" Ocean Carrier and Third-Party Logistics Provider, and Toyota Logistics Service Awards for Outstanding Customer Service and Quality for six consecutive years (2002 through 2007). We benefit from Crowley's operational expertise, purchasing power and strong relationships with vendors, suppliers and major labor organizations which are key to providing skilled and experienced crews.

On May 14, 2010, APT completed a restructuring of its corporate organization which resulted in (i) the formation of the Company, a new parent holding company that is a Delaware limited liability company, (ii) the formation of APT Parent, a wholly-owned subsidiary of the Company that is also a Delaware limited liability company, and (iii) the distribution down of the interests of our former parent holding company, APT, such that APT became a wholly-owned subsidiary of APT Parent. The restructuring was initiated to ensure potential future liability resulting from the operation of *Evergreen State* and *Empire State* would be limited to APT, the party to the charter for those vessels with MSC. As a result of this restructuring Intermediate Holdco and AP Tankers Co. are entities at the same corporate level as APT, each a directly, wholly-owned subsidiary of APT Parent. These newly created entities have no assets or operations. The financial statements provided herein are provided by the Company and its subsidiaries on a consolidated basis for the three and six months ended June 30, 2010 and 2009. This quarterly report and reports for future periods will include financial statements for the Company and its subsidiaries on a consolidated basis.

**Definitions**

It is important to understand the meaning of the following terms in order to understand our discussion of our results of operations:

- *Deadweight tons or dwt.* dwt is the abbreviation for deadweight tons, representing principally the cargo carrying capacity of a vessel.

- *Revenue.* Revenue includes revenue from time charters. Revenue is impacted by changes in charter and utilization rates. For charters which have a duration in excess of one year and include escalation provisions we recognize revenue on a straight line basis over the life of the contract.

- *Vessel operating expenses.* The most significant direct vessel operating expenses are manning costs, vessel maintenance and repairs, and insurance. We pay the vessel operating expenses.

- *Depreciation and amortization.* We incur fixed charges related to the depreciation of the historical cost of our fleet. The aggregate number of drydockings undertaken in a given period and the nature of the work performed determine the level of drydocking expenditures. Depreciation and amortization is determined as follows:

  - Vessels are recorded at cost, including capitalized interest and transaction fees where appropriate, and depreciated to scrap value using the straight-line method; and

  - Both domestic and international regulatory bodies require that petroleum carrying vessels be drydocked for major repair and maintenance at least every five years (this requirement increases to twice in a five year period after the first fifteen years of operation). In addition, vessels may have to be drydocked in the event of accidents or other unforeseen damage.

- *General and administrative expenses.* General and administrative expenses consist of employment costs for shore side staff and cost of facilities as well as legal, audit and other administrative costs.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

- *Drydocking days.* Drydocking days are days designated for the cleaning, inspection and survey of vessels, and resulting maintenance work, as required by the U.S. Coast Guard and the American Bureau of Shipping (ABS). Drydocking days may also include unscheduled work in the event of an accident or other unforeseen damage.
- *Time charter equivalent.* Time charter equivalent is equal to the voyage revenue earned by a vessel during a defined period, divided by the total number of actual days worked by that vessel during the period involved, net of fuel and port expenses.

**Critical Accounting Policies**

We prepare our financial statements in conformity with accounting principles generally accepted in the United States of America. The preparation of the unaudited condensed consolidated financial statements, upon which this discussion and analysis is based, requires management to make estimates and judgments which impact those consolidated financial statements. The most critical of these estimates and accounting policies relate to long-lived asset depreciation, revenue recognition, and valuation of derivative instruments. Different assumptions in the application of these policies could result in material changes in the Company's consolidated financial condition, results of operations, or cash flows. For a more complete discussion of these and other accounting policies, see the Notes to 2009 audited Consolidated Financial Statements.

*Vessels and Construction in Progress*

Vessels are stated at cost. Construction costs of new vessels are capitalized and included in construction-in-progress until completed. Normal repair and maintenance expenditures are expensed as incurred. Depreciation is computed using the straight-line method over the vessels' estimated useful lives of 30 years based on the vessels' cost less their estimated salvage value. Interest is capitalized in conjunction with our construction of vessels.

We assess recoverability of the carrying value of a long-lived asset when indicators of impairment are present by estimating the future undiscounted net cash flows expected to result from the asset, including eventual disposition. If the future net cash flows are less than the carrying value of the asset, an impairment loss is recorded equal to the difference between the asset's carrying value and its fair value.

We have significant assets under construction. These assets under construction are subject to the same impairment requirements as other long-lived assets. There have been no vessel impairments recorded.

*Revenue Recognition*

Revenues from long-term time charters of vessels with annual escalation clauses are recognized on a straight-line basis. We also assess renewal options on time charters for bargain renewal options, and account for any bargain renewal options as a constructive extension of the lease term.

