## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN PETROLEUM TANKERS PARENT LLC, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:12-CV-001165-CKK |
| v. | ) ) | Notice of Filing of Administrative Record |
| The UNITED STATES OF AMERICA, *et al.*, | ) ) ) | |
| Defendants. | ) | |

### NOTICE OF FILING OF VOLUME 5 OF THE ADMINISTRATIVE RECORD

Defendants hereby give notice that attached hereto is **Volume 5** of the redacted

Administrative Record in this action, which is being filed in 26 separate volumes.

Respectfully Submitted,

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

DIANE KELLEHER
Assistant Branch Director

*s/ Daniel Bensing*
DANIEL BENSING
Senior Counsel
(D.C. Bar No. 334268)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 6114
Washington D.C. 20530
Tel.: (202) 305-0693
Fax:  (202) 616-8460
Email:  Daniel.Bensing@USDOJ.gov

Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2013 I electronically filed the foregoing Notice of Filing of Volume 5 of the Administrative Record with the Clerk of the Court by using the CM/ECF system.


/s/ *Daniel Bensing*
DANIEL BENSING

amendment to the Sponsor Facility to allow the monthly interest payments to be treated as paid-in-kind in lieu of cash payments.

*Investing cash flows*—Net cash used in investing activities was $172.1 million and $128.1 million for the six months ended June 30, 2010 and 2009, respectively. Payments of $5.0 million were made for the construction of vessels during the first half of 2010. Deposits of $170.7 million were made to restricted cash accounts, including deposits of $0.8 million made to certain deposit accounts restricted in accordance with the DVB Facility prior to the prepayment of the debt, and $169.9 million placed in an escrow account, restricted for the construction of vessels, from the net proceeds of the Notes issued on May 17, 2010. In connection with the issuance of the Notes, a portion of the proceeds was used to prepay the DVB Facility, thereby releasing the requirement to maintain the drydock and liquidity reserve deposit accounts. Therefore, the aggregate balance of $3.6 million in these deposit accounts has been withdrawn and classified as cash and cash equivalents at June 30, 2010.

*Financing cash flows*—Net cash provided by financing activities was 168.9 million and $130.0 million for the six months ended June 30, 2010 and 2009, respectively. During the six months ended June 30, 2010, APT received net proceeds of $277.0 million from the issuance of the Notes at a price of 97.203%. A portion of these proceeds was used to pay $93.8 million for the prepayment of the DVB Facility, $2.8 million for prepayment penalties, and $8.5 million for debt issuance costs. Additionally, regularly scheduled principal payments of $3.1 million were made prior to the prepayment of the DVB Facility.

### Long Term Debt

Long-term debt consists of the following:

|  | June 30, 2010 | December 31, 2009 |
|---|---|---|
|  | (dollars in thousands) | |
| Senior Secured Loan Facility - collateralized by vessels with a net book value of $315,341 at December 31, 2009 | $   - | $96,904 |
| 10 1/4% First Priority Senior Secured Notes, net of $7,779 unamortized original issuance discount | 277,221 | - |
| Sponsor Facility | 341,403 | 329,680 |
|  | 618,624 | 426,584 |
| Less current portion | - | (12,384) |
|  | $   618,624 | $   414,200 |

In 2006, we entered into the Sponsor Facility with Blackstone Corporate Debt Administration L.L.C., as administrative agent and The Bank of New York Mellon, as security agent pursuant to which the class A members of the Company or their affiliates agreed to make available $325 million of revolving credit loans. Of this amount, $3.8 million was available as of June 30, 2010. We incur a commitment fee on the unused portion of the Sponsor Facility of 1.0% per year. In addition, the security agent is due a fee of 0.005% of borrowings outstanding and the administrative agent is due a fee of $0.3 million per year. We made draws of approximately $144.5 million, $135.5 million and $24.9 million during 2009, 2008 and 2007, respectively. On August 17, 2009 and October 30, 2009, we amended our Sponsor Facility to allow the monthly interest payments due and payable, beginning July 2009, to be treated as paid-in-kind in lieu of monthly cash payments. The paid-in-kind interest payments of approximately $8.4 million in 2009 are capitalized as additions to the outstanding principal balance of the Sponsor Facility in accordance with the amended Sponsor Facility. Due to

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

these amendments, we are allowed to exceed our total commitment under the Sponsor Facility with paid-in-kind capitalized interest. Concurrent with the issuance of the Notes, we have amended the Sponsor Facility to effect an interest rate conversion from a variable rate of LIBOR + 4.5% to a fixed rate of 12% payable in kind, the extension of the maturity of the Sponsor Facility to 2016 and a subordination of our first lien security interest on *Sunshine State*, *Evergreen State*, and *Empire State* to a second lien, resulting in a second lien security interest on all five of our vessels. The Sponsor Facility is subject to an intercreditor agreement with the holders of the notes. See Note 7 "Long-Term Debt" in the unaudited consolidated financial statements for more information.

