**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AMERICAN PETROLEUM TANKERS PARENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>The UNITED STATES OF AMERICA, *et al*.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:12-CV-001165-CKK<br><br>Notice of Filing of Administrative Record |

**NOTICE OF FILING OF VOLUME 6 OF THE ADMINISTRATIVE RECORD**

Defendants hereby give notice that attached hereto is **Volume 6** of the redacted Administrative Record in this action, which is being filed in 26 separate volumes.

Respectfully Submitted,

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

DIANE KELLEHER
Assistant Branch Director

*s/ Daniel Bensing*
DANIEL BENSING
Senior Counsel
(D.C. Bar No. 334268)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 6114
Washington D.C. 20530
Tel.: (202) 305-0693
Fax: (202) 616-8460
Email: Daniel.Bensing@USDOJ.gov

Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2013 I electronically filed the foregoing Notice of Filing of Volume 6 of the Administrative Record with the Clerk of the Court by using the CM/ECF system.

/s/ *Daniel Bensing*
DANIEL BENSING

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Nine Months Ended September 30, 2010 and 2009 - Continued**
**(dollars in thousands)**

**First Priority Senior Secured Notes**

On May 17, 2010, APT Parent and AP Tankers Co. issued $285,000, 10¼% First Priority Senior Secured Notes (the "Notes") due 2015 at a price of 97.203%. Interest on the Notes is payable on May 1 and November 1 of each year, beginning November 1, 2010. On May 17, 2010, net proceeds of $271,329, (net of underwriters' discounts and commissions) were received from the Notes. The issuance discount, $7,971 at the time of issue, is being amortized over the five year term of the Notes using the effective interest method. As of September 30, 2010, the unamortized original issue discount was $7,377. The net proceeds were used to place $169,900 cash in escrow for the construction of vessels, prepay $97,574 related to the DVB Facility (including principal, interest, and prepayment penalty), and the remainder was used to pay related transaction fees and expenses.

In connection with issuing the Notes, $10,080 of costs were capitalized as debt issuance costs within Deferred Financing Costs in the accompanying Unaudited Condensed Consolidated Balance Sheets and are being amortized over the five year term of the Notes using the effective interest method. Included in these costs is an accrual of $489 for estimated costs associated with the issuance and registration of the Notes, as discussed below. As of September 30, 2010, the unamortized issuance costs associated with the Notes was $9,328.

In connection with the issuance of the Notes, APT Parent and AP Tankers Co. entered into a registration rights agreement ("Registration Rights Agreement") which requires the use of reasonable efforts to register notes having substantially identical terms as the Notes with the Securities and Exchange Commission under the Securities Act of 1933, as amended, prior to May 12, 2011. In the event that a registration default ("Registration Default") occurs (as defined in the Registration Rights Agreement), then additional interest on the Notes in an amount equal to 0.25% per annum during the first 90-day period immediately following the occurrence of the first Registration Default will be required. The additional interest will increase by 0.25% per annum for each subsequent 90-day period until all Registration Defaults have been cured, up to a maximum amount of 1.0% per annum.

Prior to May 1, 2012, the Notes may be redeemed in part or in full at a redemption price equal to 100% of the principal amount, plus a make-whole premium calculated in accordance with the indenture governing the Notes and accrued and unpaid interest. In addition, prior to May 1, 2012, a portion of the Notes may be redeemed at: (a) 110.25% plus accrued and unpaid interest with the net proceeds of certain equity offerings, provided that at least 65% of the Notes remain outstanding, and/or (b) 103% plus accrued and unpaid interest provided that not more than 10% of the original aggregate principal amount of the Notes issued is redeemed during any twelve month period. On or after May 1, 2012, the Notes may be redeemed in part or in full at the following percentages of the outstanding principal amount prepaid plus accrued and unpaid interest: 105.125% prior to May 1, 2013; 102.563% prior to May 1, 2014; and 100% on or after May 1, 2014.

The indenture governing the Notes contains customary covenants and restrictions on the activities of APT Parent and AP Tankers Co. and APT Parent's restricted subsidiaries, including, but not limited to, limitations on the incurrence of debt, certain restricted payments, dividends and other payments affecting restricted subsidiaries, asset sales, transactions with affiliates, liens, and sale and leaseback

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Nine Months Ended September 30, 2010 and 2009 - Continued**
**(dollars in thousands)**

transactions. The indentures also contain provisions requiring us to offer to repurchase the Notes upon a change of control.

**Debt Extinguishment Expense**

In connection with the prepayment of the DVB Facility on May 17, 2010, the Company recognized a loss on extinguishment of debt totaling $7,640. This amount consisted of a $2,814 prepayment penalty and the write-off of $4,826 of unamortized debt financing costs. The $4,826 write-off of unamortized debt financing costs represents a non-cash adjustment to reconcile net loss to net cash provided by operating activities within the Unaudited Condensed Consolidated Statements of Cash Flows.

