**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN PETROLEUM TANKERS PARENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>The UNITED STATES OF AMERICA, *et al*.,<br><br>Defendants. | Civil Action No. 1:12-CV-001165-CKK<br><br>Notice of Filing of Administrative Record |

**NOTICE OF FILING OF VOLUME 8 OF THE ADMINISTRATIVE RECORD**

Defendants hereby give notice that attached hereto is **Volume 8** of the redacted Administrative Record in this action, which is being filed in 26 separate volumes.

Respectfully Submitted,

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

DIANE KELLEHER
Assistant Branch Director

*s/ Daniel Bensing*
DANIEL BENSING
Senior Counsel
(D.C. Bar No. 334268)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 6114
Washington D.C. 20530
Tel.: (202) 305-0693
Fax: (202) 616-8460
Email: Daniel.Bensing@USDOJ.gov

Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2013 I electronically filed the foregoing Notice of Filing of Volume 8 of the Administrative Record with the Clerk of the Court by using the CM/ECF system.

/s/ *Daniel Bensing*
DANIEL BENSING

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)



United States of America
Department of Homeland Security
United States Coast Guard

| Certification Date: | 07 Dec 2010 |
|---|---|
| Expiration Date: | 07 Dec 2015 |
| IMO Number: | 9408138 |

# Certificate of Inspection

For ships on international voyages this certificate fulfills the requirements of SOLAS 74 as amended, regulation V/14, for a SAFE MANNING DOCUMENT.

| Vessel Name | Official Number | Call Sign | Service |
|---|---|---|---|
| EVERGREEN STATE | 1229506 | WDE4430 | Tank Ship |

| Hailing Port | Hull Material | Horsepower | Propulsion |
|---|---|---|---|
| WILMINGTON DE | Steel | 11640 | Diesel Direct |

| Place Built | Delivery Date | Date Keel Laid | Gross Tons | Net Tons | DWT | Length |
|---|---|---|---|---|---|---|
| SAN DIEGO, CA UNITED STATES | 07Dec2010 | 16Nov2009 | R-26464 I-29606 | R-21171 I-12859 | | R-600.4 I-578 |

| Owner | Operator |
|---|---|
| AMERICAN PETROLEUM TANKERS LLC<br>9487 REGENCY SQ BLVD<br>JACKSONVILLE, FL 32225<br>UNITED STATES | INTREPID SHIP MANAGEMENT<br>9487 REGENCY SQUARE BLVD<br>JACKSONVILLE, FL 32225<br>UNITED STATES |

**This vessel must be manned with the following licensed and unlicensed personnel. Included in which there must be 4 certified lifeboatmen, 7 certified tankermen, 0 HSC type rating, and 4 GMDSS Operators.**

| | | | | |
|---|---|---|---|---|
| 1 Master | 0 Master & 1st Class pilot | 0 Radio Officer(s) | 1 Chief Engineer | 0 QMED/Rating |
| 1 Chief Mate | 0 Mate & 1st Class Pilot | 6 Able Seamen/ROANW | 1 1st Asst. Engr/2nd Engr. | 3 Oilers |
| 1 2nd Mate/OICNW | 0 Lic. Mate/OICNW | 0 Ordinary Seamen | 1 2nd Asst. Engr/3rd Engr. | |
| 1 3rd Mate/OICNW | 0 1st Class Pilot | 0 Deckhands | 1 3rd Asst. Engr. | |
| | | | 0 Lic. Engr. | |

In addition, this vessel may carry 0 passengers, 3 other persons in crew, 18 persons in addition to crew, and no others. Total persons allowed: 38

Route Permitted and Conditions of Operation:

---Oceans---

THIS VESSEL HAS BEEN INSPECTED AND CERTIFICATED IN ACCORDANCE WITH THE TERMS AND CONDITIONS SPECIFIED IN THE U.S. COAST GUARD'S ALTERNATE COMPLIANCE PROGRAM. DATE OF ENROLLMENT 13 JUL 2010. ABS CLASS ID NO.10203453.

THIS VESSEL MEETS REQUIREMENTS TO PARTICIPATE IN THE UNDERWATER INSPECTION IN LIEU OF DRYDOCK PROGRAM (UWILD) IAW NVIC 1-89 AND 2-95 CHANGE 2 IN ACCORDANCE WITH CG-5431 LETTER DTD 01 JUL 2011.

HIGH STRENGTH STEEL USED IN CONSTRUCTION REQUIRING SPECIAL WELDING PROCEDURES. SEE CONSTRUCTION PORTFOLIO.

***SEE NEXT PAGE FOR ADDITIONAL CERTIFICATE INFORMATION***

With this Inspection for Certification having been completed at SAN DIEGO, CA, the Officer in Charge, Marine Inspection, SECTOR SAN DIEGO certified the vessel, in all respects, is in conformity with the applicable vessel inspection laws and the rules and regulations prescribed thereunder.

Annual/Periodic/Quarterly Reinspections

| Date | Zone | A/P/Q | Signature |
|---|---|---|---|
| - | - | - | - |
| - | - | - | - |
| - | - | - | - |
| - | - | - | - |

This Amended certificate issued by:

M. R. LEON GUERRERO CDR, USCG
Officer in Charge, Marine Inspection

SECTOR SAN DIEGO
Inspection Zone

Dept. of Home Sec. USCG, CG-841 (Rev 4-2000)(v2) OMB No. 2115-0517



Department of Homeland Security
United States Coast Guard

# Certificate of Inspection

EVERGREEN STATE

Certification Date:
07Dec2010

THE FOLLOWING TANKERMAN ARE REQUIRED:
2 TANKERMAN PIC
3 TANKERMAN ASSISTANTS
2 TANKERMAN ENGINEERS

WHEN OPERATING ON AN INTERNATIONAL VOYAGE:

