# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN PETROLEUM TANKERS PARENT LLC, | ) ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:12-CV-001165-CKK |
| | ) | |
| v. | ) | Notice of Filing of Administrative Record |
| | ) | |
| The UNITED STATES OF AMERICA, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF FILING OF VOLUME 9 OF THE ADMINISTRATIVE RECORD</u>

Defendants hereby give notice that attached hereto is **Volume 9** of the redacted

Administrative Record in this action, which is being filed in 26 separate volumes.

Respectfully Submitted,

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

DIANE KELLEHER
Assistant Branch Director

*s/ Daniel Bensing*
DANIEL BENSING
Senior Counsel
(D.C. Bar No. 334268)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 6114
Washington D.C. 20530
Tel.: (202) 305-0693
Fax:  (202) 616-8460
Email:  Daniel.Bensing@USDOJ.gov

Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2013 I electronically filed the foregoing Notice of Filing of Volume 9 of the Administrative Record with the Clerk of the Court by using the CM/ECF system.


/s/ Daniel Bensing
DANIEL BENSING

**American Petroleum Tankers Holding LLC**

Notes to Consolidated Financial Statements - continued
For the Years Ended December 31, 2010, 2009 and 2008
(dollars in thousands)

A reconciliation of Interest Expense and Debt Extinguishment Expense for the years ended December 31, 2010, 2009 and 2008 is as follows:

| | 2010 | 2009 | 2008 |
|---|---|---|---|
| Cash paid for interest – other [1] | $ 15,352 | $ 2,070 | $ — |
| Cash paid for interest to members [1] | — | 5,407 | 9,289 |
| Paid-in-kind interest to members | 32,279 | 8,431 | — |
| Amortization of deferred financing costs | 3,013 | 2,977 | 2,522 |
| Amortization of discount on notes issued | 997 | — | — |
| Administrative fee to members | 300 | 300 | 300 |
| Change in interest accrual | 4,359 | 51 | 202 |
| Gross interest expense | 56,300 | 19,236 | 12,313 |
| Less capitalized interest | (5,988) | (10,597) | (12,308) |
| *Net Interest Expense* | $ 50,312 | $ 8,639 | $ 5 |
| Cash paid for debt prepayment fee | $ 2,814 | $ — | $ — |
| Write-off of deferred financing costs | 4,826 | — | — |
| *Debt Extinguishment Expense* | $ 7,640 | $ — | $ — |

(1)  Represents additional cash flow disclosures.

### Note 10—Capital Structure and Limited Liability Company Agreement

The Company was formed on August 7, 2006 for purposes of financing the construction of and operating five tankers pursuant to the NASSCO contract. The Class A Members and Class B Member committed to provide $105,000 and $70,000, respectively, of equity financing to the Company, which was fully funded at December 31, 2008.

The LLC Agreement governs the rights and obligations of the members. The LLC agreement specifies, among other matters, the following: a) the rights and obligations of the Class A Members and the Class B Member, including voting rights; b) maintenance of individual capital accounts; c) allocations of profits and losses; and d) distributions to the members. Profits of the Company are allocated first to the Class A Members until they receive a specified return, then to the Class B Member until it receives a specified return, and then on a shared basis dependent on the returns generated. Losses of the Company are allocated to the Class B interests until their respective capital accounts have been reduced to zero and any further losses will be allocated to the Class A Members.

### Note 11—Related Party Transactions

*USS Entities*

During 2010, 2009 and 2008, the Company reimbursed the Partnership $166, $8,399 and $2, respectively, for expenses paid on behalf of the Company.

Until July 28, 2009, Product Manager managed the construction of, and until September 28, 2009 the operation of, the tankers for the Company, for which it received through May 2009, the following, subject to certain specified limitations:

- an oversight fee of $1,000 per tanker, payable ratably over the course of construction of such tanker;
- an annual management fee of $1,000 for each completed tanker that is operated by the Company; and
- a delivery fee of up to $750 per tanker, depending on the delivery date and cost of construction.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

16

**American Petroleum Tankers Holding LLC**

**Notes to Consolidated Financial Statements - continued**
**For the Years Ended December 31, 2010, 2009 and 2008**
**(dollars in thousands)**

The management agreement between Product Manager and the Company had an initial term of 10 years, subject to early termination under certain circumstances. The obligations under the management agreement were being performed by employees of US Shipping General Partner LLC, the Partnership's general partner. For the years ended December 31, 2009 and 2008, the Partnership earned $786 and $1,435, respectively, in oversight fees from the Company. Subsequent to the delivery of the *Golden State* vessel in January 2009, the Partnership earned a delivery fee of $750 and management fees of $455 from the Company. The oversight, management and delivery fees are recorded by the Company within Management Fees expense in the accompanying Consolidated Statements of Operations.

