**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN PETROLEUM TANKERS PARENT LLC,    ) <br><br>    ) <br> Plaintiff,    ) <br>    ) <br> v.    ) <br>    ) <br> The UNITED STATES OF AMERICA, *et al.*,    ) <br>    ) <br> Defendants.    ) | Civil Action No. 1:12-CV-001165-CKK <br><br> Notice of Filing of Administrative Record |

## <u>NOTICE OF FILING OF VOLUME 10 OF THE ADMINISTRATIVE RECORD</u>

Defendants hereby give notice that attached hereto is **Volume 10** of the redacted

Administrative Record in this action, which is being filed in 26 separate volumes.

Respectfully Submitted,

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

DIANE KELLEHER
Assistant Branch Director

*s/ Daniel Bensing*
DANIEL BENSING
Senior Counsel
(D.C. Bar No. 334268)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 6114
Washington D.C. 20530
Tel.: (202) 305-0693
Fax:  (202) 616-8460
Email:  Daniel.Bensing@USDOJ.gov

Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2013 I electronically filed the foregoing Notice of Filing of Volume 10 of the Administrative Record with the Clerk of the Court by using the CM/ECF system.


/s/ *Daniel Bensing*
DANIEL BENSING

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three Months Ended March 31, 2011 and 2010**
**(dollars in thousands)**

*Note 7 - Long-Term Debt*

Long-term debt consists of the following:

|  | March 31, 2011 | December 31, 2010 |
|---|---|---|
| Notes, net of $6,572 and $6,974 unamortized original discount at March 31, 2011 and December 31, 2010, respectively | $ 278,428 | $ 278,026 |
| Sponsor Facility | 372,014 | 361,959 |
|  | 650,442 | 639,985 |
| Less current portion | (27,000) | - |
|  | $ 623,442 | $ 639,985 |

**First Priority Senior Secured Notes**

On May 17, 2010, APT Parent and AP Tankers Co. issued $285,000, 10 1/4% First Priority Senior Secured Notes (the "Notes") due 2015 at a price of 97.203%. Interest on the Notes is payable on May 1 and November 1 of each year, beginning November 1, 2010. The net proceeds were used to place $169,900 cash in escrow for the construction of vessels, prepay $97,574 related to a senior secured loan facility, the "DVB Facility", (including principal, interest, and prepayment penalty), and the remainder was used to pay related transaction fees and expenses, of which $10,080 of costs were capitalized as debt issuance costs within Deferred Financing Costs, Net in the accompanying Unaudited Condensed Consolidated Balance Sheets.

Under the terms of the indenture governing the Notes, the Company may redeem up to 10% of the original issue amount in a twelve month period prior to May 1, 2012 at 103%. On March 28, 2011, the Company provided notice to the trustee that pursuant to the indenture the Company would redeem $27,000 of the principal amount of the Notes unconditionally. The redemption was completed on April 28, 2011, at a cost of $29,171, including premium and accrued interest. As a result, the Company will recognize a loss on redemption of the Notes of approximately $2,220 in the second quarter of 2011. The principal amount of the redeemed Notes has been classified as current debt in the accompanying Unaudited Condensed Consolidated Balance Sheet at March 31, 2011.

In connection with the issuance of the Notes, APT Parent and AP Tankers Co. entered into a registration rights agreement ("Registration Rights Agreement") which requires the use of reasonable efforts to register notes having substantially identical terms as the Notes with the Securities and Exchange Commission ("SEC") under the Securities Act of 1933, as amended, prior to May 12, 2011. As discussed in Note 14, the Company completed the registration of the Notes and an exchange offer, exchanging unregistered Notes for Notes registered with the SEC, on May 12, 2011.

**Sponsor Facility**

The Company maintains a Revolving Notes Facility (the "Sponsor Facility") pursuant to which the Class A Members or their affiliates have made available $325,000 of revolving credit loans. Beginning July 2009, the

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

monthly interest payments are treated as paid-in-kind in lieu of monthly cash payments. As a result, the Company is allowed to exceed its total commitment under the Sponsor Facility for the capitalized paid-in-kind payments. At March 31, 2011, the Company has borrowings available under the Sponsor Facility of $3,751, which is available through June 30, 2011.

7

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three Months Ended March 31, 2011 and 2010**
**(dollars in thousands)**

During the three months ended March 31, 2011 and 2010, the Company recorded $10,055 and $3,964, respectively, for interest-in-kind payments that were capitalized in the Sponsor Facility balance. An interest-in-kind accrual of $36,867 and $26,812 was recorded as long-term debt at March 31, 2011 and December 31, 2010, respectively.

