**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AMERICAN PETROLEUM TANKERS PARENT LLC, | ) ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:12-CV-001165-CKK |
| | ) | |
| v. | ) | Notice of Filing of Administrative Record |
| | ) | |
| The UNITED STATES OF AMERICA, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING OF VOLUME 11 OF THE ADMINISTRATIVE RECORD**

Defendants hereby give notice that attached hereto is **Volume 11** of the redacted

Administrative Record in this action, which is being filed in 26 separate volumes.

Respectfully Submitted,

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

DIANE KELLEHER
Assistant Branch Director

*s/ Daniel Bensing*
DANIEL BENSING
Senior Counsel
(D.C. Bar No. 334268)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 6114
Washington D.C. 20530
Tel.: (202) 305-0693
Fax:  (202) 616-8460
Email:  Daniel.Bensing@USDOJ.gov

Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2013 I electronically filed the foregoing Notice of Filing of Volume 11 of the Administrative Record with the Clerk of the Court by using the CM/ECF system.


/s/ *Daniel Bensing*
DANIEL BENSING

## Liquidity and Capital Resources

We operate in a capital intensive industry. Our primary liquidity requirements relate to capital expenditures for the maintenance of vessels, operating expenses, semi-annual payments for interest under the Notes and payments under our management and administrative service agreements. Our long-term liquidity needs primarily relate to interest and principal debt payments under the Notes and Sponsor Facility, which mature in 2015 and 2016, respectively. Long-term liquidity needs will depend upon the timing and amount of drydocking expenditures, repairs and maintenance activity, vessel additions and dispositions and fluctuations in working capital balances and scheduled maintenance.

In connection with the issuance of $285,000, 10 1/4% First Priority Senior Secured Notes (the "Notes"), APT Parent and AP Tankers Co. entered into a registration rights agreement ("Registration Rights Agreement") which required us to consummate an exchange offer, exchanging unregistered Notes for Notes registered with the Securities and Exchange Commission (the "Commission"), under the Securities Act of 1933, as amended (the "Securities Act"), by May 12, 2011. We completed this exchange offer on May 12, 2011. The registered Notes are substantially identical to the unregistered Notes and are governed by the same indenture governing the unregistered Notes. The material provisions of the exchange offer are described in the prospectus, dated and filed with the Commission on April 13, 2011 purusant to Rule 424(b)(3) under the Securities Act.

Our time charter contracts are structured such that we are paid in advance of providing the service, typically at the start of each month with the exception of MSC who pays charter hire every 15 days in arrears. As a result, we receive cash prior to recognizing revenue or expense, thus minimizing working capital requirements.

We believe that cash flows from operations and borrowings from the Sponsor Facility and the issuance of the Notes will be sufficient to meet our existing liquidity needs for the next 12 months. We were in compliance with all of the covenants contained in our debt agreements as of March 31, 2011.

### *Working Capital*

Working capital at March 31, 2011 was $3.8 million compared with $21.6 million at December 31, 2010. This decrease was primarily due to the redemption of $27.0 million of the Notes in April 2011. The $27.0 million was classified as current portion of long-term debt at March 31, 2011.

### *Cash Flows*

| | For the Three Months Ended March 31, | |
| --- | --- | --- |
| | **2011** | **2010** |
| | (dollars in thousands) | |
| Net cash flow provided by operating activities | $  13,035 | $    5,931 |
| Net cash flow provided by (used in) investing activities | 6,064 | (2,425) |
| Net cash flow used in financing activities | (63) | (3,096) |

*Operating cash flows*—Net cash flow provided by operating activities was $13.0 million for the quarter ended March 31, 2011 and $5.9 million for the quarter ended March 31, 2010. The increase in operating cash flows is from the operation of five vessels in 2011 versus three vessels in 2010, as well as the increase of paid-in-kind interest on the Sponsor Facility to $10.1 million in the quarter ended March 31,

21

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

2011 from $4.0 million in the quarter ended March 31, 2010. In addition, accrued interest increased by $7.3 million, as interest payments are made semi-annually on the Notes, but were made monthly under the DVB Facility that was in place in the quarter that ended March 31, 2010.

*Investing cash flows*—Net cash provided by (used in) investing activities was $6.1 million for the quarter ended March 31, 2011 and $(2.4) million in 2010. The increase in investing cash flows was primarily from the release of $7.0 million of restricted cash for general corporate purposes.

