# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN PETROLEUM TANKERS PARENT LLC, | ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 1:12-CV-001165-CKK |
| v. | ) ) | Notice of Filing of Administrative Record |
| The UNITED STATES OF AMERICA, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING OF VOLUME 12 OF THE ADMINISTRATIVE RECORD

Defendants hereby give notice that attached hereto is **Volume 12** of the redacted

Administrative Record in this action, which is being filed in 26 separate volumes.

Respectfully Submitted,

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

DIANE KELLEHER
Assistant Branch Director

*s/ Daniel Bensing*
DANIEL BENSING
Senior Counsel
(D.C. Bar No. 334268)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 6114
Washington D.C. 20530
Tel.: (202) 305-0693
Fax:  (202) 616-8460
Email:  Daniel.Bensing@USDOJ.gov

Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2013 I electronically filed the foregoing Notice of Filing of Volume 12 of the Administrative Record with the Clerk of the Court by using the CM/ECF system.


/s/ *Daniel Bensing*
DANIEL BENSING

**American Petroleum Tankers Holding LLC**

**Notes to Unaudited Condensed Consolidated Financial Statements
For the Three and Six Months Ended June 30, 2011 and 2010
(dollars in thousands)**

*Note 8 – Related Party Transactions*

**USS Entities**

Until July 28, 2009, USS Product Manager LLC ("Product Manager"), a wholly-owned subsidiary of U.S. Shipping Partners L.P. (the "Partnership") and an affiliate of USS Product Carriers LLC, a former Class B Member of APT, managed the construction of, and until September 28, 2009 the operation of, the tankers for APT. The obligations under the management agreement were being performed by employees of U.S. Shipping General Partner LLC, the Partnership's general partner.

On July 10, 2009, Product Carriers, Product Manager, the Partnership and USS PC Holdings LLC (collectively "USS Entities"), the Class A Members of APT, the Sponsor Facility lenders to APT (together with the Class A Members, the "Blackstone/Cerberus Entities") and APT entered into a settlement agreement to settle litigation between the USS Entities and the Blackstone/Cerberus Entities relating to control of APT. Under the terms of the settlement, which was approved by the U.S. Bankruptcy Court Southern District of New York on July 17, 2009 and effective on July 28, 2009, the management agreement (except for certain provisions) was terminated and Product Manager ceased to manage APT's tankers and provide construction supervision services.

Pursuant to the terms of the settlement agreement, Product Manager earned $250 and $500 during 2010 and 2009, respectively, for cost savings realized on the construction of one vessel completed in each of the respective years. The cost savings were accrued within Due to USS Entities at December 31, 2010 and 2009, respectively, and capitalized as a cost to the respective vessels. The $500 cost savings was paid by the Company in the first quarter of 2010. During the six months ended June 30, 2011 and 2010, the Company reimbursed the Partnership $70 and $39, respectively, for expenses paid on behalf of the Company.

**Blackstone/Cerberus Entities**

The Company pays an annual administration fee of $300 for the Sponsor Facility to an affiliate of certain of the Class A Members. This fee is recognized as a component of Interest Expense, in the accompanying Unaudited Condensed Consolidated Statements of Operations.

During the three and six months ended June 30, 2011, the Company recorded $10,927 and $20,982, respectively, for interest-in-kind payments that were capitalized in the Sponsor Facility balance. During the three and six months ended June 30, 2010, the Company recorded $7,759 and $11,723, respectively, for interest-in-kind payments that were capitalized in the Sponsor Facility balance. An interest-in-kind accrual of $7,017 and $26,812 was recorded as long-term debt at June 30, 2011 and December 31, 2010, respectively.

9

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**

**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Six Months Ended June 30, 2011 and 2010**
**(dollars in thousands)**

*Note 9 – Derivative Instruments*

Effective April 1, 2007, the Company entered into a nine-year interest rate cap, with a notional amount of $100,000, for $1,924, including transaction fees. This interest rate cap of the three-month U.S. Dollar LIBOR of 6.0% is intended to reduce the potential negative impacts to the Company's cash flows that could result in movements in interest rates between the date a chartering contract is entered into and the anticipated sale.

The Company recognizes all derivatives as either assets or liabilities in the balance sheet and measures those instruments at fair value. Changes in the fair value of those instruments are reported in earnings, as the Company did not designate the interest rate cap as a hedge. The fair market value of the interest rate cap at June 30, 2011 and December 31, 2010 was $527 and $965, respectively, and is recorded as a long-term asset in Other Assets in the accompanying Unaudited Condensed Consolidated Balance Sheets. The change in the fair value of the derivative financial instrument was recorded to Derivative Losses as losses of $383 and $438 during the three and six months ended June 30, 2011, respectively, and losses of $507 and $1,624 during the three and six months ended June 30, 2010, respectively.

*Note 10 – Fair Value of Financial Instruments*

The methods and assumptions used to estimate the fair value of each class of financial instruments are set forth below:

- Cash and cash equivalents and restricted cash – the carrying amounts approximate fair value because of the relatively short time between the origination of the instrument and its expected realization.

- Derivative financial instruments – the fair value of the interest rate cap is developed from market-based inputs under the income approach, as obtained from a brokerage agency, using cash flows discounted at relevant market interest rates.

