**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN PETROLEUM TANKERS PARENT LLC, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| The UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |

Civil Action No. 1:12-CV-001165-CKK

Notice of Filing of Administrative Record

## NOTICE OF FILING OF VOLUME 13 OF THE ADMINISTRATIVE RECORD

Defendants hereby give notice that attached hereto is **Volume 13** of the redacted

Administrative Record in this action, which is being filed in 26 separate volumes.

Respectfully Submitted,

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

DIANE KELLEHER
Assistant Branch Director

*s/ Daniel Bensing*
DANIEL BENSING
Senior Counsel
(D.C. Bar No. 334268)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 6114
Washington D.C. 20530
Tel.: (202) 305-0693
Fax:  (202) 616-8460
Email:  Daniel.Bensing@USDOJ.gov

Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2013 I electronically filed the foregoing Notice of Filing of Volume 13 of the Administrative Record with the Clerk of the Court by using the CM/ECF system.


/s/ *Daniel Bensing*
DANIEL BENSING

*Cash Flows*

|  | For the Six Months Ended June 30, | |
|---|---|---|
|  | 2011 | 2010 |
|  | (dollars in thousands) | |
| Net cash flow provided by operating activities | $ 17,013 | $ 16,742 |
| Net cash flow provided by (used in) investing activities | 6,665 | (172,149) |
| Net cash flow (used in) provided by financing activities | (28,679) | 168,858 |

*Operating cash flows* – Net cash flow provided by operating activities was $17.0 million for the six months ended June 30, 2011 and $16.7 million for the six months ended June 30, 2010. The increase in operating cash flows is primarily from the operation of five vessels during 2011 versus three vessels during the same period in 2010, partially offset by higher interest payments.

*Investing cash flows* – Net cash provided by (used in) investing activities was $6.7 million for the six months ended June 30, 2011 and $(172.1) million in 2010. The increase in investing cash flows was primarily from the release of $7.9 million of restricted cash for general corporate purposes, versus the net deposit of $167.1 of restricted cash in the same period in 2010. The restricted cash was provided by the May 2010 bond offering and was used to fund the construction of the *Empire State* and *Evergreen State*. Vessel and equipment additions were $1.0 million in 2011 compared with $5.0 million in 2010.

*Financing cash flows* – Net cash (used in) provided by financing activities was $(28.7) million for the six months ended June 30, 2011 and $168.9 million for 2010. The Company repaid $27.0 million of the Notes in April 2011. In the six months ended June 30, 2010, the Company received net proceeds of $277.0 million from the Notes offering, prepaid the DVB facility for $96.9 million in May 2010, and paid $8.5 million in debt issuance costs with the proceeds from the issuance of the Notes.

### Long-Term Debt

Long-term debt consists of the following:

|  | June 30, 2011 | December 31, 2010 |
|---|---|---|
| Notes, net of $5,585 and $6,974 unamortized original discount at June 30, 2011 and December 31, 2010, respectively | $252,415 | $ 278,026 |
| Sponsor Facility | 382,941 | 361,959 |
|  | $635,356 | $ 639,985 |

In 2006, we entered into the Sponsor Facility, pursuant to which the Class A members of APT or their affiliates agreed to make available $325.0 million of revolving credit loans. Beginning July 2009, the monthly interest payments are treated as paid-in-kind in lieu of monthly cash payments. As a result, the Company is allowed to exceed its total commitment under the Sponsor Facility for the capitalized paid-in-kind payments. Under the terms of the Sponsor Facility, the ability to borrow additional amounts against this facility ceased in June 2011. In addition, the security agent is due a fee of 0.005% of borrowings outstanding and the administrative agent is due a fee of $0.3 million per year. Concurrent with the issuance of the Notes, we further amended the Sponsor Facility to effect an interest rate conversion from a variable rate of LIBOR + 4.5% to a fixed rate of 12% payable in kind, the extension of the maturity of the Sponsor Facility to 2016 and a subordination of our first lien security interest on *Sunshine State*, *Evergreen State*, and *Empire State* to a second lien, resulting in a second lien security interest on all five of our vessels. The Sponsor Facility is subject to an intercreditor agreement with the holders of the Notes. During the three months ended June 30, 2011 and 2010, the Company recorded $10.9 million and $7.8 million, respectively, for interest-in-kind payments that were capitalized in the Sponsor Facility balance. During the six months ended June 30, 2011 and 2010, the Company recorded $21.0 million and $11.7 million, respectively, for interest-in-kind payments. An interest-in-kind accrual of $7.0 million and $26.8 million was recorded as long-term debt at June 30, 2011 and December 31, 2010, respectively.

24

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

In August 2009, we entered into the DVB Facility with DVB Bank America N.V., with interest based on LIBOR plus 3.75%, for the partial financing of our five vessels. On May 17, 2010, we issued the $285.0 million Notes to fund the remaining vessel construction costs and to prepay $97.6 million related to the DVB Facility (including principal, interest and prepayment penalty). On May 17, 2010, the DVB Facility was fully repaid and no longer outstanding.

Under the terms of the indenture governing the Notes, the Company may redeem up to 10% of the original issue amount in a twelve month period prior to May 1, 2012 at 103%. On March 28, 2011, the Company provided notice to the trustee that pursuant to the indenture the Company would redeem $27.0 million of the principal amount of the Notes unconditionally. The redemption was completed on April 28, 2011, at a cost of $29.2 million, including premium and accrued interest.

