## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN PETROLEUM TANKERS PARENT LLC, | ) ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:12-CV-001165-CKK |
| | ) | |
| v. | ) | Notice of Filing of Administrative Record |
| | ) | |
| The UNITED STATES OF AMERICA, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING OF VOLUME 14 OF THE ADMINISTRATIVE RECORD

Defendants hereby give notice that attached hereto is **Volume 14** of the redacted

Administrative Record in this action, which is being filed in 26 separate volumes.

Respectfully Submitted,

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

DIANE KELLEHER
Assistant Branch Director

*s/ Daniel Bensing*
DANIEL BENSING
Senior Counsel
(D.C. Bar No. 334268)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 6114
Washington D.C. 20530
Tel.: (202) 305-0693
Fax:  (202) 616-8460
Email:  Daniel.Bensing@USDOJ.gov

Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2013 I electronically filed the foregoing Notice of Filing of Volume 14 of the Administrative Record with the Clerk of the Court by using the CM/ECF system.


/s/ Daniel Bensing
DANIEL BENSING

LIST OF TABLES

PAGE

CHAPTER V

TABLE 28   ESTIMATED COASTWISE DEPLOYMENT OF JONES ACT
PETROLEUM PRODUCT AND CHEMICAL-SPECIALTY
VESSELS WITH CAPACITIES ABOVE 16,000 DWT DURING
THE FIRST QUARTER OF 2011
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46

TABLE 29   ESTIMATED DEMAND FOR PRODUCT TANKERS,
SPECIALTY VESSELS AND OCEANGOING BARGES IN THE
JONES ACT TRADES WITH CAPACITIES ABOVE 16,000
DWT 2009-2020
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 51

CHAPTER VI

TABLE 30   TANKERS RECENTLY COMPLETED AND THOSE UNDER
CONSTRUCTION
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58

TABLE 31   ATBs RECENTLY COMPLETED AND THOSE UNDER
CONSTRUCTION
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59

TABLE 32   FORECAST JONES ACT PRODUCT TANKER AND
OCEANGOING BARGE FLEET CAPACITY WITH VESSELS
BETWEEN 16,000-55,000 DWT 2010-2020
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61

TABLE 33   FORECAST JONES ACT PRODUCT TANKER-BARGE FLEET
CAPACITY BY SHIPPING COMPANY 2010-2020
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 63

TABLE 34   FORECAST CAPACITY OF JONES ACT TANKER FLEETS
BY OPERATING COMPANY 2010-2020
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64

TABLE 35   FORECAST CAPACITY OF THE JONES ACT PRODUCT-CHEMICAL-
SPECIALTY OCEANGOING BARGE FLEETS BY COMPANY VESSELS
WITH CAPACITIES ABOVE 16,0000 DWT 2010-2020
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66

-vii-

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

<u>LIST OF TABLES</u>

PAGE

TABLE 36    JONES ACT TANKERS AND LARGE ITBs-ATBs-TBUs
ENGAGED IN DOMESTIC PRODUCTS AND SPECIALTY
SERVICE 2011-2020
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67

<u>CHAPTER VII</u>

TABLE 37    NUMBER OF VESSELS  WITH CAPACITIES BETWEEN
16,000 AND 55,000 DWT EMPLOYED IN JONES ACT
SERVICE BY TYPE OF CONTRACT 1999-2011
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 71

TABLE 38    COASTWISE OCEANGOING PRODUCT TANKER-BARGE
FLEET CAPACITY 1990-2010
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72

TABLE 39    AVERAGE TIME CHARTER REVENUES EARNED BY
TANKERS AND ITBs EMPLOYED IN THE JONES ACT
TRADE 1980-2010
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 73

TABLE 40    ESTIMATED TIME CHARTER RATES REALIZED BY
NEWBUILDINGS 2006-2011
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 76

TABLE 41    CONTRACT DETAILS WITH VESSELS EMPLOYED UNDER
TIME CHARTERS
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 77

TABLE 42    PRICE DIFFERENCE BETWEEN TEXAS AND FLORIDA
GASOLINE-DISTILLATES-JET FUEL 1994-2010
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 78

TABLE 43    ESTIMATED PER BARREL TRANSPORTATION CHARGES
FROM GULF COAST REFINING CENTERS TO TAMPA AND
PORT EVERGLADES 2000-2010
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79

TABLE 44    NYH VERSUS WESTERN EUROPE GASOLINE SUPPLY
ECONOMICS 2000-2010
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 80

-viii-

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

## LIST OF TABLES

PAGE

TABLE 45   DIFFERENCE IN FOB SPOT PRICES FOR CLEAN PRODUCTS
2000-2010
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82

TABLE 46   ESTIMATED CASH OPERATING INCOME OF REFINERIES IN
WESTERN EUROPE AND THE GULF COAST 2000-2010
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 83

TABLE 47   FORECAST TONNAGE BALANCES IN THE COASTWISE TRADE FOR
PRODUCT SHIPS AND OCEANGOING BARGES WITHOUT ADDITIONAL
NEWBUILDINGS 2010-2020
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 85

TABLE 48   FORECAST TIME CHARTER RATES FOR NEW PRODUCT TANKERS
AND LARGE ATBs 2010-2020
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 86

-ix-

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CHAPTER I

<u>REFINED PRODUCTS SUPPLIED TO AND WITHIN THE EAST COAST
DURING THE 2002-2010 INTERVAL</u>

Coastwise petroleum product and chemical-specialty shipments sent from the Gulf Coast to the East

Coast employ nearly 50 percent of the Jones Act tanker and oceangoing barge fleet with vessels

having capacities above 16,000 DWT. Due to its significance in coastwise shipping, developments

in this trade are important to our analysis.

Chapter One describes changes that occurred in the East Coast petroleum market during the 2002-

2010 interval. Emphasis is placed on the downstream sector and consideration is given to supply

changes in PAD I subdistricts including Florida, the South Atlantic region, the Middle Atlantic

States and New England. Each subdistrict receives petroleum from a different combination of

refineries and logistics systems that require varying amounts of trade qualified tonnage. Our analysis

is presented in three parts. <u>Section A</u> examines the East Coast petroleum market in terms of

aggregate demand, sources of supply and products consumed. <u>Section B</u> addresses petroleum

balances within the subregions. <u>Section C</u> identifies coastwise chemical-specialties shipments sent

from the Gulf to East Coast. This exercise:

- Addresses petroleum supply developments that influenced waterborne product movements sent
  from the Gulf to the East Coast.

- Measures these flows.

- Identifies chemical and specialty cargos shipped from the Gulf Coast to domestic markets.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

A. <u>MARKET DEVELOPMENTS</u>

The East Coast accounts for one-third of domestic petroleum use and its supply particulars are summarized in Table 1. Several trends are evident in this schedule. <u>First</u>, demand trended downward in recent years due to rising product prices and the effects of a prolonged and deep recession. <u>Second</u>, supply inputs to the East Coast market experienced change as increased product deliveries from the Gulf Coast: (a) undermined the economics of several Middle Atlantic refineries and forced their shut down; and (b) displaced some gasoline imports in the Northeast market.

