# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN PETROLEUM TANKERS PARENT LLC, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:12-CV-001165-CKK |
| v. | ) ) | Notice of Filing of Administrative Record |
| The UNITED STATES OF AMERICA, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING OF VOLUME 15 OF THE ADMINISTRATIVE RECORD

Defendants hereby give notice that attached hereto is **Volume 15** of the redacted

Administrative Record in this action, which is being filed in 26 separate volumes.

Respectfully Submitted,

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

DIANE KELLEHER
Assistant Branch Director

*s/ Daniel Bensing*
DANIEL BENSING
Senior Counsel
(D.C. Bar No. 334268)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 6114
Washington D.C. 20530
Tel.: (202) 305-0693
Fax:  (202) 616-8460
Email:  Daniel.Bensing@USDOJ.gov

Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2013 I electronically filed the foregoing Notice of Filing of Volume 15 of the Administrative Record with the Clerk of the Court by using the CM/ECF system.


/s/ Daniel Bensing
DANIEL BENSING

Coastwise Product Tanker Study
April 2011
Page 22

Our estimate of gasoline production in the PAD III refinery system is different from that reported

by the Energy Information Administration. EIA records finished gasoline output and excludes plant

production of gasoline blending components (conventional blendstock for oxygenate blending-

CBOB and reformulated blendstock for oxygenate blending-RBOB) that are shipped outside the

District (by pipeline and vessel) to other PADs. When PAD III produced RBOB and CBOB are

delivered to PADs I-II-V they are mixed with ethanol and recorded as plant production in these

Districts which overstates local refinery output. We corrected this distortion by identifying PAD III

RBOB and CBOB shipments sent to other Districts and: (1) subtracting these volumes from EIA's

local gasoline plant production; and (2) adding these barrels back to PAD III gasoline production.


Most of the future growth in U.S. refining capacity will occur on the Gulf Coast due to the region's

locational advantage, sophisticated plants and extensive products pipeline infrastructure that

connects PAD III with the Middle West and East Coast. Announced plant expansions underway

support our prediction that Gulf Coast crude oil processing capacity will grow and the additional

output will exceed expected petroleum product demand requirements in PAD III, thereby increasing

shipments to the East Coast market which has a longstanding supply deficit. Refinery expansions

underway in PAD III are listed below.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Coastwise Product Tanker Study
April 2011
Page 23

REFINERY EXPANSIONS UNDERWAY IN TEXAS

| COMPANY | PLANT LOCATION | EXPECTED COMPLETION | ADDITION TO PLANT CAPACITY |
|---------|----------------|---------------------|----------------------------|
| MOTIVA | PORT ARTHUR, TX | 2012 | 325,000 BPD |
| VALERO | PORT ARTHUR, TX | 2011 | 90,000 BPD |
| TOTAL | PORT ARTHUR, TX | 2012 | 90,000 BPD |
| VALERO | MCKEE, TX | 2013 | 25,000 BPD |
| | | | 530,000 BPD |

A tabulation of changes made in PAD III refinery capacity by individual plants during 2000-2011 is presented in Table 16. In the last eleven years system crude distillation capacity increased by 1.2 million BPD with fifty-eight percent of the growth being in Texas and forty-two percent in Louisiana.

TABLE 16

CHANGES IN GULF COAST REFINERY CAPACITY, UNITS IN MILLION KBPD

| LOUISIANA | 2000 | 2011 | CHANGE |
|-----------|------|------|--------|
| XOM-BATON ROUGE | 489 | 505 | 16 |
| CITGO-L. CHARLES | 321 | 440 | 119 |
| MARATHON-GARYVILLE | 232 | 436 | 204 |
| VALERO-NORCO | 155 | 310 | 155 |
| COP-ALLIANCE | 250 | 247 | (3) |
| COP-W. LAKE | 245 | 239 | (5) |
| MOTIVA-CONVENT | 225 | 227 | 2 |
| MOTIVA-NORCO | 220 | 220 | -- |
| XOM-CHALMETTE | 182 | 193 | 11 |
| MURPHY-MERAUX | 95 | 125 | 30 |
| ALON-K. SPRINGS | 78 | 83 | 5 |
| PLACID-P. ALLEN | 48 | 55 | 7 |
| OTHERS | 164 | 140 | (24) |
| | 2,704 | 3,220 | 516 |
| | | | |
| MISSISSIPPI | | | |
| CHEVRON | 295 | 330 | 35 |
| ERGON | 24 | 23 | (1) |
| | 319 | 353 | 34 |
| | | | |
| TEXAS | | | |
| XOM-BAYTOWN | 465 | 576 | 111 |
| BP-TX CITY | 433 | 451 | 18 |
| XOM-BEAUMONT | 335 | 345 | 10 |
| SHELL-D. PARK | 274 | 330 | 56 |
| F. HILLS-C. CHRISTI | 297 | 289 | (8) |
| VALERO-P. ARTHUR | 203 | 310 | 107 |
| MOTIVA-P. ARTHUR | 235 | 285 | 50 |
| LYONDELL-HOUSTON | 269 | 269 | -- |
| COP-SWEENEY | 205 | 247 | 42 |
| TOTAL-P. ARTHUR | 175 | 232 | 57 |
| VALERO-TEXAS CITY | 152 | 245 | 93 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

TABLE 16 (Cont.)

CHANGES IN GULF COAST REFINERY CAPACITY, UNITS IN MILLION KBPD

| TEXAS | 2000 | 2011 | CHANGE |
|-------|------|------|--------|
| VALERO-C. CHRISTI | 215 | 205 | (10) |
| VALERO-SUNRAY | 146 | 170 | 24 |
| CITGO-C. CHRISTI | 157 | 157 | -- |
| WRB-BORGER | 125 | 146 | 21 |
| WESTERN-EL PASO | 90 | 125 | 35 |
| PASADENA-HSTN | 100 | 117 | 17 |
| VALERO-T. RIVERS | 90 | 100 | 10 |
| VALERO-HSTN | 73 | 90 | 17 |
| OTHERS | 217 | 294 | 77 |
| | 4,256 | 4,983 | 727 |
| | | | |
| TOTAL GULF COAST | 7,279 | 8,556 | 1,227 |

SOURCE: OIL AND GAS JOURNAL WORLDWIDE REFINING SURVEY.

Another development affecting the volume of surplus Gulf Coast product is the displacement of PAD III barrels from the Middle West market. Over the past four years, 390,000 BPD of Gulf Coast supply was backed-out of PAD II as demand declined and Middle West refinery capacity expanded. This trend is expected to continue as more processing capacity is added to the PAD II refinery system as a result of revamps made to use more Canadian syncrude.

