**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AMERICAN PETROLEUM TANKERS PARENT LLC, | ) ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:12-CV-001165-CKK |
| | ) | |
| v. | ) | Notice of Filing of Administrative Record |
| | ) | |
| The UNITED STATES OF AMERICA, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF FILING OF VOLUME 16 OF THE ADMINISTRATIVE RECORD</u>

Defendants hereby give notice that attached hereto is **Volume 16** of the redacted

Administrative Record in this action, which is being filed in 26 separate volumes.

Respectfully Submitted,

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

DIANE KELLEHER
Assistant Branch Director

*s/ Daniel Bensing*
DANIEL BENSING
Senior Counsel
(D.C. Bar No. 334268)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 6114
Washington D.C. 20530
Tel.: (202) 305-0693
Fax:  (202) 616-8460
Email:  Daniel.Bensing@USDOJ.gov

Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2013 I electronically filed the foregoing Notice of Filing of Volume 16 of the Administrative Record with the Clerk of the Court by using the CM/ECF system.


/s/ *Daniel Bensing*
DANIEL BENSING

vessels. Increased Gulf Coast supplies will: (1) displace imports; (2) cover demand growth; and (3) result in further rationalization of Middle Atlantic refinery capacity.

- Colonial Pipeline will increase its delivery capacity to the Northeast by 100,000 BPD during 2011. This expansion will primarily be accomplished by reactivating mothballed pumping station horsepower. However, this expansion will be insufficient to handle all of the increased output expected to go from the Gulf Coast to the Northeast.

- Longhorn Pipeline is being converted to crude oil service and this system will transport production from West Texas to the Gulf Coast. With petroleum product deliveries to Arizona from Houston reduced by 60,000 BPD, we expect that this supply deficit will be covered by additional shipments from refineries sited in Los Angeles. Due to their development, the products shortfall in Southern California will increase and additional waterborne shipments from refineries in Puget Sound will be required.

- Intra West Coast products traffic. Due to the sizeable clean products deficit in Southern California and processing imbalances in Puget Sound and San Francisco we predict intra West Coast petroleum products traffic will increase gradually into the foreseeable future. The most recent decline in California's petroleum demand reduced Jones Act shipping requirements on the West Coast by approximately four vessels that were redeployed to the cross Gulf trade or laid-up. We predict that over the forecast interval intra West Coast trade demand will return to

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Coastwise Product Tanker Study
April 2011
Page 49

normal levels of operation and the displaced vessels will return to Pacific Coast service.

- Chemical cargos. Future growth in coastwise chemical-specialties shipments will be minimal. Our assessment is based on the long term reduction in domestic chemical/specialty shipments that occurred after 2000. Most recently, the volume of chemicals and specialties cargos transported Gulf to East Coast trade experienced some growth over the depressed shipments that occurred during 2009 and 2010.

- Military Sealift Command. MSC replaced three T-5 tankers with two newbuildings. One T-5 tanker (Gianelia) remains in MSC service as a prepositioning vessel stationed at Diego Garcia. During the forecast interval 2011-2020, we expect that additional MSC tanker needs will be covered by reflagged foreign built vessels.

- Crude oil shuttle tankers Gulf of Mexico. Two 43,000 DWT tankers (OS Cascade and OS Chinook) were chartered by Petrobras with deliveries scheduled for 2010 and 2011. These vessels were purchased by OSG from Aker Philadelphia Shipyard for $115 million each. Petrobras time chartered the Cascade for five years and the Chinook for four years. Petrobras has options to time charter these ships beyond the initial employment term. We predict that over the next decade (2011-2020) a total of 4-6 ships could be employed in Gulf of Mexico crude oil shuttle service. Moreover, Shell Oil recently issued a RFQ asking for prices on two shuttle tankers that would be delivered in 2014 and used to transport crude oil from their Stone field

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Coastwise Product Tanker Study
April 2011
Page 50

discovery (Walker Ridge) which is adjacent to the Chinook and Cascade fields being developed by Petrobras that will employ the OSG shuttle ships.

We addressed future tonnage requirements in the coastwise trade in several scenarios. The <u>first</u> is our base case estimate which assumes growth in the cross-Gulf trade, intra West Coast shipments and the number of tankers employed in Gulf of Mexico crude oil shuttle service. The <u>second</u> is a low case assessment which predicts more moderate growth in cross-Gulf shipments, fewer tankers employed in Gulf of Mexico shuttle service and termination of Jones Act tanker employment in the P.L. 480 grain business after 2010. The <u>third</u> is a high case forecast which assumes substantial growth in the cross-Gulf trade, increased shipments to the Northeast, more ships employed in Gulf of Mexico shuttle service and continued Jones Act tanker employment opportunities in the P.L. 480 grain trade. Our trade demand estimates are presented in Table 29.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Coastwise Product Tanker Study
April 2011
Page 51

TABLE 29

ESTIMATED SHIPPING DEMAND FOR PRODUCT TANKERS, SPECIALTY VESSELS AND OCEANGOING BARGES
IN THE JONES ACT TRADES WITH CAPACITIES ABOVE 16,000 DWT, UNITS IN MILLION DWT

| BASE CASE ASSESSMENT | | | | | | |
|---|---|---|---|---|---|---|
| TRADE | 2009 | 2012 | 2014 | 2016 | 2018 | 2020 |
| GULF TO FLORIDA | 1.41 | 1.58 | 1.68 | 1.70 | 1.71 | 1.73 |
| GULF TO E. COAST | .24 | .34 | .42 | .42 | .42 | .42 |
| | 1.65 | 1.92 | 2.10 | 2.12 | 2.13 | 2.15 |
| INTRA WEST COAST | .64 | .55 | .60 | .70 | .70 | .75 |
| GULF TO WEST COAST | .09 | .05 | .05 | .05 | .05 | .05 |
| MSC | .14 | .12 | .12 | .12 | .12 | .12 |
| LIGHTERING | .13 | .09 | .09 | .09 | .09 | .09 |
| GOM SHUTTLE | -- | .09 | .09 | .13 | .13 | .18 |
| ALASKA | .10 | .14 | .06 | -- | -- | -- |
| | 1.10 | 1.04 | 1.01 | 1.09 | 1.09 | 1.19 |
| P.L. 480 | .08 | -- | -- | -- | -- | -- |
| TOTAL | 2.83 | 2.96 | 3.11 | 3.21 | 3.22 | 3.34 |

| LOW CASE ASSESSMENT | | | | | | |
|---|---|---|---|---|---|---|
| TRADE | 2009 | 2012 | 2014 | 2016 | 2018 | 2020 |
| GULF TO FLORIDA | 1.41 | 1.58 | 1.68 | 1.70 | 1.71 | 1.73 |
| GULF TO E. COAST | .24 | .30 | .35 | .35 | .35 | .35 |
| | 1.65 | 1.88 | 2.03 | 2.05 | 2.06 | 2.08 |
| INTRA WEST COAST | .64 | .55 | .60 | .60 | .60 | .70 |
| GULF TO WEST COAST | .09 | .05 | .05 | .05 | .05 | .05 |
| MSC | .14 | .12 | .12 | .12 | .12 | .12 |
| LIGHTERING | .13 | .09 | .09 | .09 | .09 | .09 |
| GOM SHUTTLE | -- | .09 | .09 | .09 | .09 | .09 |
| ALASKA | .10 | .14 | .06 | -- | -- | -- |
| | 1.10 | 1.04 | .95 | .95 | .95 | 1.05 |
| P.L. 480 | .08 | -- | -- | -- | -- | -- |
| TOTAL | 2.83 | 2.92 | 2.98 | 3.00 | 3.01 | 3.13 |

