# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN PETROLEUM TANKERS PARENT LLC, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:12-CV-001165-CKK |
| v. | ) ) | Notice of Filing of Administrative Record |
| The UNITED STATES OF AMERICA, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING OF VOLUME 17 OF THE ADMINISTRATIVE RECORD

Defendants hereby give notice that attached hereto is **Volume 17** of the redacted

Administrative Record in this action, which is being filed in 26 separate volumes.

Respectfully Submitted,

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

DIANE KELLEHER
Assistant Branch Director

*s/ Daniel Bensing*
DANIEL BENSING
Senior Counsel
(D.C. Bar No. 334268)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 6114
Washington D.C. 20530
Tel.: (202) 305-0693
Fax:  (202) 616-8460
Email:  Daniel.Bensing@USDOJ.gov

Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2013 I electronically filed the foregoing Notice of Filing of Volume 17 of the Administrative Record with the Clerk of the Court by using the CM/ECF system.


/s/ *Daniel Bensing*
DANIEL BENSING

Between 1980-1988, the demand for domestic tonnage declined sharply after federal oil price and export controls were terminated in 1981. When in effect, government regulations subsidized major waterborne product movements (i.e. 300,000 BPD) sent from the Gulf Coast to the Northeast. These long haul coastwise shipments became uneconomic after federal controls ended and the corresponding trade decline caused the domestic product tanker fleet to become overtonnaged. In response to these developments, time charter rates fell sharply (from $32,000 to $22,000 per day on modern ships) and the spot market declined (from $29,000 to $14,000 per day with stream ships) to a level where vessel operating costs were barely covered.

Time charter revenues earned by modern product tankers increased temporarily in the early 1990s. This change was due to accelerated shipping needs of the Military Sealift Command during the first war with Iraq. In response to this event, time charter revenues realized by modern diesel ships rose to $30,000-$36,000 per day and continued at this level until MSC contracts expired in 1991-1992.

Throughout the 1990s tankship charter revenues were subject to downward pressure caused by the enactment of OPA-90 and the redeployment of vessels previously used in the subsidized-preference trades to coastwise service. Financial liability provisions in OPA-90 caused oil companies to take domestic cargos off the water whenever possible using exchanges and by importing more foreign barrels. At the same time, shipping employment in the non-core preference-subsidized trades was eliminated when government funding for maritime assistance programs ended. Lacking employment opportunities elsewhere, tankers displaced from U.S. flag foreign service entered the coastwise fleet where they overtonnaged the products trade. Due to overtonnaging, time charter revenues earned

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Coastwise Product Tanker Study
April 2011
Page 75

by modern ships in domestic products service remained in the $22,000-$24,000 per day interval throughout the 1993-1999 period.

Business fundamentals in the coastwise trade improved after September 2000 when oil companies changed their domestic marine transportation policies and employed more vessels under time charters. This shift was due to: a perceived long term decline in fleet capacity; safety premiums placed on the use of modern ships; the absence of newbuilding programs underway; and future transportation expense being more effectively controlled with time charters in a tight shipping market. Responding to these developments, time charter revenues earned by modern vessels employed in coastwise product service increased from the $23,000/$27,000 per day level in 2000 to $35,000/$46,000 per day level by 2008.

Newbuilding additions to the fleet and reductions in coastwise product shipments during 2009-2010 lowered the need for older vessels which entered lay-up and were subsequently scrapped before their statutory trading life expired. The only sector of the domestic fleet able to sustain strong time charter rates were new vessels that are primarily employed under long term fixtures negotiated before 2009. However most recently, some newbuildings: (a) came off term charters (e.g. 650-1 and 650-2) and entered the spot market; or (b) negotiated period fixtures (Sunshine State) of short duration. Each of these vessels encountered a difficult market in which hire revenues are sharply reduced. A tabulation of estimated contract rates realized by newbuilds is presented in Table 40 and supporting particulars are given in Table 41.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

TABLE 40

ESTIMATED TIME CHARTER RATES REALIZED BY NEWBUILDINGS, ESTIMATED
TIME CHARTER RATES REALIZED BY NEWBUILDINGS, IN THOUSAND OF DOLLARS PER DAY

| CROWLEY | 06 | 07 | 08 | 09 | 10 | 11 |
|---|---|---|---|---|---|---|
| GOLDEN STATE | -- | -- | -- | $353.0 | $353.8 | $54.6 |
| PELICAN STATE | -- | -- | -- | 51.0 | 51.0 | 42.0 |
| SUNSHINE STATE | -- | -- | -- | 42.0 | 42.0 | 42.0 |
| EMPIRE STATE | -- | -- | -- | -- | 63.0 | 60.0 |
| EVERGREEN STATE | -- | -- | -- | -- | 63.0 | 60.0 |
| 650-1 | 23.5 | 23.5 | 23.5 | 23.5 | SPOT | 24.0 |
| 650-2 | -- | 28.0 | 29.0 | 30.0 | SPOT | SERVICE |
| 650-3 | -- | 30.0 | 31.0 | 32.0 | 33.0 | 34.0 |
| 650-4 | -- | -- | 30.0 | 31.0 | 32.0 | 33.0 |
| 650-5 | -- | -- | 31.0 | 31.0 | 31.0 | 32.8 |
| 650-6 | -- | -- | 29.3 | 29.3 | 29.3 | 29.3 |
| 650-7 | -- | -- | -- | 32.8 | 32.8 | 32.8 |
| 650-8 | -- | -- | -- | -- | 32.8 | 32.8 |
| 650-9 | -- | -- | -- | -- | 32.8 | 32.8 |
| | | | | | | |
| OSG AMERICA | | | | | | |
| HOUSTON | -- | 42.5 | 43.3 | 44.1 | 44.9 | 45.7 |
| LONG BEACH | -- | 44.0 | 44.9 | 45.8 | 46.7 | 47.6 |
| LOS ANGELES | -- | 44.0 | 44.9 | 45.8 | 46.7 | 47.6 |
| NEW YORK | -- | -- | 42.5 | 43.4 | 44.1 | 44.9 |
| TEXAS CITY | -- | -- | 53.0 | 53.9 | 54.8 | 55.7 |
| BOSTON | -- | -- | -- | 49.5 | 50.3 | 51.1 |
| NIKISKI | -- | -- | -- | 49.5 | 50.3 | 51.1 |
| CASCADE* | -- | -- | -- | 65.0 | 66.6 | 68.2 |
| MARTINEZ | -- | -- | -- | -- | 53.2 | 54.1 |
| CHINOOK* | -- | -- | -- | -- | 70.2 | 71.8 |
| TAMPA | -- | -- | -- | -- | OPEN | |
| ANACORTES | -- | -- | -- | -- | -- | 53.2 |
| | | | | | | |
| SEABULK | | | | | | |
| ARCTIC | NA | NA | NA | NA | 37.0 | 38.0 |
| | | | | | | |
| U.S. SHIPPING | | | | | | |
| P. CHEM PRODUCER | -- | -- | 32.5 | 33.0 | 33.5 | 34.0 |
| P. CHEM SUPPLIER | -- | -- | -- | 32.5 | 33.0 | 33.5 |
| P. CHEM TRADER | -- | -- | -- | SPOT | | |

* TIME CHARTER RATE INCLUDES CAPITAL EXPENDITURES MADE FOR CRUDE OIL LIGHTERING EQUIPMENT.

