**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN PETROLEUM TANKERS PARENT LLC, )<br><br>Plaintiff, )<br><br>v. )<br><br>The UNITED STATES OF AMERICA, *et al.*, )<br><br>Defendants. ) | Civil Action No. 1:12-CV-001165-CKK<br><br>Notice of Filing of Administrative Record |

## <u>NOTICE OF FILING OF VOLUME 18 OF THE ADMINISTRATIVE RECORD</u>

Defendants hereby give notice that attached hereto is **Volume 18** of the redacted

Administrative Record in this action, which is being filed in 26 separate volumes.

Respectfully Submitted,

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

DIANE KELLEHER
Assistant Branch Director

*s/ Daniel Bensing*
DANIEL BENSING
Senior Counsel
(D.C. Bar No. 334268)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 6114
Washington D.C. 20530
Tel.: (202) 305-0693
Fax:  (202) 616-8460
Email:  Daniel.Bensing@USDOJ.gov

Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2013 I electronically filed the foregoing Notice of Filing of Volume 18 of the Administrative Record with the Clerk of the Court by using the CM/ECF system.

/s/ *Daniel Bensing*
DANIEL BENSING

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, DC 20549

## FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended September 30, 2011

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from         to

Commission file number 333-171331

# AMERICAN PETROLEUM TANKERS PARENT LLC
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **90-0587372** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. employer identification no.) |
| **600 W. Germantown Pike, Suite 400, Plymouth Meeting, PA** | **19462** |
| (Address of principal executive offices) | (Zip code) |

**(610) 940-1677**
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes  ☒   or   No ☐.

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes  ☒   or   No ☐.

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See definition of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | |
|---|---|---|
| Large accelerated filer ☐ | | Accelerated filer          ☐ |
| Non-accelerated filer  ☒   (Do not check if a smaller reporting company) | | Smaller reporting company ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   or   No ☒.

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

AMERICAN PETROLEUM TANKERS PARENT LLC. AND SUBSIDIARIES

INDEX

| | Page |
|---|---|
| Forward-Looking Statements | i |
| Part I - Financial Information | |
| Item 1. Financial Statements | 1 |
| Unaudited Condensed Consolidated Balance Sheets as of September 30, 2011 and December 31, 2010 | 1 |
| Unaudited Condensed Consolidated Statements of Operations for the three and nine months ended September 30, 2011 and 2010 | 2 |
| Unaudited Condensed Consolidated Statement of Changes in Members' Equity for the nine months ended September 30, 2011 | 3 |
| Unaudited Condensed Consolidated Statements of Cash Flows for the nine months ended September 30, 2011 and 2010 | 4 |
| Notes to Unaudited Condensed Consolidated Financial Statements for the three and nine months ended September 30, 2011 and 2010 | 5 |
| Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations | 18 |
| Item 3. Quantitative and Qualitative Disclosures about Market Risk | 26 |
| Item 4. Controls and Procedures | 26 |
| Part II - Other Information | 27 |
| Item 1. Legal Proceedings | 27 |
| Item 1A. Risk Factors | 27 |
| Item 2. Unregistered Sales of Equity Securities and Use of Proceeds | 27 |
| Item 3. Defaults Upon Senior Securities | 27 |
| Item 4. Reserved | 27 |

Item 5. Other Information     27

Item 6. Exhibits     28

Signatures     29

Forward-Looking Statements

This Form 10-Q contains "forward-looking statements." All statements other than statements of historical fact are "forward-looking statements" for purposes of federal and state securities laws. Forward-looking statements may include the words "may," "plans," "estimates," "anticipates," "believes," "expects," "intends" and similar expressions. Although we believe that these statements are based on reasonable assumptions, they are subject to numerous factors, risks and uncertainties that could cause actual outcomes and results to be materially different from those projected or assumed in our forward-looking statements. These factors, risks and uncertainties include, among others, the following:

- our substantial level of indebtedness;

- general economic and business conditions in the United States;

- our dependence on a limited number of customers;

- our limited operating history;

- capital expenditures required to maintain the operating capacity of our fleet;

- competitive pressures and trends;

- fluctuations in shipping volume; and

- modifications to or repeal of the Jones Act or OPA 90.

