**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN PETROLEUM TANKERS PARENT LLC, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| The UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |

Civil Action No. 1:12-CV-001165-CKK

Notice of Filing of Administrative Record

## <u>NOTICE OF FILING OF VOLUME 19 OF THE ADMINISTRATIVE RECORD</u>

Defendants hereby give notice that attached hereto is **Volume 19** of the redacted

Administrative Record in this action, which is being filed in 26 separate volumes.

Respectfully Submitted,

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

DIANE KELLEHER
Assistant Branch Director

*s/ Daniel Bensing*
DANIEL BENSING
Senior Counsel
(D.C. Bar No. 334268)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 6114
Washington D.C. 20530
Tel.: (202) 305-0693
Fax:  (202) 616-8460
Email:  Daniel.Bensing@USDOJ.gov

Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2013 I electronically filed the foregoing Notice of Filing of Volume 19 of the Administrative Record with the Clerk of the Court by using the CM/ECF system.


/s/ *Daniel Bensing*
DANIEL BENSING

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Nine Months Ended September 30, 2011 and 2010**
**(dollars in thousands)**

| | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| **OPERATING ACTIVITIES:** | | | | | |
| Net (loss) income | $ (24,840) | $(24,840) | $ 1,972 | $ 22,868 | $ (24,840) |
| Adjustments to reconcile net (loss) income to net cash provided by (used in) operating activities: | | | | | |
| Straight-line charter revenues | — | — | (205) | — | (205) |
| Depreciation and amortization | — | 35 | 17,768 | — | 17,803 |
| Amortization of deferred financing costs | — | 1,463 | 441 | — | 1,904 |
| Amortization of discount on notes issued | — | 1,131 | — | — | 1,131 |
| Equity in losses (income) of subsidiaries | 24,840 | (1,971) | — | (22,868) | — |
| Debt prepayment penalty fees | — | 810 | — | — | 810 |
| Write-off of deferred financing costs | — | 787 | — | — | 787 |
| Write-off of discount on notes issued | — | 623 | — | — | 623 |
| Derivative losses | — | — | 720 | — | 720 |
| Interest paid-in-kind | — | — | 32,510 | — | 32,510 |
| Changes in current assets and liabilities: | | | | | |
| Accounts receivables | — | — | 1,059 | — | 1,059 |
| Prepaid expenses and other current assets | — | (59) | (193) | — | (252) |
| Accrued expenses and other liabilities | — | 5,661 | 1,117 | — | 6,778 |
| Payable due USS Entities | — | — | (70) | — | (70) |
| Unearned revenue | — | — | 75 | — | 75 |
| Change in receivables due from/payables due to affiliates, net | — | 9,737 | (9,737) | — | — |
| Net cash (used by) provided by operating activities | — | (6,623) | 45,456 | — | 38,833 |
| **INVESTING ACTIVITIES:** | | | | | |
| Vessel and equipment additions | — | — | (1,006) | — | (1,006) |
| Software additions | — | (252) | — | — | (252) |
| Change in restricted cash | — | 7,923 | — | — | 7,923 |
| Net cash provided by (used in) investing activities | — | 7,671 | (1,006) | — | 6,665 |
| **FINANCING ACTIVITIES:** | | | | | |
| Receipts from (payments to) affiliates | — | 27,810 | (27,810) | — | — |
| Payment on long-term debt | — | (27,000) | — | — | (27,000) |
| Debt prepayment penalty fees | — | (810) | — | — | (810) |
| Payment of debt issuance costs | — | (945) | — | — | (945) |
| Net cash used in financing activities | — | (945) | (27,810) | — | (28,775) |
| Net increase (decrease) in cash and cash equivalents | — | 103 | 16,640 | — | 16,743 |
| Cash and cash equivalents at beginning of period | — | — | 18,241 | — | 18,241 |
| Cash and cash equivalents at end of period | $ — | $ 103 | $ 34,881 | $ — | $ 34,984 |

Unaudited Condensed Consolidating Statement of Cash Flows
For the Nine Months Ended September 30, 2011

