## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN PETROLEUM TANKERS PARENT LLC, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:12-CV-001165-CKK |
| v. | ) ) | Notice of Filing of Administrative Record |
| The UNITED STATES OF AMERICA, *et al.*, | ) ) ) | |
| Defendants. | ) | |

### NOTICE OF FILING OF VOLUME 26 OF THE ADMINISTRATIVE RECORD

Defendants hereby give notice that attached hereto is **Volume 26** of the redacted

Administrative Record in this action, which is being filed in 26 separate volumes.

Respectfully Submitted,

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

DIANE KELLEHER
Assistant Branch Director

*s/ Daniel Bensing*
DANIEL BENSING
Senior Counsel
(D.C. Bar No. 334268)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W. Room 6114
Washington D.C. 20530
Tel.: (202) 305-0693
Fax:  (202) 616-8460
Email:  Daniel.Bensing@USDOJ.gov

Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2013 I electronically filed the foregoing Notice of Filing of Volume 26 of the Administrative Record with the Clerk of the Court by using the CM/ECF system.


/s/ *Daniel Bensing*
DANIEL BENSING

2

The OMB approved the Department's restructuring plan on March 26, 2004, and the DOT Credit Council was created by secretarial order on June 10, 2004.

5. **MEMBERSHIP**. The DOT Credit Council will be comprised of the following members:

      a. Deputy Secretary of Transportation, who will serve as the Chair
      b. Assistant Secretary for Budget and Programs, and Chief Financial Officer, who will serve as the Vice Chair
      c. Under Secretary of Transportation for Policy
      d. General Counsel
      e. Assistant Secretary for Transportation Policy
      f. Federal Highway Administrator
      g. Federal Transit Administrator
      h. Federal Railroad Administrator
      i. Maritime Administrator
      j. Director of the Office of Small and Disadvantaged Business Utilization.

The Secretary of Transportation may designate three (3) DOT employees as at-large members to the DOT Credit Council.

Credit Council members who are either head of an office or OA may designate their deputy within that office or OA to act on their behalf.

6. **RESPONSIBILITIES**. The DOT Credit Council will have the following primary responsibilities:

      a. To set the Department's credit policies and oversee its credit programs, including the review of existing guidance and agreements among the OAs, OST, and OMB; development of new guidance and agreements; and establishment and maintenance of procedures for processing applications.

      b. To review the financial analysis of proposed credit assistance and significant modifications to projects previously approved for credit assistance.

      c. To review on a regular basis the status of the outstanding loan portfolios of the Department's credit programs.

      d. To recommend the approval or disapproval of proposed credit assistance.

7. **DUTIES OF THE CHAIR AND VICE CHAIR**. The Deputy Secretary of Transportation, as Chair, will call, lead, and adjourn Credit Council meetings.

3

In the absence of the Deputy Secretary of Transportation, the Assistant Secretary for Budget and Programs and Chief Financial Officer, as Vice Chair, will carry out the duties of the Chair.

The Office of the Assistant Secretary for Budget and Programs and Chief Financial Officer will be responsible for recording Credit Council votes, preparing and coordinating the Credit Council's recommendations to the Secretary or Operating Administrators, and other administrative duties as needed.

The Joint Credit Office and the Office of the Assistant Secretary for Budget and Programs and Chief Financial Officer will provide staff support for the DOT Credit Council.

8. **VOTING.** Each Credit Council member shall have one vote.

Credit Council members may not transfer proxy votes or otherwise delegate authority to cast votes at meetings of the Credit Council, except as specifically permitted in Paragraph 5 above.

9. **REVIEW OF APPLICATIONS FOR CREDIT ASSISTANCE.** Applications for credit assistance will be presented to the DOT Credit Council after the originating office, Joint Credit Office, and OST/B have completed their reviews.

The focus of the Credit Council review will be on the financial viability of the project and its consistency with departmental credit policies, Federal requirements, and DOT regulations on credit assistance.

    a.  With regard to applications under the RRIF, Title XI, and MBRC Short-Term Lending Programs, the DOT Credit Council will provide a recommendation regarding the financial viability of the proposed project and the merits of the requested credit assistance and its consistency with departmental credit policies to the FRA Administrator, MARAD Administrator, or the Director of the Office of Small and Disadvantaged Business Utilization, respectively, who will approve or disapprove the request for credit assistance.

    b.  With regard to TIFIA applications, the DOT Credit Council will forward its formal, written recommendation to the Secretary of Transportation, who will approve or disapprove the proposed credit assistance. The DOT Credit Council will establish thresholds to determine which credit assistance applications it will review.

3

In the absence of the Deputy Secretary of Transportation, the Assistant Secretary for Budget and Programs and Chief Financial Officer, as Vice Chair, will carry out the duties of the Chair.

The Office of the Assistant Secretary for Budget and Programs and Chief Financial Officer will be responsible for recording Credit Council votes, preparing and coordinating the Credit Council's recommendations to the Secretary or Operating Administrators, and other administrative duties as needed.

The Joint Credit Office and the Office of the Assistant Secretary for Budget and Programs and Chief Financial Officer will provide staff support for the DOT Credit Council.

8. VOTING.  Each Credit Council member shall have one vote.

Credit Council members may not transfer proxy votes or otherwise delegate authority to cast votes at meetings of the Credit Council, except as specifically permitted in Paragraph 5 above.

9. REVIEW OF APPLICATIONS FOR CREDIT ASSISTANCE.  Applications for credit assistance will be presented to the DOT Credit Council after the originating office, Joint Credit Office, and OST/B have completed their reviews.

The focus of the Credit Council review will be on the financial viability of the project and its consistency with departmental credit policies, Federal requirements, and DOT regulations on credit assistance.

    a.  With regard to applications under the RRIF, Title XI, and MBRC Short-Term Lending Programs, the DOT Credit Council will provide a recommendation regarding the financial viability of the proposed project and the merits of the requested credit assistance and its consistency with departmental credit policies to the FRA Administrator, MARAD Administrator, or the Director of the Office of Small and Disadvantaged Business Utilization, respectively, who will approve or disapprove the request for credit assistance.

    b.  With regard to TIFIA applications, the DOT Credit Council will forward its formal, written recommendation to the Secretary of Transportation, who will approve or disapprove the proposed credit assistance.  The DOT Credit Council will establish thresholds to determine which credit assistance applications it will review.

4

10. **REVIEW OF MODIFICATIONS TO PREVIOUSLY APPROVED CREDIT ASSISTANCE**. The DOT Credit Council will review proposed modifications to previously approved credit assistance that materially affect the Federal Government's credit security.  The Council will establish thresholds to determine which modifications it will review.

11. **EFFECTIVE DATE**.  This order is effective immediately.

Ray LaHood
Secretary of Transportation

---

Distribution:  Office of the Secretary
              Operating Administrations

OPI:  Office of Budget and Programs
      and the Chief Financial Officer

3567