# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN PETROLEUM TANKERS PARENT LLC, | ) ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:12-CV-001165-CKK |
| | ) | |
| v. | ) | Index to the Administrative Record |
| | ) | |
| The UNITED STATES OF AMERICA, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## INDEX TO THE ADMINISTRATIVE RECORD

Below is an index to the Administrative Record as filed by Defendants on June

10, 2013 and as filed under seal by Defendants on June 19, 2013:

<u>Document</u>                                                                                          <u>Bates Page</u>

<u>Part I</u>

August 30, 2010 Cover letter from Argent[1] with APT Application ...................................1
APT Application, Volume I..............................................................................................3
    APT Application Volume I Table of Contents .......................................................3
    APT Title XI Application ......................................................................................4
    Attachment I - Affidavit of US Citizenship placeholder .......................................34
    Attachment II - Table of Vessel Characteristics....................................................35
    Attachment III - Financial Statements .................................................................36
        Quarterly Report (Unaudited) for
        Quarterly Period Ending March 31, 2010.................................................36
        APT Consolidated Financial Statements
            December 31, 2009 and 2008 ......................................................59
        APT Consolidated Financial Statements December 31, 2008
            and 2007 Together with Report of Independent Auditors .............81
        USS Products Investor LLC Consolidated Financial Statements as of
            December 31, 2007 and 2006 and For the Year Ended
            December 31, 2007 and For the Period August 7, 2006
            (Date of Inception) to December 31, 2006 Together with

---

[1] Agent for APT.

Report of Independent Auditors....................................................97
APT Pro Forma Balance Sheet ...................................................110
Attachment V - Summary of Actual Cost Request.............................111
Attachment VI - Market Study .................................................116
    Forecast Requirement for Product Tankers and Oceangoing Barges
       Prepared for APT by Wilson Gillette & Co., March 2010 .........116
    Analysis of the Jones Act Product Carrier Market prepared for APT
       by MJLF & Associates, April 2010 .............................221
Attachment VII - Declaration Regarding Lobbying ...........................235
Exhibit 1 – Organizational Chart ................................................236
Exhibit 2 - Certified Corporate Documents .......................................237
    Applicant (APT)..............................................................237
    Guarantors...................................................................249
    APT Holdings ...............................................................313
Exhibit 3 - Table of Officers and Directors of Applicant ....................415
Exhibit 4 - Crowley Agreements ................................................416
Exhibit 5 - Time Charters with BP, Marathon, Chevron, and
    Military Sealift Command ("MSC")...................................533
    BP Time Charter .........................................................533
    Marathon Time Charter....................................................583
    Chevron Time Charter ...................................................622
    Time Charter for Military Sealift Command .........................668
APT Application, Volume II.......................................................738
    APT Application Volume II Table of Contents.........................738
    Exhibit 6 - Revenue and Expense Projections .....................739
    Exhibit 7 - Capital Costs ...............................................744
    Exhibit 8 - Qualifications of Construction Supervision Team............751
    Exhibit 9 - Class Certificates and COIs .............................754
    Exhibit 10 - Foreign Cost Items.......................................777
    Exhibit 11 - Construction Contract with NASSCO ..........................784
    Exhibit 12 - ABS Certificate for the Pelican State Regarding Safety,
       Quality, and Environmental Management .............................1098
    Exhibit 13 - Existing Debt Facilities.................................1100
    A - Secured Notes .......................................................1100
    B - Sponsor Debt Facility ..............................................1225

## Part II

April 5, 2010 email APT to MarAd  .........................................................1539
APT PowerPoint Presentation - August 2010............................................1540
September 1, 2010 email Argent to MarAd ...............................................1562
October 7, 2010 email MarAd to Argent  ..................................................1563
    October 7, 2010 Deficiency Letter MarAd  to APT .........................1564
October 18, 2010 email Argent to MarAd ..................................................1567
    October 18, 2010 Response to Deficiency Letter, Argent to MarAd ...............1568
    APT Quarterly Report (Unaudited) for quarter ending June 30, 2010 .............1576

