UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN PETROLEUM TANKERS PARENT LLC,<br><br>  Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>  Defendants. | Civil Action No. 12-1165 (CKK) |

ORDER
(July 10, 2013)

For the reasons stated in the accompanying Memorandum Opinion, it is, this 10th day of July, 2013, hereby

**ORDERED** that the Plaintiff's [60] Motion to Compel Filing of the Full Administrative Record and for Leave to Conduct Limited Discovery is GRANTED IN PART and DENIED IN PART.  By no later than **July 16, 2013**, the Defendants shall supplement the Administrative Record to include the speeches by Leon E. Panetta cited in footnote 16 of the Maritime Administrator's November 9, 2012, letter denying the Plaintiff's revised application.  The Plaintiff's motion is otherwise DENIED.

    **SO ORDERED.**


                                                    */s/*
                                                    **COLLEEN KOLLAR-KOTELLY**
                                                    UNITED STATES DISTRICT JUDGE