UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN PETROLEUM TANKERS PARENT LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES OF AMERICA, ET AL., )<br>)<br>Defendants. )<br>) | Civil Action No. 12-1165-CKK |

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiff hereby moves the Court, for the reasons set forth in the accompanying Memorandum, to enter summary judgment setting aside defendants' decisions denying plaintiff's application and amended application for loan guarantees under Title XI of the Merchant Marine Act, 1936, as amended.

/s/Michael Joseph
Michael Joseph (DC Bar No. 6593)
Alex Blanton (DC Bar No. 169623)
Joseph O. Click (DC Bar No. 417294)
  Blank Rome LLP
  600 New Hampshire Ave. NW
  Washington, D.C. 20037
  (202) 772-5966
  click@blankrome.com

*Counsel for Plaintiff*

August 8, 2013