## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN PETROLEUM TANKERS PARENT LLC, Plaintiff, ) ) ) ) ) ) v. ) ) The UNITED STATES OF AMERICA, *et al.*, Defendants ) ) ) ) | Civil Action No. 1:12-CV-001165-CKK |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff American Petroleum Tankers

Parent LLC and Defendants United States of America, the Secretary of Transportation, and the

Administrator, Maritime Administration, stipulate and agree to the dismissal of this action with

prejudice.  Each party shall bear its own costs and fees in this matter.

Dated: January 30, 2014                               Respectfully submitted,

*/s/ Joseph O. Click*                                 STUART F. DELERY
Michael Joseph (DC Bar No. 6593)                      Assistant Attorney General
Alex Blanton (DC Bar No. 169623)
Joseph O. Click (DC Bar No. 417294)                   JUDRY L. SUBAR
Blank Rome LLP                                        Assistant Branch Director
600 New Hampshire Ave. NW
Washington, D.C. 20037                                */s/ Jacek Pruski*
(202) 772-5909                                        JACEK PRUSKI (Cal. Bar. No. 277211)
click@blankrome.com                                   Trial Attorney
                                                      U.S. Department of Justice
*Counsel for Plaintiff*                               Civil Division, Federal Programs Branch
                                                      20 Massachusetts Ave., N.W.
                                                      Washington, D.C. 20530
                                                      Tel: (202) 616-2035
                                                      Fax: (202) 616-8470
                                                      jacek.pruski@usdoj.gov

                                                      *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on January 30, 2014, the foregoing was filed electronically with the court's CM/ECF system and will be served on parties of record by the Court's CM/ECF system.


/s/ JOSEPH O. CLICK