*Derivative Instruments*

Our use of derivative instruments, principally an interest rate cap, is limited to non-trading purposes and is designed to manage exposure to interest rate risks. The fair value of our interest rate cap represents the amount that would be paid to us by the counterparty to terminate the cap at the reporting date and is estimated based on a discounted cash flow model using a quoted interest rate. Changes in the fair market value of the interest rate cap could result in significant fluctuations in earnings.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

22

**Results of Operations**

The following table presents the operating results of the Company for the three and six months ended June 30, 2010 and 2009.

|  | For the Quarter Ended June 30, | | For the Six Months Ended June 30, | |
| --- | --- | --- | --- | --- |
|  | 2010 | 2009 | 2010 | 2009 |
| Consolidated Statements of Operations Data: | (dollars in thousands) | | | |
| **Revenues** | $13,360 | $4,809 | $25,929 | $8,906 |
| **Expenses:** | | | | |
| Operating expenses | 5,151 | 2,927 | 10,277 | 4,734 |
| General and administrative expenses | 536 | 36 | 873 | 317 |
| Depreciation | 3,752 | 1,525 | 7,556 | 3,050 |
| Management fees | 518 | 615 | 1,077 | 1,991 |
| Total expenses | 9,957 | 5,103 | 19,783 | 10,092 |
| **Operating income (loss)** | 3,403 | (294) | 6,146 | (1,186) |
| **Other (expenses) income:** | | | | |
| Interest income | 7 | 6 | 7 | 13 |
| Interest expense | (10,352) | (851) | (15,000) | (1,385) |
| Debt extinguishment expense | (7,640) | - | (7,640) | - |
| Derivative (losses) gains | (507) | 1,312 | (1,624) | 1,501 |
| **Net (Loss) Income** | $ (15,089) | $ 173 | $ (18,111) | $ (1,057) |

**Quarter Ended June 30, 2010 versus Quarter Ended June 30, 2009**

*Revenues*

Prior to 2009, the Company had no ships in operation. During 2009, the Company received delivery of three new vessels, *Golden State*, *Pelican State* and *Sunshine State*, in January 2009, June 2009 and December 2009, respectively. In the second quarter of 2009, the *Golden State* generated revenues in the aggregate of $4.8 million through a charter with BP. In the second quarter of 2009, we had an average utilization rate of 95% based on 86 operating days and 91 ownership days. In the second quarter of 2010, the *Golden State*, *Pelican State* and *Sunshine State* generated revenues in the aggregate of $13.4 million through charters with BP, Marathon and Chevron, respectively. Overall utilization was 100% based on 273 operating days and 273 ownership days.

*Vessel Operating Expenses*

Operating expenses increased in 2010 primarily due to the deliveries of the *Pelican State* and *Sunshine State* in June and December in 2009, respectively. In the second quarter of 2010, operating expenses were $5.2 million compared to $2.9 million for the same period in 2009.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

*General and Administrative Expenses*

General and administrative expenses increased as a result of the addition of APT Parent's new Chief Executive Officer in January 2010, as well as an increase in legal fees primarily due to the restructuring of the Company

*Depreciation*

Depreciation expense increased in 2010 primarily due to the deliveries of the *Pelican State* and *Sunshine State* in the second and fourth quarters of 2009, respectively. Once a vessel is delivered and commences operation, the depreciation associated with that particular vessel is recorded as an expense.

*Management Fees*

Management fees decreased primarily as a result of the replacement of USS Product Manager LLC ("Product Manager") with Crowley as our vessel manager and the one-time payment of a $0.4 million oversight fee to Product Manager during the second quarter of 2009.

*Interest Expense*

Interest expense increased to $10.4 million during the second quarter of 2010 compared to $0.9 million during the second quarter of 2009. The increase is primarily the result of: (a) a higher weighted-average outstanding balance of our Sponsor Facility due to additional borrowings and capitalized paid-in-kind interest; (b) a higher interest rate following the conversion of the Sponsor Facility's interest rate in May 2010 from a variable rate to a fixed rate; (c) interest expense incurred in 2010 under the DVB Facility, which was entered into in August 2009, and subsequently extinguished in May 2010; (d) interest expense incurred in 2010 under the Notes, which was entered into in May 2010; and (e) a decrease in interest capitalized as part of the construction cost of the vessels due to the delivery of three vessels in January, June and December 2009.

*Debt Extinguishment Expense*

Debt extinguishment expense of $7.6 million was recorded during the second quarter of 2010 in connection with the prepayment of the DVB Facility on May 17, 2010. This amount consisted of a $2.8 million prepayment penalty and the write-off of $4.8 million of unamortized debt financing costs.

*Derivative (Losses) Gains*

Derivative (losses) gains decreased to losses of $0.5 million during the second quarter of 2010 compared with gains of $1.3 million during the second quarter of 2009 due to a decrease in the fair value of our interest rate cap.

*Net (Loss) Income*

As a result of the foregoing factors, net loss was $15.1 million for the second quarter of 2010, compared to net income of $0.2 million for the second quarter of 2009.