A portion of the net proceeds raised from the issuance of the Notes on May 17, 2010 were used to prepay $97.6 million related to the DVB Facility (including principal, interest and prepayment penalty). As of June 30, 2010, the DVB Facility was fully repaid and no longer outstanding. See Note 7 "Long-Term Debt" in the unaudited consolidated financial statements for more information.

*Capital Expenditures.* During the second quarter of 2010, we spent approximately $5.0 million for construction of our vessels related to interest costs capitalized. Additionally, as mentioned in Note 14 "Subsequent Events" in the unaudited consolidated financial statements, we made a scheduled payment to NASSCO of $80.9 million upon the delivery of the *Empire State* on July 13, 2010. We estimate that we will spend up to an aggregate of $162.1 million (inclusive of the $80.9 million already paid) in fiscal 2010 and $5.5 million in 2011 for construction installments and related account payables to NASSCO for the construction of our new build vessels. We anticipate that funds generated through the issuance of the Notes and through operations and borrowings under the Sponsor Facility will be sufficient to fund these currently planned capital expenditures.

### Item 3.  Quantitative and Qualitative Disclosures about Market Risks

All of our debt has fixed interest rates, and is comprised of outstanding borrowings at June 30, 2010 of $277.2 million under the Notes, maturing in 2015, and $341.4 million under the Sponsor Facility maturing in 2016. Except in limited circumstances, we do not have an obligation to prepay our fixed-rate debt prior to maturity and, as a result, interest rate risk and changes in fair value should not have a significant impact on fixed rate borrowings unless we would be required to refinance such debt.

As of June 30, 2010, we had one outstanding interest rate cap with a notional amount of $100.0 million. This interest rate cap of the three-month U.S. Dollar LIBOR of 6.0% is intended to reduce the potential negative impacts to the Company's cash flows that could result in movements in interest rates between the date a chartering contract is entered into and the anticipated sale date of such combined vessel and chartering contract. The Company recognizes all derivatives as either assets or liabilities in the balance sheet and measures those instruments at fair value. Changes in the fair value of those instruments are reported in earnings, as the Company did not designate the interest rate cap as a hedge. We are exposed to credit related losses in the event of non-performance by counterparties to these instruments; however, the counterparties are major financial institutions and we consider such risk of loss to be minimal. We do not hold or issue derivative financial instruments for trading purposes.

### Item 4. Controls and Procedures.

As of the date hereof, no certifications or attestations concerning the unaudited condensed consolidated financial statements or disclosure controls and procedures or internal controls that would

otherwise be required pursuant to the Sarbanes-Oxley Act of 2002 are required under the Company's reporting requirements.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

29

## PART II - OTHER INFORMATION

### Item 1.  Legal Proceedings

There have been no material developments in legal proceedings involving us since those reported in the Offering Circular.

### Item 1A.  Risk Factors

There have been no material changes to any of the risk factors disclosed in the Offering Circular.

### Item 2.  Unregistered Sales of Equity Securities and Use of Proceeds

We consummated a restructuring of APT and its affiliates on May 14, 2010 prior to the issuance of the Notes pursuant to the Offering Circular.  This restructuring resulted in (i) the formation of the Company, a new parent holding company that is a Delaware limited liability company, (ii) the formation of APT Parent, a new wholly-owned subsidiary of Holding that is also a Delaware limited liability company, and (iii) the contribution down of the interests of our former parent holding company, APT and Intermediate Holdco, such that APT and Intermediate Holdco became wholly-owned subsidiaries of APT Parent. The restructuring was initiated to ensure potential liability resulting from the operation of two vessels, *Evergreen State* and *Empire State*, would be limited to APT, the party to the charter for those vessels with MSC. As a result of this restructuring Intermediate Holdco and AP Tankers Co. are entities at the same corporate level as APT, each a directly, wholly-owned subsidiary of APT Parent.

### Item 3.  Defaults Upon Senior Securities

None.

### Item 4.  (Reserved)

### Item 5.  Other Information

None.

### Item 6.  Exhibits

None.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

SIGNATURES

The Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

American Petroleum Tankers Parent LLC
(Registrant)

Date: _August 20, 2010_   By: _____
Robert K. Kurz
Chief Executive Officer
(Principal Executive Officer)

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Parent LLC**
**345 Park Avenue, 29th Floor**
**New York, New York 10154**