**Sponsor Facility**

APT entered into (i) Amendment No. 4 to the Revolving Notes Facility (the "Sponsor Facility") Agreement on April 23, 2010 in connection with the corporate restructuring to permit the incurrence of indebtedness under the Notes and to include APT Parent as obligor under the Sponsor Facility, and (ii) Amendment No. 5 to the Sponsor Facility Agreement on May 5, 2010 to convert the revolving credit loans to a term loan, extend the maturity to May 2016, increase the paid-in-kind interest rate to 12%, and to permit quarterly and annual financial reporting to be made on the same timetable as the financial reporting required pursuant to the indenture governing the Notes. As a result, the outstanding balance of the Sponsor Facility has been recorded as long-term debt. The Company estimates total paid-in-kind interest of $332,699 to be capitalized under the amended Sponsor Facility for the period May 5, 2010 through May 5, 2016. The Sponsor Facility is secured by substantially all of the assets of APT Parent and its subsidiaries on a second priority basis.

The maturities of long-term debt subsequent to September 30, 2010, excluding accreted interest on the Sponsor Facility subsequent to September 30, 2010, are as follows:

| | |
|---|---|
| 2015 | $ 277,623 |
| 2016 | 351,681 |
| | $ 629,304 |

A reconciliation of Interest Expense and Debt Extinguishment Expense for the three and nine month periods ended September 30, 2010 and 2009 is as follows:

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Nine Months Ended September 30, 2010 and 2009 - Continued**
**(dollars in thousands)**

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2010 | 2009 | 2010 | 2009 |
| Cash paid for interest [1] | $ - | $ 3 | $ 2,044 | $ 5,710 |
| Paid-in-kind interest | 10,278 | 3,901 | 22,001 | 4,482 |
| Amortization of deferred financing costs | 657 | 742 | 2,358 | 1,998 |
| Amortization of discount on notes issued | 402 | - | 594 | - |
| Amortization of administrative fee | 75 | 76 | 227 | 225 |
| Change in interest accrual | 7,303 | 393 | 10,282 | (65) |
| Gross interest expense | 18,715 | 5,115 | 37,506 | 12,350 |
| Less capitalized interest [1] | (1,481) | (2,196) | (5,272) | (8,046) |
| ***Net Interest Expense*** | $17,234 | $ 2,919 | $32,234 | $ 4,304 |
| | | | | |
| Cash paid for debt prepayment fee | $ - | $ - | $ 2,814 | $ - |
| Writeoff of deferred financing costs | - | - | 4,826 | - |
| ***Debt Extinguishment Expense*** | $ - | $ - | $ 7,640 | $ - |

(1) Represents additional cash flow disclosures.

### *Note 8 - Related Party Transactions*

**USS Entities**

Until July 28, 2009, USS Product Manager LLC ("Product Manager"), a wholly-owned subsidiary of U.S. Shipping Partners L.P. (the "Partnership") and an affiliate of USS Product Carriers LLC, a former Class B Member of APT, managed the construction of, and until September 28, 2009 the operation of, the tankers for APT. The obligations under the management agreement were being performed by employees of U.S. Shipping General Partner LLC, the Partnership's general partner. The Partnership earned the following fees through May 2009, which are recorded by APT within Management Fees expense in the accompanying Unaudited Condensed Consolidated Statements of Operations for the nine months ended September 30, 2009:

| | |
|---|---|
| Oversight fees | $ 786 |
| Delivery fee for January 2009 delivery of the *Golden State* | 750 |
| Management fees | 455 |
| | $ 1,991 |



Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Nine Months Ended September 30, 2010 and 2009 - Continued**
**(dollars in thousands)**

On July 10, 2009, Product Carriers, Product Manager, the Partnership and USS PC Holdings LLC (collectively "USS Entities"), the Class A Members of APT, the Sponsor Facility lenders to APT (together with the Class A Members, the "Blackstone/Cerberus Entities") and APT entered into a settlement agreement to settle litigation between the USS Entities and the Blackstone/Cerberus Entities relating to control of APT. Under the terms of the settlement, which was approved by the U.S. Bankruptcy Court Southern District of New York on July 17, 2009 and effective on July 28, 2009, the management agreement (except for certain provisions) was terminated and Product Manager ceased to manage APT's tankers and provide construction supervision services. As a result, a $14,000 settlement fee was paid to Product Manager and recorded as Settlement Fees and Related Legal Expenses in the accompanying Unaudited Condensed Consolidated Statements of Operations during the three and nine months ended September 30, 2010.

Pursuant to the terms of the settlement agreement, Product Manager also earned $500 during 2009 for cost savings realized by APT on the construction of one vessel completed in 2009. This cost savings was accrued within Due to USS Entities at December 31, 2009 and capitalized as a cost to the vessel. The cost savings was paid by the Company in the first quarter of 2010. The aggregate payable recorded within Due to USS Entities in the accompanying Unaudited Condensed Consolidated Balance Sheets was $93 and $759 at September 30, 2010 and December 31, 2009, respectively.

**Blackstone/Cerberus Entities**

The Company pays an annual administration fee of $300 for the Sponsor Facility to an affiliate of certain of the Class A Members. This fee is recognized as a component of Interest Expense, in the accompanying unaudited condensed consolidated financial statements. During the nine months ended September 30, 2009, the Company paid interest of $5,702 on the Sponsor Facility directly to certain of the Blackstone/Cerberus Entities, representing interest payments through its June 2009 monthly payment. Subsequently, payments have been recorded as interest-in-kind payments that are capitalized in the Sponsor Facility balance.