(1) ALL LICENSED INDIVIDUALS MUST HOLD LICENSES AUTHORIZING SERVICE ON VESSELS OF A TONNAGE AT LEAST EQUAL TO THE VESSEL'S INTERNATIONAL TONNAGE;

(2) UNLICENSED SEAMEN PERFORMING NAVIGATIONAL WATCHKEEPING DUTIES MUST POSSESS MERCHANT MARINER DOCUMENTS ENDORSED AS ABLE SEAMAN, OR ORDINARY SEAMAN WITH A LETTER OF QUALIFICATION AND SPECIAL TRAINING AS PROVIDED IN NVIC 3-83. TWO (02)ORDINARY SEAMEN, SPECIALLY TRAINED IN ACCORDANCE WITH NVIC 3-83, MAY BE SUBSTITUTED FOR A MAXIMUM OF TWO (2) OF THESE ABLE SEAMEN.

**---Liquid/Gas/Solid Cargo Authority/Conditions---**

Authorization/ GRADE "A" AND LOWER AND SPECIFIED HAZARDOUS CARGOES
46CFR Subchapter D Authority: Highest Grade/A Capacity/332230 Units/Barrel
46CFR Subchapter O Authority: Part 151/No Part 153/Yes Part 154/No

*Conditions of Carriage*
PER 46 CFR 150.130, THE PERSON IN CHARGE OF THE VESSEL IS RESPONSIBLE FOR ENSURING THAT THE COMBATIBILITY REQUIRMENTS OF 46 CFR 150 ARE MET.

THIS VESSEL'S VAPOR CONTROL SYSTEM HAS BEEN INSPECTED TO THE PLANS (DSEC DWG DA379D103 REV A) EXAMINED BY THE AMERICAN BUREAU OF SHIPPING (BUSAN) LETTER SERIAL # KHK\JYK\641340 DATED 01 NOV 2010, DESEC DWG DA379D103, AND FOUND ACCEPTABLE FOR THE COLLECTION OF CARGO OIL VAPORS AND SPECIFIED DANGEROUS CARGO VAPORS IN ACCORDANCE WITH 46 CFR PART 39. A COPY OF THE VAPOR CONTROL SYSTEM LIST OF CARGOES SHALL BE AVAILABLE FOR REFERENCE AT ALL TIMES.

**MARPOL ANNEX II AUTHORITY**

THIS VESSEL IS AUTHORIZED TO CARRY ONLY THOSE NLS CARGOES LISTED ON THE IMO CERTIFICATE OF FITNESS. THE OPERATIONAL REQUIREMENTS OF 33 CFR 151.31 THROUGH 151.43 SHALL BE FOLLOWED IN ADDITION TO ALL PROVISIONS OF THE PROCEDURES AND ARRANGEMENTS (P&A) MANUAL APPROVED BY THE AMERICAN BUREAU OF SHIPPING (BUSAN) LETTER SERIAL # KHK/jyk/641340_1 DATED 01 NOV 2010, DSEC DWG DA381D101

**---Certificate Amendments---**

*Current Amendment*
Port Amending/ Sector San Diego Date Amended/ 01Jul2011
-Remarks-
UPDATED ROUTES AND CONDITION TO REFLECT ACP AND UWILD ENROLLMENT

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)



Department of Homeland Security
United States Coast Guard

# *Certificate of Inspection*

EVERGREEN STATE

Certification Date:
07Dec2010

***END***

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

# American Petroleum Tankers Holding LLC and Subsidiaries

Consolidated Financial Statements as of December 31, 2010 and 2009, and for the three years ended December 31, 2010 and Report of Independent Registered Public Accounting Firm

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

## INDEX TO FINANCIAL STATEMENTS

| | Page |
|---|---|
| Consolidated Financial Statements | |
| Report of Independent Registered Public Accounting Firm for years ended December 31, 2010 and 2009 | 3 |
| Consolidated Balance Sheets as of December 31, 2010 and December 31, 2009 | 4 |
| Consolidated Statements of Operations for the Years Ended December 31, 2010, 2009 and 2008 | 5 |
| Consolidated Statements of Changes in Members' Equity for the Years Ended December 31, 2010, 2009 and 2008 | 6 |
| Consolidated Statements of Cash Flows for the Years Ended December 31, 2010, 2009 and 2008 | 7 |
| Notes to Consolidated Financial Statements for the Years Ended December 31, 2010, 2009 and 2008 | 8 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Deloitte.

Deloitte & Touche LLP
Certified Public Accountants
Suite 2801
One Independent Drive
Jacksonville, FL 32202-5034
USA

Tel: +1 904 665 1400
Fax: +1 904 665 1600
www.deloitte.com

## REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

To the Board of Directors and Stockholders of
American Petroleum Tankers Holding LLC
New York, New York

We have audited the accompanying consolidated balance sheets of American Petroleum Tankers Holding LLC and subsidiaries (the "Company") as of December 31, 2010 and 2009, and the related consolidated statements of operations, members' equity, and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the financial statements based on our audits. The consolidated financial statements of the Company for the year ended December 31, 2008 were audited by other auditors whose report, dated November 12, 2009, expressed an unqualified opinion on those statements.

We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. The Company is not required to have, nor were we engaged to perform, an audit of its internal control over financial reporting. Our audits included consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion. An audit also includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, such 2010 and 2009 consolidated financial statements present fairly, in all material respects, the financial position of American Petroleum Tankers Holding LLC and subsidiaries as of December 31, 2010 and 2009, and the results of their operations and their cash flows for the years then ended in conformity with accounting principles generally accepted in the United States of America.