In connection with the settlement of litigation between the USS Entities and the Blackstone/Cerberus Entities, as described in Note 2, the management agreement (except for certain provisions) was terminated and Product Manager ceased to manage the Company. As a result, a $14,000 settlement fee was paid to the Product Manager and recorded as Settlement Fees and Related Legal Expenses in the accompanying Consolidated Statements of Operations.

In December 2007, Product Manager agreed to assume responsibility for certain site supervision activities previously performed by the Company in exchange for fees that total $1,000 per vessel constructed, subject to certain limitations, in addition to the oversight fees. In 2008, Product Manager earned $1,435 in fees for these site supervision activities. These fees are capitalized by the Company as a cost of the tanker construction. In January 2009, the Company reassumed these responsibilities and engaged a third party to provide these site supervision services.

As discussed in Note 2, Product Manager earned $250 and $500 during 2010 and 2009, respectively, for cost savings realized on the construction of one vessel completed in each of the respective years. The cost savings were accrued within Due to USS Entities at December 31, 2010 and 2009 and capitalized as a cost to the respective vessels. The $500 cost savings was paid by the Company in the first quarter of 2010. The aggregate payable recorded within Due to USS Entities in the accompanying Consolidated Balance Sheets was $320 and $759 at December 31, 2010 and 2009, respectively.

*Blackstone/Cerberus Entities*

The Company pays an annual administration fee of $300 for the Sponsor Facility to an affiliate of certain of the Class A Members. This fee is recognized as a component of interest expense, in the accompanying consolidated financial statements.

In 2010, the Company recorded $32,279 for interest-in-kind payments that were capitalized in the Sponsor Facility balance, including an interest-in-kind accrual of $26,812 at December 31, 2010. The Company paid interest of $6,283 and $9,289 in 2009 and 2008, respectively, on the Sponsor Facility directly to certain of the Blackstone/Cerberus Entities. The 2009 payments represented interest payments through the Company's June 2009 monthly payment. Subsequently, the Company recorded $8,431 for interest-in-kind payments that were capitalized in the Sponsor Facility balance, including an accrual of $608 at December 31, 2009. The Company estimates total paid-in-kind interest of $332,699 to be capitalized under the amended Sponsor Facility for the period May 5, 2010 through May 5, 2016.

**Note 12—Derivative Instruments**

Effective April 1, 2007, the Company entered into a nine-year interest rate cap, with a notional amount of $100,000, for $1,924, including transaction fees. This interest rate cap of the three-month U.S. Dollar LIBOR of 6.0% is intended to reduce the potential negative impacts to the Company's cash flows that could result in movements in interest rates between the date a chartering contract is entered into and the anticipated sale.

The Company recognizes all derivatives as either assets or liabilities in the balance sheet and measures those instruments at fair value. Changes in the fair value of those instruments are reported in earnings, as the Company did not designate the interest rate cap as a hedge. The fair market value of the interest rate cap at December 31, 2010 and 2009 was $965 and $2,526, respectively, and is recorded as a long-term asset in Other Assets in the accompanying Consolidated Balance Sheets. The change in the fair value of the derivative financial instrument was recorded to Derivative (Losses) Gains as losses of $1,561, gains of $1,751, and losses of $1,175 for the years ended December 31, 2010, 2009 and 2008, respectively.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

17

American Petroleum Tankers Holding LLC

Notes to Consolidated Financial Statements - continued
For the Years Ended December 31, 2010, 2009 and 2008
(dollars in thousands)

### Note 13—Fair Value of Financial Instruments

The methods and assumptions used to estimate the fair value of each class of financial instruments are set forth below:

- Cash and cash equivalents and restricted cash—the carrying amounts approximate fair value because of the relatively short time between the origination of the instrument and its expected realization.

- Derivative financial instruments—the fair value of the interest rate cap is developed from market-based inputs under the income approach, as obtained from a brokerage agency, using cash flows discounted at relevant market interest rates.

- Long-term debt—The fair value of long-term debt is estimated based on each obligation's characteristics, using the borrowing rates currently available for the same or similar issues for debt of the same remaining maturities, and discounted back to the present value. The Company regularly monitors its credit risk in evaluating its fair value of long-term debt. Significant factors evaluated include changes in margin on its various loans and its ability to make future debt payments. At December 31, 2010, the carrying value and estimated fair value of the Company's debt was $639,985 and $655,971, respectively. At December 31, 2009, the carrying value and estimated fair value of the Company's debt was $414,200 and $412,143, respectively.

The following valuation hierarchy prioritizes the inputs for valuation used to measure fair value into three broad levels as follows:

Level 1: Quoted market prices in active markets for identical assets or liabilities.

Level 2: Observable market based inputs or unobservable inputs that are corroborated by market data.

Level 3: Unobservable inputs that are not corroborated by market data.

The Company utilizes the best available information in measuring fair value. The Company has determined that its interest rate cap is valued using Level 2 inputs.