The maturities of long-term debt subsequent to March 31, 2011, excluding accreted interest on the Sponsor Facility subsequent to March 31, 2011, are as follows:

| | |
|---|---|
| 2011 | $ 27,000 |
| 2015 | 251,428 |
| 2016 | 372,014 |
| | $650,442 |

A reconciliation of Interest Expense for the three month periods ended March 31, 2011 and 2010 is as follows:

| | **2011** | **2010** | |
|---|---|---|---|
| Cash paid for interest - other (1) | $   - | $ 1,092 | (2) |
| Paid-in-kind interest to members | 10,055 | 3,964 | |
| Amortization of deferred financing costs | 656 | 961 | (2) |
| Amortization of discount on notes issued | 402 | - | |
| Administrative fee to members | 75 | 76 | |
| Change in interest accrual | 7,303 | 3 | (2) |
| Gross interest expense | 18,491 | 6,096 | |
| Less capitalized interest | - | (1,448) | |
| *Net Interest Expense* | $18,491 | $ 4,648 | |

(1)   Represents additional cash flow disclosures.
(2)   Relates to loan under DVB Facility that was prepaid on May 17, 2010.

### *Note 8 - Related Party Transactions*

#### USS Entities

Until July 28, 2009, USS Product Manager LLC ("Product Manager"), a wholly-owned subsidiary of U.S. Shipping Partners L.P. (the "Partnership") and an affiliate of USS Product Carriers LLC, a former Class B Member of APT, managed the construction of, and until September 28, 2009 the operation of, the tankers for APT. The obligations under the management agreement were being performed by employees of U.S. Shipping General Partner LLC, the Partnership's general partner.

8

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three Months Ended March 31, 2011 and 2010**
**(dollars in thousands)**

On July 10, 2009, Product Carriers, Product Manager, the Partnership and USS PC Holdings LLC (collectively "USS Entities"), the Class A Members of APT, the Sponsor Facility lenders to APT (together with the Class A Members, the "Blackstone/Cerberus Entities") and APT entered into a settlement agreement to settle litigation between the USS Entities and the Blackstone/Cerberus Entities relating to control of APT. Under the terms of the settlement, which was approved by the U.S. Bankruptcy Court Southern District of New York on July 17, 2009 and effective on July 28, 2009, the management agreement (except for certain provisions) was terminated and Product Manager ceased to manage APT's tankers and provide construction supervision services.

Pursuant to the terms of the settlement agreement, Product Manager earned $250 and $500 during 2010 and 2009, respectively, for cost savings realized on the construction of one vessel completed in each of the respective years. The cost savings were accrued within Due to USS Entities at December 31, 2010 and 2009, respectively, and capitalized as a cost to the respective vessels. The $500 cost savings was paid by the Company in the first quarter of 2010. During the first quarter of 2011, the Company reimbursed the Partnership $70 for expenses paid on behalf of the Company. The aggregate payable recorded within Due to USS Entities in the accompanying Unaudited Condensed Consolidated Balance Sheets was $250 and $320 at March 31, 2011 and December 31, 2010, respectively.

**Blackstone/Cerberus Entities**

The Company pays an annual administration fee of $300 for the Sponsor Facility to an affiliate of certain of the Class A Members. This fee is recognized as a component of Interest Expense, in the accompanying Unaudited Condensed Consolidated Statements of Operations.

During the three months ended March 31, 2011 and 2010, the Company recorded $10,055 and $3,964, respectively, for interest-in-kind payments that were capitalized in the Sponsor Facility balance. An interest-in-kind accrual of $36,867 and $26,812 was recorded as long-term debt at March 31, 2011 and December 31, 2010, respectively.

*Note 9 - Derivative Instruments*

Effective April 1, 2007, the Company entered into a nine-year interest rate cap, with a notional amount of $100,000, for $1,924, including transaction fees. This interest rate cap of the three-month U.S. Dollar LIBOR of 6.0% is intended to reduce the potential negative impacts to the Company's cash flows that could result in movements in interest rates between the date a chartering contract is entered into and the anticipated sale.

The Company recognizes all derivatives as either assets or liabilities in the balance sheet and measures those instruments at fair value. Changes in the fair value of those instruments are reported in earnings, as the Company did not designate the interest rate cap as a hedge. The fair market value of the interest rate cap at March 31, 2011 and December 31, 2010 was $910 and $965, respectively, and is recorded as a long-term asset in Other Assets in the accompanying Unaudited Condensed Consolidated Balance Sheets. The change in the fair value of the derivative financial instrument was recorded to Derivative Losses in the amount of $55 and $1,117 for the three months ended March 31, 2011 and 2010, respectively.