*Financing cash flows*—Net cash used in financing activities was $(0.1) million for the quarter ended March 31, 2011 and $(3.1) million for 2010. The Company made regularly scheduled principal payments on the DVB debt facility in the first quarter of 2010. The DVB facility was prepaid in May 2010 with the proceeds from the issuance of the Notes.

### Long Term Debt

Long-term debt consists of the following:

|  | 3/31/2011 | 12/31/2010 |
|---|---|---|
|  | (dollars in thousands) | |
| 10 1/4% First Priority Senior Secured Notes, net of $6,974 and $6,572 unamortized original issue discount at March 31, 2011 and December 31, 2010, respectively | $ 278,428 | $ 278,026 |
| Sponsor Facility | 372,014 | 361,959 |
|  | 650,442 | 639,985 |
| Current portion of 10 1/4% First Priority Senior Secured Notes | 27,000 | — |
|  | $ 623,442 | $ 639,985 |

In 2006, we entered into the Sponsor Facility, pursuant to which the Class A members of APT or their affiliates agreed to make available $325.0 million of revolving credit loans. Beginning July 2009, the monthly interest payments are treated as paid-in-kind in lieu of monthly cash payments. As a result, the Company is allowed to exceed its total commitment under the Sponsor Facility for the capitalized paid-in-kind payments. At March 31, 2011, the Company has borrowings available under the Sponsor Facility of $3.8 million, which is available through June 30, 2011. We incur a commitment fee on the unused portion of the Sponsor Facility of 1.0% per year. In addition, the security agent is due a fee of 0.005% of borrowings outstanding and the administrative agent is due a fee of $0.3 million per year. Concurrent with the issuance of the Notes, we further amended the Sponsor Facility to effect an interest rate conversion from a variable rate of LIBOR + 4.5% to a fixed rate of 12% payable in kind, the extension of the maturity of the Sponsor Facility to 2016 and a subordination of our first lien security interest on *Sunshine State, Evergreen State,* and *Empire State* to a second lien, resulting in a second lien security interest on all five of our vessels. The Sponsor Facility is subject to an intercreditor agreement with the holders of the Notes. During the three months ended March 31, 2011 and 2010, the Company recorded $10.1 million and $4.0 million, respectively, for interest-in-kind payments that were capitalized in the Sponsor Facility balance. An interest-in-kind accrual of $36.9 million and $26.8 million was recorded as long-term debt at March 31, 2011 and December 31, 2010, respectively.

22

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

In August 2009, we entered into the DVB Facility with DVB Bank America N.V., with interest based on LIBOR plus 3.75%, for the partial financing of our five vessels. On May 17, 2010, we issued the $285.0 million Notes to fund the remaining vessel construction costs and to prepay $97.6 million related to the DVB Facility (including principal, interest and prepayment penalty). On May 17, 2010, the DVB Facility was fully repaid and no longer outstanding.

Under the terms of the indenture governing the Notes, the Company may redeem up to 10% of the original issue amount in a twelve month period prior to May 1, 2012 at 103%. On March 28, 2011, the Company provided notice to the trustee that pursuant to the indenture the Company would redeem $27.0 million of the principal amount of the Notes unconditionally. The redemption was completed on April 28, 2011, at a cost of $29.2 million, including premium and accrued interest. The principal amount of the redeemed Notes has been classified as current debt as of March 31, 2011.

The maturities of long-term debt as of March 31, 2011, excluding interest accreted on the Sponsor Facility subsequent to March 31, 2011, are as follows:

| | |
|---|---|
| 2011 | $ 27,000 |
| 2015 | 251,428 |
| 2016 | 372,014 |
| | $650,442 |

*Capital Expenditures.* During the quarter ended March 31, 2011, we spent approximately $1.0 million for construction of our vessels, consisting mostly of owner furnished equipment and other outfitting costs. We estimate that our liability to NASSCO is $1.9 million as of March 31, 2011, of which $0.9 million is payable in 2011 for completion of our last vessel, delivered in December 2010, and $1.0 million for warranty escrow payments, with $0.5 million payable in July and December 2011, for the last two vessels delivered.

### Off-balance sheet arrangements

We do not have any off-balance sheet arrangements.