- Long-term debt – For registered debt the fair value is based on quoted prices in active markets. For all other debt the fair value is estimated based on each obligation's characteristics, using the borrowing rates currently available for the same or similar issues for debt of the same remaining maturities, and discounted back to the present value. The Company regularly monitors its credit risk in evaluating its fair value of long-term debt. Significant factors evaluated include changes in margin on its various loans and its ability to make future debt payments. At June 30, 2011, the carrying value and estimated fair value of the Company's debt was $635,356 and $659,778, respectively. At December 31, 2010, the carrying value and estimated fair value of the Company's debt was $639,985 and $655,971, respectively.

The following valuation hierarchy prioritizes the inputs for valuation used to measure fair value into three broad levels as follows:

Level 1: Quoted market prices in active markets for identical assets or liabilities.
Level 2: Observable market based inputs or unobservable inputs that are corroborated by market data.
Level 3: Unobservable inputs that are not corroborated by market data.

10

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers Holding LLC

Notes to Unaudited Condensed Consolidated Financial Statements
For the Three and Six Months Ended June 30, 2011 and 2010
(dollars in thousands)

The Company utilizes the best available information in measuring fair value. The Company has determined that its interest rate cap is valued using Level 2 inputs.

### Note 11 – Commitments and Contingencies

As discussed in Note 5, the Company has a contract with NASSCO for the construction of five product tankers which were delivered in January 2009, June 2009, December 2009, July 2010 and December 2010, respectively. The Company currently expects the cost to construct these five tankers under the NASSCO contract to aggregate approximately $670,772. Payments of $668,872 have been made under these construction contracts as of June 30, 2011. The Company estimates that it will make payments under this construction contract of approximately $1,900 in 2011.

### Note 12 – Financial Information by Segments and Geographic Area

The Company's business is to charter its tankers primarily in the U.S. domestic Jones Act trades to customers in the petroleum industry to and from destination points in the coastwise United States. Currently, one of the vessels operates worldwide and another may operate worldwide in the future, depending on the requirements of the customer. Each of the Company's vessels represents an operating segment. These segments are aggregated into one reportable segment because they possess similar economic characteristics and all vessels are the same design and carry petroleum products for U.S. based customers.

### Note 13 – Guarantor Subsidiaries

APT Parent, a wholly-owned subsidiary of APT Holding (the "Parent"), and AP Tankers Co., a wholly-owned subsidiary of APT Parent, (collectively, the "Subsidiary Issuers"), issued the Notes in May 2010. The Notes are fully and unconditionally guaranteed, jointly and severally, on a senior subordinated basis by APT Holding and all of APT Parent's wholly-owned subsidiaries: APT, Intermediate Holdco, and Intermediate Holdco's wholly-owned subsidiaries, JV Tanker Charterer LLC, PI 2 Pelican State LLC, and APT Sunshine State LLC (collectively the "Guarantor Subsidiaries").

The guarantees by Parent and Guarantor Subsidiaries are senior secured obligations: equal in right of payment with any of their existing and future senior indebtedness but senior with any of their existing and future unsecured indebtedness to the extent of the value of the collateral securing the Notes; senior to any of their existing and future subordinated indebtedness; junior with any of their existing and future indebtedness with respect to any credit agreement, certain maritime liens or that are secured by assets other than the collateral securing the Notes; and junior to any existing and future obligations of any non-guarantor subsidiaries. The Notes are secured by a first priority lien on substantially all of the assets of APT Parent and its subsidiaries subject to certain exceptions and permitted liens.

Parent is a holding company whose only asset is its ownership interests in its subsidiaries. The Company conducts virtually all of its business operations through APT Parent and its subsidiaries. The activities for the Subsidiary Issuers relate only to the issuance and servicing of the Notes and payroll for administrative personnel. Accordingly, the Company's only material sources of cash are dividends and distributions with respect to its ownership interests in APT and the subsidiaries of Intermediate Holdco that are derived from the earnings and cash flow generated by APT and the subsidiaries of Intermediate Holdco. Through June 30, 2011, no dividends have been paid.

11

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers Holding LLC

### Notes to Unaudited Condensed Consolidated Financial Statements
### For the Three and Six Months Ended June 30, 2011 and 2010
### (dollars in thousands)

The following tables set forth, on an unaudited condensed consolidating basis, the balance sheets, statements of operations and statements of cash flows for Parent, Subsidiary Issuers and Guarantor Subsidiaries for all financial statement periods presented in the Company's unaudited condensed consolidated financial statements. The Subsidiary Issuers allocate interest expense to the Guarantor Subsidiaries for capitalization towards the cost of the vessels under construction. Intercompany cash advances and loans made primarily for the purpose of short-term operating needs are included in cash flows from operating activities.