The maturities of long-term debt as of June 30, 2011, excluding interest accreted on the Sponsor Facility subsequent to June 30, 2011, are as follows:

| | |
|---|---|
| 2015 | $252,415 |
| 2016 | 382,941 |
| | $635,356 |

*Capital Expenditures.*

During the six months ended June 30, 2011, we spent approximately $1.0 million for construction of our vessels, consisting mostly of owner furnished equipment and other outfitting costs. An additional $0.3 million was spent on software for corporate accounting and financial reporting. We estimate that our liability to NASSCO is $1.9 million as of June 30, 2011, of which $0.9 million is payable in 2011 for completion of our last vessel, delivered in December 2010, and $1.0 million for warranty escrow payments, with $0.5 million payable in July and December 2011, for the last two vessels delivered.

### Off-balance sheet arrangements

We do not have any off-balance sheet arrangements.

### Contractual Commitments

The following table reflects our contractual commitments associated with our debt and other obligations as of June 30, 2011.

| | Payments Due by Period | | | |
|---|---|---|---|---|
| | < 1 year | 1 – 3 years | 3 – 5 years | Total |
| Long-term debt (1) | $26,445 | $52,890 | $952,292 | $1,031,627 |
| Contractual commitments (2) | 1,900 | — | — | 1,900 |
| | $28,345 | $52,890 | $952,292 | $1,033,527 |

(1) The long-term debt consists of principal values of $258,000 Notes and $382,941 Sponsor Facility, which bear interest at 10.25% per annum and 12% calculated over a 360-day year, respectively. Amounts include contractual interest payments and paid-in-kind interest.

(2) Contractual commitments are related to remaining spending under the NASSCO vessel construction contract. Contractual commitments do not include amounts to our Manager as we may cancel the contract at any time and without cause upon 90 days notice.

25

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

### Item 3. Quantitative and Qualitative Disclosures about Market Risk

All of our debt has fixed interest rates, and is comprised of outstanding borrowings at June 30, 2011 of $252.4 million under the Notes, maturing in 2015, and $382.9 million under the Sponsor Facility maturing in 2016. Except in limited circumstances, we do not have an obligation to prepay our fixed-rate debt prior to maturity and, as a result, interest rate risk and changes in fair value should not have a significant impact on fixed rate borrowings unless we would be required to refinance such debt.

On May 12, 2011, we completed an exchange offer to exchange the unregistered Notes for Notes registered with the Securities and Exchange Commission, under the Securities Act of 1933. The registered Notes are substantially identical to the unregistered Notes and are governed by the same indenture governing the unregistered Notes.

As of June 30, 2011, we had one outstanding interest rate cap with a notional amount of $100.0 million. This interest rate cap of the three-month U.S. Dollar LIBOR of 6.0% is intended to reduce the potential negative impacts to our cash flows that could result in movements in interest rates between the date a chartering contract is entered into and sale date, if any, of such combined vessel and chartering contract. We recognize all derivatives as either assets or liabilities in the balance sheet and measure those instruments at fair value. Changes in the fair value of those instruments are reported in earnings, as we did not designate the interest rate cap as a hedge. We are exposed to credit related losses in the event of non-performance by counterparties to these instruments; however, the counterparties are major financial institutions and we consider such risk of loss to be minimal. We do not hold or issue derivative financial instruments for trading purposes.

### Item 4. Controls and Procedures

As of the end of the period covered by this report, an evaluation of the effectiveness of the design and operation of our disclosure controls and procedures (as defined under the Securities and Exchange Commission rules) was carried out under the supervision and with the participation of the Company's management, including our Chief Executive Officer and Chief Financial Officer. The Company's disclosure controls and procedures are designed to ensure that information that the Company must disclose in its reports filed under the Securities Act of 1934 is communicated and processed in a timely manner. Based upon that evaluation, the Chief Executive Officer and Chief Financial Officer concluded that the design and operation of these disclosure controls and procedures were effective. During our fiscal quarter ended June 30, 2011, no changes were made in our internal controls or in other factors that could significantly affect these controls subsequent to the date of their evaluation.

26

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

## Part II – Other Information

### Item 1. Legal Proceedings

Currently there are no pending legal proceedings. From time to time, we are subject to routine legal proceedings incidental to the operations of our business.

### Item 1A. Risk Factors

There have been no material changes to any of the risk factors disclosed in the Registration Statement (under the heading "Risk Factors").

### Item 2. Unregistered Sales of Equity Securities and Use of Proceeds

None.

### Item 3. Defaults Upon Senior Securities

None.

### Item 4. (Reserved)

### Item 5. Other Information

None.

27

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Item 6.        Exhibits

| Exhibit No. | Description |
| --- | --- |
| 31.1* | Certification of Chief Executive Officer Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 31.2* | Certification of Chief Financial Officer Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 32.1* | Certification of Chief Executive Officer Pursuant to 18 U.S.C. Section 1350, as Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 32.2* | Certification of Chief Financial Officer Pursuant to 18 U.S.C. Section 1350, as Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 101* | The following materials from American Petroleum Tankers Parent LLC's Quarterly Report on Form 10-Q for the quarter ended June 30, 2011 are furnished herewith, formatted in XBRL (eXtensible Business Reporting Language): (i) the Unaudited Consolidated Balance Sheets as of June 30, 2011 and December 31, 2010, (ii) the Unaudited Consolidated Statements of Operations for the three and six months ended June 30, 2011 and 2010, (iii) the Unaudited Consolidated Statements of Cash Flows for the six months ended June 30, 2011 and 2010, and (iv) the Notes to Unaudited Consolidated Financial Statements for the three and six Months ended June 30, 2011 and 2010, tagged as blocks of text. |

* Filed herewith.