TABLE 1

SUMMARY DETAILS OF EAST COAST PETROLEUM PRODUCT SUPPLY AND DEMAND,
UNITS IN MILLION BPD

| SOURCE OF SUPPLY | | | | | | |
|---|---|---|---|---|---|---|
| | 02 | 04 | 06 | 07 | 08 | 09 | 10 |
| PAD I REFINERY | 1.75 | 1.85 | 1.86 | 1.90 | 1.85 | 1.43 | 1.27 |
| PIPELINES | 1.86 | 2.10 | 2.04 | 2.17 | 1.93 | 2.08 | 2.08 |
| IMPORTS | 1.36 | 1.61 | 1.85 | 1.66 | 1.46 | 1.49 | 1.43 |
| U.S. WATER | .72 | .71 | .65 | .64 | .59 | .60 | .59 |
| | 5.69 | 6.27 | 6.40 | 6.37 | 5.83 | 5.60 | 5.37 |

| DEMAND BY TYPE OF PRODUCT | | | | | | |
|---|---|---|---|---|---|---|
| | 02 | 04 | 06 | 07 | 08 | 09 | 10 |
| GASOLINE | 3.27 | 3.25 | 3.34 | 3.36 | 3.22 | 3.23 | 3.25 |
| DISTILLATES | 1.26 | 1.47 | 1.43 | 1.44 | 1.31 | 1.18 | 1.17 |
| JET FUEL | .53 | .62 | .67 | .69 | .62 | .57 | .54 |
| RESIDUAL | .22 | .45 | .41 | .37 | .33 | .23 | .26 |
| OTHER | .41 | .48 | .55 | .51 | .42 | .39 | .37 |
| | 5.69 | 6.27 | 6.40 | 6.37 | 5.90 | 5.60 | 5.59 |

| DEMAND BY SUBREGION | | | | | | |
|---|---|---|---|---|---|---|
| | 02 | 04 | 06 | 07 | 08 | 09 | 10 |
| NEW ENGLAND | .80 | .82 | .84 | .87 | .74 | .72 | .71 |
| MIDDLE ATLANTIC | 2.55 | 2.68 | 2.70 | 2.62 | 2.55 | 2.45 | 2.48 |
| SOUTH ATLANTIC | 1.56 | 1.82 | 1.88 | 1.92 | 1.80 | 1.63 | 1.56 |
| FLORIDA | .78 | .94 | .98 | .96 | .84 | .80 | .82 |
| | 5.69 | 6.27 | 6.40 | 6.37 | 5.90 | 5.60 | 5.57 |

SOURCES: ENERGY INFORMATION ADMINISTRATION PETROLEUM SUPPLY ANNUAL REPORTS
ENERGY INFORMATION ADMINISTRATION STATE ENERGY DATA REPORTS
ENERGY INFORMATION ADMINISTRATION PETROLEUM MARKETING REPORTS

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Clean petroleum product imports delivered to the East Coast during 2002-2010 are quantified in Table 2. Several trends are evident in this schedule. <u>First</u>, was the additional supply coming from Europe. <u>Second</u>, gasoline imports peaked at 978,000 BPD in 2006 and declined to 766,000 BPD during 2010. <u>Third</u>, South American refineries now have a greatly reduced presence in the East Coast clean products market. This decline resulted from Latin American plants covering expanding requirements in more tributary markets and having failed to invest in sulfur removal processes needed to produce products compatible with EPA specifications.

TABLE 2

EAST COAST CLEAN PRODUCT IMPORTS, UNITS IN THOUSAND BPD
BY PRODUCT AND DESTINATION

| GASOLINE | 02 | 04 | 06 | 07 | 08 | 09 | 10 |
|---|---|---|---|---|---|---|---|
| NEW ENGLAND | 246 | 258 | 289 | 290 | 263 | 265 | 253 |
| MIDDLE ATLANTIC | 359 | 356 | 429 | 460 | 410 | 366 | 368 |
| SOUTH ATLANTIC | 169 | 190 | 260 | 220 | 265 | 174 | 145 |
| | 774 | 804 | 978 | 970 | 938 | 805 | 766 |
| | | | | | | | |
| DISTILLATES | | | | | | | |
| NEW ENGLAND | 136 | 164 | 159 | 130 | 86 | 99 | 110 |
| MIDDLE ATLANTIC | 42 | 82 | 89 | 60 | 32 | 55 | 48 |
| SOUTH ATLANTIC | 57 | 48 | 50 | 50 | 59 | 41 | 34 |
| | 235 | 294 | 298 | 240 | 177 | 195 | 192 |
| | | | | | | | |
| JET FUEL | | | | | | | |
| NEW ENGLAND | 13 | 24 | 34 | 30 | 25 | 23 | 22 |
| MIDDLE ATLANTIC | 11 | 19 | 26 | 30 | 20 | 16 | 17 |
| SOUTH ATLANTIC | 24 | 10 | 26 | 37 | 30 | 9 | 7 |
| | 48 | 53 | 86 | 97 | 75 | 48 | 46 |
| | | | | | | | |
| TOTAL | | | | | | | |
| NEW ENGLAND | 395 | 446 | 482 | 450 | 374 | 387 | 385 |
| MIDDLE ATLANTIC | 412 | 457 | 544 | 550 | 462 | 437 | 433 |
| SOUTH ATLANTIC | 250 | 248 | 336 | 304 | 354 | 224 | 186 |
| | 1,057 | 1,151 | 1,362 | 1,304 | 1,190 | 1,050 | 1,004 |

BY PRODUCT AND SOURCE OF SUPPLY

| GASOLINE | 02 | 04 | 06 | 07 | 08 | 09 | 10 |
|---|---|---|---|---|---|---|---|
| EUROPE | 273 | 343 | 612 | 566 | 538 | 431 | 365 |
| CANADA | 178 | 146 | 142 | 149 | 147 | 140 | 157 |
| VIRGIN ISLANDS | 112 | 130 | 121 | 134 | 128 | 113 | 109 |
| LATIN AMERICA | 148 | 87 | 61 | 68 | 54 | 41 | 32 |
| OTHERS | 63 | 98 | 42 | 54 | 71 | 80 | 103 |
| | 774 | 804 | 978 | 971 | 938 | 805 | 766 |
| | | | | | | | |
| DISTILLATES | | | | | | | |
| CANADA | 63 | 90 | 93 | 100 | 92 | 100 | 111 |
| VIRGIN ISLANDS | 76 | 100 | 94 | 85 | 68 | 67 | 56 |
| LATIN AMERICA | 64 | 84 | 67 | 16 | 5 | 14 | 10 |
| EUROPE | 32 | 20 | 44 | 31 | 12 | 14 | 15 |
| | 235 | 294 | 298 | 232 | 177 | 195 | 192 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Coastwise Product Tanker Study
April 2011
Page 4

TABLE 2 (Cont.)

EAST COAST CLEAN PRODUCT IMPORTS, UNITS IN THOUSAND BPD

| JET FUEL | 02 | 04 | 06 | 07 | 08 | 09 | 10 |
|---|---|---|---|---|---|---|---|
| VIRGIN ISLANDS | 20 | 26 | 41 | 45 | 38 | 24 | 20 |
| LATIN AMERICA | 27 | 15 | 37 | 35 | 25 | 11 | 10 |
| CANADA | -- | 10 | 6 | 12 | 8 | 7 | 8 |
| OTHERS | 1 | 2 | 2 | 5 | 4 | 6 | 8 |
| | 48 | 53 | 86 | 97 | 75 | 48 | 46 |

| TOTAL | | | | | | | |
|---|---|---|---|---|---|---|---|
| EUROPE | 305 | 363 | 656 | 597 | 550 | 445 | 373 |
| CANADA | 241 | 246 | 241 | 261 | 247 | 247 | 276 |
| VIRGIN ISLANDS | 208 | 256 | 256 | 264 | 234 | 204 | 185 |
| LATIN AMERICA | 239 | 186 | 165 | 119 | 84 | 68 | 49 |
| OTHERS | 64 | 100 | 44 | 90 | 75 | 86 | 121 |
| | 1,057 | 1,151 | 1,362 | 1,300 | 1,190 | 1,050 | 1,004 |

SOURCES: AMERICAN PETROLEUM INSTITUTE AND ENERGY INFORMATION ADMINISTRATION

European gasoline remained the principal source of foreign supply delivered to the East Coast with shipments increasing from 273,000 BPD in 2002 to 365,000 BPD during 2010. However, some European gasoline was most recently displaced by increased volumes of Gulf Coast gasoline delivered on the Colonial Pipeline to Linden, New Jersey.