B.    MIDDLE WEST REFINING SYSTEM AND THE PETROLEUM PRODUCT BALANCE.

During the past decade total clean products demand in PAD II experienced a modest decline, local refinery output increased and gasoline-distillate-jet fuel deliveries to the Middle West from the Gulf Coast declined from approximately 1.4 million BPD to 710,000 BPD in 2010. These supply and demand developments in PAD II are quantified in Table 17.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Coastwise Product Tanker Study
April 2011
Page 25

TABLE 17

### MIDDLE WEST PETROLEUM PRODUCT BALANCE, UNITS IN MILLION BPD

#### PAD II PETROLEUM PRODUCT DEMAND

|  | 2002 | 2004 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| GASOLINE | 2.53 | 2.61 | 2.63 | 2.62 | 2.54 | 2.52 | 2.53 |
| DISTILLATES | 1.10 | 1.21 | 1.26 | 1.25 | 1.22 | 1.08 | 1.16 |
| JET FUEL | .32 | .34 | .33 | .31 | .28 | .25 | .25 |
| RESIDUAL OIL | .05 | .05 | .06 | .05 | .04 | .03 | .02 |
|  | 4.00 | 4.21 | 4.28 | 4.23 | 4.08 | 3.88 | 3.96 |

#### PAD II SHIPMENTS TO OTHER DISTRICTS

|  | 2002 | 2004 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| GASOLINE | .08 | .08 | .08 | .08 | .08 | .08 | .09 |
| DISTILLATES | .04 | .04 | .04 | .06 | .08 | .07 | .07 |
| JET FUEL | .04 | .03 | .01 | .02 | .02 | .02 | .03 |
| RESIDUAL OIL | .01 | .01 | .01 | .01 | .01 | .02 | .02 |
|  | .17 | .16 | .14 | .17 | .19 | .19 | .21 |

#### PAD II TOTAL REQUIREMENTS

|  | 2002 | 2004 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| GASOLINE | 2.61 | 2.69 | 2.71 | 2.70 | 2.62 | 2.60 | 2.69 |
| DISTILLATES | 1.14 | 1.25 | 1.30 | 1.31 | 1.30 | 1.15 | 1.23 |
| JET FUEL | .36 | .37 | .34 | .33 | .30 | .27 | .29 |
| RESIDUAL | .06 | .06 | .07 | .06 | .05 | .05 | .04 |
|  | 4.17 | 4.37 | 4.42 | 4.40 | 4.27 | 4.07 | 4.25 |

#### PAD III DELIVERIES TO PAD II

|  | 2002 | 2004 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| GASOLINE | .72 | .74 | .69 | .68 | .61 | .60 | .52 |
| DISTILLATES | .29 | .36 | .32 | .36 | .28 | .24 | .23 |
| JET FUEL | .15 | .15 | .13 | .14 | .10 | .06 | .06 |
| RESIDUAL | -- | -- | -- | -- | -- | -- | -- |
|  | 1.16 | 1.25 | 1.11 | 1.18 | .99 | .90 | .81 |

#### PAD II REFINERY PRODUCTION

|  | 2002 | 2004 | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|---|
| GASOLINE | 1.89 | 1.95 | 2.02 | 2.02 | 2.01 | 2.00 | 2.18 |
| DISTILLATES | .85 | .89 | .98 | .95 | 1.02 | .91 | .96 |
| JET FUEL | .21 | .22 | .21 | .19 | .20 | .21 | .22 |
| RESIDUAL | .06 | .06 | .07 | .06 | .05 | .05 | .04 |
|  | 3.01 | 3.12 | 3.28 | 3.22 | 3.28 | 3.17 | 3.40 |

SOURCE: ENERGY INFORMATION ADMINISTRATION, PETROLEUM SUPPLY ANNUAL REPORTS.

We predict that supply trends underway in the Middle West during the past decade and the displacement of Gulf Coast barrels will continue into the foreseeable future due to the following factors.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

First, future petroleum demand growth in the Middle West will be minimal due to the enactment of stringent federal fuel efficiency standards that govern miles per gallon realized by new cars and trucks. Moreover, regional economic activity is forecast to be below historic levels and high oil prices will depress petroleum consumption as users preferentially shift more of their fuel requirements to cheaper natural gas.

Second, major plant modifications are being made to PAD II refineries by BP, COP and Marathon that will increase clean products output by approximately 290,000 BPD which is equivalent to seven percent of the Middle West's consumption of gasoline-distillates-jet fuel. In addition, increased output of ethanol and biodiesel is likely to further augment future PAD II products supply.

Third, we predict that Canadian crude oil will continue to be sold at discounted prices to Middle West refineries. This raw material cost advantage will result in the PAD II refinery system operating at higher rates of utilization than plants in PAD III, thereby displacing more Gulf Coast barrels from the Middle West.

Fourth, the conjunctive effect of rising PAD II refinery output and flat products demand will result in the additional displacement of Gulf Coast barrels from the Middle West market. Backed out Gulf Coast barrels will then augment surplus clean products in PAD III that must find markets elsewhere.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Coastwise Product Tanker Study
April 2011
Page 27

| PLANT | OWNER | COMPLETION | MODIFICATION | BPD ADDITIONAL CLEAN PRODUCTS |
|---|---|---|---|---|
| WOOD RIVER, IL | COP/ENCANADA | 2012 | CANADIAN H. OIL & COKERS | 80,000 |
| WHITING, IL | BP | 2012 | CANADIAN H. OIL & COKERS | 100,000 |
| DETROIT, MI | MARATHON | 2012 | CANADIAN H. OIL & COKERS | 30,000 |
| TOLEDO, OH | BP/HUSKY | 2015 | CANADIAN H. OIL & COKERS | 80,000 |
| MANDAN, ND | TESORO | 2013 | CRUDE DISTILLATION | 10,000 |
| | | | | 300,000 |

PLANT MODIFICATIONS AND EXPANSIONS UNDERWAY IN PAD II

Refineries located in the Middle West and capacity changes that occurred during 2000-2011 are

presented in Table 31. Plant expansions during the last decade (183,000 BPD) are equal to sixty-one

percent of the expansions (300,000 BPD) that will occur over the next five years.

TABLE 18

CHANGES IN MIDDLE WEST REFINERY CRUDE OIL DISTILLATION CAPACITY,
UNITS IN MILLION KBPD

**ILLINOIS**

| | 2000 | 2011 | CHANGE |
|---|---|---|---|
| COP | 286 | 306 | 20 |
| XOM | 235 | 238 | 3 |
| MAR | 192 | 204 | 12 |
| PDV | 158 | 159 | 1 |
| OTHERS | 68 | -- | (68) |
| | 939 | 907 | (32) |

**OHIO**

| | 2000 | 2011 | CHANGE |
|---|---|---|---|
| PBF | 140 | 170 | 30 |
| HUSKY | 165 | 162 | (3) |
| BP | 152 | 152 | -- |
| MAR | 73 | 78 | 5 |
| | 530 | 562 | 32 |

**OKLAHOMA**

| | 2000 | 2011 | CHANGE |
|---|---|---|---|
| COP | 174 | 187 | 13 |
| VALERO | 85 | 92 | 7 |
| HOLLY | 85 | 85 | -- |
| SINCLAIR | 50 | 75 | 25 |
| WYNN. RFG | 45 | 53 | 8 |
| | 439 | 492 | 53 |