| HIGH CASE ASSESSMENT | | | | | | |
|---|---|---|---|---|---|---|
| TRADE | 2009 | 2012 | 2014 | 2016 | 2018 | 2020 |
| GULF TO FLORIDA | 1.41 | 1.60 | 1.70 | 1.80 | 1.85 | 1.87 |
| GULF TO E. COAST | .24 | .34 | .42 | .42 | .42 | .42 |
| | 1.65 | 1.94 | 2.12 | 2.22 | 2.27 | 2.29 |
| INTRA WEST COAST | .64 | .64 | .70 | .70 | .70 | .75 |
| GULF TO WEST COAST | .09 | .05 | .05 | .05 | .05 | .05 |
| MSC | .14 | .12 | .12 | .12 | .12 | .12 |
| LIGHTERING | .13 | .09 | .09 | .09 | .09 | .09 |
| GOM SHUTTLE | -- | .09 | .09 | .13 | .13 | .18 |
| ALASKA | .10 | .06 | -- | -- | -- | -- |
| | 1.10 | 1.05 | 1.05 | 1.09 | 1.09 | 1.19 |
| P.L. 480 | .08 | -- | -- | -- | -- | -- |
| | 2.83 | 2.99 | 3.17 | 3.31 | 3.36 | 3.48 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Each forecast assumes dissimilar rates of trade growth. Principal variables are: (1) the extent to which cross Gulf product movements rise in response to expanding PAD III refinery capacity/plant output; (2) the pace of economic recovery, growth in petroleum use and the resultant increase in coastwise shipments; and (3) how many tankers will be employed in Gulf of Mexico crude oil lightering service. Details of our trade estimates are addressed below.

1.   Gulf Coast to East Coast.

This is the largest segment of the coastwise trade and it employs approximately 50 percent of fleet capacity. There are two dissimilar parts of the Gulf to East Coast trade. First, is petroleum products transportation. Second, are chemical-specialty shipments sent to the South Atlantic region and the Northeast.

Florida. PAD III product shipments sent to Tampa-Port Everglades-Jacksonville hold a competitive advantage over foreign supplies due to shorter voyages, lower unit transportation charges and most foreign cargos being subject to federal import tariffs. Employing these factors and assuming moderate petroleum demand growth and increased PAD III refinery capacity-production, domestic clean product cargos sent to Florida and the South Atlantic States are forecast to grow throughout the interval with Jones Act shipping requirements predicted to rise from 1.3 million DWT to 1.7 million DWT over the 2010-2020 interval. Our estimate assumes expanded clean product output in the PAD III refinery system and associated growth in cross-Gulf shipments that will displace most of the foreign barrels sold in Florida and the South Atlantic States. Moreover, we note that during

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

the recent decline in Florida's petroleum use imports absorbed most of the reduction in barrels delivered to Tampa-Port Everglades-Jacksonville.

Our estimate of clean petroleum shipments sent from PAD III to FL-GA-SC-NC during the 2010-2030 interval is summarized below. This forecast assumes product imports to the Southeast will be largely displaced by more competitively priced domestic cargos transported on Jones Act vessels from the Gulf Coast.

FORECAST CLEAN PETROLEUM PRODUCTS TRANSPORTED BY WATER TO
FL-GA-SC-NC, UNITS IN KBPD

| FLORIDA | 2010 | 2015 | 2020 | 2025 | 2030 |
|---|---|---|---|---|---|
| GASOLINE | 520 | 540 | 560 | 540 | 520 |
| DISTILLATES | 120 | 155 | 180 | 220 | 250 |
| JET FUEL | 80 | 95 | 115 | 130 | 150 |
|  | 720 | 790 | 855 | 890 | 920 |
|  |  |  |  |  |  |
| GA-SC-NC | 70 | 80 | 90 | 100 | 110 |
|  | 790 | 870 | 945 | 990 | 1,030 |
| FOREIGN | (170) | (155) | (110) | (100) | (100) |
| GULF COAST BY SHIP | 620 | 715 | 835 | 890 | 930 |

South Atlantic and Northeast. Forecasting the future volume of clean products sent to the South Atlantic and Northeast markets is problematic. Domestic petroleum product shipments going above Cape Hatteras have been episodic and those delivered to Savannah-Charleston-Wilmington are under pressure from imports. However, structural changes underway in Gulf/East Coast petroleum supply and logistics suggest that upcoast clean products shipments will experience a modest revival. As previously noted, products pipeline capacity to the Northeast is operating close to capacity, Gulf Coast refinery systems are being expanded and additional output must find markets outside PAD III. Moreover, refinery capacity in the Middle Atlantic region is being reduced and the attendant clean

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Coastwise Product Tanker Study
April 2011
Page 54

products deficit is growing. For incremental Gulf Coast gasoline/distillate supplies the Northeast constitutes the most profitable market and this alternative is decidedly superior to exports.

Coastwise chemical and specialties traffic from the Gulf to East Coast have been in decline during the past decade due to the reduction in shipments of paraxylene, caustic soda, lube oils, and gasoline blending components. Most of this decline occurred between 2000-2006 and since then, shipments stabilized at approximately three million short tons per year. Another decline in coastwise chemical traffic occurred in 2009 due to Exxon Mobil's decision to: (1) terminate specialty shipments on the SeaRiver Charleston; and (2) convert this tanker for proprietary petroleum products service; and (3) cover their East Coast chemical requirements with imports and rail deliveries. Based on these developments, we do not expect coastwise chemical/specialties shipments will experience a material increase in the foreseeable future. For purposes of this forecast we expect the volume of chemicals/specialties moving in the coastwise trade will remain unchanged and tonnage requirements are estimated to be 240,000 DWT over the 2012-2020 interval.

2.    Intra West Coast.

Presently 18 vessels (11 ships and 7 ATBs) with capacities above 16,000 DWT are employed in West Coast products service. This fleet has 653,000 DWT capacity and three tankers employed on the West Coast (138,000 DWT) transport some Alaska crude oil. In the near term, we expect coastwise product shipments to Southern California will return to normal levels which will: (a) generate in full fleet employment in the Pacific trade; and (b) result in several vessels being

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

redeployed from the Gulf to West Coast.

Over the longer term, we expect additional upgrades will be made to refineries in Puget Sound and San Francisco that will increase clean product output. This development combined with a large clean products deficit in Los Angeles-San Diego is predicted to result in increased waterborne shipments in the West Coast trade. Based on these considerations, we estimate that tonnage employed in intra PAD V products service will grow from 653,000 DWT in 2011 to 750,000 DWT by 2020.