Crowley's 650-2 is now employed in the spot trade where their TCE realizations are approximately $24,000 per day. This contrasts with $30,000 per day earned when these vessels were employed under time charters with Shell and Conoco Phillips during 2009. Furthermore, the Sunshine State (Backstone newbuild) is presently employed under a three year time charter by Chevron at a reported rate of $42,000 per day. Furthermore, when the Seabulk Arctic was released from its Tesoro contract (July 2010), it was time chartered by Valero for one year at $37,000 per day with two year options.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Coastwise Product Tanker Study
April 2011
Page 77

The Seabulk Arctic is a Double Eagle tanker that went into service in 1999.

TABLE 41

CONTRACT DETAILS WITH VESSELS EMPLOYED UNDER TIME CHARTERS

| CROWLEY | TYPE | KDWT | YB | CHARTER | INITIAL TERM |
|---|---|---|---|---|---|
| GOLDEN STATE | SHIP | 49 | 2009 | BP | UP TO 10 YEARS |
| PELICAN STATE | SHIP | 49 | 2009 | MARATHON | 3 YEARS |
| SUNSHINE STATE | SHIP | 49 | 2009 | CHEVRON | 3 YEARS |
| EMPIRE STATE | SHIP | 49 | 2010 | MSC | 5 YEARS |
| EVERGREEN STATE | SHIP | 49 | 2010 | MSC | 5 YEARS |
| 650-1 | ATB | 27 | 2006 | SHELL | 5 YEARS |
| 650-3 | ATB | 27 | 2007 | BP | 7 YEARS |
| 650-4 | ATB | 27 | 2008 | BP | 7 YEARS |
| 650-5 | ATB | 27 | 2008 | MARATHON | 3 YEARS |
| 650-6 | ATB | 27 | 2008 | BP | 3 YEARS |
| 650-7 | ATB | 27 | 2009 | MARATHON | 3 YEARS |
| 650-8 | ATB | 27 | 2009 | MARATHON | 3 YEARS |
| 650-9 | ATB | 27 | 2010 | CHEVRON | 3 YEARS |
| | | | | | |
| OSG AMERICA | | | | | |
| HOUSTON | SHIP | 46 | 2007 | SHELL | 3 YEARS |
| LONG BEACH | SHIP | 46 | 2007 | BP | 7 YEARS |
| LOS ANGELES | SHIP | 46 | 2007 | BP | 7 YEARS |
| NEW YORK | SHIP | 46 | 2007 | SHELL | 3 YEARS |
| TEXAS CITY | SHIP | 46 | 2008 | BP | 4 YEARS |
| BOSTON | SHIP | 46 | 2009 | TESORO | 4 YEARS |
| NIKISKI | SHIP | 46 | 2009 | TESORO | 4 YEARS |
| CASCADE | SHIP | 46 | 2009 | PETROBRAS | 5 YEARS |
| MARTINEZ | SHIP | 46 | 2010 | TESORO | 4 YEARS |
| CHINOOK | SHIP | 46 | 2010 | PETROBRAS | 4 YEARS |
| ANACORTES | SHIP | 46 | 2011 | TESORO | 4 YEARS |
| | | | | | |
| SEABULK | | | | | |
| ARCTIC | SHIP | 48 | 1999 | VALERO | UP TO 3 YEARS |
| | | | | | |
| U.S. SHIPPING | | | | | |
| P.C. PRODUCER | ATB | 20 | 2008 | SHELL | 3 YEARS |
| P.C. SUPPLIER | ATB | 20 | 2009 | COP | 3 YEARS |

B.   GULF COAST REFINERY NETBACKS REALIZED FROM CLEAN CARGOS SOLD IN
FLORIDA AND LIMITATIONS IMPOSED ON JONES ACT TRANSPORTATION
RATES BY THE LANDED PRICE OF PRODUCT IMPORTS.

Refinery netbacks from Texas-Louisiana-Mississippi gasoline cargos sold in Florida versus

realizations earned from inland sales (e.g. the Middle West) influence can be paid for Jones Act

transportation in the cross-Gulf trade. Factors entering this equation are: (1) differences between the

price of clean products sold in Texas and Florida; (2) U.S. marine transportation charges; (3) the

landed cost of foreign supply on the East Coast; and (4) Gulf Coast refining margins.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

1.   <u>Clean Product Prices in Texas and Florida</u>. The price difference between clean products sold

in Florida and Texas supports marine transportation expense incurred in moving Gulf Coast cargos

to Tampa-Port Everglades-Jacksonville. Locational differences in clean product prices sold in these

markets (during the 1994-2010 interval) are quantified in Table 42.

TABLE 42

PRODUCT PRICE DIFFERENCE BETWEEN TEXAS AND FLORIDA, REFINER BULK SALES FOR RESALE,
UNITS IN DOLLARS PER BARREL

|  | REGULAR CONVENTIONAL GASOLINE | DISTILLATE OIL | JET FUEL KEROSENE | AVERAGE CLEAN CARGO |
|---|---|---|---|---|
| 1994 | $1.72 | $1.26 | $1.18 | 1.55 |
| 1996 | 1.81 | 1.30 | 2.10 | 1.75 |
| 1998 | 1.18 | 0.96 | 2.23 | 1.50 |
| 2000 | 1.64 | 1.75 | 1.64 | 1.65 |
| 2001 | 1.05 | 1.43 | 1.38 | 1.18 |
| 2002 | 1.21 | 1.30 | 1.75 | 1.31 |
| 2003 | 1.10 | 1.25 | 1.68 | 1.21 |
| 2004 | 2.01 | 2.21 | 1.09 | 1.92 |
| 2005 | 2.29 | 1.85 | 1.80 | 2.10 |
| 2006 | 0.78 | 1.39 | 2.20 | 1.11 |
| 2007 | 2.41 | 1.93 | 2.91 | 2.41 |
| 2008 | 2.57 | 2.81 | 3.07 | 2.68 |
| 2009 | 2.38 | 3.24 | 2.48 | 2.52 |
| 2010 | 1.89 | 2.39 | 2.02 | 2.05 |

SOURCE: ENERGY INFORMATION ADMINISTRATION, PETROLEUM MARKETING MONTHLIES.