These forward-looking statements involve a number of risks and uncertainties that could cause actual results to differ materially from those suggested by the forward-looking statements. Forward-looking statements should, therefore, be considered in light of various factors, including those set forth in Amendment No. 5 to the registration statement filed on Form S-4 on April 8, 2011 (the "Registration Statement), under "Risk Factors". In light of such risks and uncertainties, we caution you not to place undue reliance on these forward-looking statements. We do not undertake any obligation to publicly release any revisions to these forward looking statements to reflect events or circumstances after the date of this prospectus or to reflect the occurrence of unanticipated events.

i

**PART I – FINANCIAL INFORMATION**

*Item 1. Financial Statements*

**American Petroleum Tankers Holding LLC**
**Unaudited Condensed Consolidated Balance Sheets**
**as of September 30, 2011 and December 31, 2010**
**(in thousands)**

| | September 30, 2011 | December 31, 2010 |
|---|---|---|
| **Assets** | | |
| Cash and cash equivalents | $ 34,984 | $ 18,241 |
| Accounts receivables | 10,036 | 11,095 |
| Prepaid expenses and other current assets | 705 | 453 |
| Restricted cash | — | 7,923 |
| Total Current Assets | 45,725 | 37,712 |
| Deferred financing costs, net | 10,050 | 12,255 |
| Other assets | 3,275 | 3,573 |
| Vessels and equipment, net | 675,186 | 692,178 |
| Total Assets | $ 734,236 | $ 745,718 |
| **Liabilities and Members' Equity** | | |
| Accrued expenses and other liabilities | $ 6,325 | $ 6,385 |
| Accrued interest | 11,019 | 4,869 |
| Payable due USS Entities | 250 | 320 |
| Unearned revenue | 4,583 | 4,508 |
| Total Current Liabilities | 22,177 | 16,082 |
| Long-term debt (includes amounts to related parties of $394,469 and $361,959 at September 30, 2011 and December 31, 2010, respectively) | 647,248 | 639,985 |
| Total Liabilities | 669,425 | 656,067 |
| Commitments and Contingencies (Notes 5 and 11) | | |
| **Members' Equity** | 64,811 | 89,651 |
| Total Liabilities and Members' Equity | $ 734,236 | $ 745,718 |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

1

**American Petroleum Tankers Holding LLC**
**Unaudited Condensed Consolidated Statements of Operations**
**For the Three and Nine Months Ended September 30, 2011 and 2010**
**(in thousands)**

|  | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
|  | 2011 | 2010 | 2011 | 2010 |
| **Revenues** | $ 27,616 | $ 16,954 | $ 82,042 | $ 42,883 |
| **Expenses:** | | | | |
| Vessel operating expenses | 8,838 | 6,328 | 25,957 | 16,605 |
| General and administrative expenses | 504 | 503 | 1,403 | 1,376 |
| Depreciation and amortization | 5,947 | 4,550 | 17,803 | 12,106 |
| Management fees | 709 | 669 | 2,283 | 1,746 |
| Total Expenses | 15,998 | 12,050 | 47,446 | 31,833 |
| **Operating income** | 11,618 | 4,904 | 34,596 | 11,050 |
| **Other income (expense):** | | | | |
| Interest income | 1 | 70 | 7 | 77 |
| Interest expense (includes amounts to related parties, as discussed in Note 7) | (19,206) | (17,234) | (56,503) | (32,234) |
| Debt extinguishment expense | — | — | (2,220) | (7,640) |
| Derivative losses | (282) | (343) | (720) | (1,967) |
| **Net loss** | $ (7,869) | $(12,603) | $(24,840) | $(30,714) |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

2

**American Petroleum Tankers Holding LLC**
**Unaudited Condensed Consolidated Statement of Changes in Members' Equity**
**For the Nine Months Ended September 30, 2011**
**(in thousands)**

|  | Member Interests | | Total Members' Equity |
|  | Class A | Class B | |
|---|---|---|---|
| **Beginning balance at January 1, 2011** | $ 89,651 | $ — | $ 89,651 |
| Net loss | (24,840) | — | (24,840) |
| **Ending balance at September 30, 2011** | $ 64,811 | $ — | $ 64,811 |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

3

**American Petroleum Tankers Holding LLC**
**Unaudited Condensed Consolidated Statements of Cash Flows**
**For the Nine Months Ended September 30, 2011 and 2010**
**(in thousands)**