16

**American Petroleum Tankers Holding LLC**
**Notes to Unaudited Condensed Consolidated Financial Statements**
**For the Three and Nine Months Ended September 30, 2011 and 2010**
**(dollars in thousands)**

|  | Unaudited Condensed Consolidating Statement of Cash Flows For the Nine Months Ended September 30, 2010 | | | | |
|  | Parent (Guarantor) | Subsidiary Issuers | Guarantor Subsidiaries | Consolidating Adjustments | Consolidated |
|---|---|---|---|---|---|
| **OPERATING ACTIVITIES:** |  |  |  |  |  |
| Net (loss) | $ (30,714) | $ (30,714) | $ (19,807) | $ 50,521 | $ (30,714) |
| Adjustments to reconcile net (loss) to net cash provided by operating activities: |  |  |  |  |  |
| Straight-line charter revenues | — | — | (903) | — | (903) |
| Depreciation and amortization | — | — | 12,106 | — | 12,106 |
| Amortization of deferred financing costs | — | 752 | 1,605 | — | 2,357 |
| Amortization of discount on notes issued | — | 594 | — | — | 594 |
| Equity in losses of subsidiaries | 30,714 | 19,807 | — | (50,521) | — |
| Debt prepayment penalty fees | — | — | 2,814 | — | 2,814 |
| Write-off of deferred financing costs | — | — | 4,826 | — | 4,826 |
| Write-off of discount on notes issued | — | — | — | — | — |
| Derivative losses | — | — | 1,967 | — | 1,967 |
| Interest paid-in-kind | — | — | 22,001 | — | 22,001 |
| Changes in current assets and liabilities: |  |  |  |  |  |
| Accounts receivables | — | — | (3,480) | — | (3,480) |
| Prepaid expenses and other current assets | — | — | (248) | — | (248) |
| Accrued expenses and other liabilities | — | 11,015 | 96 | — | 11,111 |
| Payable due USS Entities | — | — | (166) | — | (166) |
| Unearned revenue | — | — | 1,134 | — | 1,134 |
| Change in receivables due from/payables due to affiliates, net | — | (1,328) | 1,328 | — | — |
| Net cash provided by operating activities | — | 126 | 23,273 | — | 23,399 |
| **INVESTING ACTIVITIES:** |  |  |  |  |  |
| (Payments to) receipts from affiliates for construction payment | — | (80,900) | 80,900 | — | — |
| Vessel additions | — | — | (88,282) | — | (88,282) |
| Change in restricted cash | — | (89,077) | 2,800 | — | (86,277) |
| Net cash (used in) investing activities | — | (169,977) | (4,582) | — | (174,559) |
| **FINANCING ACTIVITIES:** |  |  |  |  |  |
| Proceeds from the issuance of debt | — | 277,029 | — | — | 277,029 |
| (Payments to) receipts from affiliates | — | (97,481) | 97,481 | — | — |
| Payment on long-term debt | — | — | (96,904) | — | (96,904) |
| Debt prepayment penalty fees | — | — | (2,814) | — | (2,814) |
| Payment of debt issuance costs | — | (9,697) | — | — | (9,697) |
| Net cash provided by (used in) financing activities | — | 169,851 | (2,237) | — | 167,614 |
| Net increase in cash and cash equivalents | — | — | 16,454 | — | 16,454 |
| Cash and cash equivalents at beginning of period | — | — | 7,893 | — | 7,893 |
| Cash and cash equivalents at end of period | $ — | $ — | $ 24,347 | $ — | $ 24,347 |

*Note 14 – Subsequent Events*

The Company evaluated events and transactions that occurred during the period from September 30, 2011, the date of the balance sheet, through November 14, 2011, the date of issuance of the unaudited condensed consolidated financial statements, and identified the following events or transactions that should be disclosed:

On October 11, 2011, the Company entered into a Deferred Compensation Agreement with Robert K. Kurz, Chief Executive of the Company. A Form 8-K was filed with the Securities and Exchange Commission on October 14, 2011.

*\*\*\*\*\**

17

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations**

*The following discussion and analysis of our consolidated financial condition, results of operations and cash flows should be read in conjunction with the unaudited condensed consolidated financial statements, and the notes thereto, and other data contained elsewhere in this Quarterly Report. The following discussion and analysis should also be read in conjunction with our audited consolidated financial statements, and notes thereto, and "Management's Discussion and Analysis of Financial Condition and Results of Operations" included in the Registration Statement. References in Item 2. herein to "APT Holding", "we", "our" and "us" refer to the Company and its subsidiaries unless otherwise stated or indicated by context. The following discussion and analysis includes forward-looking statements that involve certain risks and uncertainties. See "Forward-Looking Statements."*

We are a U.S. based, provider of Jones Act marine transportation services for refined petroleum products in the U.S. domestic "coastwise" trade. Our fleet consists of five modern, double-hulled product tankers. Our fleet of five vessels has a total capacity of approximately 245,000 dwt and an average age of less than two years.