2

APT Officers and Directors .........................................................................1610
October 7, 2010 MSC Press Release ........................................................1611
October 7, 2010 MarineLink.com article:
        "MSC Reconfigures Tanker Fleet" .................................................1613
November 15, 2010 email Argent to MarAd ......................................................1615
November 22, 2010 email Argent to MarAd  ....................................................1617
APT Quarterly Report (Unaudited)
        For the quarterly period ended September 30, 2010 ...........................1618
December 1, 2010 email Argent to MarAd .......................................................1653
December 6, 2010 email MarAd to Argent .......................................................1654
        September 30, 2010 Cost Estimate Letter sent by MarAd to NASSCO ...........1655
        Blank Cost Estimate Forms ..............................................................1658
December 13, 2010 email MarAd to Argent .....................................................1661
December 29, 2010 email Argent to MarAd .....................................................1663
        NASSCO Contract Mod 49 (2) ..........................................................1664
        NASSCO Contract Mod 50 .............................................................1670
        NASSCO Contract Mod 52 .............................................................1672
        NASSCO Contract Mod 53 .............................................................1674
December 29, 2010 email Argent to MarAd .....................................................1678
        NASSCO Contract Mod 49 (2) ..........................................................1679
        NASSCO Contract Mod 50 .............................................................1685
December 29, 2010 email Argent to MarAd .....................................................1687
        NASSCO Contract Mod 51 .............................................................1688
Jan. 10, 2011 email APT to MarAd .............................................................1701
        APT Point Paper – "Support for an exception to DOT Credit Council Policy
                Regarding External Review of the APT Title XI Application" .............1702
March 16, 2011 email APT to MarAd ...........................................................1703
        March 16, 2011 letter from APT to MarAd ......................................1704
May 13, 2011 email APT to MarAd  ...........................................................1708
        May 13, 2011 letter APT to MarAd requesting extension of
                270-day period to 2 years from receipt of application ..........................1709
August 24, 2011 email Argent to MarAd ........................................................1710
        August 24, 2011 letter Argent to MarAd .........................................1711
                July 21, 2011 letter MSC to APT ..........................................1713
Sept. 19, 2011 email Argent to MarAd ...........................................................1714
Sept. 20, 2011 email Argent to MarAd ...........................................................1715
        September 20, 2011 Letter Argent to MarAd ...................................1716
Sept. 20, 2011 email Argent to MarAd ...........................................................1719
        Class Certificate and Certificate of Inspection, Evergreen State .......................1720
        APT Holding and Subsidiaries Consolidated Financial Statements
                as of December 31, 201 and 2009 and for 3 years ended
                December 31, 2010 .................................................................1727
        APT Form 10-Q, quarter ended March 31, 2011 ...............................1751
        APT Form 10-Q, quarter ended June 30, 2011 ..............................1787
Sept. 28, 2011 email Argent to MarAd ...........................................................1823
        Exhibit 6 - Revenue and Expense Projections ..................................1824

Exhibit 7 - Capital Costs ................................................................1829
Attachment IV-B (Pro Forma Balance Sheets)................................1836
Sept. 28, 2011 email Argent to MarAd..................................................1837
April 2011 Wilson Gillette Report prepared for APT .....................1838
October 1, 2011 MSC Contract Modification................................1940
Sept. 28, 2011 email Argent to MarAd..................................................1942
Exhibit 6 provided in Excel Version..................................................1944
October 5, 2011 email Argent to MarAd ...............................................1949
T-5 Tanker History .........................................................................1950
October 17, 2011 email Argent to MarAd ............................................1952
Attached email chain, December 2010-January 2011 .......................1955
October 18, 2011 email MarAd to MarAd and Argent.............................1958
Attachment A - FedEx receipt .........................................................1961
Attachment B - December 6, 2010 email from MarAd to Argent ...................1962
September 30, 2010 letter MarAd to NASSCO....................................1963
Blank Cost Estimate Forms .......................................................1966
Attachment C - December 6, 2010 email from Argent to MarAd ...................1969
Attachment D - December 7, 2010 email from MarAd to Argent...................1970
Attachment E - December 15, 2010 email from NASSCO to
MarAd with pricing information................................................1971
NASSCO pricing information.............................................................1972
Attachment F - Foreign Content .......................................................1973
October 19, 2011 email Argent to MarAd ............................................1977
October 28, 2011 email Argent to MarAd ............................................1979
October 28, 2011 email APT to MarAd................................................1980
November 30, 2011 email Argent to MarAd ..........................................1981
Exhibit 6 provided in Excel version................................................1983
December 8, 2011 email MarAd to Argent  ...........................................1988
December 8, 2011 email Argent to MarAd ...........................................1991
Excel model used to create Exhibit 6 and Attachment IV-B .......................1992
Title XI Adjustments Detail................................................................2004
December 19, 2011 email Argent to MarAd ..........................................2005
APT Form 10-Q for quarter ending September 30, 2011 ................................2006
December 20, 2011 email Argent to MarAd ..........................................2043
Updated APT model with revised MSC rates................................2045
December 19, 2011 MSC contract modification .............................2057
December 20, 2011 email Argent to MarAd ..........................................2065
Updated APT model with revised MSC rates  ...............................2067
December 19, 2011 MSC contract modification  .............................2079
December 21, 2011 email Argent to Scully, MarAd ...............................2087
December 22, 2011 email Argent to MarAd ..........................................2089
December 22, 2011 email Argent to MarAd ..........................................2091
APT per-vessel EBITDA calculations ............................................2092
Jan. 24, 2012 email APT to DOT ........................................................2098
Jan. 31, 2012 email Argent to MarAd...................................................2100
Updated financial model ................................................................2102