**Six Months Ended June 30, 2010 versus Six Months Ended June 30, 2009**

*Revenues*

In the first half of 2009, the *Golden State* generated revenues in the aggregate of $8.9 million through a charter with BP. In the first half of 2009, we had an average utilization rate of 87% based on 158 operating days and 181 ownership days. In the first half of 2010, the *Golden State*, *Pelican State* and *Sunshine State* generated revenues in the aggregate of $25.9 million through charters with BP,

Marathon and Chevron, respectively. Overall utilization was 98% based on 532 operating days and 543 ownership days.

### *Vessel Operating Expenses*

Operating expenses increased in 2010 primarily due to the deliveries of the *Pelican State* and *Sunshine State* in June and December in 2009, respectively. In the first half of 2010, operating expenses were $10.3 million compared to $4.7 million for the same period in 2009.

### *General and Administrative Expenses*

General and administrative expenses increased as a result of the addition of APT Parent's new Chief Executive Officer as well as an increase in legal fees primarily due to the restructuring of the Company.

### *Depreciation*

Depreciation expense increased in 2010 primarily due to the deliveries of the *Pelican State* and *Sunshine State* in the second and fourth quarters of 2009, respectively. Once a vessel is delivered and commences operation, the depreciation associated with that particular vessel is recorded as an expense.

### *Management Fees*

Management fees decreased primarily as a result of the replacement of Product Manager with Crowley as our vessel manager and the one-time payment to Product Manager of a $0.8 million delivery for the delivery of the *Golden State* and a $0.4 million oversight fee during the first half of 2009.

### *Interest Expense*

Interest expense increased to $15.0 million during the first half of 2010 compared to $1.4 million during the first half of 2009. The increase is primarily the result of: (a) a higher weighted-average outstanding balance of our Sponsor Facility due to additional borrowings and capitalized paid-in-kind interest; (b) a higher interest rate following the conversion of the Sponsor Facility's interest rate in May 2010 from a variable rate to a fixed rate; (c) interest expense incurred in 2010 under the DVB Facility, which was entered into in August 2009, and subsequently extinguished in May 2010; (d) interest expense incurred in 2010 under the Notes, which was entered into in May 2010; and (e) a decrease in interest capitalized as part of the construction cost of the vessels due to the delivery of three vessels in January, June and December of 2009.

### *Debt Extinguishment Expense*

Debt extinguishment expense of $7.6 million was recorded during 2010 in connection with the prepayment of the DVB Facility on May 17, 2010. This amount consisted of a $2.8 million prepayment penalty and the write-off of $4.8 million of unamortized debt financing costs.

### *Derivative (Losses) Gains*

Derivative (losses) gains decreased to losses of $1.6 million during the first half of 2010 compared with gains of $1.5 million during the first half of 2009 due to a decrease in the fair value of our interest rate cap.

*Net Loss*

As a result of the foregoing factors, net loss was $18.1 million for the first half of 2010, compared to a net loss of $1.1 million for the first half of 2009.

**Liquidity and Capital Resources**

Working capital at June 30, 2010 was $33.5 million compared with $(93.5) million at December 31, 2009. This increase is primarily due to the issuance of the Notes on May 17, 2010. Net proceeds of $169,900 were placed in an escrow account to fund the remaining construction costs of the Company's vessels. As discussed in Note 14 "Subsequent Events" in the unaudited consolidated financial statements a scheduled payment of $80.9 million was paid to NASSCO in July 2010.

We operate in a capital intensive industry. Our primary liquidity requirements relate to operating expenses, capital expenditures for the construction of vessels, semi-annual payments for interest under the Notes and payments under our management and administrative service agreements. Our long-term liquidity needs primarily relate to interest and principal debt payments under the Notes and Sponsor Facility, which mature in 2015 and 2016, respectively.

In connection with the issuance of the Notes, APT Parent and AP Tankers Co. entered into a registration rights agreement ("Registration Rights Agreement") which requires the use of reasonable efforts to register notes having substantially identical terms as the Notes with the Securities and Exchange Commission under the Securities Act of 1933, as amended, prior to May 12, 2011.

Our time charter contracts are structured such that we are paid in advance of providing the service, typically at the start of each month. As a result, we receive cash prior to recognizing revenue or expense, thus minimizing working capital requirements.

We believe that cash flows from operations and borrowings from the Sponsor Facility and the issuance of the Notes will be sufficient to meet our existing liquidity needs for the next 12 months. We were in compliance with all of the financial covenants contained in our debt agreements as of June 30, 2010.

*Cash Flows*

|  | For the Six Months Ended June 30, | |
| --- | --- | --- |
|  | 2010 | 2009 |
|  | (dollars in thousands) | |
| Net cash flow provided by operating activities | $16,742 | $1,631 |
| Net cash flow used in investing activities | (172,149) | (128,103) |
| Net cash flow provided by financing activities | 168,858 | 129,980 |

*Operating cash flows*—Net cash flow provided by operating activities was $16.7 million and $1.6 million for the six months ended June 30, 2010 and 2009, respectively.

Net cash flow from operating activities will depend upon the timing and amount of drydocking expenditures, repairs and maintenance activity, vessel additions and dispositions and fluctuations in working capital balances. Our operating cash flows were also impacted by the August 2009