**Officers and Directors of Applicant**

| Name | Position | Address | Citizenship | Business Activities for Last 5 Years | Interest Owned |
|------|----------|---------|-------------|--------------------------------------|----------------|
| **Officers:** | | | | | |
| Robert K. Kurz | Chief Executive Officer | 345 Park Avenue New York, NY 10154 | USA | Employed by the Applicant since January 2010. President and CEO of American Shipping Company 2007-2009. Partner in the Leland Group 2006-2007. President of Keystone Shipping Company 1999-2006. | 0% |
| Philip J. Doherty | Chief Financial Officer | 345 Park Avenue New York, NY 10154 | USA | Employed by the Applicant since September 2010. Interim CEO/CFO of Coordinated Home Health Care, Inc. 2009-2010. SVP and CFO of Clean Earth, Inc. 2005-2007. Interim CFO of Airborne Services, Inc. 2004-2005. Various positions (including CEO) of Maritrans Inc. 1997-2004. | 0% |
| **Directors*:** | | | | | |
| David I. Foley | Director | 345 Park Avenue New York, NY 10154 | USA | Employed by The Blackstone Group L.P. continuously for last 5 years. Currently serves as a Director of Republic Services,Inc., Crestwood Midstream Partners, Kosmos Energy, OSUM Oil Sands Corp., PBF Investments, Meerwind Transmission Developers Inc. and Sithe Global Power. | Less than 1% |
| Sean T. Klimczak | Director | 345 Park Avenue New York, NY 10154 | USA | Employed by The Blackstone Group L.P. continuously for last 5 years. Currently serves on the Board of Directors of Universal Orlando, The Weather Channel, Sithe Global Power, Forest Systems, Meerwind Transmission Developers Inc. and The Blackstone Charitable Foundation. | Less than 1% |

\* APT Parent is a Limited liability company that is managed by its parent, APT Holding. As a member managed LLC, APT Parent does not have any directors. Messrs. Foley and Klimczak are directors of APT Holding.

Confidential Business Information
Exempt from FOIA Disclosure
Pursuant to 5 U.S.C. 552(b)(4)



Military Sealift Command
# Press Release

Home | MSC Overview | Commander | Organization | Ship Inventory | Employment | Contracts | CIVMAR | Media Center

View print version

SHARE

Military Sealift Command Public Affairs
For more information, contact:
Laura Seal (202) 685-5055
October 7, 2010

## MSC reconfigures tanker fleet:
## Adds first of two new ships, retires two

The fleet of tankers operated by the U.S. Navy's Military Sealift Command is being reconfigured to meet fuel requirements in support of U.S. forces worldwide. This seagoing force of government-owned and U.S.-flagged chartered ships is acquiring a new chartered ship, MT Empire State, as two government-owned ships complete their service to the command.

The newly built, U.S.-flagged Empire State came under charter to MSC for up to five years today and will operate worldwide carrying refined petroleum products for DOD, primarily between commercial refineries and DOD storage and distribution facilities. Empire State is owned and operated by a private shipping company under contract to MSC.

Built at General Dynamics, NASSCO in San Diego, the double-hulled Empire State is 600 feet long and has a cargo-carrying capacity of approximately 331,000 barrels. The ship's construction was completed in July 2010, at which time Empire State went to work for MSC under a short-term charter.

*Click on the image for a high-resolution photo.*
*Military Sealift Command tanker MT Empire State conducts sea trials off the coast of San Diego in June 2010. The newly built Empire state came under charter to MSC Oct. 7, 2010, and will operate worldwide carrying refined petroleum products for the Department of Defense. Empire State was built by General Dynamics NASSCO in San Diego. A second State-class ship is under construction at NASSCO and is expected to come under charter to MSC in early 2011.*
*--General Dynamics NASSCO photo by Ken Wright*

A second State-class tanker is currently under construction at NASSCO and is expected to come under charter to MSC in early 2011.

Two of MSC's four government-owned tankers transferred out of service Oct. 1. USNS Paul Buck and USNS Samuel L. Cobb began their service to MSC in the mid 1980s, along with three other new-construction T-5 tankers that came under long-term charter to the command in 1985 and 1986. In 2003, MSC purchased four of those ships - Buck, Cobb, USNS Lawrence H. Gianella and USNS Richard G. Matthiesen. Since then, these ships have served as the core of MSC's tanker fleet along with an MSC-chartered shallow-draft tanker.

"Our T-5 tankers have served us well for the past 25 years, and as they approach the end of their service lives, the State-class ships will allow us to continue to fulfill our requirements to transport fuel for the Defense Logistics Agency - Energy," said John Joerger, MSC's tanker project officer. DLA Energy procures and manages fuel for all of DOD.

Upon deactivation from MSC service, Cobb and Buck transferred to the U.S. Maritime Administration's National Defense Reserve Fleet, which comprises about 30 dry cargo ships and tankers kept in reserve for possible activation and use in support of national defense and national emergencies.

Gianella transferred to MSC's Maritime Prepositioning Force in 2009 and Matthiesen will remain in service to MSC until early 2011, when the ship will join Cobb and Buck in the NDRF.

In fiscal year 2010, MSC carried 1.5 billion gallons of petroleum products worldwide in support of DOD operations

ranging from delivering fuel to combat forces operating in Iraq to replenishing McMurdo Station, Antarctica and Thule Air Force Base in Pituffik, Greenland.

Military Sealift Command operates approximately 110 noncombatant, civilian-crewed ships that replenish U.S. Navy ships, conduct specialized missions, strategically preposition combat cargo at sea around the world and move military equipment and supplies used by deployed U.S. forces.