During the three and nine months ended September 30, 2010, the Company recorded $10,278 and $22,001, respectively, for interest-in-kind payments that were capitalized in the Sponsor Facility balance, including an interest-in-kind accrual of $16,534 at September 30, 2010. During the three and nine months ended September 30, 2009, the Company recorded $3,901 and $4,482, respectively, for interest-in-kind payments that were capitalized in the Sponsor Facility balance, including an interest-in-kind accrual of $581 at September 30, 2009. Accrued interest due on the Sponsor Facility borrowings was $608 as of December 31, 2009.

***Note 9 - Derivative Instruments***

In 2007, the Company purchased a nine-year interest rate cap effective April 1, 2007, with a notional amount of $100,000, for $1,924, including transaction fees. This interest rate cap of the three-month U.S. Dollar LIBOR of 6.0% is intended to reduce the potential negative impacts to the Company's cash flows that could result in movements in interest rates between the date a chartering contract is entered into and the anticipated sale date of such combined vessel and chartering contract.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Nine Months Ended September 30, 2010 and 2009 - Continued**
**(dollars in thousands)**

The Company recognizes all derivatives as either assets or liabilities in the balance sheet and measures those instruments at fair value. Changes in the fair value of those instruments are reported in earnings, as the Company did not designate the interest rate cap as a hedge. The fair market value of the interest rate cap at September 30, 2010 and December 31, 2009 was $560 and $2,526, respectively, and is recorded as a long-term asset in Other Assets in the accompanying Unaudited Condensed Consolidated Balance Sheets. The change in the fair value of the derivative financial instrument was recorded to Derivative (Losses) Gains as losses of $343 and $1,967 during the three and nine months ended September 30, 2010, respectively, and losses of $39 and gains of $1,462 during the three and nine months ended September 30, 2009, respectively.

***Note 10 – Fair Value of Financial Instruments***

The estimated fair values of the Company's financial instruments at September 30, 2010 and December 31, 2009 are as follows:

| | September 30, 2010 | December 31, 2009 |
|---|---|---|
| Cash and cash equivalents | $ 24,347 | $ 7,893 |
| Restricted cash | 89,077 | 2,800 |
| Derivative financial instruments | 560 | 2,526 |
| Long-term debt | 663,258 | 412,143 |

The methods and assumptions used to estimate the fair value of each class of financial instruments are set forth below:

- Cash and cash equivalents and restricted cash - the carrying amounts approximate fair value because of the relatively short time between the origination of the instrument and its expected realization.
- Derivative financial instruments - the fair value of the interest rate cap is developed from market-based inputs under the income approach using cash flows discounted at relevant market interest rates.
- Long-term debt - Since the Company's debt is not quoted, the fair value of long-term debt is estimated based on each obligation's characteristics, using the borrowing rates currently available for the same or similar issues for debt of the same remaining maturities, and discounted back to the present value. The Company regularly monitors its credit risk in evaluating its fair value of long-term debt. Significant factors evaluated include changes in margin on its various loans and its ability to make future debt payments.

The following valuation hierarchy prioritizes the inputs for valuation used to measure fair value into three broad levels as follows:

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Nine Months Ended September 30, 2010 and 2009 - Continued**
**(dollars in thousands)**

Level 1: Quoted market prices in active markets for identical assets or liabilities.
Level 2: Observable market based inputs or unobservable inputs that are corroborated by market data.
Level 3: Unobservable inputs that are not corroborated by market data.

The Company utilizes the best available information in measuring fair value. The Company has determined that its interest rate cap is valued using Level 2 inputs.

***Note 11 – Commitments and Contingencies***

As discussed in Note 5, the Company has a contract with NASSCO for the construction of five product tankers, four of which have been delivered, and the fifth of which is expected to be delivered in December 2010. The Company currently expects the cost to construct these five tankers to aggregate approximately $676,605 excluding future contract adjustments for price escalations or cost savings and capitalized interest. Payments of $587,672 have been made under these construction contracts as of September 30, 2010. The Company estimates that it will make payments under this construction contract of approximately $81,200 in December 2010 and $7,733 in 2011.

***Note 12 – Financial Information by Segments and Geographic Area***

The Company's business is to charter its tankers primarily in the U.S. domestic Jones Act trades to customers in the petroleum industry to and from destination points in the coastal United States. Each of the Company's vessels represents an operating segment. These segments are aggregated into one reportable segment because they possess similar economic characteristics and all vessels are the same design and carry petroleum products in the U.S. coastwise trade.

***Note 13 – Guarantor Subsidiaries***

APT Parent, a wholly-owned subsidiary of APT Holding (the "Parent"), and AP Tankers Co., a wholly-owned subsidiary of APT Parent, (collectively, the "Subsidiary Issuers"), issued the Notes in May 2010. The Notes are fully and unconditionally guaranteed, jointly and severally, on a senior subordinated basis by APT Holding and all of APT Parent's wholly-owned subsidiaries: APT, Intermediate Holdco, and Intermediate Holdco's wholly-owned subsidiaries, JV Tanker Charterer LLC, PI 2 Pelican State LLC, and APT Sunshine State LLC (collectively the "Guarantor Subsidiaries").

The guarantees by APT Parent and the Guarantor Subsidiaries are senior secured obligations: equal in right of payment with any of their existing and future senior indebtedness but senior with any of their existing and future unsecured indebtedness to the extent of the value of the collateral securing the Notes; senior to any of their existing and future subordinated indebtedness; junior with any of their existing and future indebtedness with respect to any credit agreement, certain maritime liens or that are secured by assets other than the collateral securing the Notes; and junior to any existing and future obligations of any non-guarantor subsidiaries. The Notes are secured by a first priority lien on

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Nine Months Ended September 30, 2010 and 2009 - Continued**
**(dollars in thousands)**

substantially all of the assets of APT Parent and its subsidiaries subject to certain exceptions and permitted liens.