Deloitte & Touche LLP

March 15, 2011

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**

**Consolidated Balance Sheets**
**as of December 31, 2010 and 2009**
**(in thousands)**

| | 2010 | 2009 |
|---|---|---|
| **Assets** | | |
| Cash and cash equivalents | $ 18,241 | $ 7,893 |
| Accounts receivables | 11,095 | 4,517 |
| Prepaid expenses and other current assets | 453 | 406 |
| Restricted cash | 7,923 | 800 |
| Total Current Assets | 37,712 | 13,616 |
| Restricted cash, net of current portion | — | 2,000 |
| Deferred financing costs, net | 12,255 | 9,720 |
| Other assets | 3,573 | 3,986 |
| Vessels and construction in progress, net | 692,178 | 624,080 |
| Total Assets | $ 745,718 | $ 653,402 |
| **Liabilities and Members' Equity** | | |
| Accrued expenses and other liabilities | $ 6,385 | $ 90,199 |
| Accrued interest | 4,869 | 510 |
| Payable due USS Entities | 320 | 759 |
| Unearned revenue | 4,508 | 3,291 |
| Current portion of long-term debt | — | 12,384 |
| Total Current Liabilities | 16,082 | 107,143 |
| Long-term debt, net of current portion (includes amounts to related parties of $361,959 and $329,680 at December 31, 2010 and 2009, respectively) | 639,985 | 414,200 |
| Total Liabilities | 656,067 | 521,343 |
| Commitments and Contingencies (Notes 2, 6, 11, and 14) | | |
| **Members' Equity** | 89,651 | 132,059 |
| Total Liabilities and Members' Equity | $ 745,718 | $ 653,402 |

The accompanying notes are an integral part of these consolidated financial statements.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**

**Consolidated Statements of Operations**
**For the Years Ended December 31, 2010, 2009 and 2008**
**(in thousands)**

| | 2010 | 2009 | 2008 |
|---|---|---|---|
| **Revenues** | $ 63,600 | $ 28,867 | $ — |
| **Expenses:** | | | |
| Vessel operating expenses | 24,771 | 11,917 | 214 |
| General and administrative expenses | 2,058 | 1,063 | 201 |
| Depreciation | 17,302 | 8,398 | — |
| Management fees (includes amounts to related parties of $1,991 and $1,435 for 2009 and 2008, respectively) | 2,489 | 2,740 | 1,434 |
| Settlement fees and related legal expenses (includes amounts to related parties of $14,000 for 2009) | — | 17,901 | — |
| Total Expenses | 46,620 | 42,019 | 1,849 |
| **Operating income (loss)** | 16,980 | (13,152) | (1,849) |
| **Other (expense) income:** | | | |
| Interest income | 125 | 15 | 2 |
| Interest expense (includes amounts to related parties, as discussed in Note 9) | (50,312) | (8,639) | (5) |
| Debt extinguishment expense | (7,640) | — | — |
| Derivative (losses) gains | (1,561) | 1,751 | (1,175) |
| **Net loss** | $ (42,408) | $ (20,025) | $ (3,027) |

The accompanying notes are an integral part of these consolidated financial statements.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**

**Consolidated Statements of Changes in Members' Equity**
**For the Years Ended December 31, 2010, 2009 and 2008**
**(in thousands)**

| | Member Interests | | Total Members' Equity |
|---|---|---|---|
| | Class A | Class B | |
| **Beginning balance at January 1, 2008** | $ 33,324 | $ 22,215 | $ 55,539 |
| Issuance of Class A and B member interests | 58,956 | 40,616 | 99,572 |
| Reallocation of prior loss among members | 787 | (787) | — |
| Net loss | — | (3,027) | (3,027) |
| **Ending balance at December 31, 2008** | 93,067 | 59,017 | 152,084 |
| Reallocation of Class A and B member interests | 787 | (787) | — |
| Net loss | — | (20,025) | (20,025) |
| **Ending balance at December 31, 2009** | 93,854 | 38,205 | 132,059 |
| Net loss | (4,203) | (38,205) | (42,408) |
| **Ending balance at December 31, 2010** | $ 89,651 | $ — | $ 89,651 |

The accompanying notes are an integral part of these consolidated financial statements.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**

**Consolidated Statements of Cash Flows**
**For the Years Ended December 31, 2010, 2009 and 2008**
**(in thousands)**

| | 2010 | 2009 | 2008 |
|---|---|---|---|
| **OPERATING ACTIVITIES:** | | | |
| Net loss | $ (42,408) | $ (20,025) | $ (3,027) |
| Adjustments to reconcile net loss to net cash provided by (used in) operating activities: | | | |
| Straight-line charter revenues | (1,148) | (1,460) | — |
| Depreciation | 17,302 | 8,398 | — |
| Amortization of deferred financing costs | 3,013 | 2,977 | — |
| Amortization of discount on notes issued | 997 | — | — |
| Debt prepayment penalty fees | 2,814 | — | — |
| Write-off of deferred financing costs | 4,826 | — | — |
| Derivative losses (gains) | 1,561 | (1,751) | 1,175 |
| Interest paid-in-kind | 32,279 | 8,431 | — |
| Changes in current assets and liabilities: | | | |
| Accounts receivable | (6,578) | (4,517) | — |
| Prepaid expenses and other current assets | (47) | (227) | — |
| Accrued expenses and other liabilities | 4,776 | 3,650 | (32) |
| Payable due USS Entities | (166) | (426) | 522 |
| Unearned revenue | 1,217 | 3,291 | — |
| Net cash provided by (used in) operating activities | 18,438 | (1,659) | (1,362) |
| **INVESTING ACTIVITIES:** | | | |
| Vessel and construction in progress additions | (170,387) | (223,309) | (233,393) |
| Deposits of restricted cash | (170,823) | (2,800) | — |
| Withdrawals of restricted cash | 165,700 | — | — |
| Net cash used in investing activities | (175,510) | (226,109) | (233,393) |
| **FINANCING ACTIVITIES:** | | | |
| Contributions by members | — | — | 99,572 |
| Proceeds from issuance of debt | 277,029 | 100,000 | — |
| Proceeds from revolver borrowings | — | 144,528 | 135,491 |
| Payment on long-term debt | (96,904) | (3,096) | — |
| Debt prepayment penalty fees | (2,814) | — | — |
| Payment of debt issuance costs | (9,891) | (5,787) | — |
| Payment of revolver fee | — | — | (300) |
| Net cash provided by financing activities | 167,420 | 235,645 | 234,763 |
| Net increase in cash and cash equivalents | 10,348 | 7,877 | 8 |
| Cash and cash equivalents at beginning of year | 7,893 | 16 | 8 |
| Cash and cash equivalents at end of year | $ 18,241 | $ 7,893 | $ 16 |
| **NON-CASH INVESTING AND FINANCING ACTIVITIES:** | | | |
| Vessel and construction-in-progress accruals | $ 2,380 | $ 87,366 | $ 6,551 |