### Note 14—Commitments and Contingencies

As discussed in Note 6, the Company has a contract for the construction of five product tankers which were delivered in January 2009, June 2009, December 2009, July 2010 and December 2010, respectively. The Company currently expects the cost to construct these five tankers to aggregate approximately $670,707. Payments of $668,872 have been made under these construction contracts as of December 31, 2010, including payments of $162,100, $210,205 and $222,526 made during the years ended December 31, 2010, 2009 and 2008, respectively. The Company estimates that it will make payments under this construction contract of approximately $1,835 in 2011.

Since July 28, 2009, the Company has engaged a third party to provide administrative, construction oversight supervision, and management services for the construction and operation of its vessels, subject to a management and construction supervision agreement (the "Agreement"). The Agreement has an initial term of 5 years with a one year extension option and is subject to early termination at any time and without cause upon 90 days notice.

### Note 15—Financial Information by Segments and Geographic Area

The Company's business is to charter its tankers primarily in the U.S. domestic Jones Act trades to customers in the petroleum industry to and from destination points in the coastwise United States. In future months, two of the Company's vessels may operate worldwide, depending on the needs of the customer. Each of the Company's vessels represents an operating segment. These segments are aggregated into one reportable segment because they possess similar economic characteristics and all vessels are the same design and carry petroleum products in the U.S. coastwise trade.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

18

**American Petroleum Tankers Holding LLC**

**Notes to Consolidated Financial Statements - continued**
**For the Years Ended December 31, 2010, 2009 and 2008**
**(dollars in thousands)**

**Note 16—Guarantor Subsidiaries**

APT Parent, a wholly-owned subsidiary of APT Holding (the "Parent"), and AP Tankers Co., a wholly-owned subsidiary of APT Parent, (collectively, the "Subsidiary Issuers"), issued the Notes in May 2010. The Notes are fully and unconditionally guaranteed, jointly and severally, on a senior subordinated basis by APT Holding and all of APT Parent's wholly-owned subsidiaries: APT, Intermediate Holdco, and Intermediate Holdco's wholly-owned subsidiaries, JV Tanker Charterer LLC, PI 2 Pelican State LLC, and APT Sunshine State LLC (collectively the "Guarantor Subsidiaries").

The guarantees by Parent and Guarantor Subsidiaries are senior secured obligations: equal in right of payment with any of their existing and future senior indebtedness but senior with any of their existing and future unsecured indebtedness to the extent of the value of the collateral securing the Notes; senior to any of their existing and future subordinated indebtedness; junior with any of their existing and future indebtedness with respect to any credit agreement, certain maritime liens or that are secured by assets other than the collateral securing the Notes; and junior to any existing and future obligations of any non-guarantor subsidiaries. The Notes are secured by a first priority lien on substantially all of the assets of APT Parent and its subsidiaries subject to certain exceptions and permitted liens.

Parent is a holding company whose only asset is its ownership interests in its subsidiaries. The Company conducts virtually all of its business operations through APT Parent and its subsidiaries. The activities for the Subsidiary Issuers relate only to the issuance and servicing of the Notes and payroll for administrative personnel. Accordingly, the Company's only material sources of cash are dividends and distributions with respect to its ownership interests in APT and the subsidiaries of Intermediate Holdco that are derived from the earnings and cash flow generated by APT and the subsidiaries of Intermediate Holdco. Through December 31, 2010, no dividends have been paid.

The following tables set forth, on a consolidating basis, the balance sheets, statements of operations and statements of cash flows for Parent, Subsidiary Issuers and Guarantor Subsidiaries for all financial statement periods presented in the Company's consolidated financial statements. The Subsidiary Issuers allocate interest expense to the Guarantor Subsidiaries for capitalization towards the cost of the vessels under construction. Intercompany cash advances and loans made primarily for the purpose of short-term operating needs are included in cash flows from operating activities.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

19

**American Petroleum Tankers Holding LLC**

Notes to Consolidated Financial Statements - continued
For the Years Ended December 31, 2010, 2009 and 2008
(dollars in thousands)

| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Cash and cash equivalents | $ — | $ — | $ 18,241 | $ — | $ 18,241 |
| Accounts receivables | — | — | 11,095 | — | 11,095 |
| Prepaid expenses and other current assets | — | — | 453 | — | 453 |
| Restricted cash | — | 7,923 | — | — | 7,923 |
| Total Current Assets | — | 7,923 | 29,789 | — | 37,712 |
| Receivables due from affiliates, net | — | 247,683 | — | (247,683) | — |
| Deferred financing costs, net | — | 9,113 | 3,142 | — | 12,255 |
| Investment in affiliates | 89,651 | 108,991 | — | (198,642) | — |
| Other assets | — | — | 3,573 | — | 3,573 |
| Vessels and construction in progress, net | — | — | 692,178 | — | 692,178 |
| Total Assets | $ 89,651 | $ 373,710 | $ 728,682 | $ (446,325) | $ 745,718 |
| **Liabilities and Members' Equity** | | | | | |
| Accrued expenses and other liabilities | $ — | $ 1,164 | $ 5,221 | $ — | $ 6,385 |
| Accrued interest | — | 4,869 | — | — | 4,869 |
| Payable due USS Entities | — | — | 320 | — | 320 |
| Unearned revenue | — | — | 4,508 | — | 4,508 |
| Total Current Liabilities | — | 6,033 | 10,049 | — | 16,082 |
| Payables due to affiliates, net | — | — | 247,683 | (247,683) | — |
| Long-term debt | — | 278,026 | 361,959 | — | 639,985 |
| Total Liabilities | — | 284,059 | 619,691 | (247,683) | 656,067 |
| **Members' Equity** | 89,651 | 89,651 | 108,991 | (198,642) | 89,651 |
| Total Liabilities and Members' Equity | $ 89,651 | $ 373,710 | $ 728,682 | $ (446,325) | $ 745,718 |