9

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three Months Ended March 31, 2011 and 2010**
**(dollars in thousands)**

*Note 10 – Fair Value of Financial Instruments*

The methods and assumptions used to estimate the fair value of each class of financial instruments are set forth below:

- Cash and cash equivalents and restricted cash - the carrying amounts approximate fair value because of the relatively short time between the origination of the instrument and its expected realization.

- Derivative financial instruments - the fair value of the interest rate cap is developed from market-based inputs under the income approach, as obtained from a brokerage agency, using cash flows discounted at relevant market interest rates.

- Long-term debt - The fair value of long-term debt is estimated based on each obligation's characteristics, using the borrowing rates currently available for the same or similar issues for debt of the same remaining maturities, and discounted back to the present value. The Company regularly monitors its credit risk in evaluating its fair value of long-term debt. Significant factors evaluated include changes in margin on its various loans and its ability to make future debt payments. At March 31, 2011, the carrying value and estimated fair value of the Company's debt was $650,442 and $669,776, respectively. At December 31, 2010, the carrying value and estimated fair value of the Company's debt was $639,985 and $655,971, respectively.

The following valuation hierarchy prioritizes the inputs for valuation used to measure fair value into three broad levels as follows:

Level 1: Quoted market prices in active markets for identical assets or liabilities.
Level 2: Observable market based inputs or unobservable inputs that are corroborated by market data.
Level 3: Unobservable inputs that are not corroborated by market data.

The Company utilizes the best available information in measuring fair value. The Company has determined that its interest rate cap is valued using Level 2 inputs.

*Note 11 – Commitments and Contingencies*

As discussed in Note 5, the Company has a contract with NASSCO for the construction of five product tankers which were delivered in January 2009, June 2009, December 2009, July 2010 and December 2010, respectively. The Company currently expects the cost to construct these five tankers under the NASSCO contract to aggregate approximately $670,772. Payments of $668,872 have been made under these construction contracts as of March 31, 2011. The Company estimates that it will make payments under this construction contract of approximately $1,900 in 2011.

*Note 12 – Financial Information by Segments and Geographic Area*

The Company's business is to charter its tankers primarily in the U.S. domestic Jones Act trades to customers in the petroleum industry to and from destination points in the coastwise United States. Currently, one of the vessels operates worldwide and another may operate worldwide in the future, depending on the requirements of the customer. Each of the Company's vessels represents an operating segment. These segments are aggregated into one reportable segment because they possess similar economic characteristics and all vessels are the same design and carry petroleum products for U.S. based customers.

10

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three Months Ended March 31, 2011 and 2010**
**(dollars in thousands)**

*Note 13 – Guarantor Subsidiaries*

APT Parent, a wholly-owned subsidiary of APT Holding (the "Parent"), and AP Tankers Co., a wholly-owned subsidiary of APT Parent, (collectively, the "Subsidiary Issuers"), issued the Notes in May 2010. The Notes are fully and unconditionally guaranteed, jointly and severally, on a senior subordinated basis by APT Holding and all of APT Parent's wholly-owned subsidiaries: APT, Intermediate Holdco, and Intermediate Holdco's wholly-owned subsidiaries, JV Tanker Charterer LLC, PI 2 Pelican State LLC, and APT Sunshine State LLC (collectively the "Guarantor Subsidiaries").

The guarantees by Parent and Guarantor Subsidiaries are senior secured obligations: equal in right of payment with any of their existing and future senior indebtedness but senior with any of their existing and future unsecured indebtedness to the extent of the value of the collateral securing the Notes; senior to any of their existing and future subordinated indebtedness; junior with any of their existing and future indebtedness with respect to any credit agreement, certain maritime liens or that are secured by assets other than the collateral securing the Notes; and junior to any existing and future obligations of any non-guarantor subsidiaries. The Notes are secured by a first priority lien on substantially all of the assets of APT Parent and its subsidiaries subject to certain exceptions and permitted liens.

Parent is a holding company whose only asset is its ownership interests in its subsidiaries. The Company conducts virtually all of its business operations through APT Parent and its subsidiaries. The activities for the Subsidiary Issuers relate only to the issuance and servicing of the Notes and payroll for administrative personnel. Accordingly, the Company's only material sources of cash are dividends and distributions with respect to its ownership interests in APT and the subsidiaries of Intermediate Holdco that are derived from the earnings and cash flow generated by APT and the subsidiaries of Intermediate Holdco. Through March 31, 2011, no dividends have been paid.