### Contractual Commitments

The following table reflects our contractual commitments associated with our debt and other obligations as of March 31, 2011.

| | Payment Due by Period | | | | |
|---|---|---|---|---|---|
| | <1 Year | 1-3 Years | 3-5 Years | >5 Years | Total |
| | | | (dollars in thousands) | | |
| Long-term debt (1) | $55,615 | $52,890 | $297,668 | $667,847 | $1,074,020 |
| Construction commitments(2) | 1,900 | — | — | — | 1,900 |
| Total | $57,515 | $52,890 | $297,668 | $667,847 | $1,075,920 |

(1) The long-term debt consists of principal values of $285,000 Notes and $372,014 Sponsor Facility, which bear interest at 10.25% per annum and 12% calculated over a 360-day year, respectively.

23

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Amounts include contractual interest payments and paid-in-kind interest. The commitments less than 1 year include the $27,000 redemption of the Notes on April 28, 2011 plus $810 in prepayment premium.

(2) Contractual commitments are related to remaining spending under the NASSCO vessel construction contract. Contractual commitments do not include amounts to our Manager as we may cancel the contract at any time and without cause upon 90 days notice.

### Item 3. Quantitative and Qualitative Disclosures about Market Risk

All of our debt has fixed interest rates, and is comprised of outstanding borrowings at March 31, 2011 of $278.4 million under the Notes, maturing in 2015, and $372.0 million under the Sponsor Facility maturing in 2016. Except in limited circumstances, we do not have an obligation to prepay our fixed-rate debt prior to maturity and, as a result, interest rate risk and changes in fair value should not have a significant impact on fixed rate borrowings unless we would be required to refinance such debt.

On May 12, 2011, we completed an exchange offer to exchange the unregistered Notes for Notes registered with the Securities and Exchange Commission, under the Securities Act of 1933. The registered Notes are substantially identical to the unregistered Notes and are governed by the same indenture governing the unregistered Notes.

As of March 31, 2011, we had one outstanding interest rate cap with a notional amount of $100.0 million. This interest rate cap of the three-month U.S. Dollar LIBOR of 6.0% is intended to reduce the potential negative impacts to our cash flows that could result in movements in interest rates between the date a chartering contract is entered into and sale date, if any, of such combined vessel and chartering contract. We recognize all derivatives as either assets or liabilities in the balance sheet and measure those instruments at fair value. Changes in the fair value of those instruments are reported in earnings, as we did not designate the interest rate cap as a hedge. We are exposed to credit related losses in the event of non-performance by counterparties to these instruments; however, the counterparties are major financial institutions and we consider such risk of loss to be minimal. We do not hold or issue derivative financial instruments for trading purposes.

### Item 4. Controls and Procedures

As of the end of the period covered by this report, an evaluation of the effectiveness of the design and operation of our disclosure controls and procedures (as defined under the Securities and Exchange Commission rules) was carried out under the supervision and with the participation of the Company's management, including our Chief Executive Officer and Chief Financial Officer. The Company's disclosure controls and procedures are designed to ensure that information that the Company must disclose in its reports filed under the Securities Act of 1934 is communicated and processed in a timely manner. Based upon that evaluation, the Chief Executive Officer and Chief Financial Officer concluded that the design and operation of these disclosure controls and procedures were effective. During our fiscal quarter ended March 31, 2011, no changes were made in our internal controls or in other factors that could significantly affect these controls subsequent to the date of their evaluation.

24

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

## Part II - Other Information

### Item 1. Legal Proceedings

Currently there are no pending legal proceedings. From time to time, we are subject to routine legal proceedings incidental to the operations of our business.

### Item 1A. Risk Factors

There have been no material changes to any of the risk factors disclosed in the Registration Statement (under the heading "Risk Factors").

### Item 2. Unregistered Sales of Equity Securities and Use of Proceeds

None.

### Item 3. Defaults Upon Senior Securities

None.

### Item 4. (Reserved)

### Item 5. Other Information

None.

25

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**Item 6. Exhibits**

| Exhibit No. | Description |
|---|---|
| 31.1* | Certification of Chief Executive Officer Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 31.2* | Certification of Chief Financial Officer Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 32.1* | Certification of Chief Executive Officer Pursuant to 18 U.S.C. Section 1350, as Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 32.2* | Certification of Chief Financial Officer Pursuant to 18 U.S.C. Section 1350, as Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |

* Filed herewith.