| | Unaudited Condensed Consolidating Balance Sheet as of June 30, 2011 | | | | |
| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Cash and cash equivalents | $     — | $     130 | $  13,110 | $     — | $   13,240 |
| Accounts receivables | — | — | 13,174 | — | 13,174 |
| Prepaid expenses and other current assets | — | 76 | 222 | — | 298 |
| Total Current Assets | — | 206 | 26,506 | — | 26,712 |
| Receivables due from affiliates, net | — | 210,527 | — | (210,527) | — |
| Deferred financing costs, net | — | 7,754 | 2,848 | — | 10,602 |
| Investment in affiliates | 72,680 | 110,861 | — | (183,541) | — |
| Other assets | — | 238 | 3,410 | — | 3,648 |
| Vessels and equipment, net | — | — | 681,112 | — | 681,112 |
| Total Assets | $ 72,680 | $329,586 | $713,876 | $ (394,068) | $ 722,074 |
| **Liabilities and Members' Equity** | | | | | |
| Accrued expenses and other liabilities | $     — | $     83 | $   4,715 | $     — | $   4,798 |
| Accrued interest | — | 4,408 | — | — | 4,408 |
| Payable due USS Entities | — | — | 250 | — | 250 |
| Unearned revenue | — | — | 4,582 | — | 4,582 |
| Total Current Liabilities | — | 4,491 | 9,547 | — | 14,038 |
| Payables due to affiliates, net | — | — | 210,527 | (210,527) | — |
| Long-term debt | — | 252,415 | 382,941 | — | 635,356 |
| Total Liabilities | — | 256,906 | 603,015 | (210,527) | 649,394 |
| **Members' Equity** | 72,680 | 72,680 | 110,861 | (183,541) | 72,680 |
| Total Liabilities and Members' Equity | $ 72,680 | $329,586 | $713,876 | $ (394,068) | $ 722,074 |

12

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**

**Notes to Unaudited Condensed Consolidated Financial Statements
For the Three and Six Months Ended June 30, 2011 and 2010
(dollars in thousands)**

| | Unaudited Condensed Consolidating Balance Sheet as of December 31, 2010 | | | | |
|---|---|---|---|---|---|
| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
| **Assets** | | | | | |
| Cash and cash equivalents | $ — | $ — | $ 18,241 | $ — | $ 18,241 |
| Accounts receivables | — | — | 11,095 | — | 11,095 |
| Prepaid expenses and other current assets | — | — | 453 | — | 453 |
| Restricted cash | — | 7,923 | — | — | 7,923 |
| Total Current Assets | — | 7,923 | 29,789 | — | 37,712 |
| Receivables due from affiliates, net | — | 247,683 | — | (247,683) | — |
| Deferred financing costs, net | — | 9,113 | 3,142 | — | 12,255 |
| Investment in affiliates | 89,651 | 108,991 | — | (198,642) | — |
| Other assets | — | — | 3,573 | — | 3,573 |
| Vessels and equipment, net | — | — | 692,178 | — | 692,178 |
| Total Assets | $ 89,651 | $373,710 | $728,682 | $ (446,325) | $ 745,718 |
| **Liabilities and Members' Equity** | | | | | |
| Accrued expenses and other liabilities | $ — | $ 1,164 | $ 5,221 | $ — | $ 6,385 |
| Accrued interest | — | 4,869 | — | — | 4,869 |
| Payable due USS Entities | — | — | 320 | — | 320 |
| Unearned revenue | — | — | 4,508 | — | 4,508 |
| Total Current Liabilities | — | 6,033 | 10,049 | — | 16,082 |
| Payables due to affiliates, net | — | — | 247,683 | (247,683) | — |
| Long-term debt | — | 278,026 | 361,959 | — | 639,985 |
| Total Liabilities | — | 284,059 | 619,691 | (247,683) | 656,067 |
| **Members' Equity** | 89,651 | 89,651 | 108,991 | (198,642) | 89,651 |
| Total Liabilities and Members' Equity | $ 89,651 | $373,710 | $728,682 | $ (446,325) | $ 745,718 |

13

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

American Petroleum Tankers Holding LLC

Notes to Unaudited Condensed Consolidated Financial Statements
For the Three and Six Months Ended June 30, 2011 and 2010
(dollars in thousands)

| | Unaudited Condensed Consolidating Statement of Operations For the Three Months Ended June 30, 2011 | | | | |
| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| **Revenues** | $  — | $  — | $  27,421 | $  — | $  27,421 |
| **Expenses:** | | | | | |
| Vessel operating expenses | — | — | 9,204 | — | 9,204 |
| General and administrative expenses | — | 134 | (4) | — | 130 |
| Depreciation and amortization | — | 14 | 5,927 | — | 5,941 |
| Management fees | — | — | 787 | — | 787 |
| Total Expenses | — | 148 | 15,914 | — | 16,062 |
| **Operating (loss) income** | — | (148) | 11,507 | — | 11,359 |
| **Other income (expense):** | | | | | |
| Interest income | — | — | 1 | — | 1 |
| Interest expense | — | (7,657) | (11,149) | — | (18,806) |
| Debt extinguishment expense | — | (2,220) | — | — | (2,220) |
| Equity in losses of subsidiaries | (10,049) | (24) | — | 10,073 | — |
| Derivative losses | — | — | (383) | — | (383) |
| **Net loss** | $ (10,049) | $(10,049) | $  (24) | $  10,073 | $  (10,049) |