28

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

AMERICAN PETROLEUM TANKERS PARENT LLC
(Registrant)

Date: _____ 8/12/11 _____    By: /s/ Robert K. Kurz _____
                                      Robert K. Kurz
                                      Chief Executive Officer,
                                      (Principal Executive Officer)

Date: _____ 8/12/11 _____    By: /s/ Philip J. Doherty _____
                                        Philip J. Doherty
                                      Chief Financial Officer
                                      (Principal Financial and Accounting Officer)

29

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**Exhibit 31.1**

CERTIFICATIONS

I, Robert K. Kurz, certify that:

1.  I have reviewed this quarterly report on Form 10-Q of American Petroleum Tankers Parent LLC.;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report; and

4.  The registrant's other certifying officer and I are responsible for maintaining disclosure controls and procedures (as defined in Exchange act Rules 13a-15(e) and 15d-15(e)) for the registrants and have:

    (a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b)  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (c)  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting.

5.  The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: 8/12/11

/s/ Robert K. Kurz
Robert K. Kurz
Chief Executive Officer

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Exhibit 31.2

CERTIFICATIONS

I, Philip J. Doherty, certify that:

1.  I have reviewed this quarterly report on Form 10-Q of American Petroleum Tankers Parent LLC.;

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report; and

4.  The registrant's other certifying officer and I are responsible for maintaining disclosure controls and procedures (as defined in Exchange act Rules 13a-15(e) and 15d-15(e)) for the registrants and have:

    (a)  Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b)  Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (c)  Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting.

5.  The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: 8/12/11

/s/ Philip J. Doherty
Philip J. Doherty
Chief Financial Officer

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**Exhibit 32.1**

Certification Pursuant to
18 U.S.C. Section 1350,
as Adopted Pursuant to
Section 906 of the Sarbanes-Oxley Act of 2002

In connection with the quarterly report of American Petroleum Tankers Parent LLC. ("APT") on Form 10-Q for the quarter ended June 30, 2011, as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Robert K. Kurz, the Chief Executive Officer of APT, certify, pursuant to 18 U.S.C. §1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that:

(i) The Report fully complies with the requirements of Section 13(a) or 15(d), as applicable, of the Securities Exchange Act of 1934; and

(ii) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of APT.

Date: 8/12/11

/s/ Robert K. Kurz
Robert K. Kurz
Chief Executive Officer

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

**Exhibit 32.2**

Certification Pursuant to
18 U.S.C. Section 1350,
as Adopted Pursuant to
Section 906 of the Sarbanes-Oxley Act of 2002

In connection with the quarterly report of American Petroleum Tankers Parent LLC ("APT") on Form 10-Q for the quarter ended June 30, 2011, as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Philip J. Doherty, the Chief Financial Officer of APT, certify, pursuant to 18 U.S.C. §1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that:

(i) The Report fully complies with the requirements of Section 13(a) or 15(d), as applicable, of the Securities Exchange Act of 1934; and

(ii) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of APT.

Date: 8/12/11

/s/ Philip J. Doherty
Philip J. Doherty
Chief Financial Officer

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

| | |
|---|---|
| From: | Nancy J. Mattson [njmattson@argentgroupltd.com] |
| Sent: | Wednesday, September 28, 2011 3:13 PM |
| To: | Ladd, Daniel (MARAD) |
| Cc: | rob.kurz@americanpetroleumtankers.com; phil.doherty@americanpetroleumtankers.com; Martin E. Gottlieb; Cindy J. Koehn |
| Subject: | APT Title XI Application: April 2011 Wilson Gillette Report and MSC Charter Extension |
| Attachments: | Attachment VI_R - Market Study.pdf; N00033-07-C-5416 P00010  APT Exercise Option Period One Sep11.pdf |

Dan:

On behalf of APT, I am forwarding the following materials relating to the APT Title XI Application:

1. The April 2011 Wilson Gillette Report which updates market information submitted in the APT Title XI Application.  As a further update to the April 2011 Wilson Gillette Report, APT would point out that it believes that the supply and demand for Jones Act product tankers is currently in balance and that all of such product tankers are currently under charter.

2. A document evidencing extension of the MSC charters on the *Empire State* and *Evergreen State*.

Please note that this email and any attachments hereto constitute "trade secrets and commercial or financial information [that is] privileged or confidential" within the meaning of 49 CFR 7.13(c)(4) and the Freedom of Information Act and accordingly is submitted with the understanding that it is not subject to disclosure under FOIA.  Disclosure of such information would cause substantial harm to American Petroleum Tankers Parent LLC (the "Applicant").  The Applicant is submitting this information under your previously-given assurances that it will not be released by the Maritime Administration or the Department of Transportation unless a court determines that its release is required by law.  The Applicant further understands that in the event a request is received for such information, the Maritime Administration or the Department of Transportation will notify the Applicant expeditiously and will permit the Applicant to submit written objections to release pursuant to 49 CFR 7.17(a), unless the Maritime Administration or the Department of Transportation determine (as we expect that it will for the reasons discussed above) that the information should not be disclosed as provided in 49 CFR 7.17(c).

Please call me with any questions on the above information

Regards - Nancy

Nancy J. Mattson
Managing Director
Argent Group Ltd.
Phone:   (415) 982-7883
Mobile:        (415) 793-9993
e-mail:    njmattson@argentgroupltd.com

CONFIDENTIALITY NOTICE

The information contained in this transmission is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient of this information, do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this information. If you received this transmission in error, please contact the sender and destroy all printed copies and delete the material from all computers.