Refinery output in OECD Europe during the last decade is quantified in Table 3. This schedule shows overall system production declined with distillate oil output remaining constant and gasoline production and heavy fuel oil (HFO) output being reduced. The change in system production was accomplished by the addition of refinery destructive processing capacity (e.g. hydrocracking units) that lowered HFO output and increased distillate oil production.

TABLE 3

OECD EUROPE REFINERY OUTPUT, UNITS IN MILLION BARRELS PER DAY

| | 02 | 03 | 04 | 06 | 07 | 08 | 09 | 10 |
|---|---|---|---|---|---|---|---|---|
| DISTILLATES | 5.2 | 5.3 | 5.3 | 5.5 | 5.5 | 5.6 | 5.3 | 5.1 |
| GASOLINE | 3.5 | 3.6 | 3.6 | 3.6 | 3.4 | 3.3 | 3.2 | 2.9 |
| HFO | 2.1 | 2.2 | 2.2 | 2.2 | 2.1 | 1.9 | 1.6 | 1.5 |
| NAPHTHA | 1.0 | 1.1 | 1.1 | 1.0 | .9 | .9 | .8 | .8 |
| JET FUEL | .9 | .8 | .9 | .8 | .9 | .8 | .8 | .8 |
| LPG & ETHANE | .8 | .9 | .9 | 1.0 | 1.0 | 1.0 | .9 | .8 |
| OTHER | 1.2 | 1.0 | 1.0 | .9 | .9 | .9 | .8 | .8 |
| | 14.7 | 14.9 | 15.0 | 15.0 | 14.7 | 14.5 | 13.4 | 12.6 |

SOURCE: INTERNATIONAL ENERGY AGENCY ANNUAL OIL INFORMATION REPORTS.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Coastwise Product Tanker Study
April 2011
Page 5

Principal factors governing European gasoline supply are plant production at 2.9 million BPD,

declining indigenous use and a surplus (720,000 BPD) which is exported.  Parameters of the

European gasoline balance are quantified in Table 4.

TABLE 4

EUROPEAN GASOLINE BALANCE, UNITS IN MILLION BARRELS PER DAY

| SUPPLY | 02 | 03 | 04 | 06 | 07 | 08 | 09 | 10 |
|---|---|---|---|---|---|---|---|---|
| REFINERY | 3.57 | 3.61 | 3.63 | 3.54 | 3.45 | 3.34 | 3.20 | 2.85 |
| IMPORTS | .13 | .09 | .08 | .07 | .09 | .10 | .10 | .07 |
| | 3.70 | 3.70 | 3.71 | 3.61 | 3.54 | 3.44 | 3.20 | 2.92 |
| DEMAND | (2.95) | (2.84) | (2.80) | (2.59) | (2.50) | (2.38) | (2.30) | (2.20) |
| SURPLUS | .75 | .86 | .91 | 1.02 | 1.04 | 1.06 | 1.00 | .72 |
| | | | | | | | | |
| EXPORTED TO: | | | | | | | | |
| U.S. | .31 | .31 | .34 | .61 | .57 | .54 | .44 | .36 |
| OTHERS | .44 | .55 | .57 | .41 | .47 | .52 | .46 | .36 |
| | .75 | .86 | .91 | 1.02 | 1.04 | 1.06 | .90 | .72 |

SOURCES:  INTERNATIONAL  ENERGY  AGENCY,  OIL  INFORMATION  AND  ENERGY  INFORMATION
ADMINISTRATION

Due to weak petroleum demand in Europe and poor refinery margins, overall plant production was

reduced with gasoline output falling from 3.5 million BPD in 2006 to 2.9 million BPD last year.  The

net effect of these developments was to lower Europe's gasoline surplus and reduce the trans-

Atlantic gasoline trade which has come under competitive pressure as more Gulf Coast gasoline

entered the NYH market.  With clean product imports addressed, total East Coast supply trends are

quantified in Table 5.  Developments evident in this schedule are: (a) reduced production in the

Middle Atlantic refinery system (caused by plant shut downs); (b) additional products pipeline

deliveries from the Gulf Coast to the Northeast; and (c) the decline in gasoline imports sent to the

East Coast.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

TABLE 5

REFINED PRODUCTS SUPPLIED TO THE EAST COAST 2002-2010 BY SOURCE OF SUPPLY,
UNITS IN MILLION BARRELS PER DAY

**PAD I REFINERY OPERATIONS**

| MIDDLE ATLANTIC REFINERY INPUTS | 2002 | 2004 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| CRUDE OIL | 1.54 | 1.60 | 1.50 | 1.49 | 1.43 | 1.24 | 1.10 |
| OXYGENATES | .07 | .03 | .10 | .12 | .18 | .26 | .30 |
| UNFINISHED OIL | .09 | .11 | .15 | .17 | .19 | .13 | .10 |
|  | 1.70 | 1.74 | 1.75 | 1.78 | 1.80 | 1.63 | 1.50 |
| REFINERY CAPACITY | 1.72 | 1.72 | 1.71 | 1.71 | 1.72 | 1.32 | 1.30 |
| **REFINERY OUTPUT** | | | | | | | |
| GASOLINE | .93 | .89 | .89 | .90 | .92 | .62 | .59 |
| DISTILLATES | .46 | .49 | .49 | .49 | .48 | .36 | .37 |
| JET FUEL | .09 | .10 | .09 | .08 | .09 | .07 | .06 |
| HFO | .06 | .11 | .12 | .12 | .11 | .11 | .08 |
| OTHER | .21 | .26 | .27 | .31 | .25 | .18 | .17 |
|  | 1.75 | 1.85 | 1.86 | 1.90 | 1.85 | 1.34 | 1.27 |

**PIPELINE SHIPMENTS TO THE SOUTH ATLANTIC AND MIDDLE ATLANTIC REGIONS**

| SOUTH ATLANTIC | 2002 | 2004 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| GASOLINE | .90 | .97 | 1.00 | 1.03 | .90 | .90 | .90 |
| DISTILLATES | .23 | .32 | .34 | .40 | .31 | .29 | .25 |
| JET FUEL | .12 | .22 | .24 | .26 | .23 | .18 | .20 |
|  | 1.25 | 1.51 | 1.58 | 1.69 | 1.44 | 1.37 | 1.35 |
| **MIDDLE ATLANTIC** | | | | | | | |
| GASOLINE | .24 | .19 | .10 | .10 | .13 | .22 | .25 |
| DISTILLATES | .20 | .24 | .20 | .22 | .24 | .34 | .29 |
| JET FUEL | .16 | .16 | .16 | .16 | .13 | .15 | .19 |
|  | .60 | .59 | .46 | .48 | .50 | .71 | .73 |
| **TOTAL** | | | | | | | |
| GASOLINE | 1.14 | 1.16 | 1.10 | 1.13 | 1.03 | 1.11 | 1.15 |
| DISTILLATES | .43 | .56 | .54 | .62 | .55 | .61 | .54 |
| JET FUEL | .29 | .38 | .40 | .42 | .36 | .33 | .39 |
|  | 1.86 | 2.10 | 2.04 | 2.17 | 1.93 | 2.08 | 2.08 |