**MINNESOTA**

| | 2000 | 2011 | CHANGE |
|---|---|---|---|
| FLINT HILL | 290 | 323 | 33 |
| MAR | 70 | 74 | 4 |
| | 360 | 397 | 37 |

**KANSAS**

| | 2000 | 2011 | CHANGE |
|---|---|---|---|
| FRONTIER | 105 | 135 | 30 |
| COFFEYVILLE | 95 | 120 | 25 |
| NCRA | 79 | 83 | 4 |
| | 279 | 338 | 59 |

**KENTUCKY**

| | 2000 | 2011 | CHANGE |
|---|---|---|---|
| MAR | 222 | 226 | 4 |
| SOMERSET | 6 | 6 | -- |
| | 228 | 232 | 4 |

**TENNESSEE**

| | 2000 | 2011 | CHANGE |
|---|---|---|---|
| VALERO | 175 | 195 | 20 |

**MICHIGAN**

| | 2000 | 2011 | CHANGE |
|---|---|---|---|
| MAR | 74 | 106 | 32 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Coastwise Product Tanker Study
April 2011
Page 28

TABLE 18 (Cont.)

CHANGES IN MIDDLE WEST REFINERY CRUDE OIL DISTILLATION CAPACITY,
UNITS IN MILLION KBPD

| INDIANA | | | | NORTH DAKOTA | | | |
|---|---|---|---|---|---|---|---|
| | 2000 | 2011 | CHANGE | | 2000 | 2011 | CHANGE |
| BP | 410 | 385 | (25) | TESORO | 58 | 58 | -- |
| COUNTRYMARK | 24 | 27 | 3 | | | | |
| | 434 | 412 | (22) | | | | |

| WISCONSIN | | | | TOTAL | | | |
|---|---|---|---|---|---|---|---|
| | 2000 | 2011 | CHANGE | | 2000 | 2011 | CHANGE |
| MURPHY | 33 | 33 | -- | PAD II | 3,549 | 3,732 | 183 |

SOURCES:   ENERGY INFORMATION ADMINISTRATION, PETROLEUM SUPPLY ANNUAL REPORTS, THE OIL
AND GAS JOURNAL AND PETROLEUM COMPANY FINANCIAL REPORTS.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Coastwise Product Tanker Study
April 2011
Page 29

## CHAPTER III

### WEST COAST (PAD V) PETROLEUM BALANCE 2002-2010.

Approximately 20 percent of the Jones Act product tanker/ATB fleet (18 vessels) with unit capacities above 16,000 DWT is employed on the West Coast. These vessels are principally engaged in product service and several transport Alaska crude oil for Tesoro and Exxon Mobil. Pursuant to this trade, Chapter Three addresses the West Coast petroleum balance in terms of: (A) product supply/demand; (B) intra regional marine movements; and (C) shipments pipelined to PAD V from the Gulf Coast. The West Coast (California, Arizona, Nevada, Oregon, Washington, Alaska and Hawaii) is mostly self-sufficient in refining capacity. Particulars of the PAD V petroleum supply balance are quantified in Table 19. Due to high product prices and a recession, West Coast refinery output declined from 3.1 million BPD in 2007 to 2.7 million BPD during 2010.

Jones Act product movements on the West Coast include:

- Gasoline-distillates-jet fuel sent from refineries in Puget Sound and San Francisco to Los Angeles.

- Waterborne product movements from PAD V refineries to markets not served by pipelines.

- Intra-regional shipments of intermediate products sent from less sophisticated to more sophisticated refineries where these supplies are upgraded into gasoline.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

TABLE 19

SUMMARY PAD V REFINERY PRODUCTION, RECEIPTS FROM OTHER DISTRICTS, IMPORTS AND PRODUCT
EXPORTS 2002-2010, UNITS IN MILLION BARRELS PER DAY

| REFINERY OUTPUT | 2002 | 2004 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|
| GASOLINE | 1.46 | 1.49 | 1.46 | 1.47 | 1.47 | 1.46 |
| DISTILLATES | .50 | .51 | .54 | .57 | .49 | .50 |
| JET FUEL | .42 | .43 | .40 | .46 | .40 | .39 |
| RESIDUAL | .16 | .16 | .16 | .15 | .13 | .12 |
| OTHER | .40 | .39 | .53 | .40 | .35 | .41 |
| | 2.94 | 2.98 | 3.09 | 3.05 | 2.84 | 2.88 |
| | | | | | | |
| PLANT CAPACITY | 3.16 | 3.16 | 3.19 | 3.20 | 3.22 | 3.22 |
| | | | | | | |
| RECEIPTS FROM PAD III & IV | | | | | | |
| GASOLINE | .12 | .15 | .14 | .15 | .14 | .10 |
| DISTILLATES | .02 | .02 | .03 | .04 | .03 | .03 |
| JET FUEL | .01 | .01 | .01 | .01 | .01 | .01 |
| | .15 | .18 | .18 | .20 | .18 | .14 |
| | | | | | | |
| IMPORTS | | | | | | |
| GASOLINE | .03 | .06 | .10 | .02 | .05 | .04 |
| DISTILLATES | -- | .02 | .03 | -- | .01 | .01 |
| JET FUEL | .06 | .07 | .12 | .03 | .03 | .04 |
| RESIDUAL | .02 | .03 | .03 | .03 | .04 | .06 |
| OTHER | .12 | .06 | .09 | .10 | .07 | .05 |
| | .23 | .24 | .37 | .18 | .20 | .20 |
| | | | | | | |
| EXPORTS | | | | | | |
| GASOLINE | (.01) | (.01) | -- | (.03) | (.03) | (.04) |
| DISTILLATES | (.03) | (.04) | (.04) | (.10) | (.07) | (.05) |
| RESIDUAL | (.04) | (.04) | (.04) | (.03) | (.03) | (.02) |
| OTHER | (.14) | (.12) | (.12) | (.11) | (.14) | (.14) |
| | (.22) | (.21) | (.20) | (.27) | (.27) | (.25) |
| | | | | | | |
| NET SUPPLY | | | | | | |
| GASOLINE | 1.60 | 1.69 | 1.70 | 1.61 | 1.63 | 1.56 |
| DISTILLATES | .49 | .51 | .56 | .51 | .46 | .49 |
| JET FUEL | .49 | .51 | .53 | .50 | .44 | .44 |
| RESIDUAL | .14 | .15 | .15 | .15 | .14 | .16 |
| OTHER | .38 | .33 | .50 | .30 | .28 | .25 |
| | 3.10 | 3.19 | 3.44 | 3.07 | 2.95 | 2.90 |

SOURCES:   ENERGY INFORMATION ADMINISTRATION PETROLEUM SUPPLY ANNUAL REPORTS

A.   SUPPLY DEVELOPMENTS.

West Coast refinery capacity experienced moderate growth during the last ten years and was rated

at 3.2 million BPD at the end of 2010. Investments were made in destructive processing capacity

that increased clean products yield from 81 percent of refinery output in 2002 to 83 percent by 2010.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Changes in West Coast refinery capacity by plant during 2000-2011 are identified in Table 20.