3.  Gulf to West Coast.

Presently, the California Voyager (Chevron) is used in ratable movements between the company's Pascagoula refinery and the West Coast. In addition, several other product tankers are episodically employed in Gulf to West Coast service. We expect future Gulf Coast to California shipments will continue to require the use of two ships during the forecast interval.

4.  Crude Oil Lightering in Delaware Bay.

OSG maintains a lightering operation at Big Stone Anchorage in Delaware Bay that employs three barges (ATB-350, M-400 and OSG-192) with a combined capacity of 121,000 DWT. These vessels deliver crude oil to the Sunoco and COP refineries in the Philadelphia area. Two replacement vessels were built for this service with one delivered (ATB-350) and the second scheduled for delivery in April 2011.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

5.  Military Sealift Command.

Blackstone's newbuildings (Empire State and Evergreen State) are employed by the Military Sealift Command under a five year contract. These vessels deliver fuel to Department of Defense terminals. A potential MSC newbuilding requirement is for a ice strengthened tanker that will cover U.S. petroleum supply need in Greenland and Antarctica. However, the high construction cost of such a vessel built in the United States is likely to result in the Military Sealift Command using a foreign built-U.S. flag ship to cover this requirement.

6.  Shuttle Tankers Gulf of Mexico Crude Oil Service.

We estimate that over the 2010-2020 interval up to six product sized tankers will be employed in Gulf of Mexico crude oil shuttle service. This includes two ships presently on charter to Petrobras (O.S. Cascade and O.S. Chinook) that will enter service during 2010-2011. We believe another four ships could be used as shuttle vessels with projects sited in Walker Ridge and Kethley Canyon. Pursuant to prospective additional shuttle tanker requirements, Shell Oil recently issued a RFP for two shuttle tankers that could be used in GOM shuttle service starting in 2014.

Of the three deep water areas in the Gulf of Mexico being developed, Kethley Canyon and Walker Ridge offer the best opportunities for additional shuttle tanker employment. The absence of nearby pipeline connections to shore suggest shuttle tankers may have some applications in these finds.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

## CHAPTER VI

### FORECAST CAPACITY OF THE DOMESTIC PETROLEUM-CHEMICAL-SPECIALTY TANKER AND LARGE OCEANGOING BARGE FLEET

Capacity of the Jones Act petroleum product-chemical-specialties fleet (vessels with capacities between 16,000-55,000 DWT) is predicted below. Newbuildings underway and those to be completed total 40 vessels with a combined capacity of 1.59 million DWT. Within this total 34 vessels are in operation and 6 are under construction. Recent additions to the newbuilding list are three product tankers. Two ships are being built on speculation by Aker Philadelphia Shipyard and the other involves the completion of the first Heavylift tanker by Mid-Ocean at the Alabama Shipyard which is now owned by BEA Industries. Among the newbuildings ships account for 60 percent of the tonnage and ATBs 40 percent. Thirty-three newbuildings are secured by time charter contracts and 7 are without period fixtures. These particulars are quantified in the schedules below.

| SUMMARY OF JONES ACT PRODUCT TANKERS AND ATB NEWBUILDINGS | | | |
|---|---|---|---|
| SHIPS | COMPLETED 2006-2011 | UNDER CONSTRUCTION | TOTAL |
| NUMBER | 17 | 3 | 20 |
| KDWT | 809 | 140 | 949 |
| | | | |
| ATBs | | | |
| NUMBER | 17 | 3 | 20 |
| KDWT | 504 | 135 | 639 |
| | | | |
| TOTAL | | | |
| NUMBER | 34 | 6 | 40 |
| KDWT | 1,313 | 275 | 1,588 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

OIL COMPANIES WITH TIME CHARTERS ON NEWBUILDS WITH CAPACITIES ABOVE
16,000 DWT, NUMBER OF VESSELS

|  | SHIPS | ATBs | TOTAL |
|---|---|---|---|
| BP | 4 | 3 | 7 |
| MARATHON | 1 | 6 | 7 |
| TESORO | 4 | 1 | 5 |
| SHELL | 2 | 1 | 3 |
| MSC | 2 | -- | 2 |
| PETROBRAS | 2 | -- | 2 |
| CHEVRON | 1 | 1 | 2 |
| SUNOCO | -- | 2 | 2 |
| COP | -- | 1 | 1 |
| DOW | -- | 1 | 1 |
| COAs | -- | 1 | 1 |
| NO CHARTER | 4 | 3 | 7 |
|  | 20 | 20 | 40 |

Information that supports the preceding tabulations is given in Tables 30 and 31 that identify yards building these vessels, companies who operate them, delivery dates and shippers who have them under time charter.

TABLE 30

TANKERS RECENTLY COMPLETED AND THOSE UNDER CONSTRUCTION

AKER PHILADELPHIA

| VESSEL | OPERATOR | KDWT | DELIVERY | TIME CHARTER |
|---|---|---|---|---|
| HOUSTON | OSG | 46.7 | 2007* | SHELL |
| LONG BEACH | OSG | 46.7 | 2007* | BP |
| LOS ANGELES | OSG | 46.7 | 2007* | BP |
| NEW YORK | OSG | 46.7 | 2008* | SHELL |
| TEXAS CITY | OSG | 46.7 | 2008* | BP |
| BOSTON | OSG | 46.7 | 2009* | TESORO |
| NIKISKI | OSG | 46.7 | 2009* | TESORO |
| CASCADE | OSG | 46.7 | 2009* | PETROBRAS |
| MARTINEZ | OSG | 46.7 | 2010* | TESORO |
| ANACORTES | OSG | 46.7 | 2010* | TESORO |
| CHINOOK | OSG | 46.7 | 2011* | PETROBRAS |
| TAMPA | OSG | 6.11 | 6.11 | NONE |
| TBN-1 | NA | 46.7 | 2012 | NONE |
| TBN-2 | NA | 46.7 | 2013 | NONE |

NASSCO

| VESSEL | OPERATOR | KDWT | DELIVERY | TIME CHARTER |
|---|---|---|---|---|
| G. STATE | CROWLEY | 49.0 | 2009* | BP |
| P. STATE | CROWLEY | 49.0 | 2009* | MARATHON |
| S. STATE | CROWLEY | 49.0 | 2009* | CHEVRON |
| EV. STATE | CROWLEY | 49.0 | 2010* | MSC |
| EMP. STATE | CROWLEY | 49.0 | 2010* | MSC |

BAE ALABAMA

| VESSEL | OPERATOR | KDWT | DELIVERY | TIME CHARTER |
|---|---|---|---|---|
| TBN-1 | MID-OCEAN | 48.5 | 2013 | NONE |

* DELIVERED.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Coastwise Product Tanker Study
April 2011
Page 59