Over the past ten years, rising domestic marine transportation expense reduced refinery netbacks

generated by cross-Gulf sales to Florida. During the 1990s, the average locational product price

difference (with clean products) was $1.60 per barrel, cross-Gulf marine transportation expense

averaged $0.85 per barrel and plant netbacks realized from Florida sales produced a $0.75 per barrel

gain. After 2004, average cross-Gulf marine transportation expense increased to $1.70 per barrel,

the locational clean product price difference rose to $2.15 per barrel and Gulf Coast plant netbacks

from Florida sales declined to $0.45 per barrel gain.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

2.   <u>Jones Act Marine Transportation Charges</u>. Estimated cross-Gulf marine transportation charges incurred during the 2000-2010 interval are presented in Table 43.  Our estimate includes port charges, dock fees, Harbor Maintenance Taxes and direct maritime transportation expense.

TABLE 43

ESTIMATED PER BARREL TRANSPORTATION CHARGES FROM GULF COAST
REFINING CENTERS TO TAMPA AND PORT EVERGLADES 2000-2011

| | 00 | 04 | 06 | 07 | 08 | 09 | 10 |
|---|---|---|---|---|---|---|---|
| CORPUS CHRISTI | $0.98 | $1.34 | $1.75 | $1.85 | $2.00 | $1.95 | $1.90 |
| HOUSTON | 0.93 | 1.27 | 1.70 | 1.80 | 1.95 | 1.90 | 1.85 |
| TEXAS CITY | 0.91 | 1.24 | 1.70 | 1.80 | 1.95 | 1.90 | 1.85 |
| BEAUMONT & PORT ARTHUR | 0.90 | 1.22 | 1.65 | 1.71 | 1.85 | 1.80 | 1.75 |
| LAKE CHARLES | 0.88 | 1.19 | 1.60 | 1.65 | 1.80 | 1.75 | .70 |
| MISSISSIPPI RIVER | 0.82 | 1.11 | 1.45 | 1.51 | 1.70 | 1.65 | 1.60 |
| PASCAGOULA | 0.76 | 1.02 | 1.18 | 1.23 | 1.45 | 1.40 | 1.35 |

3.       <u>The Landed Cost of Foreign Clean Products Supplied to the East Coast and their Impact on Domestic Barrels Sold in Florida</u>. Factors that govern the competitive dynamics between foreign and domestic clean cargos delivered to the East Coast are threefold. <u>First</u> and most important is the FOB product price at the refinery center that supplies the cargo.  In a perfect economic environment FOB product prices at refinery export centers throughout the world would be similar.  However, regional disparities between indigenous plant production and local demand create supply imbalances that distort FOB export prices which impact the competitiveness of cargos in import markets. <u>Second,</u> is the expense of foreign shipping.  <u>Third,</u> is the difference between refinery profitability in Western Europe and the U.S. Gulf Coast.  Gulf Coast refinery operations historically have been more profitable than those in Europe.  Higher profits allow PAD III downstream operations to subsidize clean product sales in Florida whose volumes are needed to maintain high throughput levels at Gulf Coast plants that are unable to profitably market incremental barrels elsewhere.  The economics of shipping European gasoline to the East Coast is demonstrated by adding cross Atlantic

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Coastwise Product Tanker Study
April 2011
Page 80

marine transportation charges to the difference in regional product prices.

Supporting calculations are presented in Table 44 with a negative number in the last column identifying how much delivered European gasoline is priced below the NYH market and a positive number indicating how much European gasoline is priced above the NYH market. During 2010, the average delivered cost of a European gasoline cargo conventional regular was $1.16 per barrel above the prevailing spot price in the NYH market. We attribute this narrowing of the Atlantic Basin arbitrage window for gasoline to structural changes in East Coast product supply. First, is the Gulf Coast gasoline surplus which is depressing product prices throughout the eastern U.S. Second, are additional pipeline shipments of Gulf coast gasoline to NYH that are now setting prices in this market instead of imports. Due to these developments Gulf Coast barrels have become more competitive in East Coast markets than when delivered lower cost European supplies set gasoline prices in NYH before 2008.

TABLE 44

NEW YORK HARBOR VERSUS WESTERN EUROPE, GASOLINE IN DOLLARS PER BARREL

|  | FOB PRICE DIFFERENCE | MARINE CHARGE | (COST ADVANTAGE LANDED) OR DISADVANTAGE OF IMPORTS |
|---|---|---|---|
| 2000 | $(1.30) | $1.95 | $0.65 |
| 2001 | (2.05) | 2.43 | 0.38 |
| 2002 | (2.18) | 1.70 | (0.48) |
| 2003 | (2.84) | 2.36 | (0.48) |
| 2004 | (2.56) | 2.87 | 0.31 |
| 2005 | (3.11) | 2.84 | (0.27) |
| 2006 | (4.16) | 3.03 | (1.13) |
| 2007 | (5.47) | 2.59 | (2.88) |
| 2008 | (2.81) | 3.62 | 0.81 |
| 2009 | (1.68) | 2.10 | 0.42 |
| 2010 | (0.84) | 2.00 | 1.16 |

Locational differences in gasoline-distillate-jet fuel prices are quantified in Table 45. Significant points of price difference are between Houston, Florida and New York Harbor.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Presently all clean products (FOB) shipped from Western Europe to NYH are landed at prices above those prevailing in the Northeast.  The reduced arbitrage differential between these two markets has reduced the economic incentive to ship surplus products from Europe to the East Coast as shown in the tabulation below.

|  | IN DOLLARS PER BARREL | | |
|  | FOB PRICE DIFFERENCE W. EUROPE | ATLANTIC MARINE | ABOVE NYH SPOT |
|---|---|---|---|
| GASOLINE | $ (0.84) | $2.00 | $1.16 |
| DISTILLATES | 0.67 | 2.00 | 2.67 |
| JET FUEL | (0.80) | 2.00 | 1.20 |