|  | 2011 | 2010 |
|---|---|---|
| **OPERATING ACTIVITIES:** | | |
| Net loss | $(24,840) | $ (30,714) |
| Adjustments to reconcile net loss to net cash provided by operating activities: | | |
| Straight-line charter revenues | (205) | (903) |
| Depreciation and amortization | 17,803 | 12,106 |
| Amortization of deferred financing costs | 1,904 | 2,357 |
| Amortization of discount on notes issued | 1,131 | 594 |
| Debt prepayment penalty fees | 810 | 2,814 |
| Write-off of deferred financing costs | 787 | 4,826 |
| Write-off of discount on notes issued | 623 | — |
| Derivative losses | 720 | 1,967 |
| Interest paid-in-kind | 32,510 | 22,001 |
| Changes in current assets and liabilities: | | |
| Accounts receivables | 1,059 | (3,480) |
| Prepaid expenses and other current assets | (252) | (248) |
| Accrued expenses and other liabilities | 6,778 | 11,111 |
| Payable due USS Entities | (70) | (166) |
| Unearned revenue | 75 | 1,134 |
| Net cash provided by operating activities | 38,833 | 23,399 |
| **INVESTING ACTIVITIES:** | | |
| Vessel and equipment additions | (1,006) | (88,282) |
| Software additions | (252) | — |
| Change in restricted cash | 7,923 | (86,277) |
| Net cash provided by (used in) investing activities | 6,665 | (174,559) |
| **FINANCING ACTIVITIES:** | | |
| Proceeds from the issuance of debt | — | 277,029 |
| Payment on long-term debt | (27,000) | (96,904) |
| Debt prepayment penalty fees | (810) | (2,814) |
| Payment of debt issuance costs | (945) | (9,697) |
| Net cash (used in) provided by financing activities | (28,755) | 167,614 |
| Net increase in cash and cash equivalents | 16,743 | 16,454 |
| Cash and cash equivalents at beginning of period | 18,241 | 7,893 |
| Cash and cash equivalents at end of period | $ 34,984 | $ 24,347 |
| **NON-CASH INVESTING AND FINANCING ACTIVITIES:** | | |
| Vessel and construction-in-progress accruals | $ — | $ 78,512 |
| Interest paid-in-kind | 32,510 | 22,001 |

The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.

4

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Nine Months Ended September 30, 2011 and 2010**
**(dollars in thousands)**

*Note 1 - Organization*

On May 14, 2010, American Petroleum Tankers LLC ("APT") consummated a restructuring of its corporate organization, resulting in: (i) the formation of American Petroleum Tankers Holding LLC ("APT Holding", the "Company", "we", "our", or "us") as the new parent holding company; (ii) the formation of American Petroleum Tankers Parent LLC ("APT Parent"), as a new wholly-owned subsidiary of APT Holding, and AP Tankers Co., as a new wholly-owned subsidiary of APT Parent; and (iii) the contribution down of the interests of: (a) the former parent holding company, APT, and (b) APT Intermediate Holdco LLC ("Intermediate Holdco"), such that APT and Intermediate Holdco became wholly-owned subsidiaries of APT Parent. As a result of this restructuring, APT, Intermediate Holdco and AP Tankers Co. are entities at the same corporate level, each a directly, wholly-owned subsidiary of APT Parent. As the reorganization occurred among entities under common control, the unaudited condensed consolidated financial statements of the predecessor company, American Petroleum Tankers LLC, are presented as the historical financial statements of APT Holding.

*Note 2 - Basis of Presentation*

The accompanying unaudited condensed consolidated financial statements for the Company have been prepared in accordance with accounting principles generally accepted in the United States of America for interim financial information and in accordance with the instructions to Form 10-Q. These financial statements should be read in conjunction with the Company's audited consolidated financial statements for the year ended December 31, 2010.

These financial statements include, in the opinion of management, all adjustments necessary for the fair presentation of the financial information included herein, which are of a normal recurring nature.

**Use of Estimates**

The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the amounts reported in the financial statements and accompanying notes. Actual results could differ from those estimates.

*Note 3 - New Accounting Pronouncements*

There are no recently issued accounting standards that we believe will have a material impact on our financial position, results of operations or cash flows.

5

### *Note 4 - Restricted Cash*

In connection with the issuance of $285,000 of 10 1/4% First Priority Senior Secured Notes (the "Notes") on May 17, 2010, as discussed in Note 7, $169,900 of the net proceeds were placed in an escrow account to fund the remaining construction costs of the Company's vessels. The balance in the escrow account at December 31, 2010 was $7,923. As discussed in Note 5, the Company was scheduled to make its final vessel construction payments (excluding warranty escrow payments) during the first quarter of 2011; however, the final payment under the Company's vessel construction contract is being deferred until the expiration of the last vessel warranty period in December 2011. The remaining balance in the escrow account was released from escrow after the first anniversary of the Notes issuance date, as specified in the Notes Agreement.

### *Note 5 - Construction Contract*

The Company entered into a contract with National Steel and Shipbuilding Company ("NASSCO") for the construction of five 49,000 dwt double-hulled tankers. The vessels were delivered in January 2009, June 2009, December 2009, July 2010 and December 2010, respectively.

At September 30, 2011 and December 31, 2010, the Company has accrued $1,900 and $1,835, respectively, payable to NASSCO for completion of the final vessel delivered in December 2010 and $1,000 for warranty escrow payments, with $500 payable in July and December 2011, for the last two vessels delivered. The Company has capitalized these costs within Vessels and Equipment, Net and accrued the liability within Accrued Expenses and Other Liabilities in the accompanying Unaudited Condensed Consolidated Balance Sheets. Under the terms of the amended construction agreement with NASSCO, the Company was required to make a final payment (excluding the warranty escrow payments) in February 2011. NASSCO and the Company agreed to defer the warranty and final payments until the expiration of the last vessel warranty period in December 2011. Future commitments under this contract are further discussed in Note 11.