Our customers are BP West Coast Products LLC ("BP"), an affiliate of Chevron Corporation ("Chevron"), an affiliate of Marathon Oil Corporation ("Marathon") and the Military Sealift Command department of the U.S. Navy ("MSC"). Three of our vessels are on time charters that range up to three years under an evergreen type arrangement (which may be terminated at any time upon 90 days notice) to seven years. Our other two vessels are contracted to MSC for one year with four approximately one-year renewal options. While MSC awarded us the contract based on a five-year analysis, MSC is only permitted to commit to annual contracts due to budgetary restrictions. However, as a result of our customization of these vessels to meet MSC's requirements, as well as economic benefits for continued renewals, we believe it is likely that MSC will exercise its renewal options, although there can be no assurance that they will do so. The four T-5 tankers that our vessels have in part replaced had been in continuous MSC service since their delivery as new buildings in the mid-1980s, despite MSC's requirement for periodic renewals of time charters and / or operating agreements, as applicable. Further supporting this view, the day rates in the first-year of our charters with MSC are on average 25% higher than the day rates for our first-option years. We utilized this declining rate structure with a material premium in the first year to incentivize MSC to exercise each of their one-year renewal options. In 2011 MSC exercised its first one-year renewal option for both the *Evergreen State* and the *Empire State*.

Operationally, we retain all strategic and commercial management of our vessels, while the technical management of the vessels is outsourced to certain affiliates of Crowley Maritime Corporation (collectively, "Crowley" or our "Manager"). Crowley's technical management services include crewing, maintenance and repair, purchasing, insurance and claims administration, and security as well as accounting and reporting services. Founded in 1892, Crowley is one of the oldest maritime transportation companies in the U.S., employing approximately 5,100 employees across 90 office locations. We benefit from Crowley's operational expertise, purchasing power and relationships with vendors, suppliers and major labor organizations which are key to providing skilled and experienced crews. As of June 2011, the non-vessel accounting and GAAP reporting responsibilities were transitioned from Crowley to our staff.

18

**Definitions**

It is important to understand the meaning of the following terms in order to understand our discussion of our results of operations:

- *Deadweight tons or dwt.* dwt is the abbreviation for deadweight tons, representing principally the cargo carrying capacity of a vessel.

- *Revenue.* Revenue includes revenue from time charters. Revenue is impacted by changes in charter and utilization rates. For charters which have a duration in excess of one year and include escalation provisions we recognize revenue on a straight line basis over the life of the contract.

- *Vessel operating expenses.* The most significant direct vessel operating expenses are manning costs, vessel maintenance and repairs, and insurance. We pay the vessel operating expenses.

- *Depreciation and amortization.* We incur fixed charges related to the depreciation of the historical cost of our fleet. The aggregate number of drydockings undertaken in a given period and the nature of the work performed determine the level of drydocking expenditures. Depreciation and amortization is determined as follows:

  - Vessels and equipment are recorded at cost, including capitalized interest and transaction fees where appropriate, and depreciated to scrap value using the straight-line method; and

  - Both domestic and international regulatory bodies require that petroleum carrying vessels be drydocked for major repair and maintenance at least every five years (this requirement increases to twice in a five year period after a vessel's first fifteen years of operation). In addition, vessels may have to be drydocked in the event of accidents or other unforeseen damage. Drydocking costs are deferred and amortized over the estimated period between dry-dockings, although we have not sustained any drydocking costs to date.

- *General and administrative expenses.* General and administrative expenses consist of employment costs for shore side staff and cost of facilities as well as legal, audit and other administrative costs.

- *Drydocking days.* Drydocking days are days designated for the cleaning, inspection and survey of vessels, and resulting maintenance work, as required by the U.S. Coast Guard and the American Bureau of Shipping. Drydocking days may also include unscheduled work in the event of an accident or other unforeseen damage.

- *Time charter equivalent.* Time charter equivalent is equal to the voyage revenue earned by a vessel during a defined period, divided by the total number of actual days worked by that vessel during the period involved, net of fuel and port expenses.

**Critical Accounting Policies**

We prepare our financial statements in conformity with accounting principles generally accepted in the United States of America. The preparation of the condensed consolidated financial statements, upon which this discussion and analysis is based, requires management to make estimates and judgments which impact those condensed consolidated financial statements. The most critical of these estimates and accounting policies relate to long-lived asset depreciation, revenue recognition, and valuation of derivative instruments. Different assumptions in the application of these policies could result in material changes in our consolidated financial condition, results of operations, or cash flows. For a more complete discussion of these and other accounting policies, see the Notes to the Condensed Consolidated Financial Statements for the year ended December 31, 2010 included in the Registration Statement.

19

*Vessels and Equipment*

Vessels and equipment are stated at cost. Normal repair and maintenance expenditures are expensed as incurred. Depreciation is computed using the straight-line method over the vessels' estimated useful lives of 30 years based on the vessels' cost less their estimated salvage value. Interest is capitalized in conjunction with our construction of vessels.