Updated Exhibit 7 - capital costs information ...................................................2114
Feb. 2, 2012 email MarAd to APT ............................................................................2121
Feb. 9, 2012 email Argent to MarAd .........................................................................2123
March 5, 2012 email MarAd to Argent  .....................................................................2126
MSC charters for Empire State and Evergreen State........................................2127
March 8, 2012 email Argent to MarAd ......................................................................2135
MSC charters for Empire State and Evergreen State........................................2137
BP Charter (Golden State) .................................................................................2145
Chevron Charter Extension (Sunshine State) ...................................................2195
Shell Charter documents (Pelican State).........................................................2197
March 12, 2012 email Argent to MarAd ....................................................................2230
APT Draft 2011 year-end financial statements.................................................2231
March 23, 2012 email Argent to MarAd ....................................................................2256
APT memorandum: "Standard Title XI Document Provisions
    addressing IFR-Recommended Structural Supports" ...........................2258
March 27, 2012 email Argent to MarAd ....................................................................2263
Shell Charter, January 24, 2012........................................................................2264
April 2, 2012 email Argent to MarAd ........................................................................2360
APT Form 10-K for year ending December 31, 2011 .......................................2361
April 23, 2012 email APT to MarAd .........................................................................2436
April 25, 2012 email APT to DOT .............................................................................2438
May 2, 2012 email APT to MarAd .............................................................................2441
May 2, 2012 letter APT to MarAd.....................................................................2442
May 11, 2012 email Argent to MarAd........................................................................2444
May 2, 2012 letter APT to MarAd.....................................................................2445
May 16, 2012 email Argent to MarAd........................................................................2447
May 30, 2012 email APT to MarAd ...........................................................................2448
June 1, 2012 email Argent to MarAd..........................................................................2450
May 2, 2012 letter APT to MarAd.....................................................................2452
June 5, 2012 email APT to MarAd .............................................................................2454
APT Form 10-Q for quarter ending March 31, 2012.......................................2456
June 8, 2012 email Argent to MarAd..........................................................................2486
Chevron Charter, November 20, 2009...............................................................2488
June 15, 2012 email Argent to MarAd........................................................................2533
APT Consolidated Financial Statements for years ended
    December 31, 2010 and 2009 ......................................................................2534
APT Consolidated Financial Statements as of December 31, 2011 and
    2010, and for the three years ended December 31, 2011.......................2551
June 29, 2012 email Argent to MarAd........................................................................2569
July 2, 2012 email Argent to MarAd ..........................................................................2572
APT Title XI overview presentation, June 2012 ...............................................2573
July 23 2012 email Argent to MarAd .........................................................................2580
July 29, 2012 10:39 am email Blank Rome to DOJ ...................................................2582
July 28, 2012 letter Argent to MarAd................................................................2583
July 23, 2012 email Argent to MarAd ................................................................2585
May 2, 2012 letter APT to MarAd.....................................................................2587

July 29, 2012 email Blank Rome to DOJ .................................................................2589
    July 28, 2012 APT Updated Financial Model ..................................................2590
August 9, 2012 Letter APT to MarAd ...................................................................2609
    APT Analysis of Reasons for Denial ...............................................................2615
    MSC June 20, 2012 Notice of Intent to Extend period
        of performance through September 30, 2013 ...........................2624
August 17, 2012 Letter MarAd to APT ..................................................................2625
August 24, 2012 Letter APT to MarAd .................................................................2630
    Item 2 Enclosure: Debt Conversion and Payoff Agreement............................2641
    Item 6(a) Enclosure: Organization Charts ......................................................2661
    Item 8 Enclosure: Financial Projections ..........................................................2664
    Item 9(c) Enclosure: CEO Deferred Compensation Agreement.....................2685
    Item 11 Enclosure: Pro Forma Citizenship Affidavits.....................................2693
September 4, 2012 Letter MarAd to APT................................................................2737
September 13, 2012 Letter APT to MarAd..............................................................2739
    Enclosure to Question 1 ...................................................................................2746
    Enclosure to Question 2 ...................................................................................2760
    Enclosure to Question 3 ...................................................................................2768
September 26 email Blank Rome to DOJ ...............................................................2774
    MSC Modification of Contract, September 26, 2012 ......................................2776
October 2, 2012 Letter APT to MarAd...................................................................2779
October 2, 2012 Letter MarAd to APT...................................................................2782
October 9, 2012 Letter APT to MarAd...................................................................2784
    Question 3 enclosure - Chevron Charter, June 29, 2012 .................................2787
October 15, 2012 Letter APT to MarAd.................................................................2831
October 19, 2012 Letter Blank Rome to MarAd ...................................................2833
    Question 2 Enclosure .......................................................................................2835