*Return to 2010 Press Release archive...*

| **Privacy Policy** | **Accessibility** | **Advanced Search** | **Site Index** | **Help** | **FOIA** | | **Search** |
|---|---|---|---|---|---|---|---|

**Military Sealift Command**, ATTN: Public Affairs, 914 Charles Morris Ct. SE, Washington Navy Yard, DC, 20398-5540
General Information: 1-888-SEALIFT (732-5438) · Marine Employment Opportunities: 1-877-JOBS-MSC (562-7672) · Email: webmaster@msc.navy.mil

This is an Official **U.S. Navy** Web site and is the official web site of the Military Sealift Command. For more information on employment with the Navy, visit **Navy Jobs**. MSC reports to **Fleet Forces Command** and is one of three component commands reporting to the U.S. Transportation Command, known as **USTRANSCOM**.

# MarineLink.com




Home | Magazines | Events | Advertising | Contact us | _____ Search | Video/Webinars

## MSC Reconfigures Tanker Fleet

Thursday, October 07, 2010

The fleet of tankers operated by the U.S. Navy's Military Sealift Command is being reconfigured to meet fuel requirements in support of U.S. forces worldwide. This seagoing force of government-owned and U.S.-flagged chartered ships is acquiring a new chartered ship, MT Empire State, as two government-owned ships complete their service to the command.



Photo courtesy MSC

The newly built, U.S.-flagged Empire State came under charter to MSC for up to five years today and will operate worldwide carrying refined petroleum products for DOD, primarily between commercial refineries and DOD storage and distribution facilities. Empire State is owned and operated by a private shipping company under contract to MSC.

Built at General Dynamics, NASSCO in San Diego, the double-hulled Empire State is 600 feet long and has a cargo-carrying capacity of approximately 331,000 barrels. The ship's construction was completed in July 2010, at which time Empire State went to work for MSC under a short-term charter.

A second State-class tanker is currently under construction at NASSCO and is expected to come under charter to MSC in early 2011.

Two of MSC's four government-owned tankers transferred out of service Oct. 1. USNS Paul Buck and USNS Samuel L. Cobb began their service to MSC in the mid 1980s, along with three other new-construction T-5 tankers that came under long-term charter to the command in 1985 and 1986. In 2003, MSC purchased four of those ships - Buck, Cobb, USNS Lawrence H. Gianella and USNS Richard G. Matthiesen. Since then, these ships have served as the core of MSC's tanker fleet along with an MSC-chartered shallow-draft tanker.

"Our T-5 tankers have served us well for the past 25 years, and as they approach the end of their service lives, the State-class ships will allow us to continue to fulfill our requirements to transport fuel for the Defense Logistics Agency - Energy," said John Joerger, MSC's tanker project officer. DLA Energy procures and manages fuel for all of DOD.

Upon deactivation from MSC service, Cobb and Buck transferred to the U.S. Maritime Administration's National Defense Reserve Fleet, which comprises about 30 dry cargo ships and tankers kept in reserve for possible activation and use in support of national defense and national emergencies.

Gianella transferred to MSC's Maritime Prepositioning Force in 2009 and Matthiesen will remain in service to MSC until early 2011, when the ship will join Cobb and Buck in the NDRF.

EMAIL    RSS FEED

**VESSELS**
**MSC Reconfigures Tanker Fleet**



GET A FREE OPERATION AND MAINTENANCE MANUAL FOR YOUR ENGINE

One gallon of Reliability.
Get Delo on special now at Walmart

TRANSAS
The World's Number One in ECDIS

advertise here

Maritime Reporter September 2010 Digital Edition
FREE Maritime Reporter Subscription
Latest Maritime News

**Maritime** Professional
GET YOUR FREE SUBSCRIPTION
London Club Warns of Over-Reliance on GPS
Cleveland Ship Bids for Northrop Grumman Shipbuilding
Northrop Grumman Partners to Build Offshore Wind Turbines
Ulstein Design for Heerema
U.S. Navy Awards Kvichak Contract for More Utility Boats

MARITIME JOBS
MARINE ENGINEER
200 - 1600 Ton Master
LOGISTICS SUPERVISOR
PROJECT MANAGER, SHIP REPAIR
Second Radio Electronics Technician

The fleet of tankers operated by the U.S. Navy's Military Sealift Command is being reconfigured to meet fuel requirements in support of U.S. forces worldwide. This

**MSC Reconfigures Tanker Fleet**

The fleet of tankers operated by the U.S. Navy's Military Sealift Command is being reconfigured to meet fuel requirements in support of U.S. forces worldwide. This

**Tidewater Signs for Four PSVs with Drydocks World**

Tidewater entered into a contract with Drydocks World for the construction of four 265-ft. deepwater platform supply vessels at its shipyard in Batam, Indonesia.