APT Parent is a holding company whose only asset is its ownership interests in its subsidiaries. The Company conducts virtually all of its business operations through APT Parent and its subsidiaries. Accordingly, the Company's only material sources of cash are dividends and distributions with respect to its ownership interests in APT and the subsidiaries of Intermediate Holdco that are derived from the earnings and cash flow generated by APT and the subsidiaries of Intermediate Holdco. Through September 30, 2010, no dividends have been paid.

The following tables set forth, on an unaudited condensed consolidating basis, the balance sheets, statements of operations and statements of cash flows for APT Parent, Subsidiary Issuers and Guarantor Subsidiaries for all financial statement periods presented in the Company's unaudited condensed consolidated financial statements. The Subsidiary Issuers allocate interest expense to the Guarantor Subsidiaries for capitalization towards the cost of the vessels under construction. The Subsidiary Issuers do not allocate integration expenses, corporate overhead or any other expenses for shared services to the Guarantor Subsidiaries. Intercompany cash advances and loans made primarily for the purpose of short-term operating needs are included in cash flows from operating activities.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Nine Months Ended September 30, 2010 and 2009 - Continued**
**(dollars in thousands)**

**Unaudited Condensed Consolidating Balance Sheet as of September 30, 2010**

| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Cash and cash equivalents | $ - | $ - | $ 24,347 | $ - | $ 24,347 |
| Accounts receivables, net | - | - | 7,997 | - | 7,997 |
| Prepaid expenses and other current assets | - | - | 654 | - | 654 |
| Restricted cash | - | 89,077 | - | - | 89,077 |
| Total Current Assets | - | 89,077 | 32,998 | - | 122,075 |
| Receivables due from affiliates, net | - | 179,709 | - | (179,709) | - |
| Deferred financing costs | - | 9,434 | 3,289 | - | 12,723 |
| Investment in affiliates | 101,345 | 112,252 | - | (213,597) | - |
| Other assets | - | - | 2,922 | - | 2,922 |
| Vessels and construction in progress, net | - | - | 691,402 | - | 691,402 |
| Total Assets | $ 101,345 | $ 390,472 | $ 730,611 | $ (393,306) | $ 829,122 |
| **Liabilities and Members' Equity** | | | | | |
| Accrued expenses and other liabilities | $ - | $ 712 | $ 82,451 | $ - | $ 83,163 |
| Accrued interest | - | 10,792 | - | - | 10,792 |
| Payable due USS Entities | - | - | 93 | - | 93 |
| Unearned revenue | - | - | 4,425 | - | 4,425 |
| Total Current Liabilities | - | 11,504 | 86,969 | - | 98,473 |
| Payables due to affiliates, net | - | - | 179,709 | (179,709) | - |
| Long-term debt | - | 277,623 | 351,681 | - | 629,304 |
| Total Liabilities | - | 289,127 | 618,359 | (179,709) | 727,777 |
| **Members' Equity** | 101,345 | 101,345 | 112,252 | (213,597) | 101,345 |
| Total Liabilities and Members' Equity | $ 101,345 | $ 390,472 | $ 730,611 | $ (393,306) | $ 829,122 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Nine Months Ended September 30, 2010 and 2009 - Continued**
**(dollars in thousands)**

**Unaudited Condensed Consolidating Balance Sheet as of December 31, 2009**

| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Cash and cash equivalents | $ - | $ - | $ 7,893 | $ - | $ 7,893 |
| Accounts receivables, net | - | - | 4,517 | - | 4,517 |
| Prepaid expenses and other current assets | - | - | 406 | - | 406 |
| Restricted cash | - | - | 800 | - | 800 |
| Total Current Assets | - | - | 13,616 | - | 13,616 |
| Restricted cash, net of current portion | - | - | 2,000 | - | 2,000 |
| Deferred financing costs | - | - | 9,720 | - | 9,720 |
| Other assets | - | - | 3,986 | - | 3,986 |
| Vessels and construction in progress, net | - | - | 624,080 | - | 624,080 |
| Total Assets | $ - | $ - | $ 653,402 | $ - | $ 653,402 |
| **Liabilities and Members' Equity** | | | | | |
| Accrued expenses and other liabilities | $ - | $ - | $ 90,199 | $ - | $ 90,199 |
| Accrued interest | - | - | 510 | - | 510 |
| Payable due USS Entities | - | - | 759 | - | 759 |
| Unearned revenue | - | - | 3,291 | - | 3,291 |
| Current portion of long-term debt | - | - | 12,384 | - | 12,384 |
| Total Current Liabilities | - | - | 107,143 | - | 107,143 |
| Long-term debt, net of current portion | | | 414,200 | | 414,200 |
| Total Liabilities | - | - | 521,343 | - | 521,343 |
| **Members' Equity** | - | - | 132,059 | - | 132,059 |
| Total Liabilities and Members' Equity | $ - | $ - | $ 653,402 | $ - | $ 653,402 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Nine Months Ended September 30, 2010 and 2009 - Continued**
**(dollars in thousands)**