The accompanying notes are an integral part of these consolidated financial statements.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**

**Notes to Consolidated Financial Statements**
**For the Years Ended December 31, 2010, 2009 and 2008**
**(dollars in thousands)**

**Note 1—Formation and Nature of Operations**

American Petroleum Tankers LLC (formerly USS Products Investor LLC) ("APT") was formed on August 7, 2006 as a Limited Liability Company under the laws of the State of Delaware for purposes of financing the construction of and operating five 49,000 deadweight tons ("dwt") double-hulled tankers pursuant to a contract between USS Product Carriers LLC ("Product Carriers"), a wholly-owned subsidiary of U.S. Shipping Partners L.P. (the "Partnership"), and National Steel and Shipbuilding Company ("NASSCO"), a subsidiary of General Dynamics Corporation ("General Dynamics") as assigned to APT with respect to five tankers pursuant to the Assignment and Assumption Agreement between Product Carriers and APT on August 7, 2006 (the "Construction Contract Assignment"). Equity interests in APT were owned by affiliates of The Blackstone Group and Cerberus Capital Management, L.P. ("Class A Members") and by Product Carriers ("Class B Member"). Several subsidiaries of APT have been formed to own the vessels constructed upon delivery and hold the charters entered into by APT. From APT's formation through September 28, 2009, USS Product Manager LLC ("Product Manager"), a wholly-owned subsidiary of the Partnership, served as the manager and operator of APT's vessels pursuant to a Management Agreement among APT, the Partnership and the subsidiaries of APT, as described in Note 11. As a result of the settlement of the litigation described in Note 2, on July 28, 2009 Product Carriers transferred its Class B membership interest to the Class A Members and Product Manager began the transition of manager and operator of APT to another operator chosen by APT. This transition was completed on September 29, 2009. Furthermore, the Company changed its name from USS Products Investor LLC to American Petroleum Tankers LLC on July 28, 2009.

On May 14, 2010, APT consummated a restructuring of its corporate organization, resulting in: (i) the formation of American Petroleum Tankers Holding LLC ("APT Holding", the "Company", "we", "our", or "us") as the new parent holding company; (ii) the formation of American Petroleum Tankers Parent LLC ("APT Parent"), as a new wholly-owned subsidiary of APT Holding, and AP Tankers Co., as a new wholly-owned subsidiary of APT Parent; and (iii) the contribution down of the interests of: (a) the former parent holding company, APT, and (b) APT Intermediate Holdco LLC ("Intermediate Holdco"), such that APT and Intermediate Holdco became wholly-owned subsidiaries of APT Parent. As a result of this restructuring, APT, Intermediate Holdco and AP Tankers Co. are entities at the same corporate level, each a directly, wholly-owned subsidiary of APT Parent. As the reorganization occurred among entities under common control, the consolidated financial statements of the predecessor company, American Petroleum Tankers LLC, are presented as the historical financial statements of APT Holding.

**Note 2—Settlement of Litigation Among the Class A Members, Class B Member and Its Affiliates and the Company's Lender**

In April 2009, Product Carriers and Product Manager commenced litigation against the Class A Members and the lenders to APT regarding the Class A Members' right to remove the Class B Member as managing member of APT, APT's right to terminate Product Manager as manager of APT under the management agreement, and the lenders' right to foreclose on the vessel the *Golden State*. On July 10, 2009, Product Carriers, Product Manager, the Partnership and USS PC Holdings LLC (collectively "USS Entities"), the Class A Members, the lenders to the Company (together with the Class A Members the "Blackstone/Cerberus Entities") and APT entered into a settlement agreement to settle litigation between the USS Entities and the Blackstone/Cerberus Entities relating to control of APT. Under the terms of the settlement, which was approved by the Bankruptcy Court on July 17, 2009 and effective on July 28, 2009 (the "Effective Date"):

(i) on the Effective Date, Product Carriers transferred its Class B member interest to the Class A Members and no longer has an interest in, or the right to act as Managing Member of, the Company;

(ii) in consideration of the termination of the Management Agreement,

  a. the Blackstone/Cerberus Entities agreed to pay Product Manager an aggregate of $14,000, of which $9,000 was paid on the Effective Date, $2,300 was paid on November 9, 2009, and $2,700 was paid from an escrow account in equal monthly installments through December 2010;

  b. the Company agreed to pay to Product Manager 50% of the first $1,000 of any cost savings received by the Company in respect of the last three vessels constructed if those vessels are completed and delivered such that the actual cost of construction is less than the cost anticipated in the contract, up to a maximum of $500 in the aggregate; and