Consolidating Balance Sheet as of December 31, 2010

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

20

American Petroleum Tankers Holding LLC

Notes to Consolidated Financial Statements - continued
For the Years Ended December 31, 2010, 2009 and 2008
(dollars in thousands)

**Consolidating Balance Sheet as of December 31, 2009**

| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Cash and cash equivalents | $ — | $ — | $ 7,893 | $ — | $ 7,893 |
| Accounts receivables | — | — | 4,517 | — | 4,517 |
| Prepaid expenses and other current assets | — | — | 406 | — | 406 |
| Restricted cash | — | — | 800 | — | 800 |
| Total Current Assets | — | — | 13,616 | — | 13,616 |
| Restricted cash, net of current portion | — | — | 2,000 | — | 2,000 |
| Deferred financing costs, net | — | — | 9,720 | — | 9,720 |
| Other assets | — | — | 3,986 | — | 3,986 |
| Vessels and construction in progress, net | — | — | 624,080 | — | 624,080 |
| Total Assets | $ — | $ — | $ 653,402 | $ — | $ 653,402 |
| **Liabilities and Members' Equity** | | | | | |
| Accrued expenses and other liabilities | $ — | $ — | $ 90,199 | $ — | $ 90,199 |
| Accrued interest | — | — | 510 | — | 510 |
| Payable due USS Entities | — | — | 759 | — | 759 |
| Unearned revenue | — | — | 3,291 | — | 3,291 |
| Current portion of long-term debt | — | — | 12,384 | — | 12,384 |
| Total Current Liabilities | — | — | 107,143 | — | 107,143 |
| Long-term debt, net of current portion | | | 414,200 | | 414,200 |
| Total Liabilities | — | — | 521,343 | — | 521,343 |
| Members' Equity | — | — | 132,059 | — | 132,059 |
| Total Liabilities and Members' Equity | $ — | $ — | $ 653,402 | $ — | $ 653,402 |

**Consolidating Statement of Operations For the Year Ended December 31, 2010**

| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| **Revenues** | $ — | $ — | $ 63,600 | $ — | $ 63,600 |
| **Expenses:** | | | | | |
| Vessel operating expenses | — | — | 24,771 | — | 24,771 |
| General and administrative expenses | — | 694 | 1,364 | — | 2,058 |
| Depreciation | — | — | 17,302 | — | 17,302 |
| Management fees | — | — | 2,489 | — | 2,489 |
| Total Expenses | — | 694 | 45,926 | — | 46,620 |
| **Operating (loss) income** | — | (694) | 17,674 | — | 16,980 |
| **Other (expense) income:** | | | | | |
| Interest income | — | 123 | 2 | — | 125 |
| Interest expense | — | (18,769) | (31,543) | — | (50,312) |
| Equity in losses of subsidiaries | (42,408) | (23,068) | — | 65,476 | — |
| Debt extinguishment expense | — | — | (7,640) | — | (7,640) |
| Derivative losses | — | — | (1,561) | — | (1,561) |
| **Net loss** | $ (42,408) | $ (42,408) | $ (23,068) | $ 65,476 | $ (42,408) |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

21

American Petroleum Tankers Holding LLC

Notes to Consolidated Financial Statements - continued
For the Years Ended December 31, 2010, 2009 and 2008
(dollars in thousands)

Consolidating Statement of Operations
For the Year Ended December 31, 2009

| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| Revenues | $ — | $ — | $ 28,867 | $ — | $ 28,867 |
| **Expenses:** | | | | | |
| Vessel operating expenses | — | — | 11,917 | — | 11,917 |
| General and administrative expenses | — | — | 1,063 | — | 1,063 |
| Depreciation | — | — | 8,398 | — | 8,398 |
| Management fees | — | — | 2,740 | — | 2,740 |
| Settlement fees and related legal expenses | — | — | 17,901 | — | 17,901 |
| Total Expenses | — | — | 42,019 | — | 42,019 |
| Operating loss | — | — | (13,152) | — | (13,152) |
| **Other (expense) income:** | | | | | |
| Interest income | — | — | 15 | — | 15 |
| Interest expense | — | — | (8,639) | — | (8,639) |
| Derivative gains | — | — | 1,751 | — | 1,751 |
| Net loss | $ — | $ — | $ (20,025) | $ — | $ (20,025) |