The following tables set forth, on an unaudited condensed consolidating basis, the balance sheets, statements of operations and statements of cash flows for Parent, Subsidiary Issuers and Guarantor Subsidiaries for all financial statement periods presented in the Company's unaudited condensed consolidated financial statements. The Subsidiary Issuers allocate interest expense to the Guarantor Subsidiaries for capitalization towards the cost of the vessels under construction. Intercompany cash advances and loans made primarily for the purpose of short-term operating needs are included in cash flows from operating activities.

11

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three Months Ended March 31, 2011 and 2010**
**(dollars in thousands)**

**Unaudited Condensed Consolidating Balance Sheet**
**as of March 31, 2011**

|  | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Cash and cash equivalents | $        - | $        - | $   37,277 | $        - | $   37,277 |
| Accounts receivables | - | - | 14,241 | - | 14,241 |
| Prepaid expenses and other current assets | - | 11 | 357 | - | 368 |
| Restricted cash | - | 900 | - | - | 900 |
| Total Current Assets | - | 911 | 51,875 | - | 52,786 |
| Receivables due from affiliates, net | - | 253,317 | - | (253,317) | - |
| Deferred financing costs, net | - | 8,667 | 2,995 | - | 11,662 |
| Investment in affiliates | 82,729 | 110,885 | - | (193,614) | - |
| Other assets | - | - | 3,660 | - | 3,660 |
| Vessels, net | - | - | 687,087 | - | 687,087 |
| Total Assets | $   82,729 | $ 373,780 | $ 745,617 | $ (446,931) | $ 755,195 |
| **Liabilities and Members' Equity** | | | | | |
| Accrued expenses and other liabilities | $        - | $      451 | $     4,748 | $        - | $     5,199 |
| Accrued interest | - | 12,172 | - | - | 12,172 |
| Payable due USS Entities | - | - | 250 | - | 250 |
| Unearned revenue | - | - | 4,403 | - | 4,403 |
| Current portion of long-term debt | - | 27,000 | - | - | 27,000 |
| Total Current Liabilities | - | 39,623 | 9,401 | - | 49,024 |
| Payables due to affiliates, net | - | - | 253,317 | (253,317) | - |
| Long-term debt | - | 251,428 | 372,014 | - | 623,442 |
| Total Liabilities | - | 291,051 | 634,732 | (253,317) | 672,466 |
| **Members' Equity** | 82,729 | 82,729 | 110,885 | (193,614) | 82,729 |
| Total Liabilities and Members' Equity | $   82,729 | $ 373,780 | $ 745,617 | $ (446,931) | $ 755,195 |

12

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three Months Ended March 31, 2011 and 2010**
(dollars in thousands)

**Unaudited Condensed Consolidating Balance Sheet**
**as of December 31, 2010**

|  | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Cash and cash equivalents | $       - | $       - | $    18,241 | $       - | $    18,241 |
| Accounts receivables | - | - | 11,095 | - | 11,095 |
| Prepaid expenses and other current assets | - | - | 453 | - | 453 |
| Restricted cash | - | 7,923 | - | - | 7,923 |
| Total Current Assets | - | 7,923 | 29,789 | - | 37,712 |
| Receivables due from affiliates, net | - | 247,683 | - | (247,683) | - |
| Deferred financing costs, net | - | 9,113 | 3,142 | - | 12,255 |
| Investment in affiliates | 89,651 | 108,991 | - | (198,642) | - |
| Other assets | - | - | 3,573 | - | 3,573 |
| Vessels, net | - | - | 692,178 | - | 692,178 |
| Total Assets | $    89,651 | $   373,710 | $   728,682 | $  (446,325) | $   745,718 |
| **Liabilities and Members' Equity** | | | | | |
| Accrued expenses and other liabilities | $       - | $     1,164 | $     5,221 | $       - | $     6,385 |
| Accrued interest | - | 4,869 | - | - | 4,869 |
| Payable due USS Entities | - | - | 320 | - | 320 |
| Unearned revenue | - | - | 4,508 | - | 4,508 |
| Total Current Liabilities | - | 6,033 | 10,049 | - | 16,082 |
| Payables due to affiliates, net | - | - | 247,683 | (247,683) | - |
| Long-term debt | - | 278,026 | 361,959 | - | 639,985 |
| Total Liabilities | - | 284,059 | 619,691 | (247,683) | 656,067 |
| Members' Equity | 89,651 | 89,651 | 108,991 | (198,642) | 89,651 |
| Total Liabilities and Members' Equity | $    89,651 | $   373,710 | $   728,682 | $  (446,325) | $   745,718 |