26

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

AMERICAN PETROLEUM TANKERS PARENT LLC
(Registrant)

Date: May 16, 2011

By: /s/ Robert K. Kurz

Robert K. Kurz
Chief Executive Officer,
(Principal Executive Officer)

Date: May 16, 2011

By: /s/ Philip J. Doherty

Philip J. Doherty
Chief Financial Officer
(Principal Financial and Accounting Officer)

27

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Exhibit 31.1

## CERTIFICATIONS

I, Robert K. Kurz, certify that:

1. I have reviewed this quarterly report on Form 10-Q of American Petroleum Tankers Parent LLC.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report; and

4. The registrant's other certifying officer and I are responsible for maintaining disclosure controls and procedures (as defined in Exchange act Rules 13a-15(e) and 15d-15(e)) for the registrants and have:

   (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   (b) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   (c) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting.

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date:   May 16, 2011

/s/ Robert K. Kurz
Robert K. Kurz
Chief Executive Officer

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Exhibit 31.2

**CERTIFICATIONS**

I, Philip J. Doherty, certify that:

1. I have reviewed this quarterly report on Form 10-Q of American Petroleum Tankers Parent LLC.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report; and

4. The registrant's other certifying officer and I are responsible for maintaining disclosure controls and procedures (as defined in Exchange act Rules 13a-15(e) and 15d-15(e)) for the registrants and have:

   (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   (b) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   (c) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting.

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: May 16, 2011

/s/ Philip J. Doherty
Philip J. Doherty
Chief Financial Officer

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Exhibit 32.1

Certification Pursuant to
18 U.S.C. Section 1350,
as Adopted Pursuant to
Section 906 of the Sarbanes-Oxley Act of 2002

In connection with the quarterly report of American Petroleum Tankers Parent LLC. ("APT") on Form 10-Q for the quarter ended March 31, 2011, as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Robert K. Kurz, the Chief Executive Officer of APT, certify, pursuant to 18 U.S.C. §1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that:

(i) The Report fully complies with the requirements of Section 13(a) or 15(d), as applicable, of the Securities Exchange Act of 1934; and

(ii) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of APT.

Date: May 16, 2011

/s/ Robert K. Kurz
Robert K. Kurz
Chief Executive Officer

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**Exhibit 32.2**

Certification Pursuant to
18 U.S.C. Section 1350,
as Adopted Pursuant to
Section 906 of the Sarbanes-Oxley Act of 2002

In connection with the quarterly report of American Petroleum Tankers Parent LLC ("APT") on Form 10-Q for the quarter ended March 31, 2011, as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Philip J. Doherty, the Chief Financial Officer of APT, certify, pursuant to 18 U.S.C. §1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that:

(i) The Report fully complies with the requirements of Section 13(a) or 15(d), as applicable, of the Securities Exchange Act of 1934; and

(ii) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of APT.

Date: May 16, 2011

/s/ Philip J. Doherty
Philip J. Doherty
Chief Financial Officer

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, DC 20549

# FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended June 30, 2011

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission file number 333-171331

# AMERICAN PETROLEUM TANKERS PARENT LLC
### (Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **90-0587372** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. employer identification no.) |
| **600 W. Germantown Pike, Suite 400, Plymouth Meeting, PA** | **19462** |
| (Address of principal executive offices) | (Zip code) |

**(610) 940-1677**
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒ or No ☐.

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☒ or No ☐.

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See definition of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | |
|---|---|---|
| Large accelerated filer ☐ | | Accelerated filer ☐ |
| Non-accelerated filer ☒   (Do not check if a smaller reporting company) | | Smaller reporting company ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐ or No ☒.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

AMERICAN PETROLEUM TANKERS PARENT LLC. AND SUBSIDIARIES

INDEX

| | Page |
|---|---|
| Forward-Looking Statements | i |
| Part I – Financial Information | |
| Item 1. Financial Statements | 1 |
| Unaudited Condensed Consolidated Balance Sheets as of June 30, 2011 and December 31, 2010 | 1 |
| Unaudited Condensed Consolidated Statements of Operations for the three and six months ended June 30, 2011 and 2010 | 2 |
| Unaudited Condensed Consolidated Statement of Changes in Members' Equity for the six months ended June 30, 2011 | 3 |
| Unaudited Condensed Consolidated Statements of Cash Flows for the six months ended June 30, 2011 and 2010 | 4 |
| Notes to Unaudited Condensed Consolidated Financial Statements for the three and six months ended June 30, 2011 and 2010 | 5 |
| Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations | 18 |
| Item 3. Quantitative and Qualitative Disclosures about Market Risk | 26 |
| Item 4. Controls and Procedures | 26 |
| Part II – Other Information | |
| Item 1. Legal Proceedings | 27 |
| Item 1A. Risk Factors | 27 |
| Item 2. Unregistered Sales of Equity Securities and Use of Proceeds | 27 |
| Item 3. Defaults Upon Senior Securities | 27 |
| Item 4. Reserved | 27 |
| Item 5. Other Information | 27 |
| Item 6. Exhibits | 28 |
| Signatures | 29 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Forward-Looking Statements