| | Unaudited Condensed Consolidating Statement of Operations For the Three Months Ended June 30, 2010 | | | | |
| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| **Revenues** | $  — | $  — | $  13,360 | $  — | $  13,360 |
| **Expenses:** | | | | | |
| Vessel operating expenses | — | — | 5,151 | — | 5,151 |
| General and administrative expenses | — | 73 | 463 | — | 536 |
| Depreciation and amortization | — | — | 3,752 | — | 3,752 |
| Management fees | — | — | 518 | — | 518 |
| Total Expenses | — | 73 | 9,884 | — | 9,957 |
| **Operating (loss) income** | — | (73) | 3,476 | — | 3,403 |
| **Other expense:** | | | | | |
| Interest income | — | — | 7 | — | 7 |
| Interest expense | — | (3,227) | (7,125) | — | (10,352) |
| Debt extinguishment expense | — | — | (7,640) | — | (7,640) |
| Equity in losses of subsidiaries | (15,089) | (11,796) | — | 26,885 | — |
| Derivative losses | — | — | (507) | — | (507) |
| **Net loss** | $ (15,089) | $(15,089) | $ (11,796) | $  26,885 | $  (15,089) |

14

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

## American Petroleum Tankers Holding LLC

### Notes to Unaudited Condensed Consolidated Financial Statements
### For the Three and Six Months Ended June 30, 2011 and 2010
### (dollars in thousands)

**Unaudited Condensed Consolidating Statement of Operations**
**For the Six Months Ended June 30, 2011**

| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| Revenues | $ — | $ — | $ 54,426 | $ — | $ 54,426 |
| **Expenses:** | | | | | |
| Vessel operating expenses | — | — | 17,119 | — | 17,119 |
| General and administrative expenses | — | 740 | 159 | — | 899 |
| Depreciation and amortization | — | 14 | 11,842 | — | 11,856 |
| Management fees | — | — | 1,574 | — | 1,574 |
| Total Expenses | — | 754 | 30,694 | — | 31,448 |
| Operating (loss) income | — | (754) | 23,732 | — | 22,978 |
| **Other income (expense):** | | | | | |
| Interest income | — | 4 | 2 | — | 6 |
| Interest expense | — | (15,871) | (21,426) | — | (37,297) |
| Debt extinguishment expense | — | (2,220) | — | — | (2,220) |
| Equity in (losses) income of subsidiaries | (16,971) | 1,870 | — | 15,101 | — |
| Derivative losses | — | — | (438) | — | (438) |
| Net (loss) income | $ (16,971) | $(16,971) | $ 1,870 | $ 15,101 | $ (16,971) |

**Unaudited Condensed Consolidating Statement of Operations**
**For the Six Months Ended June 30, 2010**

| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| Revenues | $ — | $ — | $ 25,929 | $ — | $ 25,929 |
| **Expenses:** | | | | | |
| Vessel operating expenses | — | — | 10,277 | — | 10,277 |
| General and administrative expenses | — | 73 | 800 | — | 873 |
| Depreciation and amortization | — | — | 7,556 | — | 7,556 |
| Management fees | — | — | 1,077 | — | 1,077 |
| Total Expenses | — | 73 | 19,710 | — | 19,783 |
| Operating (loss) income | — | (73) | 6,219 | — | 6,146 |
| **Other expense:** | | | | | |
| Interest income | — | 7 | — | — | 7 |
| Interest expense | — | (3,227) | (11,773) | — | (15,000) |
| Debt extinguishment expense | — | — | (7,640) | — | (7,640) |
| Equity in losses of subsidiaries | (18,111) | (14,818) | — | 32,929 | — |
| Derivative losses | — | — | (1,624) | — | (1,624) |
| Net (loss) | $ (18,111) | $(18,111) | $ (14,818) | $ 32,929 | $ (18,111) |

15

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

## American Petroleum Tankers Holding LLC

### Notes to Unaudited Condensed Consolidated Financial Statements
### For the Three and Six Months Ended June 30, 2011 and 2010
### (dollars in thousands)

Unaudited Condensed Consolidating Statement of Cash Flows
For the Six Months Ended June 30, 2011

| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| **OPERATING ACTIVITIES:** | | | | | |
| Net (loss) income | $ (16,971) | $(16,971) | $ 1,870 | $ 15,101 | $ (16,971) |
| Adjustments to reconcile net (loss) income to net cash provided by (used in) operating activities: | | | | | |
| Straight-line charter revenues | — | — | (275) | — | (275) |
| Depreciation and amortization | — | 14 | 11,842 | — | 11,856 |
| Amortization of deferred financing costs | — | 983 | 294 | — | 1,277 |
| Amortization of discount on notes issued | — | 766 | — | — | 766 |
| Equity in losses (income) of subsidiaries | 16,971 | (1,870) | — | (15,101) | — |
| Debt prepayment penalty fees | — | 810 | — | — | 810 |
| Write-off of deferred financing costs | — | 787 | — | — | 787 |
| Write-off of discount on notes issued | — | 623 | — | — | 623 |
| Derivative losses | — | — | 438 | — | 438 |
| Interest paid-in-kind | — | — | 20,982 | — | 20,982 |
| Changes in current assets and liabilities: | | | | | |
| Accounts receivables | — | — | (2,079) | — | (2,079) |
| Prepaid expenses and other current assets | — | (76) | 231 | — | 155 |
| Accrued expenses and other liabilities | — | (1,084) | (276) | — | (1,360) |
| Payable due USS Entities | — | — | (70) | — | (70) |
| Unearned revenue | — | — | 74 | — | 74 |
| Change in receivables due from/payables due to affiliates, net | — | 9,346 | (9,346) | — | — |
| Net cash (used in) provided by operating activities | — | (6,672) | 23,685 | — | 17,013 |
| **INVESTING ACTIVITIES:** | | | | | |
| Vessel and equipment additions | — | — | (1,006) | — | (1,006) |
| Software additions | — | (252) | — | — | (252) |
| Change in restricted cash | — | 7,923 | — | — | 7,923 |
| Net cash provided by (used in) investing activities | — | 7,671 | (1,006) | — | 6,665 |
| **FINANCING ACTIVITIES:** | | | | | |
| Receipts from (payments to) affiliates | — | 27,810 | (27,810) | — | — |
| Payment on long-term debt | — | (27,000) | — | — | (27,000) |
| Debt prepayment penalty fees | — | (810) | — | — | (810) |
| Payment of debt issuance costs | — | (869) | — | — | (869) |
| Net cash used in financing activities | — | (869) | (27,810) | — | (28,679) |
| Net increase (decrease) in cash and cash equivalents | — | 130 | (5,131) | — | (5,001) |
| Cash and cash equivalents at beginning of period | — | — | 18,241 | — | 18,241 |
| Cash and cash equivalents at end of period | $ — | $ 130 | $ 13,110 | $ — | $ 13,240 |