1

# FORECAST REQUIREMENT FOR PRODUCT
# TANKERS AND OCEANGOING BARGES
# (WITH CAPACITIES ABOVE 16,000 DWT)
# IN THE COASTWISE PETROLEUM AND SPECIALTY
# TRADES 2002-2020

## PREPARED FOR:

### AMERICAN PETROLEUM TANKERS LLC
### 345 PARK AVENUE
### NEW YORK, NEW YORK 10154

## PREPARED BY:

### WILSON GILLETTE & CO.
### PETROLEUM ECONOMICS AND LOGISTICS SPECIALISTS
### HOUSTON • WASHINGTON

### APRIL 2011

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

## REPORT SUMMARY

Fundamentals of the Jones Act refined product-chemical-specialties trade remain depressed due to reduced coastwise petroleum shipments caused by a deep and prolonged economic recession. However, we believe that adverse conditions impacting the domestic marine business have bottomed out and elements needed for recovery are underway. Developments that will contribute to this reversal are fourfold.

First, the fleet is continuing to be downsized and its capacity is being brought more closely in line with lower levels of current shipping demand.

Second, the most recent wintertime upcoast shipments of gasoline illustrated the minimal amount of surplus tonnage now available in the domestic fleet.

Third, a sizeable expansion of Gulf Coast refinery capacity and clean products output will occur in the next 12 months. The East Coast is the preferential market for additional Gulf Coast barrels due to higher product netbacks that will result from sales in this market. Furthermore, increased waterborne movements from the Gulf Coast to Florida, the South Atlantic Coastal region and NYH are likely due to limited surplus pipeline capacity being available or contemplated with system expansions under construction.

Fourth, conversion of the Longhorn Pipeline to crude oil service will cause: (1) more California products to be shipped to Arizona; and (2) additional Puget Sound products to be shipped to Long Beach. This development will increase shipping needs on the West Coast and result in the redeployment of several vessels from the Gulf to Pacific Coast trade.

1.   REDUCED FLEET CAPACITY.

Over the last twenty years, tonnage additions (primarily from newbuildings) offset 68 percent of capacity lost due to vessel retirements and total fleet size declined from 4.1 to 2.7 million DWT. However, between 2006 and 2009 total fleet capacity increased from 2.7 to 3.1 million DWT as newbuilding additions (1,160,000 DWT) exceeded fleet retirements (840,000 DWT) by 320,000 DWT. At the same time, coastwise trade demand feel from 3.0 to 2.7 million DWT and the resulting shipping surplus exerted downward pressure on vessel hire rates. In response to over tonnaging approximately 650,000 DWT of shipping was retired during 2010 and fleet capacity was brought more closely in line with trade requirements.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Coastwise Product Tanker Study
Summary
September 2010
Page 2

COASTWISE OCEANGOING PRODUCT TANKER-BARGE FLEET INCLUDING VESSELS
WITH CAPACITIES ABOVE 16,000 DWT

| | UNITS IN MILLION DWT | | |
|---|---|---|---|
| | ADDITIONS | RETIREMENTS | FLEET CAPACITY |
| 1990 | .05 | (.25) | 4.08 |
| 1991 | -- | (.25) | 3.83 |
| 1992 | -- | (.20) | 3.63 |
| 1993 | .07 | (.28) | 3.42 |
| 1994 | .04 | (.24) | 3.22 |
| 1995 | .20 | (.33) | 3.09 |
| 1996 | .20 | (.25) | 3.04 |
| 1997 | .20 | (.14) | 3.10 |
| 1998 | .21 | (.10) | 3.21 |
| 1999 | .30 | (.14) | 3.37 |
| 2000 | .11 | (.10) | 3.36 |
| 2001 | .10 | (.14) | 3.32 |
| 2002 | .12 | (.32) | 3.12 |
| 2003 | .03 | (.29) | 2.86 |
| 2004 | .04 | (.04) | 2.86 |
| 2005 | -- | (.10) | 2.76 |
| 2006 | .07 | (.13) | 2.71 |
| 2007 | .22 | (.06) | 2.87 |
| 2008 | .24 | (.15) | 2.96 |
| 2009 | .40 | (.23) | 3.13 |
| 2010 | .30 | (.65) | 2.73 |
| | 2.90 | (4.39) | |


2.   FEWER VESSELS ARE IN LAY-UP.

Due to accelerated retirements the number of vessels in lay-up during the first quarter of 2011 was reduced to two units.  Furthermore, only barges are operating in the spot market and tankers are fully employed under time charter contracts.  Moreover, there was some redeployment of large barges from the Northeast to the Gulf Coast as employment opportunities in the Middle Atlantic market declined due to refinery closures and reduced heavy fuel oil consumption.

NUMBER OF VESSELS WITH CAPACITIES BETWEEN 16,000 AND 55,000 DWT EMPLOYED
IN JONES ACT SERVICE BY TYPE OF CONTRACT

| | 1999 | 2004 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|
| TIME CHARTERS & COAs | 29 | 64 | 60 | 65 | 61 | 53 | 51 | 48 |
| SPOT MARKET | 36 | 6 | 5 | 5 | 13 | 15 | 15 | 14 |
| CHEMICALS-SPECIALTIES | 12 | 12 | 12 | 11 | 13 | 9 | 9 | 10 |
| PROPRIETARY | 8 | 5 | 5 | 7 | 8 | 6 | 7 | 7 |
| LAY-UP | 5 | -- | -- | -- | -- | 14 | 6 | 2 |
| | 90 | 87 | 82 | 88 | 95 | 97 | 88 | 81 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

3.     FLEET DEPLOYMENT DURING THE FIRST QUARTER OF 2011.

Sectorial employment of the Jones Act petroleum product and specialties fleet during the first quarter of 2011 is quantified in the schedule below.  Presently, 51 percent of fleet capacity is engaged in cross-Gulf products service, 23 percent is deployed in the intra West Coast trade, 10 percent in chemicals-specialties, 8 percent is in crude oil transportation, 4 percent in Military Sealift Command employment, 2 percent in Gulf-West Coast traffic and 2 percent is in lay-up.