**PETROLEUM PRODUCT IMPORTS**

|  | 2002 | 2004 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| GASOLINE | .77 | .80 | 1.00 | .97 | .93 | .81 | .77 |
| DISTILLATES | .24 | .29 | .30 | .23 | .18 | .20 | .19 |
| HFO | .16 | .29 | .24 | .21 | .20 | .20 | .25 |
| JET FUEL | .05 | .05 | .09 | .10 | .07 | .05 | .05 |
| OTHER | .14 | .18 | .22 | .15 | .08 | .10 | .17 |
|  | 1.36 | 1.61 | 1.85 | 1.66 | 1.46 | 1.49 | 1.43 |

**DOMESTIC WATERBORNE VESSELS FROM PAD III AND PAD II**

|  | 2002 | 2004 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| GASOLINE | .43 | .40 | .35 | .36 | .33 | .37 | .39 |
| DISTILLATES | .13 | .13 | .10 | .10 | .10 | .10 | .09 |
| JET FUEL | .10 | .09 | .09 | .09 | .09 | .08 | .07 |
| RESIDUAL OIL | -- | .05 | .05 | .04 | .02 | .01 | .01 |
| OTHER | .06 | .04 | .06 | .05 | .05 | .04 | .03 |
|  | .72 | .71 | .65 | .64 | .59 | .60 | .59 |

SOURCE: ENERGY INFORMATION ADMINISTRATION PETROLEUM SUPPLY REPORTS

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

B.    PETROLEUM BALANCE IN EAST COAST SUBDISTRICTS.

The East Coast petroleum balance is addressed by subdistricts and their sources of supply.  Our analysis considers regional demand, imports, interdistrict pipeline receipts and output from local refineries. There are three separate waterborne petroleum product movements in the Gulf-East Coast trade and they result from the absence of pipeline connections to these markets.  First, there are major waterborne movements from refineries sited along the Texas-Louisiana-Mississippi Gulf Coast to Florida.  Second, there are short distance large volume barge shipments going from the Middle Atlantic region to New England.  Third, there are smaller volume tanker-barge movements sent from the Gulf Coast to Georgia, South Carolina and North Carolina.

1.  Florida.  Measuring Florida's product balance is straightforward because the State is not served directly by interstate petroleum pipelines and has no refineries.  Petroleum products are principally delivered to Florida by water.  State product demand less imports equals supplies transported from the Gulf Coast.  Most of the Gulf Coast barrels are transported by Jones Act vessels to Florida.  However, some gasoline is also supplied to the Panhandle on brown water barges that travel from Chevron's Pascagoula refinery on the Gulf Intercoastal waterway.  In addition, some gasoline is also supplied to Tallahassee by truck from Colonial Pipeline's nearby terminal in Bainbridge, Georgia.  These volumes are identified as other domestic shipments in Table 6.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Coastwise Product Tanker Study
April 2011
Page 8

TABLE 6

PETROLEUM DEMAND IN FLORIDA AND WATERBORNE SOURCES OF SUPPLY,
UNITS IN MILLIONS OF BARRELS PER DAY

### TOTAL DEMAND

|             | 2002 | 2004 | 2006 | 2007 | 2008 | 2009 | 2010 |
|-------------|------|------|------|------|------|------|------|
| GASOLINE    | .51  | .55  | .57  | .56  | .51  | .50  | .49  |
| DISTILLATES | .12  | .15  | .15  | .13  | .12  | .12  | .11  |
| JET FUEL    | .10  | .10  | .12  | .13  | .11  | .08  | .08  |
| RESIDUAL    | .03  | .10  | .10  | .08  | .05  | .05  | .06  |
| OTHER       | .02  | .03  | .04  | .05  | .05  | .04  | .04  |
|             | .78  | .94  | .98  | .96  | .84  | .79  | .78  |

### CROSS GULF SHIPMENTS

|             | 2002 | 2004 | 2006 | 2007 | 2008 | 2009 | 2010 |
|-------------|------|------|------|------|------|------|------|
| GASOLINE    | .41  | .40  | .32  | .36  | .33  | .37  | .39  |
| DISTILLATES | .10  | .13  | .10  | .10  | .10  | .10  | .09  |
| JET FUEL    | .08  | .09  | .08  | .09  | .09  | .08  | .07  |
| RESIDUAL    | --   | .05  | .06  | .04  | .02  | .01  | .01  |
| OTHER       | .01  | .01  | .04  | .05  | .05  | .04  | .03  |
|             | .60  | .70  | .61  | .64  | .59  | .60  | .59  |

### OTHER DOMESTIC

|          | 2002 | 2004 | 2006 | 2007 | 2008 | 2009 | 2010 |
|----------|------|------|------|------|------|------|------|
| GASOLINE | --   | --   | --   | --   | .05  | .05  | .04  |

### IMPORTS

|             | 2002 | 2004 | 2006 | 2007 | 2008 | 2009 | 2010 |
|-------------|------|------|------|------|------|------|------|
| GASOLINE    | .10  | .15  | .25  | .20  | .13  | .09  | .06  |
| DISTILLATES | .02  | .03  | .05  | .03  | .02  | .02  | .02  |
| JET FUEL    | .02  | .01  | .04  | .04  | .02  | --   | .01  |
| RESIDUAL    | .03  | .05  | .04  | .04  | .03  | .04  | .05  |
| OTHER       | .01  | .02  | --   | --   | --   | --   | --   |
|             | .18  | .26  | .38  | .31  | .20  | .15  | .14  |

SOURCES:  ENERGY INFORMATION ADMINISTRATION PETROLEUM MARKETING REPORTS
AMERICAN PETROLEUM INSTITUTE OIL IMPORT REPORTS
ENERGY INFORMATION ADMINISTRATION PETROLEUM SUPPLY ANNUAL REPORTS

As shown in the preceding schedule, imports absorbed most of the reduced requirement for

petroleum products in Florida with foreign deliveries falling from 380,000 BPD in 2006 to

140,000 BPD during 2010.  Companies who supplied foreign clean products to Florida in 2010

are identified in the schedule below.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

| COMPANIES WHO IMPORTED CLEAN PRODUCTS TO FLORIDA DURING 2010, UNITS IN KBPD | | | | |
|---|---|---|---|---|
| | GASOLINE | DISTILLATES | JET FUEL | TOTAL |
| HESS | 20 | 8 | -- | 28 |
| M. STANLEY | 17 | 1 | 2 | 20 |
| COLONIAL | 13 | 7 | -- | 20 |
| VITOL | 3 | 4 | 6 | 13 |
| SHELL | -- | -- | 5 | 5 |
| CHEVRON | 5 | -- | -- | 5 |
| GLENCORE | 5 | -- | -- | 5 |
| | 63 | 20 | 13 | 96 |

2.    South Atlantic Region.  Clean products supplied to Georgia, South Carolina, North

Carolina and Virginia are principally delivered by pipelines that originate in Texas-Louisiana-

Mississippi.  Colonial Pipeline is the largest supplier to the region and its system connects

refineries in Houston-Port Arthur-Beaumont-Lake Charles-Mississippi River with markets up to

New York Harbor.  Plantation Pipeline is the secondary supplier and it connects Mississippi

River refineries and Chevron's Pascagoula plant with markets up to Washington, D.C.  Smaller

volumes of clean petroleum products are delivered by water from foreign and domestic sources.

Waterborne shipments are directed to Savannah, Charleston and Wilmington that are not

economically supplied by interstate product pipelines that travel across the west-central part of

the South Atlantic States. Clean products supplied to this region by source of supply are

identified in Table 7.