TABLE 20

| CHANGES IN WEST COAST CRUDE OIL REFINERY CAPACITY, UNITS IN THOUSAND BPD | | | |
|---|---|---|---|
| CALIFORNIA | 2000 | 2011 | CHANGE |
| CHEVRON-EL SEGUNDO | 260 | 280 | 20 |
| CHEVRON-RICHMOND | 225 | 245 | 20 |
| BP-CARSON | 255 | 265 | 10 |
| SHELL-MARTINEZ | 155 | 160 | 5 |
| TESORO-WILMINGTON | 90 | 100 | 10 |
| COP-CARSON | 125 | 140 | 15 |
| COP-RODEO | 114 | 120 | 6 |
| TESORO-AVON | 156 | 166 | 10 |
| VALERO-BENICIA | 130 | 170 | 40 |
| VALERO-WILMINGTON | 72 | 80 | 8 |
| XOM-TORRANCE | 130 | 150 | 20 |
| OTHERS | 193 | 210 | 17 |
|  | 1,905 | 2,886 | 181 |
| WASHINGTON |  |  |  |
| BP-CHERRY POINT | 203 | 225 | 22 |
| SHELL | 142 | 145 | 3 |
| TESORO | 108 | 120 | 12 |
| COP | 89 | 100 | 11 |
| U.S. OIL | 40 | 40 | -- |
|  | 582 | 630 | 48 |
| ALASKA |  |  |  |
| FLINT HILLS | 197 | 215 | 18 |
| TESORO | 72 | 72 | -- |
| PETROSTAR | 52 | 19 | (33) |
| BP | 29 | 13 | (16) |
|  | 350 | 319 | (31) |
| HAWAII |  |  |  |
| TESORO | 94 | 94 | -- |
| CHEVRON | 54 | 54 | -- |
|  | 148 | 148 | -- |
| TOTAL | 2,985 | 3,183 | 198 |

SOURCE: ENERGY INFORMATION ADMINISTRATION, PETROLEUM SUPPLY ANNUAL REPORTS & THE OIL AND GAS JOURNAL

California accounts for 60 percent of petroleum consumption in PAD V and a long-standing supply deficit exists in Los Angeles-San Diego region which is principally covered by coastwise product deliveries (approximately 150,000 BPD) shipped from Puget Sound and San Francisco.

Refineries in San Francisco and Los Angeles also supply gasoline-distillates-jet fuel by pipeline (approximately 150,000 BPD) to Arizona and Nevada. The remainder of clean products supply in

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Arizona and Nevada (140,000 BPD) is delivered by pipeline from Texas.  With Longhorn Pipeline

being converted to crude oil service we expect that the volume of clean products supplied to Arizona

from Texas will decline from 140,000 BPD to 80,000 BPD.  The deficit in Arizona will be covered

by additional pipeline deliveries from California which should increase waterborne product

shipments from Puget Sound and San Francisco to Long Beach.  Clean products use by states in

PAD V during 2000-2010 are identified in Table 21.

TABLE 21

| STATE PETROLEUM CONSUMPTION IN PAD V, UNITS IN MILLION BARRELS PER DAY | | | | | | | |
|---|---|---|---|---|---|---|---|
| GASOLINE | 2000 | 2002 | 2003 | 2004 | 2007 | 2008 | 2009 | 2010 |
| CA-AZ-NV | 1.12 | 1.20 | 1.22 | 1.22 | 1.28 | 1.19 | 1.20 | 1.18 |
| WA-OR | .27 | .29 | .29 | .30 | .29 | .27 | .29 | .27 |
| AK-HI | .04 | .04 | .04 | .05 | .05 | .05 | .05 | .05 |
|  | 1.43 | 1.53 | 1.55 | 1.57 | 1.62 | 1.51 | 1.54 | 1.50 |
| JET FUEL |  |  |  |  |  |  |  |  |
| CA-AZ-NV | .32 | .33 | .33 | .33 | .30 | .28 | .26 | .23 |
| WA-OR | .07 | .07 | .07 | .07 | .07 | .06 | .06 | .06 |
| AK-HI | .06 | .08 | .08 | .10 | .12 | .10 | .09 | .09 |
|  | .45 | .48 | .48 | .50 | .49 | .44 | .41 | .38 |
| DISTILLATES |  |  |  |  |  |  |  |  |
| CA-AZ-NV | .31 | .30 | .33 | .32 | .36 | .34 | .33 | .31 |
| WA-OR | .13 | .12 | .13 | .12 | .14 | .13 | .12 | .11 |
| AK-HI | .04 | .04 | .04 | .04 | .04 | .04 | .03 | .03 |
|  | .48 | .46 | .50 | .48 | .54 | .51 | .48 | .45 |
| TOTAL |  |  |  |  |  |  |  |  |
| CA-AZ-NV | 1.75 | 1.83 | 1.88 | 1.87 | 1.96 | 1.81 | 1.79 | 1.72 |
| WA-OR | .47 | .48 | .49 | .49 | .51 | .46 | .47 | .44 |
| AK-HI | .14 | .16 | .16 | .19 | .21 | .19 | .17 | .17 |
|  | 2.36 | 2.47 | 2.53 | 2.55 | 2.62 | 2.46 | 2.43 | 2.33 |

SOURCES:  ENERGY INFORMATION ADMINISTRATION STATE ENERGY DATA REPORTS
          ENERGY INFORMATION ADMINISTRATION PETROLEUM MARKETING REPORTS

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

B. OCEANGOING PETROLEUM PRODUCT MOVEMENTS IN THE WEST COAST TRADE
AND SHIPMENTS FROM THE GULF COAST.

During 2011, eleven tankers and seven ATBs were deployed in intra West Coast service. These
vessels are identified in Table 22. Due to overall reduction in petroleum product shipments from
Puget Sound and San Francisco to Los Angeles, Long Beach this fleet has been reduced in size and
continues to be overtonnaged.

TABLE 22

TANKERS AND LARGE OCEANGOING BARGES EMPLOYED IN WEST COAST PRODUCTS SERVICE
FIRST QUARTER 2011 WITH CAPACITIES ABOVE 16,000 DWT

| VESSEL | TYPE | KDWT | USED BY | OWNER-OPERATOR |
|--------|------|------|---------|----------------|
| G. STATE | SHIP | 46 | BP | CROWLEY |
| L. BEACH | SHIP | 46 | BP | OSG |
| L. ANGELES | SHIP | 46 | BP | OSG |
| BOSTON | SHIP | 46 | TESORO | OSG |
| NIKISKI | SHIP | 46 | TESORO | OSG |
| MARTINEZ | SHIP | 46 | TESORO | OSG |
| O. VOYAGER | SHIP | 46 | CHEVRON | CHEVRON |
| C. VOYAGER* | SHIP | 46 | CHEVRON | CHEVRON |
| M. VOYAGER | SHIP | 46 | CHEVRON | CHEVRON |
| A. PROGRESS** | SHIP | 46 | EXXON | EXXON |
| WA VOYAGER | SHIP | 39 | CHEVRON | CHEVRON |
| 650-2 | ATB | 27 | SPOT | CROWLEY |
| 650-6 | ATB | 27 | BP | CROWLEY |
| 550-1 | ATB | 20 | SHELL | CROWLEY |
| 550-2 | ATB | 20 | COP | CROWLEY |
| 550-3 | ATB | 20 | LAY-UP | CROWLEY |
| 550-4 | ATB | 20 | SHELL | CROWLEY |
| PRODUCER | ATB | 20 | SHELL | USS |
| | | 653 | | |

*    OPERATING IN GULF/WEST COAST SERVICE.
**   OPERATING IN ALASKA CRUDE OIL SERVICE.