TABLE 31

ATBs RECENTLY COMPLETED AND THOSE UNDER CONSTRUCTION

| BAY SHIP | | | | |
|---|---|---|---|---|
| VESSEL | OPERATOR | KDWT | DELIVERY | TIME CHARTER |
| G. TRANSPORTER | USS | 19.9 | 2007* | DOW |
| P.C. PRODUCER | USS | 19.9 | 2008* | SHELL |
| P.C. TRADER | USS | 19.9 | 2008* | COAs |
| P.C. SUPPLIER | USS | 19.9 | 2009* | COP |
| DUBLIN SEA | K-SEA | 27.0 | 2009* | TESORO |

| HALTER | | | | |
|---|---|---|---|---|
| VESSEL | OPERATOR | KDWT | DELIVERY | TIME CHARTER |
| 650-1 | CROWLEY | 27.0 | 2006** | SPOT |
| 650-2 | CROWLEY | 27.0 | 2006* | SPOT |
| 650-3 | CROWLEY | 27.0 | 2007* | BP |
| 650-4 | CROWLEY | 27.0 | 2007* | BP |
| 650-5 | CROWLEY | 27.0 | 2008* | MARATHON |
| 650-6 | CROWLEY | 27.0 | 2008* | BP |
| 650-7 | CROWLEY | 27.0 | 2009* | MARATHON |
| 650-8 | CROWLEY | 27.0 | 2010* | MARATHON |
| 650-9 | CROWLEY | 27.0 | 2010* | CHEVRON |
| 650-10 | CROWLEY | 27.0 | 2011* | NONE |
| 750-1 | CROWLEY | 45.0 | 9.11 | MARATHON |
| 750-2 | CROWLEY | 45.0 | 9.12 | MARATHON |
| 750-3 | CROWLEY | 45.0 | 9.13 | MARATHON |

| HALTER | | | | |
|---|---|---|---|---|
| VESSEL | OPERATOR | KDWT | DELIVERY | TIME CHARTER |
| OSG-350 | OSG | 45.0 | 2010* | SUNOCO |
| OSG-351 | OSG | 45.0 | 4.11 | SUNOCO |

* DELIVERED.

Shipyard prices for these vessels are discussed below. Aker Philadelphia Shipyard (APS) prices are for ten tankers sold to American Shipping (AS) who bareboats them to OSG. Prices in this series range from $104 million per vessel on the first six ships and $110 million per vessel on the remaining four tankers. Recently American Shipping sold two ships (Cascade and Chinook) directly to OSG for $115 million each. With the Nassco tanker program concluded at five ships the average vessel price on this series is $130 million.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Coastwise Product Tanker Study
April 2011
Page 60

Aker indicated their price for the two ships built on speculation would be in the range of $80-90

million each. However, this price is not representative of what tankers built under the new common

structural rules would cost. We understand that tankers built to the new common structural rules in

a U.S. shipyard would be priced at approximately $135 million each. Based on reported/estimated

shipyard prices and the number of vessels involved in recent contracts, the total investment

associated with newbuildings completed and underway is estimated to be $3.7 billion.

ESTIMATED SHIPYARD PRICES FOR NEWBUILDINGS

| PROJECT | VESSEL TYPE | CAPACITY BARRELS | NUMBER | UNIT PRICE MILLIONS |
|---|---|---|---|---|
| APS-AAS | TANKER | 46.7 | 10 | $104-110 |
| APS-OSG | TANKER | 46.7 | 2 | 115 |
| NASSCO-BLACKSTONE | TANKER | 49.0 | 5 | 125 |
| HALTER-CROWLEY | ATB | 45.0 | 3 | 126 |
| HALTER-CROWLEY | ATB | 27.0 | 10 | 52 |
| HALTER-OSG | ATB | 45.0 | 2 | 175-200 |
| BAY-USS | ATB | 19.9 | 3 | 70 |

Assumptions used in our fleet forecast are:

- Federal statutes-regulations governing the domestic oil and marine industries will remain unchanged. The U.S. build provision in the Jones Act is expected to continue due to major capital investments already made (and being made) in coastwise fleet replacement. Moreover, the domestic petroleum industry will continue to operate in a free market environment and the federal government will not enact protectionist measures (e.g. higher import tariffs) that would increase coastwise shipments and the demand for Jones Act product tankers.

- Due to stringent vetting standards imposed on tankers-barges by shippers, we expect that: (1) remaining trade qualified single hull vessels in the coastwise trade will be scrapped before their statutory retirement dates; and (2) older double hull vessels will share a similar fate due to their inability to find ratable employment with major oil companies.

There are currently 22 substandard vessels operating in the coastwise product trade whose collective

capacity is 758,000 DWT. Among tankers there are five single hull ships, three old double hull

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

tankers and two double hull reconstructions. Additive to this are twelve large reconstructed ATBs with double hulls that were originally built in the 1970s. The longer term rateable employment prospects for these vessels over the forecast interval is suspect as some will be retired regardless of their having double hulls. These substandard vessels are categorized below.

**SUBSTANDARD TONNAGE PRESENTLY OPERATING IN THE COASTWISE TRADE**

| SHIPS | NUMBER | DWT |
|---|---|---|
| SINGLE HULL | 5 | 230 |
| OLD DOUBLE | 3 | 103 |
| REBUILDS | 2 | 100 |
| | 10 | 433 |
| | | |
| ATBs | | |
| REBUILDS | 12 | 325 |
| TOTAL | 22 | 758 |

A.     <u>JONES ACT FLEET FORECAST.</u>

Future fleet capacity is estimated on the basis of newbuilding programs underway and early retirement of single hull vessels and older double hull vessels now in operation. Our forecast is presented in Table 32 and it assumes three new product tankers are added to the fleet in 2013. We also expect that the more widespread use of more exacting vetting standards by oil companies will result in the significant retirement of older double hull ATB reconstructions during the next ten years.

TABLE 32

**FORECAST JONES ACT PRODUCT TANKER AND OCEANGOING BARGE FLEET CAPACITY WITH VESSELS BETWEEN 16,000-85,000**

| TANKERS | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| NUMBER | 33 | 30 | 31 | 30 | 30 | 29 | 29 | 29 | 29 | 29 |
| MILLION DWT | 1.5 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 |
| | | | | | | | | | | |
| BARGES | | | | | | | | | | |
| NUMBER | 47 | 50 | 51 | 50 | 50 | 47 | 47 | 44 | 41 | 38 |
| MILLION DWT | 1.2 | 1.3 | 1.3 | 1.3 | 1.3 | 1.2 | 1.2 | 1.1 | 1.0 | 1.0 |
| | | | | | | | | | | |
| TOTAL | | | | | | | | | | |
| NUMBER | 80 | 80 | 82 | 80 | 80 | 76 | 76 | 73 | 70 | 67 |
| MILLION DWT | 2.7 | 2.6 | 2.6 | 2.6 | 2.6 | 2.5 | 2.5 | 2.4 | 2.3 | 2.3 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Based on newbuildings completed, those underway, trade qualified vessels in service and anticipated vessel retirements, future fleet capacity by shipping companies is predicted in Table 33. Industry consolidation is continuing with two companies (Crowley and OSG) expected to account for more than half of the Jones Act product tanker/barge fleet capacity over the 2011-2020 interval. Of the 15 companies operating large vessels in the coastwise trade, the long term presence of four firms (Hornbeck, K-Sea, Keystone, and USS) is doubtful. Due to its financial problems, K-Sea was recently acquired by Kirby.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