In contrast, the difference between spot prices in NYH and Houston increased and the improved locational price difference offsets most of the pipeline tariff incurred to transport gasoline-distillates-jet fuel from the Gulf Coast to Linden, New Jersey.

|  | IN DOLLARS PER BARREL | | |
|  | NYH/HSTN FOB PRICE DIFFERENCE | COLONIAL TARIFF | REDUCED HSTN NETBACK |
|---|---|---|---|
| GASOLINE | $1.55 | $ (1.75) | $ (0.20) |
| DISTILLATES | 1.22 | (1.75) | (0.53) |
| JET FUEL | 1.64 | (1.75) | (0.11) |

With Gulf Coast refinery processing margins being two and a half times those in the Middle Atlantic region and Western Europe, plants in PAD III can absorb small reductions in system netbacks in order to expand sales in the Northeast.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Coastwise Product Tanker Study
April 2011
Page 82

TABLE 45

DIFFERENCE IN FOB SPOT PRICES FOR CLEAN PRODUCTS, IN DOLLARS PER BARREL

| | NWE VERSUS NYH | NYH VERSUS HSTN | FL VERSUS TX | HSTN VERSUS NWE |
|---|---|---|---|---|
| | REGULAR CONVENTIONAL GASOLINE | | | |
| 2000 | $(1.30) | $0.76 | $1.64 | $0.55 |
| 2001 | (2.05) | 0.04 | 1.05 | 2.02 |
| 2002 | (2.18) | 0.08 | 1.21 | 2.10 |
| 2003 | (2.84) | 0.54 | 1.10 | 2.39 |
| 2004 | (2.56) | 0.46 | 2.01 | 2.10 |
| 2005 | (3.11) | (1.31) | 2.29 | 4.42 |
| 2006 | (4.16) | (0.41) | 0.78 | 4.62 |
| 2007 | (5.47) | 0.41 | 2.41 | 5.06 |
| 2008 | (2.81) | (1.68) | 2.57 | 3.70 |
| 2009 | (1.68) | 1.26 | 2.38 | 0.42 |
| 2010 | (0.84) | 1.55 | 1.63 | (0.13) |
| | HEATING OIL | | | |
| 2000 | $(2.43) | $2.90 | $1.75 | $(0.46) |
| 2001 | (0.71) | 0.96 | 1.43 | (0.25) |
| 2002 | (0.67) | 0.97 | 1.30 | (0.29) |
| 2003 | (1.60) | 1.85 | 1.25 | 0.25 |
| 2004 | 0.08 | 1.47 | 2.21 | (1.60) |
| 2005 | (0.33) | 0.40 | 1.85 | 0.29 |
| 2006 | 1.97 | 0.13 | 1.39 | (1.84) |
| 2007 | 0.05 | 0.88 | 1.93 | (0.92) |
| 2008 | 3.53 | 1.85 | 2.81 | (1.30) |
| 2009 | 0.42 | 1.21 | 3.24 | (1.64) |
| 2010 | 0.67 | 1.42 | 2.39 | (1.76) |
| | JET FUEL | | | |
| 2000 | $(1.13) | $2.60 | $1.64 | $(1.47) |
| 2001 | (0.25) | 0.76 | 1.38 | (0.50) |
| 2002 | (0.50) | 0.97 | 1.75 | (0.46) |
| 2003 | 0.42 | 1.76 | 1.68 | (2.18) |
| 2004 | 0.25 | 1.89 | 1.09 | (2.14) |
| 2005 | (0.75) | -- | 1.47 | 0.76 |
| 2006 | (0.42) | 1.22 | 2.20 | 0.84 |
| 2007 | 2.77 | 3.36 | 2.91 | (0.59) |
| 2008 | (0.50) | 3.02 | 3.07 | (2.44) |
| 2009 | (0.34) | 1.51 | 2.48 | (1.18) |
| 2010 | (0.80) | 1.64 | 2.01 | (0.88) |

4.   <u>Refinery Profitability</u>.  Gulf Coast refinery operations are more profitable than those in

Western Europe that are principal suppliers of foreign gasoline delivered to the East Coast.  Higher

downstream profits in Gulf Coast plants support clean product shipments to Florida which encounter

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

competition from gasoline imports. Gulf Coast refineries are more profitable because: (a) they

process lower gravity cheaper crude oils; (b) produce greater relative volumes of higher valued clean

products; and (c) do not export significant supplies at distressed prices. A comparison between

refinery profitability in Western Europe and the Gulf Coast is presented in Table 45.

TABLE 46

ESTIMATED CASH OPERATING INCOME OF REFINERIES IN WESTERN EUROPE AND
THE GULF COAST, DOLLARS PER BARREL

|      | GULF COAST | N.W. EUROPE | GULF COAST PREMIUM |
|------|-----------|-------------|--------------------|
| 2001 | $4.52     | $1.96       | $2.29              |
| 2002 | 2.02      | 0.72        | 1.30               |
| 2003 | 3.21      | 2.89        | 0.32               |
| 2004 | 6.16      | 5.08        | 1.08               |
| 2005 | 12.53     | 5.51        | 7.02               |
| 2006 | 12.49     | 5.88        | 6.61               |
| 2007 | 12.60     | 5.75        | 6.85               |
| 2008 | 9.09      | 6.35        | 2.74               |
| 2009 | 3.03      | 1.66        | 1.37               |
| 2010 | 4.52      | 1.70        | 2.82               |

SOURCE: MUSE, STANCIL & CO.

C.    FORECAST FLEET EMPLOYMENT AND FUTURE TIME CHARTER RATES.

The trend in future fleet employment is predicted by contrasting expected shipping demand with

forecast fleet capacity. These estimates were developed earlier in this report and our findings are

summarized in Table 47 which depicts dissimilar trade demand scenarios. The driving factor in this

exercise is the elimination of substandard vessels which reduces fleet capacity to 2.5 million DWT

by 2016. The reciprocal consideration is coastwise shipping demand that is conservatively estimated

to be 2.7 million DWT in today's depressed market.

Going forward we predict coastwise shipping requirements will grow due to: expanded refinery

output on the Gulf Coast; pipeline capacity constraints that will limit additional overland products

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

movements to the East Coast; and put more barrels on the water to supply Florida, the South Atlantic Coastal region and New York Harbor. Additive to this development, we predict there will be increased tonnage requirements in the West Coast products trade and some growth in Gulf of Mexico crude oil shuttle tanker employment.