### *Note 6 – Vessels and Equipment, Net*

Vessel and Equipment, Net consists of the following:

|  | September 30, 2011 | December 31, 2010 |
|---|---|---|
| Vessels and equipment | $ 718,654 | $ 717,878 |
| Less accumulated depreciation | (43,468) | (25,700) |
|  | $ 675,186 | $ 692,178 |

Capitalized interest is recorded as part of the asset to which it relates and is amortized over the estimated useful life of the asset. Interest cost of $1,481 and $5,272 were capitalized during the three and nine months ended September 30, 2010, respectively.

6

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Nine Months Ended September 30, 2011 and 2010**
**(dollars in thousands)**

*Note 7 - Long-Term Debt*

Long-term debt consists of the following:

|  | September 30, 2011 | December 31, 2010 |
|---|---|---|
| Notes, net of $5,221 and $6,974 unamortized original discount at September 30, 2011 and December 31, 2010, respectively | $ 252,779 | $ 278,026 |
| Sponsor Facility | 394,469 | 361,959 |
|  | $ 647,248 | $ 639,985 |

As discussed in Note 13, the Notes are secured by a first priority lien on substantially all of the assets of APT Parent and its subsidiaries. The Sponsor Facility, as defined below, is secured by a second lien on the same assets, subject to certain exceptions and permitted liens.

**First Priority Senior Secured Notes**

On May 17, 2010, APT Parent and AP Tankers Co. issued the Notes due 2015 at a price of 97.203%. Interest on the Notes is payable on May 1 and November 1 of each year, beginning November 1, 2010. The net proceeds were used to place $169,900 cash in escrow for the construction of vessels, prepay $97,574 related to a senior secured loan facility, the "DVB Facility", (including principal, interest, and prepayment penalty), and the remainder was used to pay related transaction fees and expenses, of which $10,402 of costs were capitalized as debt issuance costs within Deferred Financing Costs, Net in the accompanying Unaudited Condensed Consolidated Balance Sheets.

Under the terms of the indenture governing the Notes, the Company may redeem up to 10% of the original issue amount in a twelve month period prior to May 1, 2012 at 103%. On March 28, 2011, the Company provided notice to the trustee that pursuant to the indenture the Company would redeem $27,000 of the principal amount of the Notes unconditionally. The redemption was completed on April 28, 2011 with the principal payment of $27,000 plus debt prepayment fees of $810 and accrued interest of $1,361. As a result, the Company recognized a loss on redemption of the Notes of $2,220 in the second quarter of 2011, representing the debt prepayment fees of $810, write-off of deferred financing costs of $787, and write-off of discounts on notes issued of $623.

In connection with the issuance of the Notes, APT Parent and AP Tankers Co. entered into a registration rights agreement ("Registration Rights Agreement") which required the use of reasonable efforts to register notes having substantially identical terms as the Notes with the Securities and Exchange Commission ("SEC") under the Securities Act of 1933, as amended, prior to May 12, 2011. The Company completed the registration of the Notes and an exchange offer, exchanging unregistered Notes for Notes registered with the SEC, on May 12, 2011 (the "Exchange Offer").

7

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Nine Months Ended September 30, 2011 and 2010**
**(dollars in thousands)**

**Sponsor Facility**

The Company maintains a Notes Facility (the "Sponsor Facility") pursuant to which the Class A Members or their affiliates had made available $325,000 of revolving credit loans. Beginning July 2009, the monthly interest payments are treated as paid-in-kind in lieu of monthly cash payments. As a result, the Company is allowed to exceed its total commitment under the Sponsor Facility for the capitalized paid-in-kind payments. Under the terms of the Sponsor Facility, the ability to borrow additional amounts against this facility ceased in June 2011.

During the nine months ended September 30, 2011 and 2010, the Company recorded $32,510 and $22,001, respectively, for interest-in-kind payments that were capitalized in the Sponsor Facility balance. An interest-in-kind accrual of $18,546 and $26,812 was recorded as long-term debt at September 30, 2011 and December 31, 2010, respectively.