We assess recoverability of the carrying value of a long-lived asset when indicators of impairment are present by estimating the future undiscounted net cash flows expected to result from the asset, including eventual disposition. If the future net cash flows are less than the carrying value of the asset, an impairment loss is recorded equal to the difference between the asset's carrying value and its fair value.

*Revenue Recognition*

Revenues from long-term time charters of vessels with annual escalation clauses are recognized on a straight-line basis over the term of the contract. We also assess renewal options on time charters for bargain renewal options, and account for any bargain renewal options as a constructive extension of the lease term.

*Derivative Instruments*

Our use of derivative instruments, principally an interest rate cap, is limited to non-trading purposes and is designed to manage exposure to interest rate risks. The fair value of our interest rate cap represents the amount that would be paid to us by the counterparty to terminate the cap at the reporting date and is estimated based on a discounted cash flow model using a quoted interest rate. Changes in the fair market value of the interest rate cap could result in significant fluctuations in earnings.

## Results of Operations

The following table presents our operating results for the three and nine months ended September 30, 2011 and 2010.

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2011 | 2010 | 2011 | 2010 |
| | (dollars in thousands) | | (dollars in thousands) | |
| **Unaudited Condensed Consolidated Statements of Operations Data:** | | | | |
| **Revenues** | $ 27,616 | $ 16,954 | $ 82,042 | $ 42,883 |
| **Expenses:** | | | | |
| Vessel operating expenses | 8,838 | 6,328 | 25,957 | 16,605 |
| General and administrative expenses | 504 | 503 | 1,403 | 1,376 |
| Depreciation and amortization | 5,947 | 4,550 | 17,803 | 12,106 |
| Management fees | 709 | 669 | 2,283 | 1,746 |
| Total Expenses | 15,998 | 12,050 | 47,446 | 31,833 |
| **Operating income:** | 11,618 | 4,904 | 34,596 | 11,050 |
| Other income (expense) : | | | | |
| Interest income | 1 | 70 | 7 | 77 |
| Interest expense | (19,206) | (17,234) | (56,503) | (32,234) |
| Debt extinguishment expense | — | — | (2,220) | (7,640) |
| Derivative losses | (282) | (343) | (720) | (1,967) |
| **Net loss** | $ (7,869) | $(12,603) | $(24,840) | $(30,714) |

20

**Three Months Ended September 30, 2011 versus Three Months Ended September 30, 2010**

*Revenues*

During 2009, the Company received delivery of three new vessels, the *Golden State*, *Pelican State* and *Sunshine State*, in January 2009, June 2009 and December 2009, respectively. During July 2010, the Company received delivery of the *Empire State*. In the third quarter of 2010, the *Golden State*, *Pelican State*, *Sunshine State*, and *Empire State* generated revenues in the aggregate of $17.0 million through charters with BP, Marathon, Chevron, and MSC, respectively. In the third quarter of 2010, we had an average utilization rate of 99% based on 346 operating days and 349 ownership days. In December 2010, we received delivery of the *Evergreen State*. In the third quarter of 2011, the *Golden State, Pelican State, Sunshine State, Empire State,* and *Evergreen State* generated revenues in the aggregate of $27.6 million through charters with BP, Marathon, Chevron, and MSC, respectively. Overall utilization was 100% based on 460 operating days and 460 ownership days.

*Vessel Operating Expenses*

In the third quarter of 2011, vessel operating expenses were $8.8 million compared to $6.3 million in the third quarter of 2010. Vessel operating expenses increased in 2011 primarily due to the delivery of the *Evergreen State* in December 2010.

*General and Administrative Expenses*

General and administrative expenses were $0.5 million in the third quarter of 2011 and 2010. The Company incurred significant professional fees in the third quarter of 2010 related to the bond offering in May 2010. During 2011, the reduction in professional fees was offset by higher wage and benefits costs with the increase in corporate staff.

*Depreciation and amortization*

Depreciation expense increased to $5.9 million in the third quarter of 2011 from $4.6 million in 2010. The changes were primarily due to the delivery of the *Evergreen State* in December 2010. Once a vessel is delivered and commences operation, the depreciation associated with that particular vessel is recorded as an expense.

*Management Fees*

Management fees were $0.7 million in the third quarter of 2011 and $0.7 million in 2010. An increase in management fees due to the delivery of the *Evergreen State* in December 2010 was offset by a transition of non-vessel administration from Crowley to our staff in July of 2011.

*Interest Expense*

Interest expense increased to $19.2 million during the third quarter of 2011 compared to $17.2 million in 2010. The increase was primarily the result of: (a) a higher weighted-average outstanding balance of our Sponsor Facility due to the capitalization of paid-in-kind interest; and (b) a decrease in interest capitalized as part of the construction cost of the vessels due to the delivery of two vessels in July and December 2010.