Part III

May 25, 2005 Credit Council Guidelines for Use of Advisors
    External to the Department in Title XI Applications.......................................2865
Undated Memo Haskins to Matsuda........................................................................2866
Sept. 23, 2011 email Bouril to Bertram ..................................................................2868
    Sept. 21, 2011 Title XI Official Request to Hire an
        External Financial Advisor .................................................................2870
Sept. 26, 2011 email Bouril to Ladd .......................................................................2872
Oct. 28, 2011 Coll to McMahon ..............................................................................2874
Nov. 17, 2011 Coll to McMahon .............................................................................2875
Dec. 22, 2011 10:42am Larson to Coll....................................................................2877
Dec. 22, 2011 12:28pm Larson to Coll....................................................................2880
Jan. 4, 2012 Larson to Coll......................................................................................2883
May 23, 2012 email Zoukee to Matsuda .................................................................2888
    May 23, 2012 Memorandum from Zoukee to Matsuda...................................2889
May 31, 2012 12:07pm email Zoukee to Matsuda ..................................................2892
May 31, 2012 12:09pm email Ladd to Zoukee........................................................2893

June 8, 2012 email Zoukee to Matsuda ...................................................................2894
July 12, 2012 email Agarwal to Parker, Pixa............................................................2895
    Spreadsheet: Refinancing Non-Title XI Debt (Domestic)................................2896
July 18, 2012 3:27pm Zoukee to Agarwal................................................................2897
July 18, 2012 5:04pm Hanan to Zoukee ..................................................................2899
    PowerPoint slide for 5 years demonstrating $406M APT
      sponsor debt at 12% interest ................................................................2900
July 18, 2012 5:54pm Hanan to Zoukee ..................................................................2901
    MarAd financial model: $264.5M loan, 4% interest,
      100% utilization, $38,500 rate, Sponsor Debt ($406M, 12%)..............2903
July 26, 2012 12:11pm email Ladd to Pixa ..............................................................2904
August 13, 2012 email Zoukee to Parker..................................................................2906
Oct. 4, 2012 Memorandum, Weaver to Zoukee.........................................................2907
Oct. 17, 2012 email Hanan to Zoukee ......................................................................2915
    MarAd financial model: $340M loan, 4% interest,
      $44,600 day rate, breakeven utilization (90.7%) post-charters,
      Opex and Corporate expenses from Independent Financial
      Advisor Report Exhibit 20, no MSC charter after 9/30/13 ..................2916
MarAd Presentations to Credit Council and Credit Council Working Group ..............2917
    May 31, 2012 Credit Council Working Group ..................................................2917
    June 12, 2012 Credit Council.............................................................................2932
    June 28, 2012 Credit Council Working Group ..................................................2954
    July 10, 2012 Credit Council ............................................................................2956
    July 26, 2012 Credit Council Working Group ..................................................2958
    July 31, 2012 Credit Council  ...........................................................................2963
    November 1, 2012 Credit Council Working Group............................................2968
    November 8, 2012 Credit Council ....................................................................2973
Independent Financial Advisor (IFA) Evaluations by
    Scully Capital Services, Inc. ............................................................................2978
    Jan 5, 2012 Draft Report....................................................................................2978
    June 22, 2012 Addendum ..................................................................................3153
    June 22, 2012 Report ........................................................................................3159
    Nov. 5, 2012 Report..........................................................................................3336

Part IV

MarAd Decision, Aug 1, 2012...................................................................................3511
MarAd Decision, Nov. 9, 2012..................................................................................3519
    Appendix: Comparative History of Chapter 537 Federal Ship
      Financing Program Refinancing, Nov. 9, 2012 ...................................3530

Part V

April 23, 2012 email APT to MarAd ...........................................................................3533
APT PowerPoint Presentation, March 2012 ...............................................................3535
Order Establishing Responsibilities and Duties of
        Department of Transportation Credit Council, Dec. 7, 2009............................3563

Dated: June 26, 2013

Respectfully submitted,

STUART F. DELERY
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director

*/s/ Jesse Z. Grauman*
JESSE Z. GRAUMAN (Va. Bar No. 76782)
U.S. Department of Justice
Civil Division, Federal Programs Branch

Mailing Address:
Post Office Box 883
Washington, D.C.  20044

Courier Address:
20 Massachusetts Ave., N.W., Room 5374
Washington, D.C. 20001
Telephone:      (202) 514-2849
Fax:            (202) 305-8517
Email:          jesse.z.grauman@usdoj.gov

Counsel for Defendants