Maritime Careers / Shipboard Positions Maritime Contracts Navigation Offshore Oil Port Authority Salvage Ship Simulators Shipbuilding / Vessel Construction Sonar Winch

mobi | rss feeds | archive | history | articles | privacy

© 1996-2010 Maritime Activity Reports, Inc.
118 E 25th St, New York, NY 10010, USA •   Phone: +(1) 212-477-6700 • Fax: +(1) 212-254-6271

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

2

| | |
|---|---|
| **From:** | Nancy J. Mattson [njmattson@argentgroupltd.com] |
| **Sent:** | Monday, November 22, 2010 2:43 PM |
| **To:** | Ladd, Daniel (MARAD) |
| **Cc:** | Rob Kurz; phil.doherty@americanpetroleumtankers.com; Martin E. Gottlieb |
| **Subject:** | APT Title XI Application: Q3 2010 Financial Statements |
| **Attachments:** | 2010 Q3 American Petroleum Tankers Quarterly Report.pdf |

Dan –

Attached is a copy of the Q3 2010 Quarterly Report for American Petroleum Tankers Parent LLC that was recently released.

Please note that this email and any attachments hereto constitute "trade secrets and commercial or financial information [that is] privileged or confidential" within the meaning of 49 CFR 7.13(c)(4) and the Freedom of Information Act and accordingly is submitted with the understanding that it is not subject to disclosure under FOIA.  Disclosure of such information would cause substantial harm to American Petroleum Tankers Parent LLC (the "Applicant").  The Applicant is submitting this information under your previously-given assurances that it will not be released by the Maritime Administration or the Department of Transportation unless a court determines that its release is required by law.  The Applicant further understands that in the event a request is received for such information, the Maritime Administration or the Department of Transportation will notify the Applicant expeditiously and will permit the Applicant to submit written objections to release pursuant to 49 CFR 7.17(a), unless the Maritime Administration or the Department of Transportation determines (as we expect that it will for the reasons discussed above) that the information should not be disclosed as provided in 49 CFR 7.17(c).

Please call me with any questions on the above information.

Regards - Nancy

Nancy J. Mattson
Managing Director
Argent Group Ltd.

100 Pine Street, Suite 2820
San Francisco, CA  94111
Phone:   (415) 982-7883
Fax:     (415) 982-7885
Mobile:  (415) 793-9993
e-mail:  njmattson@argentgroupltd.com

CONFIDENTIALITY NOTICE

The information contained in this transmission is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient of this information, do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this information. If you received this transmission in error, please contact the sender and destroy all printed copies and delete the material from all computers.

1

# QUARTERLY REPORT (Unaudited)

## For the quarterly period ended September 30, 2010
### American Petroleum Tankers Parent LLC
(Exact name of Reporting Entity as specified in its charter)

---

| | |
|---|---|
| Delaware | 90-0587372 |
| (State or other jurisdiction | (I.R.S Employer Identification No.) |
| or incorporation or organization) | |

| | |
|---|---|
| 345 Park Avenue, 29th Floor, New York, New York | |
| c/o The Blackstone Group L.P. | 10154 |
| (Address of principal executive offices) | (Zip Code) |

Reporting Entity's telephone number, including area code: **(215) 776-0173**

---

QUARTERLY REPORT PURSUANT TO THE INDENTURE, DATED AS OF MAY 17, 2010, AMONG AMERICAN PETROLEUM TANKERS PARENT LLC AND AP TANKERS CO., AS ISSUERS, AND THE GUARANTORS PARTY THERETO AND THE BANK OF NEW YORK MELLON TRUST COMPANY, AS TRUSTEE (THE "INDENTURE").  NONE OF THE FOREGOING AS OF THE DATE HEREOF IS SUBJECT TO THE REPORTING REQUIREMENTS OF SECTION 13 OR 15(D) OF THE SECURITIES EXCHANGE ACT OF 1934, AS AMENDED.

As of November 1, 2010, 100% of the Reporting Entity's membership interests were outstanding.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Parent LLC**

**QUARTERLY REPORT (Unaudited)**

**For the quarterly period ended September 30, 2010**

**INDEX**

| | | Page |
|---|---|---|
| | Explanatory Statement | i |
| | Forward-Looking Statement | i |
| **PART I** | **FINANCIAL INFORMATION** | |
| ITEM 1. | Financial Statements | 1 |
| | -- Unaudited Condensed Consolidated Balance Sheets as of September 30, 2010 and December 31, 2009 | 1 |
| | -- Unaudited Condensed Consolidated Statements of Operations for the three and nine months ended September 30, 2010 and 2009 | 2 |
| | -- Unaudited Condensed Consolidated Statement of Changes in Members' Equity for the nine months ended September 30, 2010 | 3 |
| | -- Unaudited Condensed Consolidated Statements of Cash Flows for the nine months ended September 30, 2010 and 2009 | 4 |
| | -- Notes to Unaudited Condensed Consolidated Financial Statements for the three and nine months ended September 30, 2010 and 2009 | 5 |
| ITEM 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 21 |
| ITEM 3. | Quantitative and Qualitative Disclosure About Market Risk | 30 |
| ITEM 4. | Controls and Procedures | 30 |
| **PART II** | **OTHER INFORMATION** | |
| ITEM 1. | Legal Proceedings | 31 |
| ITEM 1A. | Risk Factors | 31 |
| ITEM 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 31 |
| ITEM 3. | Defaults Upon Senior Securities | 31 |
| ITEM 4. | Reserved | 31 |
| ITEM 5. | Other Information | 31 |
| ITEM 6. | Exhibits | 31 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Explanatory Statement