**Unaudited Condensed Consolidating Statements of Operations**
**For the Three Months Ended September 30, 2010**

| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| **Revenues** | $ - | $ - | $ 16,954 | $ - | $ 16,954 |
| **Expenses:** | | | | | |
| Operating expenses | - | - | 6,328 | - | 6,328 |
| General and administrative expenses | - | 122 | 381 | - | 503 |
| Depreciation | - | - | 4,550 | - | 4,550 |
| Management fees | - | - | 669 | - | 669 |
| Total Expenses | - | 122 | 11,928 | - | 12,050 |
| **Operating (loss) income** | - | (122) | 5,026 | - | 4,904 |
| **Other (expense) income:** | | | | | |
| Interest income | - | 70 | - | - | 70 |
| Interest expense | - | (7,562) | (9,672) | - | (17,234) |
| Equity losses of subsidiaries | (12,603) | (4,989) | - | 17,592 | - |
| Derivative losses | - | - | (343) | - | (343) |
| **Net loss** | $ (12,603) | $ (12,603) | $ (4,989) | $ 17,592 | $ (12,603) |

**For the Three Months Ended September 30, 2009**

| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| **Revenues** | $ - | $ - | $ 10,122 | $ - | $ 10,122 |
| **Expenses:** | | | | | |
| Operating expenses | - | - | 2,961 | - | 2,961 |
| General and administrative expenses | - | - | 261 | - | 261 |
| Depreciation | - | - | 2,672 | - | 2,672 |
| Management fees | - | - | 274 | - | 274 |
| Settlement fees and related legal expenses | - | - | 17,901 | - | 17,901 |
| Total Expenses | - | - | 24,069 | - | 24,069 |
| **Operating loss** | - | - | (13,947) | - | (13,947) |
| **Other (expense) income:** | | | | | |
| Interest income | - | - | 2 | - | 2 |
| Interest expense | - | - | (2,919) | - | (2,919) |
| Derivative losses | - | - | (39) | - | (39) |
| **Net loss** | $ - | $ - | $ (16,903) | $ - | $ (16,903) |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Nine Months Ended September 30, 2010 and 2009 - Continued**
**(dollars in thousands)**

**Unaudited Condensed Consolidating Statements of Operations**
**For the Nine Months Ended September 30, 2010**

| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| **Revenues** | $ - | $ - | $ 42,883 | $ - | $ 42,883 |
| **Expenses:** | | | | | |
| Operating expenses | - | - | 16,605 | - | 16,605 |
| General and administrative expenses | - | 195 | 1,181 | - | 1,376 |
| Depreciation | - | - | 12,106 | - | 12,106 |
| Management fees | - | - | 1,746 | - | 1,746 |
| Total Expenses | - | 195 | 31,638 | - | 31,833 |
| **Operating (loss) income** | - | (195) | 11,245 | - | 11,050 |
| **Other (expense) income:** | | | | | |
| Interest income | - | 77 | - | - | 77 |
| Interest expense | - | (10,789) | (21,445) | - | (32,234) |
| Equity losses of subsidiaries | (30,714) | (19,807) | - | 50,521 | - |
| Debt extinguishment expense | - | - | (7,640) | - | (7,640) |
| Derivative losses | - | - | (1,967) | - | (1,967) |
| **Net loss** | $ (30,714) | $ (30,714) | $ (19,807) | $ 50,521 | $ (30,714) |

**For the Nine Months Ended September 30, 2009**

| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| **Revenues** | $ - | $ - | $ 19,028 | $ - | $ 19,028 |
| **Expenses:** | | | | | |
| Operating expenses | - | - | 7,695 | - | 7,695 |
| General and administrative expenses | - | - | 578 | - | 578 |
| Depreciation | - | - | 5,722 | - | 5,722 |
| Management fees | - | - | 2,265 | - | 2,265 |
| Settlement fees and related legal expenses | - | - | 17,901 | - | 17,901 |
| Total Expenses | - | - | 34,161 | - | 34,161 |
| **Operating loss** | - | - | (15,133) | - | (15,133) |
| **Other (expense) income:** | | | | | |
| Interest income | - | - | 15 | - | 15 |
| Interest expense | - | - | (4,304) | - | (4,304) |
| Derivative gains | - | - | 1,462 | - | 1,462 |
| **Net loss** | $ - | $ - | $ (17,960) | $ - | $ (17,960) |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Nine Months Ended September 30, 2010 and 2009 - Continued**
**(dollars in thousands)**