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**

**Notes to Consolidated Financial Statements - continued**
**For the Years Ended December 31, 2010, 2009 and 2008**
**(dollars in thousands)**

c. the Company agreed to pay to Product Manager 50% of the first $500 of any cost savings received by the Company in respect of the last vessel under construction if that vessel is delivered under the contracted cost, up to a maximum of $250, provided that this amount was not used in the application of clause (ii)(b) above;

(iii) the USS Entities have a right of first offer to purchase the vessels to the extent the Company determines to offer all or any portion of them for sale in the future, although the Company has no obligation to accept any offer;

(iv) the contracts between the USS Entities or their affiliates and the Company are being terminated (subject to certain limited exceptions);

(v) the USS Entities and the Blackstone/Cerberus Entities exchanged broad, global releases (subject to certain limited exceptions); and

(vi) on the Effective Date, all the litigation between the USS Entities and the Blackstone/Cerberus Entities was dismissed with prejudice.

With respect to item (ii)(a) above, the Company recorded in 2009 the settlement payment of $14,000 and associated legal fees of $3,901 as Settlement Fees and Related Legal Expenses in the accompanying Consolidated Statements of Operations. With respect to item (ii)(b) above, the Company made a payment of $500 in 2010 for cost savings realized on the construction of one vessel completed in 2009. With respect to item (ii)(c) above, the Company accrued $250 at December 31, 2010 in Payable due USS Entities in the accompanying Consolidated Balance Sheets for cost savings realized on the construction of the last vessel completed in December 2010.

**Note 3—Summary of Significant Accounting Principles**

***Principles of Consolidation***

These financial statements present the consolidated financial position, results of operations, changes in members' equity and cash flows for American Petroleum Tankers Holding LLC and its subsidiaries. All intercompany transactions and balances have been eliminated in consolidation.

***Basis of Presentation***

The accompanying consolidated financial statements for the Company have been prepared in accordance with accounting principles generally accepted in the United States of America.

***Reclassifications***

Accrued interest has been reclassified from Accrued Expenses and Other Liabilities in the 2009 Consolidated Balance Sheet to Accrued Interest to conform to the current year presentation.

***Cash and Cash Equivalents***

The Company considers all highly liquid investments, with original maturities of three months or less, of which are primarily investments in money market funds, to be cash equivalents.

***Accounts Receivables***

Accounts Receivables consists of trade receivables. Based upon historical collection experience and the credit risk of customers, there is no allowance for doubtful accounts recorded.

***Deferred Financing Costs***

Direct costs associated with obtaining long-term financing are deferred and generally amortized utilizing the effective interest method over the term of the related financing.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**

**Notes to Consolidated Financial Statements - continued**
**For the Years Ended December 31, 2010, 2009 and 2008**
**(dollars in thousands)**

***Vessels and Construction in Progress***

Vessels are stated at cost. Construction costs of new vessels are capitalized and included in construction-in-progress until completed. The Company records construction costs of new vessels and its obligations to NASSCO on a percentage of completion basis as work is completed. Normal repair and maintenance expenditures are expensed as incurred. Depreciation is computed using the straight-line method over the vessels' estimated useful lives of 30 years based on the vessels cost less their estimated salvage value. Interest is capitalized in conjunction with the Company's construction of vessels.

The Company assesses recoverability of the carrying value of a long-lived asset when indicators of impairment are present by estimating the future undiscounted net cash flows expected to result from the asset, including eventual disposition. If the future net cash flows are less than the carrying value of the asset, an impairment loss is recorded equal to the difference between the asset's carrying value and its fair value. There have been no vessel impairments recorded.

***Revenue and Expense Recognition***

Revenues from long-term time charters of vessels with fixed annual escalation clauses are recognized on the straight-line basis over the term of the contract. The Company currently has long-term charters on two vessels of three and seven years, respectively, charters on two vessels of one year, and an evergreen charter on one vessel. Based on the terms of the time charter agreements, expenses such as fuel, port charges, canal dues, and cargo handling operations are either paid by the customer or paid by the Company and reimbursed by the customer. Such expenses, if paid by the Company, are presented net of reimbursements from customers. All other expenses are recognized by the Company as incurred.

***Insurance***

The Company retains risk up to $100 deductible per occurrence for marine, liability and protection and indemnity. Reinsurance is obtained to cover losses in excess of certain limits. Provisions for losses are determined on the basis of claim adjusters' evaluations and other estimates including those for salvage and subrogation recoveries. Such provisions and any related claim receivables are recorded when insured events occur. The determinations of such estimates and the establishment of the related reserves are continually reviewed and updated. Any adjustments resulting from these reviews are reflected in current operations.

***Derivative Instruments***

The Company's use of derivative instruments, principally an interest rate cap, is limited to non-trading purposes and is designed to manage exposure to interest rate risks. The Company recognizes all derivatives on the balance sheet at fair value. Changes in the fair value of those instruments are reported in earnings or other comprehensive income depending on the use of the derivative and whether it qualifies for hedge accounting. Derivatives that are not designated as hedges or are not effective hedges must be adjusted to fair value through earnings and are recorded to Derivative (Losses) Gains. If the derivative is an effective hedge, a change in the fair value of the derivative is recognized in Other Comprehensive Income until the hedged item is reflected in earnings (cash flow hedge). The ineffective portion (that is, the change in fair value of the derivative that does not offset the change in fair value of the hedged item) of an effective hedge and the full amount of an ineffective hedge are immediately recognized in earnings in Derivative (Losses) Gains in the accompanying Consolidated Statements of Operations.

The Company does not plan to hold or issue derivative financial instruments for trading purposes, but has not performed the activities necessary to qualify its interest rate cap for hedge accounting treatment.