Consolidating Statement of Operations
For the Year Ended December 31, 2008

| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| Revenues | $ — | $ — | $ — | $ — | $ — |
| **Expenses:** | | | | | |
| Vessel operating expenses | — | — | 214 | — | 214 |
| General and administrative expenses | — | — | 201 | — | 201 |
| Management fees | — | — | 1,434 | — | 1,434 |
| Total Expenses | — | — | 1,849 | — | 1,849 |
| Operating loss | — | — | (1,849) | — | (1,849) |
| **Other (expense) income:** | | | | | |
| Interest income | — | — | 2 | — | 2 |
| Interest expense | — | — | (5) | — | (5) |
| Derivative losses | — | — | (1,175) | — | (1,175) |
| Net loss | $ — | $ — | $ (3,027) | $ — | $ (3,027) |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

22

American Petroleum Tankers Holding LLC

Notes to Consolidated Financial Statements - continued
For the Years Ended December 31, 2010, 2009 and 2008
(dollars in thousands)

|  | Consolidating Statement of Cash Flows For the Year Ended December 31, 2010 | | | | |
|---|---|---|---|---|---|
|  | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
| **OPERATING ACTIVITIES:** | | | | | |
| Net loss | $ (42,408) | $ (42,408) | $ (23,068) | $ 65,476 | $ (42,408) |
| Adjustments to reconcile net loss to net cash provided by operating activities: | | | | | |
| Straight-line charter revenues | — | — | (1,148) | — | (1,148) |
| Depreciation | — | — | 17,302 | — | 17,302 |
| Amortization of deferred financing costs | — | 1,261 | 1,752 | — | 3,013 |
| Amortization of discount on notes issued | — | 997 | — | — | 997 |
| Equity in losses of subsidiaries | 42,408 | 23,068 | — | (65,476) | — |
| Debt prepayment penalty fees | — | — | 2,814 | — | 2,814 |
| Write-off of deferred financing costs | — | — | 4,826 | — | 4,826 |
| Derivative losses | — | — | 1,561 | — | 1,561 |
| Interest paid-in-kind | — | — | 32,279 | — | 32,279 |
| Changes in current assets and liabilities: | | | | | |
| Accounts receivable | — | — | (6,578) | — | (6,578) |
| Prepaid expenses and other current assets | — | — | (47) | — | (47) |
| Accrued expenses and other liabilities | — | 5,550 | (774) | — | 4,776 |
| Payable due USS Entities | — | — | (166) | — | (166) |
| Unearned revenue | — | — | 1,217 | — | 1,217 |
| Change in receivables due from/payables due to affiliates, net | — | 11,898 | (11,898) | — | — |
| Net cash provided by operating activities | — | 366 | 18,072 | — | 18,438 |
| **INVESTING ACTIVITIES:** | | | | | |
| (Payments to) receipts from affiliates for construction payment | — | (162,100) | 162,100 | — | — |
| Vessel and construction in progress additions | — | — | (170,387) | — | (170,387) |
| Deposits of restricted cash | — | (170,023) | (800) | — | (170,823) |
| Withdrawals of restricted cash | — | 162,100 | 3,600 | — | 165,700 |
| Net cash used in investing activities | — | (170,023) | (5,487) | — | (175,510) |
| **FINANCING ACTIVITIES:** | | | | | |
| Proceeds from issuance of debt | — | 277,029 | — | — | 277,029 |
| (Payments to) receipts from affiliates for debt prepayment | — | (97,481) | 97,481 | — | — |
| Payment on long-term debt | — | — | (96,904) | — | (96,904) |
| Debt prepayment penalty fees | — | — | (2,814) | — | (2,814) |
| Payment of debt issuance costs | — | (9,891) | — | — | (9,891) |
| Net cash provided by (used in) financing activities | — | 169,657 | (2,237) | — | 167,420 |
| Net increase in cash and cash equivalents | — | — | 10,348 | — | 10,348 |
| Cash and cash equivalents at beginning of year | — | — | 7,893 | — | 7,893 |
| Cash and cash equivalents at end of year | $ — | $ — | $ 18,241 | $ — | $ 18,241 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