13

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three Months Ended March 31, 2011 and 2010**
**(dollars in thousands)**

**Unaudited Condensed Consolidating Statement of Operations**
**For the Three Months Ended March 31, 2011**

| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| Revenues | $ - | $ - | $ 27,005 | $ - | $ 27,005 |
| **Expenses:** | | | | | |
| Vessel operating expenses | - | - | 7,915 | - | 7,915 |
| General and administrative expenses | - | 606 | 163 | - | 769 |
| Depreciation | - | - | 5,915 | - | 5,915 |
| Management fees | - | - | 787 | - | 787 |
| Total Expenses | - | 606 | 14,780 | - | 15,386 |
| Operating (loss) income | - | (606) | 12,225 | - | 11,619 |
| **Other income (expense):** | | | | | |
| Interest income | - | 4 | 1 | - | 5 |
| Interest expense | - | (8,214) | (10,277) | - | (18,491) |
| Equity in (losses) income of subsidiaries | (6,922) | 1,894 | - | 5,028 | - |
| Derivative losses | - | - | (55) | - | (55) |
| Net (loss) income | $ (6,922) | $ (6,922) | $ 1,894 | $ 5,028 | $ (6,922) |

**Unaudited Condensed Consolidating Statement of Operations**
**For the Three Months Ended March 31, 2010**

| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| Revenues | $ - | $ - | $ 12,569 | $ - | $ 12,569 |
| **Expenses:** | | | | | |
| Vessel operating expenses | - | - | 5,126 | - | 5,126 |
| General and administrative expenses | - | - | 337 | - | 337 |
| Depreciation | - | - | 3,804 | - | 3,804 |
| Management fees | - | - | 559 | - | 559 |
| Total Expenses | - | - | 9,826 | - | 9,826 |
| Operating income | - | - | 2,743 | - | 2,743 |
| **Other expense:** | | | | | |
| Interest expense | - | - | (4,648) | - | (4,648) |
| Derivative losses | - | - | (1,117) | - | (1,117) |
| Net loss | $ - | $ - | $ (3,022) | $ - | $ (3,022) |

14

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three Months Ended March 31, 2011 and 2010**
**(dollars in thousands)**

| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| **OPERATING ACTIVITIES:** | | | | | |
| Net (loss) income | $ (6,922) | $ (6,922) | $ 1,894 | $ 5,028 | $ (6,922) |
| Adjustments to reconcile net (loss) income to net cash (used by) provided by operating activities: | | | | | |
| Straight-line charter revenues | - | - | (142) | - | (142) |
| Depreciation | - | - | 5,915 | - | 5,915 |
| Amortization of deferred financing costs | - | 509 | 147 | - | 656 |
| Amortization of discount on notes issued | - | 402 | - | - | 402 |
| Equity in losses (income) of subsidiaries | 6,922 | (1,894) | - | (5,028) | - |
| Derivative losses | - | - | 55 | - | 55 |
| Interest paid-in-kind | - | - | 10,055 | - | 10,055 |
| Changes in current assets and liabilities: | | | | | |
| Accounts receivables | - | - | (3,146) | - | (3,146) |
| Prepaid expenses and other current assets | - | (11) | 96 | - | 85 |
| Accrued expenses and other liabilities | - | 6,590 | (338) | - | 6,252 |
| Payable due USS Entities | - | - | (70) | - | (70) |
| Unearned revenue | - | - | (105) | - | (105) |
| Change in receivables due from/payables due to affiliates, net | - | (5,634) | 5,634 | - | - |
| Net cash (used by) provided by operating activities | - | (6,960) | 19,995 | - | 13,035 |
| **INVESTING ACTIVITIES:** | | | | | |
| Vessel additions | - | - | (959) | - | (959) |
| Withdrawals of restricted cash | - | 7,023 | - | - | 7,023 |
| Net cash provided by (used in) investing activities | - | 7,023 | (959) | - | 6,064 |
| **FINANCING ACTIVITIES:** | | | | | |
| Payment of debt issuance costs | - | (63) | - | - | (63) |
| Net cash used in financing activities | - | (63) | - | - | (63) |
| Net increase in cash and cash equivalents | - | - | 19,036 | - | 19,036 |
| Cash and cash equivalents at beginning of period | - | - | 18,241 | - | 18,241 |
| Cash and cash equivalents at end of period | $ - | $ - | $ 37,277 | $ - | $ 37,277 |

Table header above: **Unaudited Condensed Consolidating Statement of Cash Flows For the Three Months Ended March 31, 2011**

15

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three Months Ended March 31, 2011 and 2010**
**(dollars in thousands)**