This Form 10-Q contains "forward-looking statements." All statements other than statements of historical fact are "forward-looking statements" for purposes of federal and state securities laws. Forward-looking statements may include the words "may," "plans," "estimates," "anticipates," "believes," "expects," "intends" and similar expressions. Although we believe that these statements are based on reasonable assumptions, they are subject to numerous factors, risks and uncertainties that could cause actual outcomes and results to be materially different from those projected or assumed in our forward-looking statements. These factors, risks and uncertainties include, among others, the following:

- our substantial level of indebtedness;

- general economic and business conditions in the United States;

- our dependence on a limited number of customers;

- our limited operating history;

- capital expenditures required to maintain the operating capacity of our fleet;

- competitive pressures and trends;

- fluctuations in shipping volume; and

- modifications to or repeal of the Jones Act or OPA 90.

These forward-looking statements involve a number of risks and uncertainties that could cause actual results to differ materially from those suggested by the forward-looking statements. Forward-looking statements should, therefore, be considered in light of various factors, including those set forth in Amendment No. 5 to the registration statement filed on Form S-4 on April 8, 2011 (the "Registration Statement), under "Risk Factors". In light of such risks and uncertainties, we caution you not to place undue reliance on these forward-looking statements. We do not undertake any obligation to publicly release any revisions to these forward looking statements to reflect events or circumstances after the date of this prospectus or to reflect the occurrence of unanticipated events.

i

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

## PART I – FINANCIAL INFORMATION

*Item 1. Financial Statements*

**American Petroleum Tankers Holding LLC**

**Unaudited Condensed Consolidated Balance Sheets**
**as of June 30, 2011 and December 31, 2010**
**(in thousands)**

|  | June 30, 2011 | December 31, 2010 |
|---|---|---|
| **Assets** | | |
| Cash and cash equivalents | $ 13,240 | $ 18,241 |
| Accounts receivables | 13,174 | 11,095 |
| Prepaid expenses and other current assets | 298 | 453 |
| Restricted cash | — | 7,923 |
| Total Current Assets | 26,712 | 37,712 |
| Deferred financing costs, net | 10,602 | 12,255 |
| Other assets | 3,648 | 3,573 |
| Vessels and equipment, net | 681,112 | 692,178 |
| Total Assets | $722,074 | $ 745,718 |
| | | |
| **Liabilities and Members' Equity** | | |
| Accrued expenses and other liabilities | $ 4,798 | $ 6,385 |
| Accrued interest | 4,408 | 4,869 |
| Payable due USS Entities | 250 | 320 |
| Unearned revenue | 4,582 | 4,508 |
| Total Current Liabilities | 14,038 | 16,082 |
| Long-term debt (includes amounts to related parties of $382,941 and $361,959 at June 30, 2011 and December 31, 2010, respectively) | 635,356 | 639,985 |
| Total Liabilities | 649,394 | 656,067 |
| | | |
| Commitments and Contingencies (Notes 5 and 11) | | |
| | | |
| **Members' Equity** | 72,680 | 89,651 |
| Total Liabilities and Members' Equity | $722,074 | $ 745,718 |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

1

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**

**Unaudited Condensed Consolidated Statements of Operations**
**For the Three and Six Months Ended June 30, 2011 and 2010 (in thousands)**

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2011 | 2010 | 2011 | 2010 |
| **Revenues** | $ 27,421 | $ 13,360 | $ 54,426 | $ 25,929 |
| **Expenses:** | | | | |
| Vessel operating expenses | 9,204 | 5,151 | 17,119 | 10,277 |
| General and administrative expenses | 130 | 536 | 899 | 873 |
| Depreciation and amortization | 5,941 | 3,752 | 11,856 | 7,556 |
| Management fees | 787 | 518 | 1,574 | 1,077 |
| Total Expenses | 16,062 | 9,957 | 31,448 | 19,783 |
| Operating income: | 11,359 | 3,403 | 22,978 | 6,146 |
| **Other income (expense):** | | | | |
| Interest income | 1 | 7 | 6 | 7 |
| Interest expense (includes amounts to related parties, as discussed in Note 7) | (18,806) | (10,352) | (37,297) | (15,000) |
| Debt extinguishment expense | (2,220) | (7,640) | (2,220) | (7,640) |
| Derivative losses | (383) | (507) | (438) | (1,624) |
| Net loss | $(10,049) | $(15,089) | $(16,971) | $(18,111) |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