16

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**American Petroleum Tankers Holding LLC**

Notes to Unaudited Condensed Consolidated Financial Statements
For the Three and Six Months Ended June 30, 2011 and 2010
(dollars in thousands)

Unaudited Condensed Consolidating Statement of Cash Flows
For the Six Months Ended June 30, 2010

| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| OPERATING ACTIVITIES: | | | | | |
| Net (loss) income | $ (18,111) | $ (18,111) | $ (14,818) | $ 32,929 | $ (18,111) |
| Adjustments to reconcile net (loss) income to net cash provided by (used in) operating activities: | | | | | |
| Straight-line charter revenues | — | — | (666) | — | (666) |
| Depreciation and amortization | — | — | 7,556 | — | 7,556 |
| Amortization of deferred financing costs | — | 243 | 1,458 | — | 1,701 |
| Amortization of discount on notes issued | — | 192 | — | — | 192 |
| Equity in losses (income) of subsidiaries | 18,111 | 14,818 | — | (32,929) | — |
| Debt prepayment penalty fees | — | — | 2,814 | — | 2,814 |
| Write-off of deferred financing costs | — | — | 4,826 | — | 4,826 |
| Write-off of discount on notes issued | — | — | — | — | — |
| Derivative losses | — | — | 1,624 | — | 1,624 |
| Interest paid-in-kind | — | — | 11,723 | — | 11,723 |
| Changes in current assets and liabilities: | | | | | |
| Accounts receivables | — | — | 724 | — | 724 |
| Prepaid expenses and other current assets | — | — | (127) | — | (127) |
| Accrued expenses and other liabilities | — | 3,497 | (106) | — | 3,391 |
| Payable due USS Entities | — | — | (39) | — | (39) |
| Unearned revenue | — | — | 1,134 | — | 1,134 |
| Change in receivables due from/payables due to affiliates, net | — | (1,827) | 1,827 | — | — |
| Net cash (used in) provided by operating activities | — | (1,188) | 17,930 | — | 16,742 |
| INVESTING ACTIVITIES: | | | | | |
| Vessel and equipment additions | — | — | (5,042) | — | (5,042) |
| Software additions | — | — | — | — | — |
| Change in restricted cash | — | (169,907) | 2,800 | — | (167,107) |
| Net cash (used in) investing activities | — | (169,907) | (2,242) | — | (172,149) |
| FINANCING ACTIVITIES: | | | | | |
| Proceeds from the issuance of debt | — | 277,029 | — | — | 277,029 |
| (Payments to) receipts from affiliates | — | (97,481) | 97,481 | — | — |
| Payment on long-term debt | — | — | (96,904) | — | (96,904) |
| Debt prepayment penalty fees | — | — | (2,814) | — | (2,814) |
| Payment of debt issuance costs | — | (8,453) | — | — | (8,453) |
| Net cash provided by (used in) financing activities | — | 171,095 | (2,237) | — | 168,858 |
| Net increase in cash and cash equivalents | — | — | 13,451 | — | 13,451 |
| Cash and cash equivalents at beginning of period | — | — | 7,893 | — | 7,893 |
| Cash and cash equivalents at end of period | $ — | $ — | $ 21,344 | $ — | $ 21,344 |

*Note 14 – Subsequent Events*

The Company evaluated events and transactions that occurred after the balance sheet date but before the financial statements were issued and determined there were no items to report.

\*\*\*\*\*

17

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations**

*The following discussion and analysis of our consolidated financial condition, results of operations and cash flows should be read in conjunction with the unaudited condensed consolidated financial statements, and the notes thereto, and other data contained elsewhere in this Quarterly Report. The following discussion and analysis should also be read in conjunction with our audited consolidated financial statements, and notes thereto, and "Management's Discussion and Analysis of Financial Condition and Results of Operations" included in the Registration Statement. References in Item 2. herein to "APT Holding", "we", "our" and "us" refer to the Company and its subsidiaries unless otherwise stated or indicated by context. The following discussion and analysis includes forward-looking statements that involve certain risks and uncertainties. See "Forward-Looking Statements."*

We are a U.S. based, provider of Jones Act marine transportation services for refined petroleum products in the U.S. domestic "coastwise" trade. Our fleet consists of five modern, double-hulled product tankers. Our fleet of five vessels has a total capacity of approximately 245,000 dwt and an average age of less than two years.