ESTIMATED COASTWISE DEPLOYMENT OF PETROLEUM PRODUCT AND CHEMICAL/SPECIALTY
VESSELS WITH CAPACITIES ABOVE 16,000 DWT FIRST QUARTER 2011

IN MILLION DWT

| TRADE | TANKER | BARGE | TOTAL |
|---|---|---|---|
| PETROLEUM PRODUCTS | | | |
| GULF TO EAST COAST | .689 | .700 | 1.389 |
| INTRA WEST COAST | .464 | .154 | .618 |
| GULF TO WEST COAST | .046 | -- | .046 |
| MSC | .122 | -- | .122 |
| | 1.321 | .854 | 2.175 |
| | | | |
| CHEMICALS-SPECIALTIES | .083 | .177 | .260 |
| | | | |
| CRUDE OIL | | | |
| ALASKA | .045 | -- | .045 |
| DE BAY LIGHTERS | -- | .129 | .129 |
| GOM SHUTTLE | .046 | -- | .046 |
| | .091 | .129 | .220 |
| | | | |
| GRAIN TRADE | -- | -- | -- |
| | | | |
| LAY-UP | .046 | .026 | .072 |
| TOTAL | 1.541 | 1.186 | 2.727 |

NUMBER OF VESSELS

| TRADE | TANKER | BARGE | TOTAL |
|---|---|---|---|
| PETROLEUM PRODUCTS | | | |
| GULF TO EAST COAST | 15 | 28 | 43 |
| INTRA WEST COAST | 10 | 7 | 17 |
| GULF TO WEST COAST | 1 | -- | 1 |
| MSC | 3 | -- | 3 |
| | 29 | 35 | 64 |
| | | | |
| CHEMICALS-SPECIALTIES | 2 | 8 | 10 |
| | | | |
| CRUDE OIL | | | |
| ALASKA | 1 | -- | 1 |
| DE BAY LIGHTERS | -- | 3 | 3 |
| GOM SHUTTLES | 1 | -- | 1 |
| | 2 | 3 | 5 |
| | | | |
| GRAIN TRADE | -- | -- | -- |
| | | | |
| LAY UP | 1 | 1 | 2 |
| TOTAL | 34 | 47 | 81 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Coastwise Product Tanker Study
Summary
April 2011
Page 4

4.   TIME CHARTER RATES REALIZED BY NEWBUILDINGS.

Due to depressed business conditions there was minimal time charter activity during 2010-2011.
Period fixtures included Valero's time charter for the Seabulk Arctic when the vessel was
released from its employment with Tesoro (July 2010) with the new hire rate being $37,000 per
day for one year. Valero has options to extend the Seabulk Arctic's employment for two
additional years. Chevron extended its time charter on the Sunshine State for another year with
the hire rate being approximately $42,000 per day. Furthermore, Seabulk renewed their Citgo
contract on the double hulled reconstructions (Challenge and Trader) for one year at $32,000 per
day.

ESTIMATED TIME CHARTER RATES REALIZED BY NEWBUILDINGS, ESTIMATED
TIME CHARTER RATES REALIZED BY NEWBUILDINGS, IN THOUSAND OF DOLLARS PER DAY

| CROWLEY | 06 | 07 | 08 | 09 | 10 | 11 |
|---|---|---|---|---|---|---|
| GOLDEN STATE | -- | -- | -- | $53.0 | $53.8 | $54.6 |
| PELICAN STATE | -- | -- | -- | 51.0 | 51.0 | 42.0 |
| SUNSHINE STATE | -- | -- | -- | 42.0 | 42.0 | 42.0 |
| EMPIRE STATE | -- | -- | -- | -- | 63.0 | 60.0 |
| EVERGREEN STATE | -- | -- | -- | -- | 63.0 | 60.0 |
| 650-1 | 23.5 | 23.5 | 23.5 | 23.5 | SPOT | 24.0 |
| 650-2 | -- | 28.0 | 29.0 | 30.0 | SPOT | SERVICE |
| 650-3 | -- | 30.0 | 31.0 | 32.0 | 33.0 | 34.0 |
| 650-4 | -- | -- | 30.0 | 31.0 | 32.0 | 33.0 |
| 650-5 | -- | -- | 31.0 | 31.0 | 31.0 | 32.8 |
| 650-6 | -- | -- | 29.3 | 29.3 | 29.3 | 29.3 |
| 650-7 | -- | -- | -- | 32.8 | 32.8 | 32.8 |
| 650-8 | -- | -- | -- | -- | 32.8 | 32.8 |
| 650-9 | -- | -- | -- | -- | 32.8 | 32.8 |
| | | | | | | |
| OSG AMERICA | | | | | | |
| HOUSTON | -- | 42.5 | 43.3 | 44.1 | 44.9 | 45.7 |
| LONG BEACH | -- | 44.0 | 44.9 | 45.8 | 46.7 | 47.6 |
| LOS ANGELES | -- | 44.0 | 44.9 | 45.8 | 46.7 | 47.6 |
| NEW YORK | -- | -- | 42.5 | 43.4 | 44.1 | 44.9 |
| TEXAS CITY | -- | -- | 53.0 | 53.9 | 54.8 | 55.7 |
| BOSTON | -- | -- | -- | 49.5 | 50.3 | 51.1 |
| NIKISKI | -- | -- | -- | 49.5 | 50.3 | 51.1 |
| CASCADE* | -- | -- | -- | 65.0 | 66.6 | 68.2 |
| MARTINEZ | -- | -- | -- | -- | 53.2 | 54.1 |
| CHINOOK* | -- | -- | -- | -- | 70.2 | 71.8 |
| TAMPA | -- | -- | -- | -- | OPEN | |
| ANACORTES | -- | -- | -- | -- | -- | 53.2 |
| | | | | | | |
| SEABULK | | | | | | |
| ARCTIC | NA | NA | NA | NA | 37.0 | 38.0 |
| | | | | | | |
| U.S. SHIPPING | | | | | | |
| P. CHEM PRODUCER | -- | -- | 32.5 | 33.0 | 33.5 | 34.0 |
| P. CHEM SUPPLIER | -- | -- | -- | 32.5 | 33.0 | 33.5 |
| P. CHEM TRADER | -- | -- | -- | SPOT | | |