TABLE 7

| ESTIMATED CLEAN PRODUCT SUPPLY AND DEMAND REQUIREMENTS IN GEORGIA-SOUTH CAROLINA-NORTH CAROLINA-VIRGINIA-WEST VIRGINIA, UNITS IN MILLION BARRELS PER DAY | | | | | | |
|---|---|---|---|---|---|---|
| DEMAND | 2004 | 2006 | 2007 | 2008 | 2009 | 2010 |
| GASOLINE | 1.02 | 1.05 | 1.06 | .98 | .95 | .94 |
| DISTILLATES | .44 | .47 | .45 | .40 | .34 | .25 |
| JET FUEL | .20 | .20 | .22 | .20 | .20 | .20 |
| | 1.66 | 1.72 | 1.73 | 1.58 | 1.49 | 1.39 |
| SOURCES OF SUPPLY | | | | | | |
| PIPELINES | 1.48 | 1.55 | 1.60 | 1.44 | 1.37 | 1.37 |
| IMPORTS | .09 | .10 | .08 | .09 | .10 | .07 |
| U.S.-OCEAN | .05 | .03 | .02 | .02 | -- | -- |
| U.S.-INLAND | .04 | .04 | .03 | .03 | .02 | .02 |
| | 1.66 | 1.72 | 1.73 | 1.58 | 1.49 | 1.46 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

3. <u>Middle Atlantic Region</u>.  Refineries-pipelines-terminals sited in New York Harbor and the

Delaware Valley constitute the nexus of the Northeastern supply system that includes:

- 1.32 million BPD of refining capacity in Pennsylvania and New Jersey.

- The Colonial Pipeline whose terminus is in New York Harbor.

- New York Harbor with extensive marine terminals-storage tank capacity ( in Northern New Jersey) that is the distribution point for petroleum products sent to New England, Long Island, up the Hudson River and to upstate Pennsylvania/New York.

- Secondary pipeline systems (e.g. <u>Harbor</u> and <u>Sunoco</u>) that connect: (a) Delaware Valley refineries with New York Harbor; and (b) refineries in Philadelphia-Northern New Jersey (e.g. <u>Buckeye-Sunoco</u>) with central-western Pennsylvania and upstate New York.

Total petroleum product supply in the Middle Atlantic region (DE-PA-NJ-NY) during 2002-2010

and its distribution to local markets and to New England is quantified in Table 8.  Our analysis,

identifies gasoline output from local refineries, pipeline shipments from the Gulf Coast and treats

foreign gasoline blending components as product imports.  Total supply less local use equals the

regional surplus which is principally shipped by barge from New York Harbor to New England.

TABLE 8

DELAWARE-PENNSYLVANIA-NEW JERSEY-NEW YORK CLEAN PRODUCTS SUPPLY BALANCE
UNITS IN MILLION BPD

| | | | | SOURCE OF SUPPLY | | | |
|---|---|---|---|---|---|---|---|
| | 02 | 04 | 06 | 07 | 08 | 09 | 10 |
| **LOCAL REFINERIES** | | | | | | | |
| GASOLINE | .75 | .77 | .73 | .71 | .66 | .62 | .59 |
| DISTILLATES | .44 | .45 | .45 | .45 | .43 | .36 | .37 |
| JET FUEL | .09 | .11 | .08 | .08 | .09 | .07 | .06 |
| | 1.28 | 1.33 | 1.26 | 1.24 | 1.18 | 1.05 | 1.02 |
| | | | | | | | |
| **IMPORTS** | | | | | | | |
| GASOLINE | .36 | .36 | .43 | .46 | .41 | .36 | .33 |
| DISTILLATES | .04 | .08 | .09 | .06 | .03 | .05 | .05 |
| JET FUEL | .01 | .02 | .03 | .03 | .02 | .01 | .01 |
| | .41 | .46 | .55 | .55 | .46 | .42 | .39 |
| | | | | | | | |
| **COLONIAL PIPELINE** | | | | | | | |
| GASOLINE | .06 | .05 | .03 | .04 | .06 | .09 | .14 |
| DISTILLATES | .13 | .12 | .10 | .12 | .14 | .21 | .18 |
| JET FUEL-KERO | .12 | .12 | .13 | .12 | .11 | .13 | .13 |
| | .31 | .29 | .26 | .28 | .31 | .43 | .45 |

SOURCE: ENERGY INFORMATION ADMINISTRATION, PETROLEUM SUPPLY AND MARKETING REPORTS.
AMERICAN PETROLEUM INSTITUTE WEEKLY STATISTICS AND OIL IMPORT REPORTS.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

TABLE 8 (Cont.)

DELAWARE-PENNSYLVANIA-NEW JERSEY-NEW YORK CLEAN PRODUCTS SUPPLY BALANCE
UNITS IN MILLION BPD

| SOURCE OF SUPPLY | | | | | | |
|---|---|---|---|---|---|---|
| TOTAL SUPPLY | 02 | 04 | 06 | 07 | 08 | 09 | 10 |
| GASOLINE | 1.17 | 1.18 | 1.19 | 1.21 | 1.13 | 1.08 | 1.06 |
| DISTILLATES | .61 | .65 | .64 | .63 | .60 | .62 | .60 |
| JET FUEL | .22 | .25 | .24 | .23 | .22 | .21 | .20 |
| | 2.08 | 2.08 | 2.07 | 2.07 | 1.95 | 1.91 | 1.86 |

| LOCAL DEMAND | | | | | | |
|---|---|---|---|---|---|---|
| | 02 | 04 | 06 | 07 | 08 | 09 | 10 |
| GASOLINE | (.98) | (1.08) | (1.04) | (1.05) | (.99) | (.97) | (.99) |
| DISTILLATES | (.51) | (.50) | (.52) | (.50) | (.42) | (.40) | (.42) |
| JET FUEL | (.19) | (.19) | (.19) | (.18) | (.17) | (.17) | (.17) |
| | (1.68) | (1.77) | (1.75) | (1.73) | (1.58) | (1.54) | (1.58) |

| EXPORTS | | | | | | |
|---|---|---|---|---|---|---|
| | 02 | 04 | 06 | 07 | 08 | 09 | 10 |
| GASOLINE | (.02) | (.01) | (.02) | (.02) | (.02) | -- | -- |
| DISTILLATES | (.01) | (.02) | (.04) | (.03) | (.07) | -- | (.06) |
| JET FUEL | -- | -- | (.01) | (.01) | (.01) | -- | -- |
| | .29 | (.04) | (.07) | (.06) | (.12) | (.01) | (.06) |

| NET SURPLUS | | | | | | |
|---|---|---|---|---|---|---|
| | 02 | 04 | 06 | 07 | 08 | 09 | 10 |
| GASOLINE | .17 | .09 | .13 | .14 | .12 | .11 | .07 |
| DISTILLATES | .09 | .13 | .08 | .10 | .11 | .22 | .12 |
| JET FUEL | .03 | .05 | .04 | .04 | .04 | .04 | .03 |
| | .29 | .27 | .25 | .28 | .27 | .37 | .22 |

SOURCE: ENERGY INFORMATION ADMINISTRATION, PETROLEUM SUPPLY AND MARKETING REPORTS.
AMERICAN PETROLEUM INSTITUTE WEEKLY STATISTICS AND OIL IMPORT REPORTS.

In response to falling petroleum demand and weak processing margins, Middle Atlantic

refineries cut crude runs and three plants were closed in 2009-2010. The shut down of Sunoco's

Eagle Point plant (145,000 BPD capacity), Valero's Delaware City refinery (185,000 BPD and

Western Refining's Yorktown plant (70,000 BPD capacity) reduced regional system processing

capacity by 400,000 BPD. Due to these developments, total PAD IB system capacity declined

from 1.7 to 1.3 million BPD. However, the Delaware City refinery was purchased by PFB

(owned by Blackstone and First Reserve) and is scheduled to resume operation in September

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

2011. We believe the downsizing of Middle Atlantic refinery system capacity will continue due to the collapse in regional processing margins and plant profitability. The current status of oil refineries in the region is given in Table 9. Another Middle Atlantic refinery considered to be a candidate for shutdown in the near term is the Hess plant in Port Reading (70,000 BPD capacity).