Chevron has 4 ships in West Coast service. One tanker carries products from their Richmond (San
Francisco) refinery to Portland. A second ship transports clean products from their Richmond
refinery to Long Beach. The third tanker moves cargos from Richmond and El Segundo to Hawaii
and carries vacuum gas oil back from their Barbers Point refinery (in Oahu) to California for
upgrading into gasoline at Chevron's San Francisco plant. The fourth ship transports black oil from

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

their San Francisco refinery (Richmond) to their El Segundo refinery in Southern California.

Tesoro operates 3 tankers in the West Coast trade. Two ships transport crude oil from Valdez and Cook Inlet to company refineries in Nikiski (Alaska) and Anacortes (Washington). The other ship moves petroleum products from the company's Anacortes and San Francisco refineries to Los Angeles.

British Petroleum employs 3 ships and 1 ATB on the West Coast. These vessels transport clean products from the company's Cherry Point refinery in Washington State to Long Beach, California.

Shell operates 3 ATBs on the West Coast. Clean products are transported from Shell's Puget Sound (Anacortes) and San Francisco (Martinez) refineries to Long Beach, California. Products shipped in the coastwise trade during 2002-2009 are quantified in Table 23.

The volume of petroleum products transported in the intra West Coast trade during the 2002-2010 interval is quantified in Table 23. As was noted in Table 21, the decline in PAD V petroleum consumption was especially sharp in California due to the state's high unemployment rate and sharply rising fuel prices. Because waterborne shipments from Puget Sound and San Francisco constitute the most costly external supplies delivered to Southern California, they absorbed a disproportionate share of the decline in petroleum demand.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Coastwise Product Tanker Study
April 2011
Page 35

TABLE 23

PETROLEUM PRODUCTS TRANSPORTED IN THE PRINCIPAL WEST COAST OCEANGOING TRADES,
UNITS IN THOUSAND BARRELS PER DAY

| FROM PUGET SOUND TO: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 |
| AK & HI | 21 | 3 | 4 | 4 | 1 | 3 | 5 | 8 | 5 |
| PORTLAND | 59 | 45 | 40 | 40 | 38 | 41 | 42 | 40 | 40 |
| LONG BEACH | 48 | 62 | 69 | 66 | 86 | 100 | 125 | 120 | 70 |
| | 148 | 110 | 113 | 110 | 125 | 144 | 172 | 168 | 115 |

| FROM SAN FRANCISCO TO: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 |
| WA-AK-HI | 12 | 10 | 12 | 10 | 11 | 20 | 25 | 30 | 30 |
| PORTLAND | 42 | 36 | 35 | 28 | 35 | 38 | 40 | 40 | 40 |
| LONG BEACH | 47 | 63 | 56 | 61 | 88 | 100 | 120 | 130 | 50 |
| | 101 | 109 | 103 | 99 | 134 | 158 | 165 | 200 | 120 |

| TOTAL SHIPMENTS FROM: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 |
| PUGET SOUND | 148 | 110 | 113 | 110 | 125 | 144 | 172 | 168 | 115 |
| SAN FRANCISCO | 101 | 109 | 103 | 99 | 134 | 158 | 185 | 200 | 120 |
| | 249 | 219 | 216 | 209 | 259 | 302 | 357 | 368 | 235 |

| TOTAL SHIPMENTS TO: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 |
| AK & HI | 33 | 13 | 16 | 14 | 12 | 23 | 30 | 38 | 35 |
| PORTLAND | 101 | 81 | 75 | 68 | 73 | 79 | 82 | 80 | 80 |
| LONG BEACH | 115 | 125 | 125 | 137 | 174 | 200 | 245 | 250 | 120 |
| | 249 | 219 | 216 | 219 | 259 | 302 | 357 | 368 | 235 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CHAPTER IV

## FUTURE U.S. PETROLEUM DEMAND, OUTPUT FROM
## THE DOMESTIC REFINING SYSTEM AND PRODUCT IMPORTS

Chapter Four estimates future U.S. petroleum use, output from domestic refineries, interdistrict shipments, supply deficits and the requirement for clean product imports. The purpose of this analysis is to determine whether the volume of domestic clean products available for shipment in the coastwise trade is likely to undergo a material change over the next ten years. Since the mid-1990s, there was a moderate ongoing reduction in coastwise product shipments caused by growing gasoline imports to the East Coast. However, due to atypical developments now underway in U.S. oil downstream sector it is unlikely that these historical trends will continue. Expectations are that future growth in domestic petroleum demand will be much slower than in the past and expanding PAD III refinery capacity and system output will displace product imports in South Atlantic/Northeast markets. This development in turn will result in increased coastwise shipments and additional tonnage employment in the Jones Act products trade. Underpinnings of our assessment are sevenfold.

First, enactment of new federal automotive fuel efficiency requirements will increase vehicle miles per gallon and this will stabilize (if not reduce) future U.S. gasoline consumption as highway traffic continues to grow.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Second, ethanol blends in gasoline are expected to increase due to federal mandates that require greater use of renewable fuels.  However, future ethanol use will be less than predicted by government authorities due to constraints in transportation and terminal systems employed to bring it to market.  The singular exception to this generalization is the Middle West (PAD II) where ethanol use is likely to grow (e.g. E-85) due to the proximity of ethanol plants to breakout terminals in end markets.

Third, additional highway diesel fuel use will more than offset the volumetric decline in gasoline consumption.  This is forecast to result as diesel powered pickup trucks capture at least half of this market which is now dominated by gasoline engines.  Due to this development we expect total domestic distillate oil demand will grow from 3.8 million BPD in 2009 to approximately 5.3 million BPD by 2025.

Fourth, due to the worldwide depletion of low cost crude oil reserves crude oil prices and petroleum product prices are forecast to remain high over the next twenty years.

Fifth, major refinery expansions underway on the Gulf Coast and increased production from these system additions will be marketed outside PAD III where constrained pipeline capacity to the Northeast will force additional barrels into the coastwise trade.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

<u>Sixth</u>, additional Gulf Coast petroleum products will be displaced from the Middle West market as:

(1) the indigenous refinery system is modified/expanded to process more Canadian syncrude; and

(2) ethanol use is increased in the local gasoline supply.  The upshot of these two developments is

that displacement of Gulf Coast barrels from the Middle West market will grow and augment the

PAD III product surplus that must find outlets in other parts of the country.