TABLE 33

FORECAST JONES ACT PRODUCT TANKER-BARGE FLEET CAPACITY BY SHIPPING COMPANY

IN NUMBER OF VESSELS

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| ALLIED | 4 | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 3 | 3 |
| BOUCHARD | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 4 | 3 | 3 |
| CHEVRON | 5 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| CROWLEY | 21 | 21 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 |
| HORNBECK | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| KEYSTONE | 1 | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| K-SEA | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 2 | 2 |
| MARTIN | 1 | 1 | 1 | 1 | 1 | 1 | 1 | -- | -- | -- |
| MORAN | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| OSG | 22 | 22 | 22 | 22 | 22 | 20 | 20 | 20 | 19 | 18 |
| OSI | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| PENN MAR. | 4 | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 3 | 3 |
| SEABULK | 4 | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| SEARIVER | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| USS | 7 | 6 | 5 | 5 | 5 | 4 | 4 | 4 | 4 | 4 |
| NEWBUILDS | -- | -- | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| | 80 | 80 | 82 | 80 | 80 | 76 | 76 | 73 | 70 | 67 |

IN MILLION DWT

| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| ALLIED | .08 | .08 | .08 | .08 | .08 | .08 | .06 | .06 | .06 | .06 |
| BOUCHARD | .13 | .13 | .13 | .13 | .13 | .13 | .13 | .10 | .10 | .08 |
| CHEVRON | .18 | .18 | .18 | .18 | .18 | .18 | .18 | .18 | .18 | .18 |
| CROWLEY | .68 | .67 | .71 | .73 | .73 | .73 | .73 | .73 | .73 | .73 |
| HORNBECK | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 |
| KEYSTONE | .05 | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| K-SEA | .08 | .08 | .08 | .08 | .08 | .08 | .08 | .06 | .06 | .05 |
| MARTIN | .02 | .02 | .02 | .02 | .02 | .02 | .02 | -- | -- | -- |
| MORAN | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 | -- |
| OSG | .86 | .86 | .86 | .84 | .84 | .84 | .81 | .81 | .75 | .75 |
| OSI | .03 | .03 | .03 | .03 | .03 | .03 | .03 | .03 | .03 | .03 |
| PENN MAR. | .09 | .09 | .09 | .09 | .09 | .06 | .06 | .06 | .06 | .06 |
| SEARIVER | .09 | .09 | .09 | .04 | .04 | .04 | .04 | .04 | .04 | .04 |
| SEABULK | .17 | .17 | .13 | .13 | .13 | .13 | .13 | .13 | .13 | .13 |
| USS | .19 | .16 | .12 | .12 | .12 | .08 | .08 | .08 | .08 | .08 |
| NEWBUILDS | -- | -- | .14 | .14 | .14 | .14 | .14 | .14 | .14 | .14 |
| | 2.66 | 2.57 | 2.67 | 2.62 | 2.62 | 2.55 | 2.50 | 2.43 | 2.37 | 2.32 |

B.   VESSEL REPLACEMENTS.

Seven companies operate tankers in the coastwise products-specialties trade - see Table 34. Five are

independents (OSG-Crowley-Seabulk-USS-Keystone) and two (Chevron and SeaRiver) are affiliates

of major oil companies. USS and Keystone are unlikely to continue in coastwise service. Keystone

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

is a small and undercapitalized company with one single hull tanker facing statutory retirement this year. USS is owned by debt holders (after bankruptcy) and the company generates insufficient operating income to cover its principal and interest payments.

TABLE 34

FORECAST CAPACITY OF JONES ACT PRODUCT-CHEMICAL-SPECIALTY TANKER FLEETS BY COMPANY,
VESSELS WITH CAPACITIES ABOVE 16,000 DWT

| | | | | NUMBER OF VESSELS | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| CHEVRON | 5 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| CROWLEY | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| KEYSTONE | 1 | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| OSG | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 12 |
| OSI | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| SEARIVER | 2 | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| SEABULK | 4 | 4 | 3 | 5 | 3 | 3 | 3 | 3 | 3 | 3 |
| USS | 3 | 2 | 1 | 1 | 1 | -- | -- | -- | -- | -- |
| NEWBUILDS | -- | -- | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| | 33 | 30 | 31 | 30 | 30 | 29 | 29 | 29 | 29 | 29 |

| | | | | MILLION DWT | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| CHEVRON | .18 | .18 | .18 | .18 | .18 | .18 | .18 | .18 | .18 | .18 |
| CROWLEY | .25 | .25 | .25 | .25 | .25 | .25 | .25 | .25 | .25 | .25 |
| KEYSTONE | .05 | -- | -- | -- | -- | -- | -- | -- | -- | -- |
| OSG | .55 | .55 | .55 | .55 | .55 | .55 | .55 | .55 | .55 | .55 |
| OSI | .03 | .03 | .03 | .03 | .03 | .03 | .03 | .03 | .03 | .03 |
| SEARIVER | .09 | .09 | .09 | .04 | .04 | .04 | .04 | .04 | .04 | .04 |
| SEABULK | .17 | .17 | .13 | .13 | .13 | .13 | .13 | .13 | .13 | .13 |
| USS | .11 | .08 | .04 | .04 | .04 | -- | -- | -- | -- | -- |
| NEWBUILDS | -- | -- | .14 | .14 | .14 | .14 | .14 | .14 | .14 | .14 |
| | 1.43 | 1.35 | 1.41 | 1.36 | 1.36 | 1.32 | 1.32 | 1.32 | 1.32 | 1.32 |

Two oil companies (Chevron and Exxon Mobil) maintain coastwise product fleets. Chevron is expected to remain in the domestic shipping business while Exxon Mobil has taken no action to replace their dwindling product fleet which includes one single hull tanker and one double hull ship. In contrast, during this decade Chevron increased the size of their proprietary coastwise fleet from three to five tankers with the replacements being modern double hull vessels. Taking these developments into consideration, it is likely that during the next decade the number of shipping

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

companies engaged in the oceangoing product tanker trade will decline from seven to four operators including OSG, Crowley, Seabulk and Chevron.

Currently, there are two product tanker newbuilding projects underway and neither have secured time charter contracts for vessel employment.  Mid-Ocean is in the process of completing the first Heavylift tanker at the Alabama Shipyard which is now owned by BAE Industries.  Aker Philadelphia Shipyard is building two product tankers on speculation with deliveries scheduled for early 2012 and late 2012.