Our forecast assumes no additional tankers and ATBs are built except for those under contract. Future fleet balances are depicted in schedules below with tonnage deficits assumed to be covered by additional newbuildings having individual capacities of 330,000 barrels each. Among the trade demand scenarios employed in our forecast we believe the low case assessment is the most appropriate one to use in predicting future tonnage requirements and the need for additional newbuildings. This is because trade growth postulated in the low case is only sufficient to regain (by 2018-2020) what was lost in reduced coastwise petroleum traffic during 2009-2011. Consequently this estimate is considered conservative and identifies the need to add 10 newbuildings to the fleet during the next seven years. Our fail safe assessment is that even if there is no trade growth the ongoing reduction in fleet capacity will also result in tonnage shortfalls, albeit on a smaller scale than predicted in our other trade growth estimates.

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Coastwise Product Tanker Study
April 2011
Page 85

TABLE 47

FORECAST TONNAGE BALANCES IN THE COASTWISE TRADE WITH PRODUCT SHIPS AND OCEANGOING BARGES HAVING CAPACITIES BETWEEN 16,000-55,000 DWT ASSUMING NO NEWBUILDINGS BEYOND THOSE NOW UNDER CONTRACT, UNITS IN MILLION DWT

**NO TRADE GROWTH ASSESSMENT**

|    | FLEET CAPACITY | SHIPPING DEMAND | TONNAGE BALANCE | CUMULATIVE NEED FOR ADDITIONAL SHIPS IN NUMBER OF VESSELS |
|----|------|------|--------|------|
| 11 | 2.70 | 2.70 | --     | --   |
| 12 | 2.57 | 2.70 | (.13)  | 3.0  |
| 13 | 2.67 | 2.70 | (.03)  | 0.7  |
| 14 | 2.62 | 2.70 | (.08)  | 1.9  |
| 15 | 2.62 | 2.70 | (.08)  | 1.9  |
| 16 | 2.55 | 2.70 | (.15)  | 3.5  |
| 17 | 2.50 | 2.70 | (.20)  | 4.7  |
| 18 | 2.43 | 2.70 | (.27)  | 6.2  |
| 19 | 2.37 | 2.70 | (.33)  | 7.7  |
| 20 | 2.32 | 2.70 | (.38)  | 8.8  |

**LOW TRADE GROWTH ASSESSMENT**

|    | FLEET CAPACITY | SHIPPING DEMAND | TONNAGE BALANCE | CUMULATIVE NEED FOR ADDITIONAL SHIPS IN NUMBER OF VESSELS |
|----|------|------|--------|------|
| 11 | 2.70 | 2.70 | --     | --   |
| 12 | 2.57 | 2.90 | (.33)  | 7.8  |
| 13 | 2.67 | 2.93 | (.26)  | 6.0  |
| 14 | 2.62 | 2.96 | (.34)  | 7.9  |
| 15 | 2.62 | 2.97 | (.35)  | 8.1  |
| 16 | 2.55 | 2.98 | (.43)  | 10.0 |
| 17 | 2.50 | 2.98 | (.48)  | 11.1 |
| 18 | 2.43 | 2.99 | (.56)  | 13.0 |
| 19 | 2.37 | 3.05 | (.68)  | 15.8 |
| 20 | 2.32 | 3.11 | (.79)  | 18.3 |

**BASE CASE TRADE GROWTH ASSESSMENT**

|    | FLEET CAPACITY | SHIPPING DEMAND | TONNAGE BALANCE | CUMULATIVE NEED FOR ADDITIONAL SHIPS IN NUMBER OF VESSELS |
|----|------|------|--------|------|
| 11 | 2.70 | 2.70 | --     | --   |
| 12 | 2.57 | 2.94 | (.37)  | 8.0  |
| 13 | 2.67 | 3.01 | (.34)  | 8.0  |
| 14 | 2.62 | 3.09 | (.47)  | 10.9 |
| 15 | 2.62 | 3.14 | (.52)  | 12.1 |
| 16 | 2.55 | 3.19 | (.64)  | 14.9 |
| 17 | 2.50 | 3.19 | (.69)  | 16.1 |
| 18 | 2.43 | 3.20 | (.77)  | 17.9 |
| 19 | 2.37 | 3.26 | (.89)  | 20.7 |
| 20 | 2.32 | 3.32 | (1.00) | 23.0 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

Coastwise Product Tanker Study
April 2011
Page 86

Due to overtonnaging being short lived and the prospect of capacity shortfalls becoming more evident, we believe the capital cost associated with adding newbuildings to the fleet will exert positive pressure on time charter rates after 2012. Moreover, fleet consolidation into the hands of several companies will facilitate an upward bias in setting future contract rates. However, the small number of new vessels operating without time charters and those relet into the spot market will continue to act as a depressant on period fixtures put under contract during the next two years. Thereafter, we believe compensatory period fixtures on newbuildings entering the fleet will increase daily hire revenues rates to $54,000 per day by 2013. Once fleet capacity matches shipping requirements and equilibrium is achieved, growth in time charter revenues will track operating cost escalators contained in the contracts. Our rate forecast is presented in Table 48.

TABLE 48

FORECAST AVERAGE TIME CHARTER RATES REALIZED BY NEWBUILDINGS EMPLOYED
IN THE COASTWISE PETROLEUM PRODUCT FLEET, UNITS IN THOUSAND DOLLARS PER DAY

|  | PRODUCT TANKER (330,000 B) | ATBS (330,000 B) | (180,000 B) |
|---|---|---|---|
| 2008 | $45.7 | -- | $29.0 |
| 2009 | 47.4 | -- | 30.0 |
| 2010 | 48.0 | -- | 31.5 |
| 2011 | 50.0 | $49.0 | 32.3 |
| 2012 | 52.0 | 50.0 | 32.5 |
| 2013 | 54.0 | 52.0 | 33.0 |
| 2014 | 56.0 | 54.0 | 33.5 |
| 2015 | 57.0 | 55.0 | 34.2 |
| 2016 | 60.0 | 56.0 | 35.0 |
| 2017 | 62.0 | 58.0 | 36.0 |
| 2018 | 64.0 | 60.0 | 37.0 |
| 2019 | 66.0 | 61.0 | 38.0 |
| 2020 | 67.0 | 62.0 | 39.0 |

Confidential Business Information
Exempt from FOIA Disclosure Pursuant
to 5 U.S.C. 552(b)(4)

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

1

CONFIDENTIAL BUSINESS INFORMATION

APT V. USA

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

| | |
|---|---|
| From: | Nancy J. Mattson [njmattson@argentgroupltd.com] |
| Sent: | Wednesday, October 05, 2011 4:55 PM |
| To: | Ladd, Daniel (MARAD) |
| Cc: | rob.kurz@americanpetroleumtankers.com; phil.doherty@americanpetroleumtankers.com; Martin E. Gottlieb; Cindy J. Koehn |
| Subject: | APT Title XI Application: T-5 Tanker History |
| Attachments: | T-5 History.doc |

Dan:

On behalf of APT and as you requested, I am forwarding the attached information about the history of the T-5 Tanker program.