The maturities of long-term debt subsequent to September 30, 2011, excluding accreted interest on the Sponsor Facility subsequent to September 30, 2011, are as follows:

| | |
|---|---:|
| 2015 | $252,779 |
| 2016 | 394,469 |
| | $647,248 |

A reconciliation of Interest Expense for the three and nine month periods ended September 30, 2011 and 2010 is as follows:

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---:|---:|---:|---:|
| | 2011 | 2010 | 2011 | 2010 |
| Cash paid for interest - other (1) | $   — | $   — | $14,583 | $ 2,044(2) |
| Paid-in-kind interest to members | 11,528 | 10,278 | 32,510 | 22,001 |
| Amortization of deferred financing costs | 627 | 657 | 1,904 | 2,358(2) |
| Amortization of discounts on notes issued | 365 | 402 | 1,131 | 594 |
| Administrative fee to members | 75 | 75 | 225 | 227 |
| Change in interest accrual | 6,611 | 7,303 | 6,150 | 10,282(2) |
| Gross interest expense | 19,206 | 18,715 | 56,503 | 37,506 |
| Less capitalized interest | — | (1,481) | — | (5,272) |
| **Net Interest Expense** | $19,206 | $17,234 | $56,503 | $32,234 |
| Cash for prepayment fee | $   — | $   — | $   810 | $ 2,814 |
| Write-off of deferred financing costs | — | — | 787 | 4,826 |
| Write-off of discount on notes issued | — | — | 623 | — |
| **Debt Extinguishment Expense** | $   — | $   — | $ 2,220 | $ 7,640 |

(1) Represents additional cash flow disclosures.
(2) Includes amounts for loan under DVB Facility that was prepaid on May 17, 2010.

8

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Nine Months Ended September 30, 2011 and 2010**
**(dollars in thousands)**

*Note 8 - Related Party Transactions*

**USS Entities**

Until July 28, 2009, USS Product Manager LLC ("Product Manager"), a wholly-owned subsidiary of U.S. Shipping Partners L.P. (the "Partnership") and an affiliate of USS Product Carriers LLC, a former Class B Member of APT, managed the construction of, and until September 28, 2009 the operation of, the tankers for APT. The obligations under the management agreement were being performed by employees of U.S. Shipping General Partner LLC, the Partnership's general partner.

On July 10, 2009, Product Carriers, Product Manager, the Partnership and USS PC Holdings LLC (collectively "USS Entities"), the Class A Members of APT, the Sponsor Facility lenders to APT (together with the Class A Members, the "Blackstone/Cerberus Entities") and APT entered into a settlement agreement to settle litigation between the USS Entities and the Blackstone/Cerberus Entities relating to control of APT. Under the terms of the settlement, which was approved by the U.S. Bankruptcy Court Southern District of New York on July 17, 2009 and effective on July 28, 2009, the management agreement (except for certain provisions) was terminated and Product Manager ceased to manage APT's tankers and provide construction supervision services.

Pursuant to the terms of the settlement agreement, Product Manager earned $250 and $500 during 2010 and 2009, respectively, for cost savings realized on the construction of one vessel completed in each of the respective years. The cost savings were accrued within Due to USS Entities at December 31, 2010 and 2009, respectively, and capitalized as a cost to the respective vessels. The $500 cost savings was paid by the Company in the first quarter of 2010. During the nine months ended September 30, 2011 and 2010, the Company reimbursed the Partnership $70 and $166, respectively, for expenses paid on behalf of the Company. The aggregate payable recorded within Due to USS Entities in the accompanying Unaudited Condensed Consolidated Balance Sheets was $250 and $320 at September 30, 2011 and December 31, 2010, respectively.

**Blackstone/Cerberus Entities**

The Company pays an annual administration fee of $300 for the Sponsor Facility to an affiliate of certain of the Class A Members. This fee is recognized as a component of Interest Expense, in the accompanying Unaudited Condensed Consolidated Statements of Operations.

During the three and nine months ended September 30, 2011, the Company recorded $11,528 and $32,510, respectively, for interest-in-kind payments that were capitalized in the Sponsor Facility balance. During the three and nine months ended September 30, 2010, the Company recorded $10,278 and $22,001, respectively, for interest-in-kind payments that were capitalized in the Sponsor Facility balance. An interest-in-kind accrual of $18,546 and $26,812 was recorded as long-term debt at September 30, 2011 and December 31, 2010, respectively.

9

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Nine Months Ended September 30, 2011 and 2010**
**(dollars in thousands)**

*Note 9 - Derivative Instruments*

Effective April 1, 2007, the Company entered into a nine-year interest rate cap, with a notional amount of $100,000, for $1,924, including transaction fees. This interest rate cap of the three-month U.S. Dollar LIBOR of 6.0% is intended to reduce the potential negative impacts to the Company's cash flows that could result in movements in interest rates between the date a chartering contract is entered into and the anticipated sale.

The Company recognizes all derivatives as either assets or liabilities in the balance sheet and measures those instruments at fair value. Changes in the fair value of those instruments are reported in earnings, as the Company did not designate the interest rate cap as a hedge. The fair market value of the interest rate cap at September 30, 2011 and December 31, 2010 was $245 and $965, respectively, and is recorded as a long-term asset in Other Assets in the accompanying Unaudited Condensed Consolidated Balance Sheets. The change in the fair value of the derivative financial instrument was recorded to Derivative Losses as losses of $282 and $720 during the three and nine months ended September 30, 2011, respectively, and losses of $343 and $1,967 during the three and nine months ended September 30, 2010, respectively.