*Derivative Losses*

Derivative losses were $0.3 million during the third quarter of 2011 and 2010 due to a decrease in the fair value of our interest rate cap.

*Net Loss*

As a result of the foregoing factors, net loss was $7.9 million in the third quarter of 2011, compared to a net loss of $12.6 million for 2010.

21

**Nine Months Ended September 30, 2011 versus Nine Months Ended September 30, 2010**

*Revenues*

During 2009, the Company received delivery of three new vessels, the *Golden State*, *Pelican State* and *Sunshine State*, in January 2009, June 2009 and December 2009, respectively. During the third quarter of 2010, the Company received delivery of the *Empire State* in July 2010. In the nine months ended September 30, 2010, the *Golden State, Pelican State, Sunshine State* and *Empire State* generated revenues in the aggregate of $42.9 million through charters with BP, Marathon, Chevron, and MSC, respectively. We had an average utilization rate of 98% based on 878 operating days and 892 ownership days. During December 2010, we received delivery of the *Evergreen State.* In 2011, the *Golden State, Pelican State, Sunshine State, Empire State*, and *Evergreen State* generated revenues in the aggregate of $82.0 million through charters with BP, Marathon, Chevron, and MSC, respectively. Overall utilization was 100% based on 1,365 operating days and 1,365 ownership days.

*Vessel Operating Expenses*

Vessel operating expenses were $26.0 million in 2011, compared to $16.6 million in 2010. Vessel operating expenses increased in 2011 primarily due to the deliveries of the *Empire State* in July 2010 and the *Evergreen State* in December 2010.

*General and Administrative Expenses*

General and administrative expenses were $1.4 million in 2011and 2010. During 2011, increases in payroll and benefits were offset by lower professional fees.

*Depreciation and amortization*

Depreciation expense increased to $17.8 million in 2011 from $12.1 million in 2010. The changes were primarily due to the deliveries of the *Empire State* in July 2010 and the *Evergreen State* in December 2010. Once a vessel is delivered and commences operation, the depreciation associated with that particular vessel is recorded as an expense.

*Management Fees*

Management fees increased to $2.3 million in 2011 from $1.7 million in 2010, primarily due to the deliveries of the *Empire State* in July 2010 and the *Evergreen State* in December 2010.

*Interest Expense*

Interest expense increased to $56.5 million in 2011 compared to $32.2 million in 2010. The increase was primarily the result of: (a) a higher weighted-average outstanding balance of our Sponsor Facility due to the capitalization of paid-in-kind interest; (b) a higher interest rate following the conversion of the Sponsor Facility's interest rate in May 2010 from a variable rate to a fixed rate; (c) interest expense incurred in 2010 under the Notes, which were issued in May 2010; and (d) a decrease in interest capitalized as part of the construction cost of the vessels due to the delivery of two vessels in July and December 2010.

*Debt Extinguishment Expense*

Debt extinguishment expense was $2.2 million in 2011 due to the prepayment of $27.0 million of the Notes in May 2011, versus $7.6 million due to the prepayment of the DVB facility in May 2010.

*Derivative Losses*

Derivative losses were $0.7 million during the third quarter of 2011 compared with $2.0 million during 2010 due to a decrease in the fair value of our interest rate cap.

*Net Loss*

As a result of the foregoing factors, net loss was $24.8 million in 2011, compared to a net loss of $30.7 million for 2010.

**Liquidity and Capital Resources**

We operate in a capital intensive industry. Our primary liquidity requirements relate to operating expenses, semi-annual payments for interest under the Notes, capital expenditures for the maintenance of vessels, and payments under our management service agreements. Our long-term liquidity needs primarily relate to interest and principal debt payments under the Notes and Sponsor Facility, which mature in 2015 and 2016, respectively. Long-term liquidity needs will depend upon the timing and amount of drydocking expenditures, repairs and maintenance activity, vessel additions and dispositions and fluctuations in working capital balances and scheduled maintenance.

In connection with the issuance of $285,000, 10 1/4% First Priority Senior Secured Notes (the "Notes"), APT Parent and AP Tankers Co. entered into a registration rights agreement ("Registration Rights Agreement") which required us to consummate an exchange offer, exchanging unregistered Notes for Notes registered with the Securities and Exchange Commission (the "Commission"), under the Securities Act of 1933, as amended (the "Securities Act"), by May 12, 2011. We completed the Exchange Offer on May 12, 2011. The registered Notes are substantially identical to the unregistered Notes and are governed by the same indenture governing the unregistered Notes. The material provisions of the exchange offer are described in the prospectus, dated and filed with the Commission on April 13, 2011 pursuant to Rule 424(b)(3) under the Securities Act.