On May 14, 2010, American Petroleum Tankers LLC ("APT") consummated a restructuring of its corporate organization, resulting in: (i) the formation of American Petroleum Tankers Holding LLC (the "Company"), a new parent holding company; (ii) the formation of American Petroleum Tankers Parent LLC ("APT Parent"), a new wholly-owned subsidiary of the Company; and (iii) the contribution down of the interests of: (a) our former parent holding company, APT, and (b) APT Intermediate Holdco LLC ("Intermediate Holdco"), such that APT and Intermediate Holdco became wholly-owned subsidiaries of APT Parent. The financials provided in this quarterly report for 2009 are provided by APT while the financials provided for later periods are provided by the Company and its subsidiaries on a consolidated basis.

Forward-Looking Statements

This quarterly report contains various "forward-looking statements" (as that term is defined by the federal securities laws) about our financial condition, results of operations and business. You can find many of these statements by looking for words such as "may," "will," "expect," "anticipate," "believe," "estimate," "project," "continue," "potential," "plan," "forecast," "outlook," and similar words used in this quarterly report.

These forward-looking statements are subject to numerous assumptions, risks and uncertainties. Because the statements are subject to risks and uncertainties, actual results may differ materially from those expressed or implied by the forward-looking statements. We caution readers not to place undue reliance on the statements, which speak only as the date of the quarterly report.

We disclose important risk factors that could cause our actual results to differ materially from our expectations under "Management's Discussion and Analysis of Financial Condition and Results of Operations" provided in this quarterly report and under "Risk Factors" provided in the confidential offering circular, dated May 6, 2010 (the "Offering Circular"), and elsewhere therein. Risks and uncertainties that could cause actual results to vary materially from those anticipated in the forward-looking statements included in this quarterly report include general economic conditions in the markets in which we operate, industry-related factors and risks specific to us. These cautionary statements qualify all forward-looking statements attributed to us or persons acting on our behalf. When we indicate that an event, condition or circumstance could or would have an adverse effect on us, we mean to include effects upon our business, financial and other conditions, results of operations, prospects and ability to service our debt. Additional risks and uncertainties not currently known to us or that we currently deem to be immaterial also may materially adversely affect our business, financial and other conditions, results of operations, prospects and ability to service our debt.

The cautionary statements set forth above should be considered in connection with any subsequent written or oral forward-looking statements that we or persons acting on our behalf may issue. We do not undertake any obligation to release publicly any revisions to any forward-looking statement to reflect events or circumstances after the date of this quarterly report or to reflect the occurrence of unanticipated events.

i

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

## PART I – FINANCIAL INFORMATION

*Item 1. Financial Statements*

**American Petroleum Tankers Holding LLC**
**Unaudited Condensed Consolidated Balance Sheets**
**as of September 30, 2010 and December 31, 2009**
**(in thousands)**

|  | September 30, 2010 | December 31, 2009 |
|---|---|---|
| **Assets** | | |
| Cash and cash equivalents | $ 24,347 | $ 7,893 |
| Accounts receivables, net | 7,997 | 4,517 |
| Prepaid expenses and other current assets | 654 | 406 |
| Restricted cash | 89,077 | 800 |
| Total Current Assets | 122,075 | 13,616 |
| Restricted cash, net of current portion | - | 2,000 |
| Deferred financing costs | 12,723 | 9,720 |
| Other assets | 2,922 | 3,986 |
| Vessels and construction in progress, net | 691,402 | 624,080 |
| Total Assets | $ 829,122 | $ 653,402 |
| | | |
| **Liabilities and Members' Equity** | | |
| Accrued expenses and other liabilities | $ 83,163 | $ 90,199 |
| Accrued interest | 10,792 | 510 |
| Payable due USS Entities | 93 | 759 |
| Unearned revenue | 4,425 | 3,291 |
| Current portion of long-term debt | - | 12,384 |
| Total Current Liabilities | 98,473 | 107,143 |
| Long-term debt, net of current portion | 629,304 | 414,200 |
| Total Liabilities | 727,777 | 521,343 |
| Commitments and Contingencies (Note 11) | | |
| **Members' Equity** | 101,345 | 132,059 |
| Total Liabilities and Members' Equity | $ 829,122 | $ 653,402 |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**
**Unaudited Condensed Consolidated Statements of Operations**
**For the Three and Nine Months Ended September 30, 2010 and 2009**
**(in thousands)**