**Unaudited Condensed Consolidating Statement of Cash Flows**
**For the Nine Months Ended September 30, 2010**

| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| **OPERATING ACTIVITIES:** | | | | | |
| Net loss | $ (30,714) | $ (30,714) | $ (19,807) | $ 50,521 | $ (30,714) |
| Adjustments to reconcile net loss to net cash provided by operating activities: | | | | | |
| Depreciation | - | - | 12,106 | - | 12,106 |
| Amortization of deferred financing costs | - | 752 | 1,605 | - | 2,357 |
| Amortization of discount on notes issued | - | 594 | - | - | 594 |
| Equity losses of subsidiaries | 30,714 | 19,807 | - | (50,521) | - |
| Debt prepayment penalty fees | - | - | 2,814 | - | 2,814 |
| Write-off of deferred financing costs | - | - | 4,826 | - | 4,826 |
| Derivative losses | - | - | 1,967 | - | 1,967 |
| Interest paid-in-kind | - | - | 22,001 | - | 22,001 |
| Changes in current assets and liabilities: | | | | | |
| Accounts receivable, net | - | - | (3,480) | - | (3,480) |
| Prepaid expenses and other current assets | - | - | (248) | - | (248) |
| Accrued expenses and other liabilities | - | 11,015 | 96 | - | 11,111 |
| Payable due USS Entities | - | - | (166) | - | (166) |
| Unearned revenue | - | - | 1,134 | - | 1,134 |
| Other | - | (1,328) | 425 | - | (903) |
| Net cash provided by operating activities | - | 126 | 23,273 | - | 23,399 |
| **INVESTING ACTIVITIES:** | | | | | |
| (Payments to) receipts from affiliates for construction payment | - | (80,900) | 80,900 | - | - |
| Vessel and construction in progress additions | - | - | (88,282) | - | (88,282) |
| Deposits of restricted cash | - | (169,977) | (800) | - | (170,777) |
| Withdrawals of restricted cash | - | 80,900 | 3,600 | - | 84,500 |
| Net cash used in investing activities | - | (169,977) | (4,582) | - | (174,559) |
| **FINANCING ACTIVITIES:** | | | | | |
| Proceeds from issuance of debt | - | 277,029 | - | - | 277,029 |
| (Payments to) receipts from affiliates for debt prepayment | - | (97,481) | 97,481 | - | - |
| Payment on long-term debt | - | - | (96,904) | - | (96,904) |
| Debt prepayment penalty fees | - | - | (2,814) | - | (2,814) |
| Payment of debt issuance costs | - | (9,697) | - | - | (9,697) |
| Net cash provided by (used in) financing activities | - | 169,851 | (2,237) | - | 167,614 |
| Net increase in cash and cash equivalents | - | - | 16,454 | - | 16,454 |
| Cash and cash equivalents at beginning of period | - | - | 7,893 | - | 7,893 |
| Cash and cash equivalents at end of period | $ - | $ - | $ 24,347 | $ - | $ 24,347 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Nine Months Ended September 30, 2010 and 2009 - Continued**
**(dollars in thousands)**

**Unaudited Condensed Consolidating Statement of Cash Flows**
**For the Nine Months Ended September 30, 2009**

| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| **OPERATING ACTIVITIES:** | | | | | |
| Net loss | $ - | $ - | $ (17,960) | $ - | $ (17,960) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | | | | |
| Depreciation | - | - | 5,722 | - | 5,722 |
| Amortization of deferred financing costs | - | - | 1,994 | - | 1,994 |
| Derivative gains | - | - | (1,462) | - | (1,462) |
| Interest paid-in-kind | - | - | 4,482 | - | 4,482 |
| Changes in current assets and liabilities: | | | | | |
| Accounts receivable, net | - | - | (209) | - | (209) |
| Prepaid expenses and other current assets | - | - | 129 | - | 129 |
| Accrued expenses and other liabilities | - | - | 1,235 | - | 1,235 |
| Payable due USS Entities | - | - | 645 | - | 645 |
| Other | - | - | (1,273) | - | (1,273) |
| Net cash used in operating activities | - | - | (6,697) | - | (6,697) |
| **INVESTING ACTIVITIES:** | | | | | - |
| Vessel and construction in progress additions | - | - | (219,544) | - | (219,544) |
| Deposits of restricted cash | - | - | (2,400) | - | (2,400) |
| Net cash used in investing activities | - | - | (221,944) | - | (221,944) |
| **FINANCING ACTIVITIES:** | | | | | |
| Proceeds from issuance of debt | - | - | 100,000 | - | 100,000 |
| Proceeds from revolver borrowings | - | - | 143,947 | - | 143,947 |
| Payment of debt issuance costs | - | - | (4,787) | - | (4,787) |
| Net cash provided by financing activities | - | - | 239,160 | - | 239,160 |
| Net increase in cash and cash equivalents | - | - | 10,519 | - | 10,519 |
| Cash and cash equivalents at beginning of period | - | - | 16 | - | 16 |
| Cash and cash equivalents at end of period | $ - | $ - | $ 10,535 | $ - | $ 10,535 |

### *Note 14 – Subsequent Events*

The Company evaluated events and transactions that occurred during the period from September 30, 2010, the date of the balance sheet, through November 15, 2010, the date of issuance of the unaudited condensed consolidated financial statements. On October 7, 2010, an affiliate of Chevron Corporation ("Chevron"), informed us that they will continue to charter one of our vessels, the *Sunshine State*, beyond the current expiration date for such charter of December 3, 2010, thereby rescinding a prior notice of termination. Under the terms of the charter agreement with Chevron, the *Sunshine State* is chartered for up to three years under an evergreen type arrangement, with ninety days advance notice required for cancellation. The Company identified no additional subsequent events.

****

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

***Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations***

The following discussion and analysis of our consolidated financial condition, results of operations and cash flows should be read in conjunction with the unaudited condensed consolidated financial statements, and the notes thereto, and other data contained elsewhere in this Quarterly Report. The following discussion and analysis should also be read in conjunction with our audited consolidated financial statements, and notes thereto, and "Management's Discussion and Analysis of Financial Condition and Results of Operations" included in the Offering Circular. References in Item 2. herein to "APT Holding", "we", "our" and "us" refer to the Company and its subsidiaries unless otherwise stated or indicated by context.