***Concentrations of Credit Risk***

The Company places its temporary cash investments with high credit quality financial institutions and, by policy, limits the amount of credit exposure to any one financial institution. In 2010, the Company chartered its vessels to four customers for various charter periods, representing approximately 32%, 31%, 19% and 18% of total revenues. In 2009, the Company chartered its vessels to two customers, of which revenues from those two customers represented 65% and 34% of total revenues, respectively. The Company monitors its credit risk by chartering to customers with a high credit quality. The

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**

**Notes to Consolidated Financial Statements - continued**
**For the Years Ended December 31, 2010, 2009 and 2008**
**(dollars in thousands)**

Company regularly monitors its exposure to counterparty credit risk, ensuring that it only contracts with major institutions with strong credit ratings. The Company had outstanding trade receivables with three customers at December 31, 2010 of 66%, 19%, and 15%, and with three customers at December 31, 2009 of 46%, 41%, and 13%, recorded in Accounts Receivable in the accompanying Consolidated Balance Sheets.

***Taxes***

As a limited liability company, the Company is treated similar to a partnership for income tax purposes. Accordingly, the Company is generally not subject to federal and state taxes, and its profits and losses are passed directly to its members for inclusion in their respective income tax returns. The Company is subject to certain state franchise and other taxes, which are recorded as General and Administrative expenses when incurred.

***Use of Estimates***

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosures of contingent assets and liabilities at the date of the financial statements, and the reported amounts of revenues and expenses during the reporting period. Significant estimates include carrying values of assets under construction, fair values of derivative financial instruments and the useful lives of long-lived assets. Actual results could differ from those estimates.

***New Accounting Pronouncements***

In January 2010, the Financial Accounting Standards Board ("FASB") issued ASU No. 2010-06, *Improving Disclosures about Fair Value Measurements.* This update provides amendments to FASB ASC 820, *Fair Value Measurements and Disclosure,* for improving disclosures about fair value measurements on the basis of input received from users of financial statements. This update is effective for interim and annual reporting periods beginning after December 15, 2009. The adoption of this standard had no material impact on the Company's balance sheet, statement of operations, statement of changes in members' equity, and statement of cash flows.

In February 2010, the FASB issued ASU No. 2010-09, *Amendments to Certain Recognition and Disclosure Requirements.* This update provides amendments to FASB ASC 855, *Subsequent Events*, for removing the requirement for an SEC filer to disclose a date in issued and revised financial statements. This update is effective upon issuance of the final update. The adoption of this standard had no material impact on the Company's balance sheet, statement of operations, statement of changes in members' equity, and statement of cash flows.

**Note 4—Restricted Cash**

In connection with the issuance of $285,000 of 10 1/4% First Priority Senior Secured Notes (the "Notes") on May 17, 2010, as discussed in Note 9, $169,900 of the net proceeds was placed in an escrow account to fund the remaining construction costs of the Company's vessels. In July and December 2010, scheduled payments under our vessel construction contract of $80,900 and $81,200, respectively, were paid from the escrow account. The balance in the escrow account at December 31, 2010 was $7,923. The Company anticipates the final construction payments to be made in 2011, followed by the release of any remaining escrow proceeds to the Company.

In accordance with the terms of the Senior Secured Loan Facility (the "DVB Facility"), more fully described in Note 9, the Company was required to maintain certain deposit accounts for each vessel. At December 31, 2009, the cash balance in the Drydock Reserve Accounts was $800, which was classified as a current asset in the accompanying Consolidated Balance Sheets, and the cash balance in the Liquidity Accounts was $2,000, which was classified as a long-term asset in the accompanying Consolidated Balance Sheets. In connection with the prepayment of the DVB Facility on May 17, 2010, as discussed in Note 9, the Company is no longer required to maintain Drydock Reserve and Liquidity Accounts, and accordingly has transferred these cash balances to cash and cash equivalents.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**

**Notes to Consolidated Financial Statements - continued**
**For the Years Ended December 31, 2010, 2009 and 2008**
**(dollars in thousands)**

**Note 5—Deferred Financing Costs, Net**

The gross carrying amount and accumulated amortization of the Company's deferred financing charges at December 31 are as follows:

| | 2010 | 2009 |
|---|---|---|
| Gross carrying amount | $ 23,333 | $ 18,747 |
| Accumulated amortization | (11,078) | (9,027) |
| Net book value | $ 12,255 | $ 9,720 |

In connection with issuing the Notes on May 17, 2010, $10,080 of costs were capitalized as deferred financing costs and are being amortized over the five-year term of the Notes using the effective interest method. Included in these costs is an accrual of $483 for estimated costs associated with the issuance and registration of the Notes, as discussed in Note 9.

On August 13, 2009, the Company executed the DVB Facility and incurred $5,787 of deferred financing costs. In connection with the prepayment of the DVB Facility on May 17, 2010, the remaining unamortized deferred financing costs in the amount of $4,826 was written off and recognized as a loss on extinguishment of debt.

Amortization of deferred financing costs of $3,013, $2,977 and $2,522, was recorded to Interest Expense during the years ended December 31, 2010, 2009 and 2008, respectively. Amortization of deferred financing costs related to financings associated with the construction of the vessels is included in capitalized interest, as further disclosed in Note 9.