23

American Petroleum Tankers Holding LLC

Notes to Consolidated Financial Statements - continued
For the Years Ended December 31, 2010, 2009 and 2008
(dollars in thousands)

| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| **Consolidating Statement of Cash Flows For the Year Ended December 31, 2008** | | | | | |
| **OPERATING ACTIVITIES:** | | | | | |
| Net loss | $ — | $ — | $ (3,027) | $ — | $ (3,027) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | | | | |
| Derivative losses | — | — | 1,175 | — | 1,175 |
| Changes in current assets and liabilities: | | | | | |
| Accrued expenses and other liabilities | — | — | (32) | — | (32) |
| Payable due USS Entities | — | — | 522 | — | 522 |
| Net cash used in operating activities | — | — | (1,362) | — | (1,362) |
| **INVESTING ACTIVITIES:** | | | | | |
| Vessel and construction in progress additions | — | — | (233,393) | — | (233,393) |
| Net cash used in investing activities | — | — | (233,393) | — | (233,393) |
| **FINANCING ACTIVITIES:** | | | | | |
| Contributions by members | — | — | 99,572 | — | 99,572 |
| Proceeds from revolver borrowings | — | — | 135,491 | — | 135,491 |
| Payment of revolver fee | — | — | (300) | — | (300) |
| Net cash provided by financing activities | — | — | 234,763 | — | 234,763 |
| Net increase in cash and cash equivalents | — | — | 8 | — | 8 |
| Cash and cash equivalents at beginning of year | — | — | 8 | — | 8 |
| Cash and cash equivalents at end of year | $ — | $ — | $ 16 | $ — | $ 16 |

**Note 17—Subsequent Events**

The Company evaluated events and transactions that occurred during the period from December 31, 2010, the date of the balance sheet, through March 15, 2011, the date of issuance of the consolidated financial statements, and identified the following transaction that should be disclosed:

On March 8, 2011, the Company received $7,026 in funds released from the restricted cash escrow account containing the remaining proceeds of the issuance of the Notes, as described at Note 4.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

24

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, DC 20549

FORM 10-Q

[X] QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the quarterly period ended          March 31, 2011

OR

[  ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from                                              to

Commission file number          333-171331

AMERICAN PETROLEUM TANKERS PARENT LLC

(Exact name of registrant as specified in its charter)

| Delaware | 90-0587372 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. employer identification no.) |
| 345 Park Avenue, 29th Floor, New York NY, c/o The Blackstone Group L.P. | 10154 |
| (Address of principal executive offices) | (Zip code) |

(215) 435-9569

(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes [  ] or No [√].

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes [  ] or No [  ].

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See definition of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer [  ]                                              Accelerated filer [  ]

Non- accelerated filer [√] (Do not check if a smaller reporting company)          Smaller reporting company [  ]

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes [  ] or No [√].

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

AMERICAN PETROLEUM TANKERS PARENT LLC. AND SUBSIDIARIES

INDEX

|  | Page |
|---|---|
| Forward-Looking Statements | i |
| Part I - Financial Information | |
| Item 1. Financial Statements | 1 |
| Unaudited Condensed Consolidated Balance Sheets as of March 31, 2011 and December 31, 2010 | 1 |
| Unaudited Condensed Consolidated Statements of Operations for the three months ended March 31, 2011 and 2010 | 2 |
| Unaudited Condensed Consolidated Statements of Changes in Members' Equity for the three months ended March 31, 2011 | 3 |
| Unaudited Condensed Consolidated Statements of Cash Flows for the three months ended March 31, 2011 and 2010 | 4 |
| Notes to Unaudited Consolidated Financial Statements for the three months ended March 31, 2011 and 2010 | 5 |
| Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations | 17 |
| Item 3. Quantitative and Qualitative Disclosures about Market Risk | 24 |
| Item 4. Controls and Procedures | 24 |
| Part II - Other Information | |
| Item 1. Legal Proceedings | 25 |
| Item 1A. Risk Factors | 25 |
| Item 2. Unregistered Sales of Equity Securities and Use of Proceeds | 25 |
| Item 3. Defaults Upon Senior Securities | 25 |
| Item 4. Reserved | 25 |
| Item 5. Other Information | 25 |
| Item 6. Exhibits | 26 |
| Signatures | 27 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Forward-Looking Statements

This Form 10-Q contains "forward-looking statements." All statements other than statements of historical fact are "forward-looking statements" for purposes of federal and state securities laws. Forward-looking statements may include the words "may," "plans," "estimates," "anticipates," "believes," "expects," "intends" and similar expressions. Although we believe that these statements are based on reasonable assumptions, they are subject to numerous factors, risks and uncertainties that could cause actual outcomes and results to be materially different from those projected or assumed in our forward-looking statements. These factors, risks and uncertainties include, among others, the following:

- our substantial level of indebtedness;

- general economic and business conditions in the United States;

- our dependence on a limited number of customers;

- our limited operating history;

- capital expenditures required to maintain the operating capacity of our fleet;

- competitive pressures and trends;

- fluctuations in shipping volume; and

- modifications to or repeal of the Jones Act or OPA 90.