Unaudited Condensed Consolidating Statement of Cash Flows
For the Three Months Ended March 31, 2010

| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| **OPERATING ACTIVITIES:** | | | | | |
| Net loss | $ - | $ - | $ (3,022) | $ - | $ (3,022) |
| Adjustments to reconcile net loss to net cash provided by operating activities: | | | | | |
| Straight-line charter revenues | - | - | (327) | - | (327) |
| Depreciation | - | - | 3,804 | - | 3,804 |
| Amortization of deferred financing costs | - | - | 961 | - | 961 |
| Derivative losses | - | - | 1,117 | - | 1,117 |
| Interest paid-in-kind | - | - | 3,964 | - | 3,964 |
| Changes in current assets and liabilities: | | | | | |
| Accounts receivables | - | - | 385 | - | 385 |
| Prepaid expenses and other current assets | - | - | (113) | - | (113) |
| Accrued expenses and other liabilities | - | - | (2,291) | - | (2,291) |
| Payable due USS Entities | - | - | - | - | - |
| Unearned revenue | - | - | 1,453 | - | 1,453 |
| Net cash provided by operating activities | - | - | 5,931 | - | 5,931 |
| **INVESTING ACTIVITIES:** | | | | | |
| Vessel additions | - | - | (2,025) | - | (2,025) |
| Deposits of restricted cash | - | - | (400) | - | (400) |
| Net cash used in investing activities | - | - | (2,425) | - | (2,425) |
| **FINANCING ACTIVITIES:** | | | | | |
| Payment on long-term debt | - | - | (3,096) | - | (3,096) |
| Net cash used in financing activities | - | - | (3,096) | - | (3,096) |
| Net increase in cash and cash equivalents | - | - | 410 | - | 410 |
| Cash and cash equivalents at beginning of period | - | - | 7,893 | - | 7,893 |
| Cash and cash equivalents at end of period | $ - | $ - | $ 8,303 | $ - | $ 8,303 |

*Note 14 – Subsequent Events*

The Company evaluated events and transactions that occurred during the period from March 31, 2011, the date of the balance sheet, through May 16, 2011, the date of issuance of the unaudited condensed consolidated financial statements, and identified the following events or transactions that should be disclosed:

As discussed in Note 7, the Company redeemed $27,000 of the Notes on April 28, 2011 at a cost of $29,171, including premium and accrued interest. As a result, the Company will recognize a loss on redemption of the Notes of approximately $2,220 in the second quarter of 2011.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

On May 12, 2011, APT Parent and AP Tankers Co. completed an exchange offer to exchange 10 1/4% First Priority Senior Secured Notes due 2015, Series B (the "New Notes"), which have been registered under the Securities Act, for all of its outstanding 10 1/4% First Priority Senior Secured Notes due 2015, Series A (the "Original Notes"). The New Notes are substantially identical to the Original Notes and are governed by the same indenture governing the Original Notes. The material provisions of the Exchange Offer are described in the prospectus, dated and filed with the Commission on April 13, 2011 pursuant to Rule 424(b)(3) under the Securities Act.

\*\*\*\*\*

16

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations**

*The following discussion and analysis of our consolidated financial condition, results of operations and cash flows should be read in conjunction with the unaudited condensed consolidated financial statements, and the notes thereto, and other data contained elsewhere in this Quarterly Report. The following discussion and analysis should also be read in conjunction with our audited consolidated financial statements, and notes thereto, and "Management's Discussion and Analysis of Financial Condition and Results of Operations" included in the Registration Statement. References in Item 2. herein to "APT Holding", "we", "our" and "us" refer to the Company and its subsidiaries unless otherwise stated or indicated by context. The following discussion and analysis includes forward-looking statements that involve certain risks and uncertainties. See "Forward-Looking Statements."*

We are a U.S. based, provider of Jones Act marine transportation services for refined petroleum products in the U.S. domestic "coastwise" trade. Our fleet consists of five new, double-hulled product tankers. Our fleet of five vessels has a total capacity of approximately 245,000 dwt and an average age of approximately one year.