2

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**

**Unaudited Condensed Consolidated Statement of Changes in Members' Equity**
**For the Six Months Ended June 30, 2011**
**(in thousands)**

| | Member Interests | | Total Members' Equity |
|---|---|---|---|
| | Class A | Class B | |
| Beginning balance at January 1, 2011 | $ 89,651 | $ — | $ 89,651 |
| Net loss | (16,971) | — | (16,971) |
| Ending balance at June 30, 2011 | $ 72,680 | $ — | $ 72,680 |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

3

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**

**Unaudited Condensed Consolidated Statements of Cash Flows**
**For the Six Months Ended June 30, 2011 and 2010**
**(in thousands)**

|  | 2011 | 2010 |
|---|---|---|
| **OPERATING ACTIVITIES:** |  |  |
| Net loss | $(16,971) | $ (18,111) |
| Adjustments to reconcile net loss to net cash provided by operating activities: |  |  |
| Straight-line charter revenues | (275) | (666) |
| Depreciation and amortization | 11,856 | 7,556 |
| Amortization of deferred financing costs | 1,277 | 1,701 |
| Amortization of discount on notes issued | 766 | 192 |
| Debt prepayment penalty fees | 810 | 2,814 |
| Write-off of deferred financing costs | 787 | 4,826 |
| Write-off of discount on notes issued | 623 | — |
| Derivative losses | 438 | 1,624 |
| Interest paid-in-kind | 20,982 | 11,723 |
| Changes in current assets and liabilities: |  |  |
| Accounts receivables | (2,079) | 724 |
| Prepaid expenses and other current assets | 155 | (127) |
| Accrued expenses and other liabilities | (1,360) | 3,391 |
| Payable due USS Entities | (70) | (39) |
| Unearned revenue | 74 | 1,134 |
| Net cash provided by operating activities | 17,013 | 16,742 |
| **INVESTING ACTIVITIES:** |  |  |
| Vessel and equipment additions | (1,006) | (5,042) |
| Software additions | (252) | — |
| Change in restricted cash | 7,923 | (167,107) |
| Net cash provided by (used in) investing activities | 6,665 | (172,149) |
| **FINANCING ACTIVITIES:** |  |  |
| Proceeds from the issuance of debt | — | 277,029 |
| Payment on long-term debt | (27,000) | (96,904) |
| Debt prepayment penalty fees | (810) | (2,814) |
| Payment of debt issuance costs | (869) | (8,453) |
| Net cash (used in) provided by financing activities | (28,679) | 168,858 |
| Net (decrease) increase in cash and cash equivalents | (5,001) | 13,451 |
| Cash and cash equivalents at beginning of period | 18,241 | 7,893 |
| Cash and cash equivalents at end of period | $ 13,240 | $ 21,344 |
| **NON-CASH INVESTING AND FINANCING ACTIVITIES:** |  |  |
| Vessel and construction-in-progress accruals | $ — | $ 148,570 |
| Interest paid-in-kind | $ 20,982 | $ 11,723 |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

4

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**

**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Six Months Ended June 30, 2011 and 2010**
**(dollars in thousands)**

*Note 1 – Organization*

On May 14, 2010, American Petroleum Tankers LLC ("APT") consummated a restructuring of its corporate organization, resulting in: (i) the formation of American Petroleum Tankers Holding LLC ("APT Holding", the "Company", "we", "our", or "us") as the new parent holding company; (ii) the formation of American Petroleum Tankers Parent LLC ("APT Parent"), as a new wholly-owned subsidiary of APT Holding, and AP Tankers Co., as a new wholly-owned subsidiary of APT Parent; and (iii) the contribution down of the interests of: (a) the former parent holding company, APT, and (b) APT Intermediate Holdco LLC ("Intermediate Holdco"), such that APT and Intermediate Holdco became wholly-owned subsidiaries of APT Parent. As a result of this restructuring, APT, Intermediate Holdco and AP Tankers Co. are entities at the same corporate level, each a direct wholly-owned subsidiary of APT Parent. As the reorganization occurred among entities under common control, the unaudited condensed consolidated financial statements of the predecessor company, American Petroleum Tankers LLC, are presented as the historical financial statements of APT Holding.