Our customers are BP West Coast Products LLC ("BP"), an affiliate of Chevron Corporation ("Chevron"), an affiliate of Marathon Oil Corporation ("Marathon") and the Military Sealift Command department of the U.S. Navy ("MSC"). Three of our vessels are on time charters that range up to three years under an evergreen type arrangement (which may be terminated at any time upon 90 days notice) to seven years. Our other two vessels are contracted to MSC for one year with four approximately one-year renewal options. While MSC awarded us the contract based on a five-year analysis, MSC is only permitted to commit to annual contracts due to budgetary restrictions. However, as a result of our customization of these vessels to meet MSC's requirements, as well as economic benefits for continued renewals, we believe it is likely that MSC will exercise its renewal options, although there can be no assurance that they will do so. The four T-5 tankers that our vessels have in part replaced have been in continuous MSC service since their delivery as new buildings in the mid-1980s, despite MSC's requirement for periodic renewals of time charters and / or operating agreements, as applicable. Further supporting this view, the day rates in the first-year of our charters with MSC are on average 25% higher than the day rates for our first-option years. We utilized this declining rate structure with a material premium in the first year to incentivize MSC to exercise each of their one-year renewal options.

Operationally, we retain all strategic and commercial management of our vessels, while the technical management of the vessels is outsourced to certain affiliates of Crowley Maritime Corporation (collectively, "Crowley" or our "Manager"). Crowley's technical management services include crewing, maintenance and repair, purchasing, insurance and claims administration, and security as well as accounting and reporting services. Founded in 1892, Crowley is one of the oldest maritime transportation companies in the U.S., employing approximately 4,800 employees across 80 office locations. We benefit from Crowley's operational expertise, purchasing power and relationships with vendors, suppliers and major labor organizations which are key to providing skilled and experienced crews. As of June 2011, the non-vessel accounting and GAAP reporting responsibilities were transitioned from Crowley to our staff.

**Definitions**

It is important to understand the meaning of the following terms in order to understand our discussion of our results of operations:

- *Deadweight tons or dwt.* dwt is the abbreviation for deadweight tons, representing principally the cargo carrying capacity of a vessel.
- *Revenue.* Revenue includes revenue from time charters. Revenue is impacted by changes in charter and utilization rates. For charters which have a duration in excess of one year and include escalation

18

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

provisions we recognize revenue on a straight line basis over the life of the contract.

- *Vessel operating expenses.* The most significant direct vessel operating expenses are manning costs, vessel maintenance and repairs, and insurance. We pay the vessel operating expenses.

- *Depreciation and amortization.* We incur fixed charges related to the depreciation of the historical cost of our fleet. The aggregate number of drydockings undertaken in a given period and the nature of the work performed determine the level of drydocking expenditures. Depreciation and amortization is determined as follows:

  - Vessels and equipment are recorded at cost, including capitalized interest and transaction fees where appropriate, and depreciated to scrap value using the straight-line method; and

  - Both domestic and international regulatory bodies require that petroleum carrying vessels be drydocked for major repair and maintenance at least every five years (this requirement increases to twice in a five year period after the first fifteen years of operation). In addition, vessels may have to be drydocked in the event of accidents or other unforeseen damage. Drydocking costs are deferred and amortized over the estimated period between dry-dockings, although we have not sustained any drydocking costs to date.

- *General and administrative expenses.* General and administrative expenses consist of employment costs for shore side staff and cost of facilities as well as legal, audit and other administrative costs.

- *Drydocking days.* Drydocking days are days designated for the cleaning, inspection and survey of vessels, and resulting maintenance work, as required by the U.S. Coast Guard and the American Bureau of Shipping. Drydocking days may also include unscheduled work in the event of an accident or other unforeseen damage.

- *Time charter equivalent.* Time charter equivalent is equal to the voyage revenue earned by a vessel during a defined period, divided by the total number of actual days worked by that vessel during the period involved, net of fuel and port expenses.

**Critical Accounting Policies**

We prepare our financial statements in conformity with accounting principles generally accepted in the United States of America. The preparation of the condensed consolidated financial statements, upon which this discussion and analysis is based, requires management to make estimates and judgments which impact those condensed consolidated financial statements. The most critical of these estimates and accounting policies relate to long-lived asset depreciation, revenue recognition, and valuation of derivative instruments. Different assumptions in the application of these policies could result in material changes in our consolidated financial condition, results of operations, or cash flows. For a more complete discussion of these and other accounting policies, see the Notes to the Condensed Consolidated Financial Statements for the year ended December 31, 2010 included in Amendment 5 of the Form S-4.

*Vessels and Equipment*

Vessels and equipment are stated at cost. Normal repair and maintenance expenditures are expensed as incurred. Depreciation is computed using the straight-line method over the vessels' estimated useful lives of 30 years based on the vessels' cost less their estimated salvage value. Interest is capitalized in conjunction with our construction of vessels.