*    TIME CHARTER RATE INCLUDES CAPITAL EXPENDITURES MADE FOR CRUDE OIL LIGHTERING
     EQUIPMENT.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

5.    FORECAST PRODUCT FLEET BALANCE.

Our assessment of the future tonnage balance assumes a return to moderate trade growth by 2013
and the retirement of most older vessels in the near term.  We included the two Aker
Philadelphia tankers (being built on speculation) and the Mid-Ocean AHL tanker in our fleet
forecast.  The relevance of this forecast is its directionality.  We expect the domestic fleet will
over-adjust to current conditions with capacity downsized to the point at which tonnage
shortfalls begin to occur in 2013.  To some extent, these deficits may be temporarily delayed if
older trade qualified tonnage is kept in service.

FORECAST TONNAGE BALANCES IN THE COASTWISE TRADE WITH PRODUCT SHIPS AND
OCEANGOING BARGES HAVING CAPACITIES BETWEEN 16,000-55,000 DWT ASSUMING NO
NEWBUILDINGS BEYOND THOSE NOW UNDER CONTRACT, UNITS IN MILLION DWT

NO TRADE GROWTH ASSESSMENT

|    | FLEET CAPACITY | SHIPPING DEMAND | TONNAGE BALANCE | CUMULATIVE NEED FOR ADDITIONAL SHIPS IN NUMBER OF VESSELS |
|----|------|------|------|------|
| 11 | 2.70 | 2.70 | -- | -- |
| 12 | 2.57 | 2.70 | (.13) | 3.0 |
| 13 | 2.67 | 2.70 | (.03) | 0.7 |
| 14 | 2.62 | 2.70 | (.08) | 1.9 |
| 15 | 2.62 | 2.70 | (.08) | 1.9 |
| 16 | 2.55 | 2.70 | (.15) | 3.5 |
| 17 | 2.50 | 2.70 | (.20) | 4.7 |
| 18 | 2.43 | 2.70 | (.27) | 6.2 |
| 19 | 2.37 | 2.70 | (.33) | 7.7 |
| 20 | 2.32 | 2.70 | (.38) | 8.8 |

LOW TRADE GROWTH ASSESSMENT

|    | FLEET CAPACITY | SHIPPING DEMAND | TONNAGE BALANCE | CUMULATIVE NEED FOR ADDITIONAL SHIPS IN NUMBER OF VESSELS |
|----|------|------|------|------|
| 11 | 2.70 | 2.70 | -- | -- |
| 12 | 0.57 | 2.90 | (.33) | 7.8 |
| 13 | 2.67 | 2.93 | (.26) | 6.0 |
| 14 | 2.62 | 2.96 | (.34) | 7.9 |
| 15 | 2.62 | 2.97 | (.35) | 8.1 |
| 16 | 2.55 | 2.98 | (.43) | 10.0 |
| 17 | 2.50 | 2.98 | (.48) | 11.1 |
| 18 | 2.43 | 2.99 | (.56) | 13.0 |
| 19 | 2.37 | 3.05 | (.68) | 15.8 |
| 20 | 2.32 | 3.11 | (.79) | 18.3 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

BASE CASE TRADE GROWTH ASSESSMENT

| | FLEET CAPACITY | SHIPPING DEMAND | TONNAGE BALANCE | CUMULATIVE NEED FOR ADDITIONAL SHIPS IN NUMBER OF VESSELS |
|---|---|---|---|---|
| 11 | 2.70 | 2.70 | -- | -- |
| 12 | 2.57 | 2.94 | (.37) | 8.0 |
| 13 | 2.67 | 3.01 | (.34) | 8.0 |
| 14 | 2.62 | 3.09 | (.47) | 10.9 |
| 15 | 2.62 | 3.14 | (.52) | 12.1 |
| 16 | 2.55 | 3.19 | (.64) | 14.9 |
| 17 | 2.50 | 3.19 | (.69) | 16.1 |
| 18 | 2.43 | 3.20 | (.77) | 17.9 |
| 19 | 2.37 | 3.26 | (.89) | 20.7 |
| 20 | 2.32 | 3.32 | (1.00) | 23.0 |

6.   ESTIMATED FUTURE TIME CHARTER RATES.

Due to overtonnaging being short lived and the prospect of capacity shortfalls becoming more evident, we believe the capital cost associated with adding newbuildings to the fleet will exert positive pressure on time charter rates after 2012. Moreover, fleet consolidation into the hands of several companies will facilitate an upward bias in setting future contract rates. However, the small number of vessels operating without time charters and those relet into the spot market will continue to act as a depressant on period fixtures put under contract during the next 24 months. Thereafter, we believe compensatory period fixtures on newbuildings entering the fleet will increase daily hire revenues rates to $54,000 per day by 2013. After fleet capacity matches shipping requirements and equilibrium is achieved, growth in time charter revenues will track operating cost escalators contained in the contracts. Our rate forecast is presented below.