ESTIMATED CASH OPERATING MARGINS AT REFINERY CENTERS THAT SUPPLY
CLEAN PRODUCTS TO THE NORTHEAST, UNITS IN DOLLARS PER BARREL

|     | MIDDLE ATLANTIC | GULF COAST | N.W. EUROPE |
| --- | --- | --- | --- |
| 04 | $3.70 | $6.16 | $5.08 |
| 05 | 6.98 | 12.53 | 5.51 |
| 06 | 6.38 | 12.49 | 5.86 |
| 07 | 6.35 | 12.36 | 5.70 |
| 08 | 3.04 | 9.09 | 6.77 |
| 09 | 1.15 | 3.03 | 1.66 |
| 10 | 1.82 | 4.51 | 3.24 |
| 11 | 2.04 | 6.12 | 3.99 |

Additional capital investments need to keep the remaining Middle Atlantic plants in operation entail desulfurization of heating oil and HFO as dictated by state and federal environmental regulations. These upgrades will require a total system investment of approximately one billion dollars and it is unlikely all of the remaining active plants in PA-NJ will make these outlays due to poor rates of return on investment being earned by refineries in the Middle Atlantic region.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

TABLE 9

CRUDE OIL RUNS AT MIDDLE ATLANTIC REFINERIES DURING THE FIRST QUARTER OF 2011, UNITS IN KBPD

| | | OPERATING PLANTS | | |
|---|---|---|---|---|
| COMPANY | PLANT | PLANT CAPACITY | CRUDE RUNS | PERCENT UTILIZATION |
| SUNOCO | PHILA, PA | 335 | 293 | 87 |
| SUNOCO | M. HOOK PA | 178 | 169 | 95 |
| | | 513 | 462 | 90 |
| COP | BAYWAY, NJ | 238 | 200 | 84 |
| COP | TRAINER, PA | 185 | 165 | 89 |
| | | 423 | 365 | 86 |
| PFB | P. BORO, NJ | 160 | 143 | 89 |
| NUSTAR | P. BORO, NJ | 72 | 50 | 69 |
| HESS | P. READING, NJ | 70 | 25 | 36 |
| UNITED | WARREN, PA | 65 | 60 | 92 |
| | | 1,303 | 1,105 | 85 |

| | | SHUT DOWN PLANTS | | |
|---|---|---|---|---|
| COMPANY | PLANT | PLANT CAPACITY | CRUDE RUNS | PERCENT UTILIZATION |
| PFB | DEL CITY, DE | 182 | NA | NA |
| SUNOCO | E. POINT, NJ | 160 | NA | NA |
| WESTERN | YORKTOWN, PA | 70 | NA | NA |
| | | 412 | | |

Foreign petroleum products delivered to DE-PA-NJ-NJ during 2010 are identified below. The largest importers of finished products delivered to the Middle Atlantic region are BP, George Warren, Hess, Morgan Stanley, Conoco Phillips, Glencore and Shell.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

PETROLEUM PRODUCT IMPORTS DELIVERED TO DE-PA-NJ-NY BY SUPPLIER
2010, UNITS IN THOUSAND BARRELS PER DAY

| | GASOLINE | DIST | JET | HFO | TOTAL |
|---|---|---|---|---|---|
| BP | 83 | 5 | 4 | 11 | 103 |
| HESS | 22 | 17 | 9 | 53 | 101 |
| G. WARREN | 77 | -- | -- | -- | 77 |
| M. STANLEY | 27 | 13 | 1 | -- | 41 |
| SHELL | 28 | -- | -- | 13 | 41 |
| GLENCORE | 36 | -- | 1 | -- | 37 |
| COP | 2 | -- | -- | 32 | 34 |
| CHEMOIL | -- | -- | -- | 11 | 11 |
| CITGO | 5 | 5 | -- | -- | 10 |
| NORTHVILLE | 9 | -- | -- | -- | 09 |
| OTHERS | 41 | 8 | 2 | 24 | 75 |
| | 330 | 48 | 17 | 144 | 539 |

4.    New England.  In 2010, direct product imports to New England accounted for 59 percent of regional supply with barge shipments from the Middle Atlantic States (principally NYH) delivering the other 41 percent.  A tabulation of petroleum deliveries made to New England by source and type of supply during the 2002-2010 interval is presented in Table 10.  Cargos from New York Harbor are primarily sent to Connecticut, Rhode Island and Vermont (via Albany) while direct foreign imports are mostly shipped to Maine, Massachusetts and Rhode Island. Since mid-decade clean products sent by water to lower New England from NYH remained in the range of 300,000 to 340,000 BPD.  Foreign clean products supplied to New England primarily come from the Canadian Maritimes, Western Europe and the Virgin Islands.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

TABLE 10

NEW ENGLAND PETROLEUM DEMAND AND SOURCES OF SUPPLY,
UNITS IN MILLION BARRELS PER DAY

| PETROLEUM DEMAND | | | | | | |
|---|---|---|---|---|---|---|
| | 02 | 04 | 06 | 07 | 08 | 09 | 10 |
| GASOLINE | .41 | .43 | .42 | .42 | .39 | .40 | .39 |
| DISTILLATES | .23 | .24 | .25 | .25 | .21 | .20 | .23 |
| HFO | .06 | .07 | .04 | .04 | .03 | .03 | .03 |
| JET FUEL | .03 | .04 | .05 | .04 | .04 | .03 | .03 |
| OTHER | .06 | .02 | .05 | .05 | .05 | .05 | .04 |
| | .79 | .80 | .81 | .80 | .72 | .71 | .72 |

| FROM THE MIDDLE ATLANTIC REGION | | | | | | |
|---|---|---|---|---|---|---|
| | 02 | 04 | 06 | 07 | 08 | 09 | 10 |
| GASOLINE | .16 | .17 | .13 | .12 | .13 | .13 | .14 |
| DISTILLATES | .09 | .08 | .09 | .12 | .12 | .11 | .12 |
| HFO | .05 | .05 | .03 | .03 | .02 | .02 | .03 |
| JET FUEL | .02 | .02 | .02 | .01 | .01 | .01 | .01 |
| OTHER | .05 | .01 | .03 | .03 | .01 | .02 | .02 |
| | .37 | .33 | .30 | .31 | .29 | .29 | .32 |

| IMPORTS | | | | | | |
|---|---|---|---|---|---|---|
| | 02 | 04 | 06 | 07 | 08 | 09 | 10 |
| GASOLINE | .25 | .26 | .29 | .30 | .26 | .27 | .25 |
| DISTILLATES | .14 | .16 | .16 | .13 | .09 | .10 | .11 |
| HFO | .01 | .02 | .01 | .01 | .01 | .01 | -- |
| JET FUEL | .01 | .02 | .03 | .03 | .03 | .02 | .02 |
| OTHER | .01 | .01 | .02 | .02 | .04 | .02 | .02 |
| | .42 | .47 | .51 | .49 | .43 | .42 | .40 |

SOURCE:   ENERGY INFORMATION ADMINISTRATION STATE ENERGY DATA REPORTS
          AMERICAN PETROLEUM INSTITUTE OIL IMPORT REPORTS
          ENERGY INFORMATION ADMINISTRATION PETROLEUM SUPPLY AND MARKETING REPORTS

Companies who supplied foreign products directly to New England during 2010 are identified in Table 11. Principal importers are Irving, Citgo, Morgan Stanley and Vitol who collectively supplied 91 percent of foreign clean products delivered to Portland-Boston-Providence-New Haven last year.