<u>Seventh,</u> the consequence of more Gulf Coast products being delivered to the Northeast will depress

Middle Atlantic refinery processing margins and cause additional plants to be shut down in PAD IB.


A counterpoint to EIA's forecast reduction in the rate of increase in future domestic petroleum use

is the expansion in U.S. oil refining capacity which is underway.  During 2000-2010, U.S. crude oil

distillation capacity grew from 16.5 to 17.5 million BPD with most of this increase occurring in PAD

III.  These changes are quantified in Table 24.

TABLE 24

U.S. OIL REFINERY CRUDE DISTILLATION CAPACITY BY PAD REGION,
UNITS IN MILLION BARRELS PER DAY

| PAD* REGION | 00 | 02 | 04 | 08 | 09 | 10 | CHANGE 00-10 |
|---|---|---|---|---|---|---|---|
| I | 1.69 | 1.72 | 1.74 | 1.72 | 1.37 | 1.30 | (.39) |
| II | 3.62 | 3.59 | 3.53 | 3.66 | 3.67 | 3.72 | .10 |
| III | 7.55 | 7.78 | 7.90 | 8.42 | 8.42 | 8.63 | 1.08 |
| IV | .54 | .58 | .58 | .60 | .60 | .67 | .13 |
| V | 3.10 | 3.13 | 3.16 | 3.20 | 3.20 | 3.22 | .12 |
| | 16.50 | 16.80 | 16.91 | 17.60 | 17.26 | 17.54 | 1.04 |

SOURCES:  ENERGY INFORMATION ADMINISTRATION PETROLEUM SUPPLY ANNUAL REPORTS AND OIL AND
GAS JOURNAL.

* PAD I-EAST COAST
  PAD II-MIDDLE WEST
  PAD III-GULF COAST
  PAD IV-ROCKY MOUNTAINS
  PAD V-WEST COAST

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Coastwise Product Tanker Study
April 2011
Page 39

EIA's resolution to future growth in domestic refining capacity and a slowdown in U.S. petroleum demand is threefold. First, is a reduction in petroleum product imports. Second, is a material decline in the rate of U.S. refinery operations. Third, is continued expansion in domestic refining capacity. EIA estimates are summarized below. While we believe a decline in U.S. petroleum product imports will occur (due to increased domestic refinery output), EIA's prediction of other developments in the domestic refining sector are unrealistic and discussed below.

EIA REFERENCE CASE DOMESTIC DOWNSTREAM SCENARIO

| | REFINERY DISTILLATION CAPACITY MILLION BPD | REFINERY CAPACITY UTILIZATION RATE % | PETROLEUM PRODUCT IMPORTS MILLION BPD |
|---|---|---|---|
| 07 | 17.4 | 89 | 2.1 |
| 10 | 18.0 | 79 | 1.6 |
| 15 | 18.2 | 78 | 1.7 |
| 20 | 18.2 | 77 | 1.4 |
| 25 | 18.5 | 76 | 1.3 |
| 30 | 18.6 | 78 | 1.4 |

SOURCE: EIA ANNUAL ENERGY OUTLOOK 2010.

## A.  FORECAST PETROLEUM DEMAND.

The U.S. Energy Information Administration's 2011 reference case estimate of future domestic petroleum demand is indicative of new predictions. In prior years, it was expected overall U.S. petroleum demand would grow at the rate of approximately one percent a year with the consumption of some products increasing more rapidly than others. EIA's 2011 forecast is presented in Table 25 with the long term demand for transportation fuels forecast to increase by half of one percent annually over the next 23 years. However, much of this increase is predicted to be in ethanol based (E85) gasoline. In contrast to these previous estimate, EIA is now expressing a more positive

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

outlook in future conventional gasoline-distillates-jet fuel requirements with none of these products

expected to experience a decline in the foreseeable future.

TABLE 25

U.S. ENERGY INFORMATION ADMINISTRATION REFERENCE CASE ESTIMATE OF FUTURE
DOMESTIC LIQUID FUEL USE 2008-2030, UNITS IN MILLION BARRELS PER DAY

| PRODUCT | BY FUEL | | | | | ANNUAL GROWTH % |
| | 08 | 15 | 20 | 25 | 30 | 08-30 |
|---|---|---|---|---|---|---|
| GASOLINE | 9.0 | 9.1 | 9.0 | 9.1 | 9.1 | NONE |
| E85[1] | -- | .2 | .6 | 1.2 | 1.9 | 23.0 |
| DISTILLATES | 3.9 | 4.0 | 4.5 | 5.0 | 5.3 | 1.3 |
| JET FUEL | 1.5 | 1.6 | 1.7 | 1.8 | 1.9 | 1.1 |
| HFO | .6 | .6 | .6 | .6 | .6 | NONE |
| OTHER | 4.4 | 4.4 | 4.2 | 3.5 | 2.8 | (1.0) |
| | 19.4 | 19.9 | 20.6 | 21.2 | 21.6 | 0.5 |

SOURCE: EIA ANNUAL ENERGY OUTLOOK 2011.

[1] 85 PERCENT ETHANOL AND 15 PERCENT GASOLINE BLEND.

As noted, petroleum product demand growth is predicted to be in distillates and jet fuel with their

future use forecast to increase at approximately one percent a year.  For planning purposes, we

consider intermediate term estimates more useful than longer term forecasts whose predictions are

usually undermined by unforeseen economic developments and changes in government policy.  Our

regional petroleum demand estimates are presented in Table 26.  Forecast regional product use serves

as a baseline from which future supply balances for PADs I-II-III are calculated in Section IVB.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