Companies who operate oceangoing barges with capacities above 16,000 DWT are identified in Table 35.  Due to being a modern double hull fleet, we do not expect major barge retirements to occur over the 2011-2020 interval.  Moreover, there have been redeployments of larger barges from the Northeast to cross Gulf service due to declining business opportunities in the Middle Atlantic-New England black oil trade.  However, some reconstructed double hull vessels may experience difficulty satisfying oil company vetting standards and they could be retired from service during this decade.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Coastwise Product Tanker Study
April 2011
Page 66

TABLE 35

FORECAST CAPACITY OF THE JONES ACT PRODUCT-CHEMICAL-
SPECIALTY OCEANGOING BARGE FLEETS BY COMPANY

NUMBER OF VESSELS

|  | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| ALLIED | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 3 | 3 |
| BOUCHARD | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 4 | 3 | 3 |
| CROWLEY | 15 | 16 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 |
| HORNBECK | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| K-SEA | 4 | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 2 | 2 |
| MARTIN GAS | 1 | 1 | 1 | 1 | 1 | 1 | 1 | -- | -- | -- |
| MORAN | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| OSG | 10 | 10 | 10 | 9 | 9 | 8 | 8 | 8 | 7 | 6 |
| PENN MAR | 4 | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 3 | 3 |
| USS | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
|  | 49 | 50 | 51 | 50 | 50 | 47 | 47 | 44 | 41 | 40 |

MILLION DWT

|  | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| ALLIED | .08 | .08 | .08 | .08 | .08 | .08 | .06 | .06 | .06 | .06 |
| BOUCHARD | .13 | .13 | .13 | .13 | .13 | .13 | .13 | .11 | .08 | .08 |
| CROWLEY | .39 | .44 | .48 | .48 | .48 | .48 | .48 | .48 | .48 | .48 |
| HORNBECK | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 |
| K-SEA | .08 | .08 | .08 | .08 | .08 | .06 | .06 | .06 | .05 | .05 |
| MARTIN GAS | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 | -- | -- |
| MORAN | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 | .02 |
| OSG | .31 | .31 | .31 | .29 | .29 | .29 | .26 | .26 | .26 | .20 |
| PENN MAR | .09 | .09 | .09 | .09 | .09 | .07 | .07 | .07 | .07 | .07 |
| USS | .08 | .08 | .08 | .08 | .08 | .08 | .08 | .08 | .08 | .08 |
|  | 1.22 | 1.27 | 1.31 | 1.29 | 1.29 | 1.25 | 1.20 | 1.18 | 1.12 | 1.06 |

We expect consolidations will occur in the large oceangoing ATB/TBU fleet due to several companies experiencing financial difficulties and others being too small to maintain critical mass in their operations. Our forecast of Jones Act product fleets by company and vessels covering the 2011-2020 interval is presented in Table 36.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

TABLE 36

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

JONES ACT TANKERS AND LARGE ITBs-ATBs-TBUs ENGAGED IN DOMESTIC PRODUCTS AND SPECIALTY SERVICE

| | VESSEL | KDWT | SERVICE | 11 | 12 | 13 | 14 | 15 | 16 | 18 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ALLIED | | | | | | | | | | |
| 1. | ATC 25˙ | 25 | CHEM | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| 2. | ATC 21˙ | 20 | CHEMICALS | 18 | 18 | 21 | 18 | 18 | 18 | 18 | 18 |
| 3. | TMI 17˙ | 18 | CHEMICALS | 16 | 16 | 21 | 16 | 16 | 16 | 16 | 16 |
| | BOUCHARD | | | | | | | | | | |
| 4. | 245˙ | 37 | VALERO | 37 | 37 | 37 | 37 | 37 | 37 | 37 | 37 |
| 5. | 255˙ | 26 | XOM | 26 | 26 | 26 | 26 | 26 | 26 | -- | -- |
| 6. | 265˙ | 26 | GLENCORE | 26 | 26 | 26 | 26 | 26 | 26 | 26 | -- |
| 7. | 275˙ | 26 | DIRTY | 26 | 26 | 26 | 26 | 26 | 26 | 26 | 26 |
| 8. | 240˙ | 19 | CLEAN | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 |
| | CHEVRON | | | | | | | | | | |
| 9. | F. VOYAGER | 46 | CLEAN | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| 10. | C. VOYAGER | 46 | CLEAN | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| 11. | M. VOYAGER | 46 | CLEAN | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| 12. | O. VOYAGER | 46 | CLEAN | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| 13. | W. VOYAGER | 39 | DIRTY | -- | -- | -- | -- | -- | -- | -- | -- |
| | CROWLEY | | | | | | | | | | |
| 14. | G. STATE | 49 | TC-BP | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 |
| 15. | P. STATE | 49 | TC-MARATHON | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 |
| 16. | S. STATE | 49 | TC-CHEVRON | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 |
| 17. | EV. STATE | 49 | MSC | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 |
| 18. | EMP. STATE | 49 | MSC | 49 | 49 | 49 | 49 | 49 | 49 | 49 | 49 |
| 19. | C. RANGE | 40 | TC-MARATHON-GC | 40 | -- | -- | -- | -- | -- | -- | -- |
| 20. | BLUE RIDGE | 40 | TC-MARATHON-GC | 40 | -- | -- | -- | -- | -- | -- | -- |
| 21. | 750-1˙ | 44 | TC-MARATHON | -- | 44 | 44 | 44 | 44 | 44 | 44 | 44 |
| 22. | 750-2˙ | 44 | TC-MARATHON | -- | 44 | 44 | 44 | 44 | 44 | 44 | 44 |
| 23. | 750-3˙ | 44 | TC-MARATHON | -- | -- | 44 | 44 | 44 | 44 | 44 | 44 |
| 24. | 650-1˙ | 27 | SPOT-GC | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| 25. | 650-2˙ | 27 | SPOT-WC | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| 26. | 650-3˙ | 27 | TC-BP-CH | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| 27. | 650-4˙ | 27 | TC-BP-CH | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| 28. | 650-5˙ | 27 | TC-BP | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| 29. | 650-6˙ | 27 | TC-BP-WC | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| 30. | 650-7˙ | 27 | TC-MARATHON | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| 31. | 650-8˙ | 27 | TC-MARATHON | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| 32. | 650-9˙ | 27 | TC-CHEVRON | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| 33. | 650-10˙ | 27 | NEWBUILD | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| 34. | 550-1˙ | 20 | SHELL-W. COAST | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| 35. | 550-2˙ | 20 | TC-COP-W. COAST | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| 36. | 550-3˙ | 20 | ALASKA | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| 37. | 550-4˙ | 20 | TC-SHELL-W. COAST | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |

˙ BARGE

TABLE 36 (Cont.)