Please note that this email and any attachments hereto constitute "trade secrets and commercial or financial information [that is] privileged or confidential" within the meaning of 49 CFR 7.13(c)(4) and the Freedom of Information Act and accordingly is submitted with the understanding that it is not subject to disclosure under FOIA.  Disclosure of such information would cause substantial harm to American Petroleum Tankers Parent LLC (the "Applicant").  The Applicant is submitting this information under your previously-given assurances that it will not be released by the Maritime Administration or the Department of Transportation unless a court determines that its release is required by law.  The Applicant further understands that in the event a request is received for such information, the Maritime Administration or the Department of Transportation will notify the Applicant expeditiously and will permit the Applicant to submit written objections to release pursuant to 49 CFR 7.17(a), unless the Maritime Administration or the Department of Transportation determine (as we expect that it will for the reasons discussed above) that the information should not be disclosed as provided in 49 CFR 7.17(c).

Please call me with any questions on the above information

Regards - Nancy

Nancy J. Mattson
Managing Director
Argent Group Ltd.
Phone:    (415) 982-7883
Mobile:       (415) 793-9993
e-mail:    njmattson@argentgroupltd.com

CONFIDENTIALITY NOTICE

The information contained in this transmission is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient of this information, do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this information. If you received this transmission in error, please contact the sender and destroy all printed copies and delete the material from all computers.

1

## T-5 Tanker History

Five T-5 tankers were designed and constructed in the mid-1980s to be used by the Military Sealift Command under hell-or-high water long-term time charters (5-year charters with three five-year renewal options on the part of MSC)commencing upon their delivery.  These long-term charters were the basis upon which commercial owners were able to attract construction and permanent financing for the vessels.

MSC exercised all of its charter renewal options and its separate options to purchase 4 of the 5 vessels from their commercial owners.  The vessels were operated in MSC service for more than 20 years with two of the vessels continuing to operate in MSC service today, more than 25 years after their delivery.

One of the T-5 tankers that is owned by the Navy is currently operating in MSC service in Prepositioning Storage in Diego Garcia.  Another T-5 tanker was returned to its commercial owner at the end of its 20-year time charter to MSC and was sold to U.S. Shipping.  That tanker operated in commercial products service under time charter to Morgan Stanley until it was rechartered to MSC  under consecutive short-term time charters commencing in Q2 2011.  The remaining three T-5 tankers are now in the reserve fleet.

While under charter to MSC, the T-5 tankers operated in world-wide service moving refined petroleum products from oil refineries to DoD storage facilities. These refineries and depots are spread throughout the globe in every major geographic region including Antarctica.  The tankers rotated around the world, but there was generally one tanker operating on the East Coast, one tanker operating on the West Coast and three tankers operating overseas.

Today, the T-5 tanker that has been operating under consecutive short-term time charters to MSC is trading on the East Coast while the *Empire State* and *Evergreen State* are currently trading on the West Coast.  The *Empire State* returned to the West Coast in July 2011 after having traded in the Far East for about 8 months.  It is expected that one of the APT vessels will be redeployed back to the Far East sometime in 2012.

Subsequent to MSC awarding the T-5 tanker time charters in the mid-1980s, federal government procurement laws changed in a manner that prohibited MSC from entering into similar long-term

1

charters in the future.  Accordingly, MSC must continue to meet its needs to transport DOD refined petroleum products by time chartering commercially-owned products tankers in a manner similar to the time charters that MSC entered into with APT for the *Empire State* and the *Evergreen State*.

While the MSC charters of the *Empire State* and the *Evergreen State* are for a fixed term of about one year with four approximately one-year renewal options, APT expects these vessels to remain on charter for at least the entire five-year period.  This expectation is based on both historical chartering precedent for comparable long-term charters and MSC's methodology for evaluating the competitive RFP for the product tanker services that the *Empire State* and the *Evergreen State* provide.  As MSC stated in its RFP for these services, the bids were evaluated using "the net present value of charter hire rates offered for the entire charter period (base period plus options)".  APT sought to ensure that the options would be exercised by structuring their proposal such that the day rates in the first year of the charters with MSC are 28% and 37% higher than the day rates for the first option years with respect to those charters.  APT utilized a declining rate structure with a material premium in the first year to provide an incentive to MSC to exercise each of their one-year renewal options.  In fact, MSC has recently exercised the first renewal option for the *Empire State* and the *Evergreen State*.

Further supporting the view that MSC will continue to renew the charters for the *Empire State* and the *Evergreen State* is the fact that these vessels are the only new-build Jones Act product/chemical tankers that were constructed to meet MSC's unique requirements.  These vessels have been enhanced with the following national defense features: the addition of four fueling-at-sea stations, an enlarged and isolated radio room, a decontamination station, a small arms locker and additional crew accommodations.

For the reasons stated above, APT expects the *Empire State* and the *Evergreen State* to remain on charter to MSC for at least the approximately 5 years of its current contract (assuming exercise of the renewal options).

2

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

2

CONFIDENTIAL BUSINESS INFORMATION

3

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

3

CONFIDENTIAL BUSINESS INFORMATION

1

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

3

CONFIDENTIAL BUSINESS INFORMATION

| | |
|---|---|
| **From:** | Setterstrom, Carl (MARAD) |
| **Sent:** | Monday, December 06, 2010 2:36 PM |
| **To:** | Martin Gottlieb |
| **Cc:** | Coll, Don (MARAD); Ladd, Daniel (MARAD) |
| **Subject:** | APT Cost Estimate from NASSCO |
| **Attachments:** | Form MA 440.xls; Cost Estimate Letter NASSCO  Sep 10 copy.doc |

Martin,

Attached is the letter we sent to NASSCO requesting a cost estimate for the APT tankers.  It is a form letter we send to every shipyard engaged in a Title XI project.

I have also located in our files the cost estimate provided by NASSCO for the TOTE Trailership.  The estimate is dated 5/22/01 and includes hourly rates and profit.