*Note 10 – Fair Value of Financial Instruments*

The methods and assumptions used to estimate the fair value of each class of financial instruments are set forth below:

- Cash and cash equivalents and restricted cash - the carrying amounts approximate fair value because of the relatively short time between the origination of the instrument and its expected realization.

- Derivative financial instruments - the fair value of the interest rate cap is developed from market-based inputs under the income approach, as obtained from a brokerage agency, using cash flows discounted at relevant market interest rates.

- Long-term debt – For registered debt the fair value is based on quoted prices in active markets. For all other debt the fair value is estimated based on each obligation's characteristics, using the borrowing rates currently available for the same or similar issues for debt of the same remaining maturities, and discounted back to the present value. The Company regularly monitors its credit risk in evaluating its fair value of long-term debt. Significant factors evaluated include changes in margin on its various loans and its ability to make future debt payments. At September 30, 2011, the carrying value and estimated fair value of the Company's debt was $647,248 and $671,899, respectively. At December 31, 2010, the carrying value and estimated fair value of the Company's debt was $639,985 and $655,971, respectively.

The following valuation hierarchy prioritizes the inputs for valuation used to measure fair value into three broad levels as follows:

Level 1: Quoted market prices in active markets for identical assets or liabilities.

Level 2: Observable market based inputs or unobservable inputs that are corroborated by market data.

Level 3: Unobservable inputs that are not corroborated by market data.

The Company utilizes the best available information in measuring fair value. The Company has determined that its interest rate cap is valued using Level 2 inputs.

10

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Nine Months Ended September 30, 2011 and 2010**
**(dollars in thousands)**

*Note 11 - Commitments and Contingencies*

As discussed in Note 5, the Company has a contract with NASSCO for the construction of five product tankers which were delivered in January 2009, September 2009, December 2009, July 2010 and December 2010, respectively. The Company currently expects the cost to construct these five tankers under the NASSCO contract to aggregate approximately $670,772. Payments of $668,872 have been made under these construction contracts as of September 30, 2011. The Company estimates that it will make payments under this construction contract of approximately $1,900 in 2011.

*Note 12 - Financial Information by Segments and Geographic Area*

The Company's business is to charter its tankers primarily in the U.S. domestic Jones Act trades to customers in the petroleum industry to and from destination points in the coastwise United States. In July 2011, the Empire State returned to the US West Coast from foreign service. Thus, currently all five vessels are trading domestically. Each of the Company's vessels represents an operating segment. These segments are aggregated into one reportable segment because they possess similar economic characteristics and all vessels are the same design and carry petroleum products for U.S. based customers.

*Note 13 - Guarantor Subsidiaries*

APT Parent, a wholly-owned subsidiary of APT Holding (the "Parent"), and AP Tankers Co., a wholly-owned subsidiary of APT Parent, (collectively, the "Subsidiary Issuers"), issued the Notes in May 2010. The Notes are fully and unconditionally guaranteed, jointly and severally, on a senior subordinated basis by APT Holding and all of APT Parent's wholly-owned subsidiaries: APT, Intermediate Holdco, and Intermediate Holdco's wholly-owned subsidiaries, JV Tanker Charterer LLC, PI 2 Pelican State LLC, and APT Sunshine State LLC (collectively the "Guarantor Subsidiaries").

The guarantees by Parent and Guarantor Subsidiaries are senior secured obligations: equal in right of payment with any of their existing and future senior indebtedness but senior with any of their existing and future unsecured indebtedness to the extent of the value of the collateral securing the Notes; senior to any of their existing and future subordinated indebtedness; junior with any of their existing and future indebtedness with respect to any credit agreement, certain maritime liens or that are secured by assets other than the collateral securing the Notes; and junior to any existing and future obligations of any non-guarantor subsidiaries. The Notes are secured by a first priority lien on substantially all of the assets of APT Parent and its subsidiaries subject to certain exceptions and permitted liens.

Parent is a holding company whose only asset is its ownership interests in its subsidiaries. The Company conducts virtually all of its business operations through APT Parent and its subsidiaries. The activities for the Subsidiary Issuers relate only to the issuance and servicing of the Notes and payroll for administrative personnel. Accordingly, the Company's only material sources of cash are dividends and distributions with respect to its ownership interests in APT and the subsidiaries of Intermediate Holdco that are derived from the earnings and cash flow generated by APT and the subsidiaries of Intermediate Holdco. Through September 30, 2011, no dividends have been paid.