Our time charter contracts are structured such that we are paid in advance of providing the service, typically at the start of each month with the exception of MSC who pays charter hire every 15 days in arrears. As a result, we receive cash prior to recognizing revenue or expense, thus minimizing working capital requirements.

We believe that cash flows from operations will be sufficient to meet our existing liquidity needs for the next 12 months. We were in compliance with all of the covenants contained in our debt agreements as of September 30, 2011.

***Working Capital***

Working capital at September 30, 2011 was $23.5 million compared with $21.6 million at December 31, 2010. This increase was primarily due to additional cash generated by the *Evergreen State* which was delivered in December 2010, and partially offset by the reduction of cash used for the redemption of $27.0 million of the Notes in April 2011.

***Cash Flows***

|  | For the Nine Months Ended September 30, | |
|---|---|---|
|  | 2011 | 2010 |
|  | (dollars in thousands) | |
| Net cash flow provided by operating activities | $ 33,833 | $ 23,399 |
| Net cash flow provided by (used in) investing activities | 6,665 | (174,559) |
| Net cash flow (used in) provided by financing activities | (28,755) | 167,614 |

23

*Operating cash flows*—Net cash flow provided by operating activities was $33.8 million for the nine months ended September 30, 2011 and $23.4 million for the nine months ended September 30, 2010. The increase in operating cash flows is primarily from the operation of five vessels during 2011 versus three to four vessels during the same period in 2010, partially offset by higher interest payments.

*Investing cash flows*—Net cash provided by (used in) investing activities was $6.7 million for the nine months ended September 30, 2011 and $(174.6) million in 2010. The increase in investing cash flows was primarily from the release of $7.9 million of restricted cash for general corporate purposes, versus the deposit of $170.7 of restricted cash in the same period in 2010. The restricted cash was provided by the May 2010 bond offering and was used to fund the construction of the *Empire State* and *Evergreen State*. Vessel and equipment additions were $1.3 million in 2011 compared with $88.3 million 2010.

*Financing cash flows*—Net cash (used in) provided by financing activities was $(28.8) million for the nine months ended September 30, 2011 and $167.6 million for 2010. The Company repaid $27.0 million of the Notes in April 2011. In the nine months ended September 30, 2010, the Company received net proceeds of $277.0 million from the Notes offering, and prepaid the DVB facility for $96.9 million in May 2010 and paid $9.7 million in debt issuance costs with the proceeds from the issuance of the Notes.

### Long Term Debt

Long-term debt consists of the following:

|  | September 30, 2011 | December 31, 2010 |
|---|---|---|
| Notes, net of $5,221 and $6,974 unamortized original discount at September 30, 2011 and December 31, 2010, respectively | $ 252,779 | $ 278,026 |
| Sponsor Facility | 394,469 | 361,959 |
|  | $ 647,248 | $ 639,985 |

In 2006, we entered into the Sponsor Facility, pursuant to which the Class A members of APT or their affiliates agreed to make available $325.0 million of revolving credit loans. Beginning July 2009, the monthly interest payments are treated as paid-in-kind in lieu of monthly cash payments. As a result, the Company is allowed to exceed its total commitment under the Sponsor Facility for the capitalized paid-in-kind payments. Under the terms of the Sponsor Facility, the ability to borrow additional amounts against this facility ceased in June 2011. In addition, the security agent is due a fee of 0.005% of borrowings outstanding and the administrative agent is due a fee of $0.3 million per year. Concurrent with the issuance of the Notes, we further amended the Sponsor Facility to effect an interest rate conversion from a variable rate of LIBOR + 4.5% to a fixed rate of 12% payable in kind, the extension of the maturity of the Sponsor Facility to 2016 and a subordination of our first lien security interest on the *Sunshine State*, *Evergreen State*, and *Empire State* to a second lien, resulting in a second lien security interest on all five of our vessels. The Sponsor Facility is subject to an intercreditor agreement with the holders of the Notes. During the three months ended September 30, 2011 and 2010, the Company recorded $11.5 million and $10.3 million, respectively, for interest-in-kind payments that were capitalized in the Sponsor Facility balance. During the nine months ended September 30, 2011 and 2010, the Company recorded $32.5 million and $22.0 million, respectively, for interest-in-kind payments. An interest-in-kind accrual of $18.6 million and $26.8 million was recorded as long-term debt at September 30, 2011 and December 31, 2010, respectively.

24

In August 2009, we entered into the DVB Facility with DVB Bank America N.V., with interest based on LIBOR plus 3.75%, for the partial financing of our five vessels. On May 17, 2010, we issued the $285.0 million Notes to fund the remaining vessel construction costs and to prepay $97.6 million related to the DVB Facility (including principal, interest and prepayment penalty). On May 17, 2010, the DVB Facility was fully repaid and no longer outstanding.