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2010 | 2009 | 2010 | 2009 |
| **Revenues** | $ 16,954 | $ 10,122 | $ 42,883 | $ 19,028 |
| | | | | |
| **Expenses:** | | | | |
| Operating expenses | 6,328 | 2,961 | 16,605 | 7,695 |
| General and administrative expenses | 503 | 261 | 1,376 | 578 |
| Depreciation | 4,550 | 2,672 | 12,106 | 5,722 |
| Management fees [1] | 669 | 274 | 1,746 | 2,265 |
| Settlement fees and related legal expenses [1] | - | 17,901 | - | 17,901 |
| Total Expenses | 12,050 | 24,069 | 31,833 | 34,161 |
| **Operating income (loss)** | 4,904 | (13,947) | 11,050 | (15,133) |
| | | | | |
| **Other (expense) income:** | | | | |
| Interest income | 70 | 2 | 77 | 15 |
| Interest expense [1] | (17,234) | (2,919) | (32,234) | (4,304) |
| Debt extinguishment expense | - | - | (7,640) | - |
| Derivative (losses) gains | (343) | (39) | (1,967) | 1,462 |
| **Net loss** | $ (12,603) | $ (16,903) | $ (30,714) | $ (17,960) |

[1] Expenses include amounts to related parties, as discussed in Note 8.

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

2

**American Petroleum Tankers Holding LLC**
**Unaudited Condensed Consolidated Statement of Changes in Members' Equity**
**For the Nine Months Ended September 30, 2010**
**(in thousands)**

| | Member Interests | | | | Total Members' Equity |
| --- | --- | --- | --- | --- | --- |
| | Class A | | Class B | | |
| **Balance at December 31, 2009** | $ | 93,854 | $ | 38,205 | $ | 132,059 |
| Net loss | | - | | (30,714) | | (30,714) |
| **Balance at September 30, 2010** | $ | 93,854 | $ | 7,491 | $ | 101,345 |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

3

APT V. USA

1623

**American Petroleum Tankers Holding LLC**
**Unaudited Condensed Consolidated Statements of Cash Flows**
**For the Nine Months Ended September 30, 2010 and 2009**
**(in thousands)**

|  | 2010 | 2009 |
|---|---|---|
| **OPERATING ACTIVITIES:** | | |
| Net loss | $  (30,714) | $  (17,960) |
| Adjustments to reconcile net loss to net cash | | |
| provided by (used in) operating activities: | | |
| Depreciation | 12,106 | 5,722 |
| Amortization of deferred financing costs | 2,357 | 1,994 |
| Amortization of discount on notes issued | 594 | - |
| Debt prepayment penalty fees | 2,814 | - |
| Write-off of deferred financing costs | 4,826 | - |
| Derivative losses (gains) | 1,967 | (1,462) |
| Interest paid-in-kind | 22,001 | 4,482 |
| Changes in current assets and liabilities: | | |
| Accounts receivable, net | (3,480) | (209) |
| Prepaid expenses and other current assets | (248) | 129 |
| Accrued expenses and other liabilities | 11,111 | 1,235 |
| Payable due USS Entities | (166) | 645 |
| Unearned revenue | 1,134 | - |
| Other | (903) | (1,273) |
| Net cash provided by (used in) operating activities | 23,399 | (6,697) |
| **INVESTING ACTIVITIES:** | | |
| Vessel and construction in progress additions | (88,282) | (219,544) |
| Deposits of restricted cash | (170,777) | (2,400) |
| Withdrawals of restricted cash | 84,500 | - |
| Net cash used in investing activities | (174,559) | (221,944) |
| **FINANCING ACTIVITIES:** | | |
| Proceeds from issuance of debt | 277,029 | 100,000 |
| Proceeds from revolver borrowings | - | 143,947 |
| Payment on long-term debt | (96,904) | - |
| Debt prepayment penalty fees | (2,814) | - |
| Payment of debt issuance costs | (9,697) | (4,787) |
| Net cash provided by financing activities | 167,614 | 239,160 |
| Net increase in cash and cash equivalents | 16,454 | 10,519 |
| Cash and cash equivalents at beginning of period | 7,893 | 16 |
| Cash and cash equivalents at end of period | $  24,347 | $  10,535 |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

4

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Nine Months Ended September 30, 2010 and 2009**
**(dollars in thousands)**

*Note 1 - Organization*

On May 14, 2010, American Petroleum Tankers LLC ("APT") consummated a restructuring of its corporate organization, resulting in: (i) the formation of American Petroleum Tankers Holding LLC ("APT Holding", the "Company", "we", "our", or "us") as the new parent holding company; (ii) the formation of American Petroleum Tankers Parent LLC ("APT Parent"), as a new wholly-owned subsidiary of APT Holding, and AP Tankers Co., as a new wholly-owned subsidiary of APT Parent; and (iii) the contribution down of the interests of: (a) the former parent holding company, APT, and (b) APT Intermediate Holdco LLC ("Intermediate Holdco"), such that APT and Intermediate Holdco became wholly-owned subsidiaries of APT Parent. As a result of this restructuring, APT, Intermediate Holdco and AP Tankers Co. are entities at the same corporate level, each a directly, wholly-owned subsidiary of APT Parent.