**Company Overview**

We are a U.S. based, leading provider of Jones Act marine transportation services for refined petroleum products in the U.S. domestic "coastwise" trade. Our fleet consists of five new, double-hulled product tankers, four of which have been delivered. Two of these vessels are on long term charters with BP West Coast Products LLC ("BP") and an affiliate of Marathon Oil Corporation ("Marathon"), and one of our vessels is on short term charter which may be extended through an evergreen type arrangement for up to three years with an affiliate of Chevron Corporation ("Chevron"). One of our vessels, *Empire State*, delivered on July 13, 2010, is on an interim charter with the Military Sealift Command department of the US Navy ("MSC") prior to the start of a one year charter (with four approximately one year options) in October 2010, also with MSC, and one of our vessels, which is currently under construction and is expected to be delivered in December 2010, is also chartered to MSC. Upon delivery of our final new build vessel, our fleet of five vessels will have a total capacity of approximately 245,000 dwt and an average age of less than one year. This compares very favorably with the 22 year average age for the existing Jones Act tanker fleet. Currently, we have the most modern fleet in the Jones Act tanker market, making our vessels particularly attractive to oil companies with increasingly stringent vetting and inspection standards and contributing to lower operating costs. Our strategy is to time charter the majority of our fleet on a medium to long term basis to high credit quality charterers.

Our customers are BP, Chevron and Marathon, with each parent entity currently rated investment grade by Moody's and S&P, as well as MSC, a department of the U.S. Navy, which is supported by the U.S. Government, which is currently AAA/Aaa rated. Three of our four vessels in operation are fixed on time charters for seven years, up to three years under an evergreen type arrangement and three years, respectively. Our fourth vessel in operation, *Empire State*, is currently on time charter with MSC and our final new build vessel is also contracted to MSC for one year with four approximately one-year renewal options. While MSC awarded us the contract based on a five-year analysis, MSC is only permitted to commit to annual contracts, due to budgetary restrictions.

Operationally, we retain all strategic and commercial management of our vessels, while the technical management of the vessels is outsourced to certain affiliates of Crowley Maritime Corporation, Inc. (collectively, "Crowley"). Crowley's technical management services include crewing, maintenance and repair, purchasing, insurance and claims administration, and security as well as accounting and reporting services. In addition to providing technical management services for all our vessel operations, Crowley also provides construction oversight on the final new build vessel. Founded in 1892, Crowley is one of the oldest and most successful maritime transportation companies in the U.S., employing approximately 4,400 employees across 80 office locations. At December 31, 2009, Crowley owns and operates approximately 240 vessels including RO/RO (roll on roll off) vessels, LO/LO (lift on lift off) vessels, tankers, tugs and barges. Crowley also manages approximately

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

30 third party vessels. Crowley has been recognized for its expertise, having received numerous awards, including Chamber of Shipping of America 2008 Jones F. Devlin Award for Safety, 2009 Environmental Achievement Award, "Best of the Best" Ocean Carrier and Third-Party Logistics Provider, and Toyota Logistics Service Awards for Outstanding Customer Service and Quality for six consecutive years (2002 through 2007). We benefit from Crowley's operational expertise, purchasing power and strong relationships with vendors, suppliers and major labor organizations which are key to providing skilled and experienced crews.

On May 14, 2010, American Petroleum Tankers LLC ("APT") completed a restructuring of its corporate organization which resulted in (i) the formation of the Company, a new parent holding company that is a Delaware limited liability company, (ii) the formation of APT Parent, a wholly-owned subsidiary of the Company that is also a Delaware limited liability company, and (iii) the distribution down of the interests of our former parent holding company, APT, such that APT became a wholly-owned subsidiary of APT Parent. As a result of this restructuring Intermediate HoldCo and AP Tankers Co. are entities at the same corporate level as APT, each a directly, wholly-owned subsidiary of APT Parent. These newly created entities have no assets or operations. The financial statements provided herein are provided by the Company and its subsidiaries on a consolidated basis for the three and nine months ended September 30, 2010 and 2009.

**Definitions**

It is important to understand the meaning of the following terms in order to understand our discussion of our results of operations:

- *Deadweight tons or dwt.* dwt is the abbreviation for deadweight tons, representing principally the cargo carrying capacity of a vessel.
- *Revenue.* Revenue includes revenue from time charters. Revenue is impacted by changes in charter and utilization rates. For charters which have a duration in excess of one year and include escalation provisions we recognize revenue on a straight line basis over the life of the contract.
- *Vessel operating expenses.* The most significant direct vessel operating expenses are manning costs, vessel maintenance and repairs, and insurance. We pay the vessel operating expenses.
- *Depreciation and amortization.* We incur fixed charges related to the depreciation of the historical cost of our fleet. The aggregate number of drydockings undertaken in a given period and the nature of the work performed determine the level of drydocking expenditures. Depreciation and amortization is determined as follows:
  - Vessels are recorded at cost, including capitalized interest and transaction fees where appropriate, and depreciated to scrap value using the straight-line method; and
  - Both domestic and international regulatory bodies require that petroleum carrying vessels be drydocked for major repair and maintenance at least every five years (this requirement increases to twice in a five year period after the first fifteen years of operation). In addition, vessels may have to be drydocked in the event of accidents or other unforeseen damage.
- *General and administrative expenses.* General and administrative expenses consist of employment costs for shore side staff and cost of facilities as well as legal, audit and other administrative costs.
- *Drydocking days.* Drydocking days are days designated for the cleaning, inspection and survey of vessels, and resulting maintenance work, as required by the U.S. Coast Guard and the

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Bureau of Shipping (ABS). Drydocking days may also include unscheduled work in the event of an accident or other unforeseen damage.