The amortization expense for all deferred financing costs for each of the five succeeding fiscal years ending December 31 is estimated to be as follows:

| | |
|---|---|
| 2011 | $ 2,623 |
| 2012 | 2,623 |
| 2013 | 2,623 |
| 2014 | 2,623 |
| 2015 | 1,266 |

**Note 6—Construction Contract**

Product Carriers entered into a contract in 2006 with NASSCO, a subsidiary of General Dynamics, for the construction of nine 49,000 dwt double-hulled tankers. General Dynamics provided a performance guarantee to Product Carriers in respect of the obligations of NASSCO under the construction contract. Upon formation of the Company, Product Carriers assigned its rights and obligations with respect to the construction of the first five tankers to the Company. The Company did not exercise its right to elect to have rights and obligations under the NASSCO contract to construct up to four additional tankers assigned to the Company. In 2007, the Company and Product Carriers reached an agreement with NASSCO to accelerate the construction of the five product tankers being constructed for the Company. Under the original arrangement with NASSCO, these five product tankers were to be delivered between the second quarter of 2009 and the third quarter of 2011. As a result of the amendment, the five vessels were delivered in January 2009, June 2009, December 2009, July 2010 and December 2010, respectively. NASSCO and the Company share in any cost savings achieved, as measured against the original contract price based on the terms of the construction contract.

The Company was invoiced monthly from NASSCO for completed progress on the construction of the vessels based on the percentage of completion of the vessels until August 2009 when the contract was amended. In conjunction with the contract changes entered into between NASSCO and the Company, a revised billing schedule was agreed to, which provided for the following payments: (a) $87,500 in August 2009 representing amounts then-currently due and an upfront payment that included amounts that would otherwise have been payable over the next few months for the remaining vessels; and (b) $80,900 upon delivery of the Empire State in July 2010 and $81,200 upon the delivery of the Evergreen State in December 2010.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**

**Notes to Consolidated Financial Statements - continued**
**For the Years Ended December 31, 2010, 2009 and 2008**
**(dollars in thousands)**

After the contract changes entered into between the Company and NASSCO, the Company continued to receive from NASSCO percentage of completion schedules of the vessels under construction. As the vessels constructed by NASSCO are built to the Company's specifications, the Company determined that they had incurred the legal liability as the economic performance of the construction of the vessels under the contract had been completed. Furthermore, the Company believes that it has the risk and rewards of ownership as the vessel construction is completed. At December 31, 2010, the Company has accrued $1,835 payable to NASSCO for completion of the final vessel delivered in December 2010. At December 31, 2009, the Company has estimated its liability to NASSCO of $86,689 based on the percentage of completion of the vessels under construction. The Company has capitalized these costs within Vessels and Construction in Progress, Net and accrued the liability within Accrued Expenses and Other Liabilities in the accompanying Consolidated Balance Sheets. Future commitments under this contract are further discussed in Note 14.

**Note 7—Vessels and Construction in Progress, Net**

Vessels and Construction in Progress, Net consists of the following at December 31:

| | 2010 | 2009 |
|---|---|---|
| Vessels | $ 717,878 | $ 457,477 |
| Construction in progress | — | 175,001 |
| | 717,878 | 632,478 |
| Less accumulated depreciation | (25,700) | (8,398) |
| Total vessels and construction in progress, net | $ 692,178 | $ 624,080 |

Depreciation of vessels was $17,302 and $8,398 for the years ended December 31, 2010 and 2009, respectively.

Capitalized interest is recorded as part of the asset to which it relates and is amortized over the estimated useful life of the asset. Interest expense of $5,988, $10,597 and $12,308 was capitalized in 2010, 2009 and 2008, respectively.

**Note 8—Lease Receipts**

The Company currently leases its vessels on a time charter basis. The *Golden State,* delivered and placed in service in January 2009, is operating under a seven year time charter with three extension options exercisable by the charterer of one year each. The *Pelican State,* delivered in June 2009 and placed in service in July 2009, is operating under a three year time charter with two extension options exercisable by the charterer of two years each. The *Sunshine State,* delivered in December 2009 and placed in service in January 2010, is operating under an evergreen type time charter arrangement which is currently in the first of four six month extension options, as exercisable by the charterer. The *Empire State and Evergreen State,* delivered and placed in service in July and December 2010, respectively, are operating under one year time charters, with three one year extension options and one 11 month extension option exercisable by the charterer.

Future minimum annual receipts required under operating leases that have initial or remaining noncancelable lease terms in excess of one year, excluding renewal options, as of December 31, 2010 are summarized as follows:

| | |
|---|---|
| 2011 | $ 39,949 |
| 2012 | 30,453 |
| 2013 | 20,578 |
| 2014 | 21,387 |
| 2015 | 21,881 |
| Thereafter | 810 |
| | $ 135,058 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**

**Notes to Consolidated Financial Statements - continued**
**For the Years Ended December 31, 2010, 2009 and 2008**
**(dollars in thousands)**

**Note 9—Long-Term Debt**

Long-term debt consists of the following at December 31:

| | 2010 | 2009 |
|---|---|---|
| DVB Facility | $ — | $ 96,904 |
| Notes, net of $6,974 unamortized original issuance discount | 278,026 | — |
| Sponsor Facility | 361,959 | 329,680 |
| | 639,985 | 426,584 |
| Less current portion | — | (12,384) |
| | $ 639,985 | $ 414,200 |

***First Priority Senior Secured Notes***

On May 17, 2010, APT Parent and AP Tankers Co. issued $285,000, 10¼% First Priority Senior Secured Notes (the "Notes") due 2015 at a price of 97.203%. Interest on the Notes is payable on May 1 and November 1 of each year, beginning November 1, 2010. On May 17, 2010, net proceeds of $271,329, (net of underwriters' discounts and commissions) were received from the Notes. The original issuance discount, $7,971 at the time of issue, is being amortized over the five year term of the Notes using the effective interest method. As of December 31, 2010, the unamortized original issue discount was $6,974. The net proceeds were used to place $169,900 cash in escrow for the construction of vessels, prepay $97,574 related to the DVB Facility (including principal, interest, and prepayment penalty), and the remainder was used to pay related transaction fees and expenses, of which $10,080 of costs were capitalized as debt issuance costs within Deferred Financing Costs in the accompanying Consolidated Balance Sheets.