These forward-looking statements involve a number of risks and uncertainties that could cause actual results to differ materially from those suggested by the forward-looking statements. Forward-looking statements should, therefore, be considered in light of various factors, including those set forth in Amendment No. 5 to the registration statement filed on Form S-4 on April 8, 2011 (the "Registration Statement), under "Risk Factors". In light of such risks and uncertainties, we caution you not to place undue reliance on these forward-looking statements. We do not undertake any obligation to publicly release any revisions to these forward looking statements to reflect events or circumstances after the date of this prospectus or to reflect the occurrence of unanticipated events.

i

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

## PART I – FINANCIAL INFORMATION

*Item 1. Financial Statements*

**American Petroleum Tankers Holding LLC**
**Unaudited Condensed Consolidated Balance Sheets**
**as of March 31, 2011 and December 31, 2010**
**(in thousands)**

| | March 31, 2011 | December 31, 2010 |
|---|---|---|
| **Assets** | | |
| Cash and cash equivalents | $ 37,277 | $ 18,241 |
| Accounts receivables | 14,241 | 11,095 |
| Prepaid expenses and other current assets | 368 | 453 |
| Restricted cash | 900 | 7,923 |
| Total Current Assets | 52,786 | 37,712 |
| Deferred financing costs, net | 11,662 | 12,255 |
| Other assets | 3,660 | 3,573 |
| Vessels, net | 687,087 | 692,178 |
| Total Assets | $ 755,195 | $ 745,718 |
| | | |
| **Liabilities and Members' Equity** | | |
| Accrued expenses and other liabilities | $ 5,199 | $ 6,385 |
| Accrued interest | 12,172 | 4,869 |
| Payable due USS Entities | 250 | 320 |
| Unearned revenue | 4,403 | 4,508 |
| Current portion of long-term debt | 27,000 | - |
| Total Current Liabilities | 49,024 | 16,082 |
| Long-term debt (includes amounts to related parties of $372,014 and $361,959 at March 31, 2011 and December 31, 2010, respectively) | 623,442 | 639,985 |
| Total Liabilities | 672,466 | 656,067 |
| Commitments and Contingencies (Notes 5, 11 and 14) | | |
| **Members' Equity** | 82,729 | 89,651 |
| Total Liabilities and Members' Equity | $ 755,195 | $ 745,718 |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

1

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**
**Unaudited Condensed Consolidated Statements of Operations**
**For the Three Months Ended March 31, 2011 and 2010**
**(in thousands)**

|  | 2011 | 2010 |
|---|---|---|
| **Revenues** | $ 27,005 | $ 12,569 |
| **Expenses:** | | |
| Vessel operating expenses | 7,915 | 5,126 |
| General and administrative expenses | 769 | 337 |
| Depreciation | 5,915 | 3,804 |
| Management fees | 787 | 559 |
| Total Expenses | 15,386 | 9,826 |
| **Operating income** | 11,619 | 2,743 |
| **Other income (expense):** | | |
| Interest income | 5 | - |
| Interest expense (includes amounts to related parties, as discussed in Note 7) | (18,491) | (4,648) |
| Derivative losses | (55) | (1,117) |
| **Net loss** | $ (6,922) | $ (3,022) |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

2

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**
**Unaudited Condensed Consolidated Statements of Changes in Members' Equity**
**For the Three Months Ended March 31, 2011**
**(in thousands)**

| | Member Interests | | Total Members' Equity |
|---|---|---|---|
| | Class A | Class B | |
| **Beginning balance at January 1, 2011** | $ 89,651 | $ - | $ 89,651 |
| Net loss | (6,922) | - | (6,922) |
| **Ending balance at March 31, 2011** | $ 82,729 | $ - | $ 82,729 |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

3

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**
**Unaudited Condensed Consolidated Statements of Cash Flows**
**For the Three Months Ended March 31, 2011 and 2010**
**(in thousands)**

|  | 2011 | 2010 |
|---|---|---|
| **OPERATING ACTIVITIES:** |  |  |
| Net loss | $ (6,922) | $ (3,022) |
| Adjustments to reconcile net loss to net cash provided by operating activities: |  |  |
| Straight-line charter revenues | (142) | (327) |
| Depreciation | 5,915 | 3,804 |
| Amortization of deferred financing costs | 656 | 961 |
| Amortization of discount on notes issued | 402 | - |
| Derivative losses | 55 | 1,117 |
| Interest paid-in-kind | 10,055 | 3,964 |
| Changes in current assets and liabilities: |  |  |
| Accounts receivables | (3,146) | 385 |
| Prepaid expenses and other current assets | 85 | (113) |
| Accrued expenses and other liabilities | 6,252 | (2,291) |
| Payable due USS Entities | (70) | - |
| Unearned revenue | (105) | 1,453 |
| Net cash provided by operating activities | 13,035 | 5,931 |
| **INVESTING ACTIVITIES:** |  |  |
| Vessel additions | (959) | (2,025) |
| Deposits of restricted cash | - | (400) |
| Withdrawals of restricted cash | 7,023 | - |
| Net cash provided by (used in) investing activities | 6,064 | (2,425) |
| **FINANCING ACTIVITIES:** |  |  |
| Payment on long-term debt | - | (3,096) |
| Payment of debt issuance costs | (63) | - |
| Net cash used in financing activities | (63) | (3,096) |
| Net increase in cash and cash equivalents | 19,036 | 410 |
| Cash and cash equivalents at beginning of period | 18,241 | 7,893 |
| Cash and cash equivalents at end of period | $ 37,277 | $ 8,303 |
| **NON-CASH INVESTING AND FINANCING ACTIVITIES:** |  |  |
| Vessel and construction-in-progress accruals | $ 2,244 | $ 120,388 |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