Our customers are BP West Coast Products LLC ("BP"), an affiliate of Chevron Corporation ("Chevron"), an affiliate of Marathon Oil Corporation ("Marathon") and the Military Sealift Command department of the U.S. Navy ("MSC"). Three of our vessels are on time charters that range up to three years under an evergreen type arrangement (which may be terminated at any time upon 90 days notice) to seven years. Our other two vessels are contracted to MSC for one year with four approximately one-year renewal options. While MSC awarded us the contract based on a five-year analysis, MSC is only permitted to commit to annual contracts due to budgetary restrictions. However, as a result of our customization of these vessels to meet MSC's requirements, as well as economic benefits for continued renewals, we believe it is likely that MSC will exercise its renewal options, although there can be no assurance that they will do so. The four T-5 tankers that our vessels have in part replaced have been in continuous MSC service since their delivery as new buildings in the mid-1980s, despite MSC's requirement for periodic renewals of time charters and / or operating agreements, as applicable. Further supporting this view, the day rates in the first-year of our charters with MSC are on average 25% higher than the day rates for our first-option years. We utilized this declining rate structure with a material premium in the first year to incentivize MSC to exercise each of their one-year renewal options.

Operationally, we retain all strategic and commercial management of our vessels, while the technical management of the vessels is outsourced to certain affiliates of Crowley Maritime Corporation (collectively, "Crowley" or our "Manager"). Crowley's technical management services include crewing, maintenance and repair, purchasing, insurance and claims administration, and security as well as accounting and reporting services. Founded in 1892, Crowley is one of the oldest maritime transportation companies in the U.S., employing approximately 4,800 employees across 80 office locations. We benefit from Crowley's operational expertise, purchasing power and relationships with vendors, suppliers and major labor organizations which are key to providing skilled and experienced crews.

**Definitions**

It is important to understand the meaning of the following terms in order to understand our discussion of our results of operations:

- *Deadweight tons or dwt*. dwt is the abbreviation for deadweight tons, representing principally the cargo carrying capacity of a vessel.

17

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

- *Revenue.* Revenue includes revenue from time charters. Revenue is impacted by changes in charter and utilization rates. For charters which have a duration in excess of one year and include escalation provisions we recognize revenue on a straight line basis over the life of the contract.

- *Vessel operating expenses.* The most significant direct vessel operating expenses are manning costs, vessel maintenance and repairs, and insurance. We pay the vessel operating expenses.

- *Depreciation and amortization.* We incur fixed charges related to the depreciation of the historical cost of our fleet. The aggregate number of drydockings undertaken in a given period and the nature of the work performed determine the level of drydocking expenditures. Depreciation and amortization is determined as follows:

  - Vessels and equipment are recorded at cost, including capitalized interest and transaction fees where appropriate, and depreciated to scrap value using the straight-line method; and

  - Both domestic and international regulatory bodies require that petroleum carrying vessels be drydocked for major repair and maintenance at least every five years (this requirement increases to twice in a five year period after the first fifteen years of operation). In addition, vessels may have to be drydocked in the event of accidents or other unforeseen damage. Drydocking costs are deferred and amortized over the estimated period between dry-dockings, although we have not sustained any drydocking costs to date.

- *General and administrative expenses.* General and administrative expenses consist of employment costs for shore side staff and cost of facilities as well as legal, audit and other administrative costs.

- *Drydocking days.* Drydocking days are days designated for the cleaning, inspection and survey of vessels, and resulting maintenance work, as required by the U.S. Coast Guard and the American Bureau of Shipping. Drydocking days may also include unscheduled work in the event of an accident or other unforeseen damage.

- *Time charter equivalent.* Time charter equivalent is equal to the voyage revenue earned by a vessel during a defined period, divided by the total number of actual days worked by that vessel during the period involved, net of fuel and port expenses.

**Critical Accounting Policies**

We prepare our financial statements in conformity with accounting principles generally accepted in the United States of America. The preparation of the condensed consolidated financial statements, upon which this discussion and analysis is based, requires management to make estimates and judgments which impact those condensed consolidated financial statements. The most critical of these estimates and accounting policies relate to long-lived asset depreciation, revenue recognition, and valuation of derivative instruments. Different assumptions in the application of these policies could result in material changes in our consolidated financial condition, results of operations, or cash flows. For a more complete discussion of these and other accounting policies, see the Notes to unaudited Condensed Consolidated Financial Statements for the three months ended March 31, 2011 and 2010.

*Vessels and Construction in Progress*

Vessels are stated at cost. Construction costs of new vessels are capitalized and included in construction-in-progress until completed. Normal repair and maintenance expenditures are expensed as incurred. Depreciation is computed using the straight-line method over the vessels' estimated useful lives of 30 years based on the vessels' cost less their estimated salvage value. Interest is capitalized in conjunction with our construction of vessels.

We assess recoverability of the carrying value of a long-lived asset when indicators of impairment are present by estimating the future undiscounted net cash flows expected to result from the asset, including eventual disposition. If the future net cash flows are less than the carrying value of the asset, an impairment loss is recorded equal to the difference between the asset's carrying value and its fair value.