*Note 2 – Basis of Presentation*

The accompanying unaudited condensed consolidated financial statements for the Company have been prepared in accordance with accounting principles generally accepted in the United States of America for interim financial information and in accordance with the instructions to Form 10-Q. These financial statements should be read in conjunction with the Company's audited consolidated financial statements for the year ended December 31, 2010.

These financial statements include, in the opinion of management, all adjustments necessary for the fair presentation of the financial information included herein, which are of a normal recurring nature.

**Use of Estimates**

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affects the amounts reported in the financial statements and accompanying notes. Actual results could differ from those estimates.

*Note 3 – New Accounting Pronouncements*

There are no recently issued accounting standards that we believe will have a material impact on our financial position, results of operations or cash flows.

5

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**

**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Six Months Ended June 30, 2011 and 2010**
**(dollars in thousands)**

*Note 4 – Restricted Cash*

In connection with the issuance of $285,000 of 10¼% First Priority Senior Secured Notes (the "Notes") on May 17, 2010, as discussed in Note 7, $169,900 of the net proceeds were placed in an escrow account to fund the remaining construction costs of the Company's vessels. In addition, the Company received net proceeds of $2,800 from the release of restricted cash with the repayment of a senior note facility as discussed in Note 7, and earned $7 in interest on the Notes proceeds for a total increase of restricted cash of $167,107 for the period ended June 30, 2010. The balance in the escrow account at December 31, 2010 was $7,923. During the six months ended June 30, 2011, the remaining restricted cash was released from escrow. As discussed in Note 5, the Company was scheduled to make its final vessel construction payments (excluding warranty escrow payments) during the first quarter of 2011; however, the final payment under the Company's vessel construction contract is being deferred until the expiration of the last vessel warranty period in December 2011. The final payment (excluding warranty escrow payments) is estimated to be no more than $900. The remaining balance in the escrow account was released from escrow after the first anniversary of the Notes issuance date, as specified in the Notes Agreement.

*Note 5 – Construction Contract*

The Company entered into a contract with National Steel and Shipbuilding Company ("NASSCO") for the construction of five 49,000 dwt double-hulled tankers. The vessels were delivered in January 2009, June 2009, December 2009, July 2010 and December 2010, respectively.

At June 30, 2011 and December 31, 2010, the Company has accrued $1,900 and $1,835, respectively, payable to NASSCO for completion of the final vessel delivered in December 2010 and $1,000 for warranty escrow payments, with $500 payable in July and December 2011, for the last two vessels delivered. The Company has capitalized these costs within Vessels and Equipment, Net and accrued the liability within Accrued Expenses and Other Liabilities in the accompanying Unaudited Condensed Consolidated Balance Sheets. Under the terms of the amended construction agreement with NASSCO, the Company was required to make a final payment (excluding the warranty escrow payments) in February 2011. NASSCO and the Company agreed to defer the final payment until the expiration of the last vessel warranty period in December 2011. Future commitments under this contract are further discussed in Note 11.

*Note 6 – Vessels and Equipment, Net*

Vessel and Equipment, Net consists of the following:

|  | June 30, 2011 | December 31, 2010 |
|---|---|---|
| Vessels and equipment | $718,654 | $ 717,878 |
| Less accumulated depreciation | (37,542) | (25,700) |
|  | $681,112 | $ 692,178 |

6

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**

**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Six Months Ended June 30, 2011 and 2010**
**(dollars in thousands)**

Capitalized interest is recorded as part of the asset to which it relates and is amortized over the estimated useful life of the asset. Interest costs of $2,343 and $3,791 were capitalized during the three and six months ended June 30, 2010, respectively.

*Note 7 – Long-Term Debt*

Long-term debt consists of the following:

|  | June 30, 2011 | December 31, 2010 |
|---|---|---|
| Notes, net of $5,585 and $6,974 unamortized original discount at June 30, 2011 and December 31, 2010, respectively | $252,415 | $ 278,026 |
| Sponsor Facility | 382,941 | 361,959 |
|  | $635,356 | $ 639,985 |

As discussed in Note 13, the Notes are secured by a first priority lien on substantially all of the assets of APT Parent and its subsidiaries. The Sponsor Facility, as defined below, is secured by a second lien on the same assets, subject to certain exceptions and permitted liens.