We assess recoverability of the carrying value of a long-lived asset when indicators of impairment are present by estimating the future undiscounted net cash flows expected to result from the asset, including eventual disposition. If the future net cash flows are less than the carrying value of the asset, an impairment loss is recorded equal to the difference between the asset's carrying value and its fair value.

19

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

*Revenue Recognition*

Revenues from long-term time charters of vessels with annual escalation clauses are recognized on a straight-line basis over the term of the contract. We also assess renewal options on time charters for bargain renewal options, and account for any bargain renewal options as a constructive extension of the lease term.

*Derivative Instruments*

Our use of derivative instruments, principally an interest rate cap, is limited to non-trading purposes and is designed to manage exposure to interest rate risks. The fair value of our interest rate cap represents the amount that would be paid to us by the counterparty to terminate the cap at the reporting date and is estimated based on a discounted cash flow model using a quoted interest rate. Changes in the fair market value of the interest rate cap could result in significant fluctuations in earnings.

**Results of Operations**

The following table presents our operating results for the three and six months ended June 30, 2011 and 2010.

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2011 | 2010 | 2011 | 2010 |
| | (dollars in thousands) | | (dollars in thousands) | |
| **Unaudited Condensed Consolidated Statements of Operations Data:** | | | | |
| **Revenues** | $ 27,421 | $ 13,360 | $ 54,426 | $ 25,929 |
| **Expenses:** | | | | |
| Vessel operating expenses | 9,204 | 5,151 | 17,119 | 10,277 |
| General and administrative expenses | 130 | 536 | 899 | 873 |
| Depreciation and amortization | 5,941 | 3,752 | 11,856 | 7,556 |
| Management fees | 787 | 518 | 1,574 | 1,077 |
| Total Expenses | 16,062 | 9,957 | 31,448 | 19,783 |
| **Operating income:** | 11,359 | 3,403 | 22,978 | 6,146 |
| **Other income (expense):** | | | | |
| Interest income | 1 | 7 | 6 | 7 |
| Interest expense | (18,806) | (10,352) | (37,297) | (15,000) |
| Debt extinguishment expense | (2,220) | (7,640) | (2,220) | (7,640) |
| Derivative losses | (383) | (507) | (438) | (1,624) |
| **Net loss** | $(10,049) | $(15,089) | $(16,971) | $(18,111) |

**Three Months Ended June 30, 2011 versus Three Months Ended June 30, 2010**

*Revenues*

During 2009, the Company received delivery of three new vessels, the *Golden State, Pelican State* and *Sunshine State,* in January 2009, June 2009 and December 2009, respectively. In the second quarter of 2010, the *Golden State, Pelican State,* and *Sunshine State* generated revenues in the aggregate of $13.4 million through charters with BP, Marathon, and Chevron, respectively. In the second quarter of 2010, we had an average utilization rate of 100% based on 273 operating days and 273 ownership days. During July 2010 and December 2010, we received delivery of the *Empire State* and *Evergreen State,* respectively. In the second quarter of 2011, the *Golden State, Pelican State, Sunshine State, Empire State,* and *Evergreen State* generated revenues in the aggregate of $27.4 million through charters with BP, Marathon, Chevron, and MSC, respectively. Overall utilization was 100% based on 455 operating days and 455 ownership days.

20

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

### Vessel Operating Expenses

In the second quarter of 2011, vessel operating expenses were $9.2 million compared to $5.2 million in the second quarter of 2010. Vessel operating expenses increased in 2011 primarily due to the deliveries of the *Empire State* in July 2010 and the *Evergreen State* in December 2010.

### General and Administrative Expenses

General and administrative expenses decreased to $0.1 million in the second quarter of 2011 from $0.5 million in 2010. The company incurred significant legal fees in the second quarter of 2010 in advance of the bond offering in May 2010. The reduction in legal fees was partially offset by higher wage and benefits costs with the increase in corporate staff.

### Depreciation and amortization

Depreciation and amortization expense increased to $5.9 million in the second quarter of 2011 from $3.8 million in 2010. The changes were primarily due to the deliveries of the *Empire State* in July 2010 and the *Evergreen State* in December 2010. Once a vessel is delivered and commences operation, the depreciation associated with that particular vessel is recorded as an expense.

### Management Fees

Management fees increased to $0.8 million in the second quarter of 2011 from $0.5 million in 2010, primarily due to the deliveries of the *Empire State* in July 2010 and the *Evergreen State* in December 2010.

### Interest Expense

Interest expense increased to $18.8 million during the second quarter of 2011 compared to $10.4 million in 2010. The increase was primarily the result of: (a) a higher weighted-average outstanding balance of our Sponsor Facility due to the capitalization of paid-in-kind interest; (b) a higher interest rate following the conversion of the Sponsor Facility's interest rate in May 2010 from a variable rate to a fixed rate; (c) interest expense incurred in 2010 under the Notes, which were issued in May 2010; and (d) a decrease in interest capitalized as part of the construction cost of the vessels due to the delivery of two vessels in July and December 2010.

### Debt Extinguishment Expense

Debt extinguishment expense was $2.2 million due to the prepayment of $27.0 million of the Notes in the second quarter, versus $7.6 million due to the prepayment of the DVB facility in the second quarter of 2010.