FORECAST AVERAGE TIME CHARTER RATES REALIZED BY NEWBUILDINGS EMPLOYED
IN THE COASTWISE PETROLEUM PRODUCT FLEET, UNITS IN THOUSAND DOLLARS PER DAY

| | PRODUCT TANKER (330,000 B) | ATBS | |
|---|---|---|---|
| | | (330,000 B) | (180,000 B) |
| 2008 | $45.7 | -- | $29.0 |
| 2009 | 47.4 | -- | 30.0 |
| 2010 | 48.0 | -- | 31.5 |
| 2011 | 50.0 | $49.0 | 32.3 |
| 2012 | 52.0 | 50.0 | 32.5 |
| 2013 | 54.0 | 52.0 | 33.0 |
| 2014 | 56.0 | 54.0 | 33.5 |
| 2015 | 57.0 | 55.0 | 34.2 |
| 2016 | 60.0 | 56.0 | 35.0 |
| 2017 | 62.0 | 58.0 | 36.0 |
| 2018 | 64.0 | 60.0 | 37.0 |
| 2019 | 66.0 | 61.0 | 38.0 |
| 2020 | 67.0 | 62.0 | 39.0 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

TABLE OF CONTENTS

PAGE

CHAPTER I

**REFINED PRODUCTS SUPPLIED TO AND WITHIN THE
EAST COAST DURING THE 2002-2010 INTERVAL** .............. 1

A.  MARKET DEVELOPMENTS .......................................... 2

B.  PETROLEUM BALANCE IN EAST COAST SUBDISTRICTS ................. 7

    1.  FLORIDA ...................................................... 7

    2.  SOUTH ATLANTIC REGION  ...................................... 9

    3.  MIDDLE ATLANTIC REGION  .................................... 10

    4.  NEW ENGLAND ................................................ 14

C.  DOMESTIC CHEMICAL AND SPECIALTY SHIPMENTS ................... 16

    1.  GULF COAST TO THE SOUTH ATLANTIC REGION ................. 17

    2.  GULF COAST TO THE NORTHEAST ............................. 18

CHAPTER II

**GULF COAST REFINING SYSTEM AND PETROLEUM
PRODUCTS SUPPLIED TO THE EAST COAST, MIDDLE
WEST, ROCKY MOUNTAIN REGION AND WEST COAST** ......... 20

A.  PAD III REFINERY SYSTEM AND GULF COAST SUPPLY BALANCE ......... 20

B.  THE MIDDLE WEST OIL REFINING SYSTEM AND THE PETROLEUM
PRODUCT BALANCE IN PAD II  ..................................... 24

CHAPTER III

**WEST COAST (PAD V) PETROLEUM BALANCE 2002-2010** ......... 29

A.  SUPPLY DEVELOPMENTS ........................................ 30

-i-

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

TABLE OF CONTENTS

PAGE

B.    OCEANGOING PETROLEUM PRODUCT MOVEMENTS IN THE WEST
COAST TRADE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33


CHAPTER IV

FUTURE U.S. PETROLEUM DEMAND, OUTPUT FROM THE
DOMESTIC REFINING SYSTEM AND PRODUCT IMPORTS . . . . . . . 36

A.    PETROLEUM DEMAND 2007-2025 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39

B.    ESTIMATED INTERDISTRICT SHIPMENTS OF CLEAN PRODUCTS . . . . . . . . . 41


CHAPTER V

ESTIMATED DEMAND FOR JONES ACT VESSELS ABOVE
16,000 DWT CAPACITY IN THE OCEANGOING PETROLEUM
PRODUCT AND CHEMICAL-SPECIALTIES TRADES . . . . . . . . . . 45

A.    CURRENT FLEET DEPLOYMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 45

B.    COASTWISE TRADE FORECAST . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 47

    1.    GULF COAST TO EAST COAST . . . . . . . . . . . . . . . . . . . . . . . . . 52

    2.    INTRA WEST COAST . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54

    3.    GULF TO WEST COAST . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55

    4.    CRUDE OIL LIGHTERING IN DELAWARE BAY . . . . . . . . . . . . . . . . . 55

    5.    MILITARY SEALIFT COMMAND . . . . . . . . . . . . . . . . . . . . . . . . . 56

    6.    SHUTTLE TANKERS GULF OF MEXICO CRUDE OIL SERVICE . . . . . . . 56

-ii-

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

TABLE OF CONTENTS

PAGE

CHAPTER VI

**FORECAST CAPACITY OF THE DOMESTIC PETROLEUM-
CHEMICAL-SPECIALTY TANKER AND LARGE OCEANGOING
BARGE FLEET**

**FORECAST CAPACITY OF THE DOMESTIC PETROLEUM-
CHEMICAL-SPECIALTY TANKER AND LARGE OCEANGOING
BARGE FLEET** . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57

A.   JONES ACT FLEET CAPACITY FORECAST  . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61

B.   VESSEL REPLACEMENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63

CHAPTER VII

**FUTURE JONES ACT FLEET EMPLOYMENT AND
VESSEL CHARTER HIRE REVENUES** . . . . . . . . . . . . . . . . 70

A.   TRENDS IN FLEET EMPLOYMENT AND CHARTER RATES  . . . . . . . . . . . . . . 70

B.   GULF COAST REFINERY NETBACKS REALIZED FROM CLEAN CARGOS
SOLD IN FLORIDA AND LIMITATIONS IMPOSED JONES ACT
TRANSPORTATION RATES BY THE LANDED PRICE OF PRODUCT
IMPORTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77