Irving's supplies come from their 250,000 BPD refinery in New Brunswick, Canada. Citgo's imports are primarily supplied from their Hovensa refinery (250,000 BPD capacity) in the U.S. Virgin Islands. Morgan Stanley imports gasoline from Europe and Vitol mostly imports gasoline

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Coastwise Product Tanker Study
April 2011
Page 16

from Canada.

TABLE 11

CLEAN PRODUCT IMPORTS DELIVERED TO NEW ENGLAND BY COMPANY DURING 2010, UNITS IN KBPD

|  | GASOLINE | DISTILLATES | JET FUEL | TOTAL |
|---|---|---|---|---|
| IRVING | 106 | 62 | 7 | 175 |
| CITGO | 35 | 22 | 13 | 70 |
| MORGAN STANLEY | 64 | 5 | -- | 69 |
| VITOL | 28 | 5 | -- | 33 |
| EXXON MOBIL | 10 | 2 | -- | 12 |
| COP | 10 | -- | -- | 10 |
| GLOBAL | -- | 8 | -- | 8 |
| HESS | -- | 2 | 2 | 4 |
| GLENCORE | -- | 1 | -- | 1 |
| TRAFIGURA | -- | 1 | -- | 1 |
|  | 253 | 108 | 22 | 383 |

C.     DOMESTIC CHEMICAL AND SPECIALTY SHIPMENTS.

Eight vessels with 200,000 DWT capacity are employed in the chemical-specialties trade. These

cargos originate on the Gulf Coast and are transported to the South Atlantic region and the

Northeast. Some back-haul cargos are transported from the Northeast to the Gulf Coast.

Chemical-specialties shipments for the Gulf Coast to the West Coast are insignificant and traffic

between Puerto Rico and the Gulf Coast is greatly reduced due to the shutdown of specialties

refineries and chemical plants in the Commonwealth.


Total shipments in the chemical-specialty trade during 2000-2010 are estimated in Table 12.

Chemical-specialty shipments in the coastwise trade experienced a decline over the past ten

years. Reductions were caused by: (1) the elimination of MTBE from gasoline; and (2) the high

cost of U.S. feedstocks and energy which placed domestic chemicals at a competitive

disadvantage in end markets supplied by imports.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

TABLE 12

GULF COAST OCEANGOING SHIPMENTS OF CHEMICALS AND SPECIALTY PRODUCTS
TO DOMESTIC MARKETS, UNITS IN MILLION SHORT TONS

| DESTINATION | 00 | 04 | 06 | 07 | 08 | 09 | 10 |
|---|---|---|---|---|---|---|---|
| NORTHEAST | 5.5 | 3.9 | 2.4 | 1.0 | 1.0 | 1.1 | 1.1 |
| SOUTH ATLANTIC | 3.7 | 3.1 | 2.2 | 1.6 | 2.0 | 2.0 | 2.1 |
| WEST COAST | 2.6 | .9 | .9 | 1.0 | -- | -- | -- |
| PUERTO RICO | .1 | .3 | .4 | .3 | .3 | .1 | -- |
| | 11.9 | 8.2 | 5.9 | 3.9 | 3.3 | 3.2 | 3.2 |

SOURCE: WATERBORNE COMMERCE STATISTICS CENTER, ARMY CORPS OF ENGINEERS

1.   Gulf Coast to the South Atlantic Region.  Oceangoing chemical-specialty shipments sent

from PAD III to the South Atlantic region constitute the largest volumetric segment in the Jones

Act trade with cargos delivered to Savannah, Charleston and Wilmington.  Paraxylene, caustic

soda, lube oils, ethyl alcohol and aviation gasoline account for most of the chemicals and

specialties transported by oceangoing vessels from the Gulf Coast to the South Atlantic region.

During the 2000-2010 interval there was a decline in coastwise chemical-specialty shipments

sent to the South Atlantic region due to the sharp reduction in deliveries of paraxylene-caustic

soda-lube oils - see Table 13 below.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

TABLE 13

GULF COAST TO THE SOUTH ATLANTIC REGION (PAD IC) OCEANGOING SHIPMENTS OF CHEMICALS AND SPECIALTY PRODUCTS, UNITS IN THOUSAND SHORT TONS

| GROUP ONE | 00 | 04 | 06 | 07 | 08 | 09 | 10 |
|---|---|---|---|---|---|---|---|
| PARAXYLENE | 1,598 | 1,524 | 1,023 | 804 | 742 | 493 | 500 |
| CAUSTIC SODA | 987 | 803 | 614 | 570 | 451 | 411 | 410 |
| LUBE OILS | 659 | 496 | 385 | 211 | 331 | 389 | 378 |
| AVGAS | 73 | 88 | 100 | 49 | 95 | 110 | 96 |
| STYRENE | 101 | 87 | 15 | -- | -- | -- | -- |
| CYCLOHEXANE | 17 | 63 | 18 | 1 | 28 | 6 | 5 |
| GASOLINE B.C. | 120 | 20 | -- | -- | -- | -- | -- |
| ETHYLENE GLYCOL | 64 | 4 | -- | -- | 5 | 4 | 5 |
| METHANOL | 36 | -- | -- | -- | -- | -- | -- |
| CUMENE | -- | -- | -- | -- | -- | 15 | 20 |
| ETHYL ALCOHOL | 5 | -- | -- | 5 | 360 | 521 | 650 |
| BENZENE | -- | 1 | -- | -- | -- | -- | -- |
| | 3,660 | 3,086 | 2,155 | 1,640 | 2,012 | 1,949 | 2,064 |
| GROUP TWO | | | | | | | |
| ACRYLIC ALCOHOLS | 20 | 17 | -- | -- | -- | -- | -- |
| PETROLEUM WAX | 9 | 9 | -- | -- | -- | -- | -- |
| OTHER | 13 | 8 | 5 | -- | -- | -- | -- |
| | 42 | 34 | 5 | -- | -- | -- | -- |
| TOTAL | 3,702 | 3,120 | 2,160 | 1,640 | 2,012 | 1,949 | 2,064 |

SOURCE: WATERBORNE COMMERCE STATISTICS CENTER, ARMY CORPS OF ENGINEERS.

2.     Gulf Coast to the Northeast.  Chemical shipments sent from Texas and Louisiana to the

Northeast are the second major segment of the coastwise specialties trade.  Shipments to the

Northeast are more tonnage intensive because they involve a greater number of small and

dissimilar parcel cargos which entail additional multi-port loadings/discharges.  These shipments

also employ more sophisticated chemical carriers that transport many different commodities in

smaller volumes.  Chemicals-specialties transported to the Northeast during the 2000-2010

interval are identified in Table 14 below.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