TABLE 26

FORECAST REGIONAL PETROLEUM PRODUCT DEMAND, UNITS IN MILLION BPD

| EAST COAST-PAD I | 07 | 10 | 15 | 20 | 25 |
|---|---|---|---|---|---|
| GASOLINE | 3.3 | 3.2 | 3.3 | 3.3 | 3.3 |
| DISTILLATES | 1.5 | 1.2 | 1.6 | 1.6 | 1.8 |
| JET FUEL | .6 | .6 | .6 | .6 | .6 |
| HFO | .5 | .3 | .5 | .5 | .5 |
| OTHER | .5 | .3 | .3 | .3 | .3 |
| | 6.4 | 5.6 | 6.3 | 6.3 | 6.5 |
| | | | | | |
| MIDDLE WEST-PAD II | | | | | |
| GASOLINE | 2.6 | 2.5 | 2.6 | 2.6 | 2.6 |
| DISTILLATES | 1.2 | 1.1 | 1.2 | 1.2 | 1.3 |
| JET FUEL | .3 | .3 | .3 | .3 | .3 |
| OTHER | .8 | .6 | .6 | .5 | .5 |
| | 4.9 | 4.5 | 4.7 | 4.6 | 4.7 |
| | | | | | |
| GULF COAST-PAD III | | | | | |
| GASOLINE | 1.5 | 1.4 | 1.5 | 1.5 | 1.5 |
| DISTILLATES | .8 | .8 | .9 | 1.0 | 1.2 |
| JET FUEL | .2 | .2 | .2 | .2 | .2 |
| HFO | .1 | .1 | .1 | .1 | .1 |
| OTHER | 3.3 | 2.6 | 3.1 | 2.9 | 3.0 |
| | 5.9 | 5.1 | 5.8 | 5.7 | 6.0 |
| | | | | | |
| ROCKY MOUNTAINS-PAD IV | | | | | |
| GASOLINE | .3 | .3 | .3 | .3 | .3 |
| DISTILLATES | .2 | .2 | .2 | .2 | .2 |
| JET FUEL | .1 | .1 | .1 | .1 | .1 |
| OTHER | .1 | .1 | .1 | .1 | .1 |
| | .7 | .7 | .7 | .7 | .7 |
| | | | | | |
| WEST COAST-PAD V | | | | | |
| GASOLINE | 1.6 | 1.6 | 1.6 | 1.6 | 1.6 |
| DISTILLATES | .5 | .5 | .6 | .6 | .8 |
| JET FUEL | .5 | .4 | .5 | .5 | .6 |
| HFO | .1 | .1 | .1 | .1 | .1 |
| OTHER | .3 | .3 | .2 | .2 | .2 |
| | 3.0 | 2.9 | 3.0 | 3.0 | 3.3 |
| TOTAL | | | | | |
| GASOLINE | 9.3 | 9.0 | 9.3 | 9.3 | 9.3 |
| DISTILLATES | 4.2 | 3.8 | 4.5 | 4.6 | 5.3 |
| JET FUEL | 1.7 | 1.6 | 1.7 | 1.7 | 1.8 |
| HFO | .7 | .5 | .7 | .7 | .7 |
| OTHER | 5.0 | 3.9 | 4.3 | 4.0 | 4.1 |
| | 20.9 | 18.8 | 20.5 | 20.2 | 21.2 |

B.   ESTIMATED INTERDISTRICT SHIPMENTS OF CLEAN PRODUCTS.

Interdistrict shipments of clean products are predicted employing subset analysis of future refinery

output, pipeline movements, coastwise shipments and imports.  Within interior markets (Middle

West-South Atlantic States-Rocky Mountains) supply shortfalls will be covered by pipeline

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

shipments sent from refineries in PAD III.  Gulf Coast barrels available for coastwise shipments are those that remain after local product requirements are covered and pipeline deliveries are made to other parts of the country.  The remaining Gulf Coast surplus is then allocated to oceangoing deliveries made to markets that generate the best netbacks to PAD III refineries.  Remaining supply deficits on the East Coast and West Coast are assumed to be covered by product imports.  Our estimate of the domestic clean product supply balance during the 2010-2020 interval is presented in Table 27.

The principal assumption in our forecast is that additional production from Gulf Coast refinery expansions will create increased surplus supplies in PAD III that will be principally shipped to the East Coast.  Moreover, this PAD III surplus will be further augmented by the displacement of Gulf Coast barrels from the Middle West market as output from the PAD II refinery system expands due to increased indigenous plant capacity.  Additional Gulf Coast barrels delivered to PAD I markets are expected to be influenced by the following factors.

First, some additional Gulf Coast supply will be pipelined to markets outside PAD III.  However, increased pipeline deliveries to the East Coast will be limited by several factors.  Within the South Atlantic region, spare pipeline capacity was eliminated when Marathon entered into a contract with Plantation Pipeline to transport increased output from their expanded Garyville refinery (430,000 BPD capacity) to East Coast markets south of Washington, D.C.  Material growth in pipeline shipments to the South Atlantic States will now depend on Colonial Pipeline making a major trunkline expansion between Baton Rouge and Atlanta.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Furthermore, Gulf Coast pipeline shipments to the Northeast are restricted by capacity constraints that govern Colonial Pipeline operations above North Carolina. In March 2011, the Colonial Pipleine announced their plant to increase system capacity from Baltimore to Linden, New Jersey by 100,000 BPD. This expansion will be completed in the summer of 2011 and accomplished by: (1) reactivating a mothballed pumping station on the system; and (2) adding drag reducing agents to the gasoline shipments.

Second, we also expect some of the increased Gulf Coast clean products output will be sold in Florida and the South Atlantic Coast region where these cargos will displace imports. Thus far, imports absorbed a disproportionate share of demand reductions in Florida and cross-Gulf shipments have remained intact, albeit lower shipment volumes. Gulf Coast refineries accept lower netbacks on Florida sales because: (a) they strive to achieve maximum output volumes needed to pay for system expansions; and (b) their systems are more profitable than offshore plants that supply the coastal region of PAD I. This allows them to absorb reduced product realizations on East Coast sales.

Third, the net effect of these developments is that additional Gulf Coast barrels will be transported in the coastwise trade to East Coast markets not served by pipelines due to capacity constraints on overland systems.

Fourth, we believe that a significant portion of the low sulfur heating oil requirement in the Northeast will be covered by Gulf Coast refineries since Middle Atlantic plants are unlikely to make

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Coastwise Product Tanker Study
April 2011
Page 44

the investments needed to produce this product.

TABLE 27

FORECAST DOMESTIC CLEAN PRODUCT SUPPLY BALANCES,
UNITS IN MILLION BARRELS PER DAY

| NORTHEAST | 10 | 12 | 14 | 16 | 18 | 20 |
|---|---|---|---|---|---|---|
| L. REFINERY | 1.1 | .9 | .9 | .9 | .9 | .9 |
| G. COAST PL | .7 | .8 | .8 | .8 | .8 | .8 |
| IMPORTS | .9 | 1.0 | 1.1 | 1.1 | 1.1 | 1.1 |
| G. COAST WATER | -- | .1 | .2 | .2 | .2 | .2 |
| | 2.7 | 2.8 | 3.0 | 3.0 | 3.0 | 3.0 |
| | | | | | | |
| S. ATLANTIC | | | | | | |
| G. COAST PL | 1.4 | 1.4 | 1.5 | 1.5 | 1.6 | 1.6 |
| IMPORTS | .1 | -- | -- | -- | -- | -- |
| G. COAST WATER | -- | .1 | .2 | .2 | .2 | .2 |
| | 1.5 | 1.5 | 1.6 | 1.7 | 1.8 | 1.8 |
| | | | | | | |
| FLORIDA | | | | | | |
| G. COAST WATER | .6 | .7 | .8 | .9 | .9 | 1.0 |
| IMPORTS | .2 | .1 | -- | -- | -- | -- |
| | .8 | .8 | .8 | .9 | .9 | 1.0 |
| | | | | | | |
| M. WEST | | | | | | |
| L. REFINERY | 3.3 | 3.6 | 3.8 | 3.8 | 3.9 | 3.9 |
| G. COAST PL | .7 | .5 | .4 | .4 | .3 | .3 |
| | 4.0 | 4.1 | 4.2 | 4.2 | 4.2 | 4.2 |
| | | | | | | |
| GULF COAST | | | | | | |
| L. REFINERY | 6.4 | 6.8 | 7.2 | 7.3 | 7.3 | 7.3 |
| L. USE | (2.3) | (2.5) | (2.5) | (2.6) | (2.6) | (2.7) |
| EXPORTS | (.7) | (.7) | (.7) | (.6) | (.6) | (.5) |
| SURPLUS | 3.4 | 3.6 | 4.0 | 4.1 | 4.1 | 4.2 |
| | | | | | | |
| ROCKY MOUNTAINS | | | | | | |
| L. REFINERY | .6 | .6 | .6 | .6 | .6 | .6 |
| L. USE | (.6) | (.6) | (.6) | (.6) | (.6) | (.6) |
| SURPLUS | -- | -- | -- | -- | -- | -- |
| | | | | | | |
| WEST COAST | | | | | | |
| L. REFINERY | 2.4 | 2.4 | 2.4 | 2.4 | 2.4 | 2.4 |
| G. COAST PL | .1 | .1 | .1 | .1 | .1 | .1 |
| IMPORTS | .1 | .1 | .1 | .2 | .2 | .2 |
| | 2.6 | 2.6 | 2.6 | 2.7 | 2.7 | 2.7 |
| | | | | | | |
| TOTAL GULF COAST WATER | | | | | | |
| S. ATLANTIC | -- | .1 | .2 | .2 | .2 | .2 |
| FLORIDA | .6 | .7 | .8 | .9 | .9 | 1.0 |
| NORTHEAST | -- | .1 | .2 | .2 | .2 | .2 |
| | .6 | .9 | 1.2 | 1.3 | 1.3 | 1.4 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