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

JONES ACT TANKERS AND LARGE ITBs-ATBs-TBUs ENGAGED IN DOMESTIC PRODUCTS AND SPECIALTY SERVICE

| VESSEL | KDWT | SERVICE | 11 | 12 | 13 | 14 | 15 | 16 | 18 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| HORNBECK | | | | | | | | | | |
| 38. E. 13502* | 19 | BP | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 |
| KEYSTONE | | | | | | | | | | |
| 39. K. TRADER | 50 | TC-MURPHY | 50 | -- | -- | -- | -- | -- | -- | -- |
| K-SEA | | | | | | | | | | |
| 40. D. SEA* | 27 | TC-TESORO-C | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 |
| 41. DBL-155* | 19 | TC-BP | 19 | 19 | 19 | 19 | 19 | 19 | 19 | -- |
| 42. DBL-151* | 20 | TC-RIO-D | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| MARTIN GAS | | | | | | | | | | |
| 43. POSEIDON* | 18 | SPOT-D | 18 | 18 | 18 | 18 | 18 | 18 | -- | -- |
| MID-OCEAN | | | | | | | | | | |
| 44. TBN #1 | 38 | CONSTROCTION | -- | -- | 38 | 38 | 38 | 38 | 38 | 38 |
| MORAN | | | | | | | | | | |
| 45. M. BAY | 21 | BP | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 |
| OSG | | | | | | | | | | |
| 46. HOUSTON | 46 | TC-SHELL | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| 47. LONG BEACH | 46 | TC-BP | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| 48. LOS ANGELES | 46 | TC-BP | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| 49. NEW YORK | 46 | TC-SHELL | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| 50. TEXAS CITY | 46 | TC-BP | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| 51. BOSTON | 46 | TC-TESORO | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| 52. NIKISKI | 46 | TC-TESORO | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| 53. CASCADE | 46 | P. BRAS | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| 54. MARTINEZ | 46 | TESORO | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| 55. ANACORTES | 46 | TESORO | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| 56. CHINOOK | 46 | NEWBUILD | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| 57. TAMPA | 46 | NEWBUILD-NC | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 |
| 58. M. 400* | 54 | SUNOCO | 54 | -- | -- | -- | -- | -- | -- | -- |
| 59. 350* | 45 | LIGHTER | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 |
| 60. 351* | 45 | LIGHTER | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 |
| 61. 252* | 31 | SPOT USG | 31 | 31 | 31 | 31 | 31 | 31 | -- | -- |
| 62. 254* | 31 | PMI | 31 | 31 | 31 | 31 | 31 | 31 | 31 | -- |
| 63. 242* | 29 | SPOT USG | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 |
| 64. 243* | 29 | LIGHTER | 29 | 29 | 29 | 29 | 29 | 29 | 29 | 29 |
| 65. 244* | 29 | SPOT USG | 29 | 29 | 29 | 29 | 29 | 29 | 29 | 29 |
| 66. 214* | 26 | LAY-UP | 26 | 26 | 26 | 26 | 26 | 26 | 26 | -- |
| 67. 209* | 24 | VALERO | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 |
| 68. 192* | 22 | KOCH | 22 | 22 | 22 | -- | -- | -- | -- | -- |
| OSI | | | | | | | | | | |
| 69. GIANELIA | 30 | MSC | 30 | 30 | 30 | 30 | 30 | 30 | 30 | -- |

* BARGE

TABLE 36 (Cont.)

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

JONES ACT TANKERS AND LARGE ITBs-ATBs-TBUs ENGAGED IN DOMESTIC PRODUCTS AND SPECIALTY SERVICE

| VESSEL | KDWT | SERVICE | 11 | 12 | 13 | 14 | 15 | 16 | 18 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| PENN MARITIME | | | | | | | | | | |
| 70. K. WEST | 20 | CHEVRON | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| 71. EVERGLADES | 27 | SHELL | 27 | 27 | 27 | 27 | 27 | -- | -- | -- |
| 72. YUCATAN | 20 | NUSTAR | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| 73. P. 120 | 18 | SPOT | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 18 |
| 74. CARIBBEAN | 17 | SPOT | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 |
| | | | | | | | | | | |
| SEARIVER | | | | | | | | | | |
| 75. A. PROGRESS | 46 | OIL ALASKA | 44 | 44 | 44 | 44 | 44 | 44 | 44 | 44 |
| 76. WILMINGTON | 48 | PRODUCTS | 46 | 46 | 46 | -- | -- | -- | -- | -- |
| | | | | | | | | | | |
| SEABULK | | | | | | | | | | |
| 77. AMERICA | 46 | LAY-UP | 46 | 46 | -- | -- | -- | -- | -- | -- |
| 78. CHALLENGE | 50 | CITGO | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 |
| 79. TRADER | 50 | CITGO | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 |
| 80. ARCTIC | 46 | TC-VALERO | 44 | 44 | 44 | 44 | 44 | 44 | 44 | 44 |
| | | | | | | | | | | |
| U.S. SHIPPING | | | | | | | | | | |
| 81. CHEM PIONEER | 35 | CHEMICALS | 35 | 35 | 35 | 35 | 35 | -- | -- | -- |
| 82. CHARLESTON | 48 | CHEMICALS | 46 | 46 | -- | -- | -- | -- | -- | -- |
| 83. HOUSTON | 30 | M. STANLEY | 30 | -- | -- | -- | -- | -- | -- | -- |
| 84. TRANSPORTER* | 20 | DOW-CHEM | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| 85. PRODUCER* | 20 | SHELL | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| 86. TRADER* | 20 | SPOT | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| 87. SUPPLIER* | 20 | SPOT | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| | | | | | | | | | | |
| AKER PHILA | | | | | | | | | | |
| 88. TBN #1 | 46 | CONSTRUCTION | -- | -- | 46 | 46 | 46 | 46 | 46 | 46 |
| 89. TBN #2 | 46 | CONSTRUCTION | -- | -- | 46 | 46 | 46 | 46 | 46 | 46 |

* BARGES

Coastwise Product Tanker Study
April 2011
Page 70

## CHAPTER VII

### FUTURE JONES ACT FLEET EMPLOYMENT AND ESTIMATED VESSEL REVENUES

This chapter addresses employment prospects for tonnage engaged in the coastwise petroleum product-chemical-specialty trade, reviews vessel time charter rates earned during 1980-2011 and forecasts hire revenues likely to be realized over the next ten years.

### A.  TRENDS IN FLEET EMPLOYMENT AND CHARTER RATES.

After the enactment of OPA in 1990, expectations were that statutory vessel retirements would tighten the tonnage balance, raise the level of fleet utilization and in concert these developments would increase charter revenues-ship income needed to pay for newbuilds. Market developments during the 1990s failed to meet these expectations for several reasons. First, the collapse in shipping demand (e.g. Military Sealift Command and Virgin Islands to U.S. Mainland) released trade qualified vessels that subsequently entered coastwise service. Second, CDS tankers became twenty years old and federal subsidies needed to keep them operating in foreign service were terminated. CDS product ships then became Jones Act eligible and they entered the coastwise trade. Third, ten double hull tankers were built in anticipation of shipping demand expected to result from statutory vessel retirements. The conjunctive effect of these developments was to increase the number of vessels seeking employment in coastwise service at a time when the demand for domestic shipping was in decline. Due to overtonnaging downward pressure persisted on product tanker charter rates throughout the 1990s.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

After September 2000, period fixtures realized by modern U.S. tonnage experienced significant improvement when major oil companies began to cover most of their coastwise transportation requirements with vessels employed under time charter contracts. Due to declining fleet capacity and more tonnage employed under period fixtures, tanker revenues more than doubled during the 2000-2008 interval.