Regards,

Carl

1

ATTN:  Dave Baker                                          September 30, 2010
Program Manager
General Dynamics NASSCO
2798 E. Harbor Drive & 28th St.
San Diego, CA 92113

Dear Mr. Baker

The purpose of this letter is to request information needed by the Maritime Administration in
order to review an application for vessel financing assistance.

The Maritime Administration is currently reviewing an application filed by American Petroleum
Tanker Parent LLC under the Ship Financing Program for five (5) new 49,000 DWT Double-
Hull Jones Act Product/Chemical Tankers.

It is requested that you provide the following information:

Detailed Statement of the Estimated Cost

Federal regulations (46 CFR 298.13 (b)) require the applicant to submit a detailed statement of
the estimated actual cost of construction of the vessels.  Although required from the applicant, it
is customary for the shipyard to submit this information directly to MARAD.  This has
advantage to the shipyard of shielding the detailed estimate from the applicant.

The estimate may be provided on the enclosed forms.  Alternatively, an estimate in your
preferred format may be furnished, provided that it contains information of similar content and
detail as that indicated on the enclosed forms.

Identification of Foreign Components

Foreign components and services are excluded from the "actual cost," which is the basis for
determining the amount eligible for financing assistance, unless a waiver is specifically granted
for the item (waivers may not be granted for major foreign components of the hull and
superstructure).  The standard for granting a waiver is certification by the applicant that a foreign
item or service in not available in the United States on a timely or price-competitive basis, or is
not of sufficient quality.

As a result, a list of all foreign components provided as part of the shipyard contract is requested. For each foreign item please provide the cost, whether or not a waiver is being sought for the item, and if a waiver is being sought the basis for the waiver with appropriate documentation. (See 46 CFR 298.13 (b)(2)(ii))

Cargo Preference

Foreign components for which a waiver is granted are subject to requirements of the Cargo Preference Act. If transported by sea these items must be shipped on a cargo preference eligible U.S. flag vessel.

For these items, each shipper or their receiver must provide the Maritime Administration with a copy of the ocean bill of lading 30 days after the vessel sailing date. The document must be legible, in English, contain the total ocean freight revenue in U.S. dollars and reflect the on-board date. For monitoring purposes both U.S. and foreign-flag documents must be submitted.

Cargo preference documents are to be sent to:

> Office of Cargo Preference
> MAR-730, Room W23-314
> Maritime Administration
> 1200 New Jersey Avenue S.E.
> Washington, DC 20590

Questions regarding cargo preference should be addressed to Dennis Brennam who may be reached at (202) 366-1029.

Confidential Information

It has been the policy of the Maritime Administration to treat all shipyard furnished cost information in the strictest confidence. However, it is recommended that you mark all submittals as exempt from disclosure under the Freedom of Information Act in accordance with 46 CFR 298.3(j).

Please send the required information to:

> Donald F. Coll, Transportation Specialist
> Office of Shipyards and Marine Finance
> MAR-720, Room W21-237
> Maritime Administration
> 1200 New Jersey Avenue S.E.
> Washington, DC 20590

3

Copies of the referenced regulations are enclosed for your information. Your assistance is appreciated. If you have any questions, please contact Don Coll at (202) 366-1946.

Sincerely,

Don Coll
Transportation Specialist

Enclosures:   [a] Form MA-440
[b] Form MA-133
[c] 46 CFR 298

FORM MA-440

U.S. DEPARTMENT OF TRANSPORTATION
MARITIME ADMINISTRATION

## COST ESTIMATE - SUMMARY SHEET

| OWNER | CHARACTERISTICS | | ESTIMATE NUMBER | |
|---|---|---|---|---|
| TYPE | L.O.A. | SPEED | PREPARED BY | |
| | L.B.P. | MACH. TYPE | | |
| DESIGN | BEAM | CREW | APPROVED BY | |
| | DRAFT | PASS. | | |
| BID DATE | DEPTH | DWT | DATE | |
| | SHP(N) | L.S. | | |

| ITEM | WT | QUANTITY OR PERCENT | MATERIAL COST PER UNIT QUANTITY | MANHOUR LABOR PER UNIT QUANTITY | MATERIAL AND TOTAL COST | LABOR HOURS | LABOR RATE | LABOR COST |
|---|---|---|---|---|---|---|---|---|
| STEEL | | | | | . | | | |
| OUTFIT | | | | | | | | |
| MACHINERY | | | | | | | | |
| | | | | | | | | |
| Sub-Total | | | | | | | | |
| INDIRECT | | | | | | | | |
| ENGINEERING | | | | | | | | |
| Total Direct | | | | | | | | |
| LABOR | | | | | | | | |
| OVERHEAD | | | | | | | | |
| Sub-Total | | | | | | | | |
| PROFIT | | | | | | | | |
| TOTAL | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

APT V. USA

1966

| FORM MA-133 | US Department of Transportation | | | | | Number | | |
| | Maritime Administration | | | | | | | |
| | **Cost Estimate Detail Summary** | | | | | Date | | |

| Type | Design | | | Characterisrics | | Prepared By | | |
| | | | | | | Approved By | | |

| No. | Work Sheet No. | Item | Qty. | Material Cost per Unit Qty. | Manhours Cost per Unit Qty. | Material | Labor Manhours | Remarks |
|---|---|---|---|---|---|---|---|---|
| | | **STEEL** | | | | | | |
| 1 | | Steel | | | | | | |
| 2 | | Kingpost and masts | | | | | | |
| 3 | | Rudder | | | | | | |
| | | Margin or: | | | | | | |
| | | | | | | | | |
| | | **TOTAL** | | | | | | |
| | | | | | | | | |
| | | **OUTFIT** | | | | | | |
| 4 | | Hull Attachments | | | | | | |
| 5 | | Steel hatch covers & beams | | | | | | |
| 6 | | Rigging & canvas | | | | | | |
| 7 | | Anchor chains & lines | | | | | | |
| 8 | | Boats & boat handling | | | | | | |
| 9 | | Wood Work | | | | | | |
| 10 | | Joiner work insulation sheathing and furniture | | | | | | |
| 11 | | Deck covering | | | | | | |
| 12 | | Galley, pantry and utility space equipment | | | | | | |
| 13 | | Steward outfit | | | | | | |
| 14 | | Misc. outfit | | | | | | |
| 15 | | Ventilation & heating | | | | | | |
| 16 | | Refrigeration | | | | | | |
| 17 | | Air condition machinery | | | | | | |
| 18 | | Hull piping engineering | | | | | | |
| 19 | | Cargo oil system | | | | | | |
| 20 | | Hull piping domestic | | | | | | |
| 21 | | Deck machinery | | | | | | |
| 22 | | Electric generation and distribution | | | | | | |
| 23 | | Electronics | | | | | | |
| 24 | | Paint & cement | | | | | | |
| | | | | | | | | |
| | | **TOTAL** | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