11

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statemsnts**
**For the Three and Nine Months Ended September 30, 2011 and 2010**
**(dollars in thousands)**

The following tables set forth, on an unaudited condensed consolidating basis, the balance sheets, statements of operations and statements of cash flows for Parent, Subsidiary Issuers and Guarantor Subsidiaries for all financial statement periods presented in the Company's unaudited condensed consolidated financial statements. The Subsidiary Issuers allocate interest expense to the Guarantor Subsidiaries for capitalization towards the cost of the vessels under construction. Intercompany cash advances and loans made primarily for the purpose of short-term operating needs are included in cash flows from operating activities.

| | | | Unaudited Condensed Consolidating Balance Sheet as of September 30, 2011 | | |
|---|---|---|---|---|---|
| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
| **Assets** | | | | | |
| Cash and cash equivalents | $ — | $ 103 | $ 34,881 | $ — | $ 34,984 |
| Accounts receivables | — | — | 10,036 | — | 10,036 |
| Prepaid expenses and other current assets | — | 59 | 646 | — | 705 |
| Total Current Assets | — | 162 | 45,563 | — | 45,725 |
| Receivables due from affiliates, net | — | 210,136 | — | (210,136) | — |
| Deferred financing costs, net | — | 7,349 | 2,701 | — | 10,050 |
| Investment in affiliates | 64,811 | 110,962 | — | (175,773) | — |
| Other assets | — | 217 | 3,058 | — | 3,275 |
| Vessels and equipment, net | — | — | 675,186 | — | 675,186 |
| Total Assets | $ 64,811 | $328,826 | $726,508 | $ (385,909) | $ 734,236 |
| **Liabilities and Members' Equity** | | | | | |
| Accrued expenses and other liabilities | $ — | $ 217 | $ 6,108 | $ — | $ 6,325 |
| Accrued interest | — | 11,019 | — | — | 11,019 |
| Payable due USS Entities | — | — | 250 | — | 250 |
| Unearned revenue | — | — | 4,583 | — | 4,583 |
| Total Current Liabilities | — | 11,236 | 10,941 | — | 22,177 |
| Payables due to affiliates, net | — | — | 210,136 | (210,136) | — |
| Long-term debt | — | 252,779 | 394,469 | — | 647,248 |
| Total Liabilities | — | 264,015 | 615,546 | (210,136) | 669,425 |
| **Members' Equity** | 64,811 | 64,811 | 110,962 | (175,773) | 64,811 |
| Total Liabilities and Members' Equity | $ 64,811 | $328,826 | $726,508 | $ (385,909) | $ 734,236 |

12

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Nine Months Ended September 30, 2011 and 2010**
**(dollars in thousands)**

|  | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Cash and cash equivalents | $ — | $ — | $ 18,241 | $ — | $ 18,241 |
| Accounts receivables | — | — | 11,095 | — | 11,095 |
| Prepaid expenses and other current assets | — | — | 453 | — | 453 |
| Restricted cash | — | 7,923 | — | — | 7,923 |
| Total Current Assets | — | 7,923 | 29,789 | — | 37,712 |
| Receivables due from affiliates, net | — | 247,683 | — | (247,683) | — |
| Deferred financing costs, net | — | 9,113 | 3,142 | — | 12,255 |
| Investment in affiliates | 89,651 | 108,991 | — | (198,642) | — |
| Other assets | — | — | 3,573 | — | 3,573 |
| Vessels, net | — | — | 692,178 | — | 692,178 |
| Total Assets | $ 89,651 | $373,710 | $728,682 | $ (446,325) | $ 745,718 |
| **Liabilities and Members' Equity** | | | | | |
| Accrued expenses and other liabilities | $ — | $ 1,164 | $ 5,221 | $ — | $ 6,385 |
| Accrued interest | — | 4,869 | — | — | 4,869 |
| Payable due USS Entities | — | — | 320 | — | 320 |
| Unearned revenue | — | — | 4,508 | — | 4,508 |
| Total Current Liabilities | — | 6,033 | 10,049 | — | 16,082 |
| Payables due to affiliates, net | — | — | 247,683 | (247,683) | — |
| Long-term debt | — | 278,026 | 361,959 | — | 639,985 |
| Total Liabilities | — | 284,059 | 619,691 | (247,683) | 656,067 |
| **Members' Equity** | 89,651 | 89,651 | 108,991 | (198,642) | 89,651 |
| Total Liabilities and Members' Equity | $ 89,651 | $373,710 | $728,682 | $ (446,325) | $ 745,718 |

Unaudited Condensed Consolidating Balance Sheet as of December 31, 2010

13

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Nine Months Ended September 30, 2011 and 2010**
**(dollars in thousands)**

**Unaudited Condensed Consolidating Statement of Operations**
**For the Three Months Ended September 30, 2011**

| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| Revenues | $ — | $ — | $ 27,616 | $ — | $ 27,616 |
| **Expenses:** | | | | | |
| Vessel operating expenses | — | — | 8,838 | — | 8,838 |
| General and administrative expenses | — | 493 | 11 | — | 504 |
| Depreciation and amortization | — | 21 | 5,926 | — | 5,947 |
| Management fees | — | — | 709 | — | 709 |
| Total Expenses | — | 514 | 15,484 | — | 15,998 |
| Operating (loss) income | — | (514) | 12,132 | — | 11,618 |
| **Other income (expense):** | | | | | |
| Interest income | — | — | 1 | — | 1 |
| Interest expense | — | (7,456) | (11,750) | — | (19,206) |
| Debt extinguishment expense | — | — | — | — | — |
| Equity in (losses) income of subsidiaries | (7,869) | 101 | — | 7,768 | — |
| Derivative losses | — | — | (282) | — | (282) |
| Net (loss) income | $ (7,869) | $ (7,869) | $ 101 | $ 7,768 | $ (7,869) |

**Unaudited Condensed Consolidating Statement of Operations**
**For the Three Months Ended September 30, 2010**

| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| Revenues | $ — | $ — | $ 16,954 | $ — | $ 16,954 |
| **Expenses:** | | | | | |
| Vessel operating expenses | — | — | 6,328 | — | 6,328 |
| General and administrative expenses | — | 122 | 381 | — | 503 |
| Depreciation | — | — | 4,550 | — | 4,550 |
| Management fees | — | — | 669 | — | 669 |
| Total Expenses | — | 122 | 11,928 | — | 12,050 |
| Operating (loss) income | — | (122) | 5,026 | — | 4,904 |
| **Other income (expense):** | | | | | |
| Interest income | — | 70 | — | — | 70 |
| Interest expense | — | (7,562) | (9,672) | — | (17,234) |
| Debt extinguishment expense | — | — | — | — | — |
| Equity in losses of subsidiaries | (12,603) | (4,989) | — | 17,592 | — |
| Derivative losses | — | — | (343) | — | (343) |
| Net loss | $ (12,603) | $(12,603) | $ (4,989) | $ 17,592 | $ (12,603) |

14

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Nine Months Ended September 30, 2011 and 2010**
**(dollars in thousands)**

| | Unaudited Condensed Consolidating Statement of Operations For the Nine Months Ended September 30, 2011 | | | | |
|---|---|---|---|---|---|
| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
| Revenues | $ — | $ — | $ 82,042 | $ — | $ 82,042 |
| Expenses: | | | | | |
| Vessel operating expenses | — | — | 25,957 | — | 25,957 |
| General and administrative expenses | — | 1,233 | 170 | — | 1,403 |
| Depreciation and amortization | — | 35 | 17,768 | — | 17,803 |
| Management fees | — | — | 2,283 | — | 2,283 |
| Total Expenses | — | 1,268 | 46,178 | — | 47,446 |
| Operating (loss) income | — | (1,268) | 35,864 | — | 34,596 |
| Other income (expense): | | | | | |
| Interest income | — | 4 | 3 | — | 7 |
| Interest expense | — | (23,327) | (33,176) | — | (56,503) |
| Debt extinguishment expense | — | (2,220) | — | — | (2,220) |
| Equity in (losses) income of subsidiaries | (24,840) | 1,971 | — | 22,869 | — |
| Derivative losses | — | — | (720) | — | (720) |
| Net (loss) income | $ (24,840) | $(24,840) | $ 1,971 | $ 22,869 | $ (24,840) |

| | Unaudited Condensed Consolidating Statement of Operations For the Nine Months Ended September 30, 2010 | | | | |
|---|---|---|---|---|---|
| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
| Revenues | $ — | $ — | $ 42,883 | $ — | $ 42,883 |
| Expenses: | | | | | |
| Vessel operating expenses | — | — | 16,605 | — | 16,605 |
| General and administrative expenses | — | 195 | 1,181 | — | 1,376 |
| Depreciation | — | — | 12,106 | — | 12,106 |
| Management fees | — | — | 1,746 | — | 1,746 |
| Total Expenses | — | 195 | 31,638 | — | 31,833 |
| Operating (loss) income | — | (195) | 11,245 | — | 11,050 |
| Other income (expense): | | | | | |
| Interest income | — | — | 77 | — | 77 |
| Interest expense | — | (10,789) | (21,445) | — | (32,234) |
| Debt extinguishment expense | — | — | (7,640) | — | (7,640) |
| Equity in losses of subsidiaries | (30,714) | (19,807) | — | 50,521 | — |
| Derivative losses | — | — | (1,967) | — | (1,967) |
| Net loss | $ (30,714) | $(30,714) | $ (19,807) | $ 50,521 | $ (30,714) |

15