Under the terms of the indenture governing the Notes, the Company may redeem up to 10% of the original issue amount in a twelve month period prior to May 1, 2012 at 103%. On March 28, 2011, the Company provided notice to the trustee that pursuant to the indenture the Company would redeem $27.0 million of the principal amount of the Notes unconditionally. The redemption was completed on April 28, 2011, at a cost of $29.2 million, including premium and accrued interest.

The maturities of long-term debt as of September 30, 2011, excluding interest accreted on the Sponsor Facility subsequent to September 30, 2011, are as follows:

| | |
|---|---|
| 2015 | $252,779 |
| 2016 | 394,469 |
| | $647,248 |

*Capital Expenditures.*

During the nine months ended September 30, 2011, we spent approximately $1.0 million for construction of our vessels, consisting mostly of owner furnished equipment and other outfitting costs. An additional $0.3 million was spent on software for corporate accounting and financial reporting. We estimate that our liability to NASSCO is $1.9 million as of September 30, 2011, which is payable after the expiration of the final warranty period for the Evergreen State in December 2011.

**Off-balance sheet arrangements**

We do not have any off-balance sheet arrangements.

**Contractual Commitments**

The following table reflects our contractual commitments associated with our debt and other obligations as of September 30, 2011.

| | Payments Due by Period | | | |
|---|---|---|---|---|
| | < 1 year | 1 –3 years | 3 – 5 years | Total |
| Long-term debt (1) | $26,445 | $52,890 | $952,292 | $1,031,627 |
| Contractual commitments (2) | 1,900 | — | — | 1,900 |
| | $28,345 | $52,890 | $952,292 | $1,033,527 |

(1) The long-term debt consists of principal values of $258,000 Notes and $394,469 Sponsor Facility, which bear interest at 10.25% per annum and 12% calculated over a 360-day year, respectively. Amounts include contractual interest payments and paid-in-kind interest.

(2) Contractual commitments are related to remaining spending under the NASSCO vessel construction contract. Contractual commitments do not include amounts to our Manager as we may cancel the contract at any time and without cause upon 90 days notice.

25

**Item 3. Quantitative and Qualitative Disclosures about Market Risk**

All of our debt has fixed interest rates, and is comprised of outstanding borrowings at September 30, 2011 of $252.8 million under the Notes, maturing in 2015, and $394.5 million under the Sponsor Facility maturing in 2016. Except in limited circumstances, we do not have an obligation to prepay our fixed-rate debt prior to maturity and, as a result, interest rate risk and changes in fair value should not have a significant impact on fixed rate borrowings unless we would be required to refinance such debt.

On May 12, 2011, we completed an exchange offer to exchange the unregistered Notes for Notes registered with the Securities and Exchange Commission, under the Securities Act of 1933. The registered Notes are substantially identical to the unregistered Notes and are governed by the same indenture governing the unregistered Notes.

As of September 30, 2011, we had one outstanding interest rate cap with a notional amount of $100.0 million. This interest rate cap of the three-month U.S. Dollar LIBOR of 6.0% is intended to reduce the potential negative impacts to our cash flows that could result in movements in interest rates between the date a chartering contract is entered into and sale date, if any, of such combined vessel and chartering contract. We recognize all derivatives as either assets or liabilities in the balance sheet and measure those instruments at fair value. Changes in the fair value of those instruments are reported in earnings, as we did not designate the interest rate cap as a hedge. We are exposed to credit related losses in the event of non-performance by counterparties to these instruments; however, the counterparties are major financial institutions and we consider such risk of loss to be minimal. We do not hold or issue derivative financial instruments for trading purposes.

**Item 4. Controls and Procedures**

As of the end of the period covered by this report, an evaluation of the effectiveness of the design and operation of our disclosure controls and procedures (as defined under the Securities and Exchange Commission rules) was carried out under the supervision and with the participation of the Company's management, including our Chief Executive Officer and Chief Financial Officer. The Company's disclosure controls and procedures are designed to ensure that information that the Company must disclose in its reports filed under the Securities Act of 1934 is communicated and processed in a timely manner. Based upon that evaluation, the Chief Executive Officer and Chief Financial Officer concluded that the design and operation of these disclosure controls and procedures were effective. During our fiscal quarter ended September 30, 2011, no changes were made in our internal controls or in other factors that could significantly affect these controls subsequent to the date of their evaluation.

26

## Part II –Other Information

### Item 1. Legal Proceedings

Currently there are no pending legal proceedings. From time to time, we are subject to routine legal proceedings incidental to the operations of our business.

### Item 1A. Risk Factors

There have been no material changes to any of the risk factors disclosed in the Registration Statement (under the heading "Risk Factors").

### Item 2. Unregistered Sales of Equity Securities and Use of Proceeds

None.

### Item 3. Defaults Upon Senior Securities

None.

### Item 4. (Reserved)

### Item 5. Other Information

None.

27

Item 6. Exhibits

| Exhibit No. | Description |
|---|---|
| 31.1* | Certification of Chief Executive Officer Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 31.2* | Certification of Chief Financial Officer Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 32.1* | Certification of Chief Executive Officer Pursuant to 18 U.S.C. Section 1350, as Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 32.2* | Certification of Chief Financial Officer Pursuant to 18 U.S.C. Section 1350, as Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 101 | The following materials from American Petroleum Tankers Parent LLC's Quarterly Report on Form 10-Q for the quarter ended September 30, 2011 are furnished herewith, formatted in XBRL (eXtensible Business Reporting Language): (i) the Unaudited Consolidated Balance Sheets as of September 30, 2011 and December 31, 2010, (ii) the Unaudited Consolidated Statements of Operations for the three and nine months ended September 30, 2011 and 2010, (iii) the Unaudited Consolidated Statements of Cash Flows for the nine months ended September 30, 2011 and 2010, and (iv) the Notes to Unaudited Consolidated Financial Statements for the three and nine Months ended September 30, 2011 and 2010, tagged as blocks of text. |

* Filed herewith.

28

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

AMERICAN PETROLEUM TANKERS PARENT LLC
(Registrant)

Date:   November 14, 2011

By:   /s/ Robert K. Kurz
      Robert K. Kurz
      Chief Executive Officer,
      (Principal Executive Officer)

Date:   November 14, 2011

By:   /s/ Philip J. Doherty
      Philip J. Doherty
      Chief Financial Officer
      (Principal Financial and Accounting Officer)

29

Exhibit 31.1

## CERTIFICATIONS

I, Robert K. Kurz, certify that:

1. I have reviewed this quarterly report on Form 10-Q of American Petroleum Tankers Parent LLC.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report; and

4. The registrant's other certifying officer and I are responsible for maintaining disclosure controls and procedures (as defined in Exchange act Rules 13a-15(e) and 15d-15(e)) for the registrants and have:

   (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

   (b) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   (c) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting.

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date:     November 14, 2011

/s/ Robert K. Kurz
Robert K. Kurz
Chief Executive Officer

Exhibit 31.2

CERTIFICATIONS

I, Philip J. Doherty, certify that:

1. I have reviewed this quarterly report on Form 10-Q of American Petroleum Tankers Parent LLC.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report; and

4. The registrant's other certifying officer and I are responsible for maintaining disclosure controls and procedures (as defined in Exchange act Rules 13a-15(e) and 15d-15(e)) for the registrants and have:

    (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    (b) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (c) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting.

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date:  November 14, 2011

/s/ Philip J. Doherty
Philip J. Doherty
Chief Financial Officer

**Exhibit 32.1**

Certification Pursuant to
18 U.S.C. Section 1350,
as Adopted Pursuant to
Section 906 of the Sarbanes-Oxley Act of 2002

In connection with the quarterly report of American Petroleum Tankers Parent LLC. ("APT") on Form 10-Q for the quarter ended September 30, 2011, as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Robert K. Kurz, the Chief Executive Officer of APT, certify, pursuant to 18 U.S.C. §1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that:

(i) The Report fully complies with the requirements of Section 13(a) or 15(d), as applicable, of the Securities Exchange Act of 1934; and

(ii) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of APT.

Date:       November 14, 2011

/s/ Robert K. Kurz
Robert K. Kurz
Chief Executive Officer

**Exhibit 32.2**

Certification Pursuant to
18 U.S.C. Section 1350,
as Adopted Pursuant to
Section 906 of the Sarbanes-Oxley Act of 2002

In connection with the quarterly report of American Petroleum Tankers Parent LLC ("APT") on Form 10-Q for the quarter ended September 30, 2011, as filed with the Securities and Exchange Commission on the date hereof (the "Report"), I, Philip J. Doherty, the Chief Financial Officer of APT, certify, pursuant to 18 U.S.C. §1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that:

(i) The Report fully complies with the requirements of Section 13(a) or 15(d), as applicable, of the Securities Exchange Act of 1934; and

(ii) The information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of APT.

Date:     November 14, 2011

/s/ Philip J. Doherty
Philip J. Doherty
Chief Financial Officer

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

2

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

1

CONFIDENTIAL BUSINESS INFORMATION

2

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION

CONFIDENTIAL BUSINESS INFORMATION