These unaudited condensed consolidated financial statements present the consolidated financial position, results of operations, changes in members' equity and cash flows for APT Holding and its subsidiaries.

*Note 2 - Basis of Presentation*

The accompanying unaudited condensed consolidated financial statements for the Company have been prepared in accordance with accounting principles generally accepted in the United States of America for interim financial information and in accordance with the instructions to Form 10-Q. These financial statements should be read in conjunction with the Company's audited consolidated financial statements for the year ended December 31, 2009.

These financial statements include, in the opinion of management, all adjustments necessary for the fair presentation of the financial information included herein, which are of a normal recurring nature.

**Use of Estimates**

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affects the amounts reported in the financial statements and accompanying notes. Actual results could differ from those estimates.

*Note 3 - New Accounting Pronouncements*

In January 2010, the Financial Accounting Standards Board ("FASB") issued ASU No. 2010-06, *Improving Disclosures about Fair Value Measurements*. This update provides amendments to FASB ASC 820, *Fair Value Measurements and Disclosure*, for improving disclosures about fair value measurements on the basis of input received from users of financial statements. This update is effective

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Nine Months Ended September 30, 2010 and 2009 - Continued**
**(dollars in thousands)**

for interim and annual reporting periods beginning after December 15, 2009.  The adoption of this standard had no material impact on the Company's balance sheet, statement of operations, statement of changes in members' equity, and statement of cash flows.

In February 2010, the FASB issued ASU No. 2010-09, *Amendments to Certain Recognition and Disclosure Requirements*.  This update provides amendments to FASB ASC 855, *Subsequent Events*, for removing the requirement for an SEC filer to disclose a date in issued and revised financial statements.  This update is effective upon issuance of the final update.  The adoption of this standard had no material impact on the Company's balance sheet, statement of operations, statement of changes in members' equity, and statement of cash flows.

*Note 4 - Restricted Cash*

In connection with the issuance of $285,000 of 10¼% First Priority Senior Secured Notes on May 17, 2010, as discussed in Note 7, $169,900 of the net proceeds was placed in an escrow account to fund the remaining construction costs of the Company's vessels.  In July 2010, a scheduled payment of $80,900 under our vessel construction contract was paid from the escrow account.  The balance in the escrow account at September 30, 2010 was $89,077.

In connection with the prepayment of the Senior Secured Loan Facility (the "DVB Facility") on May 17, 2010, as discussed in Note 7, the Company is no longer required to maintain Drydock Reserve and Liquidity Accounts, and accordingly has transferred these cash balances to cash and cash equivalents.

*Note 5 - Construction Contract*

The Company entered into a contract with National Steel and Shipbuilding Company ("NASSCO") for the construction of five 49,000 dwt double-hulled tankers.  The first four vessels were delivered in January 2009, June 2009, December 2009 and July 2010, respectively.  The remaining tanker is expected to be delivered in December 2010.

The Company estimates that it owes NASSCO $78,389 based on the percentage of completion of the vessel under construction at September 30, 2010.  The Company has accrued these costs within Accrued Expenses and Other Liabilities in the accompanying Unaudited Condensed Consolidated Balance Sheet. Future commitments under this contract are further discussed in Note 11.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

6

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Nine Months Ended September 30, 2010 and 2009 - Continued**
**(dollars in thousands)**

*Note 6 - Vessels and Construction in Progress, Net*

Vessels and Construction in Progress, Net consists of the following:

|  | September 30, 2010 | December 31, 2009 |
|---|---|---|
| Vessels | $ 591,644 | $ 457,477 |
| Construction in progress | 120,262 | 175,001 |
|  | 711,906 | 632,478 |
| Less accumulated depreciation | (20,504) | (8,398) |
| Total vessels and construction in progress, net | $ 691,402 | $ 624,080 |

Capitalized interest is recorded as part of the asset to which it relates and is amortized over the estimated useful life of the asset. Interest expense of $1,481 and $2,196 was capitalized during the three months ended September 30, 2010 and 2009, respectively. Interest expense of $5,272 and $8,046 was capitalized during the nine months ended September 30, 2010 and 2009, respectively.

Vessels and construction in progress include accrued amounts of $78,512 and $87,366 at September 30, 2010 and December 31, 2009, respectively. The accrued amounts are included in Accrued Expenses and Other Liabilities and Payable Due USS Entities in the accompanying Unaudited Condensed Consolidated Balance Sheets.

*Note 7 - Long-Term Debt*

Long-term debt consists of the following:

|  | September 30, 2010 | December 31 2009 |
|---|---|---|
| Senior Secured Loan Facility | $ - | $ 96,904 |
| 10 1/4% First Priority Senior Secured Notes, net of $7,377 unamortized original issuance discount | 277,623 | - |
| Sponsor Facility | 351,681 | 329,680 |
|  | 629,304 | 426,584 |
| Less current portion | - | (12,384) |
|  | $ 629,304 | $ 414,200 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)