- *Time charter equivalent.* Time charter equivalent is equal to the voyage revenue earned by a vessel during a defined period, divided by the total number of actual days worked by that vessel during the period involved, net of fuel and port expenses.

**Critical Accounting Policies**

We prepare our financial statements in conformity with accounting principles generally accepted in the United States of America. The preparation of the unaudited condensed consolidated financial statements, upon which this discussion and analysis is based, requires management to make estimates and judgments which impact those consolidated financial statements. The most critical of these estimates and accounting policies relate to long-lived asset depreciation, revenue recognition, and valuation of derivative instruments. Different assumptions in the application of these policies could result in material changes in the Company's consolidated financial condition, results of operations, or cash flows. For a more complete discussion of these and other accounting policies, see the Notes to 2009 audited Consolidated Financial Statements.

***Vessels and Construction in Progress***

Vessels are stated at cost. Construction costs of new vessels are capitalized and included in construction-in-progress until completed. Normal repair and maintenance expenditures are expensed as incurred. Depreciation is computed using the straight-line method over the vessels' estimated useful lives of 30 years based on the vessels' cost less their estimated salvage value. Interest is capitalized in conjunction with our construction of vessels.

We assess recoverability of the carrying value of a long-lived asset when indicators of impairment are present by estimating the future undiscounted net cash flows expected to result from the asset, including eventual disposition. If the future net cash flows are less than the carrying value of the asset, an impairment loss is recorded equal to the difference between the asset's carrying value and its fair value.

We have significant assets under construction. These assets under construction are subject to the same impairment requirements as other long-lived assets. There have been no vessel impairments recorded.

***Revenue Recognition***

Revenues from long-term time charters of vessels with annual escalation clauses are recognized on a straight-line basis. We also assess renewal options on time charters for bargain renewal options, and account for any bargain renewal options as a constructive extension of the lease term.

***Derivative Instruments***

Our use of derivative instruments, principally an interest rate cap, is limited to non-trading purposes and is designed to manage exposure to interest rate risks. The fair value of our interest rate cap represents the amount that would be paid to us by the counterparty to terminate the cap at the reporting date and is estimated based on a discounted cash flow model using a quoted interest rate. Changes in the fair market value of the interest rate cap could result in significant fluctuations in earnings.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**Results of Operations**

The following table presents the operating results of the Company for the three and nine months ended September 30, 2010 and 2009.

| | For the Three Months Ended September 30, | | For the Nine Months Ended September 30, | |
|---|---|---|---|---|
| | **2010** | **2009** | **2010** | **2009** |
| **Consolidated Statements of Operations Data:** | **(dollars in thousands)** | | **(dollars in thousands)** | |
| **Revenues** | $16,954 | $10,122 | $42,883 | $19,028 |
| **Expenses:** | | | | |
| Operating expenses | 6,328 | 2,961 | 16,605 | 7,695 |
| General and administrative expenses | 503 | 261 | 1,376 | 578 |
| Depreciation | 4,550 | 2,672 | 12,106 | 5,722 |
| Management fees | 669 | 274 | 1,746 | 2,265 |
| Settlement fees and related legal expenses | - | 17,901 | - | 17,901 |
| Total expenses | 12,050 | 24,069 | 31,833 | 34,161 |
| **Operating income (loss )** | 4,904 | (13,947) | 11,050 | (15,133) |
| **Other (expenses) income:** | | | | |
| Interest income | 70 | 2 | 77 | 15 |
| Interest expense | (17,234) | (2,919) | (32,234) | (4,304) |
| Debt extinguishment expense | - | - | (7,640) | - |
| Derivative (losses) gains | (343) | (39) | (1,967) | 1,462 |
| **Net Loss** | $ (12,603) | $ (16,903) | $ (30,714) | $ (17,960) |

**Quarter Ended September 30, 2010 versus Quarter Ended September 30, 2009**

***Revenues***

Prior to 2009, the Company had no ships in operation. During 2009, the Company received delivery of three new vessels, *Golden State*, *Pelican State* and *Sunshine State*, in January 2009, June 2009 and December 2009, respectively. In the third quarter of 2009, the *Golden State* and *Pelican State* generated revenues in the aggregate of $10.1 million through charters with BP and Marathon, respectively. In the third quarter of 2009, we had an average utilization rate of 99% based on 183 operating days and 184 ownership days. During July 2010, the Company received delivery of one new vessel, the *Empire State*. In the third quarter of 2010, the *Golden State, Pelican State, Sunshine State,* and *Empire State* generated revenues in the aggregate of $17.0 million through charters with BP, Marathon, Chevron, and MSC, respectively. Overall utilization was 99% based on 345 operating days and 348 ownership days.

***Vessel Operating Expenses***

In the third quarter of 2010, operating expenses were $6.3 million compared to $3.0 million for the same period in 2009. Operating expenses increased in 2010 primarily due to the deliveries of the *Sunshine State* in December 2009 and the *Empire State* in July 2010.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)