In connection with the issuance of the Notes, APT Parent and AP Tankers Co. entered into a registration rights agreement ("Registration Rights Agreement") which requires the use of reasonable efforts to register notes having substantially identical terms as the Notes with the Securities and Exchange Commission ("SEC") under the Securities Act of 1933, as amended, prior to May 12, 2011. In the event that a registration default ("Registration Default") occurs (as defined in the Registration Rights Agreement), then additional interest on the Notes in an amount equal to 0.25% per annum during the first 90-day period immediately following the occurrence of the first Registration Default will be required. The additional interest will increase by 0.25% per annum for each subsequent 90-day period until all Registration Defaults have been cured, up to a maximum amount of 1.0% per annum. On December 21, 2010, the Company filed, on Form S-4, a Registration Statement with the SEC to register the Notes. Amendments No. 1 and 2 were filed with the SEC on February 3 and March 2, 2011, respectively. The Company anticipates the registration of the Notes and an exchange offer, exchanging unregistered Notes for Notes registered with the SEC, to be completed prior to May 12, 2011.

Prior to May 1, 2012, the Notes may be redeemed in part or in full at a redemption price equal to 100% of the principal amount, plus a make-whole premium calculated in accordance with the indenture governing the Notes and accrued and unpaid interest. In addition, prior to May 1, 2012, a portion of the Notes may be redeemed at: (a) 110.25% plus accrued and unpaid interest with the net proceeds of certain equity offerings, provided that at least 65% of the Notes remain outstanding, and/or (b) 103% plus accrued and unpaid interest provided that not more than 10% of the original aggregate principal amount of the Notes issued is redeemed during any twelve month period. On or after May 1, 2012, the Notes may be redeemed in part or in full at the following percentages of the outstanding principal amount prepaid plus accrued and unpaid interest: 105.125% prior to May 1, 2013; 102.563% prior to May 1, 2014; and 100% on or after May 1, 2014.

***Sponsor Facility***

In 2006, the Company entered into a Revolving Notes Facility Agreement (the "Sponsor Facility") pursuant to which the Class A Members or their affiliates have made available $325,000 of revolving credit loans. Under the Sponsor Facility Agreement, borrowings bear interest at either the base rate of interest, as defined, plus 3.5% or the adjusted LIBOR rate of interest, as defined, plus 4.5%. The interest rate at December 31, 2009 was 4.74%. The Company incurs a commitment fee on the unused portion of the Sponsor Facility of 1.0% per year. In addition, the security agent is due a fee of 0.005% of borrowings outstanding and the administrative agent is due a fee of $300 per year.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**

**Notes to Consolidated Financial Statements - continued**
**For the Years Ended December 31, 2010, 2009 and 2008**
**(dollars in thousands)**

In 2009, the Company amended its Sponsor Facility to allow the monthly interest payments due and payable, beginning July 2009, to be treated as paid-in-kind in lieu of monthly cash payments. As a result, the Company is allowed to exceed its total commitment under the Sponsor Facility for the capitalized paid-in-kind payments. On April 23, 2010, APT entered into Amendment No. 4 to the Sponsor Facility Agreement in connection with the corporate restructuring to permit the incurrence of indebtedness under the Notes and to include APT Parent as obligor under the Sponsor Facility. On May 5, 2010, APT entered into Amendment No. 5 to the Sponsor Facility Agreement to convert the revolving credit loans to a term loan, extend the maturity to May 2016, increase the paid-in-kind interest rate to a fixed rate of 12% calculated over a 360-day year, and permit quarterly and annual financial reporting to be made on the same timetable as the financial reporting required pursuant to the indenture governing the Notes. As a result, the outstanding balance of the Sponsor Facility has been recorded as long-term debt.

The Company made draws of $144,528 and $135,491 during 2009 and 2008, respectively. In 2010, the Company recorded $32,279 for interest-in-kind payments that were capitalized in the Sponsor Facility balance, including an interest-in-kind accrual of $26,812 at December 31, 2010. In 2009, the Company recorded $8,431 for interest-in-kind payments that were capitalized in the Sponsor Facility balance, including an interest-in-kind accrual of $608 at December 31, 2009. The Company estimates total paid-in-kind interest of $332,699 to be capitalized under the amended Sponsor Facility for the period May 5, 2010 through May 5, 2016. At December 31, 2010, the Company has borrowings available under the Sponsor Facility of $3,751, which is available through June 30, 2011. The Sponsor Facility is secured by substantially all of the assets of APT Parent and its subsidiaries on a second priority basis.

***Debt Extinguishment Expense***

In connection with the prepayment of the DVB Facility on May 17, 2010, the Company recognized a loss on extinguishment of debt totaling $7,640. This amount consisted of a $2,814 prepayment penalty and the write-off of $4,826 of unamortized deferred financing costs. The $4,826 write-off of unamortized deferred financing costs represents a non-cash adjustment to reconcile net loss to net cash provided by operating activities within the Consolidated Statements of Cash Flows.

The restrictive covenants under the company's debt include limitations on: (a) restricted payments and investments; (b) dividends and other payments affecting restricted subsidiaries; (c) debt and guarantees; (d) asset sales and asset acquisitions; (e) transactions with affiliates; (f) liens and negative pledges; (g) sale and leaseback transactions; (h) activities of AP Tankers Co., (i) creation of unrestricted subsidiaries; (j) capital expenditures; (k) consolidations, mergers, etc.; (l) business activities; and (m) modifications to collateral and other documents.

The maturities of long-term debt subsequent to December 31, 2010, excluding accreted interest on the Sponsor Facility subsequent to December 31, 2010, are as follows:

| | |
|---|---|
| 2015 | $ 278,026 |
| 2016 | 361,959 |
| | $ 639,985 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)