4

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three Months Ended March 31, 2011 and 2010**
**(dollars in thousands)**

*Note 1 - Organization*

On May 14, 2010, American Petroleum Tankers LLC ("APT") consummated a restructuring of its corporate organization, resulting in: (i) the formation of American Petroleum Tankers Holding LLC ("APT Holding", the "Company", "we", "our", or "us") as the new parent holding company; (ii) the formation of American Petroleum Tankers Parent LLC ("APT Parent"), as a new wholly-owned subsidiary of APT Holding, and AP Tankers Co., as a new wholly-owned subsidiary of APT Parent; and (iii) the contribution down of the interests of: (a) the former parent holding company, APT, and (b) APT Intermediate Holdco LLC ("Intermediate Holdco"), such that APT and Intermediate Holdco became wholly-owned subsidiaries of APT Parent. As a result of this restructuring, APT, Intermediate Holdco and AP Tankers Co. are entities at the same corporate level, each a directly, wholly-owned subsidiary of APT Parent. As the reorganization occurred among entities under common control, the unaudited condensed consolidated financial statements of the predecessor company, American Petroleum Tankers LLC, are presented as the historical financial statements of APT Holding.

*Note 2 - Basis of Presentation*

The accompanying unaudited condensed consolidated financial statements for the Company have been prepared in accordance with accounting principles generally accepted in the United States of America for interim financial information and in accordance with the instructions to Form 10-Q. These financial statements should be read in conjunction with the Company's audited consolidated financial statements for the year ended December 31, 2010.

These financial statements include, in the opinion of management, all adjustments necessary for the fair presentation of the financial information included herein, which are of a normal recurring nature.

**Use of Estimates**

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affects the amounts reported in the financial statements and accompanying notes. Actual results could differ from those estimates.

*Note 3 - New Accounting Pronouncements*

There are no recently issued accounting standards that we believe will have a material impact on our financial position, results of operations or cash flows.

5

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three Months Ended March 31, 2011 and 2010**
**(dollars in thousands)**

*Note 4 - Restricted Cash*

In connection with the issuance of $285,000 of 10 $1/4$% First Priority Senior Secured Notes (the "Notes") on May 17, 2010, as discussed in Note 7, $169,900 of the net proceeds were placed in an escrow account to fund the remaining construction costs of the Company's vessels. The balance in the escrow account at March 31, 2011 and December 31, 2010 was $900 and $7,923, respectively. During the first quarter of 2011, $7,023 of restricted cash was released from escrow. As discussed in Note 5, the Company was scheduled to make its final vessel construction payments (excluding warranty escrow payments) during the first quarter of 2011; however, the final payment under the Company's vessel construction contract is being deferred until the expiration of the last vessel warranty period in December 2011. The final payment (excluding warranty escrow payments) is estimated to be no more than $900. The remaining balance in the escrow account is expected to be released from escrow on the first anniversary of the Notes issuance date, as specified in the Notes Agreement.

*Note 5 - Construction Contract*

The Company entered into a contract with National Steel and Shipbuilding Company ("NASSCO") for the construction of five 49,000 dwt double-hulled tankers. The vessels were delivered in January 2009, June 2009, December 2009, July 2010 and December 2010, respectively.

At March 31, 2011 and December 31, 2010, the Company has accrued $1,900 and $1,835, respectively, payable to NASSCO for completion of the final vessel delivered in December 2010 and $1,000 for warranty escrow payments, with $500 payable in July and December 2011, for the last two vessels delivered. The Company has capitalized these costs within Vessels, Net and accrued the liability within Accrued Expenses and Other Liabilities in the accompanying Unaudited Condensed Consolidated Balance Sheets. Under the terms of the amended construction agreement with NASSCO, the Company was required to make a final payment (excluding the warranty escrow payments) in February 2011. NASSCO and the Company agreed to defer the final payment until the expiration of the last vessel warranty period in December 2011. Future commitments under this contract are further discussed in Note 11.

*Note 6 - Vessels, Net*

Vessels, Net consists of the following:

|  | March 31, 2011 | December 31, 2010 |
|---|---|---|
| Vessels | $ 718,702 | $ 717,878 |
| Less accumulated depreciation | (31,615) | (25,700) |
|  | $ 687,087 | $ 692,178 |

Capitalized interest is recorded as part of the asset to which it relates and is amortized over the estimated useful life of the asset. Interest expense of $1,448 was capitalized during the three months ended March 31, 2010.

6

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)