18

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

### Revenue Recognition

Revenues from long-term time charters of vessels with annual escalation clauses are recognized on a straight-line basis over the term of the contract. We also assess renewal options on time charters for bargain renewal options, and account for any bargain renewal options as a constructive extension of the lease term.

### Derivative Instruments

Our use of derivative instruments, principally an interest rate cap, is limited to non-trading purposes and is designed to manage exposure to interest rate risks. The fair value of our interest rate cap represents the amount that would be paid to us by the counterparty to terminate the cap at the reporting date and is estimated based on a discounted cash flow model using a quoted interest rate. Changes in the fair market value of the interest rate cap could result in significant fluctuations in earnings.

## Results of Operations

The following table presents our operating results for the three months ended March 31, 2011 and 2010.

| | For the Three Months Ended March 31, | |
| --- | --- | --- |
| | 2011 | 2010 |
| | (dollars in thousands) | |
| **Unaudited Condensed Consolidated Statements of Operations Data** | | |
| **Revenues** | $ 27,005 | $ 12,569 |
| **Expenses:** | | |
| Vessel operating expenses | 7,915 | 5,126 |
| General and administrative expenses | 769 | 337 |
| Depreciation | 5,915 | 3,804 |
| Management fees | 787 | 559 |
| Total expenses | 15,386 | 9,826 |
| **Operating income** | 11,619 | 2,733 |
| Other income (expenses): | | |
| Interest income | 5 | - |
| Interest expense | (18,491) | (4,648) |
| Derivative losses | (55) | (1,117) |
| **Net Loss** | $ (6,922) | $ (3,022) |

19

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**Three Months Ended March 31, 2011 versus Three Months Ended March 31, 2010**

*Revenues*

During 2009, the Company received delivery of three new vessels, the *Golden State*, *Pelican State* and *Sunshine State*, in January 2009, June 2009 and December 2009, respectively. In the first quarter of 2010, the *Golden State*, *Pelican State,* and *Sunshine State* generated revenues in the aggregate of $12.6 million through charters with BP, Marathon, and Chevron, respectively. In the first quarter of 2010, we had an average utilization rate of 96% based on 259 operating days and 270 ownership days. During July 2010 and December 2010, we received delivery of the *Empire State* and *Evergreen State*, respectively. In the first quarter of 2011, the *Golden State, Pelican State, Sunshine State, Empire State,* and *Evergreen State* generated revenues in the aggregate of $27.0 million through charters with BP, Marathon, Chevron, and MSC, respectively. Overall utilization was 100% based on 450 operating days and 450 ownership days.

*Vessel Operating Expenses*

In the first quarter of 2011, vessel operating expenses were $7.9 million compared to $5.1 million in the first quarter of 2010. Vessel operating expenses increased in 2011 primarily due to the deliveries of the *Empire State* in July 2010 and the *Evergreen State* in December 2010.

*General and Administrative Expenses*

General and administrative expenses increased to $0.8 million in the first quarter of 2011 from $0.3 million in 2010, primarily as a result of increased computer software costs, as well as increased audit fees, payroll costs from hiring a Chief Financial Officer in September 2010, and dues.

*Depreciation*

Depreciation expense increased to $5.9 million in the first quarter of 2011 from $3.8 million in 2010. The changes were primarily due to the deliveries of the *Empire State* in July 2010 and the *Evergreen State* in December 2010. Once a vessel is delivered and commences operation, the depreciation associated with that particular vessel is recorded as an expense.

*Management Fees*

Management fees increased to $0.8 million in the first quarter of 2011 from $0.6 million in 2010, primarily due to the deliveries of the *Empire State* in July 2010 and the *Evergreen State* in December 2010.

*Interest Expense*

Interest expense increased to $18.5 million during the first quarter of 2011 compared to $4.6 million in 2010. The increase was primarily the result of: (a) a higher weighted-average outstanding balance of our Sponsor Facility due to additional borrowings and paid-in-kind interest; (b) a higher interest rate following the conversion of the Sponsor Facility's interest rate in May 2010 from a variable rate to a fixed rate; (c) interest expense incurred in 2010 under the Notes, which were issued in May 2010; and (d) a decrease in interest capitalized as part of the construction cost of the vessels due to the delivery of two vessels in July and December 2010.

*Derivative Losses*

Derivative losses decreased to $0.1 million during the first quarter of 2011 compared with $1.1 million during 2010 due to a decrease in the fair value of our interest rate cap.

*Net Loss*

As a result of the foregoing factors, net loss was $6.9 million in the first quarter of 2011, compared to a net loss of $3.0 million for 2010.

20

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)