**First Priority Senior Secured Notes**

On May 17, 2010, APT Parent and AP Tankers Co. issued the Notes due 2015 at a price of 97.203%. Interest on the Notes is payable on May 1 and November 1 of each year. The net proceeds were used to place $169,900 cash in escrow for the construction of vessels, prepay $97,574 related to a senior secured loan facility, the "DVB Facility", (including principal, interest, and prepayment penalty), and the remainder was used to pay related transaction fees and expenses, of which $10,080 of costs were capitalized as debt issuance costs within Deferred Financing Costs, Net in the accompanying Unaudited Condensed Consolidated Balance Sheets.

Under the terms of the indenture governing the Notes, the Company may redeem up to 10% of the original issue amount in a twelve month period prior to May 1, 2012 at 103%. On March 28, 2011, the Company provided notice to the trustee that pursuant to the indenture the Company would redeem $27,000 of the principal amount of the Notes unconditionally. The redemption was completed on April 28, 2011 with the principal payment of $27,000 plus debt prepayment fees of $810 and accrued interest of $1,361. As a result, the Company recognized a loss on redemption of the Notes of $2,220 in the second quarter of 2011, representing the debt prepayment fees of $810, write-off of deferred financing costs of $787, and write-off of discounts on notes issued of $623.

In connection with the issuance of the Notes, APT Parent and AP Tankers Co. entered into a registration rights agreement ("Registration Rights Agreement") which requires the use of reasonable efforts to register notes having substantially identical terms as the Notes with the Securities and Exchange Commission ("SEC") under the Securities Act of 1933, as amended, prior to May 12, 2011. The Company completed the registration of the Notes and an exchange offer, exchanging unregistered Notes for Notes registered with the SEC, on May 12, 2011.

7

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**

**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Six Months Ended June 30, 2011 and 2010**
**(dollars in thousands)**

**Sponsor Facility**

The Company maintains a Notes Facility (the "Sponsor Facility") pursuant to which the Class A Members or their affiliates had made available $325,000 of revolving credit loans. Beginning July 2009, the monthly interest payments are treated as paid-in-kind in lieu of monthly cash payments. As a result, the Company is allowed to exceed its total commitment under the Sponsor Facility for the capitalized paid-in-kind payments. Under the terms of the Sponsor Facility, the ability to borrow additional amounts against this facility ceased in June 2011.

During the six months ended June 30, 2011 and 2010, the Company recorded $20,982 and $11,723, respectively, for interest-in-kind payments that were capitalized in the Sponsor Facility balance. An interest-in-kind accrual of $7,017 and $26,812 was recorded as long-term debt at June 30, 2011 and December 31, 2010, respectively.

The maturities of long-term debt subsequent to June 30, 2011, excluding accreted interest on the Sponsor Facility subsequent to June 30, 2011, are as follows:

| | |
|---|---|
| 2015 | $252,415 |
| 2016 | 382,941 |
| | $635,356 |

A reconciliation of Interest Expense for the three and six month periods ended June 30, 2011 and 2010 is as follows:

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2011 | 2010 | 2011 | 2010 |
| Cash paid for interest – other (1) | $14,583 | $    952 | $14,583 | $ 2,044 (2) |
| Paid-in-kind interest to members | 10,927 | 7,759 | 20,982 | 11,723 |
| Amortization of deferred financing costs | 621 | 740 | 1,277 | 1,701 (2) |
| Amortization of discounts on notes issued | 364 | 192 | 766 | 192 |
| Administrative fee to members | 75 | 76 | 150 | 152 |
| Change in interest accrual | (7,764) | 2,976 | (461) | 2,979 (2) |
| Gross interest expense | 18,806 | 12,695 | 37,297 | 18,791 |
| Less capitalized interest | — | (2,343) | — | (3,791) |
| **Net Interest Expense** | $18,806 | $10,352 | $37,297 | $15,000 |
| | | | | |
| Cash for prepayment fee | $    810 | $ 2,814 | $    810 | $ 2,814 |
| Write-off of deferred financing costs | 787 | 4,826 | 787 | 4,826 |
| Write-off of discount on notes issued | 623 | — | 623 | — |
| **Debt Extinguishment Expense** | $ 2,220 | $ 7,640 | $ 2,220 | $ 7,640 |

(1)   Represents additional cash flow disclosures.
(2)   Includes amounts for loan under DVB Facility that was prepaid on May 17, 2010.

8

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)