### Derivative Losses

Derivative losses were $0.4 million during the second quarter of 2011 compared with $0.5 million during 2010 due to a decrease in the fair value of our interest rate cap.

21

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

*Net Loss*

As a result of the foregoing factors, net loss was $10.0 million in the second quarter of 2011, compared to a net loss of $15.1 million for 2010.

### Six Months Ended June 30, 2011 versus Six Months Ended June 30, 2010

*Revenues*

During 2009, the Company received delivery of three new vessels, the *Golden State*, *Pelican State* and *Sunshine State*, in January 2009, June 2009 and December 2009, respectively. In the six months ended June 30, 2010, the *Golden State*, *Pelican State*, and *Sunshine State* generated revenues in the aggregate of $25.9 million through charters with BP, Marathon, and Chevron, respectively. We had an average utilization rate of 98% based on 532 operating days and 543 ownership days. During July 2010 and December 2010, we received delivery of the *Empire State* and *Evergreen State*, respectively. In 2011, the *Golden State, Pelican State, Sunshine State, Empire State*, and *Evergreen State* generated revenues in the aggregate of $54.4 million through charters with BP, Marathon, Chevron, and MSC, respectively. Overall utilization was 100% based on 905 operating days and 905 ownership days.

#### Vessel Operating Expenses

Vessel operating expenses were $17.1 million in 2011, compared to $10.3 million in 2010. Vessel operating expenses increased in 2011 primarily due to the deliveries of the *Empire State* in July 2010 and the *Evergreen State* in December 2010.

#### General and Administrative Expenses

General and administrative expenses were $0.9 million in 2011, compared with $0.9 million in 2010. Increases in payroll and professional fees were offset by lower legal fees in the period.

#### Depreciation and amortization

Depreciation and amortization expense increased to $11.9 million in 2011 from $7.6 million in 2010. The changes were primarily due to the deliveries of the *Empire State* in July 2010 and the *Evergreen State* in December 2010. Once a vessel is delivered and commences operation, the depreciation associated with that particular vessel is recorded as an expense.

#### Management Fees

Management fees increased to $1.6 million in 2011 from $1.1 million in 2010, primarily due to the deliveries of the *Empire State* in July 2010 and the *Evergreen State* in December 2010.

#### Interest Expense

Interest expense increased to $37.3 million in 2011 compared to $15.0 million in 2010. The increase was primarily the result of: (a) a higher weighted-average outstanding balance of our Sponsor Facility due to the capitalization of paid-in-kind interest; (b) a higher interest rate following the conversion of the Sponsor Facility's interest rate in May 2010 from a variable rate to a fixed rate; (c) interest expense incurred in 2010 under the Notes, which were issued in May 2010; and (d) a decrease in interest capitalized as part of the construction cost of the vessels due to the delivery of two vessels in July and December 2010.

#### Debt Extinguishment Expense

Debt extinguishment expense was $2.2 million due to the prepayment of $27.0 million of the Notes in 2011, versus $7.6 million due to the prepayment of the DVB facility in 2010.

22

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

*Derivative Losses*

Derivative losses were $0.4 million in 2011 compared with $1.6 million in 2010 due to a decrease in the fair value of our interest rate cap.

*Net Loss*

As a result of the foregoing factors, net loss was $17.0 million in 2011, compared to a net loss of $18.1 million for 2010.

**Liquidity and Capital Resources**

We operate in a capital intensive industry. Our primary liquidity requirements relate to operating expenses, semi-annual payments for interest under the Notes, capital expenditures for the maintenance of vessels, and payments under our management service agreements. Our long-term liquidity needs primarily relate to interest and principal debt payments under the Notes and Sponsor Facility, which mature in 2015 and 2016, respectively. Long-term liquidity needs will depend upon the timing and amount of drydocking expenditures, repairs and maintenance activity, vessel additions and dispositions and fluctuations in working capital balances and scheduled maintenance.

In connection with the issuance of $285,000, 10 1/4% First Priority Senior Secured Notes (the "Notes"), APT Parent and AP Tankers Co. entered into a registration rights agreement ("Registration Rights Agreement") which required us to consummate an exchange offer, exchanging unregistered Notes for Notes registered with the Securities and Exchange Commission (the "Commission"), under the Securities Act of 1933, as amended (the "Securities Act"), by May 12, 2011. We completed this exchange offer on May 12, 2011. The registered Notes are substantially identical to the unregistered Notes and are governed by the same indenture governing the unregistered Notes. The material provisions of the exchange offer are described in the prospectus, dated and filed with the Commission on April 13, 2011 pursuant to Rule 424(b)(3) under the Securities Act.

Our time charter contracts are structured such that we are paid in advance of providing the service, typically at the start of each month with the exception of MSC who pays charter hire every 15 days in arrears. As a result, we receive cash prior to recognizing revenue or expense, thus minimizing working capital requirements.

We believe that cash flows from operations will be sufficient to meet our existing liquidity needs for the next 12 months. We were in compliance with all of the covenants contained in our debt agreements as of June 30, 2011.

*Working Capital*

Working capital at June 30, 2011 was $12.7 million compared with $21.6 million at December 31, 2010. This decrease was primarily due to the reduction of cash used for the redemption of $27.0 million of the Notes in April 2011, and partially offset by the reduction in accrued vessel construction costs.

23

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)