1.   CLEAN PRODUCT PRICES IN TEXAS AND FLORIDA  . . . . . . . . . . . . . 78

2.   JONES ACT MARINE TRANSPORTATION CHARGES  . . . . . . . . . . . . . 79

3.   THE LANDED COST OF FOREIGN CLEAN PRODUCTS AND THEIR
IMPACT ON DOMESTIC SUPPLIES DELIVERED TO FLORIDA . . . . . . . . 79

4.   REFINERY PROFITABILITY IN WESTERN EUROPE AND THE
GULF COAST  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82

C.   FORECAST FLEET EMPLOYMENT AND FUTURE TIME CHARTER
RATES  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83

-iii-

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

LIST OF TABLES

PAGE

CHAPTER I

TABLE 1    SUMMARY DETAILS OF EAST COAST PETROLEUM SUPPLY AND
DEMAND 2002-2010
.................................................................... 2

TABLE 2    EAST COAST CLEAN PRODUCT IMPORTS 2002-2010
.................................................................... 3

TABLE 3    EUROPEAN REFINERY PRODUCTION 2002-2010
.................................................................... 4

TABLE 4    EUROPEAN GASOLINE BALANCE 2002-2010
.................................................................... 5

TABLE 5    REFINED PRODUCTS SUPPLIED TO THE EAST COAST
2002-2010 BY SOURCE OF SUPPLY
.................................................................... 6

TABLE 6    PETROLEUM DEMAND IN FLORIDA AND ITS SOURCES OF SUPPLY
2002-2010
.................................................................... 8

TABLE 7    ESTIMATED CLEAN PRODUCT SUPPLY AND DEMAND
REQUIREMENTS IN GEORGIA-SOUTH CAROLINA-NORTH
CAROLINA-VIRGINIA -WEST VIRGINIA 2004-2010
.................................................................... 9

TABLE 8    DELAWARE-PENNSYLVANIA-NEW JERSEY-NEW YORK CLEAN
PRODUCTS SUPPLY BALANCE
.................................................................... 10

TABLE 9    STATUS OF MIDDLE ATLANTIC REFINERIES DURING THE FIRST
QUARTER OF 2011
.................................................................... 13

TABLE 10   NEW ENGLAND PETROLEUM DEMAND AND SOURCES OF SUPPLY
2002-2010
.................................................................... 15

-iv-

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

LIST OF TABLES

PAGE

TABLE 11    DIRECT CLEAN PRODUCT IMPORTS TO NEW ENGLAND BY SUPPLIER
            DURING 2010
            . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

TABLE 12    GULF COAST OCEANGOING SHIPMENTS OF CHEMICALS
            AND SPECIALTY PRODUCTS SENT TO DOMESTIC
            MARKETS 2000-2010
            . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

TABLE 13    GULF COAST TO THE SOUTH ATLANTIC REGION (PAD IC)
            OCEANGOING SHIPMENTS OF CHEMICALS AND
            SPECIALTY PRODUCTS 2000-2010
            . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

TABLE 14    GULF COAST TO NORTHEAST OCEANGOING SHIPMENTS
            OF CHEMICALS AND SPECIALTY PRODUCTS 2000-2010
            . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

CHAPTER II

TABLE 15    SUMMARY GULF COAST REFINERY PRODUCTION, PETROLEUM
            CONSUMPTION AND CLEAN PRODUCT SHIPMENTS SENT TO OTHER
            PARTS OF THE COUNTRY 2002-2010
            . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

TABLE 16    CHANGES IN TEXAS-LOUISIANA-MISSISSIPPI CRUDE OIL
            REFINERY CAPACITY 2000-2011
            . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

TABLE 17    MIDDLE WEST PETROLEUM PRODUCT BALANCE 2000-
            2010
            . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

TABLE 18    CHANGES IN MIDDLE WEST REFINERY CRUDE OIL DISTILLATION
            CAPACITY 2000-2011
            . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

-v-

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

<u>LIST OF TABLES</u>

PAGE

<u>CHAPTER III</u>

TABLE 19   SUMMARY PAD V REFINERY PRODUCTION, RECEIPTS
           FROM OTHER DISTRICTS, IMPORTS AND PRODUCT
           EXPORTS 2002-2010
           . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

TABLE 20   CHANGES IN WEST COAST CRUDE OIL REFINERY
           CAPACITY 2000-2011
           . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

TABLE 21   STATE PETROLEUM CONSUMPTION IN PAD V 2000-2010
           . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 32

TABLE 22   TANKERS AND LARGE OCEANGOING BARGES
           EMPLOYED IN WEST COAST PRODUCTS SERVICE WITH
           CAPACITIES ABOVE 16,000 DWT FIRST QUARTER 2011
           . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

TABLE 23   PETROLEUM PRODUCTS TRANSPORTED IN THE PRINCIPAL WEST
           COAST OCEANGOING TRADES 2002-2010
           . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

<u>CHAPTER IV</u>

TABLE 24   U.S. OIL REFINERY CRUDE OIL DISTILLATION CAPACITY BY PAD
           REGION 2000-2010
           . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

TABLE 25   U.S. ENERGY INFORMATION ADMINISTRATION REFERENCE CASE
           ESTIMATE OF FUTURE DOMESTIC LIQUID FUEL USE 2008-2030
           . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40

TABLE 26   FORECAST REGIONAL PETROLEUM PRODUCT DEMAND
           2007-2025
           . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41

TABLE 27   FORECAST DOMESTIC CLEAN PRODUCT SUPPLY
           BALANCES 2007-2020
           . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44

-vi-

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)