TABLE 14

GULF COAST TO NORTHEAST OCEANGOING SHIPMENTS OF CHEMICALS AND SPECIALTY PRODUCTS,
UNITS IN THOUSAND SHORT TONS

| GROUP ONE | 00 | 04 | 06 | 07 | 08 | 09 | 10 |
|---|---|---|---|---|---|---|---|
| MTBE | 2,280 | 840 | 271 | -- | -- | -- | -- |
| GASOLINE B.C. | 1,343 | 621 | 618 | -- | -- | -- | -- |
| LUBE OILS | 666 | 805 | 528 | 613 | 716 | 750 | 803 |
| ETHYL ALCOHOL | 120 | 593 | 21 | 41 | 43 | 1 | -- |
| STYRENE | 246 | 240 | 130 | 100 | 100 | 2 | -- |
| CAUSTIC SODA | 323 | 473 | 207 | 131 | 134 | 266 | 250 |
| ETHYLENE GLYCOL | 164 | 55 | 50 | 28 | 34 | 26 | 30 |
| AVGAS | 41 | 33 | 35 | 50 | 31 | 29 | 60 |
| BUTANONE | 13 | 3 | 40 | 5 | 5 | 6 | 1 |
| BTX | 17 | 2 | -- | -- | 1 | -- | -- |
| CYCLOHEXANE | -- | 1 | -- | -- | 3 | 1 | -- |
| BUTANOLS | 19 | 8 | 1 | 6 | -- | -- | -- |
| ACETONE | 5 | -- | -- | 10 | -- | -- | -- |
| OTHERS | 4 | -- | -- | -- | -- | -- | -- |
| | 5,241 | 3,674 | 2,330 | 989 | 1,069 | 1,081 | 1,144 |
| | | | | | | | |
| GROUP TWO COMMODITIES | | | | | | | |
| ACRYLIC ALCOHOLS | 25 | 62 | 32 | 40 | 47 | -- | -- |
| PETROLEUM WAXES | 73 | 36 | 27 | -- | -- | -- | -- |
| CYCLIC HYDROCARBONS | 34 | 10 | 2 | -- | 2 | -- | -- |
| ACIDS | 36 | 8 | 4 | -- | -- | -- | -- |
| OTHER | 80 | 63 | 36 | 19 | 18 | -- | -- |
| | 248 | 179 | 101 | 59 | 67 | -- | -- |
| | | | | | | | |
| TOTAL | 5,489 | 3,853 | 2,431 | 948 | 1,036 | 1,081 | 1,144 |
| | | | | | | | |
| LESS MTBE | (2,280) | (2,180) | (865) | (--) | (--) | (--) | (--) |
| | 3,209 | 3,093 | 2,580 | 948 | 1,036 | 1,081 | 1,144 |

SOURCE: WATERBORNE COMMERCE STATISTICS CENTER, ARMY CORPS OF ENGINEERS.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CHAPTER II

## GULF COAST REFINING SYSTEM AND PETROLEUM PRODUCTS SUPPLIED TO THE EAST COAST, MIDDLE WEST, ROCKY MOUNTAIN REGION AND WEST COAST

Chapter Two addresses PAD III refinery output and supplies sent from the Gulf Coast to other parts of the country. The PAD III refinery system consistently produces barrels in excess of local requirements and it is the major supplier of products sent to East Coast and Middle West markets that have petroleum supply deficits which are mostly covered by barrels sent from the Gulf Coast. Due to major plant expansions underway in PAD III, the slow rate of increase expected in future U.S. petroleum demand and the displacement of Gulf Coast products from the Middle West market, refineries in Texas-Louisiana-Mississippi are certain to have large product surpluses and will remain principal suppliers to the East Coast.

A.    PAD III REFINERY SYSTEM AND GULF COAST SUPPLY BALANCE.

PAD III refinery production and barrels sent from this region to other parts of the country during 2002-2010 are identified in Table 15. This schedule shows that: (1) PAD III crude oil distillation capacity expanded by 830,000 BPD over the past nine years; (2) the Gulf Coast refinery system manufactured petroleum products far in excess of (4.3 million BPD) local requirements; and (3) Gulf Coast product shipments to the Middle West fell from 1.18 million BPD in 2007 to 800,000 BPD during 2010.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

TABLE 15

SUMMARY GULF COAST REFINERY PRODUCTION, PETROLEUM CONSUMPTION AND CLEAN PRODUCT
SHIPMENTS TO OTHER PARTS OF THE COUNTRY, UNITS IN MILLION BARRELS PER DAY

REFINERY PRODUCTION

| PRODUCTION | 2002 | 2004 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| GASOLINE | 3.59 | 3.60 | 3.71 | 3.73 | 3.35 | 3.51 | 3.60 |
| DISTILLATES | 1.66 | 1.84 | 1.93 | 2.01 | 2.34 | 2.10 | 2.19 |
| JET FUEL | .77 | .78 | .75 | .73 | .65 | .69 | .72 |
| RESIDUAL OIL | .28 | .30 | .29 | .32 | .29 | .31 | .34 |
| OTHER | 1.87 | 1.99 | 1.88 | 1.87 | 1.55 | 1.73 | 1.79 |
|  | 8.17 | 8.51 | 8.56 | 8.66 | 8.18 | 8.34 | 8.64 |

| PLANT CAPACITY | | | | | | | |
|---|---|---|---|---|---|---|---|
| OPERATING | 7.72 | 8.07 | 8.08 | 8.08 | 8.34 | 8.26 | 8.50 |
| IDLE | .08 | .04 | .25 | .26 | .08 | .18 | .13 |
|  | 7.80 | 8.11 | 8.33 | 8.34 | 8.42 | 8.44 | 8.63 |

| CLEAN PRODUCTS | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRODUCTION | 6.02 | 6.22 | 6.39 | 6.47 | 6.34 | 6.32 | 6.51 |

INDIGENOUS PETROLEUM CONSUMPTION

|  | 2002 | 2004 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| GASOLINE | 1.28 | 1.34 | 1.37 | 1.40 | 1.36 | 1.41 | 1.42 |
| DISTILLATES | .66 | .67 | .71 | .74 | .76 | .71 | .80 |
| JET FUEL | .43 | .32 | .28 | .20 | .18 | .13 | .16 |
| RESIDUAL OIL | .12 | .15 | .07 | .17 | .14 | .11 | .10 |
| OTHER | 2.40 | 2.54 | 2.60 | 2.87 | 2.46 | 2.49 | 2.67 |
|  | 4.89 | 5.02 | 5.03 | 5.38 | 4.90 | 4.85 | 5.15 |

| CLEAN PRODUCTS | | | | | | | |
|---|---|---|---|---|---|---|---|
| CONSUMPTION | 2.37 | 2.33 | 2.36 | 2.35 | 2.30 | 2.25 | 2.30 |

GULF COAST CLEAN PRODUCTS PRODUCTION AND SUPPLIES SHIPPED TO OTHER REGIONS

|  | 2002 | 2004 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| LOCAL PRODUCTION | 6.02 | 6.22 | 6.39 | 6.47 | 6.34 | 6.35 | 6.51 |
| IMPORTS & INTERDISTRICT | | | | | | | |
| RECEIPTS | .22 | .29 | .18 | .20 | .22 | .18 | .20 |
| EXPORTS | (.18) | (.17) | (.29) | (.30) | (.55) | (.65) | (.85) |
|  | 6.03 | 6.34 | 6.28 | 6.37 | 6.01 | 5.88 | 5.86 |
| LOCAL USE | (2.41) | (2.33) | (2.36) | (2.35) | (2.30) | (2.25) | (2.38) |
| SURPLUS | 3.66 | 4.01 | 3.92 | 4.02 | 3.71 | 3.63 | 3.48 |

| DISTRIBUTION TO: | | | | | | | |
|---|---|---|---|---|---|---|---|
| EAST COAST | 2.40 | 2.70 | 2.58 | 2.64 | 2.48 | 2.47 | 2.55 |
| MIDDLE WEST | 1.15 | 1.20 | 1.16 | 1.18 | 1.00 | .90 | .80 |
| ROCKY MOUNTAINS | .01 | .02 | .03 | .03 | .03 | .03 | .02 |
| WEST COAST | .10 | .09 | .11 | .14 | .17 | .15 | .14 |
|  | 3.66 | 4.01 | 3.88 | 3.99 | 3.68 | 3.55 | 3.51 |

SOURCES: ENERGY INFORMATION ADMINISTRATION PETROLEUM SUPPLY AND MARKETING REPORTS

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)