## CHAPTER V

### ESTIMATED DEMAND FOR JONES ACT VESSELS ABOVE 16,000 DWT CAPACITY IN THE OCEANGOING PETROLEUM PRODUCT AND CHEMICAL-SPECIALTY TRADES

In this chapter, we address current and future cargo shipments in the coastwise products-chemicals trade and the associated requirement for domestic tonnage. All OPA-90 qualified shipping is considered with vessels having capacities between 16,000 and 57,000 DWT. Equipment excluded from our forecast includes: (a) vessels employed in product movements sent from the Middle Atlantic region to New York State and New England where voyages are short; (b) intra regional shipments between Louisiana-Mississippi-Texas; and (c) equipment used in asphalt service. Vessels engaged in chemical-specialty transportation are included because this equipment can carry petroleum products.

### A.    CURRENT FLEET DEPLOYMENT.

The employment of the Jones Act petroleum and specialties fleet during the first quarter of 2011 is quantified in Table 28. Presently, 51 percent of fleet capacity is engaged in cross-Gulf products service, 23 percent is deployed in the intra West Coast trade, 10 percent in chemicals-specialties, 8 percent is in crude oil transportation, 4 percent in Military Sealift Command employment, 2 percent in Gulf-West Coast traffic and 2 percent is in lay-up. A time line of coastwise vessel deployments over the past four years is given below. With domestic shipping requirements depressed most of the remaining trade qualified single hull vessels were scrapped last year and fleet capacity is now estimated to be 2.7 million DWT. However, over the next two years another 368,000 DWT in new

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Coastwise Product Tanker Study
April 2011
Page 46

vessels (5 tankers and 3 ATBs) will be added to the fleet which should bring its capacity back to

approximately 3 million DWT.

DEPLOYMENT OF VESSELS BETWEEN 16-57 KDWT EMPLOYED IN THE COASTWISE PETROLEUM-
SPECIALTY TRADES IN MILLION DWT

| TRADE | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|
| CROSS GULF PRODUCTS | 1.54 | 1.46 | 1.34 | 1.39 |
| INTRA WEST COAST | .61 | .55 | .67 | .62 |
| CRUDE OIL | .13 | .30 | .31 | .22 |
| CHEMICALS/SPECIALTIES | .39 | .24 | .24 | .26 |
| MSC | .12 | .12 | .09 | .12 |
| GC/WC | .09 | .09 | .09 | .05 |
| GRAIN | .19 | .09 | -- | -- |
| LAY-UP | -- | .55 | .35 | .07 |
| | 3.07 | 3.40 | 3.09 | 2.73 |

TABLE 28

ESTIMATED COASTWISE DEPLOYMENT OF PETROLEUM PRODUCT AND CHEMICAL/SPECIALTY
VESSELS WITH CAPACITIES ABOVE 16,000 DWT FIRST QUARTER 2011
IN MILLION DWT

| TRADE | TANKER | BARGE | TOTAL |
|---|---|---|---|
| PETROLEUM PRODUCTS | | | |
| GULF TO EAST COAST | .689 | .700 | 1.389 |
| INTRA WEST COAST | .464 | .154 | .618 |
| GULF TO WEST COAST | .046 | -- | .046 |
| MSC | .122 | -- | .122 |
| | 1.321 | .854 | 2.175 |
| CHEMICALS-SPECIALTIES | .083 | .177 | .260 |
| CRUDE OIL | | | |
| ALASKA | .045 | -- | .045 |
| DE BAY LIGHTERS | -- | .129 | .129 |
| GOM SHUTTLE | .046 | -- | .046 |
| | .091 | .129 | .220 |
| GRAIN TRADE | -- | -- | -- |
| LAY-UP | .046 | .026 | .072 |
| TOTAL | 1.541 | 1.186 | 2.727 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

TABLE 28 (Cont.)

ESTIMATED COASTWISE DEPLOYMENT OF PETROLEUM PRODUCT AND CHEMICAL/SPECIALTY
VESSELS WITH CAPACITIES ABOVE 16,000 DWT FIRST QUARTER 2011

| | NUMBER OF VESSELS | | |
|---|---|---|---|
| TRADE PETROLEUM PRODUCTS | TANKER | BARGE | TOTAL |
| GULF TO EAST COAST | 15 | 28 | 43 |
| INTRA WEST COAST | 10 | 7 | 17 |
| GULF TO WEST COAST | 1 | -- | 1 |
| MSC | 3 | -- | 3 |
| | 29 | 35 | 64 |
| | | | |
| CHEMICALS-SPECIALTIES | 2 | 8 | 10 |
| | | | |
| CRUDE OIL | | | |
| ALASKA | 1 | -- | 1 |
| DE BAY LIGHTERS | -- | 3 | 3 |
| GOM SHUTTLES | 1 | -- | 1 |
| | 2 | 3 | 5 |
| | | | |
| GRAIN TRADE | -- | -- | -- |
| | | | |
| LAY UP | 1 | 1 | 2 |
| TOTAL | 34 | 47 | 81 |

B.   COASTWISE TRADE FORECAST.

Future tonnage requirements are predicted using the following assumptions.

- Additions to Gulf Coast refinery capacity.  Over the 2011-2015 interval, we predict that PAD III refining system capacity will expand by 530,000 BPD.  In addition, Gulf Coast clean product shipments to the Middle West will continue to decline due to slow demand growth in PAD II and increased output from indigenous refineries.  Together, these two developments are predicted to increase the volume products sent from Gulf Coast refineries to the East Coast.

- Additional Gulf Coast barrels sent to the East Coast will be transported by pipeline and ship while those going to Florida and the South Atlantic region will be transported on Jones Act

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)