Fundamentals of the coastwise products trade experienced a material change in 2009. This was principally caused by: (1) a sharp drop in domestic petroleum consumption (resulting from a deep and prolonged economic recession), which reduced shipping demand; and (2) the expansion in fleet capacity as newbuildings entered service. Due to these developments, the fleet became overtonnaged, charter rates were reduced and many older vessels were scrapped. Sectorial use of vessels in the Jones Act product tanker/barge fleet by type of employment during 1999-2011 is identified in Table 37.

TABLE 37

NUMBER OF VESSELS WITH CAPACITIES BETWEEN 16,000 AND 55,000 DWT EMPLOYED
IN JONES ACT SERVICE BY TYPE OF CONTRACT

|                        | 1999 | 2004 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|------------------------|------|------|------|------|------|------|------|------|
| TIME CHARTERS & COAs   | 29   | 64   | 60   | 65   | 61   | 53   | 51   | 48   |
| SPOT MARKET            | 36   | 6    | 5    | 5    | 13   | 15   | 15   | 14   |
| CHEMICALS-SPECIALTIES  | 12   | 12   | 12   | 11   | 13   | 9    | 9    | 10   |
| PROPRIETARY            | 8    | 5    | 5    | 7    | 8    | 6    | 7    | 7    |
| LAY-UP                 | 5    | --   | --   | --   | --   | 14   | 6    | 2    |
|                        | 90   | 87   | 82   | 88   | 95   | 97   | 88   | 81   |

Changes in coastwise fleet capacity after 1990 are quantified in Table 38. During the past twenty years, tonnage additions offset 68 percent of capacity lost due to vessel retirements and total fleet size declined from 4.1 million DWT to 2.8 million DWT. However, between 2006 and 2009 total fleet capacity grew from 2.7 to 3.1 million DWT because newbuilding additions were double the

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Coastwise Product Tanker Study
April 2011
Page 72

capacity lost from vessel retirements.  This trend will be reversed in the near term as newbuilding

programs end and additional older vessels are retired.

TABLE 38

COASTWISE OCEANGOING PRODUCT TANKER-BARGE FLEET INCLUDING VESSELS
WITH CAPACITIES ABOVE 16,000 DWT

| | UNITS IN MILLION DWT | | |
|---|---|---|---|
| | ADDITIONS | RETIREMENTS | FLEET CAPACITY |
| 1990 | .05 | (.25) | 4.08 |
| 1991 | -- | (.25) | 3.83 |
| 1992 | -- | (.20) | 3.63 |
| 1993 | .07 | (.28) | 3.42 |
| 1994 | .04 | (.24) | 3.22 |
| 1995 | .20 | (.33) | 3.09 |
| 1996 | .20 | (.25) | 3.04 |
| 1997 | .20 | (.14) | 3.10 |
| 1998 | .21 | (.10) | 3.21 |
| 1999 | .30 | (.14) | 3.37 |
| 2000 | .11 | (.10) | 3.36 |
| 2001 | .10 | (.14) | 3.32 |
| 2002 | .12 | (.32) | 3.12 |
| 2003 | .03 | (.29) | 2.86 |
| 2004 | .04 | (.04) | 2.86 |
| 2005 | -- | (.10) | 2.76 |
| 2006 | .07 | (.13) | 2.71 |
| 2007 | .22 | (.06) | 2.87 |
| 2008 | .24 | (.15) | 2.96 |
| 2009 | .40 | (.23) | 3.13 |
| 2010 | .30 | (.65) | 2.73 |
| | 2.90 | (4.39) | |

Due to weakened trade fundamentals revenues realized by older ships still employed in coastwise

service were sharply reduced.  Therefore, the record of time charters (Table 39) earned by these

vessels after 1980 is a point of historical interest and has limited value in predicting future tankship

hire revenues.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

TABLE 39

AVERAGE TIME CHARTER REVENUES EARNED BY TANKERS AND ITBS EMPLOYED IN THE JONES ACT
TRADE, UNITS IN THOUSAND DOLLARS PER DAY

|  | SEABULK | | OSG | U.S. SHIPPING | AHL | CROWLEY |
|  | CHALLENGE<br>& TRADER | DOUBLE<br>EAGLES | PHILA | ITBs | REBUILDS | B. RIDGE<br>& C. TRADER |
|---|---|---|---|---|---|---|
| 1980 | NA | NA | NA | NA | NA | NA |
| 1982 | $34 | NA | NA | NA | NA | NA |
| 1984 | 25 | NA | NA | NA | NA | NA |
| 1986 | 28 | NA | NA | NA | NA | NA |
| 1988 | 23 | NA | NA | NA | NA | NA |
| 1990 | 32 | NA | $36 | NA | NA | NA |
| 1992 | 40 | NA | 32 | NA | NA | NA |
| 1994 | 36 | NA | 24 | NA | NA | NA |
| 1996 | 25 | NA | 24 | NA | NA | NA |
| 1998 | 23 | $25 | NA | $21 | $22 | $21 |
| 2000 | 23 | 27 | 28 | 23 | 24 | 23 |
| 2001 | 32 | 34 | 32 | 26 | 27 | 23 |
| 2002 | 34-36 | 35 | 35 | 30 | 28-30 | 30-34 |
| 2003 | 36 | 35 | 35 | 36 | 30-31 | 34 |
| 2004 | 36 | 36 | 35 | 37 | 31 | 35 |
| 2005 | 37 | 37 | 36 | 39 | 32 | 36 |
| 2006 | 42 | 40 | 37 | 40 | 33 | 37 |
| 2007 | NA | 44 | 39 | 41 | 34 | 38 |
| 2008 | 36 | 45 | 34 | 35 | 34 | 38 |
| 2009 | 32 | 48 | 32 | NA | 22 | 37 |
| 2010 | 30 | 38 | NA | NA | N/A | 37 |

|  | DELAWARE<br>TRADER | SPOT MARKET |
|---|---|---|
| 1980 | NA | $29 |
| 1982 | NA | 14 |
| 1984 | NA | 13 |
| 1986 | NA | 18 |
| 1988 | NA | 16 |
| 1990 | NA | 23 |
| 1992 | NA | 16 |
| 1994 | NA | 21 |
| 1996 | NA | 20 |
| 1998 | NA | 19 |
| 2000 | NA | 22 |
| 2001 | NA | 28 |
| 2002 | NA | 25 |
| 2003 | NA | 25 |
| 2004 | $33 | 28 |
| 2005 | 34 | 32 |
| 2006 | 35 | 42 |
| 2007 | 36 | 48 |
| 2008 | 36 | 28 |
| 2009 | 34 | 27 |
| 2010 | 34 | 25 |

As is shown in the preceding schedule, time charter revenues earned by product tankers experienced considerable variation during the 1980-2010 interval. These changes were the result of dissimilar business and economic conditions under which Jones Act vessels operated over the last 30 years. These conditions during the 1980-2010 interval are discussed below.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)