APT V. USA

1967

| FORM MA-133 | US Department of Transportation | | Number | |
| | Maritime Administration | | | |
| | **Cost Estimate Detail Summary** | | Date | |

| Type | Design | Characterisrics | Prepared By |
| | | | Approved By |

| No. | Work Sheet No. | Item | Qty. | Material Cost per Unit Qty. | Manhours Cost per Unit Qty. | Material | Labor Manhours | Remarks |
|-----|------|------|------|------|------|------|------|------|
| | | | | | | | | |
| | | **MACHINERY** | | | | | | |
| 25 | | Main engine | | | | | | |
| 26 | | Shafting & propellers | | | | | | |
| 27 | | Condensers | | | | | | |
| 28 | | Boilers | | | | | | |
| 29 | | Fuel oil piping | | | | | | |
| 30 | | Steam piping | | | | | | |
| 31 | | Feed, condensate, circulating & drain piping | | | | | | |
| 32 | | Lube oil piping | | | | | | |
| 33 | | Salt water evap. System | | | | | | |
| 34 | | Feed heaters and other heat exchangers | | | | | | |
| 35 | | Pumps | | | | | | |
| 36 | | Misc. auxiliaries | | | | | | |
| 37 | | Misc. mach sp equipt | | | | | | |
| 38 | | Access | | | | | | |
| 39 | | Instruments & gages | | | | | | |
| 40 | | Engineer workshop | | | | | | |
| 41 | | Non-structural tanks | | | | | | |
| 42 | | Seachests & shell conn | | | | | | |
| | | | | | | | | |
| | | **TOTAL** | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

CONFIDENTIAL BUSINESS INFORMATION

1

CONFIDENTIAL BUSINESS INFORMATION

1

CONFIDENTIAL BUSINESS INFORMATION

1

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

2

CONFIDENTIAL BUSINESS INFORMATION

1

CONFIDENTIAL BUSINESS INFORMATION

1

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

| | |
|---|---|
| **From:** | Ladd, Daniel (MARAD) |
| **Sent:** | Thursday, December 08, 2011 6:00 PM |
| **To:** | 'Nancy J. Mattson' |
| **Subject:** | FW: APT Title XI Application: Excel Version of Exhibit 6 with Reduced Title XI Proceeds |

Nancy-

Can you provide the more detailed version described below to MARAD?

Thanks!

-Dan

**From:** boakley@scullycapital.com [mailto:boakley@scullycapital.com]
**Sent:** Thursday, December 08, 2011 5:57 PM
**To:** Ladd, Daniel (MARAD)
**Subject:** RE: APT Title XI Application: Excel Version of Exhibit 6 with Reduced Title XI Proceeds

Dan,
I've got this version. When I spoke with Nancy a while back, she said there was a more detailed version but I would need to ask MarAd and MarAd would have to ask her. Basically, the more detailed version has the work up of the Sources and Uses.
Thanks,
Brian

**From:** Daniel.Ladd@dot.gov [mailto:Daniel.Ladd@dot.gov]
**Sent:** Thursday, December 08, 2011 12:28 PM
**To:** boakley@scullycapital.com
**Subject:** FW: APT Title XI Application: Excel Version of Exhibit 6 with Reduced Title XI Proceeds

Brian-

This is the most detail I have.  If there is more you're looking for, let me know and I'll try to set up a call with APT.

Thanks!

-Dan

**From:** Ladd, Daniel (MARAD)
**Sent:** Monday, December 05, 2011 3:35 PM
**To:** 'boakley@scullycapital.com'
**Subject:** FW: APT Title XI Application: Excel Version of Exhibit 6 with Reduced Title XI Proceeds

Cash flow analysis!

**From:** Nancy J. Mattson [mailto:njmattson@argentgroupltd.com]
**Sent:** Wednesday, September 28, 2011 11:01 PM
**To:** Ladd, Daniel (MARAD); rob.kurz@americanpetroleumtankers.com
**Cc:** Hanan, Christopher (MARAD); phil.doherty@americanpetroleumtankers.com; Martin E. Gottlieb; Cindy J. Koehn
**Subject:** APT Title XI Application: Excel Version of Exhibit 6 with Reduced Title XI Proceeds

1

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

3

CONFIDENTIAL BUSINESS INFORMATION

1

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

| | |
|---|---|
| **From:** | Nancy J. Mattson [njmattson@argentgroupltd.com] |
| **Sent:** | Monday, December 19, 2011 6:04 PM |
| **To:** | Ladd, Daniel (MARAD) |
| **Cc:** | 'rob.kurz@americanpetroleumtankers.com'; 'Doherty'; Cindy J. Koehn; Martin E. Gottlieb |
| **Subject:** | APT Title XI Application: Q3 2011 Financial Statements |
| **Attachments:** | 2011 Q3 American Petroleum Tankers Quarterly Report.pdf |

Dan:

On behalf of the Applicant, I am attaching the Applicant's financial statements for the quarterly period ended September 30, 2011.

Please note that this email and any attachments hereto constitute "trade secrets and commercial or financial information [that is] privileged or confidential" within the meaning of 49 CFR 7.13(c)(4) and the Freedom of Information Act and accordingly is submitted with the understanding that it is not subject to disclosure under FOIA.  Disclosure of such information would cause substantial harm to American Petroleum Tankers Parent LLC (the "Applicant").  The Applicant is submitting this information under your previously-given assurances that it will not be released by the Maritime Administration or the Department of Transportation unless a court determines that its release is required by law.  The Applicant further understands that in the event a request is received for such information, the Maritime Administration or the Department of Transportation will notify the Applicant expeditiously and will permit the Applicant to submit written objections to release pursuant to 49 CFR 7.17(a), unless the Maritime Administration or the Department of Transportation determine (as we expect that it will for the reasons discussed above) that the information should not be disclosed as provided in 49 CFR 7.17(c).

Please call me with any questions on the above information.

Regards - Nancy

Nancy J. Mattson
Managing Director
Argent Group Ltd.
Phone:   (415) 982-7883
Mobile:   (415) 793-9993
e-mail:    njmattson@argentgroupltd.com

CONFIDENTIALITY NOTICE

The information contained in this transmission is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient of this information, do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this information. If you received this transmission in error, please contact the sender and destroy all